## C.  BINARY OPTIONS MARKETING EMAILS, WEBPAGES, AND SCRIPTS

| DESCRIPTION | PAGE NO. |
|---|---|
| 3 Week Millionaire | 1-26 |
| 10k in 7 Days | 27 |
| AI App | 28-29 |
| Alive in 5 | 30-33 |
| Auto Profit Signals | 34-35 |
| Azure Method | 36-39 |
| Binary Bank Breaker | 40 |
| Binary Brain Trust | 41-45 |
| Binary Hijack | 46-56 |
| Binary Interceptor | 57-63 |
| Binary Interceptor 2 | 64-68 |
| Binary Matrix Pro | 69-73 |
| Cash Code | 74-76 |
| Centument | 77-83 |
| Centument 2.0 | 84-85 |
| Cloud Trader | 86-87 |
| Coffee Cash Cheat | 88-90 |
| Copy Trade Profit | 91-93 |
| Free Cash App | 94-96 |
| Free Profits | 97-102 |
| Home Online Earners | 104 |
| Larry's Cash Machine | 105-113 |
| Live Profits | 114-117 |
| Magnetic Profits | 118-121 |
| Medallionaire App | 122 |
| Midas Touch App | 123-124 |
| Mobile Binary Code | 125-128 |
| Overnight Profits | 129-134 |
| Peak Profits Formula | 135-138 |
| Phoenix Trading Formula | 139-140 |
| Secret Wealth Club | 141-144 |
| Stark Trading System | 145 |
| Stock Matrix Pro | 146-157 |
| The Freedom Project | 158-164 |
| Trade Tracker Pro | 165 |
| Trianasoft | 166-174 |
| Virtual Income | 175-178 |

| Wealthy Wheat Trader | 179-194 |
|---|---|
| Zulander Hack | 195-198 |

 Gmail

**Philip Mansour <morebank@gmail.com>**

## [Personal] Just a humble request for this Monday
17 messages

**Ronnie Montano** <ronniemontano@gmail.com>                      Sat, Aug 15, 2015 at 2:00 PM
To: Ronnie Montano <ronniemontano@gmail.com>
Cc: Ian Ross <ianross1982@hotmail.com>, Mike Shah <zilmilinc@gmail.com>, Chris Freville
<chris@web20stampede.com>, Ben S <tess559830@hotmail.com>, Liam Baxter
<liambaxter1987@yahoo.co.uk>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>,
Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP
<info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>,
Antonio Giuditta <antonio@antoniogiuditta.com>, Paul Liburd <paul.liburd@googlemail.com>, Tim Atkinson
<moneymaker0404@gmail.com>, "cc: Michael Clapcott" <mike@impropergroup.com>, Mike Auton
<mikeauton@yahoo.fr>, Grayson Brookshire <gtbrookshire@gmail.com>, Craig K <craigipk@gmail.com>, Paul
Liburd <paul.liburd@gmail.com>, Steven Iser <paradigmx@gmail.com>, Desmond Ong
<desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>, Gregory Wood <woodgregoryj@gmail.com>,
Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch <knowhowandwhat@gmail.com>, Paul Liburd
<paul@paul.cm>, Jerome Chapman <jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak
Meftah <zakmeftah@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson
<gavindirect@gmail.com>, Glen Dent <glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley
Baker <ashley@3marketing.co.uk>, "Zilmi Inc." <zilmilinc@yahoo.com>, "seanmiller027@googlemail.com"
<seanmiller027@googlemail.com>, "adam@5emas-forex-system.com" <adam@5emas-forex-system.com>,
Money Animal <moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd
<paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, Joe Walter <joewalterjv@gmail.com>,
"adam@burgoyne.me.uk" <adam@burgoyne.me.uk>, Aaron Liburd <aaron.liburd@gmail.com>, Rob Benwell
<jvwithscamwell@gmail.com>, Blake Barrett <bbprofitz@gmail.com>, avi frister <afrister@hotmail.com>, Alen
Sultanic <alen@nextmarketmedia.com>, Peng Joon <pengjoon@gmail.com>, Richard Williams
<rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>,
"albtraff@mail.com" <albtraff@mail.com>, Jani G <janigcontact@gmail.com>, Jack Taylor
<theaffiliatemonster.com@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Eldi Beshiri
<informacione@gmail.com>, Edward Barton <edward.p.barton@gmail.com>, Philip Mansour
<morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>, Mo Latif <latifmm@gmail.com>, Charles Mutrie
<charlesmutrie@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, "momullajv@gmail.com"
<momullajv@gmail.com>, Gary Ambrose <gary.ambrose@gmail.com>, Steven Johnson
<rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>, Paul Ponna <paulponna@gmail.com>,
Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh <me@edmundloh.com>, Justin Blake
<justinblakeceo@gmail.com>, "superbaddesmond@gmail.com" <superbaddesmond@gmail.com>,
"mike@mikesteup.com" <mike@mikesteup.com>, Michael Rasmussen <bulletproofmarketing@gmail.com>, Sean
Clark <clarky_y2k2@hotmail.com>, Justin Michie <justin@justinmichie.com>, Andrew Fox
<andrew@launchaproduct.com>, Chris Fox <chrisfoxpersonal@gmail.com>, Michael Beeson
<jvwithmichaelbeeson@gmail.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller
<erockefeller@gmail.com>, "jesseregan13@hotmail.com" <jesseregan13@hotmail.com>, Josh Higgins
<satrallc@gmail.com>, Michael Beeson <jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken
Oboh <kenoboh@googlemail.com>, Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>,
Joey Kissimmee <joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson
<mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>,
Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville
<chris@chrisfreville.com>, "daveguindon@gmail.com Guindon" <daveguindon@gmail.com>, Jani Gmoney

SEC-MANSOURP-LW-E-0000985

<janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen
<michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney
<michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>,
Mike Auton <mikeautonjv@gmail.com>, Mo Mulla <momulla1@gmail.com>, Andrew X
<andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer
<affiliatecraig@gmail.com>, "latif@googlesnatch.com" <latif@googlesnatch.com>, Martin Schranz
<lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>,
"alanmag9@yahoo.com" <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader
<mail@therobotrader.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler
<john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@googlemail.com>,
Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex
<antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike
Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees
<robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas
<rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson
<mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H
<sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii
<james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>,
Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James
<listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson
<stephenson.travis@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>,
Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email
Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

Hi Friends and Partners,

I humbly ask for your help and support this Monday, August 17.

==I'm launching http://3weekmillionaire.com/jv/ promptly at 12PM Eastern time.==

So please mark your calendars.  I'm ready to put a lot of CPA conversions into your pockets, as always! :-)

3 Week Millionaire is set to break records with it's Hyper Aggressive-Effective Copy.

Don't take my word for it..  Come on Monday at 12pm EST and see for yourself.

You can find swipes here: http://3weekmillionaire.com/jv/

I'll be back Sunday night to let you all know about the Cash Prizes I'm giving away.  You all know I'm notorious
for giving away BIG Prizes in Cash.

And it goes without saying, that I WILL be there to crush it on your next launch, as I've been doing for over 4
years.  There's no question about it.  I ALWAYS reciprocate in a much bigger way!

For now, can you please reply back and let me know if I can count on your this Monday at 12pm Eastern.

Thank you again very much for your love, your friendship, and your partnership.

Have a GREAT Weekend!

Regards,
Ronnie

SEC-MANSOURP-LW-E-0000986

PS. To those of you that have reached out through skype or sms. Thank you for your kind words and prayers. It means a lot to me, knowing that this community is more than just business. To those that have emailed me, I apologize I've been unplugged the past few weeks taking care of family matters. I will get back to you as soon as possible.

---

**Philip Mansour** <morebank@gmail.com>                                                    Sat, Aug 15, 2015 at 3:12 PM
To: Ronnie Montano <ronniemontano@gmail.com>

Hey man I'm in. My EPC been crap lately but I'll still send and see what happens. Good luck bro and hope all with family is better.
[Quoted text hidden]
--
Thank you,

Philip

---

**Blake Barrett** <bbprofitz@gmail.com>                                                    Sat, Aug 15, 2015 at 4:14 PM
To: Ronnie Montano <ronniemontano@gmail.com>
Cc: Ian Ross <ianross1982@hotmail.co.uk>, Mike Shah <zilmilinc@gmail.com>, Chris Freville <chris@web20stampede.com>, Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@yahoo.co.uk>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>, Antonio Giuditta <antonio@antoniogiuditta.com>, Paul Liburd <paul.liburd@googlemail.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott" <mike@impropergroup.com>, Mike Auton <mikeauton@yahoo.fr>, Grayson Brookshire <gtbrookshire@gmail.com>, Craig K <craigipk@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser <paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>, Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch <knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.com>, Jerome Chapman <jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent <glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil Inc." <zilmilinc@yahoo.com>, "seanmiller027@googlemail.com" <seanmiller027@googlemail.com>, "adam@5emas-forex-system.com" <adam@5emas-forex-system.com>, Money Animal <moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, Joe Walter <joewalterjv@gmail.com>, "adam@burgoyne.me.uk" <adam@burgoyne.me.uk>, Aaron Liburd <aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Peng Joon <pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>, "albtraff@mail.com" <albtraff@mail.com>, Jani G <janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton <edward.p.barton@gmail.com>, Philip Mansour <morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>, Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, "momullajv@gmail.com" <momullajv@gmail.com>, Gary Ambrose <gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>,

SEC-MANSOURP-LW-E-0000987

Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh <me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, "superbaddesmond@gmail.com" <superbaddesmond@gmail.com>, "mike@mikesteup.com" <mike@mikesteup.com>, Michael Rasmussen <bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie <justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox <chrisfoxpersonal@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, "jesseregan13@hotmail.com" <jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Michael Beeson <jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>, Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee <joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson <mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>, Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville <chris@chrisfreville.com>, "daveguindon@gmail.com Guindon" <daveguindon@gmail.com>, Jani Gmoney <janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Mike Auton <mikeautonjv@gmail.com>, Mo Mulla <momulla1@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer <affiliatecraig@gmail.com>, "latif@googlesnatch.com" <latif@googlesnatch.com>, Martin Schranz <lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, "alanmag9@yahoo.com" <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader <mail@therobotrader.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@googlemail.com>, Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex <antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson <mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H <sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii <james_yii@hotmail.com>, Brandon Harris <bharris714@gmail.com>, Rasheed Ali <rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag@gmail.com>, Travis Stephenson <stephenson.travis@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

Me & Grayson are ALL IN!  Gonna smash it :-)


Thanks,
Blake
[Quoted text hidden]

---

**Paul Liburd** <paul.liburd@googlemail.com>                                    Sat, Aug 15, 2015 at 4:31 PM
To: Blake Barrett <bbprofitz@gmail.com>
Cc: Ronnie Montano <ronniemontano@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>, Mike Shah <zilmilinc@gmail.com>, Chris Freville <chris@web20stampede.com>, Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@yahoo.co.uk>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>, Antonio Giuditta <antonio@antoniogiuditta.com>, Tim Atkinson

SEC-MANSOURP-LW-E-0000988

<moneymaker0404@gmail.com>, "cc: Michael Clapcott" <mike@impropergroup.com>, Mike Auton <mikeauton@yahoo.fr>, Grayson Brookshire <gtbrookshire@gmail.com>, Craig K <craigipk@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser <paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>, Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch <knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.cm>, Jerome Chapman <jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent <glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil Inc." <zilmilinc@yahoo.com>, "seanmiller027@googlemail.com" <seanmiller027@googlemail.com>, "adam@5emas-forex-system.com" <adam@5emas-forex-system.com>, Money Animal <moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, Joe Walter <joewalterjv@gmail.com>, "adam@burgoyne.me.uk" <adam@burgoyne.me.uk>, Aaron Liburd <aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Peng Joon <pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>, "albtraff@mail.com" <albtraff@mail.com>, Jani G <janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton <edward.p.barton@gmail.com>, Philip Mansour <morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>, Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, "momullajv@gmail.com" <momullajv@gmail.com>, Gary Ambrose <gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>, Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh <me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, "superbaddesmond@gmail.com" <superbaddesmond@gmail.com>, "mike@mikesteup.com" <mike@mikesteup.com>, Michael Rasmussen <bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie <justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox <chrisfoxpersonal@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, "jesseregan13@hotmail.com" <jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Michael Beeson <jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>, Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee <joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson <mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>, Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville <chris@chrisfreville.com>, "daveguindon@gmail.com Guindon" <daveguindon@gmail.com>, Jani Gmoney <janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Mike Auton <mikeautonjv@gmail.com>, Mo Mulla <momulla1@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer <affiliatecraig@gmail.com>, "latif@googlesnatch.com" <latif@googlesnatch.com>, Martin Schranz <lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, "alanmag9@yahoo.com" <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader <mail@therobotrader.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@googlemail.com>, Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex <antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson <mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H <sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii

SEC-MANSOURP-LW-E-0000989

Case 6:18-cv-01606-GAP-GJK   Document 101   Filed 11/21/19   Page 8 of 209 PageID 1293

<james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson <stephenson.travis@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

Hell yea I'm on this
[Quoted text hidden]
--
Regards

Paul Liburd
paul.liburd@gmail.com

---

**Antonio Giuditta** <antonio@antoniogiuditta.com>                    Sat, Aug 15, 2015 at 8:35 PM
To: Ronnie Montano <ronniemontano@gmail.com>
Cc: Ian Ross <ianross1982@hotmail.co.uk>, Mike Shah <zilmilinc@gmail.com>, Chris Freville <chris@web20stampede.com>, Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@yahoo.co.uk>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>, Paul Liburd <paul.liburd@googlemail.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott" <mike@impropergroup.com>, Mike Auton <mikeauton@yahoo.fr>, Grayson Brookshire <gtbrookshire@gmail.com>, Craig K <craigipk@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>, Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Paul Liburd <paul@paul.cm>, Shawn Casey <sdibigdog@aol.com>, Bitto sharma <bitto.sh@gmail.com>, Glen Dent <glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil Inc." <zilmilinc@yahoo.com>, "adam@5emas-forex-system.com" <adam@5emas-forex-system.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, Joe Walter <joewalterjv@gmail.com>, "adam@burgoyne.me.uk" <adam@burgoyne.me.uk>, Aaron Liburd <aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, Blake Barrett <bbprofitz@gmail.com>, avi frister <afrister@hotmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Philip Mansour <morebank@gmail.com>, Mo Latif <latifmm@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, Steven Johnson <rpimailings@gmail.com>, Paul Ponna <paulponna@gmail.com>, Justin Blake <justinblakeceo@gmail.com>, "superbaddesmond@gmail.com" <superbaddesmond@gmail.com>, Justin Michie <justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, "jesseregan13@hotmail.com" <jesseregan13@hotmail.com>, Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, ChrisFreville <chris@chrisfreville.com>, StevenLee Jones <stevenleejones7@gmail.com>, Mike Auton <mikeautonjv@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Rob Benwell <rob@robbenwell.com>, Jani Gmoney <janigjv@googlemail.com>, Antonio Forex <antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson <mike@unparalleledmarketing.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

SEC-MANSOURP-LW-E-0000990

Of course count me in bro, got fresh leads for you and should be able to do some serious damage   ;-)

Thank you,

Antonio

[Quoted text hidden]

-----------------------------------------------------------------------------------------------

**<<Michael Beeson>>** <jvwithmichael@gmail.com>                                    Sat, Aug 15, 2015 at 9:09 PM
Reply-To: jvwithmichael@gmail.com
To: Paul Liburd <paul.liburd@googlemail.com>
Cc: Blake Barrett <bbprofitz@gmail.com>, Ronnie Montano <ronniemontano@gmail.com>, Ian Ross
<ianross1982@hotmail.co.uk>, Mike Shah <zilmilinc@gmail.com>, Chris Freville <chris@web20stampede.com>,
Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@yahoo.co.uk>, Aaron Darko
<aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730
PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael
<michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>, Antonio Giuditta
<antonio@antoniogiuditta.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott"
<mike@impropergroup.com>, Mike Auton <mikeauton@yahoo.fr>, Grayson Brookshire
<gtbrookshire@gmail.com>, Craig K <craigipk@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser
<paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>,
Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch
<knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.com>, Jerome Chapman
<jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>,
Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent
<glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil
Inc." <zilmilinc@yahoo.com>, "seanmiller027@googlemail.com" <seanmiller027@googlemail.com>,
"adam@5emas-forex-system.com" <adam@5emas-forex-system.com>, Money Animal
<moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan
Loh <dylanloh@gmail.com>, Joe Walter <joewalterjv@gmail.com>, "adam@burgoyne.me.uk"
<adam@burgoyne.me.uk>, Aaron Liburd <aaron.liburd@gmail.com>, Rob Benwell
<jvwithscamwell@gmail.com>, avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>,
Peng Joon <pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey
<sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>, "albtraff@mail.com" <albtraff@mail.com>,
Jani G <janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Philip Mansour
<morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton
<edward.p.barton@gmail.com>, Philip Mansour <morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>,
Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell
<philbenwell@googlemail.com>, "momullajv@gmail.com" <momullajv@gmail.com>, Gary Ambrose
<gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>,
Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh
<me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, "superbaddesmond@gmail.com"
<superbaddesmond@gmail.com>, "mike@mikesteup.com" <mike@mikesteup.com>, Michael Rasmussen
<bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie
<justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox
<chrisfoxpersonal@gmail.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller
<erockefeller@gmail.com>, "jesseregan13@hotmail.com" <jesseregan13@hotmail.com>, Josh Higgins
<satrallc@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>, Matt
Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee

SEC-MANSOURP-LW-E-0000991

<joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson <mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>, Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville <chris@chrisfreville.com>, "daveguindon@gmail.com Guindon" <daveguindon@gmail.com>, Jani Gmoney <janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Mike Auton <mikeautonjv@gmail.com>, Mo Mulla <momulla1@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer <affiliatecraig@gmail.com>, "latif@googlesnatch.com" <latif@googlesnatch.com>, Martin Schranz <lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, "alanmag9@yahoo.com" <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader <mail@therobotrader.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@googlemail.com>, Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex <antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson <mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H <sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii <james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson <stephenson.travis@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>


We are definitely in my friend...


Bobby

[Quoted text hidden]

---

**Chris Freville** <chris@web20stampede.com>                       Sun, Aug 16, 2015 at 12:00 AM
To: Paul Liburd <paul.liburd@googlemail.com>, Blake Barrett <bbprofitz@gmail.com>
Cc: Ronnie Montano <ronniemontano@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>, Mike Shah <zilmilinc@gmail.com>, Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@yahoo.co.uk>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>, Antonio Giuditta <antonio@antoniogiuditta.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott" <mike@impropergroup.com>, Mike Auton <mikeauton@yahoo.fr>, Grayson Brookshire <gtbrookshire@gmail.com>, Craig K <craigipk@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser <paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>, Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch <knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.com>, Jerome Chapman <jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent <glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil Inc." <zilmilinc@yahoo.com>, seanmiller027@googlemail.com, adam@5emas-forex-system.com, Money Animal <moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, Joe Walter <joewalterjv@gmail.com>, adam@burgoyne.me.uk, Aaron Liburd

SEC-MANSOURP-LW-E-0000992

<aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Peng Joon <pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>, albtraff@mail.com, Jani G <janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton <edward.p.barton@gmail.com>, Philip Mansour <morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>, Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, momullajv@gmail.com, Gary Ambrose <gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>, Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh <me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, superbaddesmond@gmail.com, mike@mikesteup.com, Michael Rasmussen <bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie <justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox <chrisfoxpersonal@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, jesseregan13@hotmail.com, Josh Higgins <satrallc@gmail.com>, Michael Beeson <jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>, Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee <joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson <mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>, Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville <chris@chrisfreville.com>, daveguindon@gmail.com, Jani Gmoney <janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Mike Auton <mikeautonjv@gmail.com>, Mo Mulla <momulla1@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer <affiliatecraig@yahoo.com>, latif@googlesnatch.com, Martin Schranz <lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, alanmag9@yahoo.com, Rob Benwell <rob@robbenwell.com>, RoboTrader <mail@therobotrader.com>, jv@justinmichie.com, John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@googlemail.com>, Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex <antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson <mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H <sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii <james_yii@hotmail.com>, Brandon Harris <bharris714@gmail.com>, Rasheed Ali <rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson <stephenson.travis@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, fapturbosupport@gmail.com, Email Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

Count me in!

**From:** Paul Liburd [mailto:paul.liburd@googlemail.com]
**Sent:** 16 August 2015 00:31

SEC-MANSOURP-LW-E-0000993

**To:** Blake Barrett
**Cc:** Ronnie Montano; Ian Ross; Mike Shah; Chris Freville; Ben S; Liam Baxter; Aaron Darko; Kieran Gill; Warren Brown; 730 PROMO; Email Van JP; Michael; Jamie Lewis; Antonio Giuditta; Tim Atkinson; cc: Michael Clapcott; Mike Auton; Grayson Brookshire; Craig K; Paul Liburd; Steven Iser; Desmond Ong; Marc Sa; Gregory Wood; Ashley Baker; Vicky Finch; Paul Liburd; Jerome Chapman; Shawn Casey; Zak Meftah; Bitto sharma; Gavin Stephenson; Glen Dent; Tim Atkinson; Ashley Baker; Zilmil Inc.; seanmiller027@googlemail.com; adam@5emas-forex-system.com; Money Animal; Winter Valko; Paul Liburd; Dylan Loh; Joe Walter; adam@burgoyne.me.uk; Aaron Liburd; Rob Benwell; avi frister; Alen Sultanic; Peng Joon; Richard Williams; Shawn Casey; Greg Stefaniak; albtraff@mail.com; Jani G; Jack Taylor; Philip Mansour; Eldi Beshiri; Edward Barton; Philip Mansour; Azlan AR; Mo Latif; Charles Mutrie; Phil Benwell; momullajv@gmail.com; Gary Ambrose; Steven Johnson; Eric Kissel; Paul Ponna; Sushant Risodkar; Edmund Loh; Justin Blake; superbaddesmond@gmail.com; mike@mikesteup.com; Michael Rasmussen; Sean Clark; Justin Michie; Andrew Fox; Chris Fox; Michael Beeson; Bob Beckett; Eric Rockefeller; jesseregan13@hotmail.com; Josh Higgins; Michael Beeson; Costa Dedes; Ken Oboh; Matt Benwell; Kieran; Joey Kissimmee; Vaibhav Jain; Michael Sampson; Mick Moore; Mike Kemski; Bob Beckett; Philip Mutrie; ChrisFreville; daveguindon@gmail.com Guindon; Jani Gmoney; Mike Chen; Michael Rasmussen; StevenLee Jones; Michael Cheney; Mike Merz; Destin Cribbs; Mike Auton; Mo Mulla; Andrew X; Patrick Coffey; Craig Hammer; latif@googlesnatch.com; Martin Schranz; Jamie Lewis; Cory Miller; alanmag9@yahoo.com; Rob Benwell; RoboTrader; jv@justinmichie.com; John Hostler; Cody Moya; Jani Gmoney; Dave Sharpe; Corey Lewis; Antonio Forex; Alex Malave; Mike Burrow; Mike Merz; Socrates Socratous; Robert Mclees; Matt Benwell; Rigo Cardenas; Justin Blake; Michael Sampson; Javan Robinson; Salman H; Alvin Huang (Success Vantage); James Yii; Brandon Harris; Rasheed Ali; Andrew Fox; Bilal H; Steven James; Alan M; Travis Stephenson; Mike Burrow; Dael Baxter; Richard Carter; fapturbosupport@gmail.com; Email Van JP; Imran S
**Subject:** Re: [Personal] Just a humble request for this Monday

[Quoted text hidden]

---

**Mike Auton** <mikeautonjv@gmail.com>                    Sun, Aug 16, 2015 at 1:33 AM
To: Chris Freville <chris@web20stampede.com>
Cc: Paul Liburd <paul.liburd@googlemail.com>, Blake Barrett <bbprofitz@gmail.com>, Ronnie Montano <ronniemontano@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>, Mike Shah <zilmilinc@gmail.com>, Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@yahoo.co.uk>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>, Antonio Giuditta <antonio@antoniogiuditta.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott" <mike@impropergroup.com>, Grayson Brookshire <gtbrookshire@gmail.com>, Craig K <craigipk@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser <paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>, Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch <knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.cm>, Jerome Chapman <jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent <glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil Inc." <zilmilinc@yahoo.com>, Sean Miller <seanmiller027@googlemail.com>, adam@5emas-forex-system.com, Money Animal <moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, Joe Walter <joewalterjv@gmail.com>, adam@burgoyne.me.uk, Aaron Liburd

SEC-MANSOURP-LW-E-0000994

<aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Peng Joon <pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>, albtraff@mail.com, Jani G <janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton <edward.p.barton@gmail.com>, Philip Mansour <morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>, Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, Mo Mulla <momullajv@gmail.com>, Gary Ambrose <gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>, Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh <me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, Desmond Ong <superbaddesmond@gmail.com>, "<mike@mikesteup.com>" <mike@mikesteup.com>, Michael Rasmussen <bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie <justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox <chrisfoxpersonal@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, "jesseregan13@hotmail.com" <jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Michael Beeson <jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>, Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee <joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson <mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>, Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville <chris@chrisfreville.com>, Dave Guindon <daveguindon@gmail.com>, Jani Gmoney <janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Mo Mulla <momulla1@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer <affiliatecraig@gmail.com>, "<latif@googlesnatch.com>" <latif@googlesnatch.com>, Martin Schranz <lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, alan magliocca <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader <mail@therobotrader.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@googlemail.com>, Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex <antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson <mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H <sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii <james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson <stephenson.travis@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

of course ronnie - always in!

Mike

[Quoted text hidden]

--
Mike

SEC-MANSOURP-LW-E-0000995

**Greg Stefaniak** <dontuforget@gmail.com>                                   Sun, Aug 16, 2015 at 3:16 AM
To: Mike Auton <mikeautonjv@gmail.com>
Cc: Chris Freville <chris@web20stampede.com>, Paul Liburd <paul.liburd@googlemail.com>, Blake Barrett <bbprofitz@gmail.com>, Ronnie Montano <ronniemontano@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>, Mike Shah <zilmilinc@gmail.com>, Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@yahoo.co.uk>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>, Antonio Giuditta <antonio@antoniogiuditta.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott" <mike@impropergroup.com>, Grayson Brookshire <gtbrookshire@gmail.com>, Craig K <craigipk@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser <paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>, Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch <knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.cm>, Jerome Chapman <jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent <glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil Inc." <zilmilinc@yahoo.com>, Sean Miller <seanmiller027@googlemail.com>, "adam@5emas-forex-system.com" <adam@5emas-forex-system.com>, Money Animal <moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, Joe Walter <joewalterjv@gmail.com>, "adam@burgoyne.me.uk" <adam@burgoyne.me.uk>, Aaron Liburd <aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Peng Joon <pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, "albtraff@mail.com" <albtraff@mail.com>, Jani G <janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton <edward.p.barton@gmail.com>, Philip Mansour <morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>, Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, Mo Mulla <momullajv@gmail.com>, Gary Ambrose <gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>, Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh <me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, Desmond Ong <superbaddesmond@gmail.com>, "<mike@mikesteup.com>" <mike@mikesteup.com>, Michael Rasmussen <bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie <justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox <chrisfoxpersonal@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, "jesseregan13@hotmail.lw" <jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Michael Beeson <jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>, Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee <joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson <mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>, Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville <chris@chrisfreville.com>, Dave Guindon <daveguindon@gmail.com>, Jani Gmoney <janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Mo Mulla <momulla1@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer <affiliatecraig@gmail.com>, "<latif@googlesnatch.com>" <latif@googlesnatch.com>, Martin Schranz <lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, alan magliocca <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader <mail@therobotrader.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@googlemail.com>,

SEC-MANSOURP-LW-E-0000996

Case 6:18-cv-01606-GAP-GJK   Document 101   Filed 11/21/19   Page 15 of 200 PageID 1300

Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex <antono@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson <mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H <sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii <james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson <stephenson.travis@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

In of course
[Quoted text hidden]

---

**Craig K** <craigipk@gmail.com>                                         Sun, Aug 16, 2015 at 3:26 AM
To: Greg Stefaniak <dontuforget@gmail.com>
Cc: Mike Auton <mikeautonjv@gmail.com>, Chris Freville <chris@web20stampede.com>, Paul Liburd <paul.liburd@googlemail.com>, Blake Barrett <bbprofitz@gmail.com>, Ronnie Montano <ronniemontano@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>, Mike Shah <zilmilinc@gmail.com>, Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@yahoo.co.uk>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>, Antonio Giuditta <antonio@antoniogiuditta.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott" <mike@impropergroup.com>, Grayson Brookshire <gtbrookshire@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser <paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>, Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch <knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.cm>, Jerome Chapman <jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent <glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil Inc." <zilmilinc@yahoo.com>, Sean Miller <seanmiller027@googlemail.com>, "adam@5emas-forex-system.com" <adam@5emas-forex-system.com>, Money Animal <moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, Joe Walter <joewalterjv@gmail.com>, "adam@burgoyne.me.uk" <adam@burgoyne.me.uk>, Aaron Liburd <aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Peng Joon <pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, "albtraff@mail.com" <albtraff@mail.com>, Jani G <janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton <edward.p.barton@gmail.com>, Philip Mansour <morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>, Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, Mo Mulla <momullajv@gmail.com>, Gary Ambrose <gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>, Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh <me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, Desmond Ong <superbaddesmond@gmail.com>, "<mike@mikesteup.com>" <mike@mikesteup.com>, Michael Rasmussen <bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie <justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox

13

**SEC-MANSOURP-LW-E-0000997**

Case 6:18-cv-01606-GAP-GJK   Document 101   Filed 11/21/19   Page 16 of 200 PageID 1301

<chrisfoxpersonal@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Bob Beckett
<askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, "jesseregan13@hotmail.com"
<jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Michael Beeson
<jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>,
Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee
<joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson
<mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>,
Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville
<chris@chrisfreville.com>, Dave Guindon <daveguindon@gmail.com>, Jani Gmoney <janigjv@gmail.com>, Mike
Chen <cmikec@gmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>, StevenLee Jones
<stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Mike Merz
<im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Mo Mulla <momulla1@gmail.com>,
Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer
<affiliatecraig@gmail.com>, "<latif@googlesnatch.com>" <latif@googlesnatch.com>, Martin Schranz
<lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>,
alan magliocca <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader
<mail@therobotrader.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler
<john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@gmail.com>,
Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex
<antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike
Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees
<robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas
<rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson
<mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H
<sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii
<james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>,
Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James
<listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson
<stephenson.travis@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>,
Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email
Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

On it Ronnie!

[Quoted text hidden]

--
- Craig K

---

**Joe Walter** <joewalterjv@gmail.com>                                    Sun, Aug 16, 2015 at 3:43 AM
To: Ronnie Montano <ronniemontano@gmail.com>
Cc: Ian Ross <ianross1982@hotmail.co.uk>, Mike Shah <zilmilinc@gmail.com>, Chris Freville
<chris@web20stampede.com>, Ben S <tess559830@hotmail.com>, Liam Baxter
<liambaxter1987@yahoo.co.uk>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>,
Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP
<info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>,
Antonio Giuditta <antonio@antoniogiuditta.com>, Paul Liburd <paul.liburd@googlemail.com>, Tim Atkinson
<moneymaker0404@gmail.com>, "cc: Michael Clapcott" <mike@impropergroup.com>, Mike Auton
<mikeauton@yahoo.fr>, Grayson Brookshire <gtbrookshire@gmail.com>, Paul Liburd <paul.liburd@gmail.com>,
Steven Iser <paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa
<themarcsa@gmail.com>, Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker
<ashley.3marketing@gmail.com>, Vicky Finch <knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.cm>,
Jerome Chapman <jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah
<zakmeftah@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>,

SEC-MANSOURP-LW-E-0000998

Glen Dent <glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil Inc." <zilmilinc@yahoo.com>, "seanmiller027@googlemail.com" <seanmiller027@googlemail.com>, "adam@5emas-forex-system.com" <adam@5emas-forex-system.com>, Money Animal <moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, "adam@burgoyne.me.uk" <adam@burgoyne.me.uk>, Aaron Liburd <aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, Blake Barrett <bbprofitz@gmail.com>, avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Peng Joon <pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>, "albtraff@mail.com" <albtraff@mail.com>, Jani G <janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton <edward.p.barton@gmail.com>, Philip Mansour <morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>, Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, "momullajv@gmail.com" <momullajv@gmail.com>, Gary Ambrose <gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>, Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh <me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, "superbaddesmond@gmail.com" <superbaddesmond@gmail.com>, "mike@mikesteup.com" <mike@mikesteup.com>, Michael Rasmussen <bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie <justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox <chrisfoxpersonal@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, "jesseregan13@hotmail.com" <jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Michael Beeson <jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>, Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee <joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson <mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>, Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville <chris@chrisfreville.com>, "daveguindon@gmail.com Guindon" <daveguindon@gmail.com>, Jani Gmoney <janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Mike Auton <mikeautonjv@gmail.com>, Mo Mulla <momulla1@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer <affiliatecraig@gmail.com>, "latif@googlesnatch.com" <latif@googlesnatch.com>, Martin Schranz <lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, "alanmag9@yahoo.com" <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader <mail@therobotrader.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@googlemail.com>, Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex <antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson <mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H <sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii <james_yii@hotmail.com>, Brandon Harris <bharris714@yahoo.com>, Rasheed Ali <rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson <stephenson.travis@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

15

SEC-MANSOURP-LW-E-0000999

In for sure

[Quoted text hidden]

---

**Travis Stephenson** <stephenson.travis@gmail.com>                    Sun, Aug 16, 2015 at 4:28 AM
To: Joe Walter <joewalterjv@gmail.com>
Cc: Ronnie Montano <ronniemontano@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>, Mike Shah
<zilmilinc@gmail.com>, Chris Freville <chris@web20stampede.com>, Ben S <tess559830@hotmail.com>, Liam
Baxter <liambaxter1987@yahoo.co.uk>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill
<k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>,
Email Van JP <info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis
<producerjamie@gmail.com>, Antonio Giuditta <antonio@antoniogiuditta.com>, Paul Liburd
<paul.liburd@googlemail.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott"
<mike@impropergroup.com>, Mike Auton <mikeauton@yahoo.fr>, Grayson Brookshire
<gtbrookshire@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser <paradigmx@gmail.com>,
Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>, Gregory Wood
<woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch
<knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.com>, Jerome Chapman
<jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>,
Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent
<glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil
Inc." <zilmilinc@yahoo.com>, "seanmiller027@googlemail.com" <seanmiller027@googlemail.com>,
"adam@5emas-forex-system.com" <adam@5emas-forex-system.com>, Money Animal
<moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan
Loh <dylanloh@gmail.com>, "adam@burgoyne.me.uk" <adam@burgoyne.me.uk>, Aaron Liburd
<aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, Blake Barrett <bbprofitz@gmail.com>,
avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Peng Joon
<pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>,
Greg Stefaniak <dontuforget@gmail.com>, "albtraff@mail.com" <albtraff@mail.com>, Jani G
<janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Philip Mansour
<morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton
<edward.p.barton@gmail.com>, Philip Mansour <morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>,
Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell
<philbenwell@googlemail.com>, "momullajv@gmail.com" <momullajv@gmail.com>, Gary Ambrose
<gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>,
Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh
<me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, "superbaddesmond@gmail.com"
<superbaddesmond@gmail.com>, "mike@mikesteup.com" <mike@mikesteup.com>, Michael Rasmussen
<bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie
<justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox
<chrisfoxpersonal@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Bob Beckett
<askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, "jesseregan13@hotmail.com"
<jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Michael Beeson
<jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>,
Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee
<joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson
<mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>,
Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville
<chris@chrisfreville.com>, "daveguindon@gmail.com Guindon" <daveguindon@gmail.com>, Jani Gmoney
<janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen
<michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney
<michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>,
Mike Auton <mikeautonjv@gmail.com>, Mo Mulla <momulla1@gmail.com>, Andrew X

---

SEC-MANSOURP-LW-E-0001000

<andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer <affiliatecraig@gmail.com>, "latif@googlesnatch.com" <latif@googlesnatch.com>, Martin Schranz <lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, "alanmag9@yahoo.com" <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader <mail@therobotrader.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@googlemail.com>, Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex <antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson <mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H <sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii <james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

Definitely in!

[Quoted text hidden]

--
Travis Stephenson

---

**Aaron Darko** <aarondarko21@gmail.com>                    Sun, Aug 16, 2015 at 4:30 AM
To: Travis Stephenson <stephenson.travis@gmail.com>
Cc: Joe Walter <joewalterjv@gmail.com>, Ronnie Montano <ronniemontano@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>, Mike Shah <zilmilinc@gmail.com>, Chris Freville <chris@web20stampede.com>, Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@yahoo.co.uk>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>, Antonio Giuditta <antonio@antoniogiuditta.com>, Paul Liburd <paul.liburd@gmail.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott" <mike@impropergroup.com>, Mike Auton <mikeauton@yahoo.fr>, Grayson Brookshire <gtbrookshire@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser <paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>, Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch <knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.cm>, Jerome Chapman <jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent <glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil Inc." <zilmilinc@yahoo.com>, "seanmiller027@googlemail.com" <seanmiller027@googlemail.com>, "adam@5emas-forex-system.com" <adam@5emas-forex-system.com>, Money Animal <moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, "adam@burgoyne.me.uk" <adam@burgoyne.me.uk>, Aaron Liburd <aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, Blake Barrett <bbprofitz@gmail.com>, avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Peng Joon <pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>, "albtraff@mail.com" <albtraff@mail.com>, Jani G <janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton <edward.p.barton@gmail.com>, Philip Mansour

**SEC-MANSOURP-LW-E-0001001**

<morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>, Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, "momullajv@gmail.com" <momullajv@gmail.com>, Gary Ambrose <gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>, Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh <me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, "superbaddesmond@gmail.com" <superbaddesmond@gmail.com>, "mike@mikesteup.com" <mike@mikesteup.com>, Michael Rasmussen <bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie <justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox <chrisfoxpersonal@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, "jesseregan13@hotmail.com" <jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Michael Beeson <jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>, Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee <joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson <mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>, Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville <chris@chrisfreville.com>, "daveguindon@gmail.com Guindon" <daveguindon@gmail.com>, Jani Gmoney <janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Mike Auton <mikeautonjv@gmail.com>, Mo Mulla <momulla1@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer <affiliatecraig@gmail.com>, "latif@googlesnatch.com" <latif@googlesnatch.com>, Martin Schranz <lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, "alanmag9@yahoo.com" <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader <mail@therobotrader.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@googlemail.com>, Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex <antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson <mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H <sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii <james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

For sure!

[Quoted text hidden]

---------------------------------------------------------------------------------------------------------

**Ronnie Montano** <ronniemontano@gmail.com>                          Sun, Aug 16, 2015 at 10:47 AM
To: Michael Beeson <jvwithmichael@gmail.com>
Cc: Paul Liburd <paul.liburd@googlemail.com>, Blake Barrett <bbprofitz@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>, Mike Shah <zilmilinc@gmail.com>, Chris Freville <chris@web20stampede.com>, Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@yahoo.co.uk>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>, Antonio Giuditta <antonio@antoniogiuditta.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott"

SEC-MANSOURP-LW-E-0001002

<mike@impropergroup.com>, Mike Auton <mikeauton@yahoo.fr>, Grayson Brookshire
<gtbrookshire@gmail.com>, Craig K <craigipk@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser
<paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>,
Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch
<knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.com>, Jerome Chapman
<jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>,
Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent
<glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil
Inc." <zilmilinc@yahoo.com>, "seanmiller027@googlemail.com" <seanmiller027@googlemail.com>,
"adam@5emas-forex-system.com" <adam@5emas-forex-system.com>, Money Animal
<moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan
Loh <dylanloh@gmail.com>, Joe Walter <joewalterjv@gmail.com>, "adam@burgoyne.me.uk"
<adam@burgoyne.me.uk>, Aaron Liburd <aaron.liburd@gmail.com>, Rob Benwell
<jvwithscamwell@gmail.com>, avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>,
Peng Joon <pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey
<sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>, "albtraff@mail.com" <albtraff@mail.com>,
Jani G <janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Philip Mansour
<morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton
<edward.p.barton@gmail.com>, Philip Mansour <morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>,
Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell
<philbenwell@googlemail.com>, "momullajv@gmail.com" <momullajv@gmail.com>, Gary Ambrose
<gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>,
Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh
<me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, "superbaddesmond@gmail.com"
<superbaddesmond@gmail.com>, "mike@mikesteup.com" <mike@mikesteup.com>, Michael Rasmussen
<bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie
<justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox
<chrisfoxpersonal@gmail.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller
<erockefeller@gmail.com>, "jesseregan13@hotmail.com" <jesseregan13@hotmail.com>, Josh Higgins
<satrallc@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>, Matt
Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee
<joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson
<mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>,
Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville
<chris@chrisfreville.com>, "daveguindon@gmail.com Guindon" <daveguindon@gmail.com>, Jani Gmoney
<janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen
<michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney
<michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>,
Mike Auton <mikeautonjv@gmail.com>, Mo Mulla <momulla1@gmail.com>, Andrew X
<andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer
<affiliatecraig@gmail.com>, "latif@googlesnatch.com" <latif@googlesnatch.com>, Martin Schranz
<lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>,
"alanmag9@yahoo.com" <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader
<mail@therobotrader.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler
<john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@googlemail.com>,
Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex
<antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike
Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees
<robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas
<rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson
<mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H
<sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii
<james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>,

19

SEC-MANSOURP-LW-E-0001003

Case 6:18-cv-01606-GAP-GJK   Document 101   Filed 11/21/19   Page 22 of 200 PageID 1307

Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson <stephenson.travis@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

Thank you Aaron, Travis, Joe, Craig, Greg, Mike, Michael, Chris, Bobby, Antonio, Desmond, Paul, Blake and Grayson, and Phil.  I truly appreciate it guys and won't forget your support.  I'll be back later this evening with an update and the prizes.

Cheers,
Ronnie
[Quoted text hidden]

--------------------------------------------------------------------------------------------------------------------------------------------------------

**Mike Shah** <zilmilinc@gmail.com>            Sun, Aug 16, 2015 at 2:14 PM
To: Chris Freville <chris@web20stampede.com>
Cc: Paul Liburd <paul.liburd@googlemail.com>, Blake Barrett <bbprofitz@gmail.com>, Ronnie Montano <ronniemontano@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>, Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@yahoo.co.uk>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>, Antonio Giuditta <antonio@antoniogiuditta.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott" <mike@impropergroup.com>, Mike Auton <mikeauton@yahoo.fr>, Grayson Brookshire <gtbrookshire@gmail.com>, Craig K <craigipk@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser <paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>, Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch <knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.cm>, Jerome Chapman <jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent <glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil Inc." <zilmilinc@yahoo.com>, Sean Miller <seanmiller027@googlemail.com>, "adam@5emas-forex-system.com" <adam@5emas-forex-system.com>, Money Animal <moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, Joe Walter <joewalterjv@gmail.com>, "adam@burgoyne.me.uk" <adam@burgoyne.me.uk>, Aaron Liburd <aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Peng Joon <pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>, "albtraff@mail.com" <albtraff@mail.com>, Jani G <janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton <edward.p.barton@gmail.com>, Philip Mansour <morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>, Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, Mo Mulla <momullajv@gmail.com>, Gary Ambrose <gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>, Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh <me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, Desmond Support Team <superbaddesmond@gmail.com>, "mike@mikesteup.com" <mike@mikesteup.com>, Michael Rasmussen <bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie <justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox <chrisfoxpersonal@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, Jesse Regan <jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Michael Beeson

SEC-MANSOURP-LW-E-0001004

<jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>, Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee <joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson <mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>, Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville <chris@chrisfreville.com>, Dave Guindon <daveguindon@gmail.com>, Jani Gmoney <janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Mike Auton <mikeautonjv@gmail.com>, Mo Mulla <momulla1@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer <affiliatecraig@gmail.com>, "latif@googlesnatch.com" <latif@googlesnatch.com>, Martin Schranz <lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, "alanmag@yahoo.com" <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader <mail@therobotrader.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@googlemail.com>, Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex <antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson <mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H <sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii <james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson <stephenson.travis@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

On it!

[Quoted text hidden]

---

**BEN S** <mail@therobotrader.com>                                    Sun, Aug 16, 2015 at 2:38 PM
To: Mike Shah <zilmilinc@gmail.com>, Chris Freville <chris@web20stampede.com>
Cc: Paul Liburd <paul.liburd@googlemail.com>, Blake Barrett <bbprofitz@gmail.com>, Ronnie Montano <ronniemontano@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>, Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@gmail.com>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Antonio Giuditta <antonio@antoniogiuditta.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott" <mike@impropergroup.com>, Mike Auton <mikeauton@yahoo.fr>, Grayson Brookshire <gtbrookshire@gmail.com>, Craig K <craigipk@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser <paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>, Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch <knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.cm>, Jerome Chapman <jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent <glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil Inc." <zilmilinc@yahoo.com>, Sean Miller <seanmiller027@googlemail.com>, "adam@5emas-forex-system.com" <adam@5emas-forex-system.com>, Money Animal <moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, Joe Walter <joewalterjv@gmail.com>,

SEC-MANSOURP-LW-E-0001005

"adam@burgoyne.me.uk" <adam@burgoyne.me.uk>, Aaron Liburd <aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Peng Joon <pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>, "albtraff@mail.com" <albtraff@mail.com>, Jani G <janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton <edward.p.barton@gmail.com>, Philip Mansour <morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>, Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, Mo Mulla <momullajv@gmail.com>, Gary Ambrose <gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>, Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh <me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, Desmond Support Team <superbaddesmond@gmail.com>, "mike@mikesteup.com" <mike@mikesteup.com>, Michael Rasmussen <bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie <justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox <chrisfoxpersonal@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, Jesse Regan <jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Michael Beeson <jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>, Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee <joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson <mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>, Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville <chris@chrisfreville.com>, Dave Guindon <daveguindon@gmail.com>, Jani Gmoney <janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Mike Auton <mikeautonjv@gmail.com>, Mo Mulla <momulla1@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, Craig Hammer <affiliatecraig@gmail.com>, "latif@googlesnatch.com" <latif@googlesnatch.com>, Martin Schranz <lexxeurope@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, "alanmag9@yahoo.com" <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney <janigjv@googlemail.com>, Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>, Antonio Forex <antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson <mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H <sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii <james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson <stephenson.travis@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

Im in!

---

**From:** Mike Shah <zilmilinc@gmail.com>
**Date:** Sunday, 16 August 2015 22:14
**To:** Chris Freville <chris@web20stampede.com>

SEC-MANSOURP-LW-E-0001006

Cc: Paul Liburd <paul.liburd@googlemail.com>, Blake Barrett <bbprofitz@gmail.com>, Ronnie Montano <ronniemontano@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>, Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@yahoo.co.uk>, Aaron Darko <aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730 PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael <michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>, Antonio Giuditta <antonio@antoniogiuditta.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott" <mike@impropergroup.com>, Mike Auton <mikeauton@yahoo.fr>, Grayson Brookshire <gtbrookshire@gmail.com>, Craig K <craigipk@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser <paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>, Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch <knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.cm>, Jerome Chapman <jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent <glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.com>, "Zilmil Inc." <zilmilinc@yahoo.com>, Sean Miller <seanmiller027@googlemail.com>, "adam@5emas-forex-system.com" <adam@5emas-forex-system.com>, Money Animal <moneyanimal@gmail.com>, Winter Valko <wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, Joe Walter <joewalterjv@gmail.com>, "adam@burgoyne.me.uk" <adam@burgoyne.me.uk>, Aaron Liburd <aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, avi frister <afrister@hotmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Peng Joon <pengjoon@gmail.com>, Richard Williams <rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>, "albtraff@mail.com" <albtraff@mail.com>, Jani G <janigcontact@gmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Eldi Beshiri <informacione@gmail.com>, Edward Barton <edward.p.barton@gmail.com>, Philip Mansour <morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>, Mo Latif <latifmm@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, Mo Mulla <momullajv@gmail.com>, Gary Ambrose <gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>, Paul Ponna <paulponna@gmail.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Edmund Loh <me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>, Desmond Support Team <superbaddesmond@gmail.com>, "mike@mikesteup.com" <mike@mikesteup.com>, Michael Rasmussen <bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie <justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox <chrisfoxpersonal@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, Jesse Regan <jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Michael Beeson <jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>, Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee <joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson <mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>, Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville <chris@chrisfreville.com>, Dave Guindon <daveguindon@gmail.com>, Jani Gmoney

SEC-MANSOURP-LW-E-0001007

<janigjv@gmail.com>, Mike Chen <cmikec@gmail.com>, Michael Rasmussen
<michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael
Cheney <michaeljcheney@gmail.com>, Mike Merz <im4newbies@gmail.com>, Destin Cribbs
<destincribbs@gmail.com>, Mike Auton <mikeautonjv@gmail.com>, Mo Mulla
<momulla1@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey
<coffeyucf@gmail.com>, Craig Hammer <affiliatecraig@gmail.com>, "latif@googlesnatch.com"
<latif@googlesnatch.com>, Martin Schranz <lexxeurope@gmail.com>, Jamie Lewis
<producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>,
"alanmag9@yahoo.com" <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, BEN
<mail@therobotrader.com>, "jv@justinmichie.com" <jv@justinmichie.com>, John Hostler
<john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney
<janigjv@googlemail.com>, Dave Sharpe <dave@inetsquared.com>, Corey Lewis
<info@mediadealer.net>, Antonio Forex <antonio@itdansk.com>, Alex Malave
<imedge8@gmail.com>, Mike Burrow <mike@inetsquared.com>, Mike Merz
<jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>, Robert Mclees
<robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo
Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson
<mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H
<sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>,
James Yii <james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali
<rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, Bilal H
<bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M
<alanmag9@gmail.com>, Travis Stephenson <stephenson.travis@gmail.com>, Mike Burrow
<mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter
<daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email
Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Ronnie Montano** <ronniemontano@gmail.com>                              Mon, Aug 17, 2015 at 3:04 AM
To: BEN S <mail@therobotrader.com>
Cc: Mike Shah <zilmilinc@gmail.com>, Chris Freville <chris@web20stampede.com>, Paul Liburd
<paul.liburd@googlemail.com>, Blake Barrett <bbprofitz@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>,
Ben S <tess559830@hotmail.com>, Liam Baxter <liambaxter1987@yahoo.co.uk>, Aaron Darko
<aarondarko21@gmail.com>, Kieran Gill <k@kierangill.me>, Warren Brown <clickleadprofit@gmail.com>, 730
PROMO <730promo@googlemail.com>, Email Van JP <info@infocaremedia.com>, Michael
<michaeljaydee@gmail.com>, Jamie Lewis <producerjamie@gmail.com>, Antonio Giuditta
<antonio@antoniogiuditta.com>, Tim Atkinson <moneymaker0404@gmail.com>, "cc: Michael Clapcott"
<mike@impropergroup.com>, Mike Auton <mikeauton@yahoo.fr>, Grayson Brookshire
<gtbrookshire@gmail.com>, Craig K <craigipk@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Steven Iser
<paradigmx@gmail.com>, Desmond Ong <desmond28@gmail.com>, Marc Sa <themarcsa@gmail.com>,
Gregory Wood <woodgregoryj@gmail.com>, Ashley Baker <ashley.3marketing@gmail.com>, Vicky Finch
<knowhowandwhat@gmail.com>, Paul Liburd <paul@paul.cm>, Jerome Chapman
<jeromehchapman@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Zak Meftah <zakmeftah@gmail.com>,
Bitto sharma <bitto.sh@gmail.com>, Gavin Stephenson <gavindirect@gmail.com>, Glen Dent
<glenjd70@gmail.com>, Tim Atkinson <jvwithtim@gmail.com>, Ashley Baker <ashley@3marketing.co.uk>, "Zilmil
Inc." <zilmilinc@yahoo.com>, Sean Miller <seanmiller027@googlemail.com>, "adam@5emas-forex-system.com"
<adam@5emas-forex-system.com>, Money Animal <moneyanimal@gmail.com>, Winter Valko
<wvalko@gmail.com>, Paul Liburd <paul.liburd00@gmail.com>, Dylan Loh <dylanloh@gmail.com>, Joe Walter

Case 6:18-cv-01606-GAP-GJK   Document 101   Filed 11/21/19   Page 27 of 200 PageID 1312

<joewalterjv@gmail.com>, "adam@burgoyne.me.uk" <adam@burgoyne.me.uk>, Aaron Liburd
<aaron.liburd@gmail.com>, Rob Benwell <jvwithscamwell@gmail.com>, avi frister <afrister@hotmail.com>, Alen
Sultanic <alen@nextmarketmedia.com>, Peng Joon <pengjoon@gmail.com>, Richard Williams
<rhwaffiliate@gmail.com>, Shawn Casey <sdibigdog@gmail.com>, Greg Stefaniak <dontuforget@gmail.com>,
"albtraff@mail.com" <albtraff@mail.com>, Jani G <janigcontact@gmail.com>, Jack Taylor
<theaffiliatemonster.com@gmail.com>, Philip Mansour <morebankcpa@gmail.com>, Eldi Beshiri
<informacione@gmail.com>, Edward Barton <edward.p.barton@gmail.com>, Philip Mansour
<morebank@gmail.com>, Azlan AR <azlan00im@gmail.com>, Mo Latif <latifmm@gmail.com>, Charles Mutrie
<charlesmutrie@gmail.com>, Phil Benwell <philbenwell@googlemail.com>, Mo Mulla <momullajv@gmail.com>,
Gary Ambrose <gary.ambrose@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel
<EKISSEL55@gmail.com>, Paul Ponna <paulponna@gmail.com>, Sushant Risodkar
<noteeboyz.13@gmail.com>, Edmund Loh <me@edmundloh.com>, Justin Blake <justinblakeceo@gmail.com>,
Desmond Support Team <superbaddesmond@gmail.com>, "mike@mikesteup.com" <mike@mikesteup.com>,
Michael Rasmussen <bulletproofmarketing@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Justin Michie
<justin@justinmichie.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox
<chrisfoxpersonal@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Bob Beckett
<askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, Jesse Regan
<jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Michael Beeson
<jvwithmichael@gmail.com>, Costa Dedes <cwdedes@gmail.com>, Ken Oboh <kenoboh@googlemail.com>,
Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee
<joeykissimmee@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson
<mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Mike Kemski <mikekemski@gmail.com>,
Bob Beckett <secrettrafficsystem@gmail.com>, Philip Mutrie <adswapbookings@gmail.com>, ChrisFreville
<chris@chrisfreville.com>, Dave Guindon <daveguindon@gmail.com>, Jani Gmoney <janigjv@gmail.com>, Mike
Chen <cmikec@gmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>, StevenLee Jones
<stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Mike Merz
<im4newbies@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Mike Auton <mikeautonjv@gmail.com>,
Mo Mulla <momulla1@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey
<coffeyucf@gmail.com>, Craig Hammer <affiliatecraig@gmail.com>, "latif@googlesnatch.com"
<latif@googlesnatch.com>, Martin Schranz <lexxeurope@gmail.com>, Jamie Lewis
<producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, "alanmag9@yahoo.com"
<alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, "jv@justinmichie.com" <jv@justinmichie.com>,
John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Jani Gmoney
<janigjv@gmail.com>, Dave Sharpe <dave@inetsquared.com>, Corey Lewis <info@mediadealer.net>,
Antonio Forex <antonio@itdansk.com>, Alex Malave <imedge8@gmail.com>, Mike Burrow
<mike@inetsquared.com>, Mike Merz <jvnotify@gmail.com>, Socrates Socratous <socratesjv@gmail.com>,
Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Matt Benwell <matt@mattbenwell.com>, Rigo
Cardenas <rigovegas@gmail.com>, Justin Blake <sesus22@gmail.com>, Michael Sampson
<mike@unparalleledmarketing.com>, Javan Robinson <javan.cash@gmail.com>, Salman H
<sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, James Yii
<james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>,
Andrew Fox <andrew@9to5annihilation.com>, Bilal H <bilaljv1@gmail.com>, Steven James
<listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson
<stephenson.travis@gmail.com>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>,
Richard Carter <daelbaxter@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Email
Van JP <icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

Thank you  Imran, MIke, Ben and Tim...

With all the powerhouse JV's that have confirmed this whole weekend, this has all the potential to be another
record breaker.

6 hours to go and counting down. :-)

SEC-MANSOURP-LW-E-0001009

Thank you all once again to everyone that confirmed!

Ronnie
[Quoted text hidden]

SEC-MANSOURP-LW-E-0001010

**From:** Paul Liburd [paul.liburd@googlemail.com]
**Sent:** Monday, September 07, 2015 12:39 PM
**To:** undisclosed-recipients:;
**BCC:** ronniemontano@gmail.com
**Subject:** 10k In 7 Days Launch Contest Update + Leaderboard

Hey guys

10k In 7 Days has gotten of to a HUGE start and it's all
thank.s to you guys.

A lot of you guys are simply crushing it and your support
has been totally awesome.

If You haven't mailed yet, here's the JV page:

http://10kin7days.co/jv.html

Remember there is a huge launch cash contest that
will end tomorrow at 23:59 GMT +2.

Now here's the current leaderboard for the contest:

1. = $1500   **Ronnie**
2. = $1000   **Greg S**
3. = $750    **Ben S**
4. = $500    **Blake/Grayson**
5. = $300    **Simon J**

I really appreciate your support so far and there is
a lot more to come.

I always mail for those who mail for me as I have proven
time and time again.

This bad boy is converting and you are destined to make
a ton of commissions once you start mailing.

http://10kin7days.co/jv.html

Thanks


--
Regards

Paul Liburd
paul.liburd@gmail.com

27

MONTANO000047

**From:** JV Update [jv@enigmacode.co]
**Sent:** Wednesday, April 15, 2015 7:42 AM
**To:** ronniemontano@gmail.com
**Subject:** Affiliates: HOT Leaderboard Update + Final DAY Today


Hey AI App Affiliates,

There's a reason we have been **top 7 on Clicksure for over 1 month**
now - it's because the offer simply CONVERTS!

Wow... lots of affiliates have JUMPED up the rankings
in the past 24 hours!

The A.I. App leaderboard has completely changed and it's
still anyone's game as the $10,000 launch contest ends
tonight!

One promo can mean more cash in your pocket as only
VERY few sales separate each spot...

**Copy the swipes and HIT SEND now...**

http://www.aiapp.co/jv/swipes/

No kidding - this is the tightest leaderboard I have seen in
a LONG TIME!

**Check out the current leaders here...**

#1 - $5000 - Justin T (cubd1)
#2 - $2000 - Mike A
#3 - $1000 - David B
#4 - Ronnie M
#5 - Mike S
#6 - Tim A
#7 - onenhat
#8 - Grayson & Blake | Kieran G (TIED)
#9 - Paul S
#10 - Antonio G
#11 - Avi
#12 - Fapturbo
#13 - Chris F
#14 - panicweb
#15 - Baxters

Others close behind...
Imran S, Desmond O, Ian R and many others...

The offer is still converting like HOT cakes - Greg S just started promoting
a day ago and is getting $1.20 to $1.40 EPC in the past two days!

So you know there is a lot of juice left in this offer - make use of
the FINAL day today and HIT SEND - big commissions and
launch cash prizes will be yours for the taking!

28

**Copy the swipes and HIT SEND now...**

http://www.aiapp.co/jv/swipes/

Don't miss out on great leaderboard rankings with just a few sales.
Make the most of the final day - go schedule your swipes!

I will be back with the WINNERS and the final leaderboard update
after the contest ends tonight - stay tuned!

Thanks,

AI App Team

, 1200 McGill Avenue, H3B 4G7, Montreal, Canada

You may unsubscribe or change your contact details at any time.

Powered by:
GetResponse

29

MONTANO000616

Message

---

**From:**      mayesjeffery@aol.com [mayesjeffery@aol.com]
**Sent:**      9/24/2017 1:54:14 AM
**To:**        Blankfield, Barry R [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bblankfield]
**Subject:**   Fwd: Welcome aboard!

Communication #53

JEFFERY MAYES
mayesjeffery@aol.com

-----Original Message-----
From: mayesjeffery <mayesjeffery@aol.com>
To: support <support@drexelcode.net>
Cc: mayesjeffery <mayesjeffery@aol.com>
Sent: Thu, Apr 28, 2016 2:40 pm
Subject: Re: Welcome aboard!

Mr. Drexel:

It is sad that you don't recognize my name or e-mail as I signed up to be a beta tester for the Drexel Code 1 month
ago.  The broker you sent me to was Morton Finance.  They never gave me my matching funds of $300 nor my first 5
trades guaranteed.  I e-mailed you and your support team numerous times because the code didn't work like it was
supposed to and rarely got any responses and when I did they didn't address my problem. I sent you a message 5 days
ago & early this morning & have received no responses from you.  I finally withdrew hat fund  had left from Morton
Finance because $7.50 of my initial $300 was gone and I don't know why and they charged me 3.5% t withdraw my
money!  To say I am thoroughly disappointed with this process is an understatement because I really believed what you
said in your video.  If your brew crew were such great coders why couldn't my problem be fixed after 1 month of e-mailing,
waiting and getting nothing resolved even after you promised to have it looked into and fixed immediately.  Again, I am
totally disappointed!!!

JEFFERY MAYES
mayesjeffery@aol.com

-----Original Message-----
From: Cory Drexel <support@drexelcode.net>
To: mayesjeffery <mayesjeffery@aol.com>
Sent: Thu, Apr 28, 2016 3:36 am
Subject: Welcome aboard!

Hey there,

Congrats and welcome aboard the Drexel Code.
You chose us and we want to thank you.

But lets face it, you don't want the thanks, you want
to see results, and it's time you did. I want to give you
the Alive In 5 System that will  be your ticket to success:

 **==> Click here for immediate *instant* access**

Please don't delay this and please don't share this with
anyone else.

It's a game changer.

Take care,
Cory Drexel

30

Unsubscribe / Change Profile
Powered by YMLP

31

Mayes-01-0000000214-00002

http://alivein5.co/jv.php

Thanks Guys

[4/26/2016 9:09:53 AM] Hustle HQ: Hey guys.

The changes made yesterday saw a huge increase

in conversions and on top of this we have decided

to bump you all to $275 for 24 hours...

This is to thank you all who have supported and you

can be sure I got your backs on your offers too.

I will follow up with a leaderboard later

http://alive.co/jv.php

MAIL MAIL MAIL

[4/26/2016 11:37:45 AM] A N T O N I O: on it

[4/26/2016 2:41:47 PM] Hustle HQ: Hey guys,

I really can't thank you enough for your continued

support it means a lot and be sure it will be coming

back your way too.

Alive in 5 has pushed over the 200 FTD mark now,

32

GB-0004446

thanks to those who have supported

And don't forget we are now paying out $275 CPAs

for the next 24 hours to reward you for your loyalty.

So keep pushing and collect those high payouts now.

http://alivein5.co/jv.php

The Cash Contest is also still in full flow.

Here's how it is looking.

1. $2500 = Mike S    Kicking ass in #1 spot with Ronnie chasing hard

2. $1500 = Ronnie/Martin    Closing down on the hopking

3. $1000 = Greg    The silent assassin has overtaken the Italian

4. $750 = Blakesons   Thanks guys, got you next week

5. $500 = Antonio G   Just a couple behind 3rd spot and wants it back

The race is tight and ongoing...

I truly thank you for your support and there is a lot more in this

especially with the $275 CPAs.

Hit Hard and Hit NOW!

33

GB-0004447

**From:** Craig K [craigipk@gmail.com]
**Sent:** Thursday, September 17, 2015 12:41 AM
**To:** Craig IPK
**BCC:** ronniemontano@gmail.com
**Subject:** [CK - JV] $6,000 Comp Leaderboard

Important bcc to J.V.'s and friends... (if you want removing let me know)

http://apsignalsjv.com/

Hey Guys... big ongoing thanks to everyone who is offering support.

# Auto Profit Signals - is still on fire...

Here's some of today's early EPC's

EPC $1.97 Ronnie - Thank you Ronnie
EPC $2.10 Ewen Chia - Thanks Ewen! You Rock
EPC $1.37 Glynn Kosky - new Kid on the block
EPC $2.69 Chris F - Sick, Sick, Sick //

**THE $6,000 MINI COMP ENDS TONIGHT 23:59 CS TIME**

**#1 Chris F - $3000 - 5 ahead**
**#2 Mike A - $1500 - 4 ahead**
**#3 Mike S - $1000 - 4 ahead**
**#4 Baxters, Phil B,  all tied - $500**
**#7 Ashley B and Grayson and Blake, Just outside the cash**


http://apsignalsjv.com/

Just outside, Yossi, Phil B, Ians & Imran, Warren & Mike,

MASSIVE thanks to you guys and a massive thanks to everyone else helping us to reach #5 on CS today....

JP, Ronnie, Gary Ambrose, Ewen Chia, Travis, SLJ, Fred B and Glynn K, Paul Sethi, Lloyd K, Kieran, Jani; Aaron, Gavin, Tyson and everyone else just mailing/about to.

Let me know what you need.

MASSIVE Thanks to each and every one of you!

Craig

JV Swipes: http://apsignalsjv.com/

Your Hoplink: http://affuser.autoprsign.cpa.clicksure.com

Early EPC's from peeps first blasts

34

MONTANO000068



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Auto Profit Signals | CPA | 159 | 2 | 1.26% | $3.14 | $500.00 | $550.00 |
| Auto Profit Signals | CPA | 1,920 | 9 | 0.47% | $1.17 | $2,250.00 | $2,475.00 |
| Auto Profit Signals - INTL | CPA | 1,598 | 7 | 0.44% | $1.10 | $1,750.00 | $1,925.00 |
| Auto Profit Signals | CPA | 674 | 6 | 0.89% | $2.23 | $1,500.00 | $1,650.00 |
| Auto Profit Signals - INTL | CPA | 559 | 4 | 0.72% | $1.79 | $1,000.00 | $1,100.00 |
| Auto Profit Signals - INTL | CPA | 322 | 2 | 0.62% | $1.55 | $500.00 | $550.00 |
| Auto Profit Signals | CPA | 194 | 1 | 0.52% | $1.29 | $250.00 | $275.00 |
| Auto Profit Signals - INTL | CPA | 184 | 1 | 0.54% | $1.36 | $250.00 | $275.00 |
| Auto Profit Signals | CPA | 144 | 1 | 0.69% | $1.74 | $250.00 | $275.00 |
| Auto Profit Signals | CPA | 317 | 2 | 0.63% | $1.58 | $500.00 | $550.00 |
| Auto Profit Signals | CPA | 172 | 1 | 0.58% | $1.45 | $250.00 | $275.00 |
| Auto Profit Signals | CPA | 230 | 1 | 0.43% | $1.09 | $250.00 | $275.00 |
| Auto Profit Signals | CPA | 148 | 3 | 2.03% | $5.07 | $750.00 | $825.00 |
| Auto Profit Signals | CPA | 140 | 1 | 0.71% | $1.79 | $250.00 | $275.00 |

35

MONTANO000069

Starving $5 Freelancer Now Works When HE Wants To

Hi {first name},

Terry Sanderson is a talented graphics designer. But that didn't matter when his employer decided to make budget cuts.

Realizing that $5 freelance projects were not going to pay the bills, Sanderson started looking for a way to supplement his freelance work.

After banking more than $200K in his first 30 days with this new app, Sanderson now works (or not) WHENEVER HE WANTS!

Check how he did it here -==> {link}

And YOU could be next.

46 lucky people are going to be "snuck in the back door" to get the new Azure Method app completely FREE.

Here's how YOU can get in on it - ==> {link}

There's nothing to buy, nothing to sign, and you won't need to leave your credit card or bank account numbers.

LIFE-CHANGING money could be just moments away!

BUT there are ONLY 46 spots!

Here's the Azure Method - ==> {link}


{your name)

Missed The Party? You WON'T Miss The Next One!

Hi {first name},

Anthony Azure, the creator of the much-talked-about Azure Method software, recently held a small party on his yacht for a small group of beta testers for the app.

They had a lot to celebrate!

Each of the party goers had just brought in between $200,000 and $350,000 their FIRST MONTH using the Azure Method.

Here is how YOU can join the party - ==> {link}

Azure Method users are bringing in as much as FOUR FIGURES in an hour, FIVE FIGURES in a day, SIX FIGURES in a month.

That would pay for one helluva party!

YOU need to get in on this NOW!

Check it out while there's still time - ==> {link}

Starting with as little as $250 and without ANY previous experience, in a matter of minutes...

YOU will see your first profits on AUTOPILOT.

Seriously, take a close look at it right away.

He's opened up a few more spots.

JUMP ON IT NOW!!!

Check out the Azure Method HERE - ==> {link}

{your name)

YOUR Thailand Vacation Could Be Just The Start…


Hey, {first name},

Financial software designer Ron Goldman was tired creating programs that made money for others.  He wanted to get in on it for himself too.

That's when Anthony Azure recruited him to help with his amazing new trading app.

The two men and their small team made more than they had EVER THOUGHT POSSIBLE.

THIS is the Azure Method - ==> {link}

It only takes a few minutes to set up and you'll see profits INSTANTLY.

YOUR NEW LIFE is going to kick off right away!

Goldman is heading for a long vacation to Thailand.

Where will YOU vacation to first?

If you're reading this, there might still be a spot for you to get in.

Take a look at this NOW - ==> {link}

No, you don't need ANY experience, do ANY research, or HAVE a fortune to get started.

YOU can do this!


All the best,

{your name)

Ps - Here's that link again - ==> {link}

38

# Michael Wright

*Voice, Video, Copy & Content*

2233 NW 58th St. #301
Seattle, WA 98107
Phone 503.475.6313
Email mikeinwestlinn@msn.com
Skype   michaelwright.97068

**Bill To:**
Ronnie Montano
C/O  RonnieMontano@gmail.com

| | DATE: | 06/03/16 |
|---|---|---|
| | INVOICE # | |
| | FOR: | *Azure Swipes* |

DEPOSITION
EXHIBIT
219

link

| DESCRIPTION | AMOUNT |
|---|---|
| Azure swipes | |
| 60 total | 1,000.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** $ | 1,000.00 |

Make all payments via PayPal to mikeinwestlinn@msn.com
If you have any questions concerning this invoice, please contact me by Skype, Phone, or E-mail
Due upon receipt

39

Case 6:18-cv-01606-GAR-GJK   Document 101   Filed 11/21/19   Page 42 of 200 PageID 1327



**Philip Mansour <morebank@gmail.com>**

## BBB Contest Winners and Thank You
1 message

**Paul Liburd** <paul.liburd@googlemail.com>                                    Wed, Feb 24, 2016 at 4:03 PM
Bcc: morebank@gmail.com

Hey guys,

Huge thanks to those of you who took the time
to support Binary Bank Breaker.

It's appreciated and wont be forgotten come your
launches in future.

Here's the final leaderboard.

1. **$3000   Ronnie and Martin**
2. **$1500   Greg S**
3. **$750     Imran**
4. **$500     Warren and Mike**
5. **$300     Mike S**

**Prizes have now been paid**

**Once again those who supported and count me
in on your offers**


--
Regards

Paul Liburd
paul.liburd@gmail.com

**To:**        "foued@ontraport.com" <foued@ontraport.com>
**Subject:**   Do you hate the 1% making all the money?

Hello,

If you are tired of the Rich 1% making all the money, then you're not alone.

But don't worry, this next software changes it all:

Go here - Check it out right now (LINK)

The Binary Brain Trust program opens the doors for anyone to escape their boring torturous 9-to-5 job.

90% of our clients have started to win VERY big profits right on their first day of using Binary Brain Trust!

This method never fails and has had a 100% success rate for over one year!

 Click here to Get access to this FREE method and start today.

This is your only chance to escape the rat race!
Take this opportunity, or keep living your life paycheck to paycheck....

 Click here to take the oppertunity and escape the rat race!

Talk to you soon,


Copy Paste Here!>> http://bit.do/dgbko

41

SEC-ONTRAPORT-E-0006805

42

SEC-ONTRAPORT-E-0006806

43

SEC-ONTRAPORT-E-0006807

SEC-ONTRAPORT-E-0006808

Million Dollar Binary Trade Inc.,4922 Lake Underhill Rd, Saint Cloud, Florida 34771, Saint Cloud, 34771

Unsubscribe from this sender instantly. Report Abuse

45

SEC-ONTRAPORT-E-0006809



STOP LOSING! YOU NEVER HAVE TO LOSE MONEY AGAIN AFTER YOU SEE WHAT I'M GOING TO SHOW YOU IN THIS VIDEO.

"Today You Are Going To Take The Bank For All It's Worth! My Software Has Made Over **$10,000,000** By Flipping The Odds Against The Bank, Today Those Odds Are In YOUR Favor Forever!"

# DON'T MISS

**Enter Your Name and Email**

# DON'T MISS THIS CHANCE!

Simply Access And **Activate Binary Hijack** To Become One Of The Lucky Few Who Sees Life Altering Cash Flowing Into Their Bank Account DAILY! Limited Spots Available!

## Only 0 7 8 Free Licenses REMAINING!
(from a total of 100)



## Enter Your Name and Email Below To Reserve Your Spot For Binary Hijack Now!
### Hurry spaces are limited!

*First and Last Name

*Enter your primary email here

### GET INSTANT ACCESS

Your information is never shared with anyone for any reason.

# HERE IS A LIVE LOOK INTO EXACTLY WHAT IS TAKING PLACE INSIDE THE BINARY HIJACK SYSTEM FOR OUR NEW MEMBERS!

* REMEMBER: WITH BINARY HIJACK, YOUR ACCOUNT STATEMENT IS INSIDE YOUR BROKER ACCOUNT AND WHEN YOU DEPOSIT FUNDS THAT MONEY IS STILL YOURS. THE MONEY YOU SEE IN YOUR ACCOUNT IS AVAILABLE FOR WITHDRAWAL AT ANY TIME OF DAY(OR NIGHT).

AT ANY TIME OF DAY(OR NIGHT).

# OVER $38,000,000 IN PROFIT
My Software GUARANTEES The Odds Will Forever Remain In Your Favor. Now You Will Get Paid To Lose Half Of Your Trades AUTOMATICALLY! You Can Now Get Unrestricted Access At No Cost FOR LIFE... Do Not Miss This Opportunity

## It's Your Turn To Profit



DON'T MISS          Enter Your Name and Email

# DON'T MISS THIS CHANCE!

Simply Access And **Activate Binary Hijack** To Become One Of The Lucky Few Who Sees Life Altering Cash Flowing Into Their Bank Account DAILY! Limited Spots Available!

## Only 0 7 6 Free Licenses REMAINING!
(from a total of 100)

## Enter Your Name and Email Below To Reserve Your Spot For Binary Hijack Now!
### Hurry spaces are limited!

*First and Last Name

*Enter your primary email here

## GET INSTANT ACCESS

Your information is never shared with anyone for any reason.

Site Agreement | Risk Disclaimer | Privacy Policy | Contact

RISK DISCLAIMER: BinaryHijack.com makes no representations regarding the legality of access to or use of this website or its content in any jurisdiction. Not all services offered through this website are permitted for use in all countries. Investing in financial instruments involves a high degree of risk and may not be suitable for all investors. We strongly advise that you read our Website Terms of Service and Risk Disclosure Statement before accessing this website. Neither BinaryHijack.com nor its officials are responsible for any losses related to use of its services or software. If necessary, seek independent advice prior to accessing this website. Users must be aware of their individual tax liability in their country of residence.

We have placed cookies on your computer to help make this website better. You can change your cookie settings on your computer at any time. Use of this website indicates your acceptance of this website's Privacy Policy.

49

**Subject:**   Your account was Hijacked!
**Sent:**   Wed, 01 Jul 2015 13:05:43 -0400



Hey Brendan

I know it sounds scary, but it's actually VERY good.

See - Binary Hijack has figured out how to legally take money when you would normally fail! Think about it... if every loss was now a win?

==>GET INSTANT ACCESS NOW<==

Yeah... that's what this does and you already have an account!

Claim Your Account Here!

You literally can't help but make a killing with this.

Enjoy!


IMRC

50

SEC-ONTRAPORT-E-0100550

1675 Larimer St, Suite 640
Denver, CO 80202
To cancel your membership click here

SEC-ONTRAPORT-E-0100551

 Gmail

**Philip Mansour <morebank@gmail.com>**

# [JV's] BHJ is Live... Gooooooo
1 message

**Ronnie Montano** <ronniemontano@gmail.com>                    Tue, Jun 23, 2015 at 9:00 PM
To: Ronnie Montano <ronniemontano@gmail.com>
Cc: Jani G <janigcontact@gmail.com>, Kieran Gill <k@kierangill.me>, Gary Ambrose
<gary.ambrose@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>, Jamie Lewis
<producerjamie@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>,
Paul Ponna <paulponna@gmail.com>, Blake Barrett <bbprofitz@gmail.com>, Tim Donovan
<affiliatemanagertim@gmail.com>, Chris Freville <chris@web20stampede.com>, Desmond Ong
<desmond28@gmail.com>, Grayson Brookshire <gtbrookshire@gmail.com>, Adrian Morrison
<adrian@adrianmorrison.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Adam Horwitz
<adamhorwitztv@gmail.com>, Edmund Loh <me@edmundloh.com>, Rob Cole <rob.cole1@live.co.uk>, Justin
Blake <justinblakeceo@gmail.com>, "superbaddesmond@gmail.com" <superbaddesmond@gmail.com>,
"mike@mikesteup.com" <mike@mikesteup.com>, Steven Iser <paradigmx@gmail.com>, Chris Fox
<chris.greeper@gmail.com>, Michael Rasmussen <bulletproofmarketing@gmail.com>,
"arbucklejeff@yahoo.com" <arbucklejeff@yahoo.com>, *John <multifaceted@rainhawk.org>, Cindy Battye
<cindybattye@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, Dave Guindon
<partnerwithdave@gmail.com>, Justin Michie <justin@justinmichie.com>, Reid Schoffelen
<reschoffelen@gmail.com>, "affiliates@ideaincubatorlp.com" <affiliates@ideaincubatorlp.com>, Jit Uppal
<jituppal@hotmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Andrew Fox
<andrew@launchaproduct.com>, Chris Fox <chrisfoxpersonal@gmail.com>, Frank Dang
<frankdang07@gmail.com>, Michael Beeson <jvwithmichaelbeeson@gmail.com>, Nick Marks
<nickmarksinc@gmail.com>, Morgan Thomas <morganthomas@edkinnovations.com>, Bob Beckett
<askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, "jesseregan13@hotmail.com"
<jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Tom Bell <inspectorprofit@gmail.com>,
Bryan Ellis <bryan@bryanellis.com>, Michael Beeson <jvwithmichael@gmail.com>, Uncut Business Coach
<uncutbusinesscoaching@gmail.com>, Sean Miller <seanmiller027@googlemail.com>, Jamie Toelle
<jamietoelle@gmail.com>, "info@mysecretmethod.com" <info@mysecretmethod.com>, Costa Dedes
<cwdedes@gmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Ken Oboh <kenoboh@googlemail.com>,
Andrew <moneyanimal@gmail.com>, Adeel Chowdhry <ispyenterprise@gmail.com>, chris haldenby
<chrishaldenby@hotmail.com>, Ryan Deiss <rdeiss@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Matt
Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, Joey Kissimmee
<joeykissimmee@gmail.com>, Sam Bennett <dave@extremewebgraphix.com>, DC Fawcett
<dc@reisuccesstraining.com>, Paul Liburd <paul.liburd@gmail.com>, Letian Liu <letians@gmail.com>, Jason
Gazaway <jasonkgazaway@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson
<mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Gregory Wood
<woodgregoryj@gmail.com>, Mike Shah <zilmilinc@gmail.com>, Mike Kemski <mikekemski@gmail.com>, Bob
Beckett <secrettrafficsystem@gmail.com>, Melford/Concetta Bibens <powerimagepress@gmail.com>, Bill McRea
<depotgang@gmail.com>, oli tee <olitee.personal@gmail.com>, Mark Roth <markjroth@gmail.com>, Dan Brock
<dantheinternetman@gmail.com>, Mark <wildseo@yahoo.com>, Philip Mutrie <adswapbookings@gmail.com>,
Adeel Chowdhry <ispyenterprise@googlemail.com>, ChrisFreville <chris@chrisfreville.com>,
"daveguindon@gmail.com Guindon" <daveguindon@gmail.com>, Antonio Giuditta
<antonio@antoniogiuditta.com>, Eddy Croft <eddymail@gmail.com>, Matt Ford <ustartnow@gmail.com>, Jane
Mark <sokule1@gmail.com>, "mark@unica.co.nz" <mark@unica.co.nz>, Jani Gmoney <janigjv@gmail.com>,
Dylan Loh <dylanloh@gmail.com>, Mike Chen <cmikec@gmail.com>, Alen Sultanic <alensultanic@gmail.com>,
Martin Nødskov <mnhweb77@hotmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>,

SEC-MANSOURP-LW-E-0000467

StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Nick Baker <nick@justdevelop.it>, Philip Mansour <morebank@gmail.com>, Tim Atkinson <moneymaker0404@gmail.com>, Rubbertree Inc <rubbertreeinc@gmail.com>, Aaron Darko <aarondarko21@gmail.com>, Jeff Dedrick <jeffwdedrick@gmail.com>, Ritoban Chakrabarti <freelikehell@gmail.com>, Matt Bacak <mbacak@gmail.com>, matthew marcus <internetbusinesscompany@gmail.com>, "alex@googlesniper.com" <alex@googlesniper.com>, Chris Mcneeney <chrisx@lonofilms.com>, Mike Merz <im4newbies@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Adeel X <adeel3000@hotmail.com>, Jay Deiboldt <jdei1231@gmail.com>, Willie Crawford <willie.crawford@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Roy Carter <roycarterltd@gmail.com>, George montagu brown <georgemontagubrown@gmail.com>, Mo Latif <latifmm@gmail.com>, Joel Peterson <joel@joelpeterson.biz>, Ewen Chia <ewenchia@gmail.com>, Eric Chen <cyheca@gmail.com>, Chris Moran <cbmoran@gmail.com>, Michael Jones <mj6355@gmail.com>, Chris Cobb <chris@chriscobb.co.uk>, Mike Auton <mikeautonjv@gmail.com>, Chris Cobb <laptop@ais-system.com>, "David ." <bizofhelpingyou@gmail.com>, Mo Mulla <momulla1@gmail.com>, Paul Liburd <paul.liburd@googlemail.com>, "chloe@platinumgroupmedia.com" <chloe@platinumgroupmedia.com>, Jordan Hall <jordanlh@gmail.com>, Anthony Morrison <officialanthony@gmail.com>, Tom P Lucas <tom.p.lucas@gmail.com>, "janemark4@gmail.com" <janemark4@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, "bigbang1@sbcglobal.net" <bigbang1@sbcglobal.net>, Michael Laughlin <mmorgan119@yahoo.com>, Bill McRea <wjm@mcreasite.com>, Craig Hammer <affiliatecraig@gmail.com>, Chad Nelson <chadnelson55@gmail.com>, Anthony Morrison <anthony@anthonymorrison.com>, Mick Moore <killergraffix@cox.net>, "latif@googlesnatch.com" <latif@googlesnatch.com>, Peter Lenkefi <plenkefi@gmail.com>, Martin Schranz <lexxeurope@gmail.com>, Winter Valko <wvalko@gmail.com>, Nick Throlson <nickthrolson@gmail.com>, Cory Boatright <cory@shortsalefundamentals.com>, "affmarkguy@gmail.com" <affmarkguy@gmail.com>, David Garven <davegarven@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, "alanmag9@yahoo.com" <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader <mail@therobotrader.com>, Sean Donahoe <sean@themanicmarketer.com>, "ericb@ericowens.com" <ericb@ericowens.com>, "jv@justinmichie.com" <jv@justinmichie.com>, Bobby Walker <prprosubmitter@gmail.com>, Hitesh Juneja <hitesh106@gmail.com>, "Dr. Suzanne Gudakunst" <drsuzanneg@gmail.com>, Mark Jenney <markwjenney@gmail.com>, "Anthony Trister[Personal]" <anthonytristerjv@gmail.com>, "brianlee1973@gmail.com" <brianlee1973@gmail.com>, John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Joseph Drewes <joe.drewes@gmail.com>, Huey Lee <hueylee99@gmail.com>, Richard Legg <richard.legg@gmail.com>, Rob Rammuny <rammuny@gmail.com>, Jani Gmoney <janigjv@googlemail.com>, "whatdowehavehere.com" <whatdowehavehere@gmail.com>, Dave Sharpe <dave@inetsquared.com>, Mitch Sanders <mitch@departmentmarketing.com>, Corey Lewis <info@mediadealer.net>, Marc Sa <themarcsa@gmail.com>, Antonio Forex <antonio@itdansk.com>, Chris Luck <chrisluck@me.com>, Adam Horwitz <thadamhorwitz@gmail.com>, Mike Long <mikelongmagic@gmail.com>, Alex Malave <imedge8@gmail.com>, Glen Hopkins <glen@glenhopkins.com>, Zack Carter <jcarterprivate@gmail.com>, Harris Fellman <harrisfellman@gmail.com>, Mike Burrow <mike@inetsquared.com>, Ross Goldberg <immortalross@gmail.com>, Paul Liburd <paul@paul.cm>, Bobby FitzPatrick <iambobbydigital@gmail.com>, Mike Merz <jvnotify@gmail.com>, "grownmanbusiness101@yahoo.com" <grownmanbusiness101@yahoo.com>, Socrates Socratous <socratesjv@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, "rod@mrjv.com" <rod@mrjv.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Sharon Casey <slcbigwig@gmail.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Charles Kirkland <kirklandcharles@gmail.com>, Justin Blake <sesus22@gmail.com>, Christopher Reiff <mydailybusiness@gmail.com>, JDD Publishing <jim@bizweb2000.com>, Michael Sampson <mike@unparalleledmarketing.com>, Fabian Tan <fabian.jh@gmail.com>, avi frister <afrister@hotmail.com>, Tim Bekker <cbleadspartners@gmail.com>, Javan Robinson <javan.cash@gmail.com>, Salman H <sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, Matt Garrett <askmattg@gmail.com>, James Yii <james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, "jds@izipmail.com" <jds@izipmail.com>, Jeff Alderson <xybercode@gmail.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson

SEC-MANSOURP-LW-E-0000468

Case 6:18-cv-01606-GAP-GJK   Document 101   Filed 11/21/19   Page 56 of 200 PageID 1341

<stephenson.travis@gmail.com>, Jerome Chapman <jeromehchapman@gmail.com>, Mike Burrow
<mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, Liam
Baxter <liambaxter1987@yahoo.co.uk>, "fapturbosupport@gmail.com" <fapturbosupport@gmail.com>, Greg
Stefaniak <dontuforget@gmail.com>, Josh Higgins <purplefirellc@gmail.com>, Email Van JP
<icaremedia@live.nl>, Imran S <profmarketedge@gmail.com>

Good evening / morning Guys and Gals,

**Binary Hijack is Officially LIVE... Goooooo**

Greg S is at $1.21 EPC while he's launching

Mike S is at $1.78 EPC

FAP Turbo guys are at $1.14 EPC

Imran is at $1.04 EPC

1secure is at $1.93 EPC

This is by far, the best converting offer I've launched this year....

-----

**Your links are as follows:**

**THIS IS VERY IMPORTANT THAT YOU USE THE CORRECT
LINK FOR YOUR TYPE OF LIST FOR MAXIMUM CONVERSIONS:**

**MMO Bizopp/BINARY:**
http:// YOURID . binhijack . clicksurecpa . com

**FOREX/BINARY (Add ?lp=3):**
http:// YOURID . binhijack . clicksurecpa . com ? lp=3

**You can grab your swipes here:**
http://binaryhijack.com/jv/

-----

As always, we're giving away a LOT of cash in prizes..
Including $25,500 in the Main leaderboard contest

**Fast Start CPA Bump Contest:**

Top 5 Affiliates with the most conversions starting
now, until later, Wednesday at 5pm Eastern (New

SEC-MANSOURP-LW-E-0000469

York Time) gets a 24 hour CPA Bump

1) $300
2) $290
3) $280
4) $270
5) $260

**Main Leaderboard Contest:**

1st)  $10,000
2nd)  $5,000
3rd)  $4,000
4th)  $3,000
5th)  $2,000
6th)  $500
7th)  $400
8th)  $300
9th)  $200
10th) $100

-----

**HOW TO GET STARTED:**

Your links are as follows...

**THIS IS VERY IMPORTANT THAT YOU USE THE CORRECT
LINK FOR YOUR TYPE OF LIST FOR MAXIMUM CONVERSIONS:**

**MMO Bizopp/BINARY:**
http:// YOURID . binhijack . clicksurecpa . com

**FOREX/BINARY (Add ?lp=3):**
http:// YOURID . binhijack . clicksurecpa . com ? lp=3

**You can grab your swipes here:**
http://binaryhijack.com/jv/

-----

Thank you all once again and I look forward to
crushing your next launch with these new leads :-)))))

Warmest regards,

SEC-MANSOURP-LW-E-0000470

Ronnie

56

SEC-MANSOURP-LW-E-0000471

**From:** Martin S [martin@martinjv.com]
**Sent:** Monday, April 25, 2016 3:09 PM
**To:** Martin S
**Subject:** [Personal] KAAABOOOM 10.5% Conversion Rates

SWIPES #31 TO #40 ARE NEW
http://binaryinterceptor.org/jv/

Hi Guys,

The Winners of the Weekend contest and 24 hour contest are below. But before we get to that, I'm doing another 24 hour contest, as more and more New affiliates are climbing on board.

**New Contest JUST started:**
New 24 Hour Contest + EPC bump

1st) $1,000 + $275 CPA BUMP
2nd) $500 + $275 CPA BUMP
3rd) $250 + $275 CPA BUMP
4th) $150 + $275 CPA BUMP
5th) $100 + $275 CPA BUMP

Ends tomorrow (Tuesday 11:59pm ClickSureTime)


I really want to thank you all for your amazing support on my first solo launch.  I'm really looking forward to reciprocating every click that each one of you sent me.  And those in Top 10 that put everything they had, will obviously get "All Out" clicks.  They will also get preference if there's a clash in launch dates amongst my
other supporters. I want to make sure that I return the favor to those of you who put all out effort and showed proper support. I want to say thank you again and I'm looking forward to sending you up to 50K clicks!

**Quick Stats:**
Brokers are back in the office and on point
We are just about 1,200 FTD's

**EPC's are super high:**
**Mike S: $10.32 EPC!!!!** definitely the highest he's ever had
**David A: $1.12 EPC** and just getting started this week
**lap88: $7.81 EPC!!!!** and just got started this week  (who are you?  Please get in touch)
**Sean G: $3.41 EPC** and just getting started today
**abdelftah: $1.68 EPC** (who are you?  Please get in touch)
**Dadid Blaze: $10.20 EPC!!!!** and just got started today
**kim988 - $1.71 EPC** (who are you?  Please get in touch)
**Baxters: $1.02 EPC** - Keep hitting send
**Phil M: $1.64 EPC** - Keep going.  Your leads are being worked on
**Warren and Mike: $2.40 EPC** - Don't stop here. Top 5 is just right around the corner
**Jani and Aaron: $8.06 EPC!!!!** - JUST Got Started this week
**Steve Fox $6.25 EPC** - Whoaaa, where did you come from?

MONTANO000522
CFTC-18-cv-01607-GAP-GJK-000014280

And many more with smaller FTD amounts and HIGH EPC's

But I think you get the point LOL!


```
==============================
```
**SWIPES #30 TO #41 ARE BRAND NEW**
http://binaryinterceptor.org/jv/

Here is the Hop link:
http:// AFF_USER . inter . clicksurecpa . com
```
==============================
```

**HERE'S YOUR WEEKEND CONTEST WINNERS:**

1) Mike S - $3,000
2) Antonio G - $2,000
3) David A - $500
4) lap88 - $300
5) Ian R and Ian S - $199


**HERE'S YOUR 24 HOUR CONTEST WINNERS:**

1st) Mike S - $1,000 + $275 CPA BUMP
2nd) Antonio G - $500 + $275 CPA BUMP
3rd) David A - $250 + $275 CPA BUMP
4th) lap88 - $150 + $275 CPA BUMP
5th) kim9988 - $100 + $275 CPA BUMP


**Don't forget about the Main Leaderboard Contest Too:**
You have 6 days left to make a move
1st) $10,000
2nd) $4,000
3rd) $3,000
4th) $2,000
5th) $1,000
6th) $500
7th) $400
8th) $300
9th) $200
10th)$100

I'll be back in the morning with the current Main Leaderboard Contest


Thank you again everyone for your support.

I'm looking forward to smashing your next offer with these brand new leads.

Cheers
- Martin

MONTANO000523
CFTC-18-cv-01607-GAP-GJK-000014281

**PS,** don't forget to support our other friends currently in launch

Paul Liburd: http://alivein5.co/jv.php

Gregory Wood:  http://freemoneyguaranteed.co/jv

Glynn and Fred:http://milliondollarduplicator.com/affiliates.html

Chris Freville: http://insuredjv.com/

Antonio G: http://themillionairesclub.co/jv/

JP:  http://thereferralproject.co/jv/

MONTANO000524
CFTC-18-cv-01607-GAP-GJK-000014282

Message

| | |
|---|---|
| **From:** | user-rt@probottrade.com [user-rt@probottrade.com] |
| **on behalf of** | George Binary Professor [support@prorobot.trade] |
| **Sent:** | 4/22/2016 3:03:42 AM |
| **To:** | CB_Security [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=eae913861506443b8d51b32fb0ede540-CB_Security] |
| **Subject:** | Early Bird catches the worm |

The Early Bird Catches the worm is how the famous saying goes...

... and it's the 100% TRUTH

Here's why:

==> Click Here

My friend Robert is offering 50 BETA testing accounts to his brand new software, Binary Interceptor.

Binary Interceptor is his flagship software that's going to help you finally trade Binary Options PROFITABLY.

Long gone are the days where you had to study the graphs for hours before finally finding the PERFECT time to trade... only to be left heartbroken.

Robert's software does all that for you... AND MORE.

He's put together a short video for you to talk you through the Interceptor and WHY you need in on the 50 beta testers.

But honestly..

Skip the video.
Jump straight in.

==> Access Here

These spots are going to fill up fast - and it's only action takers like you that are going to benefit!

**Happy Trading**
**George**

PS. Watch how Robert takes 3 normal people, like you and I, at a Shopping Mall and helps them to make over $1,000 each in just 3 hours. And he shows this to you LIVE. This is unheard of.
What ever you do, Don't miss this:

60

CONFIDENTIAL & PROPRIETARY EXEMPT FROM DISCLOSURE

UNSUBSCRIBE    FORWARD TO A FRIEND

Help us be sure that this email gets to your inbox.
Adding our return address support@prorobot.trade
to your address book may "whitelist" us with your filter,
helping future emails get to your inbox.

All Rights Reserved

61

| | |
|---|---|
| **From:** | * Super Affiliates <martin@martinjv.com> |
| **Sent:** | Monday, April 18, 2016 3:04 AM |
| **To:** | allinpublishing@gmail.com |
| **Subject:** | [JV News] This New Offer is LIVE |

Ready?  Set?

Go Go Go!

Binary Interceptor is Officially Live and Kicking Butt

**Remember:**

Starting RIGHT NOW until 11:59pm Clicksure Time on Tuesday, the top 5 people that make the most conversion wins:

**1st) $3,000**
**2nd) $1,000**
**3rd) $500**
**4th) $300**
**5th) $200**

============================
**Please grab your swipes here:**
**http://binaryinterceptor.org/jv/**

**Here is the Hop link:**
**http:// AFF_USER . inter . clicksurecpa . com**
============================

Plus don't forget about the **Main Leaderboard Contest** where I'm giving away:

1st) $7,000 + $3,000 Bonus (Reach 150 Conversions and make that extra $3K)
2nd) $4,000
3rd) $3,000
4th) $2,000
5th) $1,000
6th) $500
7th) $400
8th) $300
9th) $200
10th)$100

============================

1

**Atkinson 000694**

**Please grab your swipes here:**
**http://binaryinterceptor.org/jv/**

**Here is the Hop link:**
**http:// AFF_USER . inter . clicksurecpa . com**
=============================

I'll be back in a few hours with some updates.

Thank you all again.

- Binary Interceptor Team

This message was sent to allinpublishing@gmail.com from:

* Super Affiliates | martin@martinjv.com | Monica Anderson | 12472 Lake Underhill Rd #423 | Orlando, FL 32828

**Manage Your Subscription**

Email Marketing by

63

**Atkinson 000695**

| | |
|---|---|
| **From:** | updates@gocentument.com on behalf of * Binary Premier Support <updates@gocentument.com> |
| **Sent:** | Monday, November 21, 2016 12:41 PM |
| **To:** | Jay |
| **Subject:** | Premier Member Login (Follow Inside) |

**YOUR LOGIN LINK IS BELOW**

*(Before we get started, Jay, I want to make sure that you definitely want this information. You're getting this email because you signed up through our preferred broker partner at CENTUMENT.However, we respect your privacy, so if you want to report this message to us as SPAM and stop receiving communications from us, please take your email from further updates, please click here to be removed )*

**LAST CHANCE to TAKE UP TO $1,000 MATCHING BONUS AND UPGRADE.**

I've been trying to give you a gift but you have ignored my emails *Jay*.

Did you think it was junk mail? Well it's not. Rather it's my
way of giving you up to $1,000 as a Deposit Bonus

Here's the free gift I've been trying to give you *Jay*:

I've been given authorization from the other owners of BI to
match what ever you deposit? I'M DOUBLING YOUR DEPOSIT FROM
THE START. This way you can test out the system with the Money that
I put in to match your deposit? This way your deposit has no risk. You
use my money that I put in your account. And you let the BI
system make you profit before you use YOUR money? This means, if
you deposit $250, then I'll put in $250 also into your account. Kind of
like a "Matching Bonus".. If you put in $500, I'll put in $500. If you put
in $1,000, then I'll put in $1,000 and you will have $2,000 to trade with?
Does that make sense?

**START CLICKING HERE IF YOU WANT THIS BRAND NEW UPGRADE**

I only have 8 more members that I can give this to. I can't give everyone
money, right? Otherwise, I would go broke. But I can do this for 8 more

1

people and that's it. So if you don't want it, please let me know so I can give it to the next person.

Please confirm that you want this free gift by clicking the link below... Once you make your deposit, contact the broker directly and tell them that the owners of BI has promised you that your deposit will be doubled up to $1,000. So you can deposit $250, $500, $750, or $1000 and I'll double your money from the start.

**CLICKING HERE IF YOU WANT IT**

Trust me... You have nothing to worry about. You have zero risk... And don't worry, the money is still yours... you're still not paying a single penny for the software that makes me $10K a day on autopilot.. The powerful automated software is still FREE… you're not giving that money to me... I don't need it. That money that you're depositing is going into YOUR personal account that YOU will use for trading using this automated software...

So your money is secure and will still be in your hands... It's like transferring your money into another bank account... except your money will grow with the use of this autopilot software. And And AND I'll match what ever you put in. I'm basically doubling your money from the very start! See.. You're already a winner :-))))

So are you ready? Just go here.. then make your deposit.. and then tell the broker that your deposit is going to get a matching bonus. Tell them I said so :-)

Are you ready? **Go here now.**

Make your initial deposit and then contact the broker directly and ask for the 100% matching bonus that I'm giving you. They will then double the funds that are in your account.

But I'm only allowing this today. Anything you deposit today (up to $1,000), I will match with my money, so you start off with double the money for trading using my powerful system.

It's yours if you want it, but you only have literally 8 hours to get this

2

ATKINSON 0004988
65

matching bonus.

See you **inside**

Regards,
Support Department

Hey  *Jay*... I want to give you some extra cash above... But first... You're getting this email because you signed up through our preferred broker partner at CENTUMENT.However, we respect your privacy, so if you want to report this message as SPAM and stop receiving communications from us, please take your email from further updates, ***please click here to be removed***

-------------------------------------------------------------------------------------------------------

This email was sent by * Binary Premier Support at 12472 Lake Underhill Rd, Office 423, Orlando, FL, 32828, United States.

—

ATKINSON 0004989

# BERRY MEDIAWORKS 2016

| DATE | CLIENT | PROJECT |
|---|---|---|
| 1/5/16 | MENI ISRAEL | CENTUMENT |
| 2/2/16 | TIM ATKINSON | PUSH MONEY |
| 1/10/16 | MIKE SHAH | VIRTUAL INCOME |
| 1/15/16 | MIKE AUTON | FORTRESS |
| 1/31/16 | TAL TOLMOV | COPY BUFFETT |
| 2/15/16 | MENI ISRAEL | CITIDEL |
| 2/15/16 | MENI ISRAEL | ALTRONIX |
| 2/28/16 | MENI ISRAEL | TRADE X CONFIDENTIAL |
| 2/28/16 | MENI ISRAEL | TRADE TRACKER PRO |
| 2/16/16 | BEN SWANSON | AMISSIO |
| 2/16/16 | MICHAEL CLAPCOTT | INCOME UNLIMITED |
| 2/17/16 | ANTONIO | MILLIONAIRES CLUB |
| 2/18/16 | TAL TOLMOV | PROFIT UNLIMITED |
| 2/28/16 | MENI ISRAEL | TRIANASOFT |
| 3/5/16 | TAL TOLMOV | CLOUD TRADER |
| 3/12/16 | MIKE SHAH | DREXEL CODE |
| 3/20/16 | TAL TOLMOV | INSTANT CASH APP |
| 4/5/16 | MIKE SHAH | SNOW PATROL |
| 3/25/16 | MJ BELDA | BINARY INTERCEPTOR |
| 4/10/16 | PAUL LIBURD | ALIVE IN 5 |
| 4/10/16 | TAL TOLMOV | VARIOUS STUFF |
| 4/15/16 | MIKE SHAH | LIE DETECTOR |
| 4/15/16 | PATRYK | NESDEK |
| 4/15/16 | RONNIE MONTANO | BINARY INTERCEPTOR 2 |
| 4/15/16 | TAL TOLMOV | INSURED OUTCOME |
| 4/15/16 | GREG WOOD | FREE MONEY SYSTEM |
| 4/18/16 | TAL TOLMOV | MILLION DOLLAR CHALL |
| 4/25/16 | WARREN BROWN | HEDGE FORMULA |
| 4/26/16 | MICHAEL CLAPCOTT | PROFITS INFINITY |
| 4/29/16 | MIKE SHAH | BROOKS BLUEPRINT |
| 4/29/16 | ANTONIO GIACCA | PERPETUAL FORMULA |
| 5/5/16 | CRAIG KAYE | GPS TRADER |
| 5/5/16 | LEONARDO PINTO | TERRAN CAPITAL |
| 5/6/16 | PATRYK PONZYNSKI | TENFOLD FINANCE |
| 5/14/16 | TAL TOLMOV | REGAL WEALTH |
| 5/15/16 | MIKE SHAH | AZURE METHOD |
| 5/25/16 | MIKE AUTON | DISRUPT TRADER |
| 6/15/16 | RONNIE MONTANO | MOBILE BINARY CODE |
| 6/15/16 | MIKE AUTON | COBALT MILLIONAIRE |
| 6/15/16 | ANTONIO GIACCA | QUANTUM CODE |
| 6/15/16 | TAL TOLMOV | NAVSTAR |
| 6/15/16 | TAL TOLMOV | SAFEGUARD |
| 6/15/16 | MENI ISRAEL | BANK TRADER BOT |
| 6/15/16 | MENI ISRAEL | RAT RACE |
| 6/15/16 | PAUL LIBURD | QUICK CASH METHOD |
| 6/25/16 | MIKE SHAH | SHEPARD SDP |
| 6/25/16 | BEN SPARROW | GEMINI APP |
| 6/22/16 | LEE WALKER | MIRROR TRADER |
| 7/5/16 | MENI ISRAEL | MMC |

**CONFIDENTIAL**

| | | |
|---|---|---|
| 7/5/16 | MENI ISRAEL | MPP |
| 7/5/16 | ANTONIO GIACCA | ZERO LOSS |
| 7/5/16 | MICHAEL CLAPCOTT | MAXIMUS PROFITS |
| 8/31/16 | RONNIE MONTANO | CENTUMENT REDUX |
| 8/31/16 | MICHAEL CLAPCOTT | PROFITS PERPETUAL |
| 9/9/16 | MENI ISRAEL | SNAPCASH |
| 9/12/16 | TAL TOLMOV | INSTANT CASH CLUB |
| 9/12/16 | PATRYK | ONE TOUCH AND LOTTERY |
| 9/12/16 | PAUL LIBURD | CHARITY PROFITS APP |
| 9/16/16 | CRAIG KAYE | OPTICAL SIGNAL |
| 9/16/16 | LEONARDO PINTO | X-IT APP |
| 9/18/16 | WARREN SHAW | AUTOMATA FORMULA |
| 9/22/16 | TAL TOLMOV | DREAM CATCHER |
| 10/5/16 | STEVE COOPER | AURUMATECH |
| 10/12/16 | MENI ISRAEL | WIKITRADER |
| 10/26/16 | ANTONIO GIACCA | THE ORION CODE |
| 10/29/16 | CRAIG KAYE | MULTIPLEXER |
| 11/1/16 | KEIREN GILL | ROYCE CODE |
| 11/5/16 | GREG WOOD | FREE MONEY SYSTEM |
| 11/8/16 | TAL TOLMOV | SWARM TECH |
| 11/8/16 | TAL TOLMOV | PROFITBALL |
| 11/9/16 | TAL TOLMOV | PENNY MILLIONAIRE |
| 11/15/16 | CRAIG KAYE | ONASSIS |
| 11/23/16 | CRAIG KAYE | ZEUS |
| 11/31/16 | MENI ISRAEL | NUVO FINANCE |
| 12/2/16 | TAL TOLMOV | OBCASIO |
| 12/8/16 | BEN SPARROW | RUBIX FORMULA |
| 12/15/16 | MIKE AUTON | LAZY TRADER |
| 12/17/16 | ASHLEY | PROVE MY PROFITS |
| 12/18/16 | ASHLEY | JARVIS FORMULA |
| 12/22/16 | WARREN BROWN | PLENITUDE |
| 12/29/16 | CRAIG KAYE | SEQUENCE MULTIPLIER |
| 12/29/16 | CRAIG KAYE | TESLER FORMULA |
| 12/31/16 | TAL TOLMOV | 10K EVERY DAY |

**CONFIDENTIAL**

**To:**  codyburgat@gmail.com[codyburgat@gmail.com]
**From:** Fapturbo
**Sent:**  Fri 3/14/2014 9:36:12 AM
**Importance:**   **Normal**
**Subject:** -> Last 43 trades: $142.40 profit in 43 minutes  – VERIFIED By 3rd party service

**VERIFIED** by a 3rd party trading account verification service...$106 profit PER hour of trading:

Get access for codyburgat@gmail.com here:

Go to http://fapturbo.com/binmatpro

=> **Click here**

Here are the LIVE account results:

**9.20 ... 9.10 ... 9.00 ... 0.00 ... 9.15 ... 9.20 ... 8.90 ... 9.10 ... 9.15 ... 8.90 ... 9.15 ... 0.00 ... 9.10 ... 9.10 ... 9.15 ... 9.20 ... 8.90 ... 0.00 ... 9.20 ... 8.90 ... 9.15 ... 9.10 ... 9.10 ... 0.00 ... 9.15 ... 0.00 ... 9.10 ... 8.90 ... 0.00 ... 8.90 ... 9.10 ... 9.15 ... 9.20 ... 0.00 ... 9.15 ... 8.90 ... 9.00 ... 9.10 ... 9.10 ... 8.90 ... 0.00 ... 9.20 ... 9.00**

Profit for 40 minutes of "work": $142.60 (trade size is $5...use $10 and you can DOUBLE that profit):

Most traders rightfully feel a bit of skepticism about the trade results posted on a lot of Binary Options websites these days.

Many accounts are manipulated to show impossible results.

And sometimes the accounts don't even EXIST (they're just Photoshops).

So how can you know an account is real?

Third party authentication is a big part of it. Just like in other areas of life, an independent verification service plays a big role in building trust.

Auditors check the company's accounts, for example.

Certification and insurance firms ensure that cars are safe to drive.

And BinaryVerify.com authenticates Binary Options trading accounts.

69

SEC-4MOST-E-0089740

This particular account run by Binary Matrix Pro just delivered 35 wins from 43 trades. And $142.60 in clear profit from a $250 account! That's a huge 57% in profit.

Go to http://fapturbo.com/binmatpro

=> **Click here**

And in less than 40 minutes of "work"

And it's verified by Binary Verify too!


*All the best,*

*Steve*

*P.S. here is the link again, you really don't want to miss it*

Go to http://fapturbo.com/binmatpro

=> **Click here**


This message was sent to codyburgat@gmail.com from:

Vision Technologies GmbH | wilhelm greilstr 14 | innsbruck, Austria 6020, Austria

Email Marketing by iContact - Try It Free!

Update Profile

70

| | |
|---|---|
| **From:** | mailer@infusionmail.com on behalf of Binary Matrix Pro <affiliates@binarymatrixpro.com> |
| **Sent:** | Sunday, March 23, 2014 1:34 PM |
| **To:** | allinpublishing@gmail.com |
| **Subject:** | [JV's] The Greatest Race: the CPA contest winners announced! |

Having trouble viewing this email? Click here

Hi Tim,

---------------------------------------------------------------
1. Announcement: How the CPA competition ended up

2. Today's swipes are posted now
---------------------------------------------------------------

**SPECIAL NOTE: We still don't have the PayPal of the following affiliates:

JongRuk,  WebMMT,  Mohtee2003,  Hydro123,  Hopster,  Hawaii

PLEASE send us your PayPal details to affiliates@binarymatrixpro.com so we can send you your cash prize(s).

For the affiliates we have their PayPal's and/or bank wire details,  cash prize payment will be sent on Monday. Each affiliate will be notified via email when payment has been made.

Ok...

What a HUGE result!

The CPA competition ended in blowout style – BIG time!

The final bell on the CPA count just sounded …

… and we have some V.I.W. (Very Important Winners) to announce!

As you probably know, the CPA contest quickly became a 2-sided struggle for supremacy between Tim Atkinson on one side … and Ronnie & Jimmy on the other.

It was quite a battle, but at last we can declare a winner:

Tim Atkinson came out on top with a legendary 234 CPAs in just 5 days. That's 46.8 a day - wow!

Absolutely HUGE, Tim! What a massive effort! A laurel wreath of Olympic glory to you …

… plus of course the $10,000 first prize too!

That's on TOP of the $1,800 you ALSO won during the daily opt-in competitions!

A supreme effort …

… and it HAD to be, because Ronnie & Jimmy pushed him ALL the way with 209 CPAs of their own.

1

That's 41.8 per day on average! And THAT super job was worth a big fat $3,000 for 2nd place.

Ronnie & Jimmy ALSO cleaned up BIG-Time in the opt-in competitions to collect another $1,800 in that category, taking their overall total to $4,800 – wow!

Who was next?

Ben S & SLJ were the NEXT dynamic duo in the listings with a very impressive $2,400 in take-home money, including $1,500 for a VERY solid third-place finish in the CPA contest. What a super job and thanks so much, guys!

FapTurbo took 4th place and pocketed a cool $1,000 for his trouble – terrific effort!

DTCoach cruised handsomely to 5th place and claimed $750. Awesome!

And the second half of the Top Ten Finalists went like this:

FXWizard in 6th place …
Eldi in 7th place …
FXMen in 8th place …
PlatTrader in 9th place …
… and JongRuk in 10th place to round out the rest of the $750 prize winners!

Terrific results from ALL of you!

In fact, we're HUGELY impressed with what you delivered.

Super, super contributions from you guys and you were FULL value for the prize money you've earned this week.

There were a LOT of you who earned too! There were in fact 25 different winners in 12 tiers overall! Here they are in ranking order …

1. Tim Atkinson … $11,800
2. Ronnie & Jimmy … $4,800
3. Ben S & SLJ … $2,400
4. FapTurbo … $1,000
5. FXWizard … $850
6. PlatTrader … $750
6. JongRuk … $750
6. FXMen … $750
6. Eldi … $750
6. DTCoach … $750
7. FCTraffic … $600
8. Hpss1996 … $500
9. Envanto … $450
10. WebMMT … $350
11. Payment4U … $200
11. MWright00 … $200
11. HRChap … $200
12. Mohtee2003 … $100
12. JimSpeed … $100
12. Interaire … $100
12. Hydro123 … $100
12. Hopster … $100
12. Hawaii … $100
12. E2Coder … $100
12. CWCash … $100
12. AC072584 … $100

Congratulations to EVERYONE and thank you so much for a fantastic contest!

Everyone's delivered like true champions, and thanks to ALL participants …

2

**Atkinson 000074**

… because even if you DIDN'T get a cash prize this time …

… NOW you know what it takes to run with the BIG DOGS of the affiliate arena in this niche!

All the stats for this week's competitions can be found right here:

http://www.binarymatrixpro.com/contest.php

Thanks again to everyone who participated. It was one heck of a week!

-----------------------
Swipes are up now
-----------------------

Let's catch our breath for a moment.

Because the contest might be over …

… but you're STILL going to pocket a big $200 CPA commission for every one of your leads who opens a live account.

And don't forget each of your leads who refers ANOTHER lead to Binary Matrix Pro will net you ANOTHER cool $200 … it's the gift that keeps on giving!

To maximize your success rate, we have two sets of sales pages and swipes available.

One set is targeted for IM lists …

… and the other for FX and Binary lists.

So be sure to mail the appropriate swipe to THAT version of the sales page to maximize opt-ins and CPAs.

You'll find everything you need right here:

http://www.binarymatrixpro.com/affiliate-area1.php?inf_custom_ClicksureID=bigbank14

And thanks AGAIN to everyone who participated. What a week!

Please remember to send your Paypal email to affiliates@binarymatrixpro.com (if you haven't already done so) so we can send you your cash prize.

All the best,


The BinaryMatrixPro Team




If you no longer wish to receive our emails, click the link below:
Unsubscribe
Binary Matrix Pro Jonge Roelensteeg 14 Amsterdam, Drenthe 1012 PL Netherlands



73

**Atkinson 000075**

**CASH CODE TESTIMONIALS**

**Damien: I'm in shock... I'm truly in shock!  I only had to invest $250 and I'm staring into my computer screen seeing $11,927.23! This is my first time I've EVER made money online!**

**I mean, I heard this program was good - but I didn't know it would be making this in just one day!  I'm never turning the Cash Code off!  This has to be a world's first!**

**Laura:  OK, it's 3:00 and I've officially deposited $250.   Let's see what happens.**

**Ok, it's now 3:32 and I've already got  $724 in there...wow!**

**5:48  OMG  Is this for real?  It's now at $2,892.**

**6:48 and I'm at $5,077!  7: 19  $9,918!!!   11:48 : $16,251!!! Holy crap!**

**This is just not possible. I just made my entire 6 month salary in one day... actually more!**

**Brian:   Well, I was skeptical at first.   But I couldn't be skeptical for long.**
**Because within 15 minutes I was already making money.**
**And the income you promised is the income I actually got!**

**I've NEVER seen that happen with ANY other product I've bought into online..**
**I'm seeing numbers in my bank account...that have two digits more than I've ever had in there!**

**And my job?   It's disappearing... like a distant memory right now.**
**I can't even believe I used to pack boxes for a plastics company.**
**I have REAL time to myself now.   We moved into a WAY better neighborhood.**
**My kids are transitioning into private school.**
**What can I say?   This is a miracle!**

| | |
|---|---|
| **From:** | awlist3742284@aweber.com on behalf of JV Connect <support@jvconnect.com> |
| **Sent:** | Saturday, June 13, 2015 9:34 AM |
| **To:** | Jay |
| **Subject:** | CC JV's $300 CPA! Whaaaaaaaaaaat - Leader-board shake up BOOM |

OMG!

I woke up to crazy EPC's for affiliates promoting
the CASH CODE.. yes I know it's the weekend but
this sucka is converting even better during the
weekend for some weird reason lol!

Which means our weekend contest is getting intense..

>> Check it out
http://clicks.aweber.com/y/ct/?l=Ej3ic&m=3l3bMG8VHtBWYsO&b=R1jlexfhlDTCFt8Ii11OmQ

Don't forget to check out the main LB..

D Blaze has come into this contest with the
highest EPC's on a binary offer I've ever seen..
Overall this super affiliate is over $5 EPC (HAM)

Even with that crazy high EPC, we have sharks
like Paul Sethi, Ronnie Montano, Baxters and Shah hunting
1st place down.. BOOM

Many affiliates have earned an increase in CPA.. up to $300

Make just 1 sale and I'll increase your CPA to $275 for the remainder of
the weekend. Make 3 sales and I'll increase you to $300 CPA for the weekend.

(The difference in CPA once benchmark is reached will be paid in one lump sum
to your CS account at the end of the weekend contest as "Cash Prize".)

Thanks for all the support! Somehow some way Cash Code is the
#4 ranked CS offer in the marketplace.. like a legit #4 LOL! WOW, didn't
think it was possible but because of all the awesome JV affiliates this
was possible. Hats off to you fellas:)

Now go to JV Connect and get your swipes and que for the weekend and main
contest.

>> http://clicks.aweber.com/y/ct/?l=Ej3ic&m=3l3bMG8VHtBWYsO&b=USy3.GUvv2yOsYzLSUyuDQ

Thanks again for your awesome support!


- Tim & The JV Connect Team


P.S. For all my IM JV's that don't promote binary offers
remember my Push Button Commissions offer is the #1 IM
offer to mail on the weekends.. Earn $100 CPA. This is the
most profitable evergreen IM offer.. Just ask around:)

1

Promote anyone of JV Connects Top IM Offers.

CS #1 - Push Button Commissions

www . affuser . 2015moneys . cpa . clicksure . com

CS #5 - Free Millionaire System (IM Version)

www . affuser . discount . cpa . clicksure . com

CS #7 - Miley's Money Method

www . affuser . mmm20 . cpa . clicksure . com

CS #9 - Click Copy Cash

www . affuser . copycash . cpa . clicksure . com

You can find all JV pages on JVC.
>> http://clicks.aweber.com/y/ct/?l=Ej3ic&m=3l3bMG8VHtBWYsO&b=USy3.GUvv2yOsYzLSUyuDQ


700 NE 25th St.
Suite 702
Miami FL 33137
USA

To unsubscribe or change subscriber options visit:
http://www.aweber.com/z/r/?zOwsTEwcLLSs7AxM7CyMrLRGtEwcDGxMbIyM

76

**Atkinson 000528**

| | |
|---|---|
| **From:** | CLTD TRADING <gerald@centumentjv.com> |
| **Sent:** | Monday, April 25, 2016 4:33 PM |
| **To:** | allinpublishing@gmail.com |
| **Subject:** | BEWARE: Scam Alert. |

**PLEASE BEWARE [KEEP THIS EMAIL SAFE]**

There's a HUGE scam happening in the trading industry RIGHT NOW.

**Click here to learn more.**

If you've purchased, or are even considering buying access to any of these 'binary signals' or 'binary courses' - then you're in to lose a lot of money.

99.9% of them are rehashed rubbish that either 1 Doesn't make sense or 2. Made sense 10 years ago.

The markets are ALWAYS changing, and unless you want to constantly be spending thousands of dollars and hundreds of hours trying to keep up with the trends…

… it's a fools' game to keep trying

Instead, I want to give you access to a ZERO COST software that allows you to do so much more.

It trades on complete autopilot… and it's going to revolutionise the way you trade (without having a negative impact on your wallet)

But spots are limited…

Stop falling for the hype and STOP paying for things that don't work!

**>>> START CLICKING HERE IF YOU WANT IT <<<<**

Thanks!

See you inside Jay

Regards,
Support Department

Hey Jay…
You're getting this email because you signed up through our preferred broker partner at Centument. However, we respect your privacy, so if you want to remove your email from further updates, **please click here to update your preference.**

1

ATKINSON 0004418

This message was sent to allinpublishing@gmail.com from:

CLTD TRADING | gerald@centumentjv.com | Monica Anderson | 12472 Lake Underhill Rd #423 | Orlando, FL
32828

**Manage Your Subscription**

Email Marketing by


ATKINSON 0004419

[1/27/2016 4:22:29 PM] Ronnie Montano: now, instead, i have bloggers writing hate content on my name

[1/27/2016 4:22:37 PM] Ronnie Montano: my name that carries on to my kids

[1/27/2016 4:22:40 PM] Ronnie Montano: :(

[1/27/2016 4:22:54 PM] Grayson Brookshire: yeah we found out this last go round our names wont be on JV notify anymore

[1/27/2016 4:23:02 PM] Grayson Brookshire: that's where 95% of our hate come from on the net

[1/27/2016 6:56:04 PM] Grayson Brookshire: that's one way to boost EPC...

[1/27/2016 7:03:42 PM] Ronnie Montano: what's that?

[1/27/2016 7:03:57 PM] Grayson Brookshire: that prize money

[1/27/2016 7:04:11 PM] Ronnie Montano: ohhh the prizes?...  I wanted to get that paid out to entice you all to keep sending

[1/27/2016 7:04:12 PM] Ronnie Montano: haha

[1/27/2016 7:04:13 PM] Grayson Brookshire: kinda got me wanting to buy somemore popup traffic

[1/28/2016 8:47:02 PM] Grayson Brookshire: hey man u online?

[1/28/2016 9:11:03 PM] Ronnie Montano: I'm on Skype phone

[1/28/2016 9:11:10 PM] Ronnie Montano: everything good?

[1/28/2016 9:49:39 PM] Grayson Brookshire: yeh was looking for some super targeted swipes

[1/28/2016 9:49:43 PM] Grayson Brookshire: u got any?

[1/28/2016 9:57:33 PM] Blake Barrett: we want to try it out to our premium lists & see how it converts

[1/29/2016 12:08:07 AM] Ronnie Montano: HEY

[1/29/2016 12:08:07 AM] Ronnie Montano: I'm just seeing this

[1/29/2016 12:08:16 AM] Ronnie Montano: Try this:

[1/29/2016 12:08:17 AM] Ronnie Montano: =====

[1/29/2016 12:09:08 AM] Ronnie Montano: I get HIGH EPC with this kind of copy:


Subject:

79

GB_BB-CFTC-0001470

Thank you for registering as a premier member


Body:

YOUR NEW SOFTWARE DOWNLOAD LINK IS BELOW.


Here it is below... but first, know this..


Over the past 2 weeks, I've been secretly testing a brand new trading software?


The results of this new software blows away all other trading softwares in the world.


If you must know, I got the idea from a multi-billionaire. It's the system he uses to makie over 100 Million a year. I took his strategy and implementied it into a highly sophisticated artificialy intelligent software and then automated it so that it's easy for me and my family to use. We've been using this software for the past 2 days and the results are just mind blowing.


>>> HERE IT IS IF YOU WANT IT <<<<


But one thing to keep in mind. This is a first come first serve. This email is going out to 700 VIP traders. But I'm only looking to give this to 40 beta testers.


If you are one of the first 40 to qualify, you've pretty much guaranteed yourself to have a great 2016 hahahahaha. But seriously, all joking aside, you have to be one of the first 40 people to qualify.


>>> HERE IT IS IF YOU WANT IT <<<<


80

Also, I've been given authorization from the  owners of Centument to match what ever you deposit? THEY'RE DOUBLING YOUR MONEY FROM THE START. This way you can test out the system with the Money that THEY put in to match your deposit? This way your deposit has no risk. You use THEIR money that THEY put in your account. And you let the Centument system make you profit before you use YOUR money? This means, if you deposit $250, then THEY WILL put in $250 also into your account. Kind of like a "Matching Bonus".. If you put in $500, THEY WILL put in $500. If you put in $1,000, then THEY WILL put in $1,000 and you will have $2,000 to trade with? Does that make sense?

See you inside!

Regards,

Support Department

[1/29/2016 12:11:38 AM] Ronnie Montano: ===========

===========

===========

===========

===========

And this:

Subject:

Thank you for registering for my latest review

Body:

HERE'S MY REVIEW ON THE APP THAT THE BINARY OPTIONS WORLD HAS BEEN RAVING ABOUT ALL WEEK LONG.

As I promised you, I will provide you the latest tips, tricks, tools, and secrets to increase your probability of success.

81

GB_BB-CFTC-0001472

Over the past 5 days, my team has been secretly testing out this new app that has just been released by Centument LTD, one of the leading Binary Options firms in Wall-Street.  The results have been mind blowing.

>>> CLICKING HERE IF YOU WANT IT <<<<

I've also arranged for you to receive a 100% bonus for every deposit that you make.  Deposit $250, you get an extra $250... Deposit $1,000 and get an extra $1,000 as a bonus.  This is only available for my premier subscribers.

>>> CLICKING HERE IF YOU WANT IT <<<<

But one thing to keep in mind. This is a first come first serve. This email is going out to 1000VIP traders. But I'm only looking to give this to 100 beta testers.

See you inside!

Regards,

Support Department

[1/29/2016 8:04:04 AM] Blake Barrett: cool, thanks Ronnie

[1/30/2016 6:17:52 PM] Ronnie Montano: are u guys ready for traffic yet?

[1/30/2016 8:48:36 PM] Grayson Brookshire: hey man finishing up some followups... we'll pass u a link tomorrow

[2/1/2016 10:24:32 AM] Ronnie Montano: hey guys

[2/1/2016 10:24:35 AM] Ronnie Montano: on leaderboard

[2/1/2016 10:24:42 AM] Ronnie Montano: please use "Ronnie and Martin"

[2/1/2016 10:24:46 AM] Grayson Brookshire: ok np

82

GB_BB-CFTC-0001473

Ronnie & Martin - http://trianasoft.co/JV

[3/13/2016 12:04:30 PM] sydney: who is interested in french data?

[3/13/2016 2:05:58 PM] Ronnie Montano: Hi guys,


I wanted to ask you for a quick minute of your time.


Martin and I wanted to humbly ask you all if you can support us for our launch. We officially go live at 12 midnight Eastern time tonight (5am in the morning Clicksure Time)


Test results are even better than what it was for our last launch. I'll post some screenshots here in a minute.


But our last launch, Centument, generated:

3,000 FTD's and paid out close to $1MM in commish to our JV's

EPC's of over $1 to $2 for majority of our JV's and affiliates


We are adding more "Ninjitsu" into the offer to make it convert even better than our last launch! :D



As a result, because of all the support we received from most of you on Centument, Martin and I went buckwild on all our JV's launches. Anyone that supported us on Centument received support back... and those that were top 10 for us received "above and beyond" support / reciprocation back. Since our last launch, we won many of your Leaderboards as "Ronnie and Martin" and hit Top 5 on many other launches.


We intend to go even harder with supporting others after this launch. We promise you that if you support us, we WILL support YOU.

Confidentiality Treatment Requested

**From:**     MANAGER-SandaraPakGanern <support@investmentmailer.com>
**To:**       "jpreston@ontraport.com" <jpreston@ontraport.com>
**Subject:**  You've been APPROVED!

Congratulations!

You've paid your dues and now it's finally time
to gain control over your financial destiny.
You have been approved to join the millionaire
beta testers of the NEW and Improved CENTUMENT 2.0 App.

Check this super stealth video out and see how
guys like you are raking in insane profits with
just a few mouse clicks!

>>> SEE IT HERE <<<

Seriously, I've never seen anything like this!

Check it out now before it's too late!

**Sandara Pak Ganern**

Prestige e-Bank USA,4477 Camel Back Road, OKLAHOMA, 74120

Unsubscribe from this newsletter instantly. Report Abuse

84

SEC-ONTRAPORT-E-0100651

# Michael Wright

*Voice, Video, Copy & Content*

2233 NW 58th St. #301
Seattle, WA 98107
Phone 503.475.6313
Email mikeinwestlinn@msn.com
Skype   michaelwright.97068



DEPOSITION
EXHIBIT
213

**DATE:**          09/11/16
**INVOICE #**
**FOR:**   *Centument Swipes*

**Bill To:**
Ronnie Montano
C/O  RonnieMontano@gmail.com

link

| DESCRIPTION | AMOUNT |
|---|---|
| Centument 2.0 swipes | |
| 47 @ $25 | 1,175.00 |
| | |
| **TOTAL** $ | 1,175.00 |

Make all payments via PayPal to mikeinwestlinn@msn.com
If you have any questions concerning this invoice, please contact me by Skype, Phone, or E-mail
Due upon receipt

85

SEC-CFTC-E-0031187

**From:** JV Update [support@quickcashplan.co]
**Sent:** Monday, March 14, 2016 1:56 PM
**To:** ronnie
**Subject:** [JV] 'Cloud Trader' Day 1 In The Books...


Hi,

Off to a great start, almost 100 FTD's in the bag.

Cloud Trader is ON FIRE as promised, take a
look at these EPC's and they are only going
to get BETTER...

**EPC - $2.64 Ben S**
**EPC - $2.10 Warren**
**EPC - $1.48 Ronnie & Martin**
**EPC - $1.46 Imran**
**EPC - $1.09 Fred & Glynn**
**EPC - $0.87 Grayson & Blake**
**EPC - $1.38 Rich**
**EPC - $1.14 Craig K**
**EPC - $1.44 Baxters**
**EPC - $4.10 Simon J**
**EPC - $1.02 Greg S**

The Day 1 Leaderboard is…

1) Ben S (Crushing it so far)
2) Fred & Glynn (Great support)
3) Imran S (Killer EPC)
4) Liam & Dael (Neverending support)
5) Grayson & Blake (Always there)
6) Greg S
7) Ashley B
8) Ronnie M
9) Simon J
10) Warren & Mike
11) Craig K
12) Ian R & Ian S
13) Rich W
14) JP
15) Chris F
16) yourname
17) Matt & Phil B
18) Paul L
19) youtubery
20) Kieran G

All the swipes are up here...

==>> http://www.cloudtjv.co

Please hit now to get the most from the offer.

Thanks for your support.

86

MONTANO000248

Steven

ACA Systems , 4th Floor, 100 New Bond Street, Mayfair, London W1S 1SP, UNITED KINGDOM

Unsubscribe | Change Subscriber Options

MONTANO000249

I don't flash around the word millionaire often but I really wanted to grab your attention...

See a few days ago you signed up for more information regarding my Coffee Cash Cheat system and I want you to understand the power behind it.

The Coffee Cash Cheat *IS* the reason I'm able to call myself a millionaire today!

Not too long ago I was struggling in the binary options market when a light bulb came on in my head.

Why wasn't I focusing all my attention on a proven commodity that is used abundantly throughout the world?

The moment I began trading coffee, one of the most widely used commodities on a daily basis, my earnings sky rocketed!

That is why I spent the time developing an automated coffee trading bot that does all the work for you!

You press a few buttons and your work is done for the day! You've got to get signed up with your free trading account below and we'll instantly send you access to the Coffee Cash Cheat that will add thousands of dollars in winning trades into your account daily!

**Reserve Your FREE Trading Account (Go Now)**

Please reply to this question if you have any further questions!

All the best,
**Sean Willows | Coffee Cash Cheat Software**
**CoffeeCashCheat.com**
http://coffeecashcheat.com/members

88

GB-0000178

Confidential

GB-0000179

**From:** Blake Barrett [bbprofitz@gmail.com]
**Sent:** Tuesday, November 10, 2015 10:43 AM
**To:** Grayson Brookshire
**BCC:** ronniemontano@gmail.com
**Subject:** [JV] Coffee Cash Cheat - Final Leaderboard

Thanks SO MUCH to each and every one of you
who sent us traffic this past week.  It will be
noted and we will have your backs whenever
your next launch is!

It was a tight race all the way through, but
here is your final leaderboard:

1) cubd1 - $5000! Holds on with an insane EPC!
2) Greg S- $2500! Great traffic!
3) Imran/Ian - $1000! Thanks so much fellas!
4) Mike/Steve Fapt - $750! Great JV partners!
5) Ronnie M - $500! Get them MIDs ready for us!
6) Chris F/Craig K - $250! - Crazy support! thanks!
7) Ben S - Thanks bro! Always supporting us!
8) JP - Great JV partner! Thanks man!
9) Alan Mag - Always there for us, thanks coach!
10) KC King - Steady support throughout, thanks!

**\*\* ALL PRIZES HAVE BEEN PAID \*\***

And just outside the top 10 we had lots of other
guys!  Special shoutout (in no particular order)
to Aaron Darko, Mike A, Gary Ambrose, and David
Blaze!  You all just barely missed out on the
top 10 but we still got your backs whenever you
launch!  Hit us up!

Again, thanks SO MUCH for all the love and
support you showed us on the offer!

Thanks everyone!
Blake & Grayson

90

MONTANO000264

**Subject:**   Stop What You're Doing!
**Sent:**   Tue, 28 Apr 2015 09:02:08 -0400



Hey Brendan

Seriously... stop what you're doing and listen up. This is life
altering... ground breaking... earth shattering!

The Copy Trade Profit app is live and free to the first 100 of our members
that join! All you have to do is download the app, copy his exact instructions,
and profit LIKE THIS

==>> Special Access <<==

Unless you don't need the money, then by all means go back to wasting
your time on social media...

Enjoy!

IMRC

SEC-ONTRAPORT-E-0098545

1675 Larimer St, Suite 640
Denver, CO 80202
To cancel your membership click here

SEC-ONTRAPORT-E-0098546

# BERRY MEDIAWORKS 2015

| DATE | CLIENT | PROJECT |
|---|---|---|
| 1/15/15 | TIM ATKINSON | AUTO MONEY APP |
| 1/26/15 | TAL VALARIOLA | COPYOP |
| 2/19/15 | MIKE SHAH | LIVE PROFITS |
| 3/5/15 | TIM ATKINSON | FREE MONEY APP |
| 3/5/15 | TIM DONOVAN | SIMPLE MONEY SYSTEM |
| 3/2/15 | CHRIS REIFF | MOBE |
| 4/12/15 | RONNIE MONTANO | COPY TRADE PROFIT |
| 4/15/15 | CHRIS JONES | DIABETES |
| 4/16/15 | MIKE AUTON | LOTTO SECRETS |
| 4/20/15 | TIM ATKINSON | FREE MILLIONAIRE |
| 4/25/15 | ROY ORON | DYNAMIC HITS TUTORIALS |
| 4/28/15 | MATT BENWELL | AIW |
| 4/30/15 | TAL VALARIOLA | CHESS WIZARD |
| 5/11/15 | TRAVIS STEVENSON | BINARY HIJACK |
| 5/15/15 | RONNIE MONTANO | SOCIAL CASH CODE |
| 5/28/15 | TIM ATKINSON | CASH CODE |
| 6/3/15 | STEVEN LEE JONES | FORTUNE TRADER |
| 6/6/15 | TIM ATKINSON | CC EXTRAS |
| 7/25/15 | RONNIE MONTANO | SIMPLE CASH CODE |
| 7/29/15 | CRAIG KAYE | INTRO |
| 7/29/15 | TIM ATKINSON | CC EXTRAS |
| 7/15/15 | DANIEL | ROULETTE BOT |
| 8/8/15 | STEVEN LEE JONES | MONTE CARLO |
| 8/15/15 | MIKE AUTON | INTRO |
| 8/15/15 | MIKE AUTON | LOTTO EXTRAS |
| 8/25/15 | TIM ATKINSON | FAST CASH BIZ |
| 9/15/15 | PAUL LIBURD | INSTANT WEALTH |
| 9/25/15 | STEVEN LEE JONES | 18 MINUTE |
| 10/15/15 | LEO PINTO | VIRTNEXT |
| 11/1/15 | TAL VALARIOLA | COPYOP REDUX |
| 11/30/15 | LEO PINTO | MEDALLION |
| 12/5/15 | MARC SA | QUANTUM SYSTEM |
| 12/5/15 | MIKE SHAH | QUICK MONEY MACHINE |
| 11/30/15 | LEO PINTO | MEDALLION APP |
| 12/15/15 | RONNIE MONTANO | DOREN VIDEOS |
| 12/20/15 | MENI ISRAEL | LEGACY SYSTEM |

**CONFIDENTIAL**

FILE PRODUCED IN NATIVE FORMAT

94

Confidentiality Treatment Requested

[2/2/2014 7:33:04 PM] Grayson Brookshire: didnt know who the ole goose was either when we found it

[2/2/2014 7:33:17 PM] Grayson Brookshire: here is another that looks fancy... video doesnt play

[2/2/2014 7:33:20 PM] Grayson Brookshire: http://payment4u.44day.clicksurecpa.com

[2/2/2014 7:33:25 PM] Grayson Brookshire: anxious to see that one

[2/2/2014 7:34:32 PM] Blake Barrett: yeah and i don't see a clickID on the 44day millionaire

[2/2/2014 7:34:37 PM] Blake Barrett: so we can jack that one

[2/2/2014 7:34:51 PM] Blake Barrett: yeah that sensation looks pretty good

[2/2/2014 7:35:08 PM] Blake Barrett: goin all in on it?

[2/2/2014 7:37:36 PM] Grayson Brookshire: its under the ones we got tons of clicks to

[2/2/2014 7:37:41 PM] Grayson Brookshire: but should still get good traffic

[2/2/2014 7:37:55 PM] Grayson Brookshire: ok man i gotta get colt a bath

[2/2/2014 7:38:22 PM] Grayson Brookshire: our schedules arent workin... harbour is prob bout to go to sleep and i just got home with colt and ashley will be home in a few

[2/2/2014 7:38:31 PM | Edited 7:38:54 PM] Grayson Brookshire: so hope for the best in the mornin

[2/2/2014 7:39:01 PM] Blake Barrett: lol

[2/2/2014 8:12:07 PM] Grayson Brookshire: katie marie went to spam

[2/2/2014 8:12:39 PM] Blake Barrett: i haven't got it yet

[2/2/2014 8:22:17 PM] Blake Barrett: yeah, hit my spam too

[2/2/2014 8:22:25 PM] Blake Barrett: we'll see what ol' kendra does

[2/2/2014 9:26:30 PM] Grayson Brookshire: yo

[2/2/2014 9:26:33 PM] Grayson Brookshire: u on?

[2/2/2014 9:28:07 PM] Blake Barrett: sup?

[2/2/2014 9:29:51 PM] Grayson Brookshire: Hey Ronnie,


Sorry I didn't get this to you sooner...

Blake and I ended up 7th on your Free Cash App leaderboard and I've pasted my wire info below along with an attached W-9.

- Amount to be paid : $500

- Beneficiary name : Web Wealth Marketing Inc (Grayson Brookshire)

- Beneficiary address : 5967 Rocky River Rd Concord NC, 28025

- Bank Name : Bank Of America

- Bank Address : Bank Of America, 368 George W. Liles Parkway NW, Concord NC 28027 USA

- Acct # : ███████

- Sort Code/Routing # : ██████

- SWIFT/BIC : ██████

While I've got your attention I wanted to let you know I'll be sending out a CC email tomorrow about my upcoming CPA Clicksure launch on Feb 12th.  Originally I was set for later but the offer is ready and my wife and I are expecting a baby on Feb 27th.  I've decided launching now will probably keep me out of the doghouse here at home at the end of the month : )  Testing looked phenomenal and I'm siked to see everyone crush it!   Anyways I'd love to have you onboard and be on the lookout for my email tomorrow with the details.

Thanks again for the terrific offer!

Grayson

[2/2/2014 9:30:32 PM] Blake Barrett: yeah man PERFECT

[2/2/2014 9:30:48 PM] Grayson Brookshire: hey bud u got anything new that needs traffic?

[9:28:13 PM] Tim Atkinson: ez cash creator is working for me.. no new offers on my end.. I'll keep ya posted:)

[2/2/2014 9:30:55 PM] Grayson Brookshire: haha... yeah we know the connection now

[2/2/2014 9:31:17 PM] Blake Barrett: yep, that's pretty much one of tim's offers

[2/2/2014 9:31:42 PM] Blake Barrett: next time you talk to him, we need to hit him up with the same CSV idea

**From:**     Check This Out <livechat@locupletative.com>
**To:**       "rmarquez@ontraport.com" <rmarquez@ontraport.com>
**Subject:**  *UNLIMITED* Free Profits For Life

Hey rmarquez@ontraport.com,

I just unlocked the UNLIMITED Free profits method.

Congrats you get Free profits for life now..

ONLY if you activate this income software now

==>> Check This Out: VIDEO PROOF!

- Victor P. Moten
3435 Rocky Road
Philadelphia, PA 19103

97

98

SEC-ONTRAPORT-E-0005936

99

SEC-ONTRAPORT-E-0005937

SEC-ONTRAPORT-E-0005938

Doris J. Britt,2658 Farland Avenue, San Antonio, 78212

Unsubscribe from this newsletter instantly. Report Abuse

SEC-ONTRAPORT-E-0005939

**From:** Paul Liburd [paul.liburd@googlemail.com]
**Sent:** Tuesday, November 04, 2014 8:10 PM
**To:** undisclosed-recipients:;
**BCC:** ronniemontano@gmail.com
**Subject:** Free Profits $15,000 Cash Contest Final Leaderboard

Hey guys,

Huge thanks to those of you who took part in my Free Profits launch.

It really means a lot to me and will not be forgotten.

Now here's the final Leaderboard.

1. $10,000 = Ronnie M
2. $3000 = Mike S
3. $1000 = SLJ/Ben S
4. $750 = Ian R
5. $500 = Greg S
6. Imran S
7. Antonio
8. Tim A
9. Grayson/Blake
10. sawasdee tied with jlsfl

I would also like to thank the others who didn't make the
leaderboard for your support... You Rock and have been
noticed.

All prizes have been paid up into your CS accounts

--
Regards

Paul Liburd
paul.liburd@gmail.com

102

You may unsubscribe [ {!remove_web} ] at anytime.

Are you ready to be a "Home Online Earner"?

Below is the members page to the Home
Online Earners system where so many others
are making thousands daily with a few clicks
of their mouse!

I strongly urge you to proceed to the members
page here and watch a few testimonials at the
bottom of the page.  You could very well be
the next users stuffing your pockets with cash!

>> See Real "Home Online Earners" Here << [
http://www.homeonlineearners.co/track/index.php?x=hoetracker&e={!email} ]

We look forward to seeing you on the other side!

{!signature}


==========================================

Here is your optin information.  If for some reason you
subscribed by accident or someone else entered your
info please unsubscribe here [ {!remove_web} ].


Optin URL : {!add_url}

Signup Date : {!signdate long}

Signup IP Address : {!add_ip}

==========================================


103

**From:** Blake Barrett [bbprofitz@gmail.com]
**Sent:** Tuesday, April 07, 2015 10:51 AM
**To:** Grayson Brookshire
**BCC:** ronniemontano@gmail.com
**Subject:** [JVs] THANK YOU!! Home Online Earners Final Leaderboard

Hey JVs, Grayson & I both are floored by the amount of
support we've received on our latest offer.  We cannot
thank you all enough.  We know it was a super busy and
very competitive week with quite a few other launches.
And as usual, we're already looking forward to your next
upcoming launches.

We just reached **#2 in the Marketplace** and we could not
have done it without each and every email blast you all
sent us this past week.  So without further delay...

**<u>*Overall Leaderboard*</u>**
1) *$5000*- Chris F - Been a Top JV for years now!
2) *$2500* - Ronnie - Killer clicks & sales!
3) *$1000* - Phil Benwell & Liam Brown - Ready for your launch!
4) *$375* - TIE - Steve & Mike - Great support!
4) *$375* - TIE - Mike A - Finished high even during his launch!
6) *$200* - Tyson & Phil - Great support since Day 1!
7) *$150* - Greg S - Our #1 Polish Marketer!
8) *$150* - TIE - Mike S - Thanks for the love!
8) *$150* - TIE - Imran - Longtime great JV partner!
10) *$100* - Ben/SLJ - Great traffic, thanks fellas!

**<u>*Weekend Contest*</u>**
1) *$1500* - Chris F - solid weekend EPC!!
2) *$750* - Ronnie M - pushed great all the way through!
3) *$250* - Mike A - weekend surge & great traffic!

*All prizes have already been paid*

Again, thanks everyone for the traffic and sales this
week. Please be sure and start promoting the other
great launches going on right now:

Phil Mansour: http://pointclickcash.co/jv
Mike Auton: http://replicatorjv.com/index.php
Ian & Ian: http://www.binarywealthbuilders.co/affiliates.html
Jack Taylor & Roy Tribble: http://www.thefirstmillion.co/jv/
Liam, Dael, & Ashley Baker: http://automatedcashsignals.co/jv/
Paul Ponna: http://www.aiapp.co/jv/access/
Eldi B: http://profitgenerator.co/jv/

Thanks everyone!
Blake & Grayson

104

MONTANO000493

**Document Produced in Native**

Slipsheet generated by Recommind Axcelerate

105

SEC-GVO-E-0000001

| MailSerieIc Name | FromName | FromEmail | UnsubText |
|---|---|---|---|
| 2060407 (Last Chance) Your new automated income software! | ALEX* | admin@vippassage.info | Click here to unsubscribe |
| 2069787 aws | *Mandy | Mandy@freepassage.info | Click here to unsubscribe |
| 1967713 bbA3969d399d | | | |
| 1967803 e70C14048636 | | | |
| 1967701 EMC_Buyers | * MCKNIGHT | bill@emobilecode.com | Click here to beRemoved from my list |
| 2330307 Larry's Cash machine | * LARRY | larry@larryscash.co | Click here to unsubscribe |
| 1967705 MMC_Buyers | * GREG | john.n@gvocom.com | Click here to beRemoved from my list |
| 2198881 NEW_Openers | Michael | Michael@2cojv.net | Click here to unsubscribe |
| 2023547 SMS | * JUAN | juan@smsjv.com | Click here to unsubscribe |
| 2059197 Still unemployed? | LEAH | admin@mmc-server.com | Click here to unsubscribe |
| 1967707 TCC_Buyers | * COREY | gates@tcc-server.com | Click here to beRemoved from my list |

106

9/6/2017                                      Larry's Cash Machine



(http://web.archive.org/web/20151001051340/http://larryscashmachine.com/)

# MILLIONAIRE OPENS HIS WALLET AND OUT FALLS OVER $38,000,000 IN PROFITS... AND IT'S ALL YOURS!

"It's Your Turn To Tap Into The Ivy Leagues Biggest Income Generating Secret Worth Millions To One Man. After Over $38M in Trading Profits He Is Giving You His Profit Tool AT <u>NO COST!</u> ... But time is running out..."

 Turn your volume up and allow 20 seconds for the video to load... 

AS SEEN ON: 

## GET IN ON THIS BEFORE IT'S TOO LATE..

▼

Simply Access And **Activate Larry's Cash Machine** To Become One Of The Lucky Few Who Sees Life Altering Cash Flowing Into Their Bank Account DAILY! <u>Limited Spots Available!</u>

## Only 0  8  5 Licenses Available

(from a total of 2,000)

<div style="border:1px solid black; padding:10px; text-align:center;">

## CLICK HERE TO GET INSTANT ACCESS

</div>

SEC-WEBCAPTURE-E-0000884

9/6/2017 Larry's Cash Machine

 Your information is never shared with anyone for any reason.

## CHECK OUT SOME OF THE LIVE EXAMPLES OF WHAT OUR MOST RECENT MEMBERS HAVE BEEN SEEING IN PROFITS!

*Remember: With Larry's Cash Machine, your account statement is INSIDE your broker account and when you deposit funds that money is STILL yours. The money you see in YOUR account is available for withdrawal at ANY time (day or night).

| ID | Amount | Symbol | Entry Rate | Entry Date | Expiry Rate | Expiry Date | Position | Return | Status |
|---|---|---|---|---|---|---|---|---|---|
| 313053 | USD 80 | EURJPY | 135.81 | 2015-08-03 22:57:00 | 135.817 | 2015-08-03 22:58:00 | CALL | USD 136 | Won |
| 313048 | USD 80 | NZDUSD | 0.65812 | 2015-08-03 22:53:02 | 0.65811 | 2015-08-03 22:54:02 | PUT | USD 136 | Won |
| 313041 | USD 150 | USDCHF | 0.96939 | 2015-08-03 22:48:02 | 0.96938 | 2015-08-03 22:49:02 | PUT | USD 255 | Won |
| 313032 | USD 80 | USDCHF | 0.96952 | 2015-08-03 | 0.96951 | 2015-08-03 | PUT | USD | Won |

## OVER $38,000,000 IN PROFIT BEFORE EXPOSING THIS SECRET AND NOW THE GOVERNMENT WANTS TO TAKE HIS ADVANTAGE AWAY... BEFORE THEY DO... HE WANTS TO MAKE YOU RICH! EVERY STUDENT IS GUARANTEED THE MOST ACCURATE PREDICTION TECHNOLOGY EVER CREATED FOR BIGGER AND BIGGER PROFITS!



http://larryscashmachine.com Go    AUG (HTTP://WEB.ARCHIVE.(...)CASHMACHINE.COM:80/) OCT   JAN (HTTP://WEB.ARCHIVE.ORG/WEB/2016011013(...)
35 captures (/web/*/http://larryscashmachine.com)   (http://web.archive.org/web/20130602193409/http://larryscashmachine.com:80/) 01   (http://web.archive.org/web/20151005163702/http(...)
18 Nov 2011 - 19 Apr 2017   2013 (http://web.archive.org/web/20130602193409/http://larryscashmachine.com)   2015   2016 (http://web.archive.org/web/20161003(...)

(http://faq.web.archive.org/)

### GET IN ON THIS BEFORE IT'S TOO LATE..

Simply Access And **Activate Larry's Cash Machine** To Become One Of The Lucky Few Who Sees Life Altering Cash Flowing Into Their Bank Account DAILY! Limited Spots Available!

## Only  0  8  5  Licenses Available

(from a total of 2,000)

### CLICK HERE TO GET INSTANT ACCESS

http://web.archive.org/web/20151001051340/http://larryscashmachine.com

108

2/3

SEC-WEBCAPTURE-E-0000885

9/6/2017                                      Larry's Cash Machine

Your information is never shared with anyone for any reason.

Copyright © 2015 - Larry's Cash Machine - All Rights Reserved

Site Agreement | Risk Disclaimer | Privacy Policy | Contact (http://web.archive.org/web/20151001051340/mailto:support@larryscashmachine.com)

RISK DISCLAIMER: LarrysCashMachine.com makes no representations regarding the legality of access to or use of this website or its content in any jurisdiction. Not all services offered through this website are permitted for use in all countries. Investing in financial instruments involves a high degree of risk and may not be suitable for all investors. We strongly advise that you read our Website Terms of Service and Risk Disclosure Statement before accessing this website. Neither LarrysCashMachine.com nor its officials are responsible for any losses related to use of its services or software. If necessary, seek independent advice prior to accessing this website. Users must be aware of their individual tax liability in their country of residence.

We have placed cookies on your computer to help make this website better. You can change your cookie settings on your computer at any time. Use of this website indicates your acceptance of this website's Privacy Policy.

SEC-WEBCAPTURE-E-0000886

 **Gmail**

Philip Mansour <morebank@gmail.com>

---

## [LCM] Final Leaderboard
1 message

---

**Ronnie Montano** <ronniemontano@gmail.com>                    Wed, Feb 18, 2015 at 4:54 AM
To: Ronnie Montano <ronniemontano@gmail.com>
Cc: Jamie Lewis <producerjamie@gmail.com>, Steven Johnson <rpimailings@gmail.com>, Eric Kissel <EKISSEL55@gmail.com>, Paul Ponna <paulponna@gmail.com>, Blake Barrett <bbprofitz@gmail.com>, Tim Donovan <affiliatemanagertim@gmail.com>, Jimmy Kim <jkim@lurn.com>, Chris Freville <chris@web20stampede.com>, Craig K <craigipk@gmail.com>, Desmond Ong <desmond28@gmail.com>, Grayson Brookshire <gtbrookshire@gmail.com>, Adrian Morrison <adrian@adrianmorrison.com>, Sushant Risodkar <noteeboyz.13@gmail.com>, Adam Horwitz <adamhorwitztv@gmail.com>, Edmund Loh <me@edmundloh.com>, Rob Cole <rob.cole1@live.co.uk>, Russell Brunson <rbrunson@dotcomsecrets.com>, Justin Blake <justinblakeceo@gmail.com>, "superbaddesmond@gmail.com" <superbaddesmond@gmail.com>, "mike@mikesteup.com" <mike@mikesteup.com>, Steven Iser <paradigmx@gmail.com>, Chris Fox <chris.greeper@gmail.com>, Michael Rasmussen <bulletproofmarketing@gmail.com>, "arbucklejeff@yahoo.com" <arbucklejeff@yahoo.com>, *John <multifaceted@rainhawk.org>, Cindy Battye <cindybattye@gmail.com>, Sean Clark <clarky_y2k2@hotmail.com>, alex jeffreys <marketingwithalex@googlemail.com>, Dave Guindon <partnerwithdave@gmail.com>, Justin Michie <justin@justinmichie.com>, Reid Schoffelen <reschoffelen@gmail.com>, "affiliates@ideaincubatorlp.com" <affiliates@ideaincubatorlp.com>, Jit Uppal <jituppal@hotmail.com>, Jack Taylor <theaffiliatemonster.com@gmail.com>, Andrew Fox <andrew@launchaproduct.com>, Chris Fox <chrisfoxpersonal@gmail.com>, Frank Dang <frankdang07@gmail.com>, Michael Beeson <jwwithmichaelbeeson@gmail.com>, Nick Marks <nickmarksinc@gmail.com>, Morgan Thomas <morganthomas@edkinnovations.com>, Bob Beckett <askbobbeckett@gmail.com>, Eric Rockefeller <erockefeller@gmail.com>, "jesseregan13@hotmail.com" <jesseregan13@hotmail.com>, Josh Higgins <satrallc@gmail.com>, Tom Bell <inspectorprofit@gmail.com>, Bryan Ellis <bryan@bryanellis.com>, Michael Beeson <jwwithmichael@gmail.com>, Uncut Business Coach <uncutbusinesscoaching@gmail.com>, Sean Miller <seanmiller027@googlemail.com>, Jamie Toelle <jamietoelle@gmail.com>, "info@mysecretmethod.com" <info@mysecretmethod.com>, Costa Dedes <cwdedes@gmail.com>, Alen Sultanic <alen@nextmarketmedia.com>, Ken Oboh <kenoboh@googlemail.com>, Andrew <moneyanimal@gmail.com>, Adeel Chowdhry <ispyenterprise@gmail.com>, chris haldenby <chrishaldenby@hotmail.com>, Ryan Deiss <rdeiss@gmail.com>, Shawn Casey <sdibigdog@aol.com>, Matt Benwell <mattbenwelljv@gmail.com>, Kieran <kierangill@gmail.com>, "a.short@nicheprofitclassroom.com" <a.short@nicheprofitclassroom.com>, Joey Kissimmee <joeykissimmee@gmail.com>, Sam Bennett <dave@extremewebgraphix.com>, DC Fawcett <dcfawcettiii@gmail.com>, Paul Liburd <paul.liburd@gmail.com>, Letian Liu <letians@gmail.com>, Jason Gazaway <jasonkgazaway@gmail.com>, Vaibhav Jain <paytovaibhav@gmail.com>, Michael Sampson <mike@monetizeddelivery.com>, Mick Moore <mickmoore@cox.net>, Gregory Wood <woodgregoryj@gmail.com>, Mike Shah <zilmilinc@gmail.com>, Mike Kemski <mikekemski@gmail.com>, Bob Beckett <secrettrafficsystem@gmail.com>, Melford/Concetta Bibens <powerimagepress@gmail.com>, Bill McRea <depotgang@gmail.com>, oli tee <olitee.personal@gmail.com>, Mark Roth <markjroth@gmail.com>, Dan Brock <dantheinternetman@gmail.com>, Jani G <janigcontact@gmail.com>, Mark <wildseo@yahoo.com>, Philip Mutrie <adswapbookings@gmail.com>, Zak Meftah <zakmeftah@gmail.com>, Adeel Chowdhry <ispyenterprise@googlemail.com>, ChrisFreville <chris@chrisfreville.com>, Anik Singal <anik@lurn.com>, "daveguindon@gmail.com Guindon" <daveguindon@gmail.com>, Jason Parker <jrockes3@gmail.com>, Antonio Giuditta <antonio@antoniogiuditta.com>, Eddy Croft <eddymail@gmail.com>, Matt Ford <ustartnow@gmail.com>, Jane Mark <sokule1@gmail.com>, "mark@unica.co.nz" <mark@unica.co.nz>, Jani Gmoney <janigjv@gmail.com>, Dylan Loh <dylanloh@gmail.com>, Mike Chen <cmikec@gmail.com>, Alen

110

SEC-MANSOURP-LW-E-0000582

Case 6:18-cv-01606-GAP-GJK   Document 101   Filed 11/21/19   Page 113 of 200 PageID 1398

Sultanic <alensultanic@gmail.com>, Martin Nødskov <mnhweb77@hotmail.com>, Michael Rasmussen <michael@michaelrasmussen.com>, StevenLee Jones <stevenleejones7@gmail.com>, Michael Cheney <michaeljcheney@gmail.com>, Jamie Lewis <support@champsites.com>, Nick Baker <nick@justdevelop.it>, Philip Mansour <morebank@gmail.com>, Tim Atkinson <moneymaker0404@gmail.com>, Rubbertree Inc <rubbertreeinc@gmail.com>, Aaron Darko <aarondarko21@gmail.com>, Jeff Dedrick <jeffwdedrick@gmail.com>, Ian Ross <ianross1982@hotmail.co.uk>, Ritoban Chakrabarti <freelikehell@gmail.com>, Matt Bacak <mbacak@gmail.com>, matthew marcus <internetbusinesscompany@gmail.com>, "alex@googlesniper.com" <alex@googlesniper.com>, Chris Mcneeney <chrisx@lonofilms.com>, Mike Merz <im4newbies@gmail.com>, Charles Mutrie <charlesmutrie@gmail.com>, Adeel X <adeel3000@hotmail.com>, Jay Deiboldt <jdei1231@gmail.com>, Willie Crawford <willie.crawford@gmail.com>, Destin Cribbs <destincribbs@gmail.com>, Roy Carter <roycarterltd@gmail.com>, Jack Taylor <jack@theaffiliatemonster.com>, George montagu brown <georgemontagubrown@gmail.com>, Mo Latif <latifmm@gmail.com>, Joel Peterson <joel@joelpeterson.biz>, Ewen Chia <ewenchia@gmail.com>, Eric Chen <cyheca@gmail.com>, Chris Moran <cbmoran@gmail.com>, Jan Paul KleinBreteler <info@infocaremedia.com>, Michael Jones <mj6355@gmail.com>, Chris Cobb <chris@chriscobb.co.uk>, Mike Auton <mikeautonjv@gmail.com>, Chris Cobb <laptop@ais-system.com>, "David ." <bizofhelpingyou@gmail.com>, Mo Mulla <momulla1@gmail.com>, Paul Liburd <paul.liburd@googlemail.com>, "chloe@platinumgroupmedia.com" <chloe@platinumgroupmedia.com>, Jordan Hall <jordanlh@gmail.com>, Anthony Morrison <officialanthony@gmail.com>, Bill Bultas <billbultas@yahoo.com>, Tom P Lucas <tom.p.lucas@gmail.com>, Gary Ambrose <gary.ambrose@gmail.com>, Anik Singal <aniksingal@gmail.com>, "janemark4@gmail.com" <janemark4@gmail.com>, Andrew X <andrew@myclickbankbusiness.com>, Patrick Coffey <coffeyucf@gmail.com>, "bigbang1@sbcglobal.net" <bigbang1@sbcglobal.net>, Michael Laughlin <mmorgan119@yahoo.com>, Bill McRea <wjm@mcreasite.com>, Imran Sadiq <imransadiq09@googlemail.com>, Craig Hammer <affiliatecraig@gmail.com>, Chad Nelson <chadnelson55@gmail.com>, Anthony Morrison <anthony@anthonymorrison.com>, Mick Moore <killergraffix@cox.net>, "latif@googlesnatch.com" <latif@googlesnatch.com>, Peter Lenkefi <plenkefi@gmail.com>, Martin Schranz <lexxeurope@gmail.com>, Winter Valko <wvalko@gmail.com>, Nick Throlson <nickthrolson@gmail.com>, Cory Boatright <cory@shortsalefundamentals.com>, "affmarkguy@gmail.com" <affmarkguy@gmail.com>, "Alvin Huang (Authority Group)" <alvin.huang@authorityhubx.com>, David Garven <davegarven@gmail.com>, Jamie Lewis <producerjamie@yahoo.com>, Cory Miller <corymiller026@gmail.com>, "alanmag9@yahoo.com" <alanmag9@yahoo.com>, Rob Benwell <rob@robbenwell.com>, RoboTrader <null@therobotrader.com>, Sean Donahoe <sean@themanicmarketer.com>, "ericb@ericowens.com" <ericb@ericowens.com>, "jv@justinmichie.com" <jv@justinmichie.com>, Bobby Walker <prprosubmitter@gmail.com>, Hitesh Juneja <hitesh1052@gmail.com>, "Dr. Suzanne Gudakunst" <drsuzanneg@gmail.com>, Mark Jenney <markwjenney@gmail.com>, "Anthony Trister[Personal]" <anthonytristerjv@gmail.com>, Sanjin Salihovic <sanjin@nextmarketmedia.com>, "brianlee1973@gmail.com" <brianlee1973@gmail.com>, John Hostler <john.r.hostler@gmail.com>, Cody Moya <codymoya@gmail.com>, Joseph Drewes <joe.drewes@gmail.com>, Huey Lee <hueylee99@gmail.com>, Richard Legg <richard.legg@gmail.com>, Rob Rammuny <rammuny@gmail.com>, Jani Gmoney <janigjv@googlemail.com>, "whatdowehavehere@gmail.com" <whatdowehavehere@gmail.com>, Dave Sharpe <dave@inetsquared.com>, Mitch Sanders <mitch@departmentmarketing.com>, Corey Lewis <info@mediadealer.net>, Marc Sa <themarcsa@gmail.com>, Antonio Forex <antonio@itdansk.com>, Chris Luck <chrisluck@me.com>, Adam Horwitz <thadamhorwitz@gmail.com>, Mike Long <mikelongmagic@gmail.com>, Alex Malave <imedge8@gmail.com>, Glen Hopkins <glen@glenhopkins.com>, Zack Carter <jcarterprivate@gmail.com>, Harris Fellman <harrisfellman@gmail.com>, Mike Burrow <mike@inetsquared.com>, tim bekker <projectkkcontact@gmail.com>, Ross Goldberg <immortalross@gmail.com>, Paul Liburd <paul@paul.cm>, Bobby FitzPatrick <iambobbydigital@gmail.com>, Mike Merz <jvnotify@gmail.com>, "grownmanbusiness101@yahoo.com" <grownmanbusiness101@yahoo.com>, Socrates Socratous <socratesjv@gmail.com>, Bitto sharma <bitto.sh@gmail.com>, "rod@mrjv.com" <rod@mrjv.com>, Robert Mclees <robert.mclees@nicheprofitclassroom.com>, Sharon Casey <slcbigwig@gmail.com>, Matt Benwell <matt@mattbenwell.com>, Rigo Cardenas <rigovegas@gmail.com>, Charles Kirkland <kirklandcharles@gmail.com>, Justin Blake <sesus22@gmail.com>, Christopher Reiff <mydailybusiness@gmail.com>, JDD Publishing <jim@bizweb2000.com>, Michael Sampson

SEC-MANSOURP-LW-E-0000583

Case 6:18-cv-01606-GAP-GJK   Document 101   Filed 11/21/19   Page 114 of 200 PageID 1399

<mike@unparalleledmarketing.com>, Fabian Tan <fabian.jh@gmail.com>, avi frister <afrister@hotmail.com>, Tim Bekker <cbleadspartners@gmail.com>, Javan Robinson <javan.cash@gmail.com>, Salman H <sa8lman@gmail.com>, "Alvin Huang (Success Vantage)" <alvin.huang@successvantage.com>, Matt Garrett <askmattg@gmail.com>, James Yii <james_yii@hotmail.com>, Brandon Harris <bharris714@hotmail.com>, Rasheed Ali <rasheedrali@gmail.com>, Andrew Fox <andrew@9to5annihilation.com>, "jds@izipmail.com" <jds@izipmail.com>, Jeff Alderson <xybercode@gmail.com>, Bilal H <bilaljv1@gmail.com>, Steven James <listpaydaypro@gmail.com>, Alan M <alanmag9@gmail.com>, Travis Stephenson <stephenson.travis@gmail.com>, Travis Stephenson <travis@travisstephenson.com>, Jerome Chapman <jeromehchapman@gmail.com>, Kieran Gill <k@kierangill.me>, Mike Burrow <mike@clicksure.com>, Dael Baxter <daelbaxter@gmail.com>, Richard Carter <daelbaxter@yahoo.co.uk>, Liam Baxter <liambaxter1987@yahoo.co.uk>, fapturbosupport@gmail.com, Joel Therien <joel.t@gvocom.com>, Greg Stefaniak <dontuforget@gmail.com>, Josh Higgins <purplefirellc@gmail.com>

Hey guys,

I apologize for the late update on launch finale

However, out of respect for those that are
launching this week, I wanted to hold off on my emails

Don't forget our partners launching this week:
Tim: http://jvconnect.com/
SLJ/Ben: http://www.verifiedtrader.net/jv.html

Make sure you guys all support them.

Thank you all once again for your amazing support!
It was all because of you that Larry's Cash was a hit!

#1 on Clicksure's Marketplace!
Congratulations to you ALL!

Larry's Cash Machine will be an evergreen product.
Anyone that wants to continue sending traffic and
can produce a lot of sales, please contact me
directly and I will bump your CPA up to $300,
depending on how many conversions you can bring
per week.  If you don't have my direct contact,
please contact me through your affiliate account
on clicksure.  I will answer immediately.

Thank you all again for your amazing support and I
can't wait to hit your offers real hard.

# HERE ARE YOUR WINNERS:

## Weekend Blitz Benchmark Qualifiers:
1  Grayson & Blake - $500

SEC-MANSOURP-LW-E-0000584

2  Mike A & Craig K - $50
3  Avi Frister - $50
4  sclub - $50
5  Chris F and Desmond - $50
6  020783lt - $50
7  Greg S  - $50
8  Ian and Imran - $50


**Second Week Contest:**

1st Place - $5,000 Cash - Mike A & Craig K
2nd Place - $2,500 Cash - Grayson & Blake
3rd Place - $1,500 Cash - Greg Stefaniak
4th Place - $750 Cash - Avi Frister
5th Place - $500 Cash - David Blaze
6th Place - $150 Cash - Chris F and Desmond O
7th Place - $150 Cash - Tim Atkinson
8th Place - $150 Cash - 020783lt
9th Place - $150 Cash - Partner With Paul
10th Place - $150 Cash - Mike Shah


**Main LB Contest...** and each of you 10
are invited to a VIP dinner this Summer
at ASE.

1st Place - $5,000 Cash - Grayson & Blake
2nd Place - $2,500 Cash - Mike A & Craig K
3rd Place - $1,500 Cash - Mike Shah
4th Place - $750 Cash - Tim Atkinson
5th Place - $500 Cash - Ian and Imran
6th Place - $150 Cash - Chris F and Desmond O
7th Place - $150 Cash - Paul L & Phil M
8th Place - $150 Cash - David Blaze
9th Place - $150 Cash - Greg Stefaniak
10th Place - $150 Cash - Partner With Paul


Thank you all once again.

Best regards,
Ronnie

10/19/18, 12:02 AM

SEC-MANSOURP-LW-E-0000585

**To:**      jpreston@ontraport.com
**Subject:**  SECRET 5K TRICK is LIVE (Early Bird Access)
**Sent:**    Thu, 12 Mar 2015 09:12:04 -0400
**From:**    "- Madelyn Spencer -" <webinc10@inesites.net>

Note:
To make this LINK/Letter more functioning:
Please Click "Not Spam" Above in your email client.

You can unsubscribe at the very bottom of this email.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


Hi there,

Here's Your Early-Bird Access to Live Profits.

Live Profit is an unfair advantage
in pumping Binary profits to the tune of
$44,491 per MONTH for its users.

PROVEN AND GUARANTEED

If you've never made a penny in Binary before,
this is EXACTLY what you've been looking for.

Take 5 seconds to get your Early Bird Access:

==> ACCESS HERE

Here are the details:

- No Experience Necessary
- Beginners Are Preferred
- No Fake Stats
- No Fake "1-Click" Systems To Try
- No Fake Actors
- JUST REAL RESULTS
- Live Proof and Live Case Studies
- AND IT'S FREE

You simply DOWNLOAD THE APP and GET PAID.

Go here right now and get your ZERO cost Access:

==> CLICK HERE NOW

REMEMBER: BEGINNERS ARE PREFERRED.

114

SEC-ONTRAPORT-E-0098508

If you're a beginner, you need to register
and download the app now.


- Madelyn Spencer




"This email is in compliance with the U.S. CAN-SPAM ACT"

---------------
You are receiving this message because you signed up with us to
receive communications from one of our many products, websites,
blogs or partners. If you no longer wish to receive these messages,
unsubscribe by clicking on the link below.
Unsubscribe me from this list


1538 Chigwell Lane South, Webster, New York 14580, United States


If this email is unwanted or Spam, please forward this email with
your comments to  ( reportbox@inesites.net )  for review.


—

115

SEC-ONTRAPORT-E-0098509

FILE PRODUCED IN NATIVE FORMAT

116

Confidentiality Treatment Requested

GB-0014143

[2/27/2015 4:33:02 PM] Grayson Brookshire: ok

[2/27/2015 5:58:48 PM] Blake Barrett: ronnie launching again? (fail)

[2/27/2015 6:15:16 PM] Grayson Brookshire: thats BS

[2/27/2015 6:18:00 PM] Grayson Brookshire: lets see how long it takes him to pop into our 3 way that he never answered me on

[2/27/2015 6:27:02 PM | Edited 6:27:46 PM] Blake Barrett: and im sure he won't be easy to get ahold of after the wedding/ honeymoon, etc... right when we launch (facepalm)

[2/27/2015 6:27:32 PM] Grayson Brookshire: bad thing is Auton will HAM again... cause he dont know Ashley

[2/27/2015 6:27:58 PM] Blake Barrett: yeah

[2/27/2015 6:28:26 PM] Blake Barrett: you saw his reply-all already right?

[2/27/2015 6:28:33 PM] Grayson Brookshire: na

[2/27/2015 6:29:01 PM] Grayson Brookshire: geez

[2/27/2015 6:30:21 PM] Blake Barrett: jana's freshmail inbox by any chance?

[2/27/2015 6:30:59 PM] Grayson Brookshire: spam

[2/27/2015 6:32:15 PM] Blake Barrett: (doh)

[2/27/2015 6:32:53 PM] Blake Barrett: brb, dinner/etc

[2/27/2015 6:36:12 PM] Grayson Brookshire: well.... tomorrow is last day of the month... reckon u can get me a buyer/clicker file Sunday?

[2/27/2015 6:36:17 PM] Grayson Brookshire: so we can be ready for the big week?

[2/27/2015 6:39:49 PM] Grayson Brookshire: http://www.liveprofits.co/?clickID=264743850

[2/27/2015 6:39:55 PM] Grayson Brookshire: he getting ALL dem leads

[2/27/2015 7:13:54 PM] Blake Barrett: live profits is ronnie's new one?

[2/27/2015 7:14:20 PM] Blake Barrett: no difference from his other binary squeeze

[2/27/2015 7:15:02 PM] Grayson Brookshire: yeah he is mailing it

[2/27/2015 7:15:09 PM] Grayson Brookshire: its not a bad video

[2/27/2015 7:15:55 PM] Blake Barrett: is the audio out of sync with the actor's lips, or is that just me?

**To:**   Cody L Burgat[codyburgat@gmail.com]
**From:**  awlist4082798@aweber.com
**Sent on behalf of:** --Binary Options News--
**Sent:**  Sat 2/6/2016 8:28:13 AM
**Importance:**  **Normal**
**Subject:** Fwd:Your Invitation is Pending for MAGNETIC PROFITS!!!

Hey there,

I know this is last minute but I need you to access your account ASAP.
Magnetic Profit is already live and you are missing out on early sales!

Don't worry, its very simple to use and we are here to hold your hand the whole way.

As you have expressed your interest in using this free software I would personally like to invite you to complete your registration, if you haven't already, and secure your spot using the below link.

>> Claim your SPOT right NOW.

Thanks
Binary Option News

<div align="center">

Boulevard Suite 600 Atlanta Georgia 303330, USA
Georgia Atlanta 30330
USA

Unsubscribe | Change Subscriber Options

</div>

118

1 -$2000 –Greg in top position, amazing support mate ☺

2- $1000 –Baxters jumped in second place, doing great guys

3- $750 – Mike Shah holding 3rd spot thanks for the heat

4- $500 -   Warren & Mike – thanks boys much appreciated

5- $250 – Grayson and Blake  - thanks for the heat guys

6 -  SLJ – cheers bud

7- Rossi – thanks mate

8- Signinhere – thanks for the support ( get in touch)

9- JP – thanks bro

10-  Chris Frev  - thank you chris


thanks to the rest of  the guys!


Grab your swipes here: http://magneticprofit.co/jv


Affiliate link : http://xxx.magprofit.cpa.clicksure.com


Thanksss

Rich

[2/6/2016 9:44:11 AM] SLJ: sending more !

[2/6/2016 10:32:51 AM] Rich : Thanks SLJ

[2/7/2016 6:30:20 AM] Rich : Hey Guys Day 3 Completely smashed it! Almost matching Day 1 incredible performance for a weekend…


The Brokers are truly Setting the standard and there is NO sign of slowing down


119

GB-0004246

As more and more affiliates continue to join the party

We have reached number 6 in the click-sure marketplace

Cash Contest finishes on the 12th Friday and cash bonus finishes on Thursday 11th

If you haven't yet HIT now is the PERFECT time to do so

as we are picking up momentum!

Current Leader board:

1- $2000  - Greg incredible support mate still holding top spot

2- $1000 – Baxter's, thank you boys much appreciated

3- $750 – Mike Shah thank you for the support

4- $500 – Warren and Mike incredible support from the start much appreciated

5- $250 – Ronnie and Martin great to have you guys on board - only getting started on $1.37 EPC

6- Blake and Grayson – great support from the start guys

7- Ian and Ian – thank you guys

8 -  Signinhere – doing great (get in touch)

9 -  SLJ – thank you mate for your support

10- JP – thank you bro keep sending the love

Today is panning out to be another HUGE day!

Grab your swipes here: http://magneticprofit.co/jv

120

GB-0004247

Affiliate link here:

http://xxx.magprofit.cpa.clicksure.com/

Thankss

Rich

[2/7/2016 6:30:24 PM] .Imran: hey guys, this week's calendar launch is now LIVE!

[2/7/2016 6:30:42 PM] .Imran: genuinely looking very promising in testing

[2/7/2016 6:30:52 PM] .Imran: ======

Your Swipes:

http://zulanderhack.co/jv

=====

Your Link:

http://xxxxx.zulander.cpa.clicksure.com

======

$20,000 CASH CONTEST

121

GB-0004248

**From:** Blake Barrett [bbprofitz@gmail.com]
**Sent:** Tuesday, January 12, 2016 12:22 PM
**To:** Grayson Brookshire
**BCC:** ronniemontano@gmail.com
**Subject:** [JV] "Medallionaire App" Final Leaderboard


Hey everyone thank you SO MUCH for all the
love and support you've shown to us on our
most recent launch.  We are always so
grateful for the love you guys send us.

And know that as always we'll go 100% on
your launches as well!  Since everyone is
pretty much recovering from all the parties
here in Vegas, we'll keep this JV email
short & sweet.  Here is the final standings
for our leaderboard:


********
**Final Leaderboard:**
1) $5000 - Mike/Steve Fapturbo
2) $2500 - Warren & Mike
3) $1250 - Greg S
4) $750 - Chris F
5) $500 - Craig K & Ashley T
6) Cubd1
7) Imran
8) Mike A
9) Ben S
10) David A
********

Thanks again everyone!  See you at the
Clicksure party tonight!

Thanks,
Blake & Grayson

122

MONTANO000243

About your "Midas Touch".. Sent Thursday, March 3, 2016 View as plaintext

Remember the legend of King Midas?

Everything he touched, turned into GOLD.

Well you can fire your alchemist, because now there's a brand new app that wields the same legendary power.

The Midas Touch App has already turned 100 ordinary people into veritable millionaires. And today is YOUR TURN to use it. But you've got to hurry, because there's only a few spots left!

**See More About The Midas Touch Here**

All the best,
**Sean Willows**

Powered by AWeber Email Marketing

123

Confidential

**From:** Chris Freville [chris@web20stampede.com]
**Sent:** Thursday, March 03, 2016 1:24 PM
**To:** chris@6figureswithchris.com
**Subject:** [JV] Midas Touch - Could it be any CLOSER??

Important bcc to my closest J.V.'s and friends… (if you want removing let me know)

Hi guys,

Day 4 of Midas Touch has been our BEST DAY EVER!

Word is getting round how well MTA is converting and affiliates are jumping on board to get a piece of the action…

If you haven't promoted yet (or if you've only sent a bit) then **NOW is the time to BLAST HARD** again before the weekend kicks in. I promise you'll not be disappointed as this baby converts.

**JV page**
http://midas-touch.co/jv/

**Affiliate link**
http://YOURID.midastou.cpa.clicksure.com

A Big Thank You to everyone that's promoted so far – I do realise we're not the only launch happening this week but your support has not gone unnoticed and I will be there promoting your offers super hard.

The $11,000 Cash Leaderboard is HOTTING up and places are changing all the time…

1. Imran **$5,000** – only 3 ahead, can you hold on?
2. Ronnie & Martin **$2,500** – only 3 behind, wants to win 1st!
3. Greg **$1,500** – 4 up, can easily go higher!
4. TIED Mike S **$750**
4. TIED Mike C & Warren **$750**
6. Kieran **$250** – 1 behind
7. Ian R & Ian S **$100** – 1 behind
8. David Blaze **$100** – 2 behind
9. Matt & Phil Benwell **$100**
10. Fred & Glynn **$100**

Just outside the top 10 we have...
Grayson & Blake , Craig K, Team GTA, JP, Ben S, Steve Fox, Baxters, Gary A, Rich W & Chris X, Robbie TT, Aaron D, Antonio, Paul L and many more

Thanks again to everyone for your support.

I can't wait to hit ALL your offers back super hard!

Cheers,
Chris

124

MONTANO000290

**From:**     support <support@welcomeprosper.com>
**To:**       "foued@ontraport.com" <foued@ontraport.com>
**Subject:**  (2nd Notice) Congratulations, You've WON

CONGRATULATIONS !

You've WON access to a brand new
money generating software app

Here's your Brand New Autopilot App Download

Are you ready to make up to $2,812.57 per DAY?

Here it is... Just for you... Until tonight

<u>Check it out and you can thank me later</u>

All you need to do now is confirm
your invite email on the next page

<u>Download the software after that</u>

- Support

125

SEC-ONTRAPORT-E-0005832

Mobile Binary Code System,71 Caerfai Bay Road, TEMPLE, EH23 5AY

Unsubscribe from this newsletter instantly. Report Abuse

SEC-ONTRAPORT-E-0005833

# BERRY MEDIAWORKS 2016

| DATE | CLIENT | PROJECT |
|------|--------|---------|
| 1/5/16 | MENI ISRAEL | CENTUMENT |
| 2/2/16 | TIM ATKINSON | PUSH MONEY |
| 1/10/16 | MIKE SHAH | VIRTUAL INCOME |
| 1/15/16 | MIKE AUTON | FORTRESS |
| 1/31/16 | TAL TOLMOV | COPY BUFFETT |
| 2/15/16 | MENI ISRAEL | CITIDEL |
| 2/15/16 | MENI ISRAEL | ALTRONIX |
| 2/28/16 | MENI ISRAEL | TRADE X CONFIDENTIAL |
| 2/28/16 | MENI ISRAEL | TRADE TRACKER PRO |
| 2/16/16 | BEN SWANSON | AMISSIO |
| 2/16/16 | MICHAEL CLAPCOTT | INCOME UNLIMITED |
| 2/17/16 | ANTONIO | MILLIONAIRES CLUB |
| 2/18/16 | TAL TOLMOV | PROFIT UNLIMITED |
| 2/28/16 | MENI ISRAEL | TRIANASOFT |
| 3/5/16 | TAL TOLMOV | CLOUD TRADER |
| 3/12/16 | MIKE SHAH | DREXEL CODE |
| 3/20/16 | TAL TOLMOV | INSTANT CASH APP |
| 4/5/16 | MIKE SHAH | SNOW PATROL |
| 3/25/16 | MJ BELDA | BINARY INTERCEPTOR |
| 4/10/16 | PAUL LIBURD | ALIVE IN 5 |
| 4/10/16 | TAL TOLMOV | VARIOUS STUFF |
| 4/15/16 | MIKE SHAH | LIE DETECTOR |
| 4/15/16 | PATRYK | NESDEK |
| 4/15/16 | RONNIE MONTANO | BINARY INTERCEPTOR 2 |
| 4/15/16 | TAL TOLMOV | INSURED OUTCOME |
| 4/15/16 | GREG WOOD | FREE MONEY SYSTEM |
| 4/18/16 | TAL TOLMOV | MILLION DOLLAR CHALL |
| 4/25/16 | WARREN BROWN | HEDGE FORMULA |
| 4/26/16 | MICHAEL CLAPCOTT | PROFITS INFINITY |
| 4/29/16 | MIKE SHAH | BROOKS BLUEPRINT |
| 4/29/16 | ANTONIO GIACCA | PERPETUAL FORMULA |
| 5/5/16 | CRAIG KAYE | GPS TRADER |
| 5/5/16 | LEONARDO PINTO | TERRAN CAPITAL |
| 5/6/16 | PATRYK PONZYNSKI | TENFOLD FINANCE |
| 5/14/16 | TAL TOLMOV | REGAL WEALTH |
| 5/15/16 | MIKE SHAH | AZURE METHOD |
| 5/25/16 | MIKE AUTON | DISRUPT TRADER |
| 6/15/16 | RONNIE MONTANO | MOBILE BINARY CODE |
| 6/15/16 | MIKE AUTON | COBALT MILLIONAIRE |
| 6/15/16 | ANTONIO GIACCA | QUANTUM CODE |
| 6/15/16 | TAL TOLMOV | NAVSTAR |
| 6/15/16 | TAL TOLMOV | SAFEGUARD |
| 6/15/16 | MENI ISRAEL | BANK TRADER BOT |
| 6/15/16 | MENI ISRAEL | RAT RACE |
| 6/15/16 | PAUL LIBURD | QUICK CASH METHOD |
| 6/25/16 | MIKE SHAH | SHEPARD SDP |
| 6/25/16 | BEN SPARROW | GEMINI APP |
| 6/22/16 | LEE WALKER | MIRROR TRADER |
| 7/5/16 | MENI ISRAEL | MMC |

**CONFIDENTIAL**

| | | |
|---|---|---|
| 7/5/16 | MENI ISRAEL | MPP |
| 7/5/16 | ANTONIO GIACCA | ZERO LOSS |
| 7/5/16 | MICHAEL CLAPCOTT | MAXIMUS PROFITS |
| 8/31/16 | RONNIE MONTANO | CENTUMENT REDUX |
| 8/31/16 | MICHAEL CLAPCOTT | PROFITS PERPETUAL |
| 9/9/16 | MENI ISRAEL | SNAPCASH |
| 9/12/16 | TAL TOLMOV | INSTANT CASH CLUB |
| 9/12/16 | PATRYK | ONE TOUCH AND LOTTERY |
| 9/12/16 | PAUL LIBURD | CHARITY PROFITS APP |
| 9/16/16 | CRAIG KAYE | OPTICAL SIGNAL |
| 9/16/16 | LEONARDO PINTO | X-IT APP |
| 9/18/16 | WARREN SHAW | AUTOMATA FORMULA |
| 9/22/16 | TAL TOLMOV | DREAM CATCHER |
| 10/5/16 | STEVE COOPER | AURUMATECH |
| 10/12/16 | MENI ISRAEL | WIKITRADER |
| 10/26/16 | ANTONIO GIACCA | THE ORION CODE |
| 10/29/16 | CRAIG KAYE | MULTIPLEXER |
| 11/1/16 | KEIREN GILL | ROYCE CODE |
| 11/5/16 | GREG WOOD | FREE MONEY SYSTEM |
| 11/8/16 | TAL TOLMOV | SWARM TECH |
| 11/8/16 | TAL TOLMOV | PROFITBALL |
| 11/9/16 | TAL TOLMOV | PENNY MILLIONAIRE |
| 11/15/16 | CRAIG KAYE | ONASSIS |
| 11/23/16 | CRAIG KAYE | ZEUS |
| 11/31/16 | MENI ISRAEL | NUVO FINANCE |
| 12/2/16 | TAL TOLMOV | OBCASIO |
| 12/8/16 | BEN SPARROW | RUBIX FORMULA |
| 12/15/16 | MIKE AUTON | LAZY TRADER |
| 12/17/16 | ASHLEY | PROVE MY PROFITS |
| 12/18/16 | ASHLEY | JARVIS FORMULA |
| 12/22/16 | WARREN BROWN | PLENITUDE |
| 12/29/16 | CRAIG KAYE | SEQUENCE MULTIPLIER |
| 12/29/16 | CRAIG KAYE | TESLER FORMULA |
| 12/31/16 | TAL TOLMOV | 10K EVERY DAY |

**CONFIDENTIAL**

Subject:

GLMedia asked you to join...

Body:

GLMedia has gone above and beyond the expectations of any other binary trading software developer and created what is known as the Overnight Profits App.  This unique software app was created user friendly enough for any experienced member to make thousands of dollars overnight while setting up the trades 7 minutes each day.

Does that sound interesting?

Please go below and enter your details for your free broker account to get started.

>> LINK <<

Please reach out if you have any questions at all.  Our support team will respond within hours of your request.

Your Name

=========================================================

Subject:

Overnight Profits request in {!geo_city}

Body:

Gregory Leeds has given us access to his development teams Overnight Profits App. New members are raving and I can certainly see why considering users this week have seen $1500-$6000/day earnings using its automated trading sequence.  Most times I'd say no rush but free membership seats are filling fast and it's simply too easy to pass up on....

Please go below to see all the details then at the end if you are interested create your account so their team can sync your account with the Overnight Profits App and have you earning by the morning!

>> LINK <<

Kind regards,

129

Your Name

============================================================

Subject:

An Alpha User sent you a request...

Body:

Hi there...

I'm currently an alpha user of the Overnights Profit App sending you a request to join in on the beta testing phase!  Luckily at this time alpha and beta testers get in for free and get to keep the $1500-$6000 a day in profits the software app generates.

I urge you to watch this short video how other users are plugged in working 7 minutes a day and generating thousands daily.  If interested get started NOW before all spots are full and the testing phases are complete and monthly member fees begin.  Today's registrars have a lifetime exemption of fees.

>> LINK <<

Also rest easy knowing their support team is available to respond to your emails 10  hours a day if you need assistance.

Your Name

============================================================

Subject:

Where have YOU Been?

Body:

That may be the question your boss asks you when you are late for work right?  He asks that simply because when you aren't there no progress is being made  in your daily routine.  And when you're not making progress, most likely no money is being made for the company.

You've already shown interest in earning online so I wanted to introduce to you that J.O.B. (online resource) that doesn't require your presence to earn you money...

130

Overnight Profits was developed by GLMedia to work for you while you sleep.  By work I'm talking about thousands of dollars of earnings with the click of a few buttons before bed.  Please go now and open your no cost broker account and we'll sync the software immediately so you can get started earning while you aren't even around to monitor... so please... get setup and take yourself a nap.

>> LINK <<

Bests,

Your Name

========================================================

Subject:

Make money while you sleep?!

Body:

You don't know how excited I am every morning to flip back the covers, slip on my slippers and run to the computer to see my earnings I've made overnight... while I was sleeping!

Overnight Profits App by GLMedia is like nothing I've ever seen before and while I'm uncertain exactly how it all works, all I can say is it does!

Night after night this churns out huge pay"nights" for me and I wanted to send you this video below so you too can experience the rush!

Check it out here...

>> LINK <<

Let me know if you have any questions.

Your Name

131

GB-0000138

[3/6/2014 12:51:38 PM] *** Ashley added Grayson Brookshire ***

[3/6/2014 12:51:40 PM] Tim Atkinson: Bringing the spam son!

[3/6/2014 12:52:04 PM] yossi.ben.avraham: welcome mate

[3/6/2014 12:52:06 PM] Ashley: I think a lot of you guys know Grayson, he's sent MEGA traffic to my launch over the last 24 hours.. A definite playyaaa in the team!

[3/6/2014 12:52:13 PM] Grayson Brookshire: well well

[3/6/2014 12:52:57 PM] Grayson Brookshire: buncha damn scammaz in here

[3/6/2014 12:53:05 PM] Tim Atkinson: Grayson was my top affiliate on push button millionaire. Sent over 100k clicks! Mad respect

[3/6/2014 12:53:46 PM] Grayson Brookshire: i didnt have a choice... it kept giving my CS account long ass bars

[3/6/2014 12:53:49 PM] Tim Atkinson: Yeah this group is a who's who of FTC most wanted (bandit)

[3/6/2014 12:53:58 PM] Ashley: LOL

[3/6/2014 12:54:17 PM] Grayson Brookshire: u guys mind if I add my partner in here?

[3/6/2014 12:54:19 PM] Grayson Brookshire: Blake Barrett

[3/6/2014 12:55:00 PM] Grayson Brookshire: were trying to get more into the forex/binary stuff... we seem to be out of the loop on when you guys launch etc

[3/6/2014 12:55:58 PM] Tim Atkinson: The guys in this group are the only friends I got lol! Love these crooks lol bring Blake in

[3/6/2014 12:56:41 PM] *** Grayson Brookshire added Blake Barrett ***

[3/6/2014 12:57:06 PM] yossi.ben.avraham: welcome bbprofitz

[3/6/2014 12:57:14 PM] Liam Baxter: Welcome fella's!

[3/6/2014 12:57:18 PM] Blake Barrett: sup fellas :-)

[3/6/2014 12:57:28 PM] Grayson Brookshire: most you guys know blake... he's been around longer than me and taught me the ropes of spammin

[3/6/2014 12:57:32 PM] Grayson Brookshire: most people dont know that

[3/6/2014 12:57:36 PM] Grayson Brookshire: :x

132

GB-0004580

Hoplink:

http://affuser.overnightp.cpa.clicksure.com

\*\*\*\*\*\*\*\*

Thanks so much to everyone who has sent traffic so far.  We really appreciate all the love you've shown us & can't wait to reciprocate :-)

Thanks everyone!

Blake & Grayson

[9/23/2015 10:39:17 AM] Grayson Brookshire: Hey guys just a mid day update on the

Overnight Profits Leaderboard.  Thanks

again for everyones support.

1.) $5,000 Chris F./Craig K.

2.) $2,500 Mike S./Antonio

3.) $1.000 Warren/Mike C.

4.) $750 Greg S.

5.) $500 Ronnie

6.) $250 Mike A.

7.) Baxters

8.) Imran (tied)

8.) Simon J. (tied)

10.) Ian/Ian. (tied)

10.) Aaron Darko. (tied)

133

GB-0007084

**From:** Grayson Brookshire [gtbrookshire@gmail.com]
**Sent:** Tuesday, September 29, 2015 7:01 AM
**To:** Blake Barrett
**BCC:** ronniemontano@gmail.com
**Subject:** [JVs] Overnight Profits Final Leaderboard

Hey guys,

First off Blake and I want to thank everyone
who came out to support Overnight Profits!

Without your loyalty we would have never pushed
to #1 on the Launch Offers of Clicksure and
for that we are truly grateful. We're excited
about the relationships we've built in the
community and realize that we can't do this alone!

That being said we want to reward our top JV's with
their prize money! Below is the top 10 leaderboard
from our $10k launch week competition.

1.) $5,000 Chris F./Craig K.
2.) $2,500 Warren/Mike C.
3.) $1.000 Ronnie
4.) $750 Mike S./Antonio
5.) $500 Greg S.
6.) $250 Imran/Ian
7.) Mike A.
8.) Avi
9.) Baxters
10.) Phil M.

Please let us know which CSID's you want these
prizes distributed.

We had some major holidays during the week and we
feel we pushed through them with success. Remember,
Overnight Profits is still live and kicking and
any continued support is greatly appreciated. We
feel our support staff is second to none and we
won't stop answering emails until the last lead enters
their info. We WILL push your traffic to convert!

Thanks again,

Grayson and Blake

MONTANO000475

CFTC-18-cv-01607-GAP-GJK-000004655

Congratulations you are one of the first 100 members!

Aren't you excited? You are now on a runaway fast track to make $2,136 every day! By the end of the week you should be able to have at least $12,500 just by signing up now and turning on your Peak Profits Formula. You can buy yourself a pretty decent car with cash in just a month from now right?

But before you thinking on what to spend your future money on I need you to listen closely! Your spot is NOT secured just yet until you've successfully created your account on this page!

So how do you make sure your Ferrari, AMG or BMW isn't going anywhere…? How do you prevent your spot from being taken by another member and let him drive of with your future car…?

Well as I told you on the previous page my Peak Profits Formula is a trading software which is intended to fully trade on your behalf without room for errors. Obviously this requires at least a trading account for my software to sync with.

Sounds difficult? Not really, it's pretty easy and I'll be guiding you along the way. If somehow you are failing to create a trading account on this page, just send me an email and I'll be happy to create an account on your behalf!

Below this video you should find a form that requires your attention, Please enter all your information in the form below! If for some reason your form is not shown, please try a different browser such as Chrome or Mozilla Firefox.

By entering these details my software will create an account for you at the broker and of course at Peak Profits Formula. Both the credentials are identical for the broker as for the Software!

Peak Profits Formula will assign to one of two or three brokers that support you language and location and it will also install a line of code.

Unfortunately some brokers are not able to participate simply because they do not support the line of code we need to install. This line of code is essential for my Peak Profits Formula to communicate with your trading account. This way it can make trades on your behalf, even when you are not logged on!

As the win rate increases very slowly I've already created multiple accounts at multiple brokers in order to speed up the process. This way it was easy for me to figure out what brokers do perform and what brokers are causing headaches!

I'll be happy to inform you that I've already threw out every broker that was aggravating to withdraw from or that didn't perform like the others did!

135

GB_BB-CFTC-0000214

This way you are perfectly safe to create an account at any broker my software picks for you as you are certain this broker will not cause you any hassle or won't perform.

Also because these brokers do support the line of code, you do not have to spend the entire time behind your computer or smart phone. Just simply log in to my Peak Profits Formula, set the amount per trade and hit it! Just a simple on and off button.

In the next video I will be showing you exactly how the software works!

I will show you step by step how to fund your account, how to set the amount per trade and how to turn on the Peak Profits Formula!

At this point you just need to create an account by fill in the form below.

Once your account has been successfully created, my Peak Profits Formula will redirect you to your personal account.

You will also receive an email that contains your login credentials for the Software. So hurry up as we are just wasting time and money here!

Enter all of your details in the form now to create the account and I will guide you again on the next page with another video! Create your account RIGHT NOW and secure your spot!

Good luck!

136

GB_BB-CFTC-0000215

**From:** Blake Barrett [bbprofitz@gmail.com]
**Sent:** Wednesday, July 01, 2015 1:09 PM
**To:** Grayson Brookshire
**BCC:** ronniemontano@gmail.com
**Subject:** [JV] Peak Profits Formula - Day 3 Leaderboard


Day 3 was AMAZING!  Lots of JVs reported to
us that they saw their best EPC's yet.  We're
continuing to follow up HARD with your leads,
and we're continuing to pound these brokers
hard so they don't quit.

Plenty of JVs are also starting to see their
traffic mature.  We had several JVs make four
figure commissions today without sending a
single new click!  Our followups are in place,
the brokers are calling, and after that, they
are calling again LOL.

This offer is going nuts right now, so grab
your links & queue up hard!

********
JV Page:
http://peakprofitsformula.com/jv/

Hoplink:
http://affuser.peakprof.cpa.clicksure.com
********


**\*\*\* Day 3 Leaderboard \*\*\***
1) Mike S & Antonio. - $5000? - Duo leading since day 1!
2) Ronnie M. - $2500? - Pounding us during his own launch!
3) Chris F. - $1000? - Great support as always
4) Ben S - $750? - Fresh off a CS#1 lookin to make his move
5) Travis S - $750? - Great support from the start
6) Mike A. - $250? - Slowly dipping out of the prize money :-(
7) Avi - Killer clicks.... absolutely crazy LOL
8) Imran - we had to wake him up but he's climbing!
9) Ian/Ian - Only 1 FTD away from moving up
10) David Blaze - Crazy EPC and just getting started :-)

Just outside the top 10 we've got some big
names, all looking to make their move into
the leaderboard!

Now is the time to send :-)

If you need any additional swipes, or
anything at all, please hit us up!

Thanks guys!
Blake & Grayson

137

138

MONTANO000312

Mike

[1/24/2016 11:58:43 PM] Rich : blasting Mike

[1/25/2016 2:18:01 AM] Chris Freville: sending now mike!

[1/25/2016 3:19:42 AM] JP: sending (flex)

[1/25/2016 4:31:56 AM] * Kieran Gill: loading up now

[1/25/2016 4:32:19 AM] Ashley B: sending now Shah

[1/25/2016 4:34:00 AM] spud5706: same, good luck

[1/25/2016 5:22:26 AM] *** Puglife has renamed this conversation to "BINARY - http://www.phoenixtrading.co/jv" ***

[1/25/2016 2:12:43 PM] Craig K: Blasting bud

[1/25/2016 5:58:42 PM] Greg: Great offer Mr.Shah

[1/25/2016 11:42:28 PM] Mike S: Hey guys,


WOW!! Thanks for an amazing start! We haven't been live for 24 hrs, and already epcs, and traffic are great. We are already Clicksure #6, and climbing FAST :)


This baby has #1 written all over it. And as always all that is going to be returned to you guys several folds, so keep hammering:


==>> http://www.phoenixtrading.co/jv


The Phoenix Launch is killing it, so there's a boat load of money to be made!


Just ask around and you'll hear about the rocking EPCs!


And on that note, I want to announce a MEGA $20,000 competition, yes $20,000 !!!

(Ends Clicksure Midnight Feb 8th)

139

GB-0004223

And without any delay, here's the first leaderboard:

1st Place : $10,000 - Ronnie Montano - Fucking beasting his way @ #1 with an insane EPC

2nd Place : $5,000 - Greg S - Insane # of hops and every hop is over $1, Polish Maestro, only a few away from top

3rd Place : $2,500 - Ben S - Fresh off a launch, sweet EPC on them new leads!

4th Place : $1,000 - Chris F. & Craig K - Going to make a run for #1? :)

5th Place : $500 - Antonio G - I like the spam :)

6th Place : $250 - Grayson & Blake - Come on, you got more firepower than this!!

7th Place : $150 - Ian R. & Ian S. - Keep them hops coming..

8th - 10th Place : $50 - Avi, Imran, Kieran tied

And literally so many people right there!!

==>> http://www.phoenixtrading.co/jv

Keep on hammering!

140

GB-0004224

| | |
|---|---|
| **From:** | newsub@getresponse.com on behalf of James Binary <support@thebinaryrevolution.com> |
| **Sent:** | Tuesday, July 22, 2014 5:55 AM |
| **To:** | Member |
| **Subject:** | Wanna know a secret? :) |

Its a secret club... Actually they call

themselves the Secret Wealth Club and they

are looking to take on new students to

prove their methods of online income work

for ordinary people!

See a few testimonials here and take action

before it is too late!

==>> **CLICK HERE NOW**

To Your Success,

Jason

Oxford Street, 1221, London, United Kingdom

You may unsubscribe or change your contact details at any time.


Powered by:



1

[5/24/2014 2:50:25 PM] *** Grayson Brookshire added Blake Barrett ***

[5/24/2014 3:00:38 PM] *** Grayson Brookshire added A N T O N I O ***

[5/24/2014 3:01:15 PM] Grayson Brookshire: Hey Antonio wanted to make this lil 3 way for when u got back online about what you/I mentioned earlier about a launch

[5/24/2014 4:59:41 PM] A N T O N I O: heya sup guys, yeah sounds good talk in a big need to get off but ill be back in few hrs

[5/25/2014 7:31:01 PM] Grayson Brookshire: lil disappointed to see all those leads we cookied this weekend will be at $200 instead of $250... is this for the IM launch week or something?

[5/25/2014 7:41:46 PM] A N T O N I O: yeah we turning it over but if you still promoting ill leave you a $250 bro

[5/25/2014 7:41:56 PM] A N T O N I O: so for you stays $250, ok?

[5/25/2014 7:42:13 PM] Grayson Brookshire: yeah man we hit all weekend and was gonna turn her up tomorrow again

[5/25/2014 7:42:24 PM] Grayson Brookshire: payment4u is our ID

[5/25/2014 7:42:27 PM] A N T O N I O: ok cool then $250 it is thank you

[5/25/2014 7:42:31 PM] Grayson Brookshire: no...

[5/25/2014 7:42:31 PM] A N T O N I O: so don't worry

[5/25/2014 7:42:33 PM] Grayson Brookshire: thank you

[5/25/2014 7:42:38 PM] Grayson Brookshire: :)

[5/25/2014 7:42:44 PM] A N T O N I O: nah thanks to you man!!!

[5/25/2014 7:43:11 PM] Blake Barrett: (whew)

[5/25/2014 7:43:47 PM] Blake Barrett: hey man lets talk as soon as you get a chance & get this current launch behind you

[5/25/2014 7:44:04 PM] Blake Barrett: i know you & paul obviously have a tight relationship & we don't want to do anything to jeopardize that

[5/25/2014 7:44:10 PM] Blake Barrett: but grayson & i have never launched a binary

[5/25/2014 7:44:18 PM] Blake Barrett: and we think we could pull some pretty good binary & IM support

142

[8/3/2014 9:29:36 PM] Grayson Brookshire: (facepalm)

[8/4/2014 7:03:56 AM] Grayson Brookshire: please delete the dates all together from the JV page if u dont have a new image made

[8/4/2014 4:58:05 PM | Edited 4:58:46 PM] Grayson Brookshire: we ready for me to announce the leaderboard?

[8/4/2014 5:19:22 PM | Edited 5:22:48 PM] Grayson Brookshire: Hello super affiliates!


I can't begin to express my gratitude for

everyones support for the Secret Wealth Club.


We ended up with a killer offer and paid out tons

of money to you guys that supported!  Thanks

to each and every one of you!


As I said in my morning email the top spot

was super close and came down to the wire

with Mike "The Hopster" Shah taking home

the top $5k prize!


Special thanks to my boys Ronnie and Jimmy

for the insane traffic as well Tim Atkinson

for firing up his spam machine for me....


Below is the top 10 rundown...

143

1 : ($5,000) : Mike Shah

2 : ($2,500) : Ronnie and Jimmy

3 : ($1,500) : Tim Atkinson

4 : ($1,000) : Antonio

5 : ($750) : Morrisons and Timmy

6 : ($500) : Imran

7 : ($250) : Paul Liburd

8 : ($100) : Ben / SLJ

9 : ($50)  : Marc Sa

10: ($25)  : Travis S.

Just outside the top 10 were Socrates, Joe

Walter, Greg S., Kieran, Jack Taylor and Andrew

Coore!

Thanks also goes out to my "leaderboard partner"

144

GB-0001683

**From:** Blake Barrett [bbprofitz@gmail.com]
**Sent:** Tuesday, February 09, 2016 8:01 AM
**To:** Grayson Brookshire
**BCC:** ronniemontano@gmail.com
**Subject:** [JV] Stark Trading System - FINAL LEADERBOARD!


Hey everyone, thank you SO MUCH for our great
launch.  The amount of traffic we received was
simply incredible and we cannot thank you all
enough.  We know your time is super busy, so
we will get straight to the leaderboard...

**Final Leaderboard Standings:**
1) $5000 - Ronnie & Martin - incredible traffic
2) $2500 - Greg S - our favorite polish marketer!
3) $1000 - Chris F & Craig K - always there for us
4) $750 - Warren & Mike C - Great finish
5) $500 - Fred & Glynn - Awesome support guys!
6) $250 - Mike A - Always in our top 10! thanks!
7) Ian R & Ian S - Great traffic fellas!
8) "MMMoney" - not sure who you are, please reach out!
9) Cubd1 - insane EPC throughout the contest as always
10) Baxters - great support! be sure to hit their new one!

Prizes will be paid out today just as soon as
we figure out which CSIDs to send them to. For
now, please make sure you support the other
great launches going on this week.  We are seeing
some of the best EPC's we've seen in a really
really long time with these offers out this week!

Baxters - Tauribot:
http://tauribot.com/JV

Imran  - Zulander Hack:
http://zulanderhack.co/jv

Kieran - Millionaire Replicator:
http://millionaire-replicator.com/jv


Thanks so much again!
Blake & Grayson

145

**To Li**

Make sure you watch all **5 minutes** of this video to see LIVE proof of how this system works.

**Trust me**... You do NOT want to miss this

I'm going to show you **Live Proof** of how to **make** at least **$500 Today...**

**AND EVERY DAY!!**

And for a few qualified new members, I'm going to expose a CellPhone Web App that will amplify your earnings from this system and turn your bank account from this [show small bank account] to this [show big bank account] in just the next 30 days.

I guarantee that you will use this mobile web app more than you use facebook, twitter, or instagram.

Why? Because neither facebook, twitter, nor instagram will make you money every day [chuckle]

And, I'm going to give this to you for FREE... If You qualify!

So grab a pen and paper. You're about to be blown away! **[Wait 1 second]**

Your decision to invest $10 into your future is about to pay off 10,000 times more.

So Congratulations, you're about to become filthy rich with this never seen before unfair advantage.

So OK... I'm sure you guys know who **Warren Buffet** is right? **[show picture of Warren Buffet]**

146

For those of you that don't, he is the **#3 richest man** in the world, worth **$44 BILLION  Dollars**

**No no…**  I'm not claiming that I can help you become a **Billionaire**. ==[chuckle]==

I just want to put things into perspective for you.

**Warren Buffet** made his **Billions** by leveraging the **financial market**.

It's a true fact that the majority of **millionaires and billionaires** in this world made their money from trading stocks, forex, commodities, or indices.

**Why do you think that 99% of Stock Brokers are Millionaires?**

They became **FILTHY RICH** by being handed intelligent and informative information by **SYSTEMS** that are **not available** to the public…

**UNTIL TODAY!!!**

==[Timer at the bottom of the screen counting to the 60SecondsVideo proof …== ==" Min:Seconds to  Live Proof of How Much You Make in 60 Seconds Flat "== ==(Dim to 30% after 10 seconds)]==

Listen…  what you know about trading Stocks, Forex, Comodities, and Indicies was designed for the **average individual to LOSE** so that the **"Big Banks" and the "Big Boys"** that use sophisticated trading softwares can **WIN**.

**But Today…  That all stops!**

It's time for **YOU** to be as **FILTHY RICH** as the top 1%

**Leveraging the financial market** has become **much easier** and **much more lucrative** than what you have been taught.

**And TODAY, I'm going to blow the lid WIDE Open…**

147

I'm going to **LEVEL** the playing field to give you a chance to be one of the **super-rich if you are one of the few new members that qualify**!!!

Especially now, in this volatile market that we live in right now...

 **you** would be surprised that more and more people are **becoming Millionaires overnight.**

As a matter of fact over **500,000 NEW** people became **Millionaires Last Year Alone**.

I'm not kidding when I tell you that Majority of us became **Millionaires** by leveraging the financial market, just like what I'm about to show you.

So ask yourself this question...  *Why aren't YOU doing it???*

You know what...  It's Ok.... you're not to blame...  **It's NOT YOUR fault...**

Traditional ways of trading Stocks, Forex  and other securities, takes days of research and insider knowledge on the stock that you want to trade.

Unless you're a sophisticated stock trader or a Wall Street Fat Cat working for a Bank, there is a **huge learning curve**.

Traditional ways of trading involves **hours of studying** news,  charts, and Newspapers.

It involves **risking $5,000 to $20,000** a day to be a good day trader.

And at the end of it, you'll be **lucky** to make between **Half of a %  to 5% in profit.**

It was designed for the average individual to **LOSE**

So that the big boys in **Wall Street** and the **Big Banks** can **WIN**

148

Let's face it…  Although **the financial market is the #1 market** that is responsible for **creating mega multi millionaires and billionaires**, most don't even touch it because of the learning curve of trading stocks, commodities, forex and indicies.

Well…  **TODAY that all changes!**   There is **no longer a learning curve.**

Today, I'm blowing the lid wide open and **exposing** these greedy **Wall Street Fat Cats** and **Unfair Banks**.

Today, I'm going to expose the **SAME STRATEGY** that these **Millionaire Stock Brokers** and **Greedy Banks** use…  to suck up all the money in the world, only to buy themselves **Lamborghinis** and **Mega Yachts**

It's called Binary Options and it's the most simple System to use to leverage the Financial Market.

There's **NO** more need for **hours of research**.

**NO** more **analyzing** company revenues and profits.

**NO** more need for **watching the news** to make an educated decision of how much stock to buy and at what price and when to sell them.

Instead… NOW… with this System, you just need to determine if the stock will rise or fall based on **POPULAR CHOICE.**

That's right, It **leverages the intelligence of thousands of traders' decisions** as a majority.

All you have to do is **copy** their **decision** and **copy** their **BIG profits**.

If the majority of the traders, determine that the **stock will go up in the next 60 seconds**, you press the **"UP" Option Button**…  And If the majority of the traders, determine that the **stock will go down in the next 60 seconds**, you press **the "DOWN" Option Button**.  And with each correct decision, **you make between 70% to 80% profit**….

And let me make this crystal **clear**…  it doesn't matter whether the stock price goes **up** or if the stock price goes **down**…

As long as you pick the right direction, **you make between 70% to 80% profit!!**

And…  It doesn't matter if the stock price goes **up** or **down** by **less than half of a %**

**you still make 70% to 80% profit.**

Watch this system in action.

<mark>[play Single60sec.mp4 Please have actor read the copy in sync with the actions of the video]</mark>
You see this account.  It currently has $422 Dollars in it.

For this example we are going to trade in the forex market

To be exact, Australian Dollars to the US Dollars

Here you will see a dynamic scale that is based on Trader's Choice

It is based on the cumulative decisions of thousands of traders that are trading on this currency exchange.

It's where you get to leverage the knowledge of THOUSANDS of sophisticated traders all over the world.

In this case, 68% of traders world wide predict that the rate will go down.

Now that we've determined which way to trade, we can go back to this 60 Seconds tab right here

Then we are going to select $10 as the amount that we are going to trade

Then we are going to click on "Down otherwise known as  Put"

Then we are going to click on Open Trade and then confirm it

And now the trade has started and in 60 seconds we will know the outcome

But in the essence of time, I'm going to speed up the video so you don't have to wait 60 seconds right now
OK... so now there is 3 seconds left and it looks like we and the majority of traders have made the right choice.

We just made 70% profit or made back $17 on a $10 trade in just 60 seconds

And as you can see here, our balance just went up from $422 Dollars to $429 Dollars.

[Video ends and transition back to slides]

Just **imagine** if we traded with **$100 Dollars** on this trade?

We would have made **$70 profit** in just **60 Seconds**.

It's really **THAT** simple!

**No More** days of **research** and insider **knowledge** on the stock that you want to trade.

**No More** hours of **studying** news,  charts, and Newspapers.

**No More** risking **$5,000 to $20,000** a day to be a good day trader.

Most people only need  to start with a couple hundred dollars, depending on how fast you want to climb up to **$500 a day profit.**

And eventually make that $10,000... $20,000... $40,000... and $50,000 a Month in profit!!!

And at the end, you're **NOT** going to make between  **.5%  to 5% in profit.**

 Instead, you'll be making an average of **70% to 80% profit** with **EACH** and **EVERY** trade!!!

(pause 2 seconds and deep breath)

And Guess what!!!  I'm giving you back your $10 as my gift to you!!

That's right, your first step has already been accomplished.

I've already created your account with our #1 Binary Options Broker.

And Guess what, your $10 is already waiting there for you to make your very first trade!

Your $10 has already paved your way to getting to that magic number of $500 a Day... 5 days a week... which equals about $10,000 a Month. What can you do with $10,000 a month?

Would that help you pay off your debts?

Would that help you pay for a new car?

Would that help you pay for a mortgage on a new house?

Would $10,000 take away your fears and doubts and worries?

If you are saying yes right now, then you just joined the 7,483 new members before you, that have started trading their first $10.

And yes, most are already making $500 a day on the very first day.


I want you to watch how I made over $250 in less than 1 Hour of trading

But don't worry, you won't have to watch through the full hour...  I've fast forwarded through the majority of the Live recorded video to give you a **2 minute glimpse**.

[Begin playing EndOfSecondVideo2.mp4 Please have actor read the copy in sync with the actions in the video]

As you can see, this Live recorded video starts at 2:18pm on Friday August 31st.

With the $429 dollars in the account from earlier.

Now I'm just going to fast forward through some of my trades so  you can see what type of activity
You can expect once trading on this system becomes second nature to you.

Ok.. So after approximately 50 minutes of trading between 2:18 PM Eastern Time and 3:09 PM Eastern Time here's the result.

As you can see here, it's 3:09 PM... Still Friday August 31st.

And now look at the total amount of dollars on this account

$690!

We started with $429 Dollars 50 minutes ago.

So in less than one hour, we made a profit of $261

[end Video]


However, a handful of qualified members are making even more.  MUCH MUCH more.

I'll tell you how much, but this is confidential.

Seriously.  This is completely confidential and for your eyes  and ears only.

You really have to keep this SUPER CONFIDENTIAL.

This is a brand new unfair advantage that has never been seen before, except for a few qualified members.

And these qualified members are NOT making $500 a day… No NO..

They are making $3,000 to $10,000 a DAY using

I'm sure you're wondering…  "HOW"

I'm not going to hide it from you. Here's the secret:

These handful of qualified new members have in their hands a mobile web App that processes terabytes of financial information.

Now first, I want to say… "Don't get me wrong"  Even without this mobile web App, you will still make up to $500 a day using the majority trader's choice strategy.

But what if you can add to that… a Mobile Software that can think and trade much faster than a human can?

A Mobile Software that can even better predict trends in the market by analyzing gigabytes upon terabytes of financial information in a blink of an eye.

However, it's so easy to use that even a couple highschool dropouts can make an average of $3,827 a Day in income.  In fact, I even prefer the beginners because up to a short time ago, I too, was a beginner that had a bank account that looked like this [show small bank account] … But yet after a few months, my bank account now looks like this [show big bank account]

And now let me show you  a short clip of how much money I was able to make in just 2 hours of trading by using this powerful cellphone web App. [show new account increasing video]

Can you now imagine how much money you will make with this powerful CellPhone Web App being used daily…  5 times a week..  IFFFFF You Qualify.

154

So your question now is… "How do I Get a Hold of this"

The answer is simple.
[start scarcity timer… start at 100 and end at 11…  do NOT increment down until below]

If you are the first 100 qualified new members, then it's yours to keep for life.

So how do you qualify?

It's simple…  I need to see that you are truly dedicated to making $3,000 to $10,000 using this software.

In fact, I'll make it very simple for you.  If you invest into yourself another $190, I'll give you the software for free.

And don't worry, I'm also going to give you back that $190 and put it directly into your broker account to use with your software.

[increment down now for scarcity timer ]

So in reality, you pay me nothing.  The software is yours for free.  I just need to see that you are dedicated to using this software and making a lot of money with it.

Because, don't forget, we only have 100 copies of this mobile web App to give away for free.  And I want the best results to show buyers later on when I start selling copies of this mobile web App
for $997.

Yes, later today when all copies are gone, I will start selling this mobile web App for $997.  For now, I'm willing to give it to you for FREE.

But  I can't stress it enough that after all 100 copies are taken, we will start selling the cell phone web App.

155

And as you can see, people started upgrading already and proving that they are qualified members.

So now it's your turn.  Don't miss out on this or you will regret having to pay $997 in a few minutes.

And again, as I said, you have nothing to lose because I'm putting that $190 back into your broker account, where you can use it to start trading immediately.

Just imagine what you could make trading for 2 to 3 hours a day Monday through Friday using this easy to use but sophisticated Mobile Web App.

Remember this:  [show new account increasing video]

I bet it's more than what you're making now?

And I bet it's more than what you're making now with all the worthless piece of crap that you've bought over the past year!!!

It's time to put a stop to all the scams…

It's time to put a stop to being cheated and lied to.

It's time to put a stop to seeing Wall Street Fat Cats and Big Banks making a lot of money, while you continue to suffer daily…

It's time for your friends to call YOU the lucky  one… [END show new account increasing video]

Don't waste another minute…

Get started now

You have nothing to lose and EVERYTHING to gain

You have, right now, the best strategy that you will ever be handed

Take advantage of it today... Or you WILL regret it later on.

Remember, it works by COPYING what already works.

You're going to be piggybacking off of billionaire's decisions and making a ton of money in the process.

But you absolutely NEED TO GET THIS RIGHT NOW.

I hope it's not already too late.

I'd hate to see you not be able to get this free software, because I can't give it to you later.

Claim your free copy right now.

This is your absolute last chance. The final copies are being reserved right now.

Only a few more copies are left. Get your free copy of this powerful software right now.

It's my gift to you for signing up and joining the team, but you need to get it now.

Hurry! Get your free software right now.

Do it now.

Claim one of the last copies RIGHT NOW.

It's free, but you need to do it NOW.

Get this free software now.



Welcome, ronniemontano | Log Out

GLOBAL VIRTUAL OPPORTUNITIES

# Your Account 50001-100000 Subscribers

Home | Knowledge base | Support

100% TRAFFIC CO-OP REAL TRAFFIC GET 100 LEADS TODAY CASH IN NOW

FACEBOOK VIRAL DOWNLOAD NOW

Freedom LIVE 2013 Instant Replay

Online Marketing MASTERS WORKSHOP

GOT Backup? LOGIN to Members Area

Known Issues

**Start Here First**

- Affiliate URL's/Stats
- Auto Responder
- Training Videos
- Email Tips and Tricks

**Leader Boards**

- Residual Leader Board
- Weekly Potential Leader Board
- Weekly Confirmed Leader Board
- Weekly Resellers Potential LB
- Weekly Resellers Confirmed LB
- Monthly Leader Board

UPGRADE AUTO RESPONDER

**My Account Manager**

- Edit Your Profile
- Edit Your Billing Info

**Your GVO Business**

- Your Leads
- Your Customers
- Email Your Customers
- Your Downline
- Email Your Downline
- Your Commissions
- Payout History
- Top Referrers

PURE LEVERAGE.com 100% COMMISSIONS

Campaigns | Messages | Subscribers | Forms | Import/Export — Campaign: EMC_Buyers

Follow Up | Add Follow Up | Follow Up Manager | Broadcast | Send Broadcast | Opt-In Message

## Broadcast Message

**Campaigns:**
EMC_Buyers
MMC_Buyers
TCC_Buyers
SMS
Still unemployed?
(Last Chance) Your new automated income software!

Press CTRL for multiple selection.

**Send Later:** 2019 - 05 - 21 16 : 30 Format: yyyy-mm-dd hh:mm

Current: 2019-05-21 16:23

**Insert field:** Main Site URL [Go]

**Subject:** OMG, Its "TFP" LOL!

**HTML Message**

**Notice:** To use GVO tracking for clicks you must generate your link using the link icon. Once you have created your link and make any changes you MUST BREAK the original link and update it again or the system will not add the proper tracking code to the new url.

Insert Fields | Paragraph | Verdana | medium | Formats

Hi,

TFP... You know... **The Freedom Project**. The latest and greatest method to banking large sums of money online that ANYBODY can use at NO COST today!

Just take a few minutes and watch this video about The Freedom Project and how it can change your life!

Enjoy

**Text Message**

**Insert field:** Main Site URL [Go]

**Insert link:** [Go]

www.on2url.com/app/adtrack.asp?MerchantID=288193&AdID=669017

Hi,

TFP... You know... The Freedom Project. The latest and greatest method to banking large sums of money online that ANYBODY can use at NO COST today!

Just take a few minutes and watch this video about The Freedom Project and how it can change your life!

Enjoy

[Add]

©2003-2019 Global Virtual Opportunities Inc. All Rights Reserved.

**From:** Grayson Brookshire [gtbrookshire@gmail.com]
**Sent:** Wednesday, January 14, 2015 5:13 AM
**To:** grayson brookshire
**BCC:** ronniemontano@gmail.com
**Subject:** JV - The Freedom Project Leaderboard UPDATE

Good morning JVs,

Day 3 of The Freedom Project is off to a blistering start!  Yesterday sales
doubled from Day 1 and today not only are we on track to surpass Day 2 sales
but EPCs have nearly doubled as well!

We've got the BEST brokers taking on your leads, converting them to sales and
we've also made revisions to the funnel that increased signups drastically!

I want to personally thank all our partners who have supported thus far.  Your
loyalty doesn't go un-noticed here and I can guarantee I'll return the favor when
you guys launch... you guys know that!

Anyways we have only about 33 HOURS left in the first $5k Cash Competition and
things are heating up!  Only 2 sales separate the top 2 and and #3 is within 6 sales
of that!  Not kidding guys ask each other!

Here are the current standings:

1.) $2,500 Ronnie and John Garcia (Still BARELY holding on >> SEND MORE <<)

2.) $1,000 Mike S. (closed the gap yesterday - 2 sales from #1)

3.) $750 Tim A. (6 behind - you got this easy dude.. tell Dizzle to get busy)

4.) $500 Paul Liburd (newcomer @ $1.15 EPC overall - with this steam he'll be #1 tomorrow)

5.) $250 SLJ/Ben (these guys have tons more in the tank - watch out Tyson)

6.) Charles Mutrie (also $1.20 EPC over thousands of clicks - thanks Chuck...)

7.) Alan Magliocca (my neighbor hittin it like a BOSS)

8.) Aaron Darko (this guys is back on boards consistently - congrats Aaron!)

9.) Imran (always got my back - you are the man!)

10.) Sean Miller (CRAZY hops - this guy is making MOVES)

Tons of other JVs are just outside the top 10 and moving up quickly!  Be on the lookout
for more updates this evening!  Thanks again to everyone and for those of you who haven't
sent yet... You ARE missing OUT!?!

JV Page = http://thefreedomproject.co/jv/
Hoplink = http://affuser.freedomprj.cpa.clicksure.com

Hit me up if you need anything at all!

Grayson Brookshire

159

MONTANO000829

[12/21/2014 10:05:31 PM] Grayson Brookshire: just saw this on my skype

[1/11/2015 3:31:47 PM] Grayson Brookshire: http://screencast.com/t/7IESNOTQfjOa

[1/11/2015 3:31:54 PM] Grayson Brookshire: come on son... this is January 11th

[1/11/2015 3:31:58 PM] Grayson Brookshire: vacay is over

[1/11/2015 3:33:02 PM] Grayson Brookshire:

JV Page = http://thefreedomproject.co/jv/

Hoplink = http://affuser.freedomprj.cpa.clicksure.com

[1/11/2015 3:33:25 PM] Grayson Brookshire: we sent 110% on your last offer

[1/11/2015 10:50:28 PM] Ronnie Montano: not really vacay...  just unplugged for a month...

[1/11/2015 10:50:34 PM] Ronnie Montano: I do this typically every December

[1/11/2015 10:50:45 PM] Grayson Brookshire: yeah i saw from your last email

[1/11/2015 10:50:46 PM] Ronnie Montano: to spend some time solely on family

[1/11/2015 10:50:53 PM] Ronnie Montano: and focus on re-bonding and all

[1/11/2015 10:50:53 PM] Grayson Brookshire: but its January...

[1/11/2015 10:50:55 PM] Grayson Brookshire: haha

[1/11/2015 10:51:07 PM] Ronnie Montano: It IS January  LOL

[1/11/2015 10:51:17 PM] Ronnie Montano: but then again, I'm Filipino

[1/11/2015 10:51:19 PM] Ronnie Montano: I'm always late

[1/11/2015 10:51:21 PM] Ronnie Montano: LOL

[1/11/2015 10:51:31 PM] Ronnie Montano: but just for you, I changed my message

[1/11/2015 10:51:35 PM] Ronnie Montano: :D

[1/11/2015 10:51:47 PM] Grayson Brookshire: haha good... i was disappointed when i got it

[1/11/2015 10:52:08 PM] Grayson Brookshire: i already went and bought a stamp to send to your vacation destination to get hold of u

[1/11/2015 10:52:17 PM] Ronnie Montano: haha

[1/11/2015 11:10:17 PM] Ronnie Montano: by the way... how is viplus?

160

[1/11/2015 11:10:23 PM] Ronnie Montano: does it deliver well?

[1/11/2015 11:14:44 PM] Ronnie Montano: also... good to start sending you traffic now?

[1/11/2015 11:17:41 PM] Grayson Brookshire: VIP gets about 2-3% opens but has limited all our accounts to sending once per day only mon thru fri

[1/11/2015 11:17:48 PM] Grayson Brookshire: they wont last much longer i dont think

[1/11/2015 11:18:06 PM] Ronnie Montano: that sucks

[1/11/2015 11:18:25 PM] Ronnie Montano: who else has good open rates these days

[1/11/2015 11:18:32 PM] Grayson Brookshire: yeah they even cancelled all the account for like 5 days and didnt respond back to us

[1/11/2015 11:18:37 PM] Ronnie Montano: I want to pump more clicks to you and everyone else

[1/11/2015 11:18:41 PM] Grayson Brookshire: dang man shouldnt i be asking u?

[1/11/2015 11:18:41 PM] Ronnie Montano: more than I do now, I mean

[1/11/2015 11:18:42 PM] Grayson Brookshire: haha

[1/11/2015 11:19:03 PM] Ronnie Montano: I took a good vacay and I'm pumped to hit the ground sprinting :D

[1/11/2015 11:19:18 PM] Grayson Brookshire: haha

[1/11/2015 11:19:28 PM] Grayson Brookshire: well one i dont think ive seen u try is freshmail

[1/11/2015 11:19:31 PM] Grayson Brookshire: they are decent

[1/11/2015 11:19:48 PM] Ronnie Montano: they accept bizop and imports?

[1/11/2015 11:19:55 PM] Grayson Brookshire: yes and yes

[1/11/2015 11:20:04 PM] Ronnie Montano: if so, I'm importing ALL my buyers leads onto it and hitting yours hard with it tomorrow

[1/11/2015 11:20:09 PM] Ronnie Montano: OK good

[1/11/2015 11:20:29 PM] Ronnie Montano: I have good mailing right now, internally, but I don't want to break it :D

[1/11/2015 11:20:36 PM] Grayson Brookshire: they will suspend the account everynow and then and tell u the complaint email... u just have to provide IP and time stamp and they open right back up

[1/11/2015 11:20:37 PM] Grayson Brookshire: haha

161

GB-0001546

[1/11/2015 11:20:41 PM] Ronnie Montano: so i'm always looking for external sources for mailing

[1/11/2015 11:20:49 PM] Grayson Brookshire: but delete ALL juno.com before importing

[1/11/2015 11:20:54 PM] Ronnie Montano: ok will do

[1/11/2015 11:20:59 PM] Grayson Brookshire: 6 of my 7 complaints came from there for some reason

[1/11/2015 11:21:01 PM] Ronnie Montano: I always remove Juno, AOL, and comcast anyways

[1/11/2015 11:21:09 PM] Grayson Brookshire: whats the reasoning?

[1/11/2015 11:21:18 PM] Grayson Brookshire: just easy to file a complaint?

[1/11/2015 11:21:54 PM] Ronnie Montano: I think so, yes

[1/11/2015 11:21:59 PM] Grayson Brookshire: nice

[1/11/2015 11:22:11 PM] Grayson Brookshire: well i appeciate u clickin my emails man...

[1/11/2015 11:22:15 PM] Ronnie Montano: freshmail has decent open rates?

[1/11/2015 11:22:20 PM] Grayson Brookshire: if i was selling solos id be in business

[1/11/2015 11:22:34 PM] Ronnie Montano: hahahahaha

[1/11/2015 11:23:22 PM] Grayson Brookshire: we just base all our ARs off a monthly cpc

[1/11/2015 11:23:33 PM] Grayson Brookshire: like to keep them under $.08 or so

[1/11/2015 11:23:51 PM] Grayson Brookshire: and freshmail is one of the better ones for the simplicity of importing and all

[1/11/2015 11:24:36 PM] Ronnie Montano: what's their open rate %

[1/11/2015 11:24:41 PM] Ronnie Montano: and are they safe to import to?

[1/11/2015 11:24:52 PM] Ronnie Montano: they won't steal and use the leads?

[1/11/2015 11:25:07 PM] Ronnie Montano: just fyi...  from a reliable source... don't use sendmoon

[1/11/2015 11:25:09 PM] Grayson Brookshire: nah the only ones ive had steal my leads so far is sendmoon

[1/11/2015 11:25:16 PM] Ronnie Montano: I warned Tim and Tyson about it already

[1/11/2015 11:25:22 PM] Ronnie Montano: yep

[1/11/2015 11:25:22 PM] Grayson Brookshire: yeah they got me

162

GB-0001547

[1/11/2015 11:25:24 PM] Ronnie Montano: exactly

[1/11/2015 11:25:40 PM] Grayson Brookshire: even sold it to some of our JVs

[1/11/2015 11:25:48 PM] Ronnie Montano: WTF

[1/11/2015 11:25:54 PM] Grayson Brookshire: Jerome was mailing it

[1/11/2015 11:25:55 PM] Ronnie Montano: fucking thieves

[1/11/2015 11:25:55 PM] Grayson Brookshire: haha

[1/11/2015 11:26:13 PM] Grayson Brookshire: but he's bought so many data sources lately he could figure out who he got it from

[1/11/2015 11:26:53 PM] Grayson Brookshire: check this out... i closed my account... the guy called me but i didnt answer

[1/11/2015 11:26:59 PM] Grayson Brookshire: let me see if i can find the email

[1/11/2015 11:28:13 PM] Grayson Brookshire: http://screencast.com/t/jKvmar0wALK

[1/11/2015 11:28:28 PM] Grayson Brookshire: this wasnt that lil prick runnin around acting like Zaks cousin was it?

[1/11/2015 11:28:45 PM] Grayson Brookshire: he tried to FB friend me and quite a few others saying he was Zaks kin

[1/11/2015 11:28:55 PM] Grayson Brookshire: probably over a year ago

[1/11/2015 11:29:06 PM] Ronnie Montano: yeppers... cousin

[1/11/2015 11:29:07 PM] Grayson Brookshire: but he also tried to peddle me data

[1/11/2015 11:30:18 PM] Grayson Brookshire: i cant believe he even called me when i cancelled my credit card

[1/11/2015 11:32:45 PM | Removed 11:33:36 PM] Ronnie Montano: This message has been removed.

[1/11/2015 11:33:27 PM] Grayson Brookshire: yeah well i kinda put two and two together

[1/11/2015 11:33:43 PM] Grayson Brookshire: he shoulda picked a different email address

[1/11/2015 11:33:44 PM] Grayson Brookshire: haha

[1/11/2015 11:34:18 PM] Grayson Brookshire: pretty slick idea... just didnt think it out too well

[1/11/2015 11:36:39 PM] Grayson Brookshire: ok man well imma crash... gonna get up early in the mornin a lil after call centers open

163

[1/11/2015 11:36:46 PM] Grayson Brookshire: freakin binary (facepalm)

[1/11/2015 11:37:08 PM] Ronnie Montano: I'm coming up with some great ideas and opportunites to change 2015

[1/11/2015 11:37:15 PM] Ronnie Montano: so guys are not stuck just doing binary launches

[1/11/2015 11:37:19 PM] Ronnie Montano: you'll see my email this week

[1/11/2015 11:37:31 PM] Ronnie Montano: I want to help change this community to be even better than last year

[1/11/2015 11:37:35 PM] Grayson Brookshire: yeah Donovan and Jimmy are on the right track with MOBE

[1/11/2015 11:37:55 PM] Grayson Brookshire: just gotta find something u arent SCARED to lose your ass on

[1/11/2015 11:38:09 PM] Ronnie Montano: I'm starting my traffic with yours already

[1/11/2015 11:38:13 PM] Ronnie Montano: starting to flow now

[1/11/2015 11:38:17 PM] Ronnie Montano: more to come tomorrow

[1/11/2015 11:38:24 PM] Grayson Brookshire: ok cool man... its BOA so it will post in batches

[1/11/2015 11:38:28 PM] Ronnie Montano: freshmail does what open rate % again?

[1/11/2015 11:38:48 PM] Ronnie Montano: I'll upload my buyers list now

[1/11/2015 11:38:54 PM] Ronnie Montano: and start pumping that tomorrow morning

[1/11/2015 11:38:54 PM] Grayson Brookshire: and not til market opens... man i really have no idea... id say 4-5% which is good for us

[1/11/2015 11:39:03 PM] Grayson Brookshire: i dont even login to these account

[1/11/2015 11:39:08 PM] Ronnie Montano: 4-5% is decent enough for me

[1/11/2015 11:39:16 PM] Grayson Brookshire: i just have a trackin link to each to know how many clicks they get

[1/11/2015 11:39:22 PM] Ronnie <mark>Montano: I'm sending to all 250K buyers... so it should be good</mark>

[1/11/2015 11:39:29 PM] Ronnie Montano: will be using cgates ID for it

[1/11/2015 11:39:33 PM] Ronnie Montano: ohhh and for your launch

[1/11/2015 11:39:45 PM] Grayson Brookshire: yeah tell me bout ole john garcia

164

**From:** Grayson Brookshire [gtbrookshire@gmail.com]
**Sent:** Tuesday, March 15, 2016 4:30 AM
**To:** Blake Barrett
**BCC:** ronniemontano@gmail.com
**Subject:** [JVs] "Trade Tracker Pro" Final Leaderboard

Guys, thank you SO MUCH for all the great traffic
throughout the entire week.  We really do love it
when we see all you guys we try & support coming
out smashing our offer.  Trust us, it makes us
want to hit yours 10 times harder!

Without any more delay, here are the final
leaderboard standings on our $10,000 cash contest:

1) $5000 - Martin & Ronnie: AMAZING support!!!
2) $2500 - Chris F & Craig K: always near the top for us!
3) $1250 - Binarynow - Incredible EPCs throughout!
4) $750 - Ben - Fresh off a monster launch w/ crazy sales!
5) $500 - Imran - Killed it from the beginning, thanks!!
6) Warren/Mike C - Incredible Duo, they can bring some heat!
7) Ian R / Ian S - Thanks fellas, great support :-)
8) Mike S - Thanks for all the "mass commercial emails" lolz
9) Steve Fox / Rich - New powerhouse duo forming, thanks guys!
10) Mike/Steve - Mailed late but made it to the top 10!

** Prizes have been paid to your clicksure accounts!

Again, thank you all so much for all the love all
week long.  We really do appreciate it and we want
you to know we've got your back when your time comes!

Thanks so much!
Grayson & Blake

165

MONTANO000356

| | |
|---|---|
| **From:** | * TrianaSoft LTD <michael@trianasoftltd.com> |
| **Sent:** | Tuesday, March 22, 2016 4:00 AM |
| **To:** | allinpublishing@gmail.com |
| **Subject:** | Quick Thank You and Your Download Link |

I want to give you something below... But first...
You're getting this email because you signed up through our preferred broker partner at TrianaSoft.
However, we respect your privacy, so if you want to STOP receiving communications from us, please
take your email from further updates, **please click here to be removed.**

## YOUR NEW DOWNLOAD LINK IS BELOW.

### This is my way of saying "Thank You"... but first, know this..

As we have always promised you, we will always give you the latest tips, tricks, apps, software, and tools to increase your
probability of success in 2016.  Today, we keep that promise to expose to you a secret software that multi-million dollar
income earning binary traders are using.  We've tried it ourselves last week and our results have been phenomenal.  Trust
me, you don't want to miss using this unfair-advantage.  And there's no cost, because I'm giving you a direct link to the
member's area, once you've confirmed your email invitation on the next page.  You ready for it?

**>>> START CLICKING HERE IF YOU WANT IT <<<<**

But one thing to keep in mind. The beta-testing positions are limited to only 50.  So you must act quick if you DO want
it.  In 8 hours, this private invitation becomes public and over 5,000 people are going to get the public invitation.  And yet
50 are only available.

If you are one of the first 50 to qualify, you've pretty much secured yourself to have a VERY profitable week..  But
seriously, all joking aside, you have to be one of the first 50 people to qualify.

**>>> CLICKING HERE IF YOU WANT IT <<<<**


See you inside

Regards,
Support Department



I want to give you something below... But first...
You're getting this email because you signed up through our preferred broker partner at TrianaSoft.
However, we respect your privacy, so if you want to STOP receiving communications from us, please
take your email from further updates, **please click here to be removed.**


This message was sent to allinpublishing@gmail.com from:                          Email Marketing by

ATKINSON 0004345

* TrianaSoft LTD | michael@trianasoftltd.com | Monica Anderson | 12472 Lake Underhill Rd #423 | Orlando, FL 32828



**Update Profile**

ATKINSON 0004346
167

---

**From:**          TRIANA <michael@trianasoftltd.com>
**Sent:**          Tuesday, April 19, 2016 4:04 AM
**To:**            allinpublishing@gmail.com
**Subject:**       Your acount (details inside)

Jay,

Your account is waiting.

**>>>>> Click here to confirm your new account**

This no-cost software is going to change the way you trade binary for good.

We have put years of experience into every element of this software to ensure that it's profitable in 99% of all the trades it makes... (No one is perfect)

You're going to have the ability too finally trade binary options on complete autopilot while you spend more time doing the things you enjoy...

... and it's SUPER simple to get your hands on.

All you need to do is click the link below to confirm your order and get started with this no-cost software that's going to open up many doors for you and your family,

**>>>>> Click here to confirm your new account**


Regards,
Triana




Jay: I want to give you something below... But first...
You're getting this email because you signed up through our preferred broker partner at TrianaSoft. However, we respect your privacy, so if you want to STOP receiving communications from us, please take your email from further updates,  **please click here to be removed..** Otherwise, continue to your gift below

1

This message was sent to allinpublishing@gmail.com from:

TRIANA | michael@trianasoftltd.com | Monica Anderson | 12472 Lake Underhill Rd #423 | Orlando, FL 32828

**Manage Your Subscription**

Email Marketing by



169

**Atkinson 000697**

SECOND PLACE: NEW Apple iPad Pro - yes, the new gigantic ones! or cash equiv ($1,000)

THIRD PLACE: NEW iPad Air 2 - or cash equiv ($500)


YES, I will actually ship the prize directly to your door if you win. Or if you prefer, I'll send the cash value :) The start of the new ClickSure day is in just one hour, so get your mails lined up if you fancy a head start! It runs until the end of CS time tomorrow.


For all your swipes and link etc, head over to the JV page:


http://pearsonprofits.com/jv


Thank you!

[3/14/2016 4:07:16 PM] Me: Great offer kx!

[3/14/2016 4:18:25 PM] SLJ: yep doing great for me

[3/14/2016 4:18:40 PM] * Kieran G: Thanks guys (cash)

[3/14/2016 4:19:59 PM] Me: Aiming for the 65" TV

[3/14/2016 4:20:03 PM] Me: lolol

[3/14/2016 4:20:46 PM] Rich : Nice offer Kx

[3/14/2016 4:20:54 PM] * Kieran G: it's a sick TV! saw it yesterday

[3/14/2016 4:31:54 PM] Ronnie Montano: Kieran and SLJ, great offers!  Definitely going to keep sending more both your ways.

[3/14/2016 4:37:13 PM] SLJ: thanks Ronnie, yours doing great too

[3/14/2016 4:38:46 PM] Rich : sick offer too Ronnie

[3/14/2016 4:40:58 PM] Ronnie Montano: Thanks guys :-)

[3/14/2016 4:43:03 PM] Ronnie Montano: Hi guys,


What an amazing first day!


Confidentiality Treatment Requested

I apologize for the delay in the update, but my wife and I are traveling outside the country, celebrating our 1 year anniversary tomorrow :-) But here's a quick update for today: I'll try to get you guys another update later this evening with new swipes. If not by early morning tomorrow.

Below is the current leaderboard... But first...

Thank you all for your amazing support.  It goes without saying that those of you that came full out swinging will not be forgotten.  Martin and I got your back on YOUR launch 100000% :-)

Just a few quick details before we get to the leaderboard:

- We've just surpassed the 200 FTD mark this afternoon and this bad boy shows no signs of slowing down

- EPC's are looking strong (see attached screenshot from my phone)

- We had a slow morning because brokers were catching up to so many leads that came in from the weekend as well (lesson learned, do NOT open the offer up on a weekend LOL)

- The USA leads are now being contacted by the USA brokers so you should see your numbers start creeping up more through the rest of the day.

DON'T FORGET:

Starting at midnight last night, until 5pm Eastern Tuesday (tomorrow), we are doing an early bird contest for the JV that has the most conversions.  (Leaderboard found below)

1st) $2,500

2nd) $1,000

3rd) $750

4th) $500

5th) $250

GET SWIPES HERE: http://trianasoft.co/jv

We are also giving away A LOT of money in our main leaderboard

Our Main leaderboard contest prizes are as follows:

1st) $10,000    6th) $750

2nd) $5,000     7th) $500

3rd) $3,000     8th) $400

4th) $2,000     9th) $300

5th) $1,000     10th) $200

11th for good luck) $100

GET SWIPES HERE: http://trianasoft.co/jv

HERE'S YOUR CURRENT 48 HOUR LEADERBOARD

YOU HAVE 24 HOURS TO MAKE YOUR MOVE!

Last Updated On: 03/14/2016 4:43 PM Eastern (New York Time)

1    Imran - Up by 4 and leading from the start.. Can he win the $2,500 first place prize on the 48 hour contest?

Confidentiality Treatment Requested

2   Paul Liburd - You're only 4 short from winning the $2,500

3   Greg S - 1 Behind with all that firepower (5 Away from the $2,500)

4   Grayson & Blake - Behind by 2

5   Warren & Mike C - Tied with JP and 3 behind

6   JP - Tied with Warren and Mike C

7   Chris F & Craig K - 3 Behind

8   Mike S - Behind by 1

9   Ian R and Ian S - Behind by 3

10   Ben S - Behind by 1

11   SLJ

12   Dael and Liam Baxter

20   Mike A

14   certifiied

15   Rich

16   Kieran

Confidentiality Treatment Requested

17    emmbrook

18    enidi

19    madmax53

20    awais786


Thank you all once again for your support


Warmest regards,

Ronnie and Martin

[3/14/2016 4:43:23 PM] Ronnie Montano: Here's the screenshot of current EPC's:

[3/14/2016 4:43:52 PM] Ronnie Montano: Thanks again for all your support :-)

[3/14/2016 4:45:45 PM] Hustle HQ: all 3 offers killing it for me

[3/14/2016 4:45:48 PM] Hustle HQ: keep up the good work

[3/14/2016 4:50:07 PM] Me: also great offer Ronnie

[3/14/2016 4:50:07 PM] Me: binary back

[3/14/2016 4:50:09 PM] Me: lol

[3/14/2016 4:59:23 PM] Ronnie Montano: Thanks gentlemen!

[3/14/2016 10:04:43 PM] Glynn Kosky: Offer doing great for us SLJ, will be sending more to Ronnie & Kieran too

[3/15/2016 1:22:03 AM] Adam - FxFundJV: Good Morning All - I am looking for Display Media traffic to BUY. If you have this type of traffic, please ping me.  Not interested in solos. We are large media buyers. Cheers  (champagne)

[3/15/2016 2:04:17 AM | Edited 2:06:17 AM] SLJ: Hi,


Off to a great start, almost 100 FTD's in the bag.


Cloud Trader is ON FIRE as promised, take a

Confidentiality Treatment Requested

Kyle Varney made it BIG Sent Tuesday, March 22, 2016 View as plaintext

Kyle Varney's job as a DMV title clerk paid $32,500 per year.

Six weeks after beginning a beta tester for the upcoming Virtual Income program, he brought in $34,584 IN ONE WEEK.

Kyle gave notice at work. They understood.

Here is how he did it...

**Get Your Virtual Income Here**

Normal, everyday people are making money like Kyle using Virtual Income.

They're starting without a lot of money, without any experience and without years of training.

Using this remarkable automatic trading system, many go on to make a "cool" $5,000 on their very 1ST DAY!

Check it out above while there are still some spots available!

Yes, it's completely legit; you'll see the proof of how much they're earning and how they're doing it.

And no; they're NOT SELLING ANYTHING.

BUT the spots are VERY LIMITED.

Get in while you can!

All the best,
**Sean Willows**

Powered by AWeber Email Marketing

175

Confidential

10. Warren & Mike C

Keep pushing, this looks like a real winner.

[3/21/2016 6:46:38 AM] SLJ: nice offer greg

[3/21/2016 6:47:17 AM] SLJ: $2.40 epc

[3/21/2016 6:47:30 AM] *** Offline has renamed this conversation to "BINARY - http://virtualincomejv.co" ***

[3/21/2016 7:14:35 AM] Greg: You killing it man thx

[3/21/2016 7:15:26 AM] SLJ: no worries

[3/21/2016 1:10:41 PM] Greg: Quick update:

1/2. Ben/SLJ tie

3. Mike

4. G&B

5. Ronnie

6. Imran

7. Chris and Criag

8. Baxters

Epcs are simply insane.

[3/21/2016 1:21:08 PM] dael baxter: Looking like a winner mate (y)

[3/21/2016 1:23:33 PM] Greg: Thanks you doing great

[3/21/2016 1:48:12 PM] Ronnie Montano: Nice EPC....  we're about to lay down the hammer :-)

[3/21/2016 1:48:57 PM] Greg: Thx appreciated

[3/21/2016 2:07:30 PM] SLJ: $2.02 epc today, damn

[3/21/2016 6:03:06 PM] Greg: Day 1 of Virtual Income launch was a great success

176

with insane amount of sales.

Contents results:

1. Ben S. - $2,500

2. SLJ - $1,500

3. Mike S. - $500

4. Ronnie. - $250

5.  G&B - $250

6. Imran

7/8. Chris & Craig/Baxters

9. Antonio

10. Simon

Prizes have been paid.

And since the offer is killing

I'm doing another 24h- $5,000 competition

for Tuesday.

1. $2,500

2. $1,500

3. $500

4.  $250

5.  $250

177

Confidentiality Treatment Requested

GB-0004386

Plenty of swipes here:

http://virtualincomejv.co

Thanks,

Greg

[3/22/2016 8:14:25 AM] Me: Greg, accept my Skype invite pls and sending now with "Millamok" ID.

[3/22/2016 8:14:41 AM] Me: (flex)

[3/22/2016 8:21:53 AM] Hustle HQ: are you apex brah?

[3/22/2016 8:22:19 AM] Me: everyone paranoid i turned fed

[3/22/2016 8:23:16 AM] Hustle HQ: lol

[3/22/2016 8:24:49 AM] Craig K: I'm not here, I'm not here! Who are all you guys?

[3/22/2016 8:25:17 AM] Craig K: JP = Justice Police

[3/22/2016 9:02:52 AM] Greg: Competition update:


1. Ben

2. SLJ

3. Mike

4. Martin & Ronnie

5. G&B


With Ians, Baxters, Warren, Mike C, Rich and more right behind.


Still anybody's game.

178

GB-0004387

| Swipe #0 | |
|---|---|
| Subject: | Welcome Wealthy Wheat Trader! |
| Message: | Welcome!<br><br>I'd like to welcome you as our newest member of Wealthy Wheat Trader!<br><br>Please keep in mind that your W.W.T. spot is not yet fully secured.<br><br>In order to secure your spot you will need to create your free trading account at the link directly below.<br><br>=>> Create your FREE trading account (Click here)<br><br>You will want to do this now as seats are filling up fast as more and more people realize the power of being a member of the Wealth Wheat Trader system.<br><br>=>> Secure your spot right now (Click here)<br><br>Kind regards, |

You may unsubscribe at any time

179

GB-0000140



Mr. William Fleming
"Wealthy Wheat Trader"

info@wealthywheattrader.com
http://wealthywheattrader.com/members

**Swipe #1**

| Subject: | About yesterday... |
|---|---|



180

Message:

Welcome again!

Yesterday you signed up for one of the
last remaining membership positions for
the Wealthy Wheat Trader system.

I've reached out to you personally since
you began taking action yesterday and
we have your name already in our database.

Please go now and reserve your spot and
begin and incredible adventure with our
team exploiting binary trading with our secret
tactics.

No experience is required and you can be
earning the moment you create your free
trading account below.

**=>> FREE Trading Account Access (Click here)**

Kind regards,

- 
- 
- 
- 
- 

**Mr. William  Fleming**
"Wealthy Wheat Trader"

info@wealthywheattrader.com
http://wealthywheattrader.com/members

- 
- 
- 
- 
- 

- 
- 
- 
- 
- 

Optin Website : [[http_referer]]

Optin IP : [[ip_address]]

You may **unsubscribe** at any time!

181

GB-0000142

**Swipe #2**

| Subject: | Hi, I'm William Fleming... (Wheat Trader Millionaire) |
|---|---|
| Message: | I don't flash around the word millionaire often but I really wanted to grab your attention...<br><br>See a few days ago you signed up for more information regarding my Wealthy Wheat Trader system and I want you to understand the power behind it.<br><br>The Wealthy Wheat Trader *IS* the reason I'm able to call myself a millionaire today!<br><br>Not too long ago I was struggling in the binary options market when a light bulb came on in my head.<br><br>Why wasn't I focusing all my attention on a proven commodity that is used abundantly throughout the world?<br><br>The moment I began trading wheat, one of the most widely used commodities on a daily basis, my earnings sky rocketed!<br><br>That is why I spent the time developing an automated wheat trading bot that does all the work for you!<br><br>You press a few buttons and your work is done for the day!<br><br>You've got to get signed up with your free trading account below and we'll instantly send you access to the Wealthy Wheat Trader that will add thousands of dollars in winning trades into your account daily! |

You may **unsubscribe** at any time.

182

GB-0000143



=>> Reserve Your FREE Trading Account (Go NOW)

Kind regards,

- 
- 
- 
- 
- 

Mr. William Fleming
"Wealthy Wheat Trader"

info@wealthywheattrader.com
http://wealthywheattrader.com/members

| Swipe #3 | |
|---|---|
| Subject: | How "wheat" made me $120,374.23 last month! |

You may **unsubscribe** at any time.

Message:

Not to boast but leave it up to yours truly to crack the code on a simplistic method of earning huge commissions trading binary options.

I eliminated all the guess work and paid good money to develop an automated trading software that focuses ONLY on trading wheat.

I introduce to you the Wealthy Wheat Trader and you can reserve your copy directly below by opening a FREE account with our trusted broker here.

**=>> Open Your FREE Trading Account**

After that you will be sent the Wealthy Wheat Trader.  Remember I had this developed to simplify my daily tasks of trading the secret, most overlooked commodity of all time and after realizing I've made this completely dummy proof (no offense to anyone) it occurred to me I could share this with anyone to earn huge profits daily with really no time or hard work invested!

**=>> Get Your WWT Account Activated**

Best of luck,

Mr. William Fleming
"Wealthy Wheat Trader"

info@wealthywheattrader.com
http://wealthywheattrader.com/members

Confidential

184



| Swipe #4 | |
|---|---|
| Subject: | Finalizing Your WWT Account |

You completed Step 1 of your Wealthy Wheat Trader account 4 days ago when signing up for more information. We noticed you've yet to complete the final step of opening your free trading account and I've given you easy access here to get started trading instantly and making money NOW!

**=>> Open Your FREE Trading Account**

If you have any questions at all please

185

Message:

reach out to me.  I should reply within 4-5 hours depending on what day of the week it is.

The important thing is you get your trading account opened up here.

**=>> Open Your FREE Trading Account**

Best of luck,

- 
- 
- 
- 
- 



Mr.  William  Fleming
"Wealthy Wheat Trader"

info@wealthywheattrader.com
http://wealthywheattrader.com/members

- 
- 
- 
- 
- 

- 
- 
- 
- 
- 

Case Website:  [[http_referral]]

Open IP:  [[ip_address]]

You may unsubscribe at any time.

| Swipe #5 | |
|---|---|
| Subject: | Wealthy Wheat Trader... For Real?! |
| |  |

Confidential                                                     GB-0000147

You may unsubscribe at any time

**Message:**

Imagine someone creating an automated

app that requires ZERO experience that churns out thousands of dollars daily for you trading a single commodity!

My name is William Fleming and I'm the creator of the Wealthy Wheat Trader.

I've proven that focusing only on trading wheat is a sure fire winner simply due to the fact of supply and demand.

Over and over again I've taken complete strangers along with pretty much all my friends and family and made them rich using my Wealthy Wheat Trader trading ONLY wheat!

While others focus on gold, oil, platinum, cocoa and other precious commodities we've been exploiting one of the most overlooked of them all and making a killing doing so!

Go now... open your free trading account and start with the Wealthy Wheat Trader today!

=> **Become a Wealthy Wheat Trader Here**

Kind regards,

**Mr. William Fleming**
"Wealthy Wheat Trader"

info@wealthywheattrader.com
http://wealthywheattrader.com/members

187

GB-0000148



| Swipe #6 | |
|---|---|
| Subject: | Wealthy Wheat Trader Secrets EXPOSED! |



Wheat is the most widely grown commodity
in the world and why it made perfectly
good sense to develop a trading app that
focus' primarily on trading it!

You may ask why I'm sharing this

188

information with you because you know nothing about wheat... or trading, but that is the "kicker" here!

I've developed a completely automated trading bot that does all the work for you! I actually call it my money machine, also known as the "Wealthy Wheat Trader".

Just a few days ago you requested more information about the Wealth Wheat Trader so go below, create your free trading account and get started earning!

Message:

=> Wealthy Wheat Trader Info

Kind regards,

- 
- 
- 
- 

- 

**Mr. William Fleming**
"Wealthy Wheat Trader"

info@wealthywheattrader.com
http://wealthywheattrader.com/members

- 

- 
- 
- 

- 

- 

- 
- 
- 

- 

Open Website - [[http_referer]]

Sender IP - [[ip_address]]

You may unsubscribe at any time

**Swipe #7**

189

Confidential

| Subject: | No Risk, Safe Trading, WIN BIG! |
|----------|----------------------------------|

You may **unsubscribe** at any time.

When it comes to binary trading many refer to it as gambling. At one time in my life, I too could relate with that theory until I was introduced to the idea of trading a single commodity, wheat!

When I saw the potential to earn big primarily focusing on trading wheat I decided to create the Wealthy Wheat Trader to make it easy for anybody to earn big using the same tactics.

The Wealthy Wheat Trader focuses on trading wheat simply because of supply and demand. Think about how many products and foods out there have wheat in them and the common knowledge that food is a necessity and will never go away.

That is why I directed my attention to wheat and created this special software system that trades wheat and simply cranks out the commissions day after day! Why this commodity was overlooked by many in the past is unknown to us but we are taking advantage of it now and offering you membership to the Wealthy Wheat Trader system below at no cost.

**=> Wealthy Wheat Trader Info**

Kind regards,

190

Confidential



Mr. William Fleming
"Wealthy Wheat Trader"

info@wealthywheattrader.com
http://wealthywheattrader.com/members

Open Website: [[http_referral]]

[date IP: ][ip_address]]

You may **unsubscribe** at any time.

| Swipe #8 | |
|---|---|
| Subject: | Wealthy Wheat Trader Wants YOU!? |

You may **unsubscribe** at any time.

191

GB-0000152

•

Message:

Hi, my name is William Fleming and many know me as the Wealthy Wheat Trader.

Just as the nickname suggests, I've made millions trading the market and looking to give back to those who walk in the same shoes I once did.

After lots of struggles and hard work I've "cracked the code" on trading a single commodity (wheat) and spent a huge chunk of my earnings developing a very unique system to automate all that work for me.  At the conclusion of development I was left with a unique trading software that automated my daily tasks of trading and left me with a fine tuned "money machine" that results in MASSIVE daily earnings!

After making millions exploiting the system I'm now looking to pass this out to others to use really with no catch or expense on their part.

Go here and decide if it is something you may want to take advantage of and be one of the lucky few who gets access!

=> Wealthy Wheat Trader Details

Kind regards,

•

•
•
•

•

🗵          **Mr. William Fleming**
             "Wealthy Wheat Trader"

             info@wealthywheattrader.com
             http://wealthywheattrader.com/members

•

•
•
•

•

•

•
•
•

192

GB-0000153



Optin Website   [[hip_referer]]

Optin IP   {{ip_address}}

You may unsubscribe at any time

✦❀☂☁☉☏☜☞☚☛☒☑☺☟☝☛☼☺☹☼☼⊕☉❀☉☺☻☉☺ ( ☿♂♪♫€£∞♫♡♥✈ ✿☼ ✁❤✎☄☒✄⊀☐✦☜✍✦✦ ✩☆★★✷◆✵☀☉◀▸★®™✳☉‖

iphone friendly: ✦❀☎☑♀☺☝♥✈ ✄ ☒✄☜✳◀

<   >

193

**From:** Grayson Brookshire [gtbrookshire@gmail.com]
**Sent:** Sunday, May 24, 2015 1:03 PM
**To:** Blake Barrett
**BCC:** ronniemontano@gmail.com
**Subject:** [JV] Wealthy Wheat Trader LIVE!

Wealthy Wheat Trader is LIVE!

Grab your links, grab your swipes and change the password
on your bank accounts. .. We don't need the spouses and other
halves seeing these stats and calling up interior decorators!

We've had some of the most impressive weekend self deposits I've
ever seen and we're eager to see your Clicksure accounts EXPLODE
when the brokers start calling your leads in the morning!

You can get all the details to our $10k Cash Competition on the
JV page!  It started like, ummmm.... **NOW** so hurry up and get
mailing!

JV Page:
http://wealthywheattrader.com/jv/

Your Hoplink:
http://affuser.wealthywt.cpa.clicksure.com

Please let Blake or myself know if you have any questions at all

and thanks in advance for your support.  You guys know we reciprocate

as hard as anyone in the industry and value each and every one of

you as a JV partner!

We'll be back tomorrow with a Day 1 Leaderboard!

Grayson

194

MONTANO000342

Meet Millionaire Michael Wright in Sent Saturday, February 6, 2016 View as plaintext

Michael Wright just 30 days ago gave a handful of people beta test rights to his Zulander Hack and they are now reporting gains higher than one hundred thousand dollars in that short time frame!

It's insane that Michael has created an automated trading software that only takes five minutes a day to setup and it earns you money around the clock until the next days setup!

Its so simple in fact that I've been away from my house on business before and had my 12 year old son do the setup for me and it's yet to fail!  Everyday like clockwork its winning and putting more money into my bank account!

Does this sound like something you may be interested in trying?  I'm rewarding my most active newsletter followers with access below to his video that explains everything including how to get started!

**The Zulander Hack Video For**

All the best,
**Sean Willows**

Powered by AWeber Email Marketing

Confidential

**From:** Imran [profmarketedge@gmail.com]
**Sent:** Tuesday, February 09, 2016 7:54 PM
**To:** Imran email
**BCC:** ronniemontano@gmail.com
**Subject:** [ZH JVs] Over 300 FTDs on Day 2! (LEADERBOARD)

Hey guys,

WOW, Tuesday was our BIGGEST day yet!

Thanks to your support, we generated
**over 300 FTDs in 24 hours!**

And we're already off to a ferocious
start on Wednesday...

**...just login and check your stats!**

I can't thank you enough for your
epic support.

========

Our **TOP FIVE JVs** have collectively
generated **over 500 FTDs** after just
day 2 of the launch!

**ALL of our TOP TEN** have already
banked **FIVE-FIGURE payouts!**

========

Your Swipes:

*(Updated with NEW converting copy)*

http://zulanderhack.co/jv


Your Link:

http://yourcsid.zulander.cpa.clicksure.com

======

$20,000 CONTEST
LATEST LEADERBOARD:

(ENDS MONDAY 15TH

196

MONTANO000594

FEBRUARY 23.59 GMT +2)

**1) Grayson & Blake - $10,000?**

**2) Greg S - $4,000?**

**3) Ronnie & Martin - $3,000**

**4) Brandon H - $2,000?**

**5) Mike S - $1,000?**

6) Chris F & Craig K

7) Warren & Mike

8) Baxters

9) JP

10) Rich & Kieran

11) Ian R & Ian S

12) Mike A

13) Ben S

14) Fred & Glynn

15) c**1

16) David A

17) signinhere

18) Ashley T

19) haier

20) = Antonio/steinaff/goodfriday

23) = Lloyd K/David Blaze/John H/lilianarex/link7252/Metzizim

29) GTA

30) = William T/Aaron D/Phil & Matt Benwell/yourname

197

========

Your Swipes:

*(Updated with NEW converting copy)*

http://zulanderhack.co/jv

Your Link:

http://yourcsid.zulander.cpa.clicksure.com

=======

I truly appreciate every single one of
you who has sent traffic and particularly
those of you who are pushing hard!

There's still plenty of time to move up
the Leaderboard before the Day 3 update...

Thanks again,

Imran

--

This e-mail transmission and any file transmitted with it are the property
of the sender and are confidential and intended solely for the use by the
individual or entity names to whom this email is addressed. If you are not
the named recipient(s) or otherwise have reason to believe that you have
received this message in error, please notify the sender at the email
address above and delete this message immediately from your computer. Any
use, retention, dissemination, forwarding, printing or copying this e-mail
is strictly prohibited. Please note that any views or opinions presented in
this e-mail are solely those of the author and do not necessarily represent
those of the company. Finally, while we use virus protection, the recipient
should check this e-mail and any attachments for the presence of viruses.
Neither the author nor the company accepts any liability for any damage
caused by any virus transmitted by this e-mail.

198

MONTANO000596