



Sign Up ●    Login ●

SPOTOPTION *Powered By*

About Us   Payouts   Brands   FAQ's   Sign Up

← OptionMint

## Banc de Swiss

Banc de Swiss is an online binary options site and it is owned by Keplero Holdings Ltd. Their trading platform is 100% web-based, allowing you to instantly trade from anywhere in the world without the need to download or install any software. The combination of their experience and cutting edge technology offers speed and precision on an extensive variety of trading settlements.



Banc de Swiss has a vast portfolio of Digital Options and they offer their clients an easy and intuitive way to trade on leading financial markets including, Forex, Commodities, Indices and Stocks. Their unique offering also enables traders to receive significant and predetermined payouts (68%-75%), and to minimize loss when being off-target (by retaining 5%-10% of the original investment, predetermined per case).

While in the past, speculative trading involved a thorough understanding of financial markets and its complex financial terminology, today Banc de Swiss has ensured that their intuitive platform enables all consumers to trade effectively making financial trading as rewarding as possible for their customers, every time they trade.

| | |
|---|---|
| **Languages** | English, German |
| **Main Market** | Worldwide |
| **Call Center Sales and support** | English, German |
| **Payment Methods** | Credit Card, Wire Transfer, Moneybookers |
| **Features** | Binary Options, Option Builder, One Touch, 60 Seconds, Protrader |



Contact Us ●

Your Name*

Your Email*

Message

Submit ●

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options

2



Case 9:18-cv-01866-DMG-GJK   Document 102   Filed 11/21/19   Page 4 of 73  PageID 1519



Sign Up | Login

About Us · Payouts · Brands · FAQ's · Sign Up

← OptionMint                                          BossOptions →

## OPTIONSVIP

OPTIONSVIP is a 100% web-based binary option trading platform which can be used for private and institutional investors worldwide. You can start trading immediately with OPTIONSVIP as no software needs to be downloaded.



OPTIONSVIP's user-friendly interface makes trading easy and so no previous trading experience is required. The use of the most up-to-date and advanced technologies also enables OPTIONSVIP to ensure client safety, convenience and satisfaction. Client's funds are held in a segregated account and they are only used for trading options through the OPTIONSVIP website upon a client's instructions. OPTIONSVIP's liabilities and exposures are professionally handled and they guarantee payouts of your profits based on their terms and conditions.

Trading is available at any time as far as the chosen asset is being traded in the relevant market, plus OPTIONSVIP receives accurate data streams from Thomson Reuters. A special feature of OPTIONSVIP is that 10% of the invested amount is paid back even if your option expired out-of-the-money.

| Languages | English |
|---|---|
| Main Market | Worldwide excluding the USA |
| Call Center Sales and support | English |
| Payment Methods | Credit Card, Wire Transfer |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds, Pro Platform |



Contact Us

Submit

Copyright 2012 – BOAElite.com   |   BOA Elite Terms and Conditions   |   BOA Elite Privacy Policy   |   Binary Options



Sign Up ⊕    Login ⊕

SPOT OPTION Powered By    About Us   Payouts   Brands   FAQ's   Sign Up

← OptionMint                                           BossOptions →

## TradeQuicker™

TradeQuicker™ was launched in 2010 and it is a global 100% web-based binary options trading platform. Using advanced technologies, TradeQuicker™ offers a stable and professional platform for investors to access a wide range of Forex, commodities, indices and stocks across all the major global markets.



Their easy-to-use, fast and flexible interface offers substantial returns with minimal risk and it is delivered to clients through a personalized, flexible service from a team of trusted financial experts who are veterans in the global financial services industry and who also have vast experience in financial trading, risk management, technology and trading regulations. TradeQuicker™ helps you to trade with confidence and so beginners can maximize returns through the simplistic approach to trading while highly sophisticated investors can take advantage of the daily or hourly payouts.

To ensure the best investment returns, TradeQuicker™ offers a wealth of information to help with investment decisions. This includes background information on the markets, seminars, one-on-one training, live chat, as well as telephone and technical support.



Contact Us ⊕

Submit ⊕

| Languages | English |
|---|---|
| Main Market | Worldwide excluding the USA |
| Call Center Sales and support | English |
| Payment Methods | Credit Card, Wire Transfer, Ukash, Moneybookers |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds, Pro Platform |

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |

Sign Up ➕    Login ➕

Powered By
SPOTOPTION    **bo**
be in

About Us    Payouts    Brands    FAQ's    Sign Up

← BNRY                                    OneTwoTrade →

## EmpireOption

EmpireOption is part of NationTraffic, a company with a history of 9 years in perfecting online business and a vast global knowledge that testifies to its professionalism. Located in the World Trade Center in Montevideo, Uruguay, EmpireOption's goal is to provide traders with the opportunity to intervene in the financial market with the most secure, reliable and intuitive platform. Their team consists of economists and analysts who will assist you every step of the way in making your investments.



With EmpireOption you can customize and improve your investment platform and you are also able to request new financial assets and investment tools in order to develop the most convenient trading strategy. Their platform has a wide range of eligible assets to operate with and offers unique features and tools that facilitate the investor to maximize their profits. The financial market information is also provided in real time by Reuters.

EmpireOption offers complete transparency and their SSL system will encrypt your transfer details ensuring the highest security standards. Their activities are regulated and audited by Eurozone standards and they guarantee no inflation or currency exchange risk.

| | |
|---|---|
| **Languages** | English, Spanish, Portuguese, French |
| **Main Market** | South America |
| **Call Center Sales and support** | English, Spanish, Portuguese, French |
| **Payment Methods** | Credit Card, Moneybookers, Wire Transfer |
| **Features** | Binary Options, Option Builder, One Touch, 60 Seconds, Protrader |

Contact Us ➕

Submit ➕

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |

6



Sign Up ✚     Login ✚

Powered By
SPOTOPTION     About Us    Payouts    Brands    FAQ's    Sign Up

← OptionMint

## Global Trader 365™

Global Trader 365™ is an innovative consumer trading platform which offers clients an easy and intuitive way to trade on leading financial markets including, Forex, Commodities, Indices or Stocks. Their platform is suited for both private and institutional investors worldwide.



The trading platform from Global Trader 365™ is 100% web based, and therefore it does not require a software download. Their interface is self explanatory, easy-to-use and it utilizes the most advanced and stable technologies to assure your safety, satisfaction and best overall user experience.

Global Trader 365™ manages their liabilities and exposures carefully and they guarantee payouts of profits according to their terms. Customer's deposits are held in a separate trust account and are never used for any purpose other than for trading options for their customers.

| | |
|---|---|
| Languages | English, French, Chinese (Traditional & Simplified) |
| Main Market | Worldwide |
| Call Center Sales and support | English, French, Spanish, German, Greek |
| Payment Methods | Credit Card, Moneybookers, Maestro (Switch) & Solo, Wire Transfer |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds, Protrader |



Contact Us ✚

Your Name*

Your Email*

Message

Submit ✚

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |

7

Case 8:18-cv-01908-CAP-GJK Document 102 Filed 11/21/19 Page 8 of 73 PageID 1523

Sign Up ⊕       Login ⊕



Powered By
SPOTOPTION        About Us    Payouts    Brands    FAQ's    Sign Up

← OptionMint                                        BossOptions →

## WinOptions.com™

WinOptions was launched in April 2010 and they offer a professional and objective platform for trading in online Binary Options. The platform is 100% web based so you do not need to download any software.

Contact Us ⊕



WinOptions caters for all traders so whether you do not have any financial background or you are a sophisticated investor that is looking for ways to hedge your position in the traditional market, the WinOptions' trading platform is suitable for you.

WinOptions provides its clients with a complete set of tools to help them to optimize their trading. These tools include live financial news, references to financial sites and a wide variety of options. Their efficient support team is available during the whole trading session and they can be contacted instantly during business hours through live chat, email, and phone or by filling out a contact form on the website.



Submit ⊕

| | |
|---|---|
| Languages | English, French, Arabic |
| Main Market | Europe, USA, Asia, Australia |
| Call Center Sales and support | English |
| Payment Methods | Credit Card, Moneybookers, Perfect Money, AlertPay, Liberty Reserve, Maestro (Switch) & Solo, Wire Transfer, CashU |
| Features | Binary Options, Option Builder, One Touch, Protrader, 60 Seconds |

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |



Sign Up ⊕    Login ⊕

About Us    Payouts    Brands    FAQ's    Sign Up

← BossOptions                                                    EmpireOption →

## OptionRally™

OptionRally™ is an innovative consumer trading company offering clients an easy and intuitive way to trade on leading financial markets including, Forex, Commodities, Indices or Stocks. Their trading platform is 100% web-based, allowing you to instantly trade from anywhere in the world with no need to download or install any software. Their platform is also designed to provide a 100% secure and private investment experience, and to maximize customers' chances for profitability and value.



OptionRally™ is a global privately held company headquartered in the British Virgin Islands with offices spread around the world. The company is managed by veteran professionals from the global financial industry, with vast experience in financial trading, risk management, technology and trading regulations.

OptionRally™ understands that there is no substitute for personal service and so an Account Service Manager will work closely with you over the phone, email and online chat system. OptionRally™ also offers unique information about the markets, a guided tour, seminars, one-on-one training, live chat, as well as telephone and technical support.

| | |
|---|---|
| Languages | English, Turkish, Arabic, Chinese |
| Main Market | Europe, Middle East, the Americas, Australia, Africa |
| Call Center Sales and support | English, Turkish, Arabic, Chinese, Spanish |
| Payment Methods | Bank Wire Transfer (Domestic and/or International), Credit Card, Knet ATM cards, CashU, Wire transfer |
| Features | iPhone/iPad & Android application, Binary Options, Option Builder, One Touch, BinaryMETA |

Contact Us ⊕

Submit ⊕

Copyright 2012 – BOAElite.com   |   BOA Elite Terms and Conditions   |   BOA Elite Privacy Policy   |   Binary Options   |

9



**Sign Up** ⊕     **Login** ⊕

About Us | Payouts | Brands | FAQ's | Sign Up

← iOption                                                                    TraderXP →

## Banc De Binary

Banc De Binary is a global leader in binary option trading and they are a privately held trading and investment firm with operations in over 80 countries throughout Europe, North America, the Middle East and Asia. Headquartered on Wall Street, New York, Banc De Binary is proud to be at the center of the financial world and at the cutting edge of binary options trading.



After the global banking crisis, Banc De Binary was founded in order to ensure that investors could trade in a secure environment and accurately calculate risks in order to maximize profit. In order to achieve this, Banc De Binary brings together the newest technology and innovations with years of experience in the financial markets.

Banc De Binary understands the value of their customers and so they are committed to treating every client as an individual. They also guarantee expert financial advice, excellent 24/7 customer service and secure banking.

| | |
|---|---|
| **Languages** | English, French, German, Arabic |
| **Main Market** | Worldwide |
| **Call Center Sales and support** | English, French, German, Arabic |
| **Payment Methods** | Bank Wire Transfer (International and/or Domestic), Credit Card, Third Party Credit Card (Processed via Moneybookers), Moneybookers E-wallet, Alertpay E-wallet |
| **Features** | Binary Options, Option Builder, One Touch, 60 Seconds, BinaryMETA |



**TOP COMMISSIONS**
Earn the best commissions in the industry and get paid on time in your preferred currency...

**Contact Us** ⊕

**Submit** ⊕

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |



Sign Up  +        Login  +

SPOTOPTION    Powered By          About Us    Payouts    Brands    FAQ's    Sign Up

← Banc De Binary                                    Banc de Swiss →

### TraderXP

As pioneers and ongoing leaders in the industry, TraderXP continues to be the first choice for traders who are looking for the simplest, fastest and most user-friendly way to make money online. Their web-based trading platform offers a wide array of assets to trade from as well as other unique features and tools that give traders the opportunity to maximize their profits. No downloading is required so you can be up and trading within minutes.



TraderXP strives to provide traders with all the information and tips necessary to ensure trader knowledge is as extensive as possible. In this way, you are able to make educated trades and money online. TraderXP also offers 24/7 live chat, dedicated account managers, daily news feeds, market analysis, and tutorials.



Contact Us  +

Submit  +

| | |
|---|---|
| **Languages** | English, Arabic, Russian, French, Spanish, Norwegian, German |
| **Main Market** | USA, Europe and Arabic |
| **Call Center Sales and support** | English, Arabic, Russian, French, Spanish, Norwegian, German |
| **Payment Methods** | Credit Card, Moneybookers, Nordea, iDEAL, Maestro (Switch) & Solo, Wire Transfer and CashU |
| **Features** | Binary Options, Option Builder, One Touch, 60 Seconds, Pro Platform |

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |



Sign Up ⊕     Login ⊕

About Us     Payouts     Brands     FAQ's     Sign Up

← OneTwoTrade                                          Banc De Binary →

## iOption

iOption Group Ltd. provides a professional, efficient, real-time and user friendly platform for amateur and professional investors to trade binary options. The company is a global privately held group of companies headquartered in the British Virgin Islands and Cyprus and it is managed by veteran professionals from the gaming, financial risk management and internet industries.



The iOption trading platform is 100% web-based, allowing you to instantly invest from anywhere in the world with no need to download or install any software. It is designed to ensure a safe and private investment for all customers.

At iOption, they understand the need for personal service and so your Personal Account Manager will work closely with you over the phone, email and through the online chat facility to ensure you receive excellent and personal service. iOption also offers one-on-one training, live chat, as well as telephone and technical support. Whatever assistance you need in order to trade, you'll find it here. Your Account Service Manager will guide you and help you to get acquainted with the iOption Group Ltd. system as well as answer all your technical questions.



Contact Us ⊕

Submit ⊕

| | |
|---|---|
| **Languages** | English, Spanish, French, German, Arabic, Portuguese, Italian, Turkish, Romanian, Danish |
| **Main Market** | Europe, Gulf countries |
| **Call Center Sales and support** | English, Spanish, French, German, Arabic, Portuguese, Italian, Turkish, Romanian, Danish |
| **Payment Methods** | Credit Card, Wire Transfer, Skrill (Moneybookers) E-Wallet |
| **Features** | Up Down, One Touch, Option Builder, 60 Seconds |

Case 9:18-cv-81606-RAR-CJK   Document 102   Filed 11/21/19   Page 13 of 73 PageID 1528



Sign Up ✚    Login ✚

About Us    Payouts    Brands    FAQ's    Sign Up

← SpotFN                                        WinOptions.com™ →

## OptionMint

OptionMint is an innovative consumer trading company offering clients an easy and intuitive way to trade on leading financial markets including Forex, Commodities, Indices or Stocks. Their trading platform is 100% web-based, allowing you to instantly trade from anywhere in the world without the need to download or install any software. OptionMint's unique offering enables traders to receive significant and predetermined payouts (68%-75%), and to minimize loss when being off-target (by retaining 5%-10% of the original investment, predetermined per case).



OptionMint delivers new trading solutions built for capitalizing on market rate movements that are simple to use, yet provide the value and sophistication expected from a worldwide leader. The combination of the OptionMint unprecedented portfolio of Digital Options, with their cutting edge technology offers speed and precision on an extensive variety of trading settlements. The OptionMint trading platform is also designed to provide a 100% secure and private investment experience, and to make financial trading as rewarding as possible.

OptionMint is offering a 25% deposit bonus on your first deposit as well as superior customer service which is available 24/7 via phone, live chat, Skype and email.

| | |
|---|---|
| Languages | English |
| Main Market | Worldwide except the USA |
| Call Center Sales and support | English |
| Payment Methods | Credit Card, Moneybookers, Nordea, IDEAL, Maestro (Switch) & Solo, Wire Transfer, CashU |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds, Open Platform |

Contact Us ✚

Your Name*

Your Email*

Message

Submit ✚

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |

Case 9:18-cv-81038-DAP-DJK   Document 102   Filed 11/21/19   Page 14 of 73 PageID 1529

Sign Up ➕     Login ➕

Powered By
SPOTOPTION        About Us   Payouts   Brands   FAQ's   Sign Up

← Dragon Options                                    OptionMint →

## SpotFN

SpotFN is a leading global provider of Binary Options trading technology, with offices around the world. Their online platform for binary options has created the most effective and efficient way to convert immediate financial decisions into potential and often substantial profits. SpotFN provides the most intuitive, innovative and easiest way for clients to trade in the leading financial markets including, Forex, commodities, indices and publicly traded stocks.



Customer satisfaction is of utmost importance to SpotFN, and they strive to provide the most refined online system and services. Their platform does not require you to download or install any software and in this way, you can access your account and trade from anywhere in the world.

SpotFN offers an unprecedented amount of assets through its digital portfolio, while at the same time providing speed and precision on the widest range of trading settlements. With SpotFN's trading platform, you are provided with a 100% secure and private trading experience.

Contact Us ➕

Your Name*

Your Email*

Message

Submit ➕

| Languages | English |
|---|---|
| Main Market | Worldwide |
| Call Center Sales and support | English, Russian |
| Payment Methods | Credit Card, Wire Transfer, CashU |
| Features | Binary Options, 60 Seconds, Target Options, Build-An-Option, iPhone & Android Application |

Copyright 2012 – BOAElite.com   |   BOA Elite Terms and Conditions   |   BOA Elite Privacy Policy   |   Binary Options   |



Sign Up ⊕      Login ⊕

SPOTOPTION   **Powered By**   **bo**   be in

About Us    Payouts    Brands    FAQ's    Sign Up

← SmartOption                                                iOption →

## OneTwoTrade

OneTwoTrade is one of the newest regulated Binary Option brokerages offering one of the largest and most technologically advanced trading platforms today. OneTwoTrade have officially received a license from the Lotteries and Gaming Authority (LGA), and traders on their site can trade with the backing of the Maltese Gambling Commission which is responsible for the governance of all forms of gaming.



This license also allows OneTwoTrade to accept customers from across the European Union, but American citizens are barred from using the service due to the fact that binary options are regulated by the US Securities and Exchange Commission.

OneTwoTrade offers an easy-to-use web based interface and no download is required. They also offer an application for iPhone which allows you to trade while on the move. Headquartered in London, OneTwoTrade offers excellent customer service and a 24/5 live web chat making them one of the better Binary Option services available to European consumers today.

| | |
|---|---|
| **Languages** | English |
| **Main Market** | Europe |
| **Call Center Sales and support** | English |
| **Payment Methods** | Credit Card, Wire Transfer |
| **Features** | Binary Options (SmartOptions), iPhone Application |



Contact Us ⊕

Your Name*

Your Email*

Message

Submit ⊕

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |



Sign Up ➕    Login ➕

About Us    Payouts    Brands    FAQ's    Sign Up

← Binary Markets                                      Trader24 →

## Dragon Options

Dragon Options is a 100% web based trading platform which allows clients to trade instantly and easily from any part of the world without having to download any additional software. Dragon Options is the brainchild of a dedicated team of experienced traders who know exactly what it takes to be able to make good financial decisions especially when it comes to trading binary options. Based on this, Dragon Options offers knowledge and information as well as an objective trading platform that enables clients to trade all leading financial markets including Stocks, Indices, Forex and Commodities.

Contact Us ➕

[ ]
[ ]
[ ]

Submit ➕



With Dragon Options, traders have a distinct advantage as they (1) have the opportunity to receive predetermined payouts (68%-80%) or to adjust their risk: return ratio using the unique Option Builder, (2) minimize loss if they go off target (by retaining 5%-10% of the original investment in predetermined trades), and (3) the ability to withdraw their earnings anytime using the one-of-a-kind 24 hour withdrawal system and one-day processing.

Dragon Options understands that the personal touch is vital and so a professional Personal Account Manager is available and dedicated to helping over the phone, via email and via the online chat system. A number of training options including seminars, a guided tour, background training about the markets, one-on-one training and other educational tools are also available.

| Languages | English, Turkish, Arabic, Russian |
|---|---|
| Main Market | |
| Call Center Sales and support | English, Turkish, Russian |
| Payment Methods | CB, Credit Card, Wire Transfer, Wallet One, WebMoney, PayAnyWay, Skrill, cashU |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds, Black Dragon |

Copyright 2012 – BOAElite.com    |    BOA Elite Terms and Conditions    |    BOA Elite Privacy Policy    |    Binary Options

16



Sign Up ➕          Login ➕

Powered By **SPOT**OPTION          About Us     Payouts     Brands     FAQ's     Sign Up

Dragon Options →

## Binary Markets

Binary Markets (CY) Ltd. is a global binary options broker servicing clients from all over the world. They offer Binary Options trading to retail and institutional clients and their minimum account opening is $500 and maximum trade size is $5,000.

Binary Markets offers a variety of Binary Options products including, 60 seconds, No Touch, One Touch and build your own options. They also offer trade in currencies, commodities, stocks and indices. Binary Markets offer their clients customer support 24/7 days a week in multiple languages and they also provide real time news and educational videos to help gain better market and trading knowledge.

Their goals include; (1) offering a safe and secure Binary Options brokerage in the market place; (2) offering superior customer support via online chat, email, phone and social media; (3) providing cutting edge technology which enables clients to take advantage of market movements in real time and (4) striving to improve their Binary Options assets based on client demands or regulatory environment permits. Binary Markets maintain strict AML and regulatory requirements as required by law and their client funds are kept separate from company operating funds.

| | |
|---|---|
| Languages | English, Japanese, German |
| Main Market | Worldwide except Israel, Cyprus, Brazil & Turkey |
| Call Center Sales and support | English, Japanese, German |
| Payment Methods | Credit Card, Wire Transfer |
| Features | Binary Options, 60 Seconds, Option Builder, One Touch, Rollover, Double Up, Take Profit |

Contact Us ➕

Submit ➕

Copyright 2012 – BOAElite.com   |   BOA Elite Terms and Conditions   |   BOA Elite Privacy Policy   |   Binary Options   |





Sign Up ➕     Login ➕

Sign Up    Why Join Us    Payouts    Brands    FAQ's    About Us

← Banc de Swiss

## Vault Options

VaultOptions started operating in 2009 and today they are recognized as a leading binary options broker. They offer a user-friendly and intuitive trading interface that enables both novice and professional traders to trade with ease.



Contact Us ➕

Your Name*

Your Email*

Message

Submit ➕

VaultOptions also offers a wide variety of assets to trade in including stocks, indices, commodities and currency pairs. The broker also offers a range of trade options such as binary options, Option Builder, One Touch, 60 Seconds and Pro Trader.

VaultOptions values their traders and they offer superior customer service and support. They can be contacted via a 24/7 live chat, email, telephone and a free call service. This broker also provides a wide range of trading tools to enhance trading success such as live financial news, analyst reviews and more.

| Languages | English, Japanese, French |
|---|---|
| Main Market | Worldwide |
| Call Center Sales and support | English |
| Payment Methods | Credit / Debit Card: Visa, Delta, MasterCard, Diners, Visa Electron, Maestro, Maestro UK (Switch) and Solo, and wire transfer |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds and Pro Trader |



Sign Up ⊕    Login ⊕

Powered By
SPOTOPTION

Sign Up    Why Join Us    Payouts    Brands    FAQ's    About Us

← TraderXP                                           Vault Options →

## Banc de Swiss

Banc de Swiss is an online binary options site and it is owned by Keplero Holdings Ltd.
Their trading platform is 100% web-based, allowing you to instantly trade from anywhere
in the world without the need to download or install any software. The combination of their
experience and cutting edge technology offers speed and precision on an extensive
variety of trading settlements.



Banc de Swiss has a vast portfolio of Digital
Options and they offer their clients an easy
and intuitive way to trade on leading financial
markets including, Forex, Commodities,
Indices and Stocks. Their unique offering
also enables traders to receive significant
and predetermined payouts (68%-75%), and
to minimize loss when being off-target (by
retaining 5%-10% of the original investment,
predetermined per case).

While in the past, speculative trading involved a thorough understanding of financial
markets and its complex financial terminology, today Banc de Swiss has ensured that their
intuitive platform enables all consumers to trade effectively making financial trading as
rewarding as possible for their customers, every time they trade.

| Languages | English, German |
| --- | --- |
| Main Market | Worldwide |
| Call Center Sales and support | English, German |
| Payment Methods | Credit Card, Wire Transfer, Moneybookers |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds, Protrader |

Contact Us ⊕

Your Name*

Your Email*

Message

Submit ⊕

Copyright 2012 – BOAElite.com   |   BOA Elite Terms and Conditions   |   BOA Elite Privacy Policy   |   Binary Options

20

Title: TraderXP | Binary Option Affiliates Elite
Link: https://web.archive.org/web/20140118140258/http://www.boaelite.com/clients/traderxp/



Sign Up ✚    Login ✚


Elite
be in the money

SPOTOPTION

Sign Up    Why Join Us    Payouts    Brands    FAQ's    About Us

← Banc De Binary                                    Banc de Swiss →

## TraderXP

As pioneers and ongoing leaders in the industry, TraderXP continues to be the first choice for traders who are looking for the simplest, fastest and most user-friendly way to make money online. Their web-based trading platform offers a wide array of assets to trade from as well as other unique features and tools that give traders the opportunity to maximize their profits. No downloading is required so you can be up and trading within minutes.



TraderXP strives to provide traders with all the information and tips necessary to ensure trader knowledge is as extensive as possible. In this way, you are able to make educated trades and money online. TraderXP also offers 24/7 live chat, dedicated account managers, daily news feeds, market analysis, and tutorials.

| | |
|---|---|
| **Languages** | English, Arabic, Russian, French, Spanish, Norwegian, German |
| **Main Market** | USA, Europe and Arabic |
| **Call Center Sales and support** | English, Arabic, Russian, French, Spanish, Norwegian, German |
| **Payment Methods** | Credit Card, Moneybookers, Nordea, iDEAL, Maestro (Switch) & Solo, Wire Transfer and CashU |
| **Features** | Binary Options, Option Builder, One Touch, 60 Seconds, Pro Platform |

Contact Us ✚

Your Name*

Your Email*

Message

Submit ✚

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |

21

Case 9:18-cv-81052-CAP-CJK    Document 102    Filed 11/21/19    Page 22 of 73 PageID 1537



Powered By
SPOTOPTION

Sign Up    Login

Sign Up    Why Join Us    Payouts    Brands    FAQ's    About Us



← OneTwoTrade                                    TraderXP →

## Banc De Binary

Banc De Binary is a global leader in binary option trading and they are a privately held trading and investment firm with operations in over 80 countries throughout Europe, North America, the Middle East and Asia. Headquartered on Wall Street, New York, Banc De Binary is proud to be at the center of the financial world and at the cutting edge of binary options trading.



After the global banking crisis, Banc De Binary was founded in order to ensure that investors could trade in a secure environment and accurately calculate risks in order to maximize profit. In order to achieve this, Banc De Binary brings together the newest technology and innovations with years of experience in the financial markets.

Banc De Binary understands the value of their customers and so they are committed to treating every client as an individual. They also guarantee expert financial advice, excellent 24/7 customer service and secure banking.

| | |
|---|---|
| **Languages** | English, French, German, Arabic |
| **Main Market** | Worldwide |
| **Call Center Sales and support** | English, French, German, Arabic |
| **Payment Methods** | Bank Wire Transfer (International and/or Domestic), Credit Card, Third Party Credit Card (Processed via Moneybookers), Moneybookers E-wallet, Alertpay E-wallet |
| **Features** | Binary Options, Option Builder, One Touch, 60 Seconds, BinaryMETA |



Contact Us

Your Name*

Your Email*

Message

Submit

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |



Sign Up ➕     Login ➕


Elite
**boa**
be in the money

Powered By
**SPOT**OPTION

Sign Up     Why Join Us     Payouts     Brands     FAQ's     About Us

← SmartOption                                          Banc De Binary →

## OneTwoTrade

OneTwoTrade is one of the newest regulated Binary Option brokerages offering one of the largest and most technologically advanced trading platforms today. OneTwoTrade have officially received a license from the Lotteries and Gaming Authority (LGA), and traders on their site can trade with the backing of the Maltese Gambling Commission which is responsible for the governance of all forms of gaming.



This license also allows OneTwoTrade to accept customers from across the European Union, but American citizens are barred from using the service due to the fact that binary options are regulated by the US Securities and Exchange Commission.

OneTwoTrade offers an easy-to-use web based interface and no download is required. They also offer an application for iPhone which allows you to trade while on the move. Headquartered in London, OneTwoTrade offers excellent customer service and a 24/5 live web chat making them one of the better Binary Option services available to European consumers today.

| | |
|---|---|
| **Languages** | English |
| **Main Market** | Europe |
| **Call Center Sales and support** | English |
| **Payment Methods** | Credit Card, Wire Transfer |
| **Features** | Binary Options (SmartOptions), iPhone Application |



**Contact Us** ➕

Your Name*

Your Email*

Message

Submit ➕

Copyright 2012 – BOAElite.com   |   BOA Elite Terms and Conditions   |   BOA Elite Privacy Policy   |   Binary Options   |

23



Sign Up ➕        Login ➕

Sign Up    Why Join Us    Payouts    Brands    FAQ's    About Us

← BNRY                                                          OneTwoTrade →

## SmartOption

SmartOption is a professional online binary options trading broker offering a 100% web-based trading platform for both novice and professional traders worldwide. SmartOption prides itself on offering traders a secure trading platform which is designed to benefit your investment opportunities.



SmartOption is run by a team of professionals who offer personal service to each customer either via live chat, email, or telephone. SmartOption also offers a wide variety of information about the markets, as well as daily news feeds, tutorials, seminars, individual training, conference calls, and technical support.

Some of the key features of SmartOption include a reliable and easy-to-use interface, a wide variety of assets to trade in, efficient customer service and a secure environment to trade binary options from anywhere in the world.

| Languages | Japanese |
|---|---|
| Main Market | Japan |
| Call Center Sales and support | Japanese |
| Payment Methods | Credit Card, Wire Transfer |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds |



Contact Us ➕

Your Name*

Your Email*

Message

Submit ➕

Copyright 2012 – BOAElite.com    |    BOA Elite Terms and Conditions    |    BOA Elite Privacy Policy    |    Binary Options    |

24

Case 8:18-cv-01606-CJC-GJK Document 102 Filed 11/21/19 Page 25 of 73 PageID 1540



Sign Up 🔶    Login 🔶

Sign Up   Why Join Us   Payouts   Brands   FAQ's   About Us

← BNRY                                                    OneTwoTrade →

## EmpireOption

EmpireOption is part of NationTraffic, a company with a history of 9 years in perfecting online business and a vast global knowledge that testifies to its professionalism. Located in the World Trade Center in Montevideo, Uruguay, EmpireOption's goal is to provide traders with the opportunity to intervene in the financial market with the most secure, reliable and intuitive platform. Their team consists of economists and analysts who will assist you every step of the way in making your investments.



With EmpireOption you can customize and improve your investment platform and you are also able to request new financial assets and investment tools in order to develop the most convenient trading strategy. Their platform has a wide range of eligible assets to operate with and offers unique features and tools that facilitate the investor to maximize their profits. The financial market information is also provided in real time by Reuters.

EmpireOption offers complete transparency and their SSL system will encrypt your transfer details ensuring the highest security standards. Their activities are regulated and audited by Eurozone standards and they guarantee no inflation or currency exchange risk.

| Languages | English, Spanish, Portuguese, French |
|---|---|
| Main Market | South America |
| Call Center Sales and support | English, Spanish, Portuguese, French |
| Payment Methods | Credit Card, Moneybookers, Wire Transfer |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds, Protrader |



Contact Us 🔶

Your Name*

Your Email*

Message

Submit 🔶

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |

Title: BNRY | Binary Option Affiliates Elite
Link: https://web.archive.org/web/20140118140223/http://www.boaelite.com/clients/bnry/



Sign Up ➕    Login ➕



SPOTOPTION

Sign Up    Why Join Us    Payouts    Brands    FAQ's    About Us

← BossOptions

EmpireOption →

## BNRY

BNRY is a binary options trading broker offering both private and institutional investors worldwide with an elite platform to trade binary options. The easy-to-use interface is 100% web-based and so no software download is required.



BNRY appeals to both novice and professional traders alike and with the use of the latest technologies, traders are guaranteed safety, convenience and satisfaction. This broker also offers traders a special feature which includes a 10% payback on trades even if the option expires out-of-the-money.

The BNRY staff consists of an experienced team with extensive knowledge in Forex trading, derivatives, risk management, payment processing as well as international laws and legislation.

| | |
|---|---|
| Languages | English, French, Russian |
| Main Market | Worldwide |
| Call Center Sales and support | English, French |
| Payment Methods | Credit / Debit Card: Visa, Delta, MasterCard, Diners, Visa Electron, Maestro, Maestro UK (Switch) and Solo |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds |



Contact Us ➕

Your Name*

Your Email*

Message

Submit ➕

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |



Sign Up ⊕   Login ⊕

Sign Up   Why Join Us   Payouts   Brands   FAQ's   About Us

← BossOptions                                        EmpireOption →

## OptionRally™

OptionRally™ is an innovative consumer trading company offering clients an easy and intuitive way to trade on leading financial markets including, Forex, Commodities, Indices or Stocks. Their trading platform is 100% web-based, allowing you to instantly trade from anywhere in the world with no need to download or install any software. Their platform is also designed to provide a 100% secure and private investment experience, and to maximize customers' chances for profitability and value.



OptionRally™ is a global privately held company headquartered in the British Virgin Islands with offices spread around the world. The company is managed by veteran professionals from the global financial industry, with vast experience in financial trading, risk management, technology and trading regulations.

OptionRally™ understands that there is no substitute for personal service and so an Account Service Manager will work closely with you over the phone, email and online chat system. OptionRally™ also offers unique information about the markets, a guided tour, seminars, one-on-one training, live chat, as well as telephone and technical support.

| | |
|---|---|
| Languages | English, Turkish, Arabic, Chinese |
| Main Market | Europe, Middle East, the Americas, Australia, Africa |
| Call Center Sales and support | English, Turkish, Arabic, Chinese, Spanish |
| Payment Methods | Bank Wire Transfer (Domestic and/or International), Credit Card, Knet ATM cards, CashU, Wire transfer |
| Features | iPhone/iPad & Android application, Binary Options, Option Builder, One Touch, BinaryMETA |

Contact Us ⊕

Your Name*

Your Email*

Message

Submit ⊕

Copyright 2012 – BOAElite.com   |   BOA Elite Terms and Conditions   |   BOA Elite Privacy Policy   |   Binary Options   |

27



Sign Up ⊕    Login ⊕

Powered By
SPOTOPTION

Sign Up    Why Join Us    Payouts    Brands    FAQ's    About Us

← CitiTrader                                              OptionRally™ →

## BossOptions

BossOptions offers professional binary options trading services to worldwide investors. The core priority at BossOptions is to provide both novice and professional traders with respect and professionalism, while still adhering to the highest levels of accountability, transparency and integrity in the industry.

BossOptions offers a wide variety of online educational tools and market reviews helping the trader to trade effectively and confidently. This online information is backed by an experienced team who are available to provide sound advice and accurate information to help you make smart investments.

The wide variety of assets offered by BossOptions come with a payout of more than 70 percent and they offer a 75% return on their 60 Seconds trading option. BossOptions understands that good traders need silent partners but vocal supporters and they strive to offer their clients the best service and features in the industry.

| Languages | English, French, Italian, German |
|---|---|
| Main Market | Worldwide |
| Call Center Sales and support | English, French, Italian, German |
| Payment Methods | Visa, MasterCard, Debit Cards, Bank Wire |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds, Open Platform |

Contact Us ⊕

Your Name*

Your Email*

Message

Submit ⊕



Sign Up ➕    Login ➕

Sign Up    Why Join Us    Payouts    Brands    FAQ's    About Us

← OptionMint                                    BossOptions →

## CitiTrader

CitiTrader.com was started by a group of highly accredited Wall Street brokers who wanted to develop a simple way to invest with an easy-to-use platform. Their web-based trading platform is designed to provide a 100% secure and private investment experience, and to make financial trading as rewarding as possible for their customers. CitiTrader.com brings together the most powerful technology, unsurpassed customer service and remarkable innovations with years of experience in the financial market.

**Contact Us** ➕

Your Name*

Your Email*

Message

**Submit** ➕



CitiTrader has a presence in all major global financial centers and they employ an international workforce of trading experts. Their platform appeals to a wide range of traders whether they are professionals or stay-at-home-moms.        CitiTrader.com guarantees unparalleled financial advice, excellent 24/7 customer service as well as secure and dependable banking.

| | |
|---|---|
| **Languages** | English, Hindi, French, Arabic |
| **Main Market** | Worldwide |
| **Call Center Sales and support** | English, Hindi, French, Arabic |
| **Payment Methods** | Credit Card, Debit Card, Moneybookers, Maestro (Switch) & Solo, Wire Transfer, CashU |
| **Features** | Binary Options, Option Builder, One Touch, 60 Seconds, CiTi MEta |

Copyright 2012 – BOAElite.com   |   BOA Elite Terms and Conditions   |   BOA Elite Privacy Policy   |   Binary Options   |

Case 8:18-cv-01606-CAP-CJK   Document 102   Filed 11/21/19   Page 30 of 73 PageID 1545



Sign Up ⊕      Login ⊕



SPOTOPTION   *Powered By*

Sign Up    Why Join Us    Payouts    Brands    FAQ's    About Us

← OptionMint                          BossOptions →

## TradeQuicker™

TradeQuicker™ was launched in 2010 and it is a global 100% web-based binary options trading platform. Using advanced technologies, TradeQuicker™ offers a stable and professional platform for investors to access a wide range of Forex, commodities, indices and stocks across all the major global markets.



Their easy-to-use, fast and flexible interface offers substantial returns with minimal risk and it is delivered to clients through a personalized, flexible service from a team of trusted financial experts who are veterans in the global financial services industry and who also have vast experience in financial trading, risk management, technology and trading regulations. TradeQuicker™ helps you to trade with confidence and so beginners can maximize returns through the simplistic approach to trading while highly sophisticated investors can take advantage of the daily or hourly payouts.

To ensure the best investment returns, TradeQuicker™ offers a wealth of information to help with investment decisions. This includes background information on the markets, seminars, one-on-one training, live chat, as well as telephone and technical support.

| Languages | English |
|---|---|
| Main Market | Worldwide excluding the USA |
| Call Center Sales and support | English |
| Payment Methods | Credit Card, Wire Transfer, Ukash, Moneybookers |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds, Pro Platform |



Contact Us ⊕

Your Name*

Your Email*

Message

Submit ⊕

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |



Sign Up ⊕      Login ⊕

Powered By
SPOTOPTION

Sign Up    Why Join Us    Payouts    Brands    FAQ's    About Us

← OptionMint                                    BossOptions →

## Global Trader 365™

Global Trader 365™ is an innovative consumer trading platform which offers clients an easy and intuitive way to trade on leading financial markets including, Forex, Commodities, Indices or Stocks. Their platform is suited for both private and institutional investors worldwide.



The trading platform from Global Trader 365™ is 100% web based, and therefore it does not require a software download. Their interface is self explanatory, easy-to-use and it utilizes the most advanced and stable technologies to assure your safety, satisfaction and best overall user experience.

Global Trader 365™ manages their liabilities and exposures carefully and they guarantee payouts of profits according to their terms. Customer's deposits are held in a separate trust account and are never used for any purpose other than for trading options for their customers.

| | |
|---|---|
| Languages | English, French, Chinese (Traditional & Simplified) |
| Main Market | Worldwide |
| Call Center Sales and support | English, French, Spanish, German, Greek |
| Payment Methods | Credit Card, Moneybookers, Maestro (Switch) & Solo, Wire Transfer |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds, Protrader |



Contact Us ⊕

Your Name*

Your Email*

Message

Submit ⊕

Copyright 2012 – BOAElite.com   |   BOA Elite Terms and Conditions   |   BOA Elite Privacy Policy   |   Binary Options   |

Title: WinOptions.com™ | Binary Option Affiliates Elite
Link: https://web.archive.org/web/20140117084015/http://www.boaelite.com/clients/winoptions






Sign Up    Login

Sign Up    Why Join Us    Payouts    Brands    FAQ's    About Us

← OptionMint                                                    BossOptions →

## WinOptions.com™

WinOptions was launched in April 2010 and they offer a professional and objective platform for trading in online Binary Options. The platform is 100% web based so you do not need to download any software.



WinOptions caters for all traders so whether you do not have any financial background or you are a sophisticated investor that is looking for ways to hedge your position in the traditional market, the WinOptions' trading platform is suitable for you.

WinOptions provides its clients with a complete set of tools to help them to optimize their trading. These tools include live financial news, references to financial sites and a wide variety of options. Their efficient support team is available during the whole trading session and they can be contacted instantly during business hours through live chat, email, and phone or by filling out a contact form on the website.



Contact Us

Your Name*

Your Email*

Message

Submit

| | |
|---|---|
| Languages | English, French, Arabic |
| Main Market | Europe, USA, Asia, Australia |
| Call Center Sales and support | English |
| Payment Methods | Credit Card, Moneybookers, Perfect Money, AlertPay, Liberty Reserve, Maestro (Switch) & Solo, Wire Transfer, CashU |
| Features | Binary Options, Option Builder, One Touch, Protrader, 60 Seconds |

Copyright 2012 – BOAElite.com    |    BOA Elite Terms and Conditions    |    BOA Elite Privacy Policy    |    Binary Options    |



Sign Up **+**    Login **+**

Sign Up | Why Join Us | Payouts | Brands | FAQ's | About Us

← SpotFN                                    WinOptions.com™ →

## OptionMint

OptionMint is an innovative consumer trading company offering clients an easy and intuitive way to trade on leading financial markets including Forex, Commodities, Indices or Stocks. Their trading platform is 100% web-based, allowing you to instantly trade from anywhere in the world without the need to download or install any software. OptionMint's unique offering enables traders to receive significant and predetermined payouts (68%-75%), and to minimize loss when being off-target (by retaining 5%-10% of the original investment, predetermined per case).



OptionMint delivers new trading solutions built for capitalizing on market rate movements that are simple to use, yet provide the value and sophistication expected from a worldwide leader. The combination of the OptionMint unprecedented portfolio of Digital Options, with their cutting edge technology offers speed and precision on an extensive variety of trading settlements. The OptionMint trading platform is also designed to provide a 100% secure and private investment experience, and to make financial trading as rewarding as possible.

OptionMint is offering a 25% deposit bonus on your first deposit as well as superior customer service which is available 24/7 via phone, live chat, Skype and email.

| Languages | English |
|---|---|
| Main Market | Worldwide except the USA |
| Call Center Sales and support | English |
| Payment Methods | Credit Card, Moneybookers, Nordea, IDEAL, Maestro (Switch) & Solo, Wire Transfer, CashU |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds, Open Platform |



Contact Us **+**

Your Name*

Your Email*

Message

Submit **+**

Title: SpotFN | Binary Option Affiliates Elite
Link: https://web.archive.org/web/20140109165216/http://www.boaelite.com/clients/spotfn/



Sign Up ➕     Login ➕



SPOTOPTION — Powered By

Sign Up   Why Join Us   Payouts   Brands   FAQ's   About Us

← Four Market                                    OptionMint →

## SpotFN

SpotFN is a leading global provider of Binary Options trading technology, with offices around the world. Their online platform for binary options has created the most effective and efficient way to convert immediate financial decisions into potential and often substantial profits. SpotFN provides the most intuitive, innovative and easiest way for clients to trade in the leading financial markets including, Forex, commodities, indices and publicly traded stocks.



Customer satisfaction is of utmost importance to SpotFN, and they strive to provide the most refined online system and services. Their platform does not require you to download or install any software and in this way, you can access your account and trade from anywhere in the world.

SpotFN offers an unprecedented amount of assets through its digital portfolio, while at the same time providing speed and precision on the widest range of trading settlements. With SpotFN's trading platform, you are provided with a 100% secure and private trading experience.

| Languages | English |
|---|---|
| Main Market | Worldwide |
| Call Center Sales and support | English, Russian |
| Payment Methods | Credit Card, Wire Transfer, CashU |
| Features | Binary Options, 60 Seconds, Target Options, Build-An-Option, iPhone & Android Application |

**Contact Us** ➕

Your Name*

Your Email*

Message

Submit ➕

Copyright 2012 – BOAElite.com   |   BOA Elite Terms and Conditions   |   BOA Elite Privacy Policy   |   Binary Options   |





Sign Up  Login

be in the money

SPOTOPTION    Sign Up    Why Join Us    Payouts    Brands    FAQ's    About Us

← Dragon Options                                           SpotFN →

## Four Market

**Fourmarkets** is just a binary choice trading system. Binary options – also called electronic options or fixed-return options – have become more and more common within our times all around the world. Binary options are highly considered by investors in times of market uncertainty. Known-in-advance reunite, wide selection of expiration time-points in addition to no liquidity or delivery problems are important benefits of binary options.



The trading platform from 4Markets is 100% web-based, and you have the option of trading anytime, from anywhere in the world. There is no need to download or install any software and so once you are logged in to the 4Markets platform, you may start trading immediately. 4Markets strives to offer cutting edge technology so that you will always benefit from speed, precision and a wide variety of options to trade. The highly skilled Trading Coaches from 4Markets will assist you and provide you with daily market information to help you make successful trades.

| Languages | English |
|---|---|
| Main Market | Worldwide |
| Call Center Sales and support | English |
| Payment Methods | All Charge (Credit & Debit Cards), Moneybookers, CashU, Wire Transfer, POLi Payments |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds, Pro Trader |



Contact Us

Your Name*

Your Email*

Message

Submit

Copyright 2012 – BOAElite.com  |  BOA Elite Terms and Conditions  |  BOA Elite Privacy Policy  |  Binary Options  |

35



Sign Up    Login

Sign Up    Why Join Us    Payouts    Brands    FAQ's    About Us

← Unitedoptions™                                    Four Market →

## Dragon Options

Dragon Options is a 100% web based trading platform which allows clients to trade instantly and easily from any part of the world without having to download any additional software. Dragon Options is the brainchild of a dedicated team of experienced traders who know exactly what it takes to be able to make good financial decisions especially when it comes to trading binary options. Based on this, Dragon Options offers knowledge and information as well as an objective trading platform that enables clients to trade all leading financial markets including Stocks, Indices, Forex and Commodities.



With Dragon Options, traders have a distinct advantage as they (1) have the opportunity to receive predetermined payouts (68%-80%) or to adjust their risk: return ratio using the unique Option Builder, (2) minimize loss if they go off target (by retaining 5%-10% of the original investment in predetermined trades), and (3) the ability to withdraw their earnings anytime using the one-of-a-kind 24 hour withdrawal system and one-day processing.

Dragon Options understands that the personal touch is vital and so a professional Personal Account Manager is available and dedicated to helping over the phone, via email and via the online chat system. A number of training options including seminars, a guided tour, background training about the markets, one-on-one training and other educational tools are also available.

| Languages | English, Turkish, Arabic, Russian |
|---|---|
| Main Market | |
| Call Center Sales and support | English, Turkish, Russian |
| Payment Methods | CB, Credit Card, Wire Transfer, Wallet One, WebMoney, PayAnyWay, Skrill, cashU |
| Features | Binary Options, Option Builder, One Touch, 60 Seconds, Black Dragon |



Contact Us

Your Name*

Your Email*

Message

Submit

Copyright 2012 – BOAElite.com   |   BOA Elite Terms and Conditions   |   BOA Elite Privacy Policy   |   Binary Options   |

Title: Unitedoptions™ | Binary Option Affiliates Elite
Link: https://web.archive.org/web/20140115093125/http://www.boaelite.com/clients/unitedoptions



Sign Up ➕        Login ➕

Powered By
SPOTOPTION

Sign Up   Why Join Us   Payouts   Brands   FAQ's   About Us

Dragon Options →

## Unitedoptions™

Unitedoptions™ is a global web-based binary options trading platform giving investors access to a wide range of indices, stocks, Forex and commodities across all the major global markets. Their trading platform is designed to provide a 100% secure and private investment experience and also to maximize investors chances for profitability and value.



Unitedoptions™ prides itself on personal and professional service and so they assign a Personal Account Service Manager who will work closely with you over the phone, email or through their advanced online chat system. In this way, whether you are a beginner or a highly experienced trader, working with Unitedoptions™ will provide you with a simple and flexible experience. With offices and a management team that stretches across the globe, Unitedoptions™ offers a team of financial professionals at your fingertips.

| | |
|---|---|
| **Languages** | English, Arabic, French |
| **Main Market** | Worldwide |
| **Call Center Sales and support** | English, Arabic, French |
| **Payment Methods** | Credit Card, Wire Transfer |
| **Features** | Binary Options, Option Builder, One Touch, 60 Seconds, Pro Platform |



Contact Us ➕

Your Name*

Your Email*

Message

Submit ➕

Copyright 2012 – BOAElite.com   |   BOA Elite Terms and Conditions   |   BOA Elite Privacy Policy   |   Binary Options   |





OUR BRANDS

TRADERXP

AS PIONEERS AND ONGOING LEADERS IN THE INDUSTRY, TRADERXP CONTINUES TO BE THE FIRST CHOICE FOR TRADERS WHO ARE LOOKING FOR THE SIMPLEST, FASTEST AND MOST USER-FRIENDLY WAY TO MAKE MONEY ONLINE.

READ MORE











44






















## 24 Option

24option has been voted the world's best binary options broker, several years in a row. 24option's CySec regulation ensures the commitment to being a secure binary options broker and its clients now trade under even safer conditions, knowing they are protected by the strictest guidelines with regards to client funds.

With 24option, traders can automatically withdraw funds from their account – there is no need to wait for your profits! As soon as your withdrawal request is made, it is processed and set in motion. Combine that with the fact that 24option allows you to invest as much as $100,000 on a single position and you can see that you are dealing with a leading broker that is financially confident and can ensure speedy withdrawals to boost your perfect trading and earning experience!

In addition to your trading account, 24option's dedicated financial trading education center focuses on empowering your trading knowledge, even before you make your first investment! Trade with a binary options broker that makes your future earnings its no. 1 priority.



| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| Turkish, English, Italian, Arabic, French, Russian | worldwide | Turkish, English, Italian, Arabic, French, Russian | Credit / debit card, bank transfer, Skrill |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| check | ✗ | ✗ | ✗ |



BECOME A 24OPTION AFFILIATE NOW



| What is Binary Options | About Boaelite | Always With You |
|---|---|---|
| Binary Brokers | Our Affiliate Team | |
| Binary Products | Payout Affiliate Options | |

Your Name    E-mail Address    Your Message    SEND

Privacy Policy  |  Terms of Use

©Copyright 2014 - BOAEliteAffiliate Network



## OUR BRANDS
All Top Converting Brokers for Your Traffic are HERE

## AAOption

AAOption is today's leading binary options trading platform. As binary options have become more popular than ever, AAoption provides traders with an excellent trader experience in terms of security, features, user-friendliness, tools, and education. AAoption commits to excellence by providing a trading platform that can be used for private and institutional investors worldwide. The staff at AAoption is therefore available 24/7, with professional brokers guiding traders every step of the way.

The AAoption vision is to give a trader the safest, most convenient trading experience possible. AAoption's pricing and execution modules ensure the use of the most updated and advanced technologies. Through its partnership with feeds provider, Reuters, they receive live and accurate data streams, and its terms and conditions clearly state the difference between real time market price, and option prices.

AAoption and collaborators consist of professional forex brokers, experts in derivatives and risk management, and payment processors. They cover every aspect of binary options trading, so you will have the best trader experience, ever.

**BECOME AN AAOPTION AFFILIATE NOW**





| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, Arabic | worldwide | English, Arabic | Credit / debit card, bank transfer |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| check | check | check | ✕ |





## OUR BRANDS

All Top Converting Brokers for Your Traffic are HERE

## VX Markets

VXmarkets is today's leading binary options broker. As binary options have become more popular than ever, VXmarkets provides traders with the ultimate trader experience in terms of security, features, user-friendliness, tools, education and support.

VXmarkets is committed to service excellence and provides a trading platform that is suitable for private and professional investors worldwide. Their support team is available 24/7, to assist traders and offer unparalleled support. Whether you are new to binary options trading or a seasoned professional, VXmarkets can assist you achieve successful trading.



## Benefits of the VXmarkets platform:

1. Web-based, no downloading necessary
2. Simple trading – easy to understand with clear explanations
3. Diverse products
4. User friendly trading experience
5. Safe – clear risk/profit ratios
6. Quick and easy deposits/withdrawals
7. Special perk – 10% of investment returned, even for out-of-the-money options

VXmarkets' vision is to give the trader the safest, most convenient trading experience ever. VXmarkets' pricing and execution modules use of the most updated and advanced technologies. Through their partnership with feeds provider, VXmarkets receive live and accurate data streams. VXmarkets provide expiry graphs for any given moment to ensure trader confidence, so there is never any doubt.

VXmarkets consists of professional forex and options experts in derivatives and risk management, and payment processing. They cover every aspect of binary options trading, so that you have the best trading experience possible.

| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, Arabic, French, Russian, Spanish, German | worldwide | English, Arabic, French, Russian, German | Credit / debit card, bank transfer, NETELLER |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| ✗ | check | check | check |

⊕ BECOME A VXMARKETS AFFILIATE NOW





## UTrader

Since its launch in 2011, uTrader has been working to achieve great strides in binary option trading. This is why it is one of the fastest growing and developing binary options brokers in Eastern Europe. As a leader in the binary options trading market, uTrader can offer its clients unparalleled financial services through a wide variety of stocks, commodities, currencies, and indices. Clients have access to uTrader's team of knowledgeable financial experts and will find that trading binary options with uTrader's unique trading platform is easy. uTrader conducts business worldwide and offers many international tradable assets for its clients, from well-established financial products to the newest trends from emerging markets.

New clients can build their confidence by going through uTrader's education center course materials and go over tutorials, Binary Options E-books, and strategies. The combination of uTrader's state-of-the-art trading platform, real-time professional market analysis, and personal manager support, gives its clients the tools to successfully trade binary options and make profit.

**BECOME A UTRADER AFFILIATE NOW**



| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, Arabic | worldwide | English, Arabic | Credit / debit card, bank transfer |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| check | check | check | ✗ |



What Is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Your Name     E-mail Address     Your Message     SEND

Privacy Policy  |  Terms of Use

©Copyright 2014 • BOAEliteAffiliate Network



## Titan Trade

If you're looking for a way to increase your profits, Titan Trade is the place to do so. A leader within the Binary options trading community, TitanTrade brings to the table options that many other companies simply cannot – since its foundation in 2013, TitanTrade has gathered the necessary financial experience within its fields and markets, including Binary options, to offer its traders the most reliable guidance.

TitanTrade is dedicated to making sure your trading experience is simple and enjoyable, from the time you sign up until the time you land "in the money". Make a deposit via one of the many options offered and begin trading using TitanTrade's quick and easy platform to turn a quick profit, until it's time to make a safe and secure withdrawal of your funds.

TitanTrade got professional brokers to aid you along every step of the way, regardless of the size of your investment, and will also provide online tools to help you become a better trader and make sure you achieve your goals that much quicker.

In short – Choosing TitanTrade will be a good choice for your future.



| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, French, German | worldwide | English | Credit card, bank transfer |



| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
|  check | ✗ | ✗ | ✗ |

**BECOME A TITAN TRADE AFFILIATE NOW**

What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Your Name     E-mail Address     Your Message     **SEND**

Privacy Policy  |  Terms of Use

®Copyright 2014 - BOAEliteAffiliate Network



## No1Option

No1Option is today's leading binary options trading platform. As binary options have become more popular than ever, No1Option provides traders with an excellent trader's experience in terms of security, features, user-friendliness, tools, and education. No1Option commits to excellence in providing a trading platform that can be used for both private and institutional investors worldwide. No1Options' staff is available for its traders 24/7, with professional brokers guiding its traders every step of the way.

Benefits of the No1Options platform:

- Web-based, no downloading necessary
- Simple trading – easy to understand with clear explanations
- Diverse products
- User friendly trading experience
- Safe – clear risk/profit ratios stated in option
- Quick and easy deposits/withdrawals

The No1Options vision is to give you, the trader- the safest, most convenient, and all around best trading experience, ever. No1Options pricing and execution modules ensure the use of the most updated and advanced technologies. Through partnership with feeds provider, Reuters, No1Options receive live and accurate data streams, and its terms and conditions clearly state the difference between real time market price, and option prices. No1Options provide expiry graphs for any given moment, to ensure trader confidence so there are never any questions on the trader's end.



| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, Arabic, French, Russian, Spanish, German | worldwide | English, Arabic, French, Russian, German | Credit / debit card, bank transfer, NETELLER |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| ✗ | check | check | check |



**BECOME A NO1OPTION AFFILIATE NOW**



What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Your Name     E-mail Address     Your Message     SEND

Privacy Policy  |  Terms of Use

©Copyright 2014 - BOAEliteAffiliate Network



## Binary Brokerz

Binary Brokers are committed to provide all of their traders with the professional guidance, tools and education they will need to master binary options trading. Simply put, the goal is to make you the best trader you can be. Binary Brokerz offer a personal approach that has been incredibly successful for its clients worldwide. A dedicated personal broker will be available to each trader to help improve their profit potential as well as reduce their risk exposure within the market. These brokers will take the time to understand their clients' specific needs, interests and goals. Additionally, personal broker will design each opportunity, each trade, and each investing program for its maximum reward. Experience success with Binary Brokerz and become financially independent. See for yourself what makes Binary Brokerz the best choice in binary options.

**BECOME A BINARY BROKERZ AFFILIATE NOW**



| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, German, Spanish, French, Russian German | UK, Australia, Brazil, France, Mexico, Russia, Spain, South Africa | English, Spanish, German, Russian, French | Credit / debit card, wire transfers, electronic payment card, BeeOptions, Ticket, WebMoney, Giropay, Sofort. |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| check | ✗ | ✗ | ✗ |



What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Your Name     E-mail Address     Your Message     **SEND**

Privacy Policy  |  Terms of Use

©Copyright 2014 - BOAEliteAffiliate Network



## 10Markets

With 10Markets you can efficiently budget and manage your portfolio as you trade across the various exchanges and binary options. With 10Markets, traders benefit from a variety of web and mobile applications, such as MT4 and WebTrader for Forex, Binary options applications, and a Shared Wallet to manage your commodities trading and market shares with one touch. 10Markets innovative mobile platform keeps you up to speed on the most accurate market rates to trend your portfolio upward. Their service package also offer free calculators, EA builders, and financial event calendars.

10Markets work and communicate with highly experienced international brokers and investors in the global economy filled with a wealth of knowledge and expertise. And so, they are also committed to provide you with competitive spreads that will allow you to trade with ease.







| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English French | Worldwide except the United States | English | Credit card, bank transfer, credit Cashu, APM and direct banking, electronic purse |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| ✗ | check | check | check |



What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Your Name     E-mail Address     Your Message     SEND

Privacy Policy  |  Terms of Use

©Copyright 2014 - BOAElite Affiliate Network

60



## Inside Option

Inside Option is one of the leading binary options brokers in the industry and offer the industry's most generous payouts, with a high payout of 81% on binary options contracts. Inside Option's platform stands out as a leader among the brokers out there, with a team of professionals in forex trading, risk management, derivatives and international laws and legislation. Their combined knowledge and experience trumps that held by most operators in the market.

The reason for Inside Option's position as industry leader is this:

- A trading platform that is 100% web based, and thus require no download of any software. This makes it easy to trade from anywhere... at any time.
- With Inside Option You don't need to have any previous trading experience to get going. It is as easy as 1-2-3.
- Inside Option's interface is remarkably user friendly, with processes that are fast and intuitive.
- In-depth training materials to speed up your learning process.
- Inside Option allow traders to sell their options before they expire. Early expiration can help you drive more profits through your portfolio.
- A tremendous range of assets handpicked from the best commodities, stocks, currencies and indices. The trading modules on Inside Option's platform are industry leading.

Inside Option strive to help its traders in every stage of the investment process, to enable them to get the edge they need to succeed. Inside Option have invested in the latest technologies in the industry to ensure that your transactions are swift, secure and safe. This is why their customers benefit from real-time data streams from Spotoption, Inside Option's data providers.



| Languages | Main Markets | | Call Center Sales and Support | Payment Methods |
|---|---|---|---|---|
| English, German, French, Russian, Arabic | EU, Austria, Greece, Italy, Denmark, Norway, Poland, Finland, Sweden, the Netherlands | | English, Arabic | Credit / debit card, bank transfer, Skrill |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| check | ✗ | ✗ | check |

**BECOME AN INSIDE OPTION AFFILIATE NOW**



What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Your Name    E-mail Address    Your Message    SEND

Privacy Policy  |  Terms of Use

©Copyright 2014 - BOAEliteAffiliate Network



## Option Rally

OptionRally es una innovadora empresa de comercio que ofrece a los clientes una manera fácil e intuitiva para el comercio en los principales mercados financieros, incluyendo divisas, Materias Primas, índices y acciones. Su plataforma de comercio está 100% basada en la web, lo que le permite operar desde cualquier lugar de forma instantánea en el mundo sin necesidad de descargar o instalar ningún software. Este broker ofrece una plataforma de comercio móvil habilitando a inversores a realizar inversiones en movimiento.

OptionRally pone mucho énfasis en ofrecerles a sus inversores una experiencia de inversión segura y privada 100% y maximizar las oportunidades de sus inversores en su rentabilidad y su valor. Como una compañía privada con sede global en las Islas Vírgenes Británicas, con oficinas repartidas por todo el mundo, está gestionado por profesionales veteranos de la industria financiera global, con amplia experiencia en la negociación financiera, gestión de riesgos, tecnología y reglas comerciales.

Este corredor entiende que no hay un sustituto del servicio personal, por lo que ofrece una dedicada cuenta de manager cercana a cada inversor para asegurar que sus inversiones y requerimientos se atienden.
OptionRally también ofrece a los inversores una academia de comercio global que ofrece actualizaciones del mercado diarias y semanales, tutoriales en video, estrategias comerciales, Pulse TV y mucho más.



| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English | worldwide | English, German, French | Credit / debit card, bank transfer, Skrill |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
|  | check | ✗ | ✗ |

BECOME AN OPTION RALLY AFFILIATE NOW





## OUR BRANDS
All Top Converting Brokers for Your Traffic are HERE

## BigOption

BigOption está formado por un equipo de expertos financieros experimentados que sirven a clientes a nivel mundial. Ofrecen la última tecnología avanzada y una interfaz fácil de usar, y están constantemente evolucionando y añadiendo más características y ofertas para satisfacer las necesidades de sus clientes.

BigOption se centra sobre todo en la seguridad incluyendo las prácticas estándar de la industria, tales como: transacciones seguras SSL. Ellos también aseguran que todos los fondos de los clientes están separados de los fondos operativos para la seguridad de sus clientes.

Algunas de las características exclusivas que ofrecen incluyen una amplia selección de los activos, así como opciones de inversión, todo para permitir a las empresas diversificar su cartera de negociación. Ya que su interfaz de comercio es 100% basada en la web, esto elimina la necesidad de descargar un software, habilitando invertir desde cualquier navegador y desde cualquier lugar y en cualquier momento. Para ayudar aún más a sus inversores, su actualización diaria está escrita por analistas expertos para ayudar a los clientes a guiarles sus operaciones de emprendimiento.

BECOME A BIGOPTION AFFILIATE NOW



| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, Russian, French, Spanish, Norwegian, German, Italian, English, Arabic, Japanese, Chinese, Turkish | America, Europe, Middle East | English, Arabic, Spanish, Turkish, Norwegian | Credit card, Skrill, Nordea, ideal, Maestro (Switch) and Solo, Wire Transfer, CashU |

Marketing materials | Binary Diploma | The Binary Signals | EU Regulated



What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Privacy Policy | Terms of Use

©Copyright 2014 - BOAEliteAffiliate Network

63



## Option Ridge

OPTIONRIDGE strive to establish a personal relationship with you, the investor; a relationship that is based on your needs, investment type and portfolio. The single most important factor in OPTIONRIDGE success is the long lasting relationship between the company's investors and their brokers. OPTIONRIDGE know how to make customers feel at home and treat its brokers as friends. The interaction is easy and often also takes place after business hours, something that leads to better performance and profits.

As trading platforms become increasingly common on the net, OPTIONRIDGE put its effort and pride in its customer service, quality of brokers and personal touch.

**(+) BECOME AN OPTION RIDGE AFFILIATE NOW**





| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, French, Traditional Chinese, Simplified Chinese | worldwide | English | Credit card, Skrill, Maestro (Switch) and Solo, Transfer |
| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
| ✔check | ✗ | ✗ | ✗ |



What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Your Name     E-mail Address     Your Message     **SEND**

Privacy Policy  |  Terms of Use

©Copyright 2014 - BOAEliteAffiliate Network



## Option FM

OptionFM is a boutique binary options brokerage specializing in the latest generation of trading platforms, offering the widest range of tradable assets. Its teams of brokers and analysts have extensive experience in the financial world, and come from a diverse background of binary options, forex, stock brokerages, hedge funds, and investment analysis firms.

As a result of this wide-ranging talent, OptionFM can proudly offer a superior and quality service, with its clients' success is at the heart of everything it does. Option.FM work with clients on an individual basis, catering to their unique needs and financial goals with a personal, yet professional touch. With Option.FM, clients can have their brokers on speed-dial and brokers call clients directly to alert them to trading opportunities.



**BECOME AN OPTIONFM AFFILIATE NOW**

| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, French, German, Turkish, Arabic, Russian | worldwide | German, French, Russian, English, Arabic, Turkish | Credit / debit card, Paypal, bank transfer |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
|  | ✗ | ✗ | ✗ |



What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Your Name        E-mail Address        Your Message        SEND

Privacy Policy  |  Terms of Use

©Copyright 2014 - BOAEliteAffiliate Network

65



## Imperial Option

Imperial Options aims to provide its customers a trading platform with the highest level of support; a system that can be utilized by both retail and professional traders all over the world. Imperial Options ensure that all of their clients will have access to the simplest yet most effective trading tools the financial markets can offer, tools that can turn even a novice trader into someone with a wealth of knowledge about the market.

Imperial Options adopt the latest and most advanced technologies to allow their customers to monitor the market accurately. This technology also allows users to be able to access their trading platform anytime and from anywhere.

In order to give their customers peace of mind and confidence when trading, Imperial Options adopt the highest security features and safe practices. Imperial Options is staffed by professional brokers, experts in derivatives and risk management and experienced payment processors. All of the staff of Imperial Options will be available 24/7 for clients when they need them; they can be reachable via telephone or email.



| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, French, German | worldwide | English, French, German | Credit / debit card, bank transfer |

**BECOME AN IMPERIAL OPTION AFFILIATE NOW**

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| ✓ | ✗ | ✗ | ✗ |



What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Your Name    E-mail Address    Your Message    SEND

Privacy Policy  |  Terms of Use

©Copyright 2014 - BOAEliteAffiliate Network



## OUR BRANDS
All Top Converting Brokers for Your Traffic are HERE

## OptionsXO

OptionsXO is one of the world's leading online binary options trading brokers. OptionsXO was founded by a team of financial professionals and pioneers in the internet technology industry. OptionsXO is dedicated to working together to provide its investors with the most accurate prices and dependable software. This is part of its continuous effort to create a comfortable and lucrative trading environment for its clients.

OptionsXO emphasizes striving for excellence in every aspect of its operations. It is this drive for excellence that makes OptionsXO such an innovative broker in binary options trading. OptionsXO provides a quality trading experience, by offering its clients a custom-built, simple to use trading platform that will accommodate every trader's needs with ease. Additionally, there is a myriad of assets to select from, including currencies, indices, commodities, shares, and more. The high-quality platform, combined with the variety of assets available, make OptionsXO a top tier broker for conducting binary options trading.



BECOME AN OPTIONSXO AFFILIATE NOW

| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English | worldwide | English | Credit card, bank transfer |



| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| check | ✗ | ✗ | ✗ |



What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Your Name     E-mail Address     Your Message     SEND

Privacy Policy  |  Terms of Use

©Copyright 2014 - BOA EliteAffiliate Network



## PWRtrade

PWRtrade is a ranking binary options trading platform designed to maximize its traders' profits with a wide range of tradable assets. It helps its traders learn to trade binary options online with a user-friendly trading platform that has been designed for traders from all sides of the spectrum. Whether it's a novice trader, intermediate-level trader or an experienced professional, PWRtrade's binary trading platform has all the features needed to succeed.

PWRtrade's goal is to provide its traders with cutting-edge technology and the highest level of professionalism and courtesy. Our in-house financial gurus and technical experts have pooled their collective talents to create the ultimate binary options trading platform. Best of all, PWRtrade cut through all the red tape so that its traders can trade binary options with total confidence; no hassles, no worries and no unnecessary fees.



**BECOME A PWRTRADE AFFILIATE NOW**

| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, German, Arabic | worldwide | English, German, Arabic | Credit / debit card, bank transfer, NETELLER |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| check | ✗ | check | check |



What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

| Your Name | E-mail Address | Your Message | SEND |

Privacy Policy | Terms of Use

©Copyright 2014 - BOAEliteAffiliate Network



## OUR BRANDS
All Top Converting Brokers for Your Traffic are HERE

## OptionBit



OptionBit is a prim binary options brokerage firm. Its experience in this market is unmatched and allows it to offer the latest technology on a dynamic, yet incredibly easy-to-use, platform. It is fully equipped with all of the latest trading tools, option types and a robust asset folder in order to potentially make your experience as successful as possible.

Additionally, OptionBit's platform was specifically designed to make the world of online trading accessible to all, regardless of one's level of experience. OptionBit believes that everyone has the potential to succeed at binary options trading. This is why it created an educational center consisting of a series of highly interactive education videos, a binary options eBook, 1-on-1 instruction sessions and much more.

OptionBit, offer you the very best service, with a professional, multi-lingual account managers and customer service teams that are able to assist with any inquiry and provide unlimited guidance regarding trading strategies. They are available 24 hours a day 6 days a week, and are a CySEC regulated broker fully authorized to provide Online Trading services throughout the EU under license number 224/14.

BECOME AN OPTIONBIT AFFILIATE NOW



| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, Arabic | worldwide | English, Arabic | Credit / debit card, bank transfer |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| check | check | check | ✗ |



What is Binary Options • Binary Brokers • Binary Products
About Boaelite • Our Affiliate Team • Payout Affiliate Options
Always With You

Your Name  |  E-mail Address  |  Your Message  |  SEND

Privacy Policy | Terms of Use
®Copyright 2014 - BOAEliteAffiliate Network



## Ivory Option

IvoryOption™ is a Binary Options Trading Broker which provides investors with access to underlying assets on a Binary Option Trading Platform. IvoryOption™ platform is 100% web-based and requires no software to download, all you need is a connection to the internet in order to make your trades.

The IvoryOption™ team consists of experts experienced in trading FOREX, derivatives, and stock, as well as risk management, e-Commerce and payment processing. The company provides its investors with a professional, efficient, effective, and well organized trading atmosphere. Built with the user-experience in mind, its Trading Platform is easy to navigate and simple to use.

IvoryOption™ provides personal service by assigning each investor with their own Account Manager. The Account Managers are assigned according to an investor's language and geological region. Account Managers, as well as Customer Support, are available through telephone, email and live chat – 24/7.



BECOME AN IVORY OPTION AFFILIATE NOW

| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, Arabic | worldwide | English, Arabic | Credit / debit card, bank transfer |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| check | check | check | ✗ |



What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Your Name          E-mail Address          Your Message          SEND

Privacy Policy  |  Terms of Use

©Copyright 2014 - BOAEliteAffiliate Network

70



## OUR BRANDS

All Top Converting Brokers for Your Traffic are HERE

## UBinary

Year after year, uBinary continues to stay at the top of the binary options industry as a leading trading platform. This is due to their three simple business principals:

- Personal and customized service to all traders, at any level of experience.
- High-level security and protection for their traders.
- Putting the trader's goals and needs before anything else.

uBinary continually strives for improvement by developing platform tools and improving their quality and accessibility of service to the benefit of their clients. uBinary recognize trader needs and cater the high demand for maximum profit with minimum risk, by offering customized indicators and interactive webinars.

uBinary helps people starting out in the binary options arena to learn and grow and become experienced successful traders. They have some of the industry's best talents, with brokers and analysts from around the world, to help their traders utilise their platform and trade the markets successfully.

**BECOME A UBINARY AFFILIATE NOW**



| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, Japanese, French | worldwide | English | Credit / debit card and Maestro (Switch), bank transfer |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
|  | ✗ | ✗ | ✗ |



What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Your Name     E-mail Address     Your Message     **SEND**

Privacy Policy  |  Terms of Use

®Copyright 2014 - BOAEliteAffiliate Network



# OUR BRANDS

All Top Converting Brokers for Your Traffic are HERE

## UK Options

UK Options is a leading Binary Options broker offering an advanced and secure platform. The Company is registered in the United Kingdom and operated by Worldwide Tech Limited, 1st Floor, 2 Woodberry Grove, London – a subsidiary of Smartech Limited.

The UK Options platform enables customers to trade and profit from both positive and negative fluctuations in the financial markets.

Investing with UK Options is simple, with no previous financial or trading experience required. The platform is suitable for professional and beginner traders.

UK Options offers trading on hundreds of underlying assets, from the stocks traded on the premier stock exchanges to commodities, indices and currencies – all with a vast range of expiry points.

BECOME A UKOPTIONS AFFILIATE NOW



| Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|
| English, Arabic, French, Russian, Spanish, German | worldwide | English, Arabic, French, Russian, German | Credit / debit card, bank transfer, NETELLER |



| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| ✗ | ✓ | ✓ | ✓ |



What is Binary Options
Binary Brokers
Binary Products

About Boaelite
Our Affiliate Team
Payout Affiliate Options

Always With You

Your Name   E-mail Address   Your Message   SEND

Privacy Policy  |  Terms of Use

©Copyright 2014 - BOAEliteAffiliate Network

72



## OUR BRANDS

All Top Converting Brokers for Your Traffic are HERE

## Digital Forex



Digital Forex is a premier VIP option trading platform that provides investors and traders the ability to trade stocks, currency pairs, commodities and indices on the exotic options market. Digital Forex is an exclusive boutique broker where every account gets the kind of personal service that a VIP trader expects.

Digital Forex's trading platform was designed to be easy to use, while still powerful enough to give traders unique money management abilities found nowhere else online. Their system offers three unique types of binary option trades and a unique trading tool that allow traders to close their options before the time of expiration or automatically extend it when it ends. In addition, Digital Forex provides a 24/7 customer support service that offers personal treatment via e-mail, Live Chat, or phone. This is how Digital Forex can assure its traders have all the tools they need to trade confidently and comfortably.

**BECOME A DIGITAL FOREX AFFILIATE NOW**



| | Languages | Main Markets | Call Center Sales and Support | Payment Methods |
|---|---|---|---|---|
| | English, German, Dutch, Italian | worldwide | English, German, Dutch, Italian | Credit / debit card, bank transfer, NETELLER |

| Marketing materials | Binary Diploma | The Binary Signals | EU Regulated |
|---|---|---|---|
| check | ✗ | check | check |



| What is Binary Options | About Boaelite | Always With You |
|---|---|---|
| Binary Brokers | Our Affiliate Team | |
| Binary Products | Payout Affiliate Options | |

Your Name  E-mail Address  Your Message  **SEND**

Privacy Policy | Terms of Use

©Copyright 2014 - BOAEliteAffiliate Network