

Affiliates    Login

# AFFILIATES:
## PROMOTE THE TRADING PRODUCTS SO HOT THEY SELL THEMSELVES

GET READY TO PROMOTE THE TOP BINARY OPTIONS BRANDS AND THE CONVERSION-BOOSTING TRADING PRODUCTS THAT TURN TRAFFIC INTO TRADERS

**LAUNCH NOW!**

Your Pay Day Awaits



Affiliates    Login



## Choose Products
**OUR MARKETPLACE IS OUT OF THIS WORLD**
Dive in and start promoting the industry's most recognizable brands with exceptional conversion-boosting products that will have your traffic clamoring for more.



## Promote And Earn Big
**TRACK AND EARN HIGH COMMISSIONS**

Enjoy high commissions when you promote the products that turn clicks into cash and traffic into traders!

| Affiliates | Affiliates | Affiliates | Affiliates |
|---|---|---|---|
| BROKER SUPPORT | BROKER SUPPORT | BROKER SUPPORT | BROKER SUPPORT |
| Chat With A broker | Chat With A broker | Chat With A broker | Chat With A broker |
| Software Walk Through | Software Walk Through | Software Walk Through | Software Walk Through |
| Live Chat | Live Chat | Live Chat | Live Chat |
| Personal Broker | Personal Broker | Personal Broker | Personal Broker |
| Terms And Conditions | Terms And Conditions | Terms And Conditions | Terms And Conditions |
| KYC Policy | KYC Policy | KYC Policy | KYC Policy |



# Join BoostAff - Affiliate Program

## SIGN IN

Username:

Password:

Forgot your Username or Password?

☐ Stay signed in (Uncheck if you're on a shared computer)

**SIGN IN**

## OPEN AN ACCOUNT

### Don't have an account yet?
Get started now. it's fast and easy!

**REGISTER**

2