



# 10MARKETS
WE BELIEVE IN YOU

10 Reasons Why   **Products**   Platforms   Accounts   Education   Research & tools   Contact

# 10Markets Products

*We offer trading all the major and many exotic currency, pairs, precious metals, market shares, and contracts of difference*

Start trading with 10Markets now

**Open an acount**   **Try a demo**

Risk warning: Forex, spread bets and CFDs are high risk and losses can exceed your investment



### Forex
Trade in the largest most financial liquid market in the world. More

### Binary Options
Set a time, call the direction, we want you to profit immediately. More

### CFDs
Access commodities and precious metals to trade with low margin CFDs. More

### Indices
Trade on the world's largest market exchanges More

## Family Savings *"we care for you"*

10markets.com is the only trading platform that really cares for your future.

Our special **Family Savings** feature is what makes us different...

### We're here to help
Please don't hesitate to contact us:

General Inquiries: +442036701520   Support: +442036701521   @ support@10markets.com   10:00-18:00 (UK) Mon-Fri

 +16137044446    +61281884210    +442036701520    +78122401716    +27105009200    +97316196525

Norton SECURED   SITE SAFETY CHECK   McAfee SECURE   Click ID   SiteLock SECURE   TRUSTe VERIFIED

Follow us   f   twitter   g+

**Products**
Forex
Binary Options
CFDs
Indices

**Accounts**
Classic
Standard
Premium
Tailor made
Open an account
Try a demo

**Platforms**
MT4 (FX)
10Markets WebTrader (FX)
10Markets Mobile FX App
10Markets Binary Web App
10Markets Binary Mobile App
Shared Wallet

**More**
Contact
Education
Research & tools

Privacy   Acceptable Use   Deposit and Withdrawal   Risk Disclosure and Risk Disclaimer   Terms and Conditions   Anti Money Laundering   Know Your Customer







6 captures

Email:  Password:  **Sign In**

Forgot Password?

Trading | FAQ | Banking | Articles | Glossary | Market Review | English

REUTERS

AAoption › Asset Index

# ASSET INDEX

CURRENCIES  ·  STOCKS  ·  COMMODITIES  ·  INDICES

The exchange rate of the United States Dollar and the South African Rand.

Trading Hours : Mon – Fri 07:00 – 14:00
Reuters code : ZAR=
Expiry Rule : (Bid + Ask) / 2

The exchange rate of the United States Dollar currency and the Turkish New Lira currency.

Trading Hours : Mon – Fri 7:30 – 14:30
Reuters code : TRY=
Expiry Rule : (Bid + Ask) / 2

The exchange rate of the United States Dollar and the Singapore Dollar.

Trading Hours : Mon – Fri 1:00 – 9:00
Reuters code : SGD=
Expiry Rule : (Bid + Ask) / 2

The exchange rate of the United States Dollar and the Russian Ruble.

Trading Hours: Mon – Fri 8:00 – 15:00
Reuters code RUB =
Expiry Rule: (Bid + Ask) / 2

The exchange rate of the United States Dollar currency and the Japanese yen currency.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : JPY=
Expiry Rule : (Bid + Ask) / 2

The exchange level of United States Dollar and the Swiss Franc.

Trading Time : Mon – Fri 02:00 – 20:00
Reuters code : CHF=
Expiry Rule : (Bid + Ask) / 2

The exchange rate of the United States Dollar currency and the Canadian Dollar currency.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : CAD=
Expiry Rule : (Bid + Ask) / 2

The exchange level of the New Zealand Dollar and the United States Dollar.

Trading Time : Mon – Thu 00:00 – 23:59
Reuters code : NZD=
Expiry Rule : (Bid + Ask) / 2

The exchange rate of the British Pound currency and the United States Dollar currency.

Trading Hours : Mon – Fri 02:00 – 20:00
Reuters code : GBP=
Expiry Rule : (Bid + Ask) / 2

The exchange rate of the Euro and the United States Dollar.

Trading Hours: Mon – Fri 00:00 – 23:59
Reuters code: EUR=
Expiry Rule: (Bid + Ask) / 2

The exchange rate of the Euro and the British Pound.

Trading Hours : Mon – Fri 01:00 – 19:00
Reuters code : EURGBP=
Expiry Rule : (Bid + Ask) / 2

The exchange rate of the Euro and the Japanese Yen.

Trading Hours : Mon – Fri 00:00 – 23:59
Reuters code : EURJPY=
Expiry Rule : (Bid + Ask) / 2

Turkcell (NYSE: TKC) is the leading mobile phone operator of Turkey, based in Istanbul. The company has 36.3 million subscribers by the end of September 2008, making it the third biggest in Europe. Turkcell is traded both at the Turkish Stock Exchange and the NYSE yourdomain enables trading on the Turkcell stock both in the Turkish Exchange and in the NYSE.

Trading Hours : Mon – Fri from 12:00 – 13:50
Reuters Code : TKC
Expiry Rule : (Bid + Ask) / 2

Teva Pharmaceutical Industries Ltd. NASDAQ: TEVA is an international pharmaceutical company headquartered in Petah Tikva, Israel. It specializes in generic and proprietary pharmaceuticals and active pharmaceutical ingredients. It is the largest generic drug manufacturer in the world and one of the 15 largest pharmaceutical companies worldwide.

Trading Hours : Sun – Thu from 07:00 – 13:30
Reuters Code : TEVA TA
Expiry  Rule  : (Bid + Ask) / 2

Tesco plc (LSE: TSCO) is a global grocery and general merchandising retailer headquartered in Cheshunt, United Kingdom.It is the third-largest retailer in the world measured by revenues (after Wal-Mart and Carrefour) and the second-largest measured by profits (after Wal-Mart).
It has stores in 14 countries across Asia, Europe and North America and is the grocery market leader in the UK (where it has a market share of around 30%), Malaysia, the Republic of Ireland and Thailand.

Trading Hours : Mon – Fri from 07:15-15:30
Reuters code : TATAMOTORS, BSE: 500570, NYSE: TTM), is a multinational corporation headquartered in Mumbai, India. Part of the Tata Group. It was formerly known as TELCO (TATA Engineering and Locomotive Company). Tata Motors has a consolidated revenue of USD 16 billion after the acquisition of British automotive brands Jaguar and Land rover in 2008.
It is India's largest company in the automobile and commercial vehicle sector with upwards of 70% cumulative Market share in the Domestic Commercial vehicle segment, and a motorized player on the world market with 8.81% market share in 2007 according to OICA-data The OICA ranked it as the 19th largest automaker, based on figures for 2007. Tata Motors is a dual-listed company traded on both the Bombay Stock Exchange, as well as on the New York Stock Exchange. Tata Motors in 2005, was ranked among the top 10 corporations in India with an annual revenue exceeding INR 320 billion.

Trading Hours Mon – Fri 4:30 – 10:00

3

Sberbank Rossii (MICEX SBER RTS SBER) ( "Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and its history goes back to the financial reform of 1841. In many regions, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs.

Trading hours Mon – Fri 9:00 – 14:00
Reuters Code : SBER03.MM
Expiry Rule : (Bid + Ask) / 2

Rolls-Royce plc (LSE: RR. ) is a British aircraft engine maker, and the second-largest in the world, behind GE Aviation. The company has related businesses in the defense aerospace, marine and energy markets.

Rolls-Royce was nationalized in 1971, by which time aircraft engines had long been the most significant part of the business. The automobile company was separated in 1973 and the present Rolls-Royce plc was re-privatized in 1987. Rolls-Royce is, through its defense aerospace division, the world's 16th largest defense contractor. Defense aerospace sales accounted for 21% of group sales in 2005, civil aerospace 53%, marine 17% and energy 8%. It is listed on the London Stock Exchange and is a constituent of the FTSE 100 Index.

Trading hours Mon – Fri 8:30 – 16:00
Reuters Code : RR.L
Expiry Rule : (Bid + Ask) / 2

Reuters Group Limited is a UK-based, Canadian company. This news company provides information about financial markets from around the world to newspapers and broadcasters. Its main focus is on supplying the financial markets with information and trading products. This includes market data, such as share prices and currency rates, research and analysis, as well as trading systems that allow dealers to buy and sell such assets as currencies and shares on a computer screen instead of by telephone or on a trading floor like that of the New York Stock Exchange. Competitors include Bloomberg L.P. and Dow Jones Newswires. It is now a part of Thomson Reuters.

Trading hours: Mon – Fri from 14:00-20:00GMT
Reuters Code: TRI.N
Expiry Rule: (Bid + Ask) / 2

Nissan Motor Company Ltd usually shortened to Nissan (play / ní.sɑ.n/ or UK / níssən/; Japanese: [ni.sã]), is a multinational automaker headquartered in Japan. It was formerly a core member of the Nissan Group, but has become more independent after its restructuring under Carlos Ghosn (CEO).I formerly marketed vehicles under the "Datsun" brand name and is one of the largest car manufacturers in the world. As of 2011, the company's global headquarters is located in Nishi-ku, Yokohama. In 1999, Nissan entered a two-way alliance with Renault S.A. of France, which owns 43.4% of Nissan while Nissan holds 15% of Renault shares. as of 2008. The current market share of Nissan, along with Honda and Toyota, in American auto sales represent the largest of the automotive firms based in Asia that have been increasingly encroaching on the historically dominant US-based 'Big Three' consisting of GM, Ford and Chrysler. In its home market, Nissan is the third largest car manufacturer, with Honda being second by a small margin of 2,000 units and Toyota in a very dominant first. Along with its normal range of models, Nissan also produces a range of luxury models branded as Infinity.

Trading hours : Mon – Fri 00:15-02:00 & 03:30-06:00 GMT
Reuters Code : NISSAN
Expiry Rule : (Bid + Ask) / 2

Nike, Inc. is a major publicly traded sportswear and equipment supplier based in the United States. It is the world's leading supplier of athletic shoes and apparel and a major manufacturer of sports equipment with revenue in excess of $18.6 billion USD in its fiscal year 2008. As of 2008, it employed more than 30,000 people worldwide.

The company was founded on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Philip Knight, and officially became Nike, Inc. in 1978. The company takes its name from Nike (Greek Νίκη) pronounced [ni·ke]); the Greek goddess of victory; it is also based on Egyptian usage of 'strength', 'victory', nahit. Nike markets its products under its own brand as well as Nike Golf, Nike Pro, Nike+, Air Jordan, Nike Skateboarding and subsidiaries including Cole Haan, Hurley International, Umbro and Converse. In addition to manufacturing sportswear and equipment, the company operates retail stores under the Niketown name.

Trading Hours Mon – Fri 15:00 – 19:00
Reuters Code : NKE
Expiry Rule : (Bid + Ask) / 2

Lukoil (RTS LKOH LSE: LKOD NASDAQ: LUKOY) is Russia's largest oil company and its largest producer of oil. In 2007, the company produced 96.645 million tons of oil. 1,953 million barrels per day.

Its international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to Exxon Mobil) in terms of proven oil and gas reserves. In 2008, the company had 19.3 billion barrels of oil equivalent per SPE standards. This accounts to some 1.3% of global oil reserves. The company has operations in more than 40 countries around the world.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : LKOH.MM
Expiry Rule : (Bid + Ask) / 2

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. As of 2009, it is both the world's largest banking group and the world's 6th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals.

HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

Trading hours Mon – Fri 7:30 – 15:30
Reuters Code : HSBA.L
Expiry Rule : (Bid + Ask) / 2

Gazprom (English: Open Joint Stock Company "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company.

Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake.

In 2008, the company produced 549.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : GAZP.MM
Expiry Rule : (Bid + Ask) / 2

Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Coca. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

Trading hours : Mon – Fri 13:40 – 20:00
Reuters Code : COKE
Expiry Rule : (Bid + Ask) / 2

Citigroup Inc. (branded Citi), is a major American financial services company based in New York. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup has, the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.

It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : NOEC
Expiry Rule : (Bid + Ask) / 2

BP plc is the third largest global energy company; the 5th largest company in the world and UK's largest company; with headquarters in St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world, and one of the six 'supermajors' (vertically integrated private sector oil exploration, natural gas and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100

Trading hours Mon – Fri 7:15 – 15:30
Reuters Code : BP.L
Expiry Rule : (Bid + Ask) / 2

BAE Systems plc is a British defense, security and aerospace company headquartered in Farnborough, Hampshire, England, that has global interests, particularly in North America through its subsidiary BAE Systems Inc. BAE is the world's second-largest defense contractor and the largest in Europe. It was formed on 30 November 1999 by the €7.7 billion merger of two British companies, Marconi Electronic Systems (MES); the defence electronics and naval shipbuilding subsidiary of the General Electric Company plc (GEC); and the aircraft, munitions and naval systems manufacturer British Aerospace (BAE).

Trading hours Mon – Fri 8:30 – 16:00
Reuters Code : BAE.S.L
Expiry Rule : (Bid + Ask) / 2

Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system; the iTunes media browser; the iLife suite of multimedia and creativity software; the iWork suite of productivity software; Final Cut Studio, a suite of professional audio and film-industry software products; and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.

Trading Hours Mon – Fri 13:40 – 20:00
Reuters Code : AAPL.O
Expiry Rule : (Bid + Ask) / 2

International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells computer hardware and software, and it offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.

4

**Trading Hours : Mon – Fri from 13:40 – 20:00**

MICROSOFT CORP

Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.

The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. Its products have all achieved near-ubiquity in the desktop computer market.

When the company debuted its IPO in March 13, 1986, the stock price was US $21. By the end of the first trading day, the stock had closed at $28.The stock price peaked in 1999 at around US $119.

In the last few years, the price of Microsoft's stock largely remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008.

**Trading Hours : Mon – Fri 15:00 – 19:00**
**Reuters Code : MSFT.O**
**Expiry Rule : (Bid + Ask) / 2**

WHEAT

Wheat is a grass, originally from the Fertile Crescent region of the Near East, but now cultivated worldwide. In 2007 world production of wheat was 607 million tons, making it the third most-produced cereal after maize (784 million tons) and rice (651 million tons) Globally, wheat is the leading source of vegetable protein in human food, having higher protein content than either maize (corn) or rice, the other major cereals. In terms of total production tonnages used for food, it is currently second to rice as the main human food crop, and ahead of maize, after allowing for maize's more extensive use in animal feeds.

**Trading Hours : Mon – Fri 12:00-18:00 GMT**

SUGAR

The sugar is one of the world's leading sweeteners, mainly produced in Brazil

There are many types of sugars which all are rated by the ICUMSA (international commission uniform methods of sugar analysis), at our platform the sugar is traded as quoted at the CME price.

The future contracts are dollar dominated and represent the price of sugar for 112,000 units. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July and October).

**Platform trading hours 10:00 – 19:00**
**CME symbol  YO.**
**Expiry rule (Bid + Ask)/2**

SILVER

Silver, in the form of electrum (a gold-silver alloy), was coined to produce money in around 700 BCE by the Lydians. Later, silver was refined and coined in its pure form. Many nations used silver as the basic unit of monetary value. In the modern world, silver bullion has the ISO currency code XAG. The name of the United Kingdom monetary unit "pound" reflects the fact that it originally represented the value of one troy pound of sterling silver. In the 1900s, many nations, such as the United States and Great Britain, switched from silver to a gold standard of monetary value, then in the 20th century to fiat currency.

Much like gold, it is considered to be a natural hedge against inflation and in the last few years was highly correlated with world growth.

**Trading Hours : Mon – Thu 04:00 – 20:30**
**Reuters Code : XAG=**
**Expiry Rule :  (Bid + Ask) / 2**

PLATINUM

Platinum is a chemical element with the chemical symbol Pt and an atomic number of 78

Platinum is used in jewelry, laboratory equipment, electrical contacts and electrodes, platinum resistance thermometers, dentistry equipment, and catalytic converters. Platinum bullion has the ISO currency code of XPT. Platinum is a commodity with a value that fluctuates according to market forces. On June 5, 2009, Platinum was worth $1263.00 per troy ounce (approximately $40.69 per gram).

**Trading Hours : Mon – Fri 10:00 – 20:30**
**Reuters Code : XPT=**
**Expiry Rule :  (Bid + Ask) / 2**

OIL / LIGHT SWEET CRUDE

Sweet crude oil is a type of petroleum. Petroleum is considered "sweet" if it contains less than 0.5% sulfur, compared to a higher level of sulfur in sour crude oil. Sweet crude oil contains small amounts of hydrogen sulfide and carbon dioxide. High-quality, low sulfur crude is commonly used for processing into gasoline and is in high demand, particularly in the industrialized nations. "Light sweet crude oil" is the most sought-after version of crude oil as it contains a disproportionately large amount of these fractions that are used to process gasoline, kerosene, and high-quality diesel. The term "sweet" originated because the low level of sulfur provides the oil with a mildly sweet taste and pleasant smell. Nineteenth century prospectors would taste and smell small quantities of the oil to determine its quality.

This type of oil is considered a benchmark for oil and is traded at the Chicago Mercantile Exchange. The oil is considered a natural hedge against inflation as in the last few years was highly correlated with the world's growth.

**Trading Hours : Mon – Fri 2:00 – 20:30**
**Reuters Code : CLV1**
**Expiry Rule : (Bid + Ask) / 2**

GOLD

Historically gold coinage was widely used as currency. When paper money was introduced, it typically was a receipt redeemable for gold coin or bullion. In an economic system known as the gold standard, a certain weight of gold was given the name of a unit of currency. For a long period, the United States government set the value of the US dollar so that one troy ounce was equal to $20.67 (\$664.56/kg), but in 1934 the dollar was devalued to \$35.00 per troy ounce (\$1125.27/kg). By 1961 it was becoming hard to maintain this price and a pool of US and European banks agreed to manipulate the market to prevent further currency devaluation against increased gold demand.

On March 17, 1968, economic circumstances caused the collapse of the gold pool, and a two-tiered pricing scheme was established whereby gold was still used to settle international accounts at the old \$35.00 per troy ounce (\$1.13/g) but the price of gold on the private market was allowed to fluctuate; this two-tiered pricing system was abandoned in 1975 when the price of gold was left to find its free-market level

Today Gold is considered to be a natural hedge against world inflation and in the last few years together with crude prices and other metals, was highly correlated with world global growth, especially in emerging markets.

**Trading Hours : Mon – Thu 2:00-20:30 GMT**
**Reuters Code : XAU=**
**Expiry Rule :  (Bid + Ask) / 2**

COFFEE

One of the world's most popular drinks, it is assumed that 80% of adults drink some sort of coffee or a derivative of coffee at list once a day. Like many other soft commodities Brazil is the largest producer of coffee.

The future contracts are dollar dominated and represent the price of sugar for 37,500 pounds. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July September and December).

**Platform trading hours 13:00-18:00GMT**
**CME symbol  KT.**

NIKKEI

Tokyo stock Price Index, commonly known as TOPIX, along with Nikkei 225, is an important stock market index for the Tokyo Stock Exchange in Japan, tracking all domestic companies of the exchange's First Section. It is calculated and published by the TSE. As of February 1, 2011, there are 1,669 companies listed on the First Section of the TSE. The market value for the index on the same date is 197.401 Billion Yen.

**Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT**

TA-25 INDEX

The TA-25 index is the TASE's flagship index. It was first published in 1992 under the name "MAOF Index". The TA-25 index tracks the prices of the shares of the 25 companies with the highest market capitalization on the exchange. It serves as an underlying asset for options and futures, Index-Linked Certificates and Reverse Certificates traded on the exchange and worldwide. The index also began on 1 January 1992 with a base level of 100.

**Trading Hours : Sun – Thu 07:00-13:30 GMT**

TADAWUL / SAUDI STOCK EXCHANGE

Saudi Stock Exchange or Tadawul is the only stock exchange in Saudi Arabia. The Capital Market Authority supervises the exchange. The Tadawul All-Share Index (TASI) reached its highest point at 20,634.86 on 25 February 2006.  It lists 115 publicly traded companies (as of April 30th 2008).

**Trading Hours : Sun – Wed 8:10 – 12:20**
**Reuters Code : .TASI**
**Expiry Rule : Reuters Last Rate**

SSE 180 / SHANGHAI STOCK EXCHANGE

Traded in the Shanghai stock exchange the SSE Composite Index (also known as Shanghai Composite) is the most commonly used indicator to reflect SSE's market performance. Constituents for the SSE Composite Index are all listed stocks (A shares and B shares) at the Shanghai Stock Exchange.  The SSE180 reflects the largest 180 stocks in the SSE general index and it includes stocks such as BANK OF CHINA and AIR CHINA.

**Trading Hours : Mon – Fri  7:00 – 8:00.**
**Reuters Code : .SSE180**
**Expiry Rule : Reuters Last Rate**

S&P 500 / US

Traded on the CME (Chicago Mercantile Exchange), Standard & Poors is a value-weighted index of 500 large-cap common stocks actively traded in the United States. The stocks included in the S&P are those of large publicly held companies that trade on either of the two largest American stock market companies: the NYSE Euronext and the NASDAQ OMX.

**Trading Hours : Mon – Fri 13:40-20:00**
**Reuters Code : .SPX**
**Expiry Rule : (Bid + Ask) / 2**

RTS RUSSIAN TRADING SYSTEM

The Russian Trading System is a stock market established in 1995 in Moscow, consolidating various regional trading floors into one exchange.

The RTS Index (RTSI) is an index of 50 Russian stocks (as of March 15th, 2007) that trade on the RTS Stock Exchange in Moscow.

The Index includes GAZPROM and SBERBANK, VOLGA TELECOM and NOVATEK.

**Trading Hours : Mon – Fri 8:30 – 14:30**
**Reuters Code : .IRTS**
**Expiry Rule : Reuters Last Rate**

NIKKEI 225 / JP

Nikkei 225, more commonly called the Nikkei, the Nikkei index, or the Nikkei Stock Average, is a stock market index for the Tokyo Stock Exchange (TSE). It has been calculated daily by the Nihon Keizai Shimbun (Nikkei) newspaper since 1950. It is a price-weighted average (the unit is yen), and the components are reviewed once a year. Currently, the Nikkei is the most widely quoted average of Japanese equities, similar to the Dow Jones Industrial Average. In fact, it was known as the "Nikkei Dow Jones Stock Average" from

**5**

NASDAQ

**Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT**

The Nasdaq Composite is a stock market index of all of the common stocks and similar securities listed on the NASDAQ stock market, meaning that it has over 3,000 components. It is highly regarded in the U.S. as an indicator of the performance of stocks of technology companies and growth companies. Since American and non-American companies are listed on the NASDAQ stock market, the index is not exclusively a U.S. index.

**Trading Hours : Mon – Fri 16:00 – 19:00**
**Reuters Code : .IXIC**
**Expiry Rule : Reuters Last Rate**

MSM 30 OMAN

The Muscat Securities Market (MSM) is the principal stock exchange of Oman. It is located in Muscat and it was founded in 1988.The principal stock index at the MSM is the MSM-30. The MSM-30 (also known as the Muscat Securities Market Index) was established in 1992. The composition of the index by sector is as follows:
Banks & Investment Sector: 69 companies
Industry Sector: 89 companies
Service : 61 companies
The Index includes stocks such as DHOFAR BANK and NATIONAL BANK OF OMAN

**Trading Hours : Sun – Thu 6:30 – 8:30**
**Reuters Code : .MSI**
**Expiry Rule : Reuters Last Rate**

MICEX (MOSCOW INTERBANK EXCHANGE)

The MICEX 10 Index is a price non-weighted index, calculated as the arithmetic mean of the change of prices of 10 most liquid stocks admitted to circulation in the Stock Market Section of the Moscow Interbank Currency Exchange in Moscow. The Index includes Russian Top firms in a variety of sectors such as GAZProm and SBERBANK.

**Trading Hours : Mon – Fri 8:30 – 14:30**
**Reuters Code : .MCX10**
**Expiry Rule : Reuters Last Rate**

KUWAIT (KWMT GENERAL INDEX)

The Kuwait Stock Exchange (KSE) is the national stock market of The State of Kuwait. Although several share holding companies (such as NBK in 1952) existed in Kuwait prior to the creation of the KSE, it was not until October 1962 that a law was passed to organize the country's stock market.
The Kuwait Stock Exchange is also among the first and largest stock exchanges in the Persian Gulf region, and is now gaining prominence as one of the most potentially important in the world.

**Trading Hours : Sun – Thu 6:20 – 9:20**
**Reuters Code : .KWSE**
**Expiry Rule : Reuters Last Rate**

KL FUTURE

The Kuala Lumpur Composite Index is a capitalization-weighted stock market index introduced in 1986.
The FTSE Bursa Malaysia comprises the largest 30 companies listed on the Malaysian Main Market by full market capitalization that meet the eligibility requirements of the FTSE Bursa Malaysia Index Ground Rules.

**Trading Hours : Mon – Fri 01:00-04:30,07:00-09:00**
**Reuters Code : .KLicf**
**Expiry Rule (Bid + Ask) / 2**

ISE 30 ISTANBUL STOCK EXCHANGE

The Istanbul Stock Exchange (ISE) is the only corporation in Turkey for securities exchange established to provide trading in equities, bonds and bills, revenue-sharing certificates, private sector bonds, foreign securities and real estate certificates as well as international securities.
ISE is home to 320 national companies. Local trading hours are 09.30-12.00 for the first session and 14.00-17.00 for the second session, on workdays. All ISE members are incorporated banks and brokerage houses

**Trading Hours Mon – Fri  7:00 – 9:00 and 11:10 – 13:50**
**Reuters Code : .XU030**
**Expiry Rule : Reuters Last Rate**

HANG SENG (HONG KONG)

HSI was started on November 24, 1969, and is currently compiled and maintained by HSI Services Limited. It is a subsidiary of Hang Seng Bank, the largest bank registered and listed in Hong Kong in terms of market capitalisation. It is responsible for compiling, publishing and managing the Hang Seng Index.

**Trading Hours Mon – Fri  01:30-04:00,05:10-08:00**
**Reuters Code : .HSI**
**Expiry Rule : Reuters Last Rate**

FTSE (UK 100)

The FTSE 100 Index — also called FTSE 100, FTSE, or, informally, the "footsie" is a share index of the 100 most highly capitalized UK companies listed on the London Stock Exchange. Because the FTSE includes large international companies such as HSBC, BP, Vodafone and Unilever it is considered to be a Global index and as such is followed by investors worldwide.

**Trading Hours : Mon – Fri  6:30 – 14:30**
**Reuters Code : .FTSE**
**Expiry Rule : Reuters Last Rate**

DUBAI (DUBAI FINANCIAL MARKET GENERAL INDEX)

The Dubai Financial Market is a stock exchange located in Dubai, United Arab Emirates. It was founded on March 26, 2000.
There are about 57 companies listed (as of August 2007) on DFM, most of them are UAE-based companies and a few dual listings for companies based in other MENA region countries.
During 2004 and 2005, there were significant increases in the volume of shares traded and the share prices of many companies. However, towards the end of 2005 and through the first few months of 2006 the bubble burst and share values dropped by around 60% on DFM, along with similar decreases in most other Persian Gulf stock markets.
The DFM index includes stocks such as DUBAI ISLAMIC BANK and the EMIRATES TELECOMUNICATION COMPANY.

**Trading Hours: Sun – Thu 6:30 – 9:50**
**Reuters Code : .DFMGI**
**Expiry Rule : Reuters Last Rate**

DOW (DJI)

Traded on the NYSE (New York Stock Exchange) the Dow Jones Industrial Average (i.e. Industrial Average, Dow Jones, Dow 30, or  Dow) compiles the index to gauge the performance of the industrial sector within the American economy.

**Trading Hours :  Mon – Fri 13:40 – 20:00**
**Reuters Code : .DJI**
**Expiry Rule : Reuters Last Rate**

DAX (GERMANY)

The DAX (Deutscher Aktien IndeX, formerly Deutscher Aktien-Index (German stock index)) is a blue chip stock market index consisting of the 30 major German companies trading on the Frankfurt Stock Exchange. The DAX index includes stocks such as Adidas, Deutsche Bank and Bayer.

**Trading Hours : Mon – Fri  7:15 – 15:30**
**Reuters Code : .GDAXI**
**Expiration Rule : Reuters Last Rate**

CAC (FRANCE)

The CAC 40 (Cotation Assistée en Continu – Continuous Assisted Quotation) is a benchmark French stock market index. The index represents a capitalization-weighted measure of the 40 most significant values among the 100 highest market caps on the Paris Bourse (now Euronext Paris).
The CAC 40 Includes companies such as BNP Paribas, Renault, L'Oreal and France Telecom.

**Trading Hours :  Mon – Fri 7:15 – 15:30**
**Reuters Code : .FCHI**
**Expiry Rule : Reuters Last Rate**

BOMBAY 30

Representing a fast growing economy of India, the BSE Sensex or Bombay Stock Exchange Sensitive Index is a value-weighted index composed of 30 stocks of the largest and most actively traded stocks, representative of various sectors, on the Bombay Stock Exchange. These companies account for around one-fifth of the market capitalization of the BSE.
The index has increased by over ten times from June 1990 to the present. The long-run rate of return on the BSE Sensex works out to be 18.6% per annum, which translates to roughly 9% per annum after compensating for inflation. The index includes stocks such as TATA MOTORS and HDFC BANK.

**Trading Hours Mon – Fri 4:15 – 10:30**
**Reuters Code : .BSESN**
**Expiry Rule : Reuters Last Rate**



Risk disclosure

Binary options trading involves significant risk. We strongly advise that you read our  Terms & Conditions. Although the risk when trading binary options is fixed for each individual trade, the trades are live and it is possible to lose an initial investment, particularly if a trader chooses to place his entire investment to a single live trade. It is highly recommended that traders choose a proper money management strategy which limits the total consecutive trades or total outstanding investment. Khapilov.com, is owned and operated by Galaxy International Solutions Ltd, Dontilla Limited, Ground floor right, 64 Paul Street, London, England UK EC2A 4IT

INTERNET ARCHIVE
WayBackMachine
http://www.bancdebinary.com/trading-gold-and-oil/
40 captures
21 Jul 2012 - 3 Feb 2014

# BANC DE BINARY
PRIVATE OPTION BANKERS

| Profit Strategies | Gold & Oil | Trading Platforms | Binary Options School | Open an Account | Blog | About Us |

» Gold & Oil » Stocks

## Stocks

"My father dealt in stocks and shares and my mother also had a lot of time on her hands." **Hermione Gingold**

A stock is a share in the ownership of a company, representing a claim on the company's assets and earnings. Traditionally, shareholders may make handsome profits if a company is successful, but they also risk losing the whole investment if the company performs poorly, because gains and losses are proportionate to the value of the stock. Furthermore, contracts are typically held for a long time, even though it can be hard to predict the long-term health of a business. These are key factors behind the growth of binary option stock trading, with its predefined profits and loses, and short-term contracts.

Interested in the major banks such as Goldman Sachs and Barclays? Want to trade the stocks of the world's most recognizable companies such as Coca-Cola, Disney and Apple? Public companies are required to report their earnings once a quarter, making it easy to follow the news on various stocks and profit along with the brands that interest you.

| **Profit Strategies** | **Gold & Oil** | **Trading Platforms** | **Binary Options School** |
|---|---|---|---|
| Risk Management | Commodities | Types of Platforms | Intro to Binary Options |
| Trading Techniques | Currencies | Wise Binary Trading | Start Trading |
| Trading Fundamental Events | Indices | Best Brokers | Fundamental Analysis |
| | Stocks | | Technical Analysis |
| | Daily Market Review | | Test Yourself |

HIGH RISK INVESTMENT WARNING: Trading Binary Options is highly speculative, carries a level of risk and may not be suitable for all investors. You may lose some or all of your invested capital, therefore you should not speculate with capital that you cannot afford to lose. You should be aware of all of the risks associated with trading Binary Options. Please click here to read a full risk warning. Banc De Binary is a trading name of Banc De Binary Limited, a Financial Services Company authorized and regulated by the Cyprus Securities Exchange Commission (CySEC) under license no. 188/13 and is registered with regulatory authorities in Austria, Belgium, Bulgaria, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Iceland, Ireland, Italy, Latvia, Lichtenstein, Lithuania, Luxembourg, Malta, Norway, Poland, Portugal, Romania, Slovak Republic, Slovenia, Spain, Sweden, Netherlands and United Kingdom. Banc De Binary is located at 12 Arch. Makariou III, Kristalina Tower, 3rd Floor, Mesa Yeitonia, Limassol, Cyprus, 4000.

(c) 2012 Banc De Binary


**Banc de Swiss**
TRADING PLATFORM

Login
Password
Email

Forgot Password?
08 : 26 : 59 CEST
Wednesday 30.10.13
English ▼
Trade
Open Account
Banking
Asset Index
Contact Us

🇩🇪 Germany ▼ 4%917536384 1

**EUR/USD 1.37428** (08:15 30.10)

Asset Index

We give our clients the platform to trade digital options on a variety of assets. Listed below are trading hours, expiry rates rules, and general information about assets that we offer on our platform. Trading hours are shown in GMT 0 time. * Please refer to the expiry rules for full description and terms & conditions of the expiry rules.

- Stocks
- Currencies
- Commodities
- Indices

▸ **CITIGROUP (USA)**
Open ☐

Citigroup Inc. (branded Citi), is a major American financial services company based in New York, NY. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.
It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

**Trading Hours : Mon - Fri 14:00-20:00GMT**
**Reuters Code : C**

**Expiry Rule : (Bid + Ask) / 2**

▸ **MICROSOFT (USA)**
Open ☐

Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software. The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. Its products have all achieved near-ubiquity in the desktop software market.
When the company debuted its IPO in March 13, 1986, the stock price was US $21. By the end of the first trading day, the stock had closed at $28.The stock price peaked in 1999 at around US $119.
In the last few years, the price of Microsoft's stock largely remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008.

**Trading Hours : Mon - Fri 14:00-20:00GMT**
**Reuters Code : MSFT.O**
**Expiry Rule : (Bid + Ask) / 2**
▸ **APPLE (USA)**
Open ☐

Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.

**Trading Hours Mon - Fri 14:00-20:00GMT**
**Reuters Code : AAPL.O**
**Expiry Rule : (Bid + Ask) / 2**
▸ **GAZPROM (RUSSIA)**
Open ☐

Gazprom (English: Open Joint Stock Company "Gazprom", Russian: Открытое акционерное общество "Газпром" Otkrytoye aktsionernoye obshchestvo "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company
Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake.
In 2008, the company produced 549.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

**Trading hours Mon - Fri 8:30 - 14:30**
**Reuters Code : GAZP.MM**
**Expiry Rule : (Bid + Ask) / 2**
▸ **GOOGLE (USA)**
Open ☐

Google Inc. is an American public corporation, earning revenue from advertising related to its Internet search, e-mail, online mapping, office productivity, social networking, etc. Google has also developed an open source web browser and a mobile operating system.
As of March 31, 2009 (2009 -03-31), the company has 19,786 full-time employees. The company is running millions of servers worldwide, which process hundreds of millions of search requests each day.

**Trading hours : Mon - Fri 14:00-20:00GMT**
**Reuters Code: GOOG.O**
**Expiry Rule: (Bid + Ask) / 2**
▸ **COCA COLA (USA)**
Open ☐

Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

**Trading Hours : Mon - Fri 14:00-20:00GMT**
**Reuters Code : KO**
**Expiry Rule : (Bid + Ask) / 2**
▸ **HSBC HOLDINGS (UK)**
Open ☐

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993 As of 2009, it is both the world's largest banking group and the world's 6th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals.
HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

**Trading hours Mon - Fri 8:30 - 16:00**
**Reuters Code : HSBA.L**
**Expiry Rule : (Bid + Ask) / 2**
▸ **ROLLS ROYCE (UK)**
Open ☐

Rolls-Royce plc (LSE: RR.) is a British aircraft engine maker, and the second-largest in the world, behind GE Aviation. The company has realised businesses in the defense aerospace, marine and energy markets.
Rolls-Royce was nationalized in 1971, by which time aircraft engines had long been the most significant part of the business. The automobile company was separated in 1973 and the present Rolls-Royce plc was re-privatized in 1987. Rolls-Royce is, through its defense aerospace division, the world's 16th largest defense contractor. Defense aerospace sales accounted for 21% of group sales in 2005, civil aerospace 53%, marine 17% and energy 8%. It is listed on the London Stock Exchange and is a constituent of the FTSE 100 Index.

**Trading hours Mon - Fri 8:30 - 16:00**
**Reuters Code : RR.L**
**Expiry Rule : (Bid + Ask) / 2**
▸ **TEVA PHARMA**
Open ☐

Teva Pharmaceutical Industries Ltd. NASDAQ: TEVA is an international pharmaceutical company headquartered in Petah Tikva, Israel. It specializes in generic and proprietary pharmaceuticals and active pharmaceutical ingredients. It is the largest generic drug manufacturer in the world and one of the 15 largest pharmaceutical companies worldwide.

**Trading Hours : Sun - Thu   from 08:30 - 13:00**
▸ **BNP PARIBAS**
Open ☐

BNP Paribas is a European leader in global banking and financial services and one of the six strongest banks in the world (Rated AA by Standard & Poor's i.e. 3rd rating on a scale of 22). Present across Europe through all its business lines, the Group has four domestic retail banking markets in France, Italy, Belgium and Luxembourg. It has one of the largest international networks with operations in 84 countries and 202,500 employees, including 159,600 in Europe, 15,000 in North America and 11,100 in Asia. (30/09/2010) BNP Paribas has key positions in its three core businesses:

**Trading Hours: Mon - Fri from 12:00 - 13:50**

9

Reuters Code: BVP
**Expiry Rule:** (Bid + Ask) / 2

- ▸ **TESCO**
  Open ☐
  Tesco plc (LSE: TSCO) is a global grocery and general merchandising retailer headquartered in Cheshunt, United Kingdom. It is the third-largest retailer in the world measured by revenues (after Wal-Mart and Carrefour) and the second-largest measured by profits (after Wal-Mart). It has stores in 14 countries across Asia, Europe and North America and is the grocery market leader in the UK (where it has a market share of around 30%), Malaysia, the Republic of Ireland and Thailand.

**Trading Hours : Mon - Fri from 08:00 - 15:30**

- ▸ **SAB MILLER**
  Open ☐
  SABMiller plc (LSE: SAB, JSE: SAB) is a global brewing and bottling company headquartered in London, United Kingdom. It is the world's second-largest brewing company measured by revenues and is also a major bottler of Coca-Cola. Its brands include Grolsch, Miller Genuine Draft, Peroni Nastro Azzurro and Pilsner Urquell. It has operations in 75 countries across Africa, Asia, Australasia, Europe, North America and South America and sells 213 million hectoliters of lager per year.

- ▸ **S BANK INDIA**
  Open ☐
  State Bank of India  is the largest state-owned banking and financial services company with its headquartered in Mumbai, India. The bank traces its ancestry to British India, through the Imperial Bank of India, to the founding in 1806 of the Bank of Calcutta, making it the oldest commercial bank in the Indian Subcontinent. Bank of Madras merged into the other two presidency banks, Bank of Calcutta and Bank of Bombay to form Imperial Bank of India, which in turn became State Bank of India. The government of India nationalized the Imperial Bank of India in 1955, with the Reserve Bank of India taking a 60% stake, and renamed it the State Bank of India. In 2008, the government took over the stake held by the Reserve Bank of India.

**Trading Hours : Mon - Fri  from 05:30 - 10:00**

- ▸ **PETROBRAS**
  Open ☐
  Petrobras is the largest company in Latin America by market capitalization and revenue, and the largest company headquartered in the Southern Hemisphere by market value. The company was founded in 1953, mainly due to the efforts of then Brazilian President Getúlio Vargas. While the company ceased to be Brazil's legal monopolist in the oil industry in 1997, it remains a significant oil producer, with output of more than 2 million barrels of oil equivalent per day, as well as a major distributor of oil products.

**Trading Hours : Mon - Fri  from 14:30 - 20:00**

- ▸ **IBM**
  Open ☐
  International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells computer hardware and software, and it offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.

**Trading Hours : Mon - Fri  from 14:30 - 20:00**

- ▸ **GOLDMAN SACHS**
  Open ☐
  The Goldman Sachs Group, Inc. is a global investment banking and securities firm which engages in investment banking, securities, investment management, and other financial services primarily with institutional clients. Goldman Sachs was founded in 1869 and is headquartered at 200 West Street in the Lower Manhattan area of New York City, with additional offices in major international financial centers. The firm provides mergers and acquisitions advice, underwriting services, asset management, and prime brokerage to its clients, which include corporations, governments and individuals. The firm also engages in proprietary trading and private equity deals, and is a primary dealer in the United States Treasury security market.

**Trading Hours : Mon - Fri  from 14:30 - 20:00**

- ▸ **FRANCE TELECOM**
  Open ☐
  France Telecom S.A. is the main telecommunications company in France. France Telecom, one of the world's leading telecommunications operators. With almost 131 million customers. At the end of 2009, France Telecom had sales of 44.8 billion euros (33.7 billion euros at 30 September, 2010).

**Trading Hours:** Mon - Fri from 12:00 - 13:50
**Reuters Code:** FTE.PA
**Expiry Rule:** (Bid + Ask) / 2

- ▸ **FIAT**
  Open ☐
  Fiat S.p.A., an acronym for Fabbrica Italiana Automobili Torino (English: Italian Automobile Factory of Turin), is an Italian automobile manufacturer, engine manufacturer, financial and industrial group based in Turin in the Piedmont region. Fiat was founded in 1899 by a group of investors including Giovanni Agnelli. Fiat has also manufactured railroad vehicles, tanks and aircraft. As of 2009, Fiat (not including Chrysler) is the world's ninth largest car maker as well as Italy's largest car maker.

**Trading Hours : Mon - Fri from 08:00 - 15:30**

- ▸ **BRITISH AMERICAN T**
  Open ☐
  British American Tobacco p.l.c. (LSE: BATS, JSE: BTI) is a global tobacco company headquartered in London, United Kingdom. It is the world's second largest quoted tobacco company by global market share (after Philip Morris International), with a leading position in more than 50 countries and a presence in more than 180 countries. Its brands include Dunhill, Kent, Lucky Strike and Pall Mall. Its primary listing is on the London Stock Exchange and it is a constituent of the FTSE 100 Index. It has a secondary listing on the Johannesburg Stock Exchange.

**Trading Hours : Mon - Fri 38:30 - 15:00**

- ▸ **BIDU**
  Open ☐
  Baidu, Inc. Simply known as Baidu and incorporated on January 18, 2000, is a Chinese web services company headquartered in the Baidu Campus in Haidian District, Beijing, People's Republic of China.
  Baidu provides an index of over 740 million web pages, 80 million images, and 10 million multimedia files. Baidu offers multi-media content including MP3 music and movies, and is the first in China to offer WAP and PDA-based mobile search.

**Trading Hours : Mon - Fri from 14:30 - 20:00**

- ▸ **BARCLAYS**
  Open ☐
  Barclays is a global financial services company headquartered in London, United Kingdom. As of 2010, it is the world's 10th-largest banking and financial services group and 21st-largest company according to a composite measure by Forbes magazine.[3] It has operations in over 50 countries and territories across Africa, Asia, Europe and South America and around 48 million customers.[4] As of 30 June 2010 it had total assets of €1.94 trillion, the third-largest of any bank worldwide (after BNP Paribas and HSBC).

**Trading Hours:** Mon - Fri from 12:00 - 13:50
**Reuters Code:** BARC
**Expiry Rule:** (Bid + Ask) / 2

- ▸ **AMAZON**
  Open ☐
  Amazon.com, Inc. (NASDAQ: AMZN) is a US-based multinational electronic commerce company. Headquartered in Seattle, Washington, it is the largest online retailer in the United States, with nearly three times the Internet sales revenue of the runner up, Staples, Inc., as of January 2010.

**Trading Hours : Mon - Fri  from 14:30 - 20:00**

- ▸ **NISSAN MOTOR**
  Open ☐
  Nissan Motor Company Ltd usually shortened to Nissan (play / ˈniːsɑːn/ or UK /ˈnɪsæn/; Japanese: [nisaɴ]), is a multinational automaker headquartered in Japan. It was formerly a core member of the Nissan Group, but has become more independent after its restructuring under Carlos Ghosn (CEO). It formerly marketed vehicles under the "Datsun" brand name and is one of the largest car manufacturers in the world. As of 2011, the company's global headquarters is located in Nishi-ku, Yokohama. In 1999, Nissan entered a two way alliance with Renault S.A. of France, which owns 43.4% of Nissan while Nissan holds 15% of Renault shares, as of 2008. The current market share of Nissan, along with Honda and Toyota, in American auto sales represent the largest of the automotive firms based in Asia that have been increasingly encroaching on the historically dominant US-based "Big Three" consisting of GM, Ford and Chrysler. In its home market, Nissan is the third largest car manufacturer, with Honda being second by a small margin of 2,000 units and Toyota in a very dominant first. Along with its normal range of models, Nissan also produces a range of luxury models branded as Infiniti.

- ▸ **LUKOIL (RUSSLAND)**
  Open ☐
  Enter Content
- ▸ **SBERBANK (RUSSLAND)**
  Open ☐
  Please Enter Content
- ▸ **Gazprom (Russland)**
  Open ☐
  Enter Content

**Start Trading Now**

🔒 Open your Account **safely in 58 Seconds** ...

| First Name | Last Name |

| Choose your country ▾ |

| Email |

| 1 |

| My Phone |

| Send |

**How to trade**

- Binary
  optionsFirst
- Options
  Builder
- One
  Touch

- 1
  Select the asset you want to trade
- 2
  Click "Call" if you think the price will rise above the current rate at the expiry, or click "**Put**" if you think the price will fall below the current rate at the expiry
- 3
  Enter the amount you want to invest & click "**Apply**"
- 4
  Get up to **75% profit!**
- 1

**10**

Select the asset regarding the asset, expiry time and combine risk/Prospect vantage

- 2

Enter Investment Amount

- 3

Choose **"Call"** if you think the price will rise above the current rate at the expiry, or **"Put"** if you think the price will fall below the current rate at expiry

- 4

Click **"Apply"**

- 1

Pick the option you believe will rise or fall to the target price

- 2

Click **"Call"** or **"Put"**

- 3

Click **"Apply"**.

Chat24_7
Phone
Skype
EmailUs

Live Financial News

Consumer confidence in the United States reached a six-year high in the third quarter...

JPMorgan's $13 billion deal hits stumbling blocks: sources
JPMorgan Chase & Co and the U.S. Justice Department have hit snags in working out the...

LinkedIn's conservative forecast gives pause to sizzling...
LinkedIn Corp issued a conservative revenue forecast through the end of the year that...

U.S. House passes bill to delay fiduciary rules at SEC...
The U.S. House of Representatives passed a controversial bill on Tuesday that would...

Adobe data breach more extensive than previously disclosed
Adobe Systems Inc said on Tuesday that the scope of a cyber-security breach disclosed...

SEC sues investor over alleged Carter's insider-trading...
The Securities Exchange Commission filed a civil complaint Tuesday against a retired...

enterSubcategoryName [          ]

selectCategory [ Stocks ▾ ]

BDSwiss

- Binary Option
- One Touch Options
- Option Builder
- 60 Second Options

Information

- How To Trade
- FAQ
- Glossary

Analyst Review

- Banking
- Asset Index
- Expiry Rates Rules
- Expired Rates

Privacy Policy

- About us
- Disclaimer
- Terms & Conditions
- Privacy

Risk Warning: "Trading Binary Options is highly speculative and carries a high level of risk. It is possible to lose all your capital. These products may not be suitable for everyone and you should ensure that you understand the risks involved. Seek independent advice if necessary". Keplero Holdings Ltd is authorised and licensed by Cyprus Securities and Exchange Commission (License No. 199/13).Please review the company policys regarding the regulation here.

Registered Address: Keplero Holdings Ltd. Themistokli Dervi 41 HAWAI TOWER, 7th floor, Nikosia, Zypern

For complaints please email us at: complaints@bdswiss.com

**Affiliate? We love Affiliates!**
Login or open trading account

[ Email ]
[ Password ]
[ Login ]

- [Example $1 | 4](#)
- Menu
- [Home](#)
  - [Demo](#)
    - [Our Team](#)
    - Forex
      - [ECN Web Trader](#)
      - [MT5 for Windows](#)
      - [MT5 for Android](#)
      - [MT5 for iPhone](#)
    - Crypto Trading
      - [First steps](#)
      - [How To Trade](#)
      - [Trade Examples](#)
    - [Account Types](#)
    - [BDSWISS STRATEGY](#)
      - [What is it PDF](#)
      - [Trading Strategy](#)
    - Account Types
      - [Classic Types](#)
      - [Account Bonuses](#)
    - [CFD TYPES](#)
      - [What is it](#)
      - [Stock Trading](#)
    - Help & FAQ
      - [Trading FAQ](#)
      - [Web Trader](#)
    - Company
      - [Terms & Conditions](#)
      - [Risk Disclaimer](#)
      - [Privacy Policy](#)
    - Contact us
      - [CONTACT DETAILS](#)
  - Reviews
    - [Platform & Tools](#)
    - [Mobile Trading](#)
    - [Account Types](#)
    - [Deposit Options](#)
  - [About Us](#)
  - [Sign Up](#)
  - [Project Boost Ltd](#)

# BDSWISS

FX

FX FOREX or money pairs describe the trade as a system of world currencies. The price for a money pair is always displayed at how many units of the second currency you would invest in the one unit of the first currency.

## Commodities

Raw material also known as commodities describe the trade in goods that have an assessable price. These includes precious metals such as gold, oil or raw petroleum as well as integral oils of raw natural gas.

## Indices

Indices are comparisons of multiple underlying assets with certain characteristics. It following: index includes technology stocks, the DAX includes the 30 largest German companies or the investment of the fluctuations of the S&P 500, which is calculated by the US.

## Pairs

Trading an underlying asset pair go to broker a whole asset list, in excess its number over. Here the question can need to answer for yourself is, which of the two underlying assets will be more affected by the move.

## Stocks

Stocks are shares of listed companies on the stock exchanges. The stock trend trading requires a high level of the initial capital, which is why Binary Options are a welcome alternative.

Shares you invested and trend trading go to their broker's directions. The demo account is made and free of charge.

---

- Support from 11:00 – 23:00 UTC

© Project Boost Ltd

BDSwiss™ is a trademark.





# How To Start Trading Binary Options

Binary options trading has become a very profitable type of investment. However, it requires market knowledge, experience and wisdom to make consistent gains. For this reason, every Binary Brokerz trader is assigned an expert personal broker. They are available to provide the valuable guidance and support that every trader can benefit from.

## Binary Options Trading for Beginners

### Choose an Asset

Binary Brokerz offers over 100+ financial assets such as a currency pairs, commodities, stocks or indices. Choosing the right (LINK: Asset index Page) asset type for you will come down to personal preference and the degree of volatility you are most comfortable trading with. While currency pairs are typically the most volatile type of asset to trade, they can appeal to a certain type of trader who prefers to trade with heavy market movement. Trading an asset like stocks can be more predictable, as the trader can base their decisions around the most recent news updates, trading signals and their personal broker's expert analysis. Ultimately, we recommend choosing the asset type that you are most comfortable with after doing market research and consulting with your personal broker.

### Set the Expiry Time

After choosing your asset, you need to set the expiration of the asset. There are short-term trades as low as 30 seconds and long term trades that can last more than a month. Long term trades are recommended for traders with good long-term analysis of a specific asset, and short-term trading is recommended for traders who are looking to quickly take advantage of a hot trend in the markets. If you do not have a strategy of your own, our expert personal brokers can build you one that is customized to meet your financial goals.

### Select the Binary Option Type

There are four main binary options trade types to choose from: Classical, Short-term, Boundary, and One Touch. While the most popular binary options types are Classical and Short-term, the more exotic binary options such as Boundary and One Touch offer higher yield versions, with payouts of up to 380% of the original investment. You can find out more detailed information about the types of binary options on the (LINK: BINARY OPTIONS TYPES) BINARY OPTIONS TYPES page.

### Pick Which Direction

This is when you make your prediction on which direction you think the binary option asset will move by the time of expiration. Choose whether the asset will go up or down by selecting either "Call" or "Put". The "Call" option predicts that the price of the asset will be higher than it was at the time you entered the trade, and the "Put" option predicts that it will be lower. We recommend using (LINK: Signals) signals, (LINK: Social Trading) social trading, and consulting with your personal broker for proper analysis so that you are make an informed trade, rather than just financial betting.

## Open a Binary Options Account

Opening a trading account with BBZ is both easy and free of charge. Simply click the link below and fill out your details in the form. Once you have correctly filled out the form, you will be contacted by your personal broker who will give you your expert financial guidance, tailored to meet your individual financial goals.

Open a Real Account with Binary Brokerz





RISK DISCLAIMER: BINARY OPTIONS TRADING CAN RESULT IN REAL LOSS, AND THEREFORE TRADERS ARE ADVISED TO EXERCISE CAUTION WHEN TRADING BINARY OPTIONS THROUGH BINARY MARKETS, AND NOT TO INVEST BEYOND THEIR CURRENT FINANCIAL MEANS. BINARY MARKETS ACCEPTS NO LIABILITY FOR INDIVIDUAL OR CORPORATE CUSTOMER TRADES.

CLIENTS SHOULD CAREFULLY REVIEW ALL TERMS AND CONDITIONS OF BINARY MARKETS PRIOR TO OPENING AN ACCOUNT.  ALL PROMOTIONAL OFFERS ARE SUBJECT TO CLIENT'S ACCEPTANCE OF TERMS AND CONDITIONS AND MAY BE SUBJECT TO CHANGE. ALL CLIENTS REGISTERING ON BINARY MARKETS AGREE TO ACCEPT ALL TERMS AND CONDITIONS WHICH MAY INCLUDE AN ASSESSMENT OF FEES AND CHARGES.



Open Practice Account | Open Trading Account | Live Chat | +44-1438-949878 | English ▾

| Trading Zone | Asset Index | Past Expiries | About Us | Contact Us | 21 Jan |

Open Practice Account | Open Trading Account | Live Chat | +1-800-9290593 | English ▾

## Index of Underlying Assets

OneOption

Hover mouse over any asset to see description, trading hours (UTC) and trading symbol.

Assets will be available to trade when markets are open for that particular asset. Not all assets are available for every bnryoptions.com trading contract on offer. If you do not see your favourite asset listed below please contact us by phone, email or via livechat and we will do our best to add your asset of choice. Please note bnryoptions.com is continually adding new assets to enhance your trading experience.

| Commodities | Currencies | Indices |
| --- | --- | --- |
| Copper | AUD/USD | NIKKEI 225 |
| Crude | GBP/JPY | TOPIX 500 |
| Gold | GBP/USD | Bovespa |
| Coffee | EUR/GBP | DAX FUT |
| Sugar | EUR/JPY | NASDAQ |
| Silver | EUR/USD | S&P FUT |
| | NZD/USD | CAC FUT |
| | USD/CAD | FTSE 100 FUT |
| | USD/RUB | IBEX |
| | USD/JPY | SPI 200 Future |
| | USD/CHF | BEL-20 |
| | USD/NOK | AEX-25 |
| | USD/SEK | |



| Stocks |
| --- |
| Apple |
| Boeing |
| Exxon Mobile |
| McDonalds |
| Google |
| Microsoft |
| Nike |
| Facebook |
| Disney |
| Amazon |
| Baidu |
| Vodafone |
| BMW |
| Coca Cola |
| Mitsubishi |
| HSBC |
| BP |
| Allianz |
| Siemens AG |
| Total |
| Vivendi |
| Renault |
| Gazprom |
| France Telecom |
| Honda |
| Toyota |
| Sony |
| Konami |
| Morgan Stanley |
| General Electric |
| Citigroup |
| Repsol |
| Telefonica |
| eBay |
| Chevron |
| Intel |
| IBM |
| Bayer |
| Danone |
| Deutsche Telekom |

Free Webinars

24/7 Client Support Center



livechat    phone    email    ebook    youtube





## ACCOUNTS
Open Account
Practice Account
Types of Account
Personal Broker
Data Security

## BANKING
Deposit Options
Withdrawal Options
Safety of Funds
Compliance
Regulation

## TRADING
Expiry Rate Rules
Types of Trade
Trading Tools
Trading Tips
Binry Option FAQ's

## RESOURCES
Daily Market Analysis
Professional Chart Tools
Economic Calendar
Market Schedule
Terminology

## LEARNING
How to Trade
Fundamental Analysis
Technical Analysis
Live Webinars
E-Book

## MARKETING
About Us
Affiliates
Refer a Friend
What is a Bonus?
Bonus Terms & Conditions

## LEGAL
Terms & Conditions
Privacy Policy
Quality Assurance
Copyright Statement
Risk Warning

TRADOLOGIC

bnryoptions.com is a simple yet powerful, next generation binary options trading platform  |  bnryoptions.com offers more trade types and unique trading tools for hundreds of underlying assets under limited risk  |  Your bnryoptions.com trading account is always free of any commissions  |  The bnryoptions.com trading platform is available 24/7 on commodities, stocks, indices and currency pairs  |
The bnryoptions.com  platform offers 60 second, half hourly, hourly, daily, weekly and monthly expiries  |  Profits can range from 70% to 330% for a single in-the-money option trade whilst limiting risk

Important risk note: client agrees to use the site at the client's own risk  |  Binary options trading involves significant risk and the trading of binary options could involve risk of partial
or total loss of clients' initial and subsequent deposits  |  bnryoptions.com asks that you read our terms and conditions before executing any transactions  |  Asset prices shown
on bnryoptions.com trading platform indicate the price at which bnryoptions.com is willing to sell an option at any given moment and is not necessarily the real time price  |  The price
may vary from the value of the asset in real time or at their point of sale  |  bnryoptions.com clients should be aware of their capital gains tax liability due in their country of residence

Copyright © 2012-13   All Rights Reserved
bnryoptions.com

Open Practice Account  |  Open Trading Account  |  Live Chat  |  Contact Us

**bnry** OPTIONS.COM



JUR/JPY 141.572 07.00 18.03 SILVER 21.0755 07.00 18.03 AUD/USD 0.90692 07.00 18.03 USD/JPY 101.653 07.00 18.03 EUR/USD 1.393

## Financial News

Reuters: Business News    Reuters: Money

Republican lodges ethics complaint against rival over Herbalife

Microsoft's CEO may unveil Office for iPad on March 27: source

Ahead of bankruptcy hearing, LightSquared seeks finding against Ergen

## Binary Trading Asset Index

Stocks
Currencies
Commodities
Indices

### ▾Apple (US)

Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.

Trading Hours Mon – Fri 15:00 – 19:00
Reuters Code : AAPL.O
Expiry Rule : (Bid + Ask) / 2

### ▾BP (British Petroleum)

BP plc is the third largest global energy company, the 5th largest company in the world and UK's largest company,  with headquarters in St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world, and one of the six "supermajors" (vertically integrated private sector oil exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100

Trading hours Mon – Fri 7:30 – 15:30
Reuters Code : BP.L
Expiry Rule : (Bid + Ask) / 2

### ▾CITI (US)

Citigroup Inc. (branded Citi), is a major American financial services company based in New York. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.

It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

Trading Hours : Mon – Fri 15:00 – 19:00
Reuters Code : C
Expiry Rule : (Bid + Ask) / 2

### ▾Coca Cola (US)

Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

Trading Hours : Mon – Fri 15:00 – 19:00
Reuters Code : KO
Expiry Rule : (Bid + Ask) / 2

### ▾Gazprom (Russia)

Gazprom (English: Open Joint Stock Company "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company

Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake. In 2008, the company produced 549.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

Trading hours Mon – Fri 7:30 – 14:00
Reuters Code : GAZP.MM
Expiry Rule : (Bid + Ask) / 2

### ▾HSBC holdings (London)

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. As of 2009, it is both the world's largest banking group and the world's 6th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings. Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals.

HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

Trading hours Mon – Fri 7:30 – 15:30
Reuters Code : HSBA L
Expiry Rule : (Bid + Ask) / 2

### IBM

IBM International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells computer hardware and software, and it offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.

### Lukoil (Russia)

Lukoil (RTS:LKOH LSE: LKOD NASDAQ: LUKOY) is Russia's largest oil company and its largest producer of oil. In 2007, the company produced 96.645 million tons of oil; 1.953 million barrels per day.

Its international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to ExxonMobil) in terms of proven oil and gas reserves. In 2008, the company had 19.3 billion barrels of oil equivalent per SPE standards. This accounts to some 1.3% of global oil reserves. The company has operations in more than 40 countries around the world.

Trading hours Mon – Fri 7:30 – 14:00
Reuters Code : LKOH MM
Expiry Rule : (Bid + Ask) / 2

### Microsoft (US)

Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.

The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. Its products have all achieved near-ubiquity in the desktop computer market.

When the company debuted its IPO in March 13, 1986, the stock price was US $21. By the end of the first trading day, the stock had closed at $28. The stock price peaked in 1999 at around US $119.

In the last few years, the price of Microsoft's stock largely remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008.

Trading Hours : Mon – Fri 15:00 – 19:00
Reuters Code : MSFT.O
Expiry Rule : (Bid + Ask) / 2

### Nike (US)

Nike, Inc. is a major publicly traded sportswear and equipment supplier based in the United States. It is the world's leading supplier of athletic shoes and apparel and a major manufacturer of sports equipment with revenue in excess of $18.6 billion USD in its fiscal year 2008 . As of 2008, it employed more than 30,000 people worldwide.

The company was founded on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Philip Knight, and officially became Nike, Inc. in 1978. The company takes its name from Nike (Greek Νίκη pronounced [ni ke ]), the Greek goddess of victory. It is also based on Egyptian usage of "strength", "victory", nakht. Nike markets its products under its own brand as well as Nike Golf, Nike Pro, Nike+. Air Jordan, Nike Skateboarding and subsidiaries including Cole Haan, Hurley International, Umbro and Converse. In addition to manufacturing sportswear and equipment, the company operates retail stores under the Niketown name.

Trading Hours Mon – Fri  15:00 – 19:00
Reuters Code : NKE
Expiry Rule : (Bid + Ask) / 2

### Nissan Motor

NISSAN MOTOR Nissan Motor Company Ltd usually shortened to Nissan (play / ni so n/ or UK / nɪsæn/, Japanese: [nis aɴ]), is a multinational automaker headquartered in Japan. It was formerly a core member of the Nissan Group, but has become more independent after its restructuring under Carlos Ghosn (CEO) t formerly marketed vehicles under the "Datsun" brand name and is one of the largest car manufacturers in the world. As of 2011, the company's global headquarters is located in Nishi-ku, Yokohama. In 1999, Nissan entered a two way alliance with Renault S.A of France, which owns 43.4% of Nissan while Nissan holds 15% of Renault shares, as of 2008. The current market share of Nissan, along with Honda and Toyota. In American auto sales represent the largest of the automotive firms based in Asia that have been increasingly encroaching on the historically dominant US-based "Big Three" consisting of GM, Ford and Chrysler. In its home market, Nissan is the third largest car manufacturer, with Honda being second by a small margin of 2,000 units and Toyota in a very dominant first. Along with its normal range of models, Nissan also produces a range of luxury models branded as Infiniti.

### Petrobras

PETROBRAS Petrobras is the largest company In Latin America by market capitalization and revenue, and the largest company headquartered in the Southern Hemisphere by market value. The company was founded in 1953, mainly due to the efforts of then Brazilian President Getúlio Vargas. While the company ceased to be Brazil's legal monopolist in the oil industry in 1997, it remains a significant oil producer, with output of more than 2 million barrels of oil equivalent per day, as well as a major distributor of oil products.

### S.Bank (India)

S.BANK INDIA State Bank of India  is the largest state-owned banking and financial services company with its headquartered in Mumbai, India. The bank traces its ancestry to British India, through the Imperial Bank of India, to the founding in 1806 of the Bank of Calcutta, making it the oldest commercial bank in the Indian Subcontinent. Bank of Madras merged into the other two presidency banks, Bank of Calcutta and Bank of Bombay to form Imperial Bank of India, which in turn became State Bank of India. The government of India nationalized the Imperial Bank of India in 1955, with the Reserve Bank of India taking a 60% stake, and renamed it the State Bank of India. In 2008, the government took over the stake held by the Reserve Bank of India.

### Sberbank (Russia)

Sberbank Rossii (MICEX:SBER RTS:SBER) ( "Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and its history goes back to the financial reform of 1841. In many regions, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs.

Trading hours Mon – Fri 8:00 – 14:00
Reuters Code : SBER03 MM
Expiry Rule : (Bid + Ask) / 2

### Straits times

The Straits Times Index (STI) is a market value-weighted stock market index based on the stocks of 30 representative companies listed on the Singapore Exchange.

Launched in the wake of a major sectoral re-classification of listed companies by the Singapore Exchange and began trading 31 August 1998. Then, it represented 78% of the average daily traded value over a 12-month period and 61.2% of total market capitalisation on the exchange.

It comes under formal review at least once annually. One such review, for instance, raised the number of stocks from 45 to 50, which took effect when trading resumed on 18 March 2005. This change reduced the index representation of the average daily traded value to 60%, while increasing its total market capitalisation to 75%.

Trading Hours : Mon – Fri  2:00 – 4:00 and 6:30 – 8:30
Reuters Code :  FTSTI
Expiry Rule : Reuters Last Rate

### Tata motors (India)

TATA MOTORS (INDIA)Tata Motors Limited (NSE: TATAMOTORS, BSE: 500570, NYSE: TTM), is a multinational corporation headquartered in Mumbai, India. Part of the Tata Group, it was formerly known as TELCO (TATA Engineering and Locomotive Company). Tata Motors has a consolidated revenue of USD 16 billion after the acquisition of British automotive brands Jaguar and Landrover in 2008.It is India's largest company in the automobile and commercial vehicle sector with upwards of 70% cumulative Market share in the Domestic Commercial vehicle segment, and a midsized player on the world market with 0.81% market share in 2007 according to OICA data. The OICA ranked it as the 19th largest automaker, based on figures for 2007 Tata Motors is a dual-listed company traded on both the Bombay Stock Exchange, as well as on the New York Stock Exchange. Tata Motors in 2005, was ranked among the top 10 corporations in India with an annual revenue exceeding INR 320 billion.

### Tesco

TESCO Tesco plc (LSE: TSCO) is a global grocery and general merchandising retailer headquartered in Cheshunt, United Kingdom.It is the third-largest retailer in the world measured by revenues (after Wal-Mart and Carrefour) and the second-largest measured by profits (after Wal-Mart). It has stores in 14 countries across Asia, Europe and North America and is the grocery market leader in the UK (where it has a market share of around 30%). Malaysia, the Republic of Ireland and Thailand

### Teva Pharma

TEVA PHARMA Teva Pharmaceutical Industries Ltd. NASDAQ: TEVA is an international pharmaceutical company headquartered in Petah Tikva, Israel. It specializes in generic and proprietary pharmaceuticals and active pharmaceutical ingredients. It is the largest generic drug manufacturer in the world  and one of the 15 largest pharmaceutical companies worldwide.

### Topix

Tokyo stock Price IndeX, commonly known as TOPIX, along with Nikkei 225, is an important stock market index for the Tokyo Stock Exchange in Japan, tracking all domestic companies of the exchange's First Section. It is calculated and published by the TSE. As of February 1, 2011, there are 1,669 companies listed on the First Section of the TSE. The market value for the index on the same date, is 197.401 Billion Yen.

Trading Hours : Mon – Fri 00:30-02:00 & 04:00-06:00 GMT

### Toyota motor (JPN)

Toyota is publicly traded on the Tokyo, Osaka, Nagoya, Fukuoka, and Sapporo exchanges under company code TYO: 7203. In addition, Toyota is foreign-listed on the New York Stock Exchange under NYSE: TM and on the London Stock Exchange under LSE: TYT. Toyota has been publicly traded in Japan since 1949 and internationally since 1999.

As reported on its consolidated financial statements, Toyota has 540 consolidated subsidiaries and 226 affiliates

Trading Hours: Mon – Fri 13:30 – 20:00 GMT
Reuters code:
Formula: (Bid + Ask) / 2

### Turkcell (Turkey)

TURKCELL (TURKEY)Turkcell (NYSE: TKC) is the leading mobile phone operator of Turkey, based in Istanbul. The company has 36.3 million subscribers by the end of September 2008, making it the third biggest in Europe. Turkcell is traded both at the Turkish Stock Exchange and the NYSE.Trade/Xp enables trading on the Turkcell stock both in the Turkish Exchange and in the NYSE.

### AUD/USD

The exchange rate of the Australian Dollar currency and the United States Dollar currency.

Trading Hours : Mon – Fri 00.00 – 23.59
Reuters code : AUD=
Expiry Rule : (Bid + Ask) / 2

### EUR/GBP

The exchange rate of the Euro and the British Pound.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : EURGBP=
Expiry Rule : (Bid + Ask) / 2

### EUR/JPY

The exchange rate of the Euro and the Japanese Yen.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : EURJPY=
Expiry Rule : (Bid + Ask) / 2

### EUR/USD

The exchange rate of the Euro and the United States Dollar.

Trading Hours: Mon – Fri 00.00 – 23.59
Reuters code: EUR=
Expiry Rule: (Bid + Ask) / 2

### GBP/USD

The exchange rate of the British Pound currency and the United States Dollar currency

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : GBP=
Expiry Rule : (Bid + Ask) / 2

### NZD/USD

The exchange level of the New Zealand Dollar and the United States Dollar

Trading Time : Sun – Thu 20:00 – 09:00 Fri 20:00 – 01:00
Reuters code : NZD=
Expiry Rule: (Bid + Ask) / 2

### USD/BRL

The exchange rate of the United States Dollar currency and the Brazilian Real

Trading Hours : Mon – Fri 13.00 – 19:00
Reuters code BRL=
Expiry Rule : (Bid + Ask) / 2

### USD/CAD

The exchange rate of the United States Dollar currency and the Canadian Dollar currency

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : CAD=
Expiry Rule : (Bid + Ask) / 2

### USD/CHF

The exchange level of United States Dollar and the Swiss Franc.

Trading Time : Mon – Fri 08:00 – 00:00 Fri 08:00 – 01:00
Reuters code : CHF=
Expiry Rule : (Bid + Ask) / 2

### USD/EGP

The exchange rate of the United States Dollar and the Egyptian Pound.

Trading Hours: Mon – Thu 8.00 – 11:00 and Fri 8.00 – 9:00
Reuters code EGP =
Expiry Rule: (Bid + Ask) / 2

### USD/JPY

The exchange rate of the United States Dollar currency and the Japanese yen currency

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : JPY=
Expiry Rule : (Bid + Ask) / 2

### USD/RUB

The exchange rate of the United States Dollar and the Russian Ruble

Trading Hours : Mon – Fri 8.00 – 13:00
Reuters code RUB =
Expiry Rule: (Bid + Ask) / 2

### USD/SGD

The exchange rate of the United States Dollar and the Singapore Dollar.

Trading Hours : Mon – Fri 2:00 – 9:00
Reuters code : SGD=
Expiry Rule : (Bid + Ask) / 2

### USD/TRY

The exchange rate of the United States Dollar currency and the Turkish New Lira currency

Trading Hours : Mon – Fri 7:30 – 13:30
Reuters code : TRY=
Expiry Rule : (Bid + Ask) / 2

### USD/ZAR

The exchange rate of the United States Dollar and the South African Rand.

Trading Hours : Mon – Fri 9:00 – 16:00
Reuters code : ZAR=
Expiry Rule : (Bid + Ask) / 2

### Coffee

One of the world's most popular drinks, it is assumed that 80% of adults drink some sort of coffee or a derivative of coffee at list once a day. Like many other soft commodities Brazil is the largest producer of coffee.
The future contracts are dollar dominated and represent the price of sugar for 37,500 pounds. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July September and December).

Platform trading hours 12:00-18.00GMT
CME symbol KT

### Gold

Historically gold coinage was widely used as currency. When paper money was introduced, it typically was a receipt redeemable for gold coin or bullion. In an economic system known as the gold standard, a certain weight of gold was given the name of a unit of currency. For a long period, the United States government set the value of the US dollar so that one troy ounce was equal to $20.67 ($664.56/kg), but in 1934 the dollar was devalued to $35.00 per troy ounce ($1125.27/kg). By 1961 it was becoming hard to maintain this price, and a pool of US and European banks agreed to manipulate the market to prevent further currency devaluation against increased gold demand.
On March 17, 1968, economic circumstances caused the collapse of the gold pool, and a two-tiered pricing scheme was established whereby gold was still used to settle international accounts at the old $35.00 per troy ounce ($1.13/g) but the price of gold on the private market was allowed to fluctuate; this two-tiered pricing system was abandoned in 1975 when the price of gold was left to find its free-market level
Today Gold is considered to be a natural hedge against world inflation and in the last few years together with crude prices and other metals, was highly correlated with world global growth, especially in emerging markets.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters Code : XAU=
Expiry Rule : (Bid + Ask) / 2

### Oil (Light sweet crude)

Sweet crude oil is a type of petroleum. Petroleum is considered "sweet" if it contains less than 0.5% sulfur, compared to a higher level of sulfur in sour crude oil. Sweet crude oil contains small amounts of hydrogen sulfide and carbon dioxide. High quality, low sulfur crude oil is commonly used for processing into gasoline and is in high demand, particularly in the industrialized nations. "Light sweet crude oil" is the most sought-after version of crude oil as it contains a disproportionately large amount of these fractions that are used to process gasoline, kerosene, and high-quality diesel. The term "sweet" originated because the low level of sulfur provides the oil with a mildly sweet taste and pleasant smell. Nineteenth century prospectors would taste and smell small quantities of the oil to determine its quality.

This type of oil is considered a benchmark for oil and is traded at the Chicago Mercantile Exchange. The oil is considered a natural hedge against inflation as in the last few years was highly correlated with the world's growth.

Trading Hours : Mon – Fri 7.00 – 19:00
Reuters Code : CLV1
Expiry Rule :  (Bid + Ask) / 2

### Platinum

Platinum is a chemical element with the chemical symbol Pt and an atomic number of 78.

Platinum is used in jewelry, laboratory equipment, electrical contacts and electrodes, platinum resistance thermometers, dentistry equipment, and catalytic converters. Platinum bullion has the ISO currency code of XPT. Platinum is a commodity with a value that fluctuates according to market forces. On June 5, 2009, Platinum was worth $1263.00 per troy ounce (approximately $40.09 per gram).

Trading Hours : Mon – Fri 7.00 – 19:00
Reuters Code : XPT=
Expiry Rule :  (Bid / Ask) / 2

### Silver

Silver, in the form of electrum (a gold-silver alloy), was coined to produce money in around 700 BCE by the Lydians. Later, silver was refined and coined in its pure form. Many nations used silver as the basic unit of monetary value. In the modern world, silver bullion has the ISO currency code XAG. The name of the United Kingdom monetary unit "pound" reflects the fact that it originally represented the value of one troy pound of sterling silver. In the 1800s, many nations, such as the United States and Great Britain, switched from silver to a gold standard of monetary value, then in the 20th century to fiat currency.

Much like gold, it is considered to be a natural hedge against inflation and in the last few years was highly correlated with world growth.

Trading Hours : Mon – Fri 7.00 – 19:00
Reuters Code : XAG=
Expiry Rule :  (Bid + Ask) / 2

### Sugar

The sugar is one of the world's leading sweeteners, mainly produced in Brazil.

There are many types of sugars which all are rated by the ICUMSA (International commission uniform methods of sugar analysis), at our platform the sugar is traded as quoted and cleared by the CME group.

The future contracts are dollar dominated and represent the price of sugar for 112,000 units. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July and October).

Platform trading hours 12:00 – 18:00
CME symbol  YO
Expiry rule (Bid + Ask)/2

### Wheat

Wheat is a grass, originally from the Fertile Crescent region of the Near East, but now cultivated worldwide. In 2007 world production of wheat was 607 million tons, making it the third most-produced cereal after maize (784 million tons) and rice (651 million tons) Globally, wheat is the leading source of vegetable protein in human food, having a higher protein content than either maize (corn) or rice, the other major cereals. In terms of total production tonnages used for food, it is currently second to rice as the main human food crop, and ahead of maize, after allowing for maize's more extensive use in animal feeds.

Trading Hours : Mon – Fri 14:30-17:00 GMT

## BOMBAY SE

Representing a fast growing economy of India, the BSE Sensex or Bombay Stock Exchange Sensitive Index is a value-weighted index composed of 30 stocks of the largest and most actively traded stocks, representative of various sectors, on the Bombay Stock Exchange. These companies account for around one-fifth of the market capitalization of the BSE.

The index has increased by over ten times from June 1990 to the present. The long-run rate of return on the BSE Sensex works out to be 18.6% per annum, which translates to roughly 9% per annum after compensating for inflation. The index includes stocks such as TATA MOTORS and HDFC BANK.

Trading Hours – Fri 4:30 – 10:30
Reuters Code : BSESN
Expiry Rule : Reuters Last Rate

## CAC (FRANCE)

The CAC 40 (Cotation Assistée en Continu – Continuous Assisted Quotation) is a benchmark French stock market index. The index represents a capitalization-weighted measure of the 40 most significant values among the 100 highest market caps on the Paris Bourse (now Euronext Paris).
The CAC 40 Includes companies such as BNP Paribas, Renault, L'Oreal and France Telecom.

Trading Hours : Mon – Fri 7:30 – 15:30
Reuters Code : FCHI
Expiry Rule : Reuters Last Rate

## DAX (GERMANY)

The DAX (Deutscher Aktien IndeX, formerly Deutscher Aktien-Index (German stock index)) is a blue chip stock market index consisting of the 30 major German companies trading on the Frankfurt Stock Exchange. The DAX index includes stocks such as Adidas, Deutsche Bank and Bayer.

Trading Hours : Mon – Fri 7:30 – 15:30
Reuters Code : GDAXI
Expiration Rule : Reuters Last Rate

## DOW (US)

Traded on the NYSE (New York Stock Exchange) the Dow Jones Industrial Average (i.e. Industrial Average, Dow Jones, Dow 30, or  Dow) compiles the index to gauge the  performance of the industrial sector within the American economy.

Trading Hours : Mon – Fri 15:00 – 19:00
Reuters Code : DJI
Expiry Rule : Reuters Last Rate

## DUBAI (DUBAI FINANCIAL MARKET GENERAL INDEX)

The Dubai Financial Market is a stock exchange located in Dubai, United Arab Emirates. It was founded on March 26, 2000.

There are about 57 companies listed (as of August 2007) on DFM, most of them are UAE-based companies and a few dual listings for companies based in other MENA region countries.

During 2004 and 2005, there were significant increases in the volume of shares traded and the share prices of many companies. However, towards the end of 2005 and through the first few months of 2006 the bubble burst and share values dropped by around 60% on DFM, along with similar decreases in most other Persian Gulf stock markets.

The DFM index includes stocks such as DUBAI ISLAMIC BANK and the EMIRATES TELECOMUNICATION COMPANY.

Trading Hours: Sun – Thu 6:30 – 9:50
Reuters Code : DFMGI
Expiry Rule : Reuters Last Rate

## FTSE 100 (UK)

The FTSE 100 Index — also called FTSE 100, FTSE, or, informally, the "footsie" is a share index of the 100 most highly capitalized UK companies listed on the London Stock Exchange. Because the FTSE includes large international companies such as HSBC, BP, Vodafone and Unilever it is considered to be a Global Index and as such is followed by investors world wide.

Trading Hours : Mon – Fri 7:30 – 15:30
Reuters Code : FTSE
Expiry Rule : Reuters Last Rate

## HANG SENG (HONG KONG)

HSI was started on November 24, 1969, and is currently compiled and maintained by HSI Services Limited. It is a subsidiary of Hang Seng Bank, the largest bank registered and listed in Hong Kong in terms of market capitalisation. It is responsible for compiling, publishing and managing the Hang Seng Index

Trading Hours Mon – Fri  2:30 – 4:30
Reuters Code : HSI
Expiry Rule : Reuters Last Rate

## ISE 30 (ISTANBUL STOCK EXCHANGE)

The Istanbul Stock Exchange (ISE) is the only corporation in Turkey for securities exchange established to provide trading in equities, bonds and bills, revenue-sharing certificates, private sector bonds, foreign securities and real estate certificates as well as international securities.
ISE is home to 320 national companies. Local trading hours are 09:30-12:00 for the first session and 14:00-17:00 for the second session, on workdays. All ISE members are incorporated banks and brokerage houses.

Trading Hours Mon – Fri 7:00 – 9:00 and 11:10 – 13:50
Reuters Code : XU030
Expiry Rule : Reuters Last Rate

## KL FUTURE

The Kuala Lumpur Composite Index is a capitalization-weighted stock market index introduced in 1986.
The FTSE Bursa Malaysia comprises the largest 30 companies listed on the Malaysian Main Market by full market capitalisation that meet the eligibility requirements of the FTSE Bursa Malaysia Index Ground Rules.

Trading Hours : Mon – Fri 3:00 – 5:00
Reuters Code : KLIc1
Expiry Rule (Bid + Ask) / 2

## KUWAIT (KUWAIT GENERAL INDEX)

The Kuwait Stock Exchange (KSE) is the national stock market of The State of Kuwait. Although several share holding companies (such as NBK in 1952) existed in Kuwait prior to the creation of the KSE, it was not until October 1962 that a law was passed to organize the country's stock market.
The Kuwait Stock Exchange is also among the first and largest stock exchanges in the Persian Gulf region, and is now gaining prominence as one of the most potentially important in the world.

21

Trading Hours : Sun – Thu 9.35 – 22
Reuters Code : KWSE
Expiry Rule : Reuters Last Rate

### MICEX 10 (Moscow Interbank Exchange)

The MICEX 10 Index is a price non-weighted index, calculated as the arithmetic mean of the change of prices of 10 most liquid stocks admitted to circulation in the Stock Market Section of the Moscow Interbank Currency Exchange in Moscow. The Index includes Russian Top firms in a variety of sectors such as GAZProm and SBERBANK

Trading Hours : Mon – Fri 8:30 – 14:30
Reuters Code : MCX10
Expiry Rule : Reuters Last Rate

### MSM 30 (OMAN)

The Muscat Securities Market (MSM) is the principal stock exchange of Oman. It is located in Muscat and it was founded in 1988. The principal stock index at the MSM is the MSM-30. The MSM-30 (also known as the Muscat Securities Market Index) was established in 1992. The composition of the index by sector is as follows:
Banks & Investment Sector: 69 companies
Industry Sector: 89 companies
Service : 61 companies.
The Index includes stocks such as DHOFAR BANK and NATIONAL BANK OF OMAN

Trading Hours : Sun – Thu 6:30 – 8:30
Reuters Code : MSI
Expiry Rule : Reuters Last Rate

### NASDAQ (US)

The Nasdaq Composite is a stock market index of all of the common stocks and similar securities listed on the NASDAQ stock market, meaning that it has over 3,000 components. It is highly regarded in the U.S. as an indicator of the performance of stocks of technology companies and growth companies. Since American and non-American companies are listed on the NASDAQ stock market, the index is not exclusively a U.S. index.

Trading Hours : Mon – Fri  15:00 – 19:00
Reuters Code : IXIC
Expiry Rule : Reuters Last Rate

### NIKKEI225 (JPN)

Nikkei 225 , more commonly called the Nikkei, the Nikkei index, or the Nikkei Stock Average, is a stock market index for the Tokyo Stock Exchange (TSE). It has been calculated daily by the Nihon Keizai Shimbun (Nikkei) newspaper since 1950. It is a price-weighted average (the unit is yen), and the components are reviewed once a year. Currently, the Nikkei is the most widely quoted average of Japanese equities, similar to the Dow Jones Industrial Average. In fact, it was known as the "Nikkei Dow Jones Stock Average" from 1975 to 1985.

Trading Hours : Mon – Fri 00:30-02:00 & 04:00-06:00 GMT

### QATAR (DSM20)

The Doha Securities Market is the principal stock market of Qatar. The market was founded in 1997 and is located in the capital city of Doha. The market currently has 43 listed companies

Trading Hours : Sun – Thu 7:10 – 9:20
Reuters Code : QSI
Expiry Rule : Reuters Last RateEnter Content

### RTS (RUSSIAN TRADING SYTEM)

The Russian Trading System is a stock market established in 1995 in Moscow, consolidating various regional trading floors into one exchange.
The RTS Index (RTSI) is an index of 50 Russian stocks (as of March 15th, 2007) that trade on the RTS Stock Exchange in Moscow.
The index includes GAZPROM and SBERBANK, VOLGA TELECOM and NOVATEK.

Trading Hours : Mon – Fri 8:30 – 14:30
Reuters Code : IRTS
Expiry Rule : Reuters Last Rate

### S&P 500 (US)

Traded on the CME (Chicago Mercantile Exchange), Standard & Poors is a value-weighted index of 500 large-cap common stocks actively traded in the United States. The stocks included in the S&P are those of large publicly held companies that trade on either of the two largest American stock market companies: the NYSE Euronext and the NASDAQ OMX.

Trading Hours : Mon – Fri 15:00 – 19:00
Reuters Code : SPX
Expiry Rule : (Bid + Ask) / 2

### SAB Miller

SAB MILLER SAB Miller plc is one of the world's largest brewers, with brewing interests and distribution agreements across six continents. The group's wide portfolio of brands includes premium international beers such as Pilsner Urquell, Peroni Nastro Azzurro, Miller Genuine Draft and Grolsch, as well as leading local brands such as Aguila, Castle, Miller Lite, Snow and Tyskie. SAB MILLER is also one of the world's largest bottlers of Coca-Cola products. Since listing on the London Stock Exchange over 10 years ago they have grown into a global operation, developing a balanced and attractive portfolio of businesses.

### SSE180 (SHANGHAI STOCK EXCHANGE)

Traded in the Shanghai stock exchange,the SSE Composite Index (also known as Shanghai Composite) is the most commonly used indicator to reflect SSE's market performance. Constituents for the SSE Composite Index are all listed stocks (A shares and B shares) at the Shanghai Stock Exchange. The SSE180 reflects the largest 180 stocks in the SSE general index and it includes stocks such as BANK OF CHINA and AIR CHINA.

Trading Hours : Mon – Fri  7:00 – 8:00
Reuters Code : SSE180
Expiry Rule : Reuters Last Rate

### TADAWUL (SAUDI STOCK EXCHANGE)

Saudi Stock Exchange or Tadawul is the only stock exchange in Saudi Arabia. The Capital Market Authority supervises the exchange. The Tadawul All-Share Index (TASI) reached its highest point at 20,634.86 on 25 February 2006 . It lists 115 publicly traded companies (as of April 30th 2008).

Trading Hours : Sun – Wed 8:10 – 12:20
Reuters Code : TASI
Expiry Rule : Reuters Last Rate

### TEL AVIV 25

The TA-25 Index is the TASE's flagship index. It was first published in 1992 under the name "MA'OF Index". The TA-25 Index tracks the prices of the shares of the 25 companies with the highest market capitalization on the exchange. It serves as an underlying asset for options and futures, Index-Linked Certificates and Reverse Certificates traded on the exchange and worldwide. The index also began on 1 January 1992 with a base level of 100.

Trading Hours : Sun – Thu  07:00-13:00 GMT



on the BossOptions platform are indicative rates that the company is prepared to sell options at and may not correspond to either live market quotations or quoted rates at the point of sale

44 captures

- 
- 
- Google+

Email
Password
Login
Forgot Password??
03 : 52 : 35 GMT
Monday 17.03.14
English ▼
Open Account
Trade
Banking
Asset Index
Contact Us
About Us

🇬🇧 UK London    44-20-35829965

TAIEX $675

**ASSET INDEX**

We give our clients the platform to trade digital options on a variety of assets. Listed below are trading hours, expiry rates rules and general information about assets that we offer on our platform. Trading hours are shown in GMT.

* Please refer to the Expiry rules for full description and terms & conditions of the expiry rules.

- Stocks
- Currencies
- Commodities
- Indices

* **CITIGROUP (USA)**
Open □

Citigroup Inc. (branded Citi), is a major American financial services company based in New York, NY. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.
It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

Trading Hours : Mon - Fri 14:00-20:00GMT
Reuters Code : C

Expiry Rule : (Bid + Ask) / 2

* **MICROSOFT (USA)**
Open □

Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.
When the company debuted its IPO in March 13, 1986, the stock price was US $21. By the end of the first trading day, the stock had closed at $28.The stock price peaked in 1999 at around US $119.
In the last few years, the price of Microsoft's stock largely remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008.

Trading Hours : Mon - Fri 14:00-20:00GMT
Reuters Code : MSFT.O
Expiry Rule : (Bid + Ask) / 2

* **APPLE (USA)**
Open □

Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.

Trading Hours Mon - Fri 14:00-20:000GMT
Reuters Code : AAPL.O
Expiry Rule : (Bid + Ask) / 2

* **NIKE (USA)**
Open □

Nike, Inc. is a major publicly traded sportswear and equipment supplier based in the United States. It is the world's leading supplier of athletic shoes and apparel and a major manufacturer of sports equipment with revenue in excess of $18.6 billion USD in its fiscal year 2008 . As of 2008, it employed more than 30,000 people worldwide.
The company was founded on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Philip Knight, and officially became Nike, Inc. in 1978. The company takes its name from Nike (Greek Νίκη pronounced [ni ke̞]), the Greek goddess of victory, it is also based on Egyptian usage of "strength", "victory", naiḫt. Nike markets its products under its own brand as well as Nike Golf, Nike Pro, Nike+, Air Jordan, Nike Skateboarding and subsidiaries including Cole Haan, Hurley International, Umbro and Converse. In addition to manufacturing sportswear and equipment, the company operates retail stores under the Niketown name.

Trading Hours : Mon - Fri  15:00 - 21:00
Reuters Code : NKE
Expiry Rule : (Bid + Ask) / 2

* **GAZPROM (RUSSIA)**
Open □

Gazprom (English: Open Joint Stock Company "Gazprom", Russian: Открытое акционерное общество "Газпром" Otkrytoye aktsionernoye obshchestvo "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company
Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake.
In 2008, the company produced 549.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

Trading Hours Mon - Fri 8:30 - 14:30
Reuters Code : GAZP.MM
Expiry Rule : (Bid + Ask) / 2

* **BP (BRITISH PETROLEUM)**
Open □

BP plc is the third largest energy company, the 5th largest company in the world and UK's largest company,  with headquarters in St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world, and one of the six "supermajors" (vertically integrated private sector oil exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100

Trading Hours Mon - Fri 8:30 - 16:00
Reuters Code : BP.L

Expiry Rule : (Bid + Ask) / 2

* **GOOGLE (USA)**
Open □

Google Inc. is an American public corporation, earning revenue from advertising related to its Internet search, e-mail, online mapping, office productivity, social networking, etc. Google has also developed an open source web browser and a mobile operating system.
As of March 31, 2009 , the company has 19,786 full-time employees. The company is running millions of servers worldwide, which process hundreds of millions of search requests each day.

Trading hours: Mon - Fri 14:00-20:00GMT
Reuters Code: GOOG.O
Expiry Rule: (Bid + Ask) / 2

* **LUKOIL (RUSSIA)**
Open □

Lukoil (RTS:LKOH LSE: LKOD NASDAQ: LUKOY) (Russian: Луко́йл; pronounced /lukɔɪl/) is Russia's largest oil company and its largest producer of oil. In 2007, the company produced 96.645 million tons of oil, 1.953 million barrels per day.
Its international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to ExxonMobil) in terms of proven oil and gas reserves. In 2008, the company had 19.3 billion barrels of oil equivalent per SPE standards. This accounts to some 1.3% of global oil reserves. The company has operations in more than 40 countries around the world.

Trading hours Mon - Fri 8:30 - 14:30
Reuters Code : LKOH.MM
Expiry Rule : (Bid + Ask) / 2
* **SBERBANK (RUSSIA)**
Open □

Sberbank Rossii (MICEX:SBER RTS:SBER) (Russian: Сбербанк России, a contraction of "сберегательный банк", English: "Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and its history goes back to the financial reform of 1841. In many regions, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs.

Trading hours Mon - Fri 8:30 - 14:30
Reuters Code : SBER03.MM
Expiry Rule : (Bid + Ask) / 2

24

- * COCA-COLA (USA)

Open □

Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca-Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

**Trading Hours : Mon - Fri 14:00-20:00GMT**
**Reuters Code : KO**
**Expiry Rule : (Bid + Ask) / 2**
- * HSBC HOLDINGS (UK)

Open □

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. As of 2009, it is both the world's largest banking group and the world's 6th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots HSBC has an enormous operational base in Asia and significant lending, investment and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals. HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

**Trading hours Mon - Fri 8:30 - 16:00**
**Reuters Code : HSBA.L**
**Expiry Rule : (Bid + Ask) / 2**
- * ROLLS ROYCE (UK)

Open □

Rolls-Royce plc (LSE: RR.) is a British aircraft engine maker, and the second-largest in the world, behind GE Aviation. The company has related businesses in the defense aerospace, marine and energy markets.
Rolls-Royce was nationalized in 1971, by which time aircraft engines had long been the most significant part of the business. The automobile company was separated in 1973 and the present Rolls-Royce plc was re-privatized in 1987. Rolls-Royce is, through its defense aerospace division, the world's 16th largest defense contractor. Defense aerospace sales accounted for 21% of group sales in 2005, civil aerospace 53%, marine 17% and energy 8%. It is listed on the London Stock Exchange and is a constituent of the FTSE 100 Index.

**Trading hours Mon - Fri 8:30 - 16:00**
**Reuters Code : RR.L**
**Expiry Rule : (Bid + Ask) / 2**
- * BAE SYSTEMS (UK)

Open □

BAE Systems plc is a British defense, security and aerospace company headquartered in Farnborough, Hampshire, England, that has global interests, particularly in North America through its subsidiary BAE Systems Inc. BAE is the world's second-largest defence contractor and the largest in Europe. It was formed on 30 November 1999 by the £7.7 billion merger of two British companies, Marconi Electronic Systems (MES), the defence electronics and naval shipbuilding subsidiary of the General Electric Company plc (GEC), and the aircraft, munitions and naval systems manufacturer British Aerospace (BAE).

**Trading Hours Mon - Fri 8:30 - 16:00**
**Reuters Code : BAE.S.L**
**Expiry Rule : (Bid + Ask) / 2**
- * REUTERS (US THOMSON REUTERS)

Open □

Reuters Group Limited is a UK-based, Canadian company. This news company provides information about financial markets from around the world to newspapers and broadcasters. Its main focus is on supplying the financial markets with information and trading products. This includes market data, such as share prices and currency rates, research and analysis, as well as trading systems that allow dealers to buy and sell such assets as currencies and shares on a computer screen instead of by telephone or on a trading floor like that of the New York Stock Exchange. Competitors include Bloomberg L.P. and Dow Jones Newswires. It is now a part of Thomson Reuters.

**Trading hours: Mon - Fri from 14:00-20:00GMT**
**Reuters Code: TRI.N**
**Expiry Rule: (Bid + Ask) / 2**
- * TATA MOTORS (INDIA)

Open □

Tata Motors Limited (NSE: TATAMOTORS, BSE: 500570, NYSE: TTM), is a multinational corporation headquartered in Mumbai, India. Part of the Tata Group, it was formerly known as TELCO (TATA Engineering and Locomotive Company). Tata Motors has a consolidated revenue of USD 16 billion after the acquisition of British automotive brands Jaguar and Landrover in 2008.

It is India's largest company in the automobile and commercial vehicle sector with upwards of 70% cumulative Market share in the Domestic Commercial vehicle segment, and a midsized player on the world market with 0.81% market share in 2007 according to OICA data. The OICA ranked it as the 19th largest automaker, based on figures for 2007.

Tata Motors is a dual-listed company traded on the Bombay Stock Exchange, as well as on the New York Stock Exchange. Tata Motors in 2005, was ranked among the top 10 corporations in India with an annual revenue exceeding INR 320 billion.

**Trading Hours Mon - Fri 4:30 - 10:00**
**Reuters Code : TAMO.BO**
**Expiry Rule : (Bid + Ask) / 2**
- * TURKCELL (TURKEY)

Open □

Turkcell (NYSE: TKC) is the leading mobile phone operator of Turkey, based in Istanbul. The company has 36.3 million subscribers by the end of September 2008, making it the third biggest in Europe. Turkcell is traded both at the Turkish Exchange and the NYSE. TraderXp enables trading on the Turkcell stock both in the Turkish Exchange and in the NYSE.

**Trading Hours : Mon - Fri from 12:00 - 13:50**
**Reuters Code : TKC**
**Expiry Rule : (Bid + Ask) / 2**
- * TOSHIBA CO

Open □

Toshiba Corporation is a Japanese multinational conglomerate corporation, headquartered in Tokyo, Japan. The company's main business is in infrastructure, consumer products, electronic devices and components.

**Trading Hours : Mon - Fri 00:30-02:00 & 04:00-06:00 GMT**
- * TEVA PHARMA

Open □

Teva Pharmaceutical Industries Ltd. NASDAQ: TEVA is an international pharmaceutical company headquartered in Petah Tikva, Israel. It specializes in generic and proprietary pharmaceuticals and active pharmaceutical ingredients. It is the largest generic drug manufacturer in the world and one of the 15 largest pharmaceutical companies worldwide.

**Trading Hours : Sun - Thu  from 08:30 - 13:00**
- * BNP PARIBAS

Open □

BNP Paribas is a European leader in global banking and financial services and one of the six strongest banks in the world (Rated AA by Standard & Poor's i.e. 3rd rating on a scale of 22). Present across Europe through all its business lines, the Group has four domestic retail banking markets in France, Italy, Belgium and Luxembourg. It has one of the largest international networks with operations in 84 countries and 202,500 employees, including 159,600 in Europe, 15,000 in North America and 11,100 in Asia. (30/09/2010) BNP Paribas has key positions in its three core businesses:

**Trading Hours: Mon - Fri from 12:00 - 13:50**
**Reuters Code: BNP**
**Expiry Rule: (Bid + Ask) / 2**
- * TESCO

Open □

Tesco plc (LSE: TSCO) is a global grocery and general merchandising retailer headquartered in Cheshunt, United Kingdom. It is the third-largest retailer in the world measured by revenues (after Wal-Mart and Carrefour) and the second-largest measured by profits (after Wal-Mart). It has stores in 14 countries across Asia, Europe and North America and is the grocery market leader in the UK (where it has a market share of around 30%), Malaysia, the Republic of Ireland and Thailand.

**Trading Hours : Mon - Fri from 08:00 - 15:30**
- * SAB MILLER

Open □

SABMiller plc is one of the world's largest brewers, with brewing interests and distribution agreements across six continents.

The group's wide portfolio of brands includes premium international beers such as Pilsner Urquell, Peroni Nastro Azzurro, Miller Genuine Draft and Grolsch, as well as leading local brands such as Aguila, Castle, Miller Lite, Snow and Tyskie. SAB MILLER is also one of the world's largest bottlers of Coca-Cola products.

Since listing on the London Stock Exchange over 10 years ago they have grown into a global operation, developing a balanced and attractive portfolio of businesses.

**Trading Hours : Mon - Fri from 07:30-15:30**
- * S BANK INDIA

Open □

State Bank of India is the largest state-owned banking and financial services company with its headquartered in Mumbai, India. The bank traces its ancestry to British India, through the Imperial Bank of India, to the founding in 1806 of the Bank of Calcutta, making it the oldest commercial bank in the Indian Subcontinent. Bank of Madras merged into the other two presidency banks, Bank of Calcutta and Bank of Bombay to form Imperial Bank of India, which in turn became State Bank of India. The government of India nationalized the Imperial Bank of India in 1955, with the Reserve Bank of India taking a 60% stake, and renamed it the State Bank of India. In 2008, the government took over the stake held by the Reserve Bank of India.

**Trading Hours : Mon - Fri from 05:30 - 10:00**
- * PETROBRAS

Open □

Petrobras is the largest company in Latin America by market capitalization and revenue, and the largest company headquartered in the Southern Hemisphere by market value. The company was founded in 1953, mainly due to the efforts of then Brazilian President Getúlio Vargas. While the company ceased to be Brazil's legal monopolist in the oil industry in 1997, it remains a significant oil producer, with output of more than 2 million barrels of oil equivalent per day, as well as a major distributor of oil products.

**Trading Hours : Mon - Fri from 14:30 - 20:00**
- * IBM

Open □

International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells computer hardware and software, and it offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.

**Trading Hours : Mon - Fri from 14:30 - 20:00**

- **GOLDMAN SACHS**

Open □

The Goldman Sachs Group, Inc. is a global investment banking and securities firm which engages in investment banking, securities, investment management, and other financial services primarily with institutional clients. Goldman Sachs was founded in 1869 and is headquartered at 200 West Street in the Lower Manhattan area of New York City, with additional offices in major international financial centers. The firm provides mergers and acquisitions advice, underwriting services, asset management, and prime brokerage to its clients, which include corporations, governments and individuals. The firm also engages in proprietary trading and private equity deals, and is a primary dealer in the United States Treasury security market.

**Trading Hours : Mon - Fri  from 14:30 - 20:00**

- **FRANCE TELECOM**

Open □

France Telecom S.A. is the main telecommunications company in France. France Telecom, one of the world's leading telecommunications operators. With almost 131 million customers. At the end of 2009, France Telecom had sales of 44.8 billion euros (33,7 billion euros at 30 September, 2010).

**Trading Hours: Mon - Fri from 12:00 - 13:50**
**Reuters Code:** FTE.PA
**Expiry Rule:** (Bid + Ask) / 2

- **FIAT**

Open □

Fiat S.p.A., an acronym for Fabbrica Italiana Automobili Torino (English: Italian Automobile Factory of Turin), is an Italian automobile manufacturer, engine manufacturer, financial and industrial group based in Turin in the Piedmont region. Fiat was founded in 1899 by a group of investors including Giovanni Agnelli. Fiat has also manufactured railroad vehicles, tanks and aircraft. As of 2009, Fiat (not including Chrysler) is the world's ninth largest car maker as well as Italy's largest car maker.

**Trading Hours : Mon - Fri from 08:00 - 15:30**

- **BRITISH AMERICAN T**

Open □

British American Tobacco p.l.c. (LSE: BATS, JSE: BTI) is a global tobacco company headquartered in London, United Kingdom It is the world's second largest quoted tobacco company by global market share (after Philip Morris International), with a leading position in more than 50 countries and a presence in more than 180 countries. Its brands include Dunhill, Kent, Lucky Strike and Pall Mall. Its primary listing is on the London Stock Exchange and it is a constituent of the FTSE 100 Index. It has a secondary listing on the Johannesburg Stock Exchange.

**Trading Hours : Mon - Fri from 08:30 - 15:00**

- **BIDU**

Open □

Baidu, Inc. Simply known as Baidu and incorporated on January 18, 2000, is a Chinese web services company headquartered in the Baidu Campus in Haidian District, Beijing, People's Republic of China.
Baidu provides an index of over 740 million web pages, 80 million images, and 10 million multimedia files.Baidu offers multi-media content including MP3 music and movies, and is the first in China to offer WAP and PDA-based mobile search.

**Trading Hours : Mon - Fri from 14:30 - 20:00**

- **BARCLAYS**

Open □

Barclays is a global financial services company headquartered in London, United Kingdom. As of 2010, it is the world's 10th-largest banking and financial services group and 21st-largest according to a composite measure by Forbes magazine.[3] It has operations in over 50 countries and territories across Africa, Asia, Europe, North America and South America and around 48 million customers.[4] As of 30 June 2010 it had total assets of €1.94 trillion, the third-largest of any bank worldwide (after BNP Paribas and HSBC).

**Trading Hours: Mon - Fri from 12:00 - 13:50**
**Reuters Code:** BARC
**Expiry Rule:** (Bid + Ask) / 2

- **AMAZON**

Open □

Amazon.com, Inc. (NASDAQ: AMZN) is a US-based multinational electronic commerce company. Headquartered in Seattle, Washington, it is the largest online retailer in the United States, with nearly three times the Internet sales revenue of the runner up, Staples, Inc., as of January 2010.

**Trading Hours : Mon - Fri  from 14:30 - 20:00**

- **NISSAN MOTOR**

Open □

Nissan Motor Company Ltd usually shortened to Nissan (play / niːsɑːn/ or UK / nɪsæn/; Japanese: [nisːaɴ]), is a multinational automaker headquartered in Japan. It was formerly a core member of the Nissan Group, but has become more independent after its restructuring under Carlos Ghosn (CEO).t formerly marketed vehicles under the "Datsun" brand name and is one of the largest car manufacturers in the world. As of 2011, the company's global headquarters is located in Nishi-ku, Yokohama. In 1999, Nissan entered a two-way alliance with Renault S.A. of France, which owns 43.4% of Nissan while Nissan holds 15% of Renault shares, as of 2008. The current market share of Nissan, along with Honda and Toyota, in American auto sales represent the largest of the automotive firms based in Asia that have been increasingly encroaching on the historically dominant US-based "Big Three" consisting of GM, Ford and Chrysler. In its home market, Nissan is the third largest car manufacturer, with Honda being second by a small margin of 2,000 units and Toyota in a very dominant first. Along with its normal range of models, Nissan also produces a range of luxury models branded as Infiniti.

**Trading Hours : Mon - Fri 00:30-02:00 & 04:00-06:00 GMT**

- **HITACHI**

Open □

Hitachi is a Japanese multinational corporation specializing in high-technology and services headquartered in Marunouchi 1-chome, Chiyoda, Tokyo, Japan. The company is the parent of the Hitachi Group (Hitachi Gurūpu) as part of the larger DKB Group companies. Hitachi is the third largest technological company by revenue as of 2009. On the 2007 Forbes Global 2000 list, Hitachi was ranked number 371.

**Trading Hours : Mon - Fri 00:30-02:00 & 04:00-06:00 GMT**

- 

- 

**Start Trading Now**

| First Name | Last Name |
| Country ▼ | |
| Email | |
| 1 | Area |
| My Phone | |
| ☑ | |

[Send]

**How to Trade**

- Binary
  Options
- Options
  Builder
- One
  Touch

- 1

Select the asset you want to trade

- 2

Click "**CALL**" if you think the price will rise above the current rate at the expiry, or click "**PUT**" if you think the price will fall below the current rate at the expiry

- 3

Enter the amount you want to invest & click "**Apply**"

- 4

Get up to maximum possible return of 75%.

- 1

Select the asset for active expiration time and Minute, risk / benefit Percentage

- 2

Enter Investment Amount

- 3

Choose "**CALL**" if you think the price will increase above the current rate, at the end, or "**PUT**"if you think the price will drop below the current rate at the end

- 4

Click "**Apply**"

- 1

Choose the option that you believe in the rise or fall in price target

- 2

Enter the amount of investment in units goal rate

- 3

Click "**Apply**"

Live Support 24 Hours
News By
**YAHOO!**
Finance

Enter Subcategory Name

Select Category / Stocks ▼

**Citi Trader**

- About Us

26

- Binary Options
- One Touch Option
- Option Builder
- Google+

**Information**

- FAQ
- Glossary
- Asset Index
- Banking
- Beginning Broker Program
- trading Videos

**Analyst Review**

- Daily Market Review
- Weekly Market Review
- Expired Rates
- Learn More

**Partners**

- Refer A Friend
- Introducing Brokers
- Affiliates
- White Label

**Privacy & Policy**

- Disclaimer
- Expiry Rates Rules
- Terms Conditions
- Privacy Policy



Copyright © 2013 Cititrader.com

Login or Open trading account

Email

Password

Login

DRAGON OPTIONS

Sunday 29.06.14
- 03
- 03
- 56
- GMT

- Open Account
- 
- Trading School
  - Binary Options Basics
  - Getting Started
  - Trading Videos
  - Trading Course
  - E-book
  - Trading Webinars
  - Video Tour
  - How To Trade
  - FAQ
  - Glossary
- 
- Trading Tools
  - Payment Options
  - Asset Index
  - Expiry Rates
  - Charts
  - Trading Methods
  - Mobile Trading
  - Promo Of The Month
  - Trading Competition
- 
- Research
  - Daily Market Review
  - Weekly Market Review
  - Financial Calendar
  - Financial Indicators
  - Earning Season
- 
- Partner With Us
  - Affiliate Program
  - Introducing Brokers
  - Refer A Friend
- 
- Why Dragon Options
  - About Us
  - CySec License
  - Verification Process
  - Why Dragon Options
  - Account Types
  - Dragon VIP
  - Dragon Options Benefits
  - Awards And Certificates
  - Bonus Terms
  - Company's Policies
- 
- Contact Us
  - Contact Us
  - Call Back
  - Chat With Us

Email
Password
Forgot Password?
Login

- Home
- assets index

## ASSETS INDEX

Dragon Options offers a variety of assets which you can trade on our platform. Our ASSET INDEX gives you the list of the available assets and the hours in which they can be traded.

All times and trading hours are listed in GMT + 0:00. Make sure to take into account Daylight Savings Time in your local time zone.

Enclosed also is an explanation about the calculation for the expiration rate according to the asset.

Currency: (Bid + Ask) / 2
Stocks: (Bid + Ask) / 2
Products: (Bid + Ask) / 2
Indices: last quote

- Stocks
- Currencies
- Commodities
- Indices

- AIG
  open
  American International Group Inc(AIG)
  American multinational insurance corporation. Traded as NYSE: AIG,S&P 500 component. Industry:insurance, Financial services.
  Trading Hours : Mon - Fri  from 13:40 - 20:00 GMT

- ALLIANZ SE
  open
  Allianz SE(FRA:ALV) is a Germany-based financial services provider and the holding company of the Allianz Group. It has two main business operations: Insurance Operations and Asset Management
  Trading Hours : Mon - Fri  from 08:30 -16:30 GMT

- AMAZON
  open
  Amazon.com, Inc.(NASDAQ:AMZN)
  Amazon is a US-based multinational electronic commerce company. Headquartered in Seattle, Washington, it is the largest online retailer in the United States, with nearly three times the Internet sales revenue of the runner up, Staples, Inc., as of January 2010
  Trading Hours : Mon - Fri  from 13:40 - 20:00 GMT

- AMAZON VS EBAY
  open
  Trading Hours : Mon - Fri  from 13:40 -20:00 GMT
- AMAZON VS NETFLIX
  open
  Trading Hours : Mon - Fri  from 13:40 -20:00 GMT
- ANZ BANK

Trading in Australia, The Australia and New Zealand Banking Group Limited is the fourth largest bank in Australia. Mainly operating in Australia the bank has activities in over twenty other countries.

Trading Hours: Mon - Fri 00:00-06:00 GMT

- **APPLE**

  open

  Apple Inc.(AAPL) is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.
  Trading Hours Mon - Fri 13:40-20:00GMT

- **APPLE VS AMAZON**

  open

  Trading Hours Mon - Fri 13:40-20:00 GMT

- **APPLE VS GOOGLE**

  open

  Trading Hours Mon - Fri 13:40-20:00 GMT

- **AXA SA**

  open

  Axa SA (AXA) is a France-based holding company engaged in the business of financial protection, insurance and asset management. It operates in three segments: Life & Savings, Property & Casualty Insurance and Asset Management
  Trading Hours : Mon - Fri from 07:15-15:30 GMT

- **AXIS BANK**

  open

  Axis Bank Limited is an India-based bank. The Bank provides corporate and retail banking products. The Company operates in four segments: Treasury segment, Retail Banking, Corporate/Wholesale Banking, and Other Banking
  Trading Hours: Mon - Fri  from 04:15-10:00 GMT

- **BAIDU**

  Baidu, Inc. (BIDU) Simply known as Baidu and incorporated on January 18, 2000, is a Chinese web services company headquartered in the Baidu Campus in Haidian District, Beijing, People's Republic of China Baidu provides an index of over 740 million web pages, 80 million images, and 10 million multimedia files Baidu offers multi-media content including MP3 music and movies, and is the first in China to offer WAP and PDA-based mobile search.

  Trading Hours : Mon - Fri  from 13:40 - 20:00 GMT

- **BANCO SANTANDER**

  open

  Banco Santander SA (SAN) is a Spain-based commercial bank. The Bank operates principally in Spain, the United Kingdom, Portugal, the Latin American countries and the United States.
  Trading Hours: Mon - Fri 07:15 - 15:30 GMT

- **BARCLAYS**

  Barclays  (BARC )is a global financial services company headquartered in London, United Kingdom. As of 2010, it is the world's 10th-largest banking and financial services group and 21st-largest company according to a composite measure by Forbes magazine.[3] It has operations in over 50 countries and territories across Africa, Asia, Europe, North America and South America and around 48 million customers.[4] As of 30 June 2010 it had total assets of €1.94 trillion, the third-largest of any bank worldwide (after BNP Paribas and HSBC).
  Trading Hours - Mon - Fri from 07:15 - 15:30 GMT

- **BAYER AG**

  open

  Bayer AG is a German chemical and pharmaceutical company founded in Barmen, Germany in 1863. It is headquartered in Leverkusen, North Rhine-Westphalia, Germany and well known for its original brand of aspirin.
  Trading Hours : Mon - Fri  from 07:15 -15:30 GMT

- **BHP-AU**

  BHP Billiton Limited is an international resources company. The Company's principal business lines are mineral exploration and production, including coal, iron ore, gold, titanium, ferroalloys, nickel and copper concentrate, as well as petroleum exploration, production, and refining. Dually-listed company with BLT LN.
  Trading Hours : Mon - Fri  from 00:00 -06:00 GMT

- **BMW**

  open

  Bayerische Motoren Werke AG , commonly known as BMW or BMW AG, is a German automobile, motorcycle and engine manufacturing company founded in 1916.
  Trading Hours : Mon - Fri from 07:15 - 15:30 GMT

- **BMW VS DAIMLER**

  open

  Trading Hours: Mon - Fri from 07:15 - 15:30 GMT

- **BMW VS RENAULT**

  open

  Trading Hours: Mon - Fri from 07:15 - 15:30 GMT

- **BNP PARIBAS**

  BNP Paribas (BNP) is a European leader in global banking and financial services and one of the six strongest banks in the world (Rated AA by Standard & Poor's i.e. 3rd rating on a scale of 22). Present across Europe through all its business lines, the Group has four domestic retail banking markets in France, Italy, Belgium and Luxembourg. It has one of the largest international networks with operations in 84 countries and 202,500 employees, including 159,600 in Europe, 15,000 in North America and 11,100 in Asia. (30/09/2010) BNP Paribas has key positions in its three core businesses:
  Trading Hours: Mon - Fri from 07:15 - 15:30 GMT

- **BP (UK)**

  BP plc  (BPL) is the third largest global energy company, the 5th largest company in the world and UK's largest company,  with headquarters in St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world, and one of the six "supermajors" (vertically integrated private sector oil exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100.
  Trading hours Mon - Fri 07:15 - 15:30 GMT

- **CATERPILLAR**

  open

  Caterpillar Inc. (CAT) manufactures and sells construction and mining equipment, diesel and natural gas engines, industrial gas turbines, and diesel-electric locomotives worldwide. Caterpillar Inc. manufactures and sells construction and mining equipment, diesel and natural gas engines, industrial gas turbines, and diesel-electric locomotives worldwide. Caterpillar Inc. manufactures and sells construction and mining equipment, diesel and natural gas engines, industrial gas turbines, and diesel-electric locomotives worldwide.

  Trading Hours : Mon - Fri  from 13:40 - 20:00 GMT

- **CITI GROUP**

  Citigroup Inc. (branded Citi), is a major American financial services company based in New York, NY. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world. It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.
  Trading Hours - Mon - Fri 13:40 - 20:00 GMT

- **CITIGROUP VS AIG**

  open

  Trading Hours Mon - Fri 13:40-20:00 GMT

- **CITIGROUP VS JP MORGAN CHASE**

  open

  Trading Hours Mon - Fri 13:40-20:00 GMT

- **COCA COLA (USA)**

  Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca Cola like the famous brand McDonald's is considered a symbol of US capitalism and culture.
  Trading Hours : Mon - Fri 13:40 - 20:00 GMT

- **DAIMLER AG**

  Daimler AG; formerly DaimlerChrysler) is a German multinational automotive corporation. Daimler AG is headquartered in Stuttgart, Baden-Württemberg, Germany. By unit sales, it is the thirteenth-largest car manufacturer and second-largest truck manufacturer in the world. In addition to automobiles, Daimler manufactures buses and provides financial services through its Daimler Financial Services arm.
  Trading Hours : Mon - Fri  from 07:15 - 15:30 GMT



**29**

- DANONE

Danone SA (DANO.PA) is a France-based food company that primarily produces fresh milk products, baby foods, biscuits, cereal products and medical nutrition products. It also co-produces bottled water.
Trading Hours : Mon - Fri  from 07:15 - 15:30 GMT

- DEUTSCHE BANK

open

Deutsche Bank AG  is a German global banking and financial services company with its headquarters in the Deutsche Bank Twin Towers in Frankfurt. It has more than 100,000 employees in over 70 countries, and has a large presence in Europe, the Americas, Asia-Pacific and the emerging markets. In 2009, Deutsche Bank was the largest foreign exchange dealer in the world with a market share of 21 percent.
Trading Hours : Mon - Fri  from 07:15 - 15:30 GMT

- DEUTSCHE TELEKOM

open

Deutsche Telekom AG operates as an integrated telecommunication company in Germany and internationally. The company engages in fixed-network business, which consists of the provision of voice and data communication services based on fixed-network and broadband technology; sale of terminal equipment and other hardware; and sale of services to resellers. It also involves in the mobile communications business that includes mobile voice and data services consumers and business customers, as well as sale of mobile handsets and other hardware. T-Mobile network services to resellers and mobile virtual network operators. The company develops and operates infrastructure facilities.

Trading Hours: Mon- Fri from 07:15 - 15:30 GMT

- DISNEY

Walt Disney Company, an entertainment company worldwide operates as. The company's Media Networks segment, domestic broadcast television network, television production and distribution operations, domestic broadcast radio networks and stations and covers more. The Company's shares on the New York Stock Exchange (NYSE) are traded.
Trading Hours : Mon - Fri 13:40 - 20:00 GMT

- EBAY

open

Trading at the NASDAQ Ebay is an American internet corporation that operates an online shopping and auction website. It is a multi-billion dollar business with a worldwide presence.

Trading Hours: Mon - Fri 13:40 - 20:00 GMT

- EXXON MOBIL

open

Exxon Mobil Corporation is a manufacturer and marketer of commodity petrochemicals. The Company has several divisions and hundreds of affiliates, their principal business being energy. The stock is listed on the New York stock exchange (NYSE).

Trading Hours: Mon - Sat 13:40 - 20:00 GMT

- FACEBOOK

open

Facebook, Inc. (Facebook) is engaged in building products to create utility for users, developers and advertisers. People use Facebook to stay connected with their friends and family, to discover what is going on in the world around them, and to share and express what matters to them to the people they care about. Advertisers can engage with more than 900 million monthly active users (MAUs)
Trading Hours: Mon - Fri 13:40 - 20:00 GMT

- FACEBOOK VS TWITTER

open

Trading Hours: Mon - Fri 13:40 - 20:00 GMT

- FAZ-SHORT BANKS

open

Direxion Daily Financial Bear 3x Shares (the Fund) seeks daily investment results, before fees and expenses, of 300% of the inverse (or opposite) of the price performance of the Russell 1000 Financial Services Index (the Index)
Trading Hours : Mon - Fri 13:40 - 20:00 GMT

- FIAT

Fiat S.p.A., an acronym for Fabbrica Italiana Automobili Torino (English: Italian Automobile Factory of Turin), is an Italian automobile manufacturer, engine manufacturer, financial and industrial group based in Turin in the Piedmont region. Fiat was founded in 1899 by a group of investors including Giovanni Agnelli. Fiat has also manufactured railroad vehicles, tanks and aircraft. As of 2009, Fiat (not including Chrysler) is the world's ninth largest car maker as well as Italy's largest car maker.
Trading Hours : Mon - Fri  from 07:30 - 15:30 GMT

- GAZPROM

open

Gazprom is the largest extractor of natural gas in the world and one of the world's largest companies. Gazprom was created in 1989 when the Soviet Ministry of Gas Industry transformed itself into a corporation, retaining all its assets. The company was later partly privatised, although the Russian government currently holds a majority stake. In 2011, the company produced about 513.2 billion cubic metres (18.12 trillion cubic feet) of natural gas, amounting to more than 17% of worldwide gas production. In addition, Gazprom produced about 32.3 million tons of crude oil and nearly 12.1 million tons of gas condensate. Gazprom's activities accounted for 8% of Russia's gross domestic product in 2011.
Trading Hours: Mon - Fri from 06:30 - 14:30 GMT

- GENERAL MOTORS

open

General Motors Corporation (General Motors) designs, build and sell cars, trucks and automobiles parts globally. The Company also provides automotive financing services through General Motors Financial Company, Inc. (GM Financial).
Trading Hours: Mon - Fri 13:40 - 20:00 GMT

- GOLDMAN SACHS

open

The Goldman Sachs Group, Inc. is a global investment banking and securities firm which engages in investment banking, securities, investment management, and other financial services primarily with institutional clients. Goldman Sachs was founded in 1869 and is headquartered at 200 West Street in the Lower Manhattan area of New York City, with additional offices in major international financial centers. The firm provides mergers and acquisitions advice, underwriting services, asset management, and prime brokerage to its clients, which include corporations, governments and individuals. The firm also engages in proprietary trading and private equity deals, and is a primary dealer in the United States Treasury security market.
Trading Hours : Mon - Fri  from 13:40 - 20:00 GMT

- GOOGLE

open

Google Inc. is an American public corporation, earning revenue from advertising related to it's internet search, e-mail, online mapping, office productivity, social networking, etc. Google has also developed an open source web browser and a mobile operating system. As of March 31, 2009 (2009 -03-31), the company has 19,786 full-time employees. The company is running millions of servers worldwide, which process hundreds of millions of search requests each day.
Trading Hours: Mon - Fri 13:40 - 20:00 GMT

- GOOGLE VS BAIDU

open

Trading hours: Mon - Fri 13:40 - 20:00 GMT

- GROUPON

open

Groupon, Inc. (Groupon) is a local e-commerce marketplace that connects merchants to consumers by offering goods and services at a discount. Each day the Company e-mails its subscribers discounted offers for goods and services that are targeted by location and personal preferences.
Trading hours: Mon - Fri 13:40 - 20:00 GMT

- HSBC HOLDINGS

open

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. As of 2009, it is both the world's largest banking group and the world's 6th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots. HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals. HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.
Trading Hours: Mon - Fri 7:15 - 15:30 GMT

- IBM (USA)

open

International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells computer hardware and software, and it offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.
Trading Hours : Mon - Fri  from 13:40 - 20:00 GMT

- JP MORGAN CHASE (USA)

open

JPMorgan Chase & Co (a huge financial holding company, a component of Dow Jones Industrial Average) shares, traded at the New York stock exchange (NYSE).
Trading Hours : Mon - Fri 13:40 - 20:00 GMT

- KING DIGITAL

open

King Digital Entertainment  is a casual-social games company, and the largest game developer on Facebook. King develops games for the web; for mobile (both iOS and Android), and for Facebook.
Trading Hours : Mon - Fri 13:40 - 20:00 GMT

- LAS VEGAS SANDS

open

Trading in New York, Las Vegas Sands Corporation is a resort company based in Paradise, Nevada, USA. Among its resort features there are accommodation and convention facilities, entertainment, gaming, etc.
Trading Hours : Mon - Fri 13:40 - 20:00 GMT

- LINKEDIN

open

Linkedin Corporation (Linkedin) is a professional network on the Internet with approximately 277 million members in over 200 countries and territories. The Company's Free Solutions includes ability to manage professional identity; ability to build and engage with professional networks; access to knowledge, insights and opportunities and

30

ubiquitous association manufacture Leeds Mutual Financial Services Limited, ManageKimple, Manchester, and Manchester and others.
Trading hours : Mon - Fri 13:40 - 20:00 GMT

- LINKEDIN VS FACEBOOK

 open
Trading hours : Mon - Fri 13:40 - 20:00 GMT

- LINKEDIN VS TWITTER

open
Trading hours : Mon - Fri 13:40 - 20:00 GMT

- LLOYD'S BANKING

open

Lloyds Banking Group plc is a major British financial institution formed through the acquisition of HBOS by Lloyds TSB in 2009. The Group's history began in 1765 with the founding of Lloyds Bank, which is the fourth oldest bank in the United Kingdom. The Group's headquarters is located at 25 Gresham Street in the City of London and its registered office is on The Mound in Edinburgh. Lloyds Banking Group's activities are organised into Retail Banking (including Mortgages and Sole Traders), Commercial, Life, Pensions & Insurance, and Wealth & International. Lloyds' has extensive overseas operations in the US, Europe, the Middle East and Asia.
Trading hours : Mon - Fri 07:15 - 15:30 GMT

- LOUIS VUITTON (FRANCE)

LVMH Moet Hennessy Louis Vuitton engages in the manufacture and sale of luxury products worldwide. The company's luxury goods include wines and spirits; fashion and leather goods; perfumes and cosmetics; and watches and jewelry

Trading Hours : 07:15 - 15:30 GMT

- LUKOIL (RUSSIA)

open

Lukoil (RTS LKOH LSE: LKOD NASDAQ: LUKOY) (Russian: Лукойл; pronounced lukoíl) is Russia's largest oil company and its largest producer of oil. In 2007, the company produced 96.645 million tons of oil: 1.953 million barrels per day. It's international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to ExxonMobil) in terms of proven oil and gas reserves. In 2008, the company had 19.3 billion barrels of oil equivalent per SPE standards. This accounts to some 1.3% of global oil reserves. The company has operations in more than 40 countries around the world.

Trading hours Mon - Fri 6:30 - 14:30 GMT

- MASTERCARD

open

MasterCard Incorporated is a technology company in the global payments industry. The Company connects consumers, financial institutions, merchants, governments and businesses worldwide, enabling them to use electronic forms of payment instead of cash and checks.
Trading Hours : Mon - Fri 13:40 - 20:00 GMT

- MCDONALDS

open

McDonald's Corporation franchises and operates McDonald's restaurants in the global restaurant industry. These restaurants serve menu at various price points providing value in 119 countries globally. All restaurants are operated either by the Company or by franchisees, including conventional franchisees under franchise arrangements, and developmental licensees and foreign affiliated markets under license agreements.
Trading Hours : Mon - Fri 13:40 - 20:00 GMT

- MCDONALDS VS STARBUCKS

open
Trading Hours : Mon - Fri from 13:40 - 20:00 GMT

- MICROSOFT

open

Microsoft Corporation is an American multinational corporation headquartered in Redmond, Washington, that develops, manufactures, licenses, supports and sells computer software, consumer electronics and personal computers and services. Its best known software products are the Microsoft Windows line of operating systems, Microsoft Office office suite, and Internet Explorer web browser.
Trading Hours : Mon - Fri from 13:40 - 20:00 GMT

- NETFLIX (USA)

open

Netflix, Inc. provides subscription based Internet services for TV shows and movies in the United States and internationally. The company allows its subscribers to watch unlimited TV shows and movies streamed over the Internet to their televisions, computers, and mobile devices
Trading Time: Mon - Fri  13:40-20:00 GMT

- NIFTY

open

Nifty, also known as Nifty Corporation, is one of the leading Internet providers in Japan and the subsidiary company of Fujitsu. The Corporation used to be the largest on line provider in Japan - Nifty Serve. In 1996, with spread of Internet it began providing Internet service. In 1999, it took up InfoWeb, Fujitsu's provider. In 2006, the on line service was stopped due to users number decrease. The company became public in 2006.
Trading Time: Mon - Fri 04:15 -10:00 GMT

- ORANGE S.A.

open

Orange S.A., formerly France Télécom S.A., is a French multinational telecommunications corporation. It currently employs about 170,000 people, 105,000 of them in France, and has 230 million customers worldwide. In 2012, the group had revenue of €43.5 billion. Its head office is in the 15th arrondissement of Paris, and the current CEO is Stéphane Richard.
Trading Hours Mon-Fri from 07:15 - 15:30 GMT

- PETROBRAS (USA)

open

Petrobras is the largest company in Latin America by market capitalization and revenue, and the largest company headquartered in the Southern Hemisphere by market value. The company was founded in 1953, mainly due to the efforts of then Brazilian President Getúlio Vargas. While the company ceased to be Brazil's legal monopolist in the oil industry in 1997, it remains a significant oil producer, with output of more than 2 million barrels of oil equivalent per day, as well as a major distributor of oil products.

Trading Hours : Mon - Fri from 13:40 - 20:00 GMT

- PFIZER (USA)

open

Pfizer Inc., a biopharmaceutical company, offers prescription medicines for humans and animals worldwide. Pfizer Inc. was founded in 1849 and is headquartered in New York, New York.
Trading Hours : Mon - Fri from 13:40 - 20:00 GMT

- PUBLICIS GROUPE

open

Publicis Groupe SA (Publicis Groupe) is a France-based company engaged in the provision of advertising services, specialized agencies and marketing services (SAMS) and media services. Its primary activities include communications, media agency, and digital and healthcare communications.
Trading Hours : Mon - Fri from 07:15 - 15:30 GMT

- RENAULT

open

Renault S.A is a French multinational vehicle manufacturer established in 1899. The company produces a range of cars and vans, and in the past, trucks, tractors, tanks, buses/coaches and autorail vehicles. In 2011, Renault was the third biggest European automaker by production behind Volkswagen Group and PSA and the ninth biggest automaker in the world by production in 2011.
Trading Hours : Mon - Fri from 07:15 - 15:30 GMT

- RIO TINTO

open

Rio Tinto Limited (Rio Tinto) is engaged in finding, mining and processing mineral resources.
Trading Hours : Mon - Fri from 07:15 - 15:30 GMT

- RIO-AU

open

Rio Tinto Group is a British-Australian multinational metals and mining corporation with headquarters in London, United Kingdom, and a management office in Melbourne, Australia.
Trading Hours : Mon - Fri from 00:00 - 06:00 GMT

- RIO-AU VS BHP-AU

open
Trading Hours : Mon - Fri from 00:00 -06:00 GMT

- ROSNEFT'

open

NK Rosneft' OAO (Oil Company Rosneft OJSC) is a Russia-based company engaged in exploration, development, production and sale of crude oil and gas, as well as refining, transportation and sale of petroleum products.
Trading Hours : Mon - Fri from 06:30 - 14:30 GMT

- S. BANK INDIA (UK)

open

State Bank of India  is the largest state-owned banking and financial services company with its headquartered in Mumbai, India. The bank traces its ancestry to British India, through the Imperial Bank of India, to the founding in 1806 of the Bank of Calcutta, making it the oldest commercial bank in the Indian Subcontinent. Bank of Madras merged into the other two presidency banks, Bank of Calcutta and Bank of Bombay to form Imperial Bank of India, which in turn became State Bank of India. The government of India nationalized the Imperial Bank of India in 1955, with the Reserve Bank of India taking a 60% stake, and renamed it the State Bank of India. In 2008, the government took over the stake held by the Reserve Bank of India.
Trading Hours: Mon - Fri  from 04:15-10:00 GMT

- SAB MILLER

open

British brewer, the second largest brewer in the world after  Anheuser-Busch InBev  . Headquarters - in London. Founded in  2002  with the merger of South African Breweries and Miller Brewing.
Trading Hours : Mon - Fri  from 07:15 - 15:00 GMT

- SANOFI

open

Sanofi S.A. is a multinational pharmaceutical company headquartered in Paris, France, as of 2014 the world's fifth-largest by prescription sales. The company was formed as Sanofi-Aventis in 2004 by the merger of Aventis and Sanofi-Synthélabo, which were each the product of several previous mergers. It changed its name to Sanofi in May 2011.
Trading Hours : Mon - Fri  from 07:15 - 15:30 GMT

- **SAUDI ARABIAN REFINERIES**
  - open

SAUDI REFINERIES (Saudi Arabia) is a company which mainly works in the oil industry in the Kingdom of Saudi Arabia. The company is engaged in the purchase, transport, processing, sale, import, export and distribution of oil within the Kingdom of Saudi Arabia and abroad.
Trading Hours : Sun - Thu  from 8:10 - 12:20 GMT

- **SBERBANK (RUSSIA)**
  - open

Sberbank Rossii (MICEX:SBER RTS:SBER) (Russian: Сбербанк России, a contraction of "сберегательный банк"; English: "Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and it's history goes back to the financial reform of 1841. In many regions, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs.
Trading Hours : Mon - Fri  from 06:30-14:30 GMT

- **SIEMENS AG**
  - open

Siemens AG  is a German multinational engineering and electronics conglomerate company headquartered in Berlin and Munich. It is Europe's largest engineering company and maker of medical diagnostics equipment and its medical health-care division, which generates about 12 percent of the company's total sales, is its second-most profitable unit behind the industrial automation division.
Trading Hours : Mon - Fri  from 07:15 - 15:30 GMT

- **STARBUCKS**
  - open

Starbucks Corporation is a roaster, marketer and retailer of coffee operating in 60 countries. The Company purchases and roasts coffees that it sells, along with handcrafted coffee, tea and other beverages and a variety of fresh food items, through Company-operated stores.
Trading Time: Mon - Fri 13:40-20:00 GMT

- **TATA MOTORS**
  - open

Tata Motors Limited is an automobile company. Through its other subsidiary, the Company is engaged in providing engineering and automotive solutions, construction equipment manufacturing, automotive vehicle components manufacturing and supply chain activities, machine tools and factory automation solutions, high-precision tooling and plastic and electronic components for automotive and computer applications, and automotive retailing and service operations. It operates in two segments: automotive operations and all other operations.
Trading Hours : Mon - Fri  from 4:15 - 10:00 GMT

- **TATA STEEL**
  - open

Tata Steel Limited is a manufacturer of steel and steel products. The Company's Global Wires Business consists of Steel's Wire Division in India, Siam Industrial Wire in Thailand and Lanka Special Steels Limited in Sri Lanka.
Trading Hours : Mon - Fri  from 04:15-10:00 GMT

- **TESCO**
  - open

Tesco PLC, incorporated on November 27, 1947, is engaged in retailing and associated activities in the United Kingdom, China, the Czech Republic, Hungary, the Republic of Ireland, India, Malaysia, Poland, Slovakia, South Korea, Thailand and Turkey. The Company also provides retail banking and insurance services through its subsidiary, Tesco Bank. The Company's operations in the United Kingdom is the within the Company, with over 3,000 stores.
Trading Hours : Mon - Fri  from 7:15 - 15:30 GMT

- **TESLA MOTORS**
  - open

Tesla Motors, Inc. is an American company that designs, manufactures, and sells electric cars and vehicle powertrain components. Tesla Motors is a public company that trades on the NASDAQ stock exchange under the symbol TSLA. In the first quarter of 2013, Tesla posted profits for the first time in its ten year history.
Trading Hours : Mon - Fri  from 13:40 - 20:00 GMT

- **TOTAL SA**
  - open

TOTAL S.A., together with its subsidiaries, operates as an integrated oil and gas company worldwide. The company operates through three segments: Upstream, Downstream, and Chemicals.
Trading Hours : Mon - Fri  from 07:15-15:30 GMT

- **TWITTER**
  - open

Twitter is an online social networking and microblogging service that enables users to send and read short 140-character text messages, called "tweets". Registered users can read and post tweets, but unregistered users can only read them. Users access Twitter through the website interface, SMS, or mobile device app. Twitter Inc. is based in San Francisco and has offices in New York City, Boston, San Antonio and Detroit.
Trading Hours : Mon - Fri  from 13:40 - 20:00 GMT

- **UNILEVER (USA)**
  - open

Unilever N.V. and its subsidiaries produce and supply fast moving consumer goods in food, personal care, and home care categories in Asia, Africa, central and eastern Europe, the Americas, and western Europe
Trading Hours : Mon - Fri from 07:15 - 15:30 GMT

- **VIVENDI SA**
  - open

Vivendi SA (Vivendi), is a communications and entertainment company. As of December 31, 2009, the Company had six business segments: Activision Blizzard, Universal Music Group, SFR, Maroc Telecom Group, GVT (Holding) S.A. (GVT) and Canal+ Group.
Trading Hours: Mon - Fri  from 07:15-15:30 GMT

- **VODAFONE (UK)**
  - open

Vodafone Group Public Limited Company provides mobile telecommunication services worldwide. It offers mobile voice services to approximately 370 million customers; messaging services; mobile data services; fixed broadband services to approximately 6 million customers; and whole sale carrier services to approximately 40 African countries. The company also provides business managed services, such as secure remote network access services, as well as operates and sells mobile virtual network access.
Trading Hours: Mon - Fri  from 07:15-15:30 GMT

- **VODAFONE VS ORANGE**
  - open

Trading Hours : Mon - Fri  from 07:15-15:30 GMT

- **VOLKSWAGEN**
  - open

Volkswagen is a German automobile manufacturer headquartered in Wolfsburg, Lower Saxony, Germany. Volkswagen is the top-selling and original marque of the Volkswagen Group, the biggest German automaker and the second largest automaker in the world.
Trading Time: Mon - Fri 07:15 - 15:30 GMT

- **WEIBO**
  - open

Weibo is the Chinese word for "microblog". It refers to mini-blogging services in China, including social chat sites and platform sharing. Weibo uses a format similar to its American counterpart Twitter with key difference being that it is used almost exclusively by Chinese language speakers. Internet users can set up real-time information sharing communities individually, and upload and update information in 140 character blocks.
Trading Hours: Mon - Fri 13:40-20:00 GMT

- **WYNN RESORTS**
  - open

Trading at the NASDAQ, Wynn Resorts Limited is a publicly traded corporation based in Paradise, Nevada, USA.  It is engaged in developing and operating of first class casinos and hotels.
Trading Hours : Mon - Fri 13:40 - 20:00 GMT

- **YANDEX N.V**
  - open

Yandex N.V. (Yandex) is an Internet company in Russia. During the year ended December 31, 2011, the Company generated 63.3% of all search traffic in Russia, and 60.6% in December 2011, and its Yandex sites attracted 45 million visitors in December 2011. It also operates in Ukraine, Kazakhstan, Belarus and Turkey.
Trading Hours : Mon - Fri  from 13:40 - 20:00 GMT

enterSubcategoryName

selectCategory Stocks

CY +357-2503-0345   UK +44-20-3411-1102

Adobe Flash Player is blocked.

Open
Account
Search

Type your search here

How To Trade

- Binary
- Options
- Options
- Builder
- One
- Touch
- 60
- Seconds
- 1

Select the asset to trade

- 2

Click **"CALL"** if you think the price will rise above expiry rate, or click **"PUT"** if you think the price will fall below expiry rate.

- 3

Enter the trade amount, check the details of option, click "Apply".

- 1

Select an asset, set up expiry time and payout ratio.

- 2

Enter investment amount and check all details of the option.

- 3

Click **"CALL"** if you think the price will rise above expiry rate, or click **"PUT"** if you think the price will fall below expiry rate.

- 4

Check all details of the option and click **"Apply"**

- 1

Pick the option you believe will reach or cross the target price

- 2

Chose number of investment units (1 unit = $25).

- 3

Click **"Apply"**.

- 1

Select the asset you want to trade

- 2

Click **"CALL"** if you think the price will rise above expiry rate, or click **"PUT"** if you think the price will fall below expiry rate.

- 3

Enter trade investment and check details of the option.

- 4

Click **"Start"**.



Risk Warning: Trading Binary Options is highly speculative and carries a high level of risk. It is possible to lose all your capital. These products may not be suitable for everyone and you should ensure that you understand the risks involved. It is desirable investors who would consider trading, to do so only with money than they can afford to lose. Seek independent advice if necessary. Dragon Options is the trade name of Dragon Options Ltd which is authorized and regulated by the Cyprus Securities and Exchange Commission (License No. 223/14). Risk Disclosure Statement

Trading on Dragon Options Platform is blocked to all US clients.

© 2014, Dragon Options Ltd. All Rights Reserved.





21 captures
28 Jan 2016 - 16 Apr 2016

FMTrader

**Menu**

Skip to content

- FMTrader
- Binary Options
- FAQ
- Trading Glossary
- English
  - Italiano
    - Français
    - Русский
    - العربية

## FMTrader

### Binary Options: Your Opportunity to Profit on Financial Trading

Traders across the globe are discovering an exciting way to profit on the global financial markets. Binary options trading is an easy way for new traders to enter the market as it requires making only a single decision. To make a successful trade, a trader has to determine if the value of the asset will go up or down. If the trader is correct, then they will generate a profit of up to 85%. Traders can know the results of a trade in as little as 60 seconds.

### A Simple Way to Trade

At its core, trading binary options requires the trader to make one choice. The trader has to predict if the asset will rise or fall in value by the end of a predetermined time period. If they believe that the direction of the asset's price will rise, then they make a 'Call' trade. For an asset that is likely to have a downward movement, the trader chooses 'Put'. If correct, the trader will earn profits even though the asset has lost value. That's it, end of story. All that is left is to select an expiration time for how long the trade will run for, how much to invest and the trade can begin.

### Trading on Global Markets

Binary options trading opens up the global financial markets as never seen before. FMTrader provides investors with an extensive list of assets to choose from for their trading. Since the assets in our index are traded on markets from across the world, traders can place their positions nearly anytime of day or night. The assets range from currency pairs, to commodities, stocks, and indices FMTrader's Asset Index contains:Currency pairs – AUD/USD, EUR/JPY, USD/GBP
Commodities – Coffee, Oil, Gold
Stocks – IBM, Coca Cola, HSBC
Indices – S&P 500, NASDAQ, FTSE 100

### Trading Confidently

For new traders, binary options offer a unique opportunity to earn. With our 100% web-based platform, users of FMTrader from around the world can make trades around the clock regardless of their location. In contrast to traditional trading, traders no longer have to buy an asset in order to profit from it. FMTrader has a low minimum investment of only $25 per trade, making it easy for new traders to enter the market. This allows for traders to earn with only small investments on their trades, growing their wealth into large profits Traders of binary options can trade confidently knowing their potential profits before a trade starts. All rates for payouts are predetermined according to the asset and length of the trade. As investments are made per individual trade, an unsuccessful trade results only in the loss of that single position. The remainder of the trader's investment is safeguarded in their account for future trading Starting to trade binary options with FMTrader's easy to navigate platform is easy to learn and is accessible to traders of all levels of experience Discover how simple it is to earn profits with FMTrader, select the 'OPEN ACCOUNT' button on the homepage to start your trading today.

You are running an unsupported browser, some features may not work. Learn more

- f
- t
- in
- g+

© FMTrader

Login
Password
Email
Forgot Password?
03 : 32 : 10 GMT
Monday 17.02.14
English ▼
Open Account
Trade Now
FAQ
Asset Index
Daily Market Review
Expired Rates
Contact Us

13 captures

ASX FUTURE 5344.000 (03:30

## ASSET INDEX

We give our clients the platforms to trade digital options on a variety of assets. Listed below are trading hours, expiry rates rules, and general information about assets that we offer on our platform. Trading hours are shown in GMT 0 time.

- Stocks
- Currencies
- Commodities
- Indices

- CITI (US)
  Open

Citigroup Inc. (branded Citi), is a major American financial services company located in Ny. Citigroup was produced from of the world's largest mergers ever sold by mixing the bank large Citicorp and monetary conglomerate Travelers Group on April 7, 1998. Citigroup Inc. Has got the world's largest financial companies community, comprising 140 countries with approximately 16,000 offices world wide and employs approximately 322,000 staff round the world.

It's the world's largest bank by overall customers and world wide branch system as of 2009. It is a primary vendor in US Treasury securities. Citigroup suffered large losses during the global financial crisis of 2008 and was saved in November 2008 in an enormous bailout by the U.S. government.

Trading Hours : Mon - Fri 15:00 - 19:00
Reuters Code : C
Expiry Rule : (Bid + Ask) / 2
- MICROSOFT (US)
  Open

Microsoft Corporation is an international computer technology firm that develops, manufactures, licenses, and supports a broad array of pc software services and products for computing devices. Its most successful items would be the Microsoft Windows operating system and the Microsoft Office suite of production software.

The business was created to develop and market BASIC interpreters for the Altair 8800. Microsoft rose to dominate your home computer operating system market with MS-DOS within the mid-1980s, followed closely by the Windows district operating systems. Its products and services have all reached near-ubiquity in the desktop computer market.

If the business debuted its IPO in March 13, 1986, the stock price was US $21. From the end of the initial dealing day, the stock had closed at $28.The stock cost peaked in 1999 at around US $119.

In the last several years, the price of Microsoft's stock generally kept constant, with a growth in stock price around the launch of Windows Vista and a fall during the overall economy of 2008.

Trading Hours : Mon - Fri 15:00 - 19:00
Reuters Code : MSFT.O
Expiry Rule : (Bid + Ask) / 2
- › APPLE (US)
  Open

Apple Inc. is an American multinational company that designs and makes software products and consumer electronics. The business's best-known electronics items include Macintosh pcs, the iPod and the iPhone. Apple software includes the Mac OS X functioning system, the iTunes media browser, the iLife suite of media and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of skilled audio and film-industry software products, and Logic Studio, a suite of audio resources. The business operates more than 250 retail stores in eight countries and an online store where hardware and computer software products are sold.

Trading Hours Mon - Fri 15:00 - 19:00
Reuters Code : AAPL.O
Expiry Rule : (Bid + Ask) / 2

- › NIKE (US)
  Open

Nike, Inc. is really a major publicly traded sportswear and equipment supplier based in america. It's the world's leading provider of shoes and clothing and a significant supplier of sports equipment with income more than $18.6 billion 83000 in its fiscal year 2008. By 2008, it used more than 30,000 people worldwide. The company was started on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Philip Knight, and officially became Nike, Inc. in 1978. The business takes its title from Nike (Greek Nικη pronounced [ni'kɛ·]), the Greek goddess of victory; it's also predicated on Egyptian usage of 'energy', 'success', naiht. Nike markets its products and services under its own company in addition to Nike Golf, Nike Pro, Nike+, Air Jordan, Nike Skateboarding and subsidiaries including Hurley International, Cole Haan, Umbro and Converse. In addition to production sportswear and equipment, the company operates retail stores beneath the Niketown name.

Trading Hours Mon - Fri 15:00 - 19:00
Reuters Code : NKE
Expiry Rule : (Bid + Ask) / 2
- › GAZPROM (RUSSIA)
  Open

Gazprom (English: Open Joint Stock Company 'Gazprom ') will be the largest extractor of gas on the planet and the largest Russian company.
Gazprom was made in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself in to a business, keeping all its resources unchanged. The company was later privatized partly, but currently the Russian government holds a controlling stake. In 2008, the business made 549.7 thousand cubic meters of natural gas, amounting to 17% of the global gas production. Furthermore, the organization produced 10.9 million tons of gasoline and 32 million tons of oil. Gazprom's activities accounted for a huge number of Russia's gross domestic product in 2008.

Trading hours Mon - Fri 7:30 - 14:00
Reuters Code : GAZP.MM
Expiry Rule : (Bid + Ask) / 2
- › BP (BRITISH PETROLEUM)
  Open

BP plc is the next largest international energy company, the 5th largest company on earth and UK's largest company, with headquarters in St James's. City of Westminster, London. The company is probably the largest private sector power firm on the planet, and one of the six 'supermajors' (vertically built-in private sector oil search, gas, and oil product marketing organizations). The Company is shown on the London Stock Exchange and is a component of the FTSE 100.

Trading hours Mon - Fri 7:30 - 15:30
Reuters Code : BP.L
Expiry Rule : (Bid + Ask) / 2
- › LUKOIL (RUSSIA)
  Open

Lukoil (RTS LKOH LSE: LKOD NASDAQ: LUKOY) is Russia's largest oil firm and its largest producer of oil. In 2007, the organization developed 96.645 million a lot of oil; 1.953 million barrels per day.

Their global upstream part is known as Lukoil Overseas Holding. Headquartered in Moscow, Lukoil may be the second largest public company (close to ExxonMobil) in terms of proven oil and gas reserves. In 2008, the business had 19.3 million barrels of oil equivalent per SPE criteria. This accounts to some 1.30-1.50 of worldwide oil supplies. The business has operations in more than 40 countries across the world.

Trading hours Mon - Fri 7:30 - 14:00
Reuters Code : LKOH.MM
Expiry Rule : (Bid + Ask) / 2
- › SBERBANK (RUSSIA)
  Open

Sberbank Rossii (MICEX SBER RTS SBER) ( 'Savings Bank of the Russian Federation ') is the biggest bank in Russia and Eastern Europe. Their headquarters have been in Moscow and its history goes back to the economic reform of 1841. In many regions, Sberbank is virtually the only real bank capable of providing local businesses with sophisticated banking services and making important financial support in applying social and investment programs.

Trading hours Mon - Fri 8:00 - 14:00
Reuters Code : SBER03.MM
Expiry Rule : (Bid + Ask) / 2

- ▸ COCA COLA (US)
  Open

Coca-Cola is really a carbonated soda sold in stores, eateries and vending machines globally. The Coca-Cola Company states the drink is sold in over 200 countries. It is made by The Coca-Cola Company in Atlanta, Georgia, and is frequently just known as Coke or Cola. Originally designed as a patent medicine when it was devised in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing methods led Coke to its dominance of the world soft-drink marketplace throughout the 20th century. Coca-cola like the famous brand McDonald is known as emblematic of US capitalism and culture.

**Trading Hours : Mon - Fri 15:00 - 19:00**
**Reuters Code : KO**
**Expiry Rule : (Bid + Ask) / 2**
- ▸ HSBC HOLDINGS (LONDON)
  Open

HSBC Holdings plc is a public limited company headquartered in London since 1993, and incorporated in England and Wales in 1990. At the time of 2009, it's both world's largest banking team and the world's 6th largest business based on a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation situated in Hong Kong, the acronym that resulted in the current name. Today, whilst no geographical region dominates the group's earnings, Hong Kong still remains a substantial supply of its income. Current acquisitions and development in China are returning HSBC to element of its roots HSBC has an insurance activities around the world and significant financing, expense, and tremendous working base in Asia. The organization includes a world wide reach and financial fundamentals matched by few other bank or financial multinationals.

HSBC is listed on the Hong Kong, New York, London, Paris and Bermuda Stock Exchanges, and is a component of the FTSE 100 Index and the Hang Seng Index.

**Trading hours Mon - Fri 7:30 - 15:30**
**Reuters Code : HSBA.L**
**Expiry Rule : (Bid + Ask) / 2**
- ▸ TATA MOTORS (INDIA)
  Open

Tata Motors Limited (NSE: TATAMOTORS, BSE: 500570, NYSE: TTM), is a multinational company headquartered in Mumbai, India. Part of the Tata Group, it was formerly known as TELCO Locomotive Company) and (TATA Engineering. Tata Motors includes a combined revenue of 2500 16 million after the exchange of Landrover in 2008, and British automotive manufacturers Jaguar

It is India's largest organization in the automobile and commercial vehicle sector with well over 70% collective Market share within the Domestic Commercial vehicle section, and a midsized player around the world market with 0.81% market share in 2007 according to OICA data. The OICA placed it while the 19th largest automaker, based on results for 2007.

Tata Motors is a dual-listed firm traded on the New York Stock Exchange, as well as on both Bombay Stock Market. Ta-ta Motors in 2005, was ranked among the top ten companies in India with an annual income exceeding INR 320 billion.

**Trading Hours Mon - Fri 4:30 - 10:00**
**Reuters Code : TAMO.BO**
**Expiry Rule : (Bid + Ask) / 2**
- ▸ TURKCELL (TURKEY)
  Open

Turkcell (NYSE: TKC) is the best cellular phone operator of Turkey, based in Istanbul. The business has 36.3 million members by the end of September 2008, which makes it the 3rd largest in Europe. Turkcell is dealt both in the Turkish Stock Market and the NYSE. fourmarkets enables trading on the Turkcell stock both in the Turkish Exchange and inside the NYSE.

**Trading Hours : Mon - Fri from 12:00 - 13:50**
**Reuters Code : TKC**
**Expiry Rule : (Bid + Ask) / 2**
- ▸ TESCO
  Open

Tesco plc (LSE: TSCO) is a market and general retailing retailer headquartered in Cheshunt, United Kingdom. It could be the third-largest retailer in the world measured by earnings (after Carrefour) and Wal-Mart and the second-largest measured by earnings (after Wal-Mart ). It has stores in 14 nations across Europe, Asia and North America and may be the food market leader within the UK (where it has a market share of around 30%), Malaysia, the Republic of Ireland and Thailand.

**Trading Hours : Mon - Fri from 08:00 - 15:30**
- ▸ TEVA PHARMA
  Open

Teva Pharmaceutical Industries Ltd. NASDAQ, TEVA can be an global pharmaceutical firm headquartered in Petah Tikva, Israel. It specializes in generic and proprietary pharmaceuticals and active pharmaceutical ingredients. It's the largest generic drug maker on the planet and one of many 15 largest pharmaceutical companies worldwide.

**Trading Hours : Sun - Thu  from 08:30 - 13:00**
- ▸ PETROBRAS
  Open

Petrobras could be the largest company in Latin America by market capitalization and income, and the largest company headquartered in the Southern Hemisphere by market value The company was started in 1953, due primarily to the attempts of then Brazilian President Getúlio Vargas. Whilst the business ceased to be Brazil's appropriate monopolist in the oil industry in 1997, it remains a substantial oil producer, with production of over 2 million barrels of oil equivalent per day, in addition to an important provider of oil products.

**Trading Hours : Mon - Fri  from 14:30 - 20:00**
- ▸ NISSAN MOTOR
  Open

Nissan Motor Company Ltd frequently shortened to Nissan (play / ni sɒ n/ or UK / nɪssən/; Japanese: [nɪ:æɴ]), is a multi-national automaker headquartered in Japan. It was formerly a primary member of the Nissan Group, but is becoming more independent after its restructuring under Carlos Ghosn (CEO ).f formerly sold vehicles under the 'Datsun' brand-name and is among the largest car companies in the world. By 2011, the company's international headquarters is situated in Nishi-ku, Yokohama. In 1999, Nissan joined a two way coalition with Renault S.A. of France, which owns 43.4% of Nissan while Nissan contains 15% of Renault stocks, as of 2008. The present market share of Nissan, along side Honda and Toyota, in American auto income represent the greatest of the automotive firms based in Asia which have been increasingly encroaching on the traditionally dominant US-based 'Big Three' comprising GM, Ford and Chrysler. In its home market, Nissan could be the third-largest car company, with Honda being second by a little margin of 2,000 items and Toyota really principal first. Together with its usual range of models, Nissan also creates a range of luxury models printed as Infiniti.

**Trading Hours : Mon - Fri 00:30-02:00 & 04:00-06:00 GMT**
- ▸ IBM
  Open

International Business Machines (IBM) (NYSE: IBM) is an American multinational engineering and consulting firm headquartered in Armonk, Nyc. IBM manufactures and sells computing devices and software, and it offers hosting, infrastructure and consulting companies in areas ranging from mainframe computers to nanotechnology.

**Trading Hours : Mon - Fri  from 14:30 - 20:00**
- ▸ REUTERS (US THOMSON REUTERS)
  Open

Reuters Group Limited is an UK-based, Canadian business. That news company provides details about financial markets from all over the world to newspapers and broadcasters. Its main emphasis is on supplying the financial markets with trading and data products. This includes market data, such as share prices and currency rates, research and analysis, as well as trading systems that enable traders to purchase and sell such assets as values and stocks on a computer screen instead of by telephone or on a trading ground like that of the New York Stock Exchange. Opponents contain Bloomberg L.P. and Dow Jones Newswires. It is now part of Thomson Reuters.

**Trading Hours: Mon - Fri from 14:00-20:00GMT**
**Reuters Code: TRI.N**
**Expiry Rule: (Bid + Ask) / 2**
- ▸ BAE SYSTEMS (LONDON)
  Open

BAE Systems plc is a British aerospace, security and security firm headquartered in Farnborough, Hampshire, England, that has worldwide interests, specially in North America through its subsidiary BAE Systems Inc. BAE may be the world's second-largest defense contractor and the largest in Europe. It had been formed on 30 November 1999 by the £7.7 billion merger of two British companies, Marconi Electronic Systems (MES), the defence electronics and naval shipbuilding subsidiary of the General Electric Company plc (GEC), and the airplane, munitions and naval methods producer British Aerospace (BAE ).

**Trading Hours Mon - Fri 8:30 - 16:00**
**Reuters Code : BAE S.L**
**Expiry Rule : (Bid + Ask) / 2**
- ▸ ROLLS ROYCE (LONDON)
  Open

Rolls-Royce plc (LSE: RR.) is the second-largest on the planet, and a British aircraft engine manufacturer, behind GE Aviation. The organization has related companies in the defense aerospace, underwater and energy markets. Rolls-Royce was nationalized in 1971, by which time airplane engines had long been the most significant part of the company. The car business was separated in 1973 and the present Rolls-Royce plc was re-privatized in 1987. Rolls-Royce is, through its defense aerospace division, the world's 16th largest defense contractor. Safety aerospace sales accounted for 21-60 of team sales in civil aerospace 53-feet, 2005, maritime 17.6-ounce and power 2 months. It is shown on the London Stock Exchange and is a constituent of the FTSE 100 Index.

**Trading hours Mon - Fri 8:30 - 16:00**
**Reuters Code : RR.L**
**Expiry Rule : (Bid + Ask) / 2**

Start Trading Now

First Name

Last Name

Country

Email

1

My Phone

I'd like to speak with a trading coach

Open Account

**37**

Live Support 24 hours

Adobe Flash Player is blocked

How to Trade

- Binary Options
- •
- Options Builder
- •
- One Touch
- •
- 60 Sec'

- 1
  Select the asset and the expire time you wish to trade for.
- 2
  Click on "CALL" if you think the price will rise above the current rate at the time of expiry, or click "PUT" if you think the price will fall below the current rate at the time of expiry
- 3
  Enter the amount you would like to invest and "Apply"
- 4
  Get up to **88%** profit.

- 1
  Select the asset, Active expiration time and risk management.
- 2
  Enter the amount you want to invest.
- 3
  Click "CALL" if you think the price will rise above the current rate. Click "PUT" if you think the price will fall below the current.
- 4

  Click on "Apply"

- 1
  Choose the option you believe will rise or fall to the target price value
- 2
  Select the amount that you would like to invest in units
- 3
  Click on "Apply"

- 1
  Select the asset that you would like to trade
- 2
  Select the amount you would like to invest
- 3
  Click on "CALL"if you think the price will increase above the current rate during the 60 seconds, or "PUT" if you think the price will fall below the current rate at the time of expiry
- 4
  Click on "START"

Breaking News

Asia stocks supported; Nikkei hit by yen and data
Most Asian share markets edged higher on Monday in a nod to the resilience of Wall...

Foreign banks bracing for tough U.S. Fed capital rules
Overseas banks look set to win only minor concessions when the Federal Reserve signs...

Enter Subcategory Name

Select Category  Stocks ▼

Chat 24/7
Phone
Email Us
Contact Us

**fourmarkets**

- About Us
- Binary Option
- One Touch Option
- Option Builder

**Information**

- How to trade
- FAQ
- Glossary
- Asset Index

**Analyst Review**

- Daily Market Review
- Trading Signals
- Weekly Market Review
- Expired Rates

**Partners**

- Refer A Friend
- Introducing Brokers
- Affiliates

**Privacy Policy**

- Terms  and Conditions
- Privacy Policy
- Disclaimer
- Expiry Rates Rules

As with all trading of digital options every transaction is subject to risks. Please be aware before you take the decision to go ahead and start trading, as well as making profits through option trading you should also be aware of the fact the assets can be lost wholly or partially. Fourmarkets clearly sets out this in its terms and conditions and should be read carefully before advancing on the fourmarkets platform.
Quotes of digital options are set at the current indicative rates on the fourmarkets platform that the company is willing to sell at, and may very well differ to quoted rates at point of sale and live market quotations.

Login or Open trading account
Email
Password
Login

38



before making any investments.   Customers must be aware of their individual capital gain tax liability in their country of residence.

@2013, Brainerd Properties Limited, Suite 41/42, Victoria House, 26 Main Street, Gibraltar