

20 captures

41

Trading hours Mon – Fri 9:30 – ...
Reuters Code : TAMO.BO
**Expiry Rule : (Bid + Ask) / 2**

SBERBANK (RUSSIA)

Sberbank Rossii (MICEX:SBER RTS:SBER) ( "Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and its history goes back to the financial reform of 1841. In many regions, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs.

Trading hours Mon – Fri 8:00 – 14:00
Reuters Code : SBER03.MM
**Expiry Rule : (Bid + Ask) / 2**

ROLLS ROYCE (LONDON)

Rolls-Royce plc (LSE: RR.) is a British aircraft engine maker, and the second-largest in the world, behind GE Aviation. The company has related businesses in the defense, aerospace, marine and energy markets.
Rolls-Royce was nationalized in 1971, by which time aircraft engines had long been the most significant part of the business. The automobile company was separated in 1973 and the present Rolls-Royce plc was re-privatized in 1987. Rolls-Royce is, through its defense aerospace division, the world's 16th largest defense contractor. Defense aerospace sales accounted for 21% of group sales in 2005; civil aerospace 53%, marine 17% and energy 8%. It is listed on the London Stock Exchange and is a constituent of the FTSE 100 Index.

Trading hours Mon – Fri 8:30 – 16:00
Reuters Code : RR.L
**Expiry Rule : (Bid + Ask) / 2**

REUTERS (US THOMSON REUTERS)

Reuters Group Limited is a UK-based, Canadian company. This news company provides information about financial markets from around the world to newspapers and broadcasters. Its main focus is on supplying the financial markets with information and trading products. This includes market data, such as share prices and currency rates, research and analysis, as well as trading systems that allow dealers to buy and sell such assets as currencies and shares on a computer screen instead of by telephone or on a trading floor like that of the New York Stock Exchange. Competitors include Bloomberg L.P. and Dow Jones Newswires. It is now a part of Thomson Reuters.

Trading hours Mon – Fri from 14:00-20:00GMT
Reuters Code: TRI.N
**Expiry Rule : (Bid + Ask) / 2**

NISSAN MOTOR

Nissan Motor Company Ltd usually shortened to Nissan (ग्रे / ˈniːsɑːn/ or UK / ˈnɪsæn/, Japanese: [niːsaɴ]), is a multinational automaker headquartered in Japan. It was formerly a core member of the Nissan Group, but has become more independent after its restructuring under Carlos Ghosn (CEO.) formerly marketed vehicles under the "Datsun" brand name and is one of the largest car manufacturers in the world. As of 2011, the company's global headquarters is located in Nishi-ku, Yokohama. In 1999, Nissan entered a two way alliance with Renault S.A. of France, which owns 43.4% of Nissan while Nissan holds 15% of Renault shares, as of 2008. The current market share of Nissan, along with Honda and Toyota, in American auto sales represent the largest of the automotive firms based in Asia that have been increasingly encroaching on the historically dominant US-based "Big Three" consisting of GM, Ford and Chrysler. In its home market, Nissan is the third largest car manufacturer, with Honda being second by a small margin of 2,000 units and Toyota in a very dominant first. Along with its normal range of models, Nissan also produces a range of luxury models branded as Infinity.

Trading Hours : Mon – Fri 00:15-02:00 & 03:30-06:00 GMT
Reuters Code : NISSAN
**Expiry Rule : (Bid + Ask) / 2**

NIKE (US)

Nike, Inc. is a major publicly traded sportswear and equipment supplier based in the United States. It is the world's leading supplier of athletic shoes and apparel and a major manufacturer of sports equipment with revenue in excess of $16.8 billion USD in its fiscal year 2008 . As of 2008, it employed more than 30,000 people worldwide.
The company was founded on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Philip Knight, and officially became Nike, Inc. in 1978. The company takes its name from (Greek Nike) pronounced [ni:ke ]), the Greek goddess of victory; it is also based on the Greek language of "strength", "victory", नाम. Nike markets its products under its own brand as well as Nike Golf, Nike Pro, Nike+, Air Jordan, Nike Skateboarding and subsidiaries including Cole Haan, Hurley International, Umbro and Converse. In addition to manufacturing sportswear and equipment, the company operates retail stores under the Niketown name.

Trading Hours Mon – Fri 15:00 – 19:00
Reuters Code : NKE
**Expiry Rule : (Bid + Ask) / 2**

LUKOIL (RUSSIA)

Lukoil (RTS:LKOH LSE: LKOD NASDAQ: LUKOY) is Russia's largest oil company and its largest producer of oil. In 2007, the company produced 96.645 million tons of oil. 1.953 million barrels per day.
Its international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to Exxon Mobil) in terms of proven oil and gas reserves. In 2008, the company had 19.3 billion barrels of oil equivalent per SPE standards. This accounts to some 1.3% of global oil reserves. The company has operations in more than 40 countries around the world.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : LKOH.MM
**Expiry Rule : (Bid + Ask) / 2**

HSBC HOLDINGS (LONDON)

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. As of 2009, it is both the world's largest banking group and the world's 6th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals.
HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

Trading hours Mon – Fri 7:30 – 15:30
Reuters Code : HSBA.L
**Expiry Rule : (Bid + Ask) / 2**

GAZPROM (RUSSIA)

Gazprom (English: Open Joint Stock Company "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company.
Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake.
In 2008, the company produced 549.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : GAZP.MM
**Expiry Rule : (Bid + Ask) / 2**

COCA COLA (US)

Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : COKE
**Expiry Rule : (Bid + Ask) / 2**

CITI (US)

Citigroup Inc. (branded Citi), is a major American financial services company based in New York. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.
It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : NOEC
**Expiry Rule : (Bid + Ask) / 2**

BP (BRITISH PETROLEUM)

BP plc is the third largest global energy company, the 5th largest company in the world and UK's largest company, with headquarters in St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world, and one of the six "supermajors" (vertically integrated private sector oil exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100.

Trading Hours Mon – Fri 7:15 – 15:30
Reuters Code : BP.L
**Expiry Rule : (Bid + Ask) / 2**

BAE SYSTEMS (LONDON)

BAE Systems plc is a British defense, security and aerospace company headquartered in Farnborough, Hampshire, England, that has global interests, particularly in North America through its subsidiary BAE Systems Inc. BAE is the world's second-largest defense contractor and the largest in Europe. It was formed on 30 November 1999 by the £7.7 billion merger of two British companies, Marconi Electronic Systems (MES), the defence electronics and naval shipbuilding subsidiary of The General Electric Company plc (GEC), and the aircraft, munitions and naval systems manufacturer British Aerospace (BAE).

Trading Hours Mon – Fri 8:30 – 16:00
Reuters Code : BAES.L
**Expiry Rule : (Bid + Ask) / 2**

APPLE (US)

Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.

Trading Hours Mon – Fri 13:40 – 20:00
Reuters Code : AAPLO

IBM

International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells ...

42

Trading Hours : Mon – Fri from 13:40 – 20:00

MICROSOFT (US)

Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.

The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. Its products have all achieved near-ubiquity in the desktop computer market.

When the company debuted its IPO on March 13, 1986, the stock price was US \$21. By the end of the first trading day, the stock had closed at \$28. The stock price peaked in 1999 at around US \$119.

In the last few years, the price of Microsoft's stock largely remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008.

Trading Hours : Mon – Fri 15:00 – 19:00
Reuters Code : MSFT.O
Expiry Rule : (Bid + Ask) / 2

WHEAT

Wheat is a grass, originally from the Fertile Crescent region of the Near East, but now cultivated worldwide. In 2007 world production of wheat was 607 million tons, making it the third most-produced cereal after maize (784 million tons) and rice (651 million tons). Globally, wheat is the leading source of vegetable protein in human food, having higher protein content than either maize (corn) or rice, the other major cereals. In terms of total production tonnages used for food, it is currently second to rice as the main human food crop, and ahead of maize, after allowing for maize's more extensive use in animal feeds.

Trading Hours : Mon – Fri 12:00-18:00 GMT

SUGAR

The sugar is one of the world's leading sweeteners, mainly produced in Brazil.

There are many types of sugars which all are rated by the ICUMSA (international commission uniform methods of sugar analysis), at our platform the sugar is traded as quoted and cleared by the CME group.

The future contracts are dollar dominated and represent the price of sugar for 112,000 units. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July and October).

Platform trading hours 10:00 – 18:00
CME symbol YO.
Expiry rule (Bid + Ask)/2

SILVER

Silver, in the form of electrum (a gold-silver alloy), was coined to produce money in around 700 BCE by the Lydians. Later, silver was refined and coined in its pure form. Many nations used silver as the basic unit of monetary value. In the modern world, silver bullion has the ISO currency code XAG. The name of the United Kingdom monetary unit "pound" reflects the fact that it originally represented the value of one troy pound of sterling silver. In the 1800s, many nations, such as the United States and Great Britain, switched from silver to a gold standard of monetary value, then in the 20th century to fiat currency.

Much like gold, it is considered to be a natural hedge against inflation and in the last few years was highly correlated with world growth.

Trading Hours : Mon – Thu 04:00 – 20:30
Reuters Code : XAG=
Expiry Rule : (Bid + Ask) / 2

PLATINUM

Platinum is a chemical element with the chemical symbol Pt and an atomic number of 78.

Platinum is used in jewelry, laboratory equipment, electrical contacts and electrodes, platinum resistance thermometers, dentistry equipment, and catalytic converters. Platinum bullion has the ISO currency code of XPT. Platinum is a commodity with a value that fluctuates according to market forces. On June 5, 2009, Platinum was worth \$1263.00 per troy ounce (approximately \$40.09 per gram).

Trading Hours : Mon – Fri 10:00 – 20:00
Reuters Code : XPT=
Expiry Rule : (Bid + Ask) / 2

OIL LIGHT SWEET CRUDE)

Sweet crude oil is a type of petroleum. Petroleum is considered "sweet" if it contains less than 0.5% sulfur, compared to a higher level of sulfur in sour crude oil. Sweet crude oil contains small amounts of hydrogen sulfide and carbon dioxide. High quality, low sulfur crude oil is commonly used for processing into gasoline and is in high demand, particularly in the industrialized nations. "Light sweet crude oil" is the most sought-after version of crude oil as it contains a disproportionately large amount of these fractions that are used to process gasoline, kerosene, and high-quality diesel. The term "sweet" originated because the low level of sulfur provides the oil with a mildly sweet taste and pleasant smell. Nineteenth century prospectors would taste and smell small quantities of the oil to determine its quality.

This type of oil is considered a benchmark for oil and is traded at the Chicago Mercantile Exchange. The oil is considered a natural hedge against inflation as in the last few years was highly correlated with the world's growth.

Trading Hours : Mon – Fri 2:00 – 20:30
Reuters Code : CLV1
Expiry Rule : (Bid + Ask) / 2

GOLD

Historically gold coinage was widely used as currency; when paper money was introduced, it typically was a receipt redeemable for gold coin or bullion. In an economic system known as the gold standard, a certain weight of gold was given the name of a unit of currency. For a long period, the United States government set the value of the US dollar so that one troy ounce was equal to \$20.67 (\$664.56/kg), but in 1934 the dollar was devalued to \$35.00 per troy ounce (\$1125.27/kg). By 1961 it was becoming hard to maintain this price, and a pool of US and European banks agreed to manipulate the market to prevent further currency devaluation against increased gold demand.

On March 17, 1968, economic circumstances caused the collapse of the gold pool, and a two-tiered pricing scheme was established whereby gold was still used to settle international accounts at the old \$35.00 per troy ounce (\$1.13/g) but the price of gold on the private market was allowed to fluctuate; this two-tiered pricing system was abandoned in 1975 when the price of gold was left to find its free-market level.

Today Gold is considered to be a natural hedge against world inflation and in the last few years together with crude prices and other metals, was highly correlated with world global growth, especially in emerging markets.

Trading Hours : Mon – Thu 2:00-20:30 GMT
Reuters Code : XAU=
Expiry Rule : (Bid + Ask) / 2

COFFEE

One of the world's most popular drinks, it is assumed that 80% of adults drink some sort of coffee or a derivative of coffee at list once a day. Like many other soft commodities Brazil is the largest producer of coffee.

The future contracts are dollar dominated and represent the price of sugar for 37,500 pounds. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July September and December).

Platform trading hours 13:00-18:00GMT
CME symbol  KT.

TOPIX

Tokyo Stock Price Index, commonly known as TOPIX, along with Nikkei 225, is an important stock market index for the Tokyo Stock Exchange in Japan, tracking all domestic companies of the exchange's First Section. It is calculated and published by the TSE. As of February 1, 2011, there are 1,669 companies listed on the First Section of the TSE. The market value for the index on the same date is 197.481 Billion Yen.

Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT

TEL AVIV 25

The TA-25 index is the TASE's flagship index. It was first published in 1992 under the name "MA'OF Index". The TA-25 index tracks the prices of the shares of the 25 companies with the highest market capitalization on the exchange. It serves as an underlying asset for options and futures, Index-Linked Certificates and Reverse Certificates traded on the exchange and worldwide. The index also began on 1 January 1992 with a base level of 100.

Trading Hours : Sun – Thu 07:00-13:30 GMT

TADAWUL (SAUDI STOCK EXCHANGE)

Saudi Stock Exchange or Tadawul is the only stock exchange in Saudi Arabia. The Capital Market Authority supervises the exchange. The Tadawul All-Share Index (TASI) reached its highest point of 20,634.86 on 25 February 2006. It has 115 publicly traded companies (as of April 30th 2005).

Trading Hours : Sun – Wed 6:10 – 12:20
Reuters Code : .TASI
Expiry Rule : Reuters Last Rate

SSE100 (SHANGHAI STOCK EXCHANGE)

Traded in the Shanghai stock exchange the SSE Composite Index (also known as Shanghai Composite) is the most commonly used indicator to reflect SSE's market performance. Constituents for the SSE Composite Index are all listed stocks (A shares and B shares) at the Shanghai Stock Exchange. The SSE100 reflects the largest 100 stocks in the SSE general index and it includes stocks such as BANK OF CHINA and AIR CHINA.

Trading Hours : Mon – Fri 7:00 – 8:00.
Reuters Code : .SSE100
Expiry Rule : Reuters Last Rate

S&P 500 (US)

Traded on the CME (Chicago Mercantile Exchange), Standard & Poors is a value-weighted index of 500 large-cap common stocks actively traded in the United States. The stocks included in the S&P are those of large publicly held companies that trade on either of the two largest American stock market companies: the NYSE Euronext and the NASDAQ OMX.

Trading Hours : Mon – Fri 13:40-20:00
Reuters Code : .SPX
Expiry Rule : (Bid + Ask) / 2

RTS (RUSSIAN TRADING SYSTEM)

The Russian Trading System is a stock market established in 1995 in Moscow, consolidating various regional trading floors into one exchange.

The RTS Index (RTSI) is an index of 50 Russian stocks (as of March 15th, 2007) that trade on the RTS Stock Exchange in Moscow.

The Index includes GAZPROM and SBERBANK, VOLGA TELECOM and NOVATEK.

Trading Hours : Mon – Fri 8:30 – 14:30
Reuters Code : .IRTS
Expiry Rule : Reuters Last Rate

NIKKEI225 (JPN)

Nikkei 225, more commonly called the Nikkei, the Nikkei index, or the Nikkei Stock Average, is a stock market index for the Tokyo Stock Exchange (TSE). It has been calculated daily by the Nihon Keizai Shimbun (Nikkei) newspaper since 1950. It is a price-weighted average (the unit is yen), and the components are reviewed once a year. Currently, the

43

1975 to 1985.

**Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT**
NASDAQ (US)

**Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT**
NASDAQ (US)

The Nasdaq Composite is a stock market index of all of the common stocks and similar securities listed on the NASDAQ stock market, meaning that it has over 3,000 components. It is highly regarded in the U.S. as an indicator of the performance of stocks of technology companies and growth companies. Since American and non-American companies are listed on the NASDAQ stock market, the index is not exclusively a U.S. index.

**Trading Hours : Mon – Fri 15:00 – 19:00**
**Reuters Code : .IXIC**
**Expiry Rule : Reuters Last Rate**
MSM 30 (OMAN)

The Muscat Securities Market (MSM) is the principal stock exchange of Oman. It is located in Muscat and it was founded in 1988. The principal stock index at the MSM is the MSM-30. The MSM-30 (also known as the Muscat Securities Market Index) was established in 1992. The composition of the index by sector is as follows:
Banks & Investment Sector: 69 companies
Industry Sector: 89 companies
Service : 61 companies
The index includes stocks such as DHOFAR BANK and NATIONAL BANK OF OMAN.

**Trading Hours : Sun – Thu 6:30 – 8:30**
**Reuters Code : .MSI**
**Expiry Rule : Reuters Last Rate**
MICEX 10 (MOSCOW INTERBANK EXCHANGE)

The MICEX 10 Index is a price non-weighted index, calculated as the arithmetic mean of the change of prices of 10 most liquid stocks admitted to circulation in the Stock Market Section of the Moscow Interbank Currency Exchange in Moscow. The index includes Russian Top firms in a variety of sectors such as GAZProm and SBERBANK.

**Trading Hours : Mon – Fri 8:30 – 14:30**
**Reuters Code : .MCX10**
**Expiry Rule : Reuters Last Rate**
KUWAIT (KUWAIT GENERAL INDEX)

The Kuwait Stock Exchange (KSE) is the national stock market of The State of Kuwait. Although several share holding companies (such as NBK in 1952) existed in Kuwait prior to the creation of the KSE, it was not until October 1962 that a law was passed to organize the country's stock market.
The Kuwait Stock Exchange is also among the first and largest stock exchanges in the Persian Gulf region, and is now gaining prominence as one of the most potentially important in the world.

**Trading Hours : Sun – Thu 6:20 – 9:20**
**Reuters Code : .KWSE**
**Expiry Rule : Reuters Last Rate**
KL FUTURE

The Kuala Lumpur Composite Index is a capitalization-weighted stock market index introduced in 1986.
The FTSE Bursa Malaysia comprises the largest 30 companies listed on the Malaysian Main Market by full market capitalization that meet the eligibility requirements of the FTSE Bursa Malaysia Index Ground Rules.

**Trading Hours : Mon – Fri 01:00-04:30,07:00-09:00**
Reuters Code : .KLSE

**Trading Hours : Mon – Fri 01:00-04:30,07:00-09:00**
**Reuters Code : KLfc1**
**Expiry Rule (Bid + Ask) / 2**

ISE 30 (ISTANBUL STOCK EXCHANGE)

The Istanbul Stock Exchange (ISE) is the only corporation in Turkey for securities exchange established to provide trading in equities, bonds and bills, revenue-sharing certificates, private section bonds, foreign securities and real estate certificates as well as international securities.
ISE is home to 320 national companies. Local trading hours are 09:30-12:00 for the first session and 14:00-17:00 for the second session, on workdays. All ISE members are incorporated banks and brokerage houses.

**Trading Hours Mon – Fri   7:00 – 9:00 and 11:10 – 13:50**
**Reuters Code : .XU030**
**Expiry Rule : Reuters Last Rate**
HANG SENG (HONG KONG)

HSI was started on November 24, 1969, and is currently compiled and maintained by HSI Services Limited. It is a subsidiary of Hang Seng Bank, the largest bank registered and listed in Hong Kong in terms of market capitalisation. It is responsible for compiling, publishing and managing the Hang Seng Index.

**Trading Hours Mon – Fri  01:30-04:00,05:10-08:00**
**Reuters Code : .HSI**
**Expiry Rule : Reuters Last Rate**
FTSE 100 (UK)

The FTSE 100 Index — also called FTSE 100, FTSE, or, informally, the "footsie" is a share index of the 100 most highly capitalized UK companies listed on the London Stock Exchange. Because the FTSE includes large international companies such as HSBC, BP, Vodafone and Unilever it is considered to be a Global Index and as such is followed by investors worldwide.

**Trading Hours : Mon – Fri  6:30 – 14:30**
**Reuters Code : .FTSE**
**Expiry Rule : Reuters Last Rate**
DFM (DUBAI FINANCIAL MARKET GENERAL INDEX)

The Dubai Financial Market is a stock exchange located in Dubai, United Arab Emirates. It was founded on March 26, 2000.
There are about 57 companies listed (as of August 2007) on DFM, most of them are UAE-based companies and a few dual listings for companies based in other MENA region countries.
During 2004 and 2005, there were significant increases in the volume of shares traded and the share prices of many companies. However, towards the end of 2005 and through the first few months of 2006 the bubble burst and share values dropped by around 60% on DFM, along with similar decreases in most other Persian Gulf stock markets.
The DFM index includes stocks such as DUBAI ISLAMIC BANK and the EMIRATES TELECOMUNICATION COMPANY.

**Trading Hours: Sun – Thu 6:30 – 9:50**
**Reuters Code : .DFMGI**
**Expiry Rule : Reuters Last Rate**
DOW (US)

Traded on the NYSE (New York Stock Exchange) the Dow Jones Industrial Average (i.e. Industrial Average, Dow Jones, Dow 30, or Dow) compiles the index to gauge the performance of the industrial sector within the American economy.

**Trading Hours : Mon – Fri 13:40 – 20:00**
**Reuters Code : .DJI**
**Expiry Rule : Reuters Last Rate**
DAX (GERMANY)

The DAX (Deutscher Aktien IndeX, formerly Deutscher Aktien-Index (German stock index)) is a blue chip stock market index consisting of the 30 major German companies trading on the Frankfurt Stock Exchange. The DAX index includes stocks such as Adidas, Deutsche Bank and Bayer.

**Trading Hours : Mon – Fri  7:15 – 15:30**
**Reuters Code : .GDAXI**
**Expiration Rule : Reuters Last Rate**
CAC (FRANCE)

The CAC 40 (Cotation Assistée en Continu – Continuous Assisted Quotation) is a benchmark French stock market index. The index represents a capitalization-weighted measure of the 40 most significant values among the 100 highest market caps on the Paris Bourse (now Euronext Paris).
or the 40 most significant values among the 100 highest market caps on the Paris bourse (now Euronext Paris).
The CAC 40 includes companies such as BNP Paribas, Renault, L'Oreal and France Telecom.

**Trading Hours : Mon – Fri 7:15 – 15:30**
**Reuters Code : .FCHI**
**Expiry Rule : Reuters Last Rate**
BOMBAY 30

Representing a fast growing economy of India, the BSE Sensex or Bombay Stock Exchange Sensitive Index is a value-weighted index composed of 30 stocks of the largest and most actively traded stocks, representative of various sectors, on the Bombay Stock Exchange. These companies account for around one-fifth of the market capitalization of the BSE.
The index has increased by over ten times from June 1990 to the present. The long-run rate of return on the BSE Sensex works out to be 18.6% per annum, which translates to roughly 9% per annum after compensating for inflation. The index includes stocks such as TATA MOTORS and HDFC BANK.

**Trading Hours Mon – Fri 4:15 – 10:30**
**Reuters Code : .BSESN**
**Expiry Rule : Reuters Last Rate**

NOW AVAILABLE ON MOBILE:   ACCOUNTS   TRADING   EDUCATION CENTRE   PARTNERSHIP   ABOUT US

OPEN AN ACCOUNT   WHY IMPERIAL OPTIONS?   ASSET INDEX   INTRODUCING BROKERS   CONTACT US
ACCOUNT TYPES   BINARY OPTIONS   MARKET INDEX   AFFILIATES   CORPORATE SOCIAL
REFER A FRIEND   ONE TOUCH   GLOSSARY   INSTITUTIONAL SOLUTIONS   IN THE NEWS
FAQ   60 SECONDS   IMPERIAL OPTIONS EBOOK   CUSTOMER TESTIMONIALS
TERMS & CONDITIONS   PAIRS   WHY TRADING?   KYC POLICY
LONG TERM   EDUCATIONAL VIDEOS

44

LABBox

BINARY STARTrialEx
PLATFORM E-BOOK
PLATFORM TUTORIAL
INTRODUCTION VIDEOS

VISA   mastercard   Diners   AMERICAN EXPRESS   Wire Transfer   NASDAQ   DOWJONES   London   Frankfurt Stock Exchange   REUTERS   NETELLER   Skrill   VISA

Risk disclosure:
Binary options trading involves significant risk. We strongly advise that you read our Terms & Conditions. Although the risk when trading binary options is fixed for each individual trade, the trades are live and it is
possible to lose an initial investment, particularly if a trader chooses to place his entire investment to a single live trade. It is highly recommended that traders choose a proper money management strategy which limits
the total consecutive trades or total outstanding investment.

45



2 captures
14 Nov 2014 - 22 Feb 2016



| Email | Password | Sign In |

Forgot Password?

🇬🇧 English ▾

TRADING · FAQ · BANKING · ARTICLES · GLOSSARY · MARKET REVIEW · ABOUT US

REUTERS ▾ H & M 307  🔊 🇬🇧 UK  +442035191372

Binary Options Trading - Inside Option your Binary Options broker \ Asset Index

## ASSET INDEX

**CURRENCIES · STOCKS · COMMODITIES · INDICES**

USD/ZAR   USD/ZAR
The exchange rate of the United States Dollar and the South African Rand.

Trading Hours : Mon – Fri 07:00 – 14:00
Reuters code : ZAR=
Expiry Rule : (Bid + Ask) / 2
USD/TRY   USD/TRY
The exchange rate of the United States Dollar currency and the Turkish New Lira currency.

Trading Hours : Mon – Fri 7:30 – 14:30
Reuters code : TRY=
Expiry Rule : (Bid + Ask) / 2
USD/SGD   USD/SGD
The exchange rate of the United States Dollar and the Singapore Dollar.

Trading Hours : Mon – Fri 1:00 – 9:00
Reuters code : SGD=
Expiry Rule : (Bid + Ask) / 2
USD/RUB   USD/RUB
The exchange rate of the United States Dollar and the Russian Ruble.

Trading Hours: Mon – Fri 8:00 – 13:00
Reuters code RUB =
Expiry Rule: (Bid + Ask) / 2
USD/JPY   USD/JPY
The exchange rate of the United States Dollar currency and the Japanese yen currency.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : JPY=
Expiry Rule : (Bid + Ask) / 2
USD/CHF   USD/CHF
The exchange level of United States Dollar and the Swiss Franc.

Trading Time : Mon – Fri 02:00 – 20:00
Reuters code : CHF=
Expiry Rule : (Bid + Ask) / 2
USD/CAD   USD/CAD
The exchange rate of the United States Dollar currency and the Canadian Dollar currency.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : CAD=
Expiry Rule : (Bid + Ask) / 2
NZD/USD   NZD/USD
The exchange level of the the New Zealand Dollar and the United States Dollar.

Trading Time : Mon – Thu 00:00 – 23:59
Reuters code : NZD=
Expiry Rule : (Bid + Ask) / 2
GBP/USD   GBP/USD
The exchange rate of the British Pound currency and the United States Dollar currency.

Trading Hours : Mon – Fri 02:00 – 20:00
Reuters code : GBP=
Expiry Rule : (Bid + Ask) / 2
EUR/USD   EUR/USD
The exchange rate of the Euro and the United States Dollar.

Trading Hours: Mon – Fri 00:00 – 23:59
Reuters code: EUR=
Expiry Rule: (Bid + Ask) / 2
EUR/GBP   EUR/GBP
The exchange rate of the Euro and the British Pound.

Trading Hours : Mon – Fri 01:00 – 19:00
Reuters code : EURGBP=
Expiry Rule : (Bid + Ask) / 2
EUR/JPY   EUR/JPY
The exchange rate of the Euro and the Japanese Yen.

Trading Hours : Mon – Fri 00:00 – 23:59
Reuters code : EURJPY=
Expiry Rule : (Bid + Ask) / 2
TURKCELL   TURKCELL (TURKEY)
(TURKEY)
Turkcell (NYSE: TKC) is the leading mobile phone operator of Turkey, based in Istanbul. The company has 36.3 million subscribers by the end of September 2008, making it the third biggest in Europe. Turkcell is traded both at the Turkish Stock Exchange and the NYSE.
yourdomain enables trading on the Turkcell stock both in the Turkish Exchange and in the NYSE.

Trading Hours : Mon – Fri from 12:00 – 13:50
Reuters Code : TKC
Expiry Rule : (Bid + Ask) / 2
TEVA TA   TEVA TA
Teva Pharmaceutical Industries Ltd, NASDAQ: TEVA is an international pharmaceutical company headquartered in Petah Tikva, Israel. It specializes in generic and proprietary pharmaceuticals and active pharmaceutical ingredients. It is the largest generic drug manufacturer in the world and one of the 15 largest pharmaceutical companies worldwide.

Trading Hours : Sun – Thu from 07:00 – 13:30
Reuters Code : TEVA TA
Expiry Rule : (Bid + Ask) / 2
TESCO   TESCO
Tesco plc (LSE: TSCO) is a global grocery and general merchandising retailer headquartered in Cheshunt, United Kingdom.It is the third-largest retailer in the world measured by revenues (after Wal-Mart and Carrefour) and the second-largest measured by profits (after Wal-Mart).
It has stores in 14 countries across Asia, Europe and North America and is the grocery market leader in the UK (where it has a market share of around 30%), Malaysia, the Republic of Ireland and Thailand.

Trading Hours : Mon – Fri from 07:15-15:30
TATA   TATA MOTORS (INDIA)
MOTORS
Tata Motors Limited (NSE: TATAMOTORS, BSE: 500570, NYSE: TTM), is a multinational corporation headquartered in Mumbai, India. Part of the Tata Group, it was formerly known as TELCO (TATA Engineering and Locomotive Company). Tata Motors has a consolidated revenue of USD 16 billion after the acquisition of British automotive brands Jaguar and Land rover in 2008.
It is India's largest company in the automobile and commercial vehicle sector with upwards of 70% cumulative Market share in the Domestic Commercial vehicle segment, and a meticized player on the world market with 0.81% market share in 2007 according to OICA data. The OICA ranked it as the 19th largest automaker, based on figures for 2007. Tata Motors is a dual-listed company traded on both the Bombay Stock Exchange, as well as on the New York Stock Exchange. Tata Motors in 2005, was ranked among the top 10 corporations in India with an annual revenue exceeding INR 320 billion.

Trading Hours Mon – Fri 4:30 – 10:00
Reuters Code : TAMO.BO
Expiry Rule : (Bid + Ask) / 2

Sberbank Rossii (MICEX SBER RTS:SBER) : "Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and its history goes back to the financial reform of 1841. In many respects, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs

Trading hours Mon – Fri 8:00 – 14:00
Reuters Code : SBER03.MM
Expiry Rule : (Bid + Ask) / 2

ROLLS ROYCE (LONDON)

Rolls-Royce plc (LSE: RR.) is a British aircraft engine maker, and the second-largest in the world, behind GE Aviation. The company has related businesses in the defense aerospace, marine and energy markets.

Rolls-Royce was nationalized in 1971, by which time aircraft engines had long been the most significant part of the business. The automobile company was separated in 1973 and the present Rolls-Royce plc was re-privatized in 1987. Rolls-Royce is, through its defense aerospace division, the world's 16th largest defense contractor. Defense aerospace sales accounted for 21% of group sales in 2005, civil aerospace 53%, marine 17% and energy 8%. It is listed on the London Stock Exchange and is a constituent of the FTSE 100 Index.

Trading hours Mon – Fri 8:30 – 16:00
Reuters Code : RR.L
Expiry Rule : (Bid + Ask) / 2

REUTERS (US) (THOMSON REUTERS)

Reuters Group Limited is a UK-based, Canadian company. This news company provides information about financial markets from around the world to newspapers and broadcasters. Its main focus is on supplying the financial markets with information and trading products. This includes market data, such as share prices and currency rates, research and analysis, as well as trading systems that allow dealers to buy and sell such assets as currencies and shares on a computer screen instead of by telephone or on a trading floor like that of the New York Stock Exchange. Competitors include Bloomberg L.P. and Dow Jones Newswires. It is now a part of Thomson Reuters.

Trading hours: Mon – Fri from 14:00-20:00GMT
Reuters Code: TRI.N
Expiry Rule: (Bid + Ask) / 2

NISSAN MOTOR

Nissan Motor Company Ltd usually shortened to Nissan (play / ni so n/ or UK / nɪssen/, Japanese: [nɪ.san]), is a multinational automaker headquartered in Japan. It was formerly a core member of the Nissan Group, but has become more independent after its restructuring under Carlos Ghosn (CEO.) formerly marketed vehicles under the "Datsun" brand name and is one of the largest car manufacturers in the world. As of 2011, the company's global headquarters is located in Nishi-ku, Yokohama. In 1999, Nissan entered a two way alliance with Renault S.A. of France, which owns 43.4% of Nissan while Nissan holds 15% of Renault shares, as of 2008. The nearest market share of Nissan, along with Honda and Toyota. in American auto sales represent the largest of the automotive firms based in Asia that have been increasingly encroaching on the historically dominant US-based "Big Three" consisting of GM, Ford and Chrysler. In its home market, Nissan is the third largest car manufacturer, with Honda being second by a small margin of 2,000 units and Toyota in a very dominant first. Along with its normal range of models, Nissan also produces a range of luxury models branded as Infinity.

Trading Hours – Mon – Fri 00:15-02:00 & 03:30-06:00 GMT
Reuters Code : NISSAN
Expiry Rule : (Bid + Ask) / 2

NIKE (US)

Nike, Inc. is a major publicly traded sportswear and equipment supplier based in the United States. It is the world's leading supplier of athletic shoes and apparel and a major manufacturer of sports equipment with revenue in excess of $16.6 billion USD in its fiscal year 2008 . As of 2008, it employed more than 30,000 people worldwide.

The company was founded on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Philip Knight, and officially became Nike, Inc. in 1978. The company takes its name from Nike (Greek Níkn) pronounced [n.kɛ]), the Greek goddess of victory; it is also based on Egyptian usage of "strength", "victory", naïké. Nike markets its products under its own brand as well as Nike Golf, Nike Pro, Nike+, Air Jordan, Nike Skateboarding and subsidiaries including Cole Haan, Hurley International, Umbro and Converse. In addition to manufacturing sportswear and equipment, the company operates retail stores under the Niketown name.

Trading Hours Mon – Fri 15:00 – 19:00
Reuters Code : NKE
Expiry Rule : (Bid + Ask) / 2

LUKOIL (RUSSIA)

Lukoil (RTS LKOH LSE: LKOD NASDAQ: LUKOY) is Russia's largest oil company and its largest producer of oil. In 2007, the company produced 96.645 million tons of oil: 1.953 million barrels per day.

Its international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to Exxon Mobil) in terms of proven oil and gas reserves. In 2008, the company had 19.3 billion barrels of oil equivalent per SPE standards. This accounts to some 1.3% of global oil reserves. The company has operations in more than 40 countries around the world.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : LKOH.MM
Expiry Rule : (Bid + Ask) / 2

HSBC HOLDINGS (LONDON)

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. As of 2009, it is both the world's largest banking group and the world's 8th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals.

HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng index.

Trading hours Mon – Fri 7:30 – 15:30
Reuters Code : HSBA.L
Expiry Rule : (Bid + Ask) / 2

GAZPROM (RUSSIA)

Gazprom (English: Open Joint Stock Company "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company.

Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake.

In 2008, the company produced 549.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : GAZP.MM
Expiry Rule : (Bid + Ask) / 2

COCA COLA (US)

Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia. and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : COKE
Expiry Rule : (Bid + Ask) / 2

CITI (US)

Citigroup Inc. (branded Citi). is a major American financial services company based in New York. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.

It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : NOEC
Expiry Rule : (Bid + Ask) / 2

BP (BRITISH PETROLEUM)

BP is the third largest global energy company, the 5th largest company in the world and UK's largest company, with headquarters in St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world, and one of the six "supermajors" (vertically integrated private sector of exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100

Trading hours Mon – Fri 7:15 – 15:30
Reuters Code : BP.L
Expiry Rule : (Bid + Ask) / 2

BAE SYSTEMS (LONDON)

BAE Systems plc is a British defense, security and aerospace company headquartered in Farnborough, Hampshire, England, that has global interests, particularly in North America through its subsidiary BAE Systems Inc. BAE is the world's second-largest defense contractor and the largest in Europe. It was formed on 30 November 1999 by the £7.7 billion merger of two British companies, Marconi Electronic Systems (MES), the defence electronics and naval shipbuilding subsidiary of the General Electric Company plc (GEC), and the aircraft, munitions and naval systems manufacturer British Aerospace (BAE).

Trading hours Mon – Fri 8:30 – 16:00
Reuters Code : BAE.S.L
Expiry Rule : (Bid + Ask) / 2

APPLE (US)

Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold

Trading Hours Mon – Fri 13:40 – 20:00
Reuters Code : AAPL.O

47

Expiry Rule : (Bid + Ask) / 2

IBM    IBM

International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells computer hardware and software, and it offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.

Trading Hours : Mon – Fri  from 13:40 – 20:00

MICROSO    MICROSOFT (US)
(US)

Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.
The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. Its products have all achieved near-ubiquity in the desktop computer market.
When the company debuted its IPO in March 13, 1986, the stock price was US 521. By the end of the first trading day, the stock had closed at $28 The stock price peaked in 1999 at around US $119.
In the last few years, the price of Microsoft's stock largely remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008.

Trading Hours : Mon – Fri 15:00 – 19:00
Reuters Code : MSFT.O
Expiry Rule : (Bid + Ask) / 2

WHEAT    WHEAT

Wheat is a grass, originally from the Fertile Crescent region of the Near East, but now cultivated worldwide. In 2007 world production of wheat was 607 million tons, making it the third most-produced cereal after maize (784 million tons) and rice (651 million tons) Globally, wheat is the leading source of vegetable protein in human food, having higher protein content than either maize (corn) or rice, the other major cereals. In terms of total production tonnages used for food, it is currently second to rice as the main human food crop, and ahead of maize, after allowing for maize's more extensive use in animal feeds.

Trading Hours : Mon – Fri 12:00-18:00 GMT

SUGAR    SUGAR

The sugar is one of the world's leading sweeteners, mainly produced in Brazil.
There are many types of sugars which all are rated by the ICUMSA (International commission uniform methods of sugar analysis). at our platform the sugar is traded as quoted and cleared by the CME group.
The future contracts are dollar dominated and represent the price of sugar for 112,000 units. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July and October)

Platform trading hours 10:00 – 18:00
CME symbol  YO.
Expiry rule (Bid + Ask)/2

SILVER    SILVER

Silver, in the form of electrum (a gold-silver alloy). was coined to produce money in around 700 BCE by the Lydians. Later, silver was refined and coined in its pure form. Many nations used silver as the basic unit of monetary value. In the modern world, silver bullion has the ISO currency code XAG. The name of the United Kingdom monetary unit 'pound' reflects the fact that it originally represented the value of one troy pound of sterling silver. In the 1800s, many nations, such as the United States and Great Britain, switched from silver to a gold standard of monetary value, then in the 20th century to fiat currency.
Much like gold, it is considered to be a natural hedge against inflation and in the last few years was highly correlated with world growth.

Trading Hours : Mon – Thu 04:00 – 20:30
Reuters Code : XAG=
Expiry Rule : (Bid + Ask) / 2

PLATINUM    PLATINUM

Platinum is a chemical element with the chemical symbol Pt and an atomic number of 78.
Platinum is used in jewelry, laboratory equipment, electrical contacts and electrodes, platinum resistance thermometers, dentistry equipment, and catalytic converters. Platinum bullion has the ISO currency code of XPT. Platinum is a commodity with a value that fluctuates according to market forces. On June 5, 2009, Platinum was worth $1283.00 per troy ounce (approximately $40.99 per gram).

Trading Hours : Mon – Fri 10:00 – 20:00
Reuters Code : XPT=
Expiry Rule : (Bid + Ask) / 2

OIL    OIL (LIGHT SWEET CRUDE)
(LIGHT

Sweet crude oil is a type of petroleum. Petroleum is considered "sweet" if it contains less than 0.5% sulfur, compared to a higher level of sulfur in sour crude oil. Sweet crude oil contains small amounts of hydrogen sulfide and carbon dioxide. High quality, low sulfur crude oil is commonly used for processing into gasoline and is in high demand, particularly in the industrialized nations. "Light sweet crude oil" is the most sought-after version of crude oil as it contains a disproportionately large amount of these fractions that are used to process gasoline, kerosene, and high-quality diesel. The term "sweet" originated because the low level of sulfur provides the oil with a mildly sweet taste and pleasant smell.
Nineteenth century prospectors would taste and smell small quantities of the oil to determine its quality.
This type of oil is considered a benchmark for oil and is traded at the Chicago Mercantile Exchange. The oil is considered a natural hedge against inflation as in the last few years was highly correlated with the world's growth.

Trading Hours : Mon – Fri 2:00 – 20:30
Reuters Code : CLV1
Expiry Rule : (Bid + Ask) / 2

GOLD    GOLD

Historically gold coinage was widely used as currency. When paper money was introduced, it typically was a receipt redeemable for gold coin or bullion. In an economic system known as the gold standard, a certain weight of gold was given the name of a unit of currency. For a long period, the United States government set the value of the US dollar so that one troy ounce was equal to $20.67 ($664.56/kg), but in 1934 the dollar was devalued to $35.00 per troy ounce ($1125.27/kg). By 1961 it was becoming hard to maintain this price, and a pool of US and European banks agreed to manipulate the market to prevent further currency devaluation against increased gold demand.
On March 17, 1968, economic circumstances caused the collapse of the gold pool, and a two-tiered pricing scheme was established whereby gold was still used to settle international accounts at the old $35.00 per troy ounce ($1.13/g) but the price of gold on the private market was allowed to fluctuate. this two-tiered pricing system was abandoned in 1975 when the price of gold was left to find its free-market level
Today Gold is considered to be a natural hedge against world inflation and in the last few years together with crude prices and other metals, was highly correlated with world global growth, especially in emerging markets.

Trading Hours : Mon – Thu 2:00-20:30 GMT
Reuters Code : XAU=
Expiry Rule : (Bid + Ask) / 2

COFFEE    COFFEE

One of the world's most popular drinks, it is assumed that 80% of adults drink some sort of coffee or a derivative of coffee at list once a day. Like many other soft commodities Brazil is the largest producer of coffee.
The future contracts are dollar dominated and represent the price of sugar for 37,500 pounds. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July September and December).

Platform trading hours 13:00-18:00GMT
CME symbol  KT.

TOPIX    TOPIX

Tokyo stock Price Index, commonly known as TOPIX, along with Nikkei 225, is an important stock market index for the Tokyo Stock Exchange in Japan, tracking all domestic companies of the exchange's First Section. It is calculated and published by the TSE. As of February 1, 2011, there are 1,669 companies listed on the First Section of the TSE. The market value for the index on the same date is 197.401 Billion Yen.

Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT

TEL AVIV    TEL AVIV 25
25

The TA-25 Index is the TASE's flagship index. It was first published in 1992 under the name "MA'OF Index". The index tracks the prices of the shares of the 25 companies with the highest market capitalization on the exchange. It serves as an underlying asset for options and futures. Index-Linked Certificates and Reverse Certificates traded on exchange and worldwide. The index also began on 1 January 1992 with a base level of 100.

Trading Hours : Sun – Thu  07:00-13:30 GMT
TADAWUL    TADAWUL (SAUDI STOCK EXCHANGE)
(SAUDI STOCK

Saudi Stock Exchange or Tadawul is the only stock exchange in Saudi Arabia. The Capital Market Authority supervises the exchange. The Tadawul All-Share Index (TASI) reached its highest point at 20,634.86 on 25 February 2006 . It lists 115 publicly traded companies (as of April 30th 2008).

Trading Hours : Sun – Wed 8:10 – 12:20
Reuters Code : TASI
Expiry Rule : Reuters Last Rate

SSE180    SSE180 (SHANGHAI STOCK EXCHANGE)
(SHANGHAI

Traded in the Shanghai stock exchange the SSE Composite Index (also known as Shanghai Composite) is the most commonly used indicator to reflect SSE's market performance Constituents for the SSE Composite Index are all listed stocks (A shares and B shares) at the Shanghai Stock Exchange.  The SSE180 reflects the largest 180 stocks in the SSE general index and it includes stocks such as BANK OF CHINA and AIR CHINA.

Trading Hours : Mon – Fri  7:00 – 8:00.
Reuters Code : .SSE180
Expiry Rule : Reuters Last Rate

S&P 500    S&P 500 (US)
(US)

Traded on the CME (Chicago Mercantile Exchange), Standard & Poors is a value-weighted index of 500 large-cap common stocks actively traded in the United States. The stocks included in the S&P are those of large publicly held companies that trade  on either of the two largest American stock market companies: the NYSE Euronext and the NASDAQ OMX.

Trading Hours : Mon – Fri 13:40-20:00
Reuters Code : SPX
Expiry Rule : (Bid + Ask) / 2

RTS    RTS (RUSSIAN TRADING SYSTEM)
(RUSSIAN

The Russian Trading System is a stock market established in 1995 in Moscow, consolidating various regional trading floors into one exchange.

The Index includes GAZPROM and SBERBANK, VOLGA TELECOM and NOVATEK.

Trading Hours : Mon – Fri 8:30 – 14:30
Reuters Code : .IRTS
Expiry Rule : Reuters Last Rate

NIKKEI225 (JPN)
N (JPN)
Nikkei 225 , more commonly called the Nikkei, the Nikkei index, or the Nikkei Stock Average, is a stock market index for the Tokyo Stock Exchange (TSE). It has been calculated daily by the Nihon Keizai Shimbun (Nikkei) newspaper since 1950. It is a price-weighted average (the unit is yen), and the components are reviewed once a year. Currently, the Nikkei is the most widely quoted average of Japanese equities, similar to the Dow Jones Industrial Average. In fact, it was known as the "Nikkei Dow Jones Stock Average" from 1975 to 1985.

Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT
NASDAQ        NASDAQ (US)
(US)
The Nasdaq Composite is a stock market index of all of the common stocks and similar securities listed on the NASDAQ stock market, meaning that it has over 3,000 components. It is highly regarded in the U.S. as an indicator of the performance of stocks of technology companies and growth companies. Since American and non-American companies are listed on the NASDAQ stock market, the index is not exclusively a U.S. index.

Trading Hours : Mon – Fri  15:00 – 19:00
Reuters Code : .IXIC
Expiry Rule : Reuters Last Rate

MSM 30        MSM 30 (OMAN)
(OMAN)
The Muscat Securities Market (MSM) is the principal stock exchange of Oman. It is located in Muscat and it was founded in 1988. The principal stock index at the MSM is the MSM-30. The MSM-30 (also known as the Muscat Securities Market Index) was established in 1992. The composition of the index by sector is as follows:
Banks & Investment Sector: 69 companies
Industry Sector: 89 companies
Service : 61 companies.
The Index includes stocks such as DHOFAR BANK and NATIONAL BANK OF OMAN

Trading Hours : Sun – Thu 6:30 – 8:30
Reuters Code : .MSI
Expiry Rule : Reuters Last Rate

MICEX 10      MICEX 10 (MOSCOW INTERBANK EXCHANGE)
(MOSCOW)
The MICEX 10 Index is a price non-weighted index, calculated as the arithmetic mean of the change of prices of 10 most liquid stocks admitted to circulation in the Stock Market Section of the Moscow Interbank Currency Exchange in Moscow. The Index includes Russian Top firms in a variety of sectors such as GAZProm and SBERBANK.

Trading Hours : Mon – Fri 8:30 – 14:30
Reuters Code : .MCX10
Expiry Rule : Reuters Last Rate

KUWAIT        KUWAIT (KUWAIT GENERAL INDEX)
KUWAIT
The Kuwait Stock Exchange (KSE) is the national stock market of The State of Kuwait. Although several share holding companies (such as NBK in 1952) existed in Kuwait prior to the creation of the KSE, it was not until October 1962 that a law was passed to organize the country's stock market.
The Kuwait Stock Exchange is also among the first and largest stock exchanges in the Persian Gulf region, and is now gaining prominence as one of the most potentially important in the world.

Trading Hours : Sun – Thu 6:20 – 9:20
Reuters Code : .KWSE
Expiry Rule : Reuters Last Rate

KL            KL FUTURE
FUTURE
The Kuala Lumpur Composite Index is a capitalization-weighted stock market index introduced in 1986
The FTSE Bursa Malaysia comprises the largest 30 companies listed on the Malaysian Main Market by full market capitalization that meet the eligibility requirements of the FTSE Bursa Malaysia Index Ground Rules.

Trading Hours : Mon – Fri 01:00-04:30,07:00-09:00
Reuters Code : .KLIct
Expiry Rule (Bid + Ask) / 2

ISE 30         ISE 30 (ISTANBUL STOCK EXCHANGE)
ISTANBUL
The Istanbul Stock Exchange (ISE) is the only corporation in Turkey for securities exchange established to provide trading in equities, bonds and bills, revenue-sharing certificates, private sector bonds, foreign securities and real estate certificates as well as international securities.
ISE is home to 320 national companies. Local trading hours are 09:30-12:00 for the first session and 14:00-17:00 for the second session, on workdays. All ISE members are incorporated banks and brokerage houses.

Trading Hours Mon – Fri  7:00 – 9:00 and 11:10 – 13:50
Reuters Code : .XU030
Expiry Rule : Reuters Last Rate

HANG          HANG SENG (HONG KONG)
SENG HONG
It was started on November 24, 1969, and is currently compiled and maintained by HSI Services Limited. It is a subsidiary of Hang Seng Bank, the largest bank registered and listed in Hong Kong in terms of market capitalisation. It is responsible for compiling, publishing and managing the Hang Seng Index.

Trading Hours Mon – Fri  01:30-04:00,05:10-08:00
Reuters Code : .HSI
Expiry Rule : Reuters Last Rate

FTSE 100      FTSE 100 (UK)
(UK)
The FTSE 100 Index — also called FTSE 100, FTSE, or, informally, the "footsie" is a share index of the 100 most highly capitalized UK companies listed on the London Stock Exchange. Because the FTSE includes large international companies such as HSBC, BP, Vodafone and Unilever it is considered to be a Global index, and as such is followed by investors worldwide.

Trading Hours : Mon – Fri  6:30 – 14:30
Reuters Code : .FTSE
Expiry Rule : Reuters Last Rate

DUBAI         DUBAI (DUBAI FINANCIAL MARKET GENERAL INDEX)
DUBAI
The Dubai Financial Market is an emerging economy located in Dubai, United Arab Emirates. It was founded on March 26, 2000.
There are about 57 companies listed (as of August 2007) on DFM, most of them are UAE-based companies and a few dual listings for companies based in other MENA region countries.
During 2004 and 2005, there were significant increases in the volume of shares traded and the share prices of many companies. However, towards the end of 2005 and through the first few months of 2006 the bubble burst and share values dropped by around 60% on DFM, along with similar decreases in most other Persian Gulf stock markets.
The DFM index includes stocks such as DUBAI ISLAMIC BANK and the EMIRATES TELECOMUNICATION COMPANY.

Trading Hours: Sun – Thu 6:30 – 9:50
Reuters Code : .DFMGI
Expiry Rule : Reuters Last Rate

DOW (US)      DOW (US)
Traded on the NYSE (New York Stock Exchange) the Dow Jones Industrial Average (i.e. Industrial Average, Dow Jones, Dow 30, or  Dow) compiles the index to gauge the performance of the industrial sector within the American economy.

Trading Hours :  Mon – Fri 13:40 – 20:00
Reuters Code : .DJI
Expiry Rule : Reuters Last Rate

DAX           DAX (GERMANY)
(GERMANY)
The DAX (Deutscher Aktien IndeX, formerly Deutscher Aktien-Index (German stock index)) is a blue chip stock market index consisting of the 30 major German companies trading on the Frankfurt Stock Exchange. The DAX index includes stocks such as Adidas, Deutsche Bank and Bayer.

Trading Hours : Mon – Fri  7:15 – 15:30
Reuters Code : .GDAXI
Expiration Rule : Reuters Last Rate

CAC           CAC (FRANCE)
(FRANCE)
The CAC 40 (Cotation Assistée en Continu – Continuous Assisted Quotation) is a benchmark French stock market index. The index represents a capitalization-weighted measure of the 40 most significant values among the 100 highest market caps on the Paris Bourse (now Euronext Paris).
The CAC 40 Includes companies such as BNP Paribas, Renault, L'Oreal and France Telecom.

Trading Hours : Mon – Fri 7:15 – 15:30
Reuters Code : .FCHI
Expiry Rule : Reuters Last Rate

BOMBAY        BOMBAY SE
SE
Representing a fast growing economy of India, the BSE Sensex or Bombay Stock Exchange Sensitive Index is a value-weighted index composed of 30 stocks of the largest and most actively traded stocks, representative of various sectors, on the Bombay Stock Exchange. These companies account for around one-fifth of the market capitalization of the BSE.
The index has increased by over ten times from June 1990 to the present. The long-run rate of return on the BSE Sensex works out to be 18.6% per annum, which translates to roughly 9% per annum after compensating for inflation. The index includes stocks such as TATA MOTORS and HDFC BANK.

Trading Hours Mon – Fri 4:15 – 10:30
Reuters Code : .BSESN
Expiry Rule : Reuters Last Rate

49



# interactive option .com

OPEN ACCOUNT    CLIENT ACCESS

REGULATED
INTERACTIVE OPTION

16:41:17

TRADING ROOM    ACCOUNTS    TRADING    BANKING    ABOUT US    CONTACT US

## TRADING ASSETS

Home > Trading > TRADING ASSETS

### TRADING ASSETS

Currencies
Stocks
Commodities
Indices
AUD/CAD
AUD/CHF
AUD/JPY
AUD/NZD
AUD/USD
CAD/JPY
CHF/JPY
EUR/AUD
EUR/CAD
EUR/CHF
EUR/DKK
EUR/GBP
EUR/ILS
EUR/JPY
EUR/NOK
EUR/NZD
EUR/RUB
EUR/SEK
EUR/TRY
EUR/USD
GBP/AUD
GBP/CAD
GBP/CHF
GBP/JPY
GBP/NZD
GBP/USD
NZD/CAD
NZD/CHF
NZD/JPY
NZD/USD
SAR/USD
USD/BRL
USD/CAD
USD/CHF
USD/CNY
USD/DKK
USD/HKD
USD/HUF
USD/ILS
USD/JPY
USD/MXN
USD/PLN
USD/RUB
USD/RUB
USD/SEK
USD/SGD
USD/TRY
USD/TWI
USD/ZAR
EXXON MOBIL
3M
AGRI. BANK OF CHINA
AIG
AL RAJHI BANK
Abiomak (SE)
Altaba Takaful Tazwcol
ALLIANZ SE
ALPHA NATURAL R.
Amdnst Thaq
AMAZON
ANZ BANK
APPLE
Arabian Pipes Company
AXIS BANK
BAIDU
BANCO SANTANDER
BANK OF AMERICA
BANK OF CHINA
BARCLAYS
BASF AG
BAYER AG
Bezeq
BHP BILLITON
BHP-AU
BLACKBERRY
BMW
BNP PARIBAS
BOEING
BP
BRITISH AMERICAN T
CARLSBERG B
CATERPILLAR
CHEUNG KONG
CHINA LIFE INSURANCE
CHINA MOBILE
CHINA TELECOM
CITI (US)
CITIGROUP
CNOOC
COCA COLA
COLGB EAST
COMMONWEALTH BANK
DAIMLER AG
DANONE SA
DANSKE BANK
DELL
DEUTSCHE BANK
DEUTSCHE TELEKOM
DISNEY
E.ON AG
EBAY
F5 NETWORKS
FACEBOOK
FIAT
FORTESCUE METALS
FRANCE TELECOM
FREEPORT McMORAN
Gazprom
GENERAL MOTORS
GOLDMAN SACHS
GOOGLE
GROUPON
HSBC HOLDINGS
HSBC-HK
IBM
ICBC BANK
ICL TA
ING GROEP
INTEL
JP MORGAN CHASE
KEC (SE)
LAS VEGAS SANDS
LEUMI
LINKEDIN
LOUIS VUITTON
LUKOIL
MASTERCARD
McDonald's
METRO AG
MICROSOFT
MOBILE TELESYSTEMS
MOLLER MAERSK B
NATIONAL AUSTRALIA BANK
NETFLIX
NEWCREST MINING
NIKE
NIPPON STEEL
NISSAN MOTOR
NORDEA BANK
NOVO NORDISK
ORIGIN ENERGY
PETRO BRA
PETROBRAS
PETROCHINA-SHG
PFIZER
PUKLIM
PUBLICIS GROUPE
RENAULT
RIO TINTO
RIO-AU
ROSNEFT
RTA250
RUSSIA MARKET
S.BANK INDIA
SAB MILLER
SALESFORCE.COM
SAMSUNG-KR
SAP
Saudi Arabian Refineries
SAUDI INTG TELECOM
SBERBANK
SEARS HOLDINGS
SHADCO (SE)
SIEMENS AG
SONY
STARBUCKS
TATA MOTORS
TATA STEEL
TELEFONICA
TENCENT HOLDINGS
TESCO
TEVA PHARMA
TOTAL
TOYOTA MOTORS
UNILEVER
VALE BR
VESTAS
VIVENDI SA
VODAFONE
VOLKSWAGEN
VOLVO
WAL-MART
Westpac Banking
WOODSIDE PETROLEUM
WOOLWORTHS
Wynn Resorts
YAHOO
YANDEX N V
COFFEE
CORN
GOLD
GOLD/EUR
GOLD/JPY
GOLD/TRY
OIL
PLATINUM
SILVER
SUGAR
WHEAT
ASX
ASX FUTURE
BOMBAY SE
BOVESPA-F
CAC
CAC FUTURE
DAX
DAX FUTURE
DOLLAR INDEX F
DOW
DUBAI
EURO STOXX 50
EURO STOXX 50 F
FAZ-SHORT BANKS
FTSE 100
FTSE FUTURE
HANG SENG F.
HANG SENG
IBEX
IBEX FUTURE
ISEQ
JAKARTA SE
KL FUTURE
KOSPI
KUWAIT
Levwalletxt
MICEX 10 (MOSCOW INTERBANK EXCHANGE)
NASDAQ
NASDAQ FUTURE
Nifty
NIFTY FUTURE
NIKKEI 225
NIKKEI FUTURE
OMX C20
OMX NORDIC 40
PSI 20
QATAR
RTS
RTS FUTURE
S&P 500
S&P FUTURE
SHANGHAI COMPOSITE
SHENZHEN 300
SMI-FUTURE
SSE180
STRAITS TIMES
TADAWUL
TAIEX
TEL AVIV 25
TSX-LONG X3
TOPIX
TSX 60
TZX-SHORT X3
VIX FUTURE

OPEN YOUR REAL ACCOUNT
AND CLAIM YOUR
WELCOME BONUS
NOW!

FREE FORMATION
A Senior Advisor will contact you shortly

First Name*
Last Name*
Email*
My Phone*

I BENEFIT NOW!

INTERACTIVE
WEB PLATFORM
CONNECTION

TRADE WHEN YOU WANT
FROM ANYWHERE

OUR TEAM
IS AT YOUR SERVICE
MON-FRI
07:00-22:00

AVAILABLE FOR MOBILE    ACCOUNTS    TRADING    DEPOSIT & WITHDRAWAL    EDUCATION    ABOUT US
Download it from APP    Account Types    Why Interactive Option?    Deposits and Withdrawals    CENTER    About
STORE    Open Account    How to Trade    Security and Privacy    Affiliates
Download it from Android    Trading Platforms    Compliance    Regulation
Market    TRADING ASSETS    Terms of use
Expiry Rates

REGULATED
INTERACTIVE OPTION

For any Questions Call us at  +44 2070482055



Risk Warning: Trading Binary Options is a high risk investment and can lead to the loss of your capital. It is possible to lose all your capital. These products may not be suitable for everyone and you should ensure that you understand the risks involved.

Interactive option is a trade name of K-DNA Financial Services Ltd a licensed Cyprus Investment Firm and regulated by the Cyprus Securities and Exchange Commission (CySEC) under license no. 309/16.

51

00 : 25 : 55



Email
Password
Login
Forgot Password?
Like
Live Chat
Call Us

Register
Why iOption
Banking & Security
Knowledge center
Market Data
About Us
Contact Us

English ▼

- home
- Knowledge Center
- Asset Index
- Stocks

Stocks

- CITI ( US - CITIGROUP)
  Open
  **CITI ( US - CITIGROUP)**

  Citigroup Inc. (branded Citi), is a major American financial services company based in New York, NY. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.

  It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

  **Trading Hours : Mon - Fri 15:00 - 19:00**
  **Reuters Code : C**
  **Expiry Rule : (Bid + Ask) /**
- APPLE (US)
  Open
  **APPLE (US)**

  Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.

  **Trading Hours : Mon - Fri 15:00 - 21:00**
  **Reuters Code : AAPL.O**
  **Expiry Rule : (Bid + Ask) / 2**
- GAZPROM (RUSSIA)
  Open
  **GAZPROM (RUSSIA)**

  Gazprom (English: Open Joint Stock Company "Gazprom"; Russian: Открытое акционерное общество "Газпром" Otkrytoye aktsionernoye obshchestvo "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company. Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake. In 2008, the company produced 549.7 billion cubic metres of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

  **Trading hours - Fri 8:30 - 14:30**
  **Reuters Code : GAZP.MM**
  **Expiry Rule : (Bid + Ask) / 2**
- BP (BRITISH PETROLEUM)
  Open
  **BP (BRITISH PETROLEUM)**

  BP plc is the third largest global energy company, the 5th largest company in the world and UK's largest company, with headquarters in St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world, and one of the six "supermajors" (vertically integrated private sector oil exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100

  **Trading hours Mon - Fri 8:30 - 16:00**
  **Reuters Code : BP.L**
  **Expiry Rule : (Bid + Ask) / 2**
- GOOGLE (US)
  Open
  **GOOGLE (US)**

  Google Inc. is an American public corporation, earning revenue from advertising related to its Internet search, e-mail, online mapping, office productivity, social networking, etc. Google has also developed an open source web browser and a mobile operating system.

  As of March 31, 2009 (2009 -03-31), the company has 19,786 full-time employees. The company is running millions of servers worldwide, which process hundreds of millions of search requests each day.

  **Trading hours - Fri 15:00 - 21:00**
  **Reuters Code : GOOG.O**
  **Expiry Rule : (Bid + Ask) / 2**
- SBERBANK (RUSSIA)
  Open
  **SBERBANK (RUSSIA)**

  Sberbank Rossii (MICEX SBER RTS:SBER) (Russian: Сбербанк России, a contraction of "сберегательный банк" English: "Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and its history goes back to the financial reform of 1841. In many regions, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs.

  **Trading hours Mon - Fri 8:30 - 14:30**
  **Reuters Code : SBER03.MM**
  **Expiry Rule : (Bid + Ask) / 2**
- COCA COLA (US)
  Open
  **COCA COLA (US)**

  Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca-Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

  **Trading Hours : Mon - Fri 14:00-20:00GMT**
  **Reuters Code : KO**
  **Expiry Rule : (Bid + Ask) / 2**
- HSBC HOLDINGS (LONDON)
  Open
  **HSBC HOLDINGS (LONDON)**

  HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993.As of 2009, it is both the world's largest banking group and the world's 6th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be a significant source of its income.

  Recent acquisitions and expansion in China are returning HSBC to part of its roots HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals.

  HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

  **Trading hours Mon - Fri 8:30 - 16:00**

52

Renters Code: BABM
Expiry Rule : (Bid + Ask) / 2

« TATA MOTORS (INDIA)
Open □
**TATA MOTORS (INDIA)**

Tata Motors Limited (NSE: TATAMOTORS, BSE: 500570, NYSE: TTM), is a multinational corporation headquartered in Mumbai, India. Part of the Tata Group, it was formerly known as TELCO (TATA Engineering and Locomotive Company). Tata Motors has a consolidated revenue of USD 10 billion after the acquisition of British automotive brands Jaguar and Landrover in 2008.

It is India's largest company in the automobile and commercial vehicle sector with upwards of 70% cumulative Market share in the Domestic Commercial vehicle segment, and a midsized player on the world market with 0.81% market share in 2007 according to OICA data. The OICA ranked it as the 19th largest automaker, based on figures for 2007.
Tata Motors is a dual-listed company, traded on both the Bombay Stock Exchange, as well as on the New York Stock Exchange. Tata Motors in 2005, was ranked among the top 10 corporations in India with an annual revenue exceeding INR 320 billion.

Trading Hours :Mon - Fri 4:30 - 10:00
Renters Code: TAMO.BO
Expiry Rule : (Bid + Ask) / 2

« TEVA PHARMA
Open □
**TEVA PHARMA**

Teva Pharmaceutical Industries Ltd. NASDAQ: TEVA is an international pharmaceutical company headquartered in Petah Tikva, Israel. It specializes in generic and proprietary pharmaceuticals and active pharmaceutical ingredients. It is the largest generic drug manufacturer in the world  and one of the 15 largest pharmaceutical companies worldwide.

Trading Hours : Sun - Thu  from 08:30 - 13:00
Open □

« BNP PARIBAS
Open □
**BNP PARIBAS**

BNP Paribas is a European leader in global banking and financial services and one of the six strongest banks in the world (Rated AA by Standard & Poor's i.e. 3rd rating on a scale of 22). Present across Europe through all its business lines, the Group has four domestic retail banking markets in France, Italy, Belgium and Luxembourg. It has one of the largest international networks with operations in 84 countries and 202,500 employees, including 159,600 in Europe, 15,000 in North America and 11,100 in Asia. (30/09/2010) BNP Paribas has key positions in its three core businesses:

Trading Hours : Mon - Fri from 12:00 - 13:50
Renters Code: BNP
Expiry Rule: (Bid + Ask) / 2
« TESCO
Open □
**TESCO**

Tesco plc. (LSE: TSCO) is a global grocery and general merchandising retailer headquartered in Cheshunt, United Kingdom.It is the third-largest retailer in the world measured by revenues (after Wal-Mart and Carrefour) and the second-largest measured by profits (after Wal-Mart). It has stores in 14 countries across Asia, Europe and North America and is the grocery market leader in the UK (where it has a market share of around 30%), Malaysia, the Republic of Ireland and Thailand.

Trading Hours : Mon - Fri from 08:00 - 15:30
Open □
« SAB MILLER
Open □
**SAB MILLER**

SABMiller plc is one of the world's largest brewers, with brewing interests and distribution agreements across six continents.

The group's wide portfolio of brands includes premium international beers such as Pilsner Urquell, Peroni Nastro Azzurro, Miller Genuine Draft and Grolsch, as well as leading local brands such as Aguila, Castle, Miller Lite, Snow and Tyskie. SAB MILLER is also one of the world's largest bottlers of Coca-Cola products.

Since listing on the London Stock Exchange over 10 years ago they have grown into a global operation, developing a balanced and attractive portfolio of businesses.

Trading Hours : Mon - Fri from 07:30-15:30
« S.BANK INDIA
Open □
**S.BANK INDIA**

State Bank of India  is the largest state-owned banking and financial services company with its headquartered in Mumbai, India. The bank traces its ancestry to British India, through the Imperial Bank of India, to the founding in 1806 of the Bank of Calcutta, making it the oldest commercial bank in the Indian Subcontinent. Bank of Madras merged into the other two presidency banks, Bank of Calcutta and Bank of Bombay to form Imperial Bank of India, which in turn became State Bank of India. The government of India nationalized the Imperial Bank of India in 1955, with the Reserve Bank of India taking a 60% stake, and renamed it the State Bank of India. In 2008, the government took over the stake held by the Reserve Bank of India.

Trading Hours : Mon - Fri from 05:30 - 10:00
« PETROBRAS
Open □
**PETROBRAS**

Petrobras is the largest company in Latin America by market capitalization and revenue, and the largest company headquartered in the Southern Hemisphere by market value.The company was founded in 1953, mainly due to the efforts of then Brazilian President Getúlio Vargas. While the company ceased to be Brazil's legal monopolist in the oil industry in 1997, it remains a significant oil producer, with output of more than 2 million barrels of oil equivalent per day, as well as a major distributor of oil products.

Trading Hours : Mon - Fri  from 14:30 - 20:00
« IBM
Open □
**IBM**

International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells computer hardware and software, and it offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.

Trading Hours : Mon - Fri  from 14:30 - 20:00
« GOLDMAN SACHS
Open □
**GOLDMAN SACHS**

The Goldman Sachs Group, Inc. is a global investment banking and securities firm which engages in investment banking, securities, investment management, and other financial services primarily with institutional clients. Goldman Sachs was founded in 1869 and is headquartered at 200 West Street in the Lower Manhattan area of New York City, with additional offices in major international financial centers. The firm provides mergers and acquisitions advice, underwriting services, asset management, and prime brokerage to its clients, which include corporations, governments and individuals. The firm also engages in proprietary trading and private equity deals, and is a primary dealer in the United States Treasury security market.

Trading Hours : Mon - Fri  from 14:30 - 20:00
« FRANCE TELECOM
Open □
**FRANCE TELECOM**

France Telecom S.A. is the main telecommunications company in France. France Telecom, one of the world's leading telecommunications operators. With almost 131 million customers At the end of 2009, France Telecom had sales of 44.8 billion euros (33.7 billion euros at 30 September, 2010).

Trading Hours :Mon - Fri from 12:00 - 13:50
Renters Code: FTE.PA
Expiry Rule : (Bid + Ask) / 2
« FIAT
Open □
**FIAT**

Fiat S.p.A., an acronym for Fabbrica Italiana Automobili Torino (English: Italian Automobile Factory of Turin), is an Italian automobile manufacturer, engine manufacturer, financial and industrial group based in Turin in the Piedmont region. Fiat was founded in 1899 by a group of investors including Giovanni Agnelli. Fiat has also manufactured railroad vehicles, tanks and aircraft. As of 2009, Fiat (not including Chrysler) is the world's ninth largest car maker as well as Italy's largest car maker.

Trading Hours : Mon - Fri  from 08:00 - 15:30
« BRITISH AMERICAN T
Open □
**BRITISH AMERICAN T**

British American Tobacco p.l.c. (LSE: BATS, JSE: BTI) is a global tobacco company headquartered in London, United Kingdom.It is the world's second largest quoted tobacco company by global market share (after Philip Morris International), with a leading position in more than 50 countries and a presence in more than 180 countries.Its brands include Dunhill, Kent, Lucky Strike and Pall Mall. Its primary listing is on the London Stock Exchange and it is a constituent of the FTSE 100 Index. It has a secondary listing on the Johannesburg Stock Exchange.

Trading Hours : Mon - Fri  from 08:30 - 15:00
« BIDU
Open □
**BIDU**

Baidu, Inc. Simply known as Baidu and incorporated on January 18, 2000, is a Chinese web services company headquartered in the Baidu Campus in Haidian District, Beijing, People's Republic of China.
Baidu provides an index of over 740 million web pages, 80 million images, and 10 million multimedia files Baidu offers multi-media content including MP3 music and movies, and is the first in China to offer WAP and PDA-based mobile search.

Trading Hours : Mon - Fri  from 14:30 - 20:00
« BARCLAYS
Open □
**BARCLAYS**

Barclays is a global financial services company headquartered in London, United Kingdom. As of 2010, it is the world's 10th-largest banking and financial services group and 21st-largest company according to a composite measure by Forbes magazine. Barclays has operations in over 50 countries and territories across Africa, Asia, Europe, North America and South America and around 48 million customers.[4] As of 30 June 2010 it had total assets of €1.94 trillion, the third-largest of any bank worldwide (after BNP Paribas and HSBC).

**53**

Trading Hours : Mon - Fri from 12:00 - 13:50
Reuters Code: BARC
Expiry Rule: (Bid + Ask) / 2
- » AMAZON
  Open ⊓

**AMAZON**

Amazon.com, Inc. (NASDAQ: AMZN) is a US-based multinational electronic commerce company. Headquartered in Seattle, Washington, it is the largest online retailer in the United States, with nearly three times the Internet sales revenue of the runner up, Staples, Inc., as of January 2010.

Trading Hours : Mon - Fri from 14:30 - 20:00
- » EXXON MOBIL
  Open ⊓

**EXXONMOBIL - XOM.N**

Exxon Mobil Company or ExxonMobil, is a multinational oil and gas corporation. It's a lead descendant of John D. Rockefeller's Standard Oil Company, and was formed on the merger of Exxon and Mobil in 1999. Its head office is in Irving, Texas. It is associated with Imperial Oil from Canada.

ExxonMobil is one of the leading openly invested organisations by business capitalization in the world and is the leading service provider in the country by revenue. The firm is ranked #1 globally in Forbes Worldwide 2000 list in 2012. ExxonMobil is the largest of the six oil "supermajors" along with daily production of 3.921 m BOE (barrels of oil equivalent).

In 2008, this was about 3% of entire world production. It is ranked according to its gas and oil reserves as 14th in the world with less 1% of world's total.

- » AIG
  Open ⊓

**AIG – American International Group - AIG**

AIG is international insurance company. Its company head office is located in New York. The UK head office is in London, and the Europe operations are hosted in Paris. The Asian office is located in Hong Kong. In 2011 Forbes Global 2000 list, AIG ended up being the 29th-largest public service provider in the world.

- » ALCOA
  Open ⊓

**ALCOA – AA**

Alcoa Inc. will be the world's 3rd largest producer of metal behind, Rio Tinto and Rusal. The head office is in Pittsburgh, Pennsylvania.

Alcoa holds treatments in thirty-one countries. Alcoa serves as a world leader in the production and regulation of primary metals, created aluminum, and alumina merged, via its lively and growing involvement in all vital aspects of the industry: technology, mining, refining, polishing, smelting, fabricating, and reusing. Aluminum and alumina embody more than three-fourths of Alcoa's earning. Non aluminum goods consist of precision casting and aerospace and industrial fasteners.

Alcoa's products are being used internationally in aircraft, vehicles, business transit, packaging, expanding and construction, gas and oil, protection, and industrial applications.

- » ALPHA BANK
  Open ⊓

**ALPHA BANK - ALBKF.PK**

Alpha Bank is the second largest bank in Greece after National Bank of Greece. It has 450 branches throughout the nation. It also has a subsidiary and branch office in London, and branches and subsidiaries throughout the Balkans.

- » ANZ BANK
  Open ⊓

**ANZ BANK - ASX: ANZ, NZX: ANZ**

The Australia and New Zealand Banking Group Limited, commonly called ANZ, is the fourth largest bank in Australia. Australian procedures structure the majority of ANZ's business, with commercial and retail banking leading. ANZ is also the largest bank in New Zealand, where the legal entity became known as ANZ National Bank Limited in 2004 and where it operates two brands ANZ and the National Bank of New Zealand. In addition to functions all through Australia and New Zealand, ANZ also extends to twenty-five other countries.

ANZ was called the most sustainable bank internationally in the 2008 by the Dow Jones Sustainability Index making it the 2nd year in a row ANZ has been awarded the title. In 2007 the label was shared with another Australian bank, Westpac, which had held that title for the past five years.

- » ARABIAN PIPES COMP
  Open ⊓
  Enter Content
- » AXIS BANK
  Open ⊓

**AXIS BANK**

Axis Bank Limited is an Indian monetary services firm that had started its business in 1994, after the Government of India permitted new independent banks to be recognized. The Bank was endorsed in cooperation by the Administrator of the Specified Undertaking of the Unit Trust of India (UTI-I), Life Insurance Corporation of India (LIC), General Insurance Corporation Ltd., National Insurance Company Ltd., The New India Assurance Company, The Oriental Insurance Corporation and United India Insurance Company. UTI-I posses a unique place in the Indian assets markets and has supported many important financial institutions in the state.

- » BANCO SANTANDER
  Open ⊓

**BANCO SANTANDER- STD.N**

The Santander Group is a Spanish banking group. It is one of the biggest banks in the globe in terms of market capitalization. According to Forbes Magazine Global 2011, it was the 13th largest corporation in the world. It originated in Santander, Cantabria, Spain.

- » BHP BILLITON
  Open ⊓

**BHP BILLITON - BHP.N**

BHP Billiton is an Anglo-Australian international mining, oil and gas corporation. The main office is in Melbourne, Australia and with a main administration office in London, England. It is the world's largest mining group calculated by 2011 revenues and as of February 2011 was the world's 3rd -biggest business measured by market capitalization.

BHP Billiton was formed in 2001 through the combination of the Australian Broken Hill Proprietary Company Limited (BHP) and the Anglo-Dutch Billiton plc. The outcome is a dual-listed business. The Australian-based BHP Billiton Limited, which is the leading partner, has a majority listing on the Australian Securities Exchange and is the leading company in Australia measured by market capitalization. The UK-based BHP Billiton Plc has a majority listing on the London Stock Exchange and is a component of the FTSE 100 Index. It had a market capitalization of nearly £39.6 billion as of 23 December 2011, the 9th-biggest of any business on the London Stock Exchange.

- » BHP-AU
  Open ⊓
  Enter Content
- » CATERPILLAR
  Open ⊓

**CATERPILLAR Inc. – CAT**

Caterpillar Inc. is a company from the USA which creates, builds, sells and distributes construction and farming machinery and engines. They also advertise financial products and insurance to clients via a global merchant system. Caterpillar is the world's biggest producer of construction and mining apparatuses, diesel and natural gas engines and commercial gas turbines. With more than US$70 billion in assets, Caterpillar holds the title as #1 in its industry, and #44 on the 2009 Fortune 500 list of companies. Caterpillar's main office is in Peoria, Illinois, United States.

- » COCA COLA AT
  Open ⊓
  Enter Content
- » DANONE SA
  Open ⊓

**DANONE SA - BANOY.PK**

Groupe Danone is an international food production company based in Paris, France. It holds the position of world leadership in fresh dairy products, marketed under its corporate name, and also manufactures bottled water all over the world: Volvic, Evian, and Badoit. Danone owns numerous kinds of water sold and distributed around the world. In Asia, it has obtained Yili, Aqua (Indonesia) and Robust, and has a 51% holdings in China's Wahaha Joint Venture Company, which gives it complete market value of 20%. This makes it the leader in selling and distributing bottled water in Asia.

They produce cereals and biscuits as well as baby foods products. In the United States, the Danone brand is marketed as Dannon, a subsidiary of Groupe Danone (under the name The Dannon Company).

Dannon is known mainly for its variety of brands of yogurts. T. About 56% of its 2006 net sales derived from dairy, 28% from beverages, and 16% from biscuits and cereals.

- » DEUTSCHE TELECOM
  Open ⊓

**DEUTSCHE TELECOM – Deutsche Telekom_DTEGF.PK**

Deutsche Telekom AG (abbreviated DTAG, English: German Telecom) is a German telecommunications business which holds its main office in Bonn, North Rhine-Westphalia, Germany. It is the biggest telecommunications corporation in Europe. Deutsche Telekom was created in 1996 from the previous state-owned monopoly Deutsche Bundespost which was later privatized. The German government still held 15% of the corporation's shares, in 2008, and another 17% of the company's stock through the government bank KfW (Kreditanstalt für Wiederaufbau).

- » DISNEY
  Open ⊓

**DISNEY - DIS.N**

The Walt Disney Company, Disney, is an American international mass media corporation. The main office is located at the Walt Disney Studios, Burbank, California, United States. It is the biggest multi media company in the world in terms of income. The company was formed in 1923, by Walt and Roy Disney as the Disney Brothers Cartoon Studio. Walt Disney Productions first became well known for being the main American animation industry leader, then it grew into other markets of media such as television and other real life films. In 1986 the name was changed to The Walt Disney Company, and it grew its current procedures to focus on other aspects such as theater, radio, music, publishing, and online media. It has also ventured into other aspects for adult audiences, that wouldn't be considered part of Disney's family themed programs, that one typically thinks of when they hear the word Disney. Disney is primarily known for its cartoon movies that have enjoyed international success, but it also has major television audiences. Some of these other "adult" programs include the operations of ABC network, and other cable channels such as Disney Channel, ESPN, A+E Networks, and ABC Family. Disney operates 14 theme parks all over the world.

- » EBAY
  Open ⊓

**54**

• eBay – eBay

EBay Inc. is an American held international company that operates via the internet. It is a consumer–to–consumer company that allows members to participate in online auctions and shop using their website. Individuals can set up accounts which allow them to purchase and sell items in a variety of items such as goods and services. eBay is available in 30 countries, after first being founded in 1995, during the dot com boom. The company currently is a multibillion dollar business, which uses PayPal as a way for its customers to safely transfer money when purchases are made.

• GENERAL MOTORS
Open 🔗
**GENERAL MOTORS – GM.N**

General Motors Company also known as GM, was formerly incorporated as General Motors Corporation. It is an American based company international automotive manufacturing company. GM is ranked the world's largest automaker, when compared by the unit sales, as of 2011.

GM employs 202,000 people and does business in some 157 nations. General Motors makes automobiles (cars and trucks) in 31 countries. GM owns and operates the following car companies: Buick, Cadillac, Chevrolet, GMC, Opel, Vauxhall, and Holden, as well as two joint ventures in China, Shanghai GM and SAIC-GM-Wuling Automobile. GM's OnStar subsidiary provides vehicle safety, security and information services.

• GROUPON
Open 🔗
**GROUPON – GRPN.O**

Groupon (a combination of the two words "group and coupon") is a program where members are offered a deal of the day; these come in forms of gift certificates given at a discounted price, used by local companies. Chicago was the first city to adapt Groupon, which was then followed by other cities such as Boston, New York and Toronto. In 2010 there were more than 150 markets in N. America, over 100 in Europe, Asia and S. America and more than 35 million users.

The idea came from the present CEO and Pittsburgh local Andrew Mason. A former employer of his provided the backing to start the business of $1 million, by 2010 the company is worth $1.35 billion.

Forbes Magazine has rated the company to make more than $1 billion faster than any company has ever done before. Other reports, such as the Forrester Research, claimed that Groupon's business model was due to fail, and the company a loss in the fourth quarter of 2011 financial year of $9.8 million on an adjusted basis, which heavily disappointed it's investors.

• LAS VEGAS SANDS
Open 🔗
**LAS VEGAS SANDS – LVS**

Las Vegas Sands Corp. is an integrated resort company based in Paradise (Las Vegas) Nevada, USA. The corporation is one of the leading global developers of destination properties. Its resorts feature high-end accommodations, gaming and entertainment, convention and exhibition facilities, celebrity chef restaurants and nightclubs, as well as an art and science museum in Singapore.

It has several resorts in the United States and Asia. Among its properties in the United States are two Five-Diamond luxury resorts on the Las Vegas Strip: The Venetian (Las Vegas) and The Palazzo. Also in the United States is the Sands Casino Resort Bethlehem, located in Bethlehem, Pennsylvania.

In Asia, the Marina Bay Sands located in Singapore is the most recent addition to the company's portfolio. Through its majority-owned subsidiary Sands China Ltd, the company owns several properties in Macau, including The Venetian Macao, The Plaza Macao, Four Seasons Hotel Macao and the Four Seasons-branded apartments at the Sands Cotai Central development, as well as the Sands Macao on the Macau peninsula. The company is currently constructing a 6,400-room complex at the Sands Cotai Central, which will feature the Sheraton, St. Regis, Holiday Inn, and Intercontinental hotel brands.

• LINKEDIN
Open 🔗
**LINKEDIN – LNKD**

LinkedIn is a social networking website for people in professional occupations; it is mainly used for professional networking. As of February 9, 2012, LinkedIn reports more than 150 million registered users in more than 200 countries and territories. The site is available in English, French, German, Italian, Portuguese, Spanish, Dutch, Swedish, Romanian, Russian, Turkish, Japanese, Czech, Polish, Korean, Bahasa Indonesia, and Bahasa Malaysia. In June 2011, LinkedIn had 33.9 million unique visitors, up 63 percent from a year earlier and surpassing MySpace. LinkedIn filed for an initial public offering in January 2011 and traded its first shares on May 19, 2011.

• LOUIS VUITTON
Open 🔗
**LOUISVUITTON – LVMHF.PK**

Louis Vuitton Malletier commonly referred to as Louis Vuitton or LV. Louis Vuitton is one of the world's leading international fashion houses; it sells its products through standalone boutiques, lease departments in high-end department stores, and through the e-commerce section of its website. The label is well known for its LV monogram, which is featured on most of its products - this ranging from luxury trunks and leather goods to ready-to-wear, shoes, watches, jewelry, accessories, sunglasses, and books. For seven consecutive years (2006-2012) Louis Vuitton has been named the world's most valuable luxury brand. Its 2012 valuation is 25.9 billion USD

• MASTERCARD
Open 🔗
**MASTERCARD –MA**

MasterCard Incorporated or MasterCard Worldwide is an American international financial services company. The headquarters of MasterCard International Global is in New York, United States. The main business that MasterCard Worldwide provides the process of payments between the banks of merchants and the card issuing banks or credit unions of the purchasers who use the "MasterCard" brand debit and credit cards to make purchases.

MasterCard Worldwide has been a publicly traded company since 2006. Before its initial public offering, MasterCard Worldwide was a cooperative owned by the 25,000+ financial institutions that issue its branded cards.

• McDonald's
Open 🔗
**McDonald's – MCD**

McDonald's Corporation is the world's largest chain of hamburger fast food restaurants in the world. They proudly serve around 68 million customers daily in 119 countries. A McDonald's restaurant is operated by a franchisee, an affiliate, or the corporation itself. The corporation's revenues come from the rent, royalties and fees paid by the franchisees, as well as sales in company-operated restaurants.

• MICROSOFT
Open 🔗
**MICROSOFT – MSFT**

Microsoft Corporation is an American multinational corporation headquartered in Redmond, Washington, United States. Microsoft develops, manufactures, licenses and supports a wide range of products and services related to computing. The company was founded by Bill Gates and Paul Allen on April 4, 1975. It is the world's largest software maker measured by revenues.

The company's first public offering were in 1986, and with the rise in its share prices it has made and estimated 3 billionaires and over 12,000 millionaires out of Microsoft's employees. In the 1990's Microsoft continued to grow and diversify from operating system market by making a number of corporate acquisitions. In May 2011, Microsoft purchased Skype Technologies for $8.5 billion, which is its largest acquisition to date.

As of 2012, Microsoft is market dominant in both the PC operating systems and office suite markets, such as Microsoft Office. There are many other software programs for desktops and servers provided, and it is active in areas including internet search (with Bing), the video game industry (with the Xbox and Xbox 360 consoles), the digital services market (through MSN), and mobile phones (via the Windows Phone OS). In June 2012, Microsoft announced that it would be entering the PC market for the first time, with the launch of the Microsoft Surface tablet computer.

• NETFLIX
Open 🔗
**NETFLIX – NFLX**

Netflix Inc. is an American provider of on-demand Internet streaming media in the United States, Canada, Latin America, the Caribbean, United Kingdom and Ireland. The company was established in 1997 and is headquartered in Los Angeles, California. It started its subscription-based digital distribution service in 1999 it was offering a collection of 100,000 titles on DVD and had surpassed 10 million subscribers. On February 25, 2007, Netflix announced the billionth DVD delivery. In April 2011, Netflix announced 23.6 million subscribers in the United States and over 26 million worldwide. By 2011, the total digital revenue for Netflix reached $1.5 billion.

• PUBLICIS GROUP
Open 🔗
**PUBLICIS GROUPE S.A. – PGPEF.PK**

Publicis Groupe is a French multinational advertising and public relations company, headquartered in Paris, France. It is one of the world's three largest advertising holding companies (the others being Omnicom and WPP). Its current president is Maurice Lévy. Publicis Groupe S.A. provides digital and traditional advertising, media services, and specialized agencies and marketing services (SAMS) to national and multinational clients.

• RIO TINTO
Open 🔗
**RIO TINTO GROUP** - Rio Tinto Group is a British-Australian international metal and mining corporation with headquarters in London, UK and a holds a management office in Melbourne, Australia. The company was founded in 1873, when a multinational consortium of investors purchased a mine complex on the Rio Tinto, in Huelva, Spain from the Spanish government.

Since then, the company has grown through a large series of mergers and acquisitions to place itself among the world leaders in the production of many commodities, including aluminum, iron ore, copper, uranium, coal, and diamonds. Although primarily focused on extraction of minerals, Rio Tinto also has significant operations in refining, particularly for refining bauxite and iron ore. The company has operations on six continents but is mainly concentrated in Australia and Canada, and owns proas assets valued at $81 billion through a complex web of wholly and partly owned subsidiaries.

Rio Tinto Group is a dual-listed company; traded on both the London Stock Exchange where it is a component of the FTSE 100 Index and the Australian Securities Exchange where it is a component of the S&P ASX 200 index. As of March 2009, Rio Tinto is the fourth-largest publicly listed mining company in the world with a market capitalization of approximately $134 billion, and was listed in Fortune magazine's 2008 Global 500 ranking of largest worldwide companies by revenue at number 263. In 2007, the company was valued at $147 billion.

• RIO-AU
Open 🔗
Enter Content

• TELEFONICA
Open 🔗
**TELEFONICA – TEF.N**

Telefonica is a Spanish broadband and telecommunications provider for Europeans, North and Central Americans. Operating globally, it is the sixth largest mobile network provider in the world. The company is the former public monopoly of telecommunications in Spain. Its head office is in the Distrito Telefónica in Madrid.

Telefonica is a supporter of the Hybrid Broadcast Broadband TV (HbbTV) an initiative that is promoting and establishing an open European standard for hybrid set-top boxes for the reception of broadcast TV and broadband multimedia applications with a single user interface.

• TOPIX
Open 🔗
Enter Content
• TOTAL S.A
Open 🔗
**TOTAL S.A. – TOT.N**

**55**

Total S.A. is a French multinational oil and gas company and one of the six "Supermajor" oil companies in the world. Its businesses cover the entire oil and gas chain, from crude oil and natural gas exploration and production to power generation, transportation, refining, petroleum product marketing, and international crude oil and product trading. Total is also a large-scale chemicals manufacturer. The company has head office in the Tour Total in the La Défense district in Courbevoie, West of Paris.

- » TOYOTA US
  Open □
  Enter Content
- » UBS
  Open □
  **UBS – UBS**

UBS AG is a Swiss global financial services company headquartered in Basel and Zürich, Switzerland. It provides investment banking, asset management, and wealth management services for private, corporate, and institutional clients worldwide, as well as retail clients in Switzerland.

UBS operates in more than 50 countries and has about 65,000 employees globally, as of 2012. It is considered the world's second largest manager of private wealth assets, with over CHF 2.2 trillion in invested assets a leading provider of retail banking and commercial banking services in Switzerland.

- » UNILEVER
  Open □
  **UNILEVER – UNILEVE.LG**

Unilever is a British–Dutch multinational consumer goods company. Its products include foods, beverages, cleaning agents and personal care products. It is the world's third-largest consumer goods company measured by 2011 revenues (after Procter & Gamble and Nestlé) and the world's largest maker of ice cream.

Unilever is a dual-listed company consisting of Unilever N.V. in Rotterdam, Netherlands and Unilever PLC in London, United Kingdom. Both Unilever companies have the same directors and they operate as a single business. Unilever PLC had a market capitalization of £27.3 billion as of 23 December 2011, the 18th-largest of any company with a primary listing on the London Stock Exchange

- » VIVENDI SA
  Open □
  **VIVENDI SA – VIV.PA**

Vivendi SA (formerly known as Vivendi Universal) is a French multinational mass media and telecommunication company headquartered in Paris, France. The company has activities in music, television and film, publishing, telecommunications, the Internet, and video games.

- » VODAFONE
  Open □
  **VODAFONE – VOD.L**

Vodafone is a British international telecommunications company headquartered in London, United Kingdom.[2] It is the world's second largest mobile telecommunications company measured by both subscribers and 2011 revenues (in each case it falls behind China Mobile) and had 439 million subscribers as of December 2011.

Vodafone owns and operates networks in over 30 countries and has partner networks in over 40 additional countries. Its Vodafone Global Enterprise division provides telecommunications and IT services to corporate clients in over 65 countries. Vodafone also owns 45% of Verizon Wireless, the largest mobile telecommunications company in the United States measured by subscribers.

Vodafone has a primary listing on the London Stock Exchange and is a constituent of the FTSE 100 Index. It had a market capitalization of approximately £89.1 billion as of 6 July 2012, the third-largest of any company listed on the London Stock Exchange. It has a secondary listing on NASDAQ.

- » WYNN RESORTS
  Open □
  **WYNN RESORTS – WYNN**

Wynn Resorts Limited is a publicly traded corporation based in Paradise, (Las Vegas) Nevada that is a developer and operator of high end hotels and casinos. It was formed on October 25, 2002 by former Mirage Resorts Chairman and CEO Stephen A. Wynn.

The company's first project, Wynn Las Vegas, opened on April 28, 2005 Wynn Macau, the company's second project started construction on June 28, 2004. It opened September 5, 2006.

Encore an extension to Wynn Las Vegas, broke ground on April 28, 2006, the first anniversary of the opening of Wynn Las Vegas, Steve Wynn announced a planned redevelopment of the golf course at Wynn Las Vegas, called Wynn Golf and Country Club, into two separate resorts, and a large lake, connected by the "Wynn Parkway".

Encore at Wynn Macau, the company's second project in Macau Peninsula, Macau, People's Republic of China, opened on April 21, 2010 Wynn bought 52 acres (21 ha) of the Cotai Strip in Macau where he hopes to break ground in 2012 for Wynn Cotai for a 2013 or early 2014 opening.

- » TATA MOTORS
  Open □
  Enter Content
- » TATA STEEL
  Open □
  **TATA STEEL – TISC.NS**

Tata Steel Limited (formerly TISCO and Tata Iron and Steel Company Limited) is an Indian multinational steel company headquartered in Mumbai, India and subsidiary of Tata Group. Tata Group is the world's fifth largest steel maker.

It is the eighth most-valuable Indian brand according to an annual survey conducted by Brand Finance and The Economic Times in 2010. It has also been listed as World's most ethical companies by Forbes. The company is listed on Bombay Stock Exchange and National Stock Exchange of India, and employs about 80,000 people.

- » STARBUCKS
  Open □
  **STARBUCKS – SBUX**

Starbucks is the largest coffee house company in the world, with 19,763 stores in 59 countries, including 12,848 in the United States, 1,264 in Canada, 973 in Japan, 778 in Great Britain, 621 in China, 441 in South Korea, 350 in Mexico and 269 in Taiwan. The company headquarter is in Seattle, Washington.

The Starbucks Entertainment division and Hear Music brand, also markets books, music, and film. Many of the company's products are seasonal or specific to the locality of the store. Starbucks-brand ice cream and coffee are also offered at grocery stores.

From Starbucks' founding in later forms in Seattle as a local coffee bean roaster and retailer, the company has expanded rapidly. In the 1990s, Starbucks was opening a new store every workday, a pace that continued into the 2000s. The first store outside the United States or Canada opened in the mid-1990s, and overseas stores now constitute almost one third of Starbucks' stores.

- » STRAITS TIMES
  Open □
  Enter Content
- » JP MORGAN CHASE
  Open □
  **JP MORGAN CHASE - JPM.N**

JPMorgan Chase & Co. is an American international banking corporation. It was formed in 2000, when Chase Manhattan Corporation merged with J.P. Morgan & Co. They handle securities, investments and retail. JP Morgan Chase is the largest bank in the United States by assets held. It is a major provider of financial services, with assets of $2 trillion. The hedge fund unit of JPMorgan Chase is one of the largest hedge funds in the United States.

The J.P. Morgan brand is used by the investment banking as well as the asset management, private banking, private wealth management and treasury & securities services divisions. The Chase brand is used for credit card services in the United States and Canada, the bank's retail banking activities in the United States, and commercial banking.

JPMorgan Chase is one of the Big Four banks of the United States with Bank of America, Citigroup and Wells Fargo. According to Bloomberg, as of October 2011 JPMorgan Chase surpassed Bank of America as the largest U.S. bank by assets.

- » SAUDI REFINERIES
  Open □
  Enter Content

Asset Index

- Asset Index Lobby
- Stocks
- Currencies
- Commodities
- Indices

enter Subcategory Name [          ]

select Category [ ▼ ]

- • Stocks
  - CITI ( US - CITIGROUP)
  - APPLE (US)
  - GAZPROM (RUSSIA)
  - BP (BRITISH PETROLEUM)
  - GOOGLE (US)
  - SBERBANK (RUSSIA)
  - COCA COLA (US)
  - More
- • Indices
  - DOW ( US - DOW JONES INDUSTRIAL AVERAGE)
  - S&P 500 (US)
  - NASDAQ (US)
  - DAX (GERMANY)
  - CAC (FRANCE)
  - FTSE 100 (UK)
  - More
- • Currencies
  - GBP/USD
  - USD/JPY

**56**

- EUR JPY
  - EUR JPY
  - EUR GBP
  - USD TRY
  - USD BRL
  - More
- Commodities
  - GOLD
  - SILVER
  - WHEAT
  - COFFEE
  - OIL (LIGHT SWEET CRUDE)
  - SUGAR
  - PLATINUM
  - More

- **iOption**
  - Who We Are
  - Corporate Pledge
  - Press Release
  - Why iOption
  - Financial News

- **Banking & Security**
  - Financial Security
  - Deposit
  - Financial Partners
  - VIP MasterCard
  - Accounts And Programs
  - Withdrawal

- **Knowledge Center**
  - Video
  - Knowledge Library
  - Ebook Review
  - How To Trade demo
  - FAQ
  - Glossary
  - Asset Index
  - Expiry Rates & Charts
  - Expiry Rates Rules

- **Market Data**
  - What are Binary Options
  - What are One Touch Options
  - Heat Signatures
  - Risk Management Tools
  - Advance Trading Tools
  - Economic Calendar
  - Global Market Hours

- **Partners**
  - Affiliate Program
  - White Label
  - Introducing Brokers
  - Refer a Friend

- **Privacy Policy**
  - Disclaimer
  - Terms & Conditions
  - Privacy Policy
  - Security And Privacy

iOption™ is the most advanced **binary options trading** platform in the market today. We are offering our investors and traders a much diversified portfolio of underlying assets including but not limited to: Stocks, Commodities, Indices and currencies (Forex). Our platform is best for day traders, brokers and investors wishing to maximize their earnings by working from home or workplace. Please note that the option prices/quote that is offered by us is not necessarily the real time of the underlying asset but rather the price that iOption™ is willing to offer the relevant option. Results depend on real-time asset prices, option expiration time (15 minutes to 30 days) and you may forfeit a portion of your total investment if the trade expires out-of-the-money. iOption Global Group 2012 Ltd. & Tuenti Ltd. (Service provider for iOption) are not AUTHORISED by the FSA to conduct financial services business in the UK or at across business from persons in the UK.

57



**ALL ABOUT SHEETS**

So you can create the platform to trade digital options as a variety of assets. Learn below are trading hours, super-value rates, and general information about each that we offer on our platform. Trading hours are shown in GMT Times.

- Stocks
- Currencies
- Commodities
- Indices

**USEFUL TO KNOW**

Chart bar (a candle):

Charting Inc. Standard Corp. is a major American financial service company based in New York. Originally the brand from one of the world's largest company to invest by combining the banking giant Via-corp and financial empowerment Travelers Group in April 1, 1999. Charting Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 325,290 staff around the world.

It's the world's largest bank, the total assets reached trillions worldwide as of 2008. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive stimulus package by the US government.

**Trading Hours - Mon - Fri 13:30 - 20:00**
Rotator Code – C

**Expiry Rate – (Bid + Ask) / 2**

COCA COLA CO.

Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. It most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.

The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. It products are of value in forming itself as the desktop computer market.

The company was founded as it the last end of 2008. The revenues was US$21.82, the net worth was US$14.38 billion and the products are its core value in forming itself as the desktop computer market.

In the last two years, the prices of Microsoft's stock largely remained steady, with a two-week price around the volume of Windows 7 turns and fall during the economic crisis of 2008.

**Trading Hours - Mon - Fri 13:30 - 20:00**
Rotator Code – MSFT-FX

**Expiry Rate – (Bid + Ask) / 2**

COCA COLA CO.

Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Mac desktop and laptop computers, the iPod media player, the iPhone smartphone, and the iPad tablet computer. Its software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, and iWork, a suite of productivity software.

As of 2008, the company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold. Founded in 1976, Apple is now the largest publicly traded company by market capitalization in the world, surpassing oil giant Exxon Mobil.

**Trading Hours - Mon - Fri 14:30 - 21:00**
Rotator Code – AAP - X

**Expiry Rate – (Bid + Ask) / 2**

AT&T

AT&T Inc. is an American multinational telecommunications corporation headquartered in Dallas, Texas, United States. It is the largest provider of mobile telephone and the largest provider of fixed telephone in the United States.

The company was founded in 1983 as SBC Communications Inc. Southwestern Bell Corporation and Pacific Telesis Group into SBC Communications. SBC then acquired the surviving AT&T Corp. in 2005 and adopted its branding, becoming AT&T Inc. In 2006, AT&T acquired BellSouth Corporation and adopted its branding.

**Trading Hours - Mon - Fri 13:30 - 20:00**
Rotator Code – T - X

**Expiry Rate – (Bid + Ask) / 2**

FULL

Ford Motor Company is an American multinational corporation and the world's fifth largest automaker based on 2010 vehicle sales. Based in Dearborn, Michigan, a suburb of Detroit, the automaker was founded by Henry Ford and incorporated on June 16, 1903.

The company was founded to be the first to apply the assembly line. This revolutionized the auto industry.

**Trading Hours - Mon - Fri 14:30 - 21:00**
Rotator Code – F - X

**Expiry Rate – (Bid + Ask) / 2**

[Additional similar company/trading-hours blocks continue with entries for various stocks, currencies, commodities and indices.]

**Platform trading hours (GMT/GST)**

The times shown below are in GMT/GST.

35 captures

Trading · Education Center · Account Types · Banking · About Us · Contact Us

▲ FACEBK

CUSTOMER SERVICE

No1options \ Asset Index

# ASSET INDEX

USD/ZAR    USD/ZAR
The exchange rate of the United States Dollar and the South African Rand.

Trading Hours : Mon – Fri 07:00 – 14:00
Reuters code : ZAR=
Expiry Rule : (Bid + Ask) / 2
USD/TRY    USD/TRY
The exchange rate of the United States Dollar currency and the Turkish New Lira currency.

Trading Hours : Mon – Fri 7:30 – 14:30
Reuters code : TRY=
Expiry Rule : (Bid + Ask) / 2
USD/SGD    USD/SGD
The exchange rate of the United States Dollar and the Singapore Dollar.

Trading Hours : Mon – Fri 1:00 – 9:00
Reuters code : SGD=
Expiry Rule : (Bid + Ask) / 2
USD/RUB
The exchange rate of the United States Dollar and the Russian Ruble.

Trading Hours: Mon – Fri 9:00 – 13:00
Reuters code RUB =
Expiry Rule: (Bid + Ask) / 2
USD/JPY    USD/JPY
The exchange rate of the United States Dollar currency and the Japanese yen currency.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : JPY=
Expiry Rule : (Bid + Ask) / 2
USD/CHF    USD/CHF
The exchange level of United States Dollar and the Swiss Franc.

Trading Time : Mon – Fri 02:00 – 20:00
Reuters code : CHF=
Expiry Rule : (Bid + Ask) / 2
The exchange rate of the United States Dollar currency and the Canadian Dollar currency.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : CAD=
Expiry Rule : (Bid + Ask) / 2
NZD/USD
The exchange level of the the New Zealand Dollar and the United States Dollar.

Trading Time : Mon – Thu 00:00 – 23:58
Reuters code : NZD=
Expiry Rule : (Bid + Ask) / 2
GBP/USD
The exchange rate of the British Pound currency and the United States Dollar currency.

Trading Hours : Mon – Fri 02:00 – 20:00
Reuters code : GBP=
Expiry Rule : (Bid + Ask) / 2
EUR/USD
The exchange rate of the Euro and the United States Dollar.

Trading Hours: Mon – Fri 00:00 – 23:59
Reuters code: EUR=
Expiry Rule: (Bid + Ask) / 2
EUR/GBP
The exchange rate of the Euro and the British Pound.

Trading Hours : Mon – Fri 01:00 – 19:00
Reuters code : EURGBP=
Expiry Rule : (Bid + Ask) / 2
EUR/JPY
The exchange rate of the Euro and the Japanese Yen.

Trading Hours : Mon – Fri 00:00 – 23:59
Reuters code : EURJPY=
Expiry Rule : (Bid + Ask) / 2
TURKCEL (TURKEY)
Turkcell (NYSE: TKC) is the leading mobile phone operator of Turkey, based in Istanbul. The company has 36.3 million subscribers by the end of September 2008, making it the third largest in Europe, Turkcell is traded both at the Turkish Stock Exchange and the NYSE.
biggest in Europe. Turkcell is traded both at the Turkish Stock Exchange and the NYSE.
yourdomain enables trading on the Turkcell stock both in the Turkish Exchange and in the NYSE.

Trading Hours : Mon – Fri from 12:00 – 13:50
Reuters Code : TKC
Expiry Rule : (Bid + Ask) / 2
TEVA.TA
Teva Pharmaceutical Industries Ltd. NASDAQ: TEVA is an international pharmaceutical company headquartered in Petah Tikva, Israel. It specializes in generic and proprietary pharmaceuticals and active pharmaceutical ingredients. It is the largest generic drug manufacturer in the world and one of the 15 largest pharmaceutical companies worldwide.

Trading Hours : Sun – Thu from 07:00 – 13:30
Reuters Code : TEVA.TA
Expiry Rule : (Bid + Ask) / 2
TESCO
Tesco plc (LSE: TSCO) is a global grocery and general merchandising retailer headquartered in Cheshunt, United Kingdom It is the third-largest retailer in the world measured by revenues (after Wal-Mart and Carrefour) and the second-largest measured by profits (after Wal-Mart).
It has stores in 14 countries across Asia, Europe and North America and is the grocery market leader in the UK (where it has a market share of around 30%), Malaysia, the Republic of Ireland and Thailand.

Trading Hours : Mon – Fri from 07:15-15:30
TATA MOTORS (INDIA)
Tata Motors Limited (NSE: TATAMOTORS, BSE: 500570, NYSE: TTM), is a multinational corporation headquartered in Mumbai, India. Part of the Tata Group, it was formerly known as TELCO (TATA Engineering and Locomotive Company). Tata Motors has a consolidated revenue of USD 16 billion after the acquisition of British automotive brands Jaguar and Land rover in 2008.
It is India's largest company in the automobile and commercial vehicle sector with upwards of 70% cumulative Market share in the Domestic Commercial vehicle segment, and a midsized player on the world market with 0.81% market share in 2007 according to OICA data. The OICA ranked it as the 19th largest automaker, based on figures for 2007. Tata Motors is a dual-listed company traded on both the Bombay Stock Exchange, as well as on the New York Stock Exchange. Tata Motors in 2005, was ranked among the top 10 corporations in India with an annual revenue exceeding INR 320 billion.

Trading Hours Mon – Fri 4:30 – 10:00
Reuters Code : TAMO.BO
Expiry Rule : (Bid + Ask) / 2
SBERBANK (RUSSIA)
Sberbank Rossii (MICEX SBER RTS SBER) / 'Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in

60

banking services and rendering significant financial support in implementing investment and social programs.

Trading hours Mon – Fri 8:00 – 14:00
Reuters Code : SBER03.MM
Expiry Rule : (Bid + Ask) / 2

ROLLS ROYCE (LONDON)

Rolls-Royce plc (LSE: RR.) is a British aircraft engine maker, and the second-largest in the world, behind GE Aviation. The company has related businesses in the defense aerospace, marine and energy markets.

aerospace, marine and energy markets

Rolls-Royce was nationalized in 1971, to which time aircraft engines had long been the most significant part of the business. The automobile company was separated in 1973 and the present Rolls-Royce plc was re-privatized in 1987. Rolls-Royce is, through its defense aerospace division, the world's 16th largest defense contractor. Defense aerospace sales accounted for 21% of group sales in 2005, civil aerospace 53%, marine 17% and energy 8%. It is listed on the London Stock Exchange and is a constituent of the FTSE 100 Index.

Trading hours Mon – Fri 8:30 – 16:00
Reuters Code : RR.L
Expiry Rule : (Bid + Ask) / 2

REUTERS (US THOMSON REUTERS)

Reuters Group Limited is a UK-based, Canadian company. This news company provides information about financial markets from around the world to newspapers and broadcasters. Its main focus is on supplying the financial markets with information and trading products. This includes market data, such as share prices and currency rates, research and analysis, as well as trading systems that allow dealers to buy and sell such assets as currencies and shares on a computer screen instead of by telephone or on a trading floor like that of the New York Stock Exchange. Competitors include Bloomberg L.P. and Dow Jones Newswires. It is now a part of Thomson Reuters.

Trading hours: Mon – Fri from 14:00-20:00GMT
Reuters Code: T.N.N

NISSAN MOTOR

Nissan Motor Company Ltd usually shortened to Nissan (play / ni so ni or UK / nisæn/, Japanese: [nɪ.sã]), is a multinational automaker headquartered in Japan. It was formerly a core member of the Nissan Group, but has become more independent after its restructuring under Carlos Ghosn (CEO) formerly marketed vehicles under the "Datsun" brand name and is one of the largest car manufacturers in the world. As of 2011, the company's global headquarters is located in Nishi-ku, Yokohama. In 1999, Nissan entered a two-way alliance with Renault S.A. of France, which owns 43.4% of Nissan while Nissan holds 15% of Renault shares, as of 2008. The current market share of Nissan, along with Honda and Toyota, in American auto sales represent the largest of the automotive firms based in Asia that have been increasingly encroaching on the historically dominant US-based "Big Three" consisting of GM, Ford and Chrysler. In its home market, Nissan is the third largest car manufacturer, with Honda being second by a small margin of 2,000 units and Toyota in a very dominant first. Along with its normal range of models, Nissan also produces a range of luxury models branded as Infinity

Trading hours : Mon – Fri 00:15-02:00 & 03:30-06:00 GMT
Reuters Code : NISSAN
Expiry Rule : (Bid + Ask) / 2

NIKE (US)

Nike, Inc. is a major publicly traded sportswear and equipment supplier based in the United States. It is the world's leading supplier of athletic shoes and apparel and a major manufacturer of sports equipment with revenue in excess of $16.6 billion USD in its fiscal year 2008. As of 2008, it employed more than 30,000 people worldwide.
The company was founded on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Philip Knight, and officially became Nike, Inc. in 1978. The company takes its name from Nike (Greek Nikn pronounced [ni:ke:]), the Greek goddess of victory; it is also based on Egyptian usage of 'strength', 'victory', nakht. Nike markets its products under its own brand as well as Nike Golf, Nike Pro, Nike+, Air Jordan, Nike Skateboarding and subsidiaries including Cole Haan, Hurley International, Umbro and Converse. In addition to manufacturing sportswear and equipment, the company operates retail stores under the Niketown name.

Trading Hours Mon – Fri 15:00 – 19:00
Reuters Code : NKE
Expiry Rule : (Bid + Ask) / 2

LUKOIL (RUSSIA)

Lukoil (RTS:LKOH LSE: LKOD NASDAQ: LUKOY) is Russia's largest oil company and its largest producer of oil. In 2007, the company produced 96.645 million tons of oil, 1.953 million barrels per day.
Its international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to Exxon Mobil) in terms of million barrels per day.
Its international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to Exxon Mobil) in terms of proven oil and gas reserves. In 2008, the company had 19.3 billion barrels of oil equivalent per SPE standards. This accounts to some 1.3% of global oil reserves. The company has operations in more than 40 countries around the world.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : LKOH.MM
Expiry Rule : (Bid + Ask) / 2

HSBC HOLDINGS (LONDON)

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. As of 2009, it is both the world's largest banking group and the world's 4th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals.

HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

Trading hours Mon – Fri 7:30 – 15:30
Reuters Code : HSBA.L
Expiry Rule : (Bid + Ask) / 2

GAZPROM (RUSSIA)

Gazprom (English: Open Joint Stock Company "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company.
Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake.
In 2008, the company produced 549.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : GAZP.MM
Expiry Rule : (Bid + Ask) / 2

COCA COLA (US)

Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : COKE
Expiry Rule : (Bid + Ask) / 2

CITI (US)    CITI (US)

Citigroup Inc. (branded Citi) is a major American financial services company based in New York. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.
Citigroup Inc. (branded Citi) is a major American financial services company based in New York. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.
It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

Trading hours Mon – Fri 13:40 – 20:00
Reuters Code : NOEC
Expiry Rule : (Bid + Ask) / 2

BP (BRITISH PETROLEUM)

BP plc is the third largest global energy company, the 5th largest company in the world and UK's largest company. with headquarters in St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world, and one of the six "supermajors" (vertically integrated private sector of exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100

Trading hours Mon – Fri 7:15 – 15:30
Reuters Code : BP.L
Expiry Rule : (Bid + Ask) / 2

BAE SYSTEMS (LONDON)

BAE Systems plc is a British defense, security and aerospace company headquartered in Farnborough, Hampshire, England, that has global interests, particularly in North America through its subsidiary BAE Systems Inc. BAE is the world's second-largest defense contractor and the largest in Europe. It was formed on 30 November 1999 by the £7.7 billion merger of two British companies, Marconi Electronic Systems (MES), the defence electronics and naval shipbuilding subsidiary of the General Electric Company plc (GEC), and the aircraft, munitions and naval systems manufacturer British Aerospace (BAE).

Trading hours Mon – Fri 8:30 – 16:00
Reuters Code : BAES.L
Expiry Rule : (Bid + Ask) / 2

APPLE (US)

Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.

Trading hours Mon – Fri 13:40 – 20:00
Reuters Code : AAPL.O
Expiry Rule : (Bid + Ask) / 2

IBM    IBM

International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells

61

Trading Hours : Mon – Fri from 13:40 – 20:00

MICROSO  MICROSOFT (US)
FT (US)

Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.

The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. Its products have all achieved near-ubiquity in the desktop computer market.

When the company debuted its IPO in March 13, 1986, the stock price was US $21. By the end of the first trading day, the stock had closed at $26 The stock price peaked in 1999 at around US $119.

In the last few years, the price of Microsoft's stock largely remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008

Trading Hours : Mon – Fri 15:00 – 19:00
Reuters Code : MSFT.O
Expiry Rule : (Bid + Ask) / 2

WHEAT

Wheat is a grass, originally from the Fertile Crescent region of the Near East, but now cultivated worldwide. In 2007 world production of wheat was 607 million tons, making it the third most-produced cereal after maize (784 million tons) and rice (651 million tons).Globally, wheat is the leading source of vegetable protein in human food, having higher protein content than either maize (corn) or rice, the other major cereals. In terms of total production tonnages used for food, it is currently second to rice as the main human food crop, and ahead of maize, after allowing for maize's more extensive use in animal feeds.

Trading Hours : Mon – Fri 12:00-18:00 GMT

SUGAR

The sugar is one of the world's leading sweeteners, mainly produced in Brazil.

There are many types of sugars which all are rated by the ICUMSA (international commission uniform methods of sugar analysis), at our platform the sugar is traded as quoted and cleared by the CME group.

The future contracts are dollar dominated and represent the price of sugar for 112,000 units. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July and October).

Platform trading hours 10:00 – 19:00
CME symbol YO.
Expiry rule (Bid + Ask)/2

SILVER

Silver, in the form of electrum (a gold-silver alloy), was coined to produce money in around 700 BCE by the Lydians. Later, silver was refined and coined in its pure form. Many nations used silver as the basic unit of monetary value. In the modern world, silver bullion has the ISO currency code XAG. The name of the United Kingdom monetary unit "pound" reflects the fact that it originally represented the value of one troy pound of sterling silver. In the 1800s, many nations, such as the United States and Great Britain, switched from silver to a gold standard of monetary value, then in the 20th century to fiat currency.

Much like gold, it is considered to be a natural hedge against inflation and in the last few years was highly correlated with world growth.

Trading Hours : Mon – Thu 04:00 – 20:30
Reuters Code : XAG=
Expiry Rule :  (Bid + Ask) / 2

PLATINUM

Platinum is a chemical element with the chemical symbol Pt and an atomic number of 78.

Platinum is used in jewelry, laboratory equipment, electrical contacts and electrodes, platinum resistance thermometers, dentistry equipment, and catalytic converters. Platinum bullion has the ISO currency code of XPT. Platinum is a commodity with a value that fluctuates according to market forces. On June 5, 2008, Platinum was worth $1263.00 per troy ounce (approximately $40.69 per gram).

Trading Hours : Mon – Fri 10:00 – 20:00
Reuters Code : XPT=
Expiry Rule :  (Bid + Ask) / 2

OIL LIGHT SWEET CRUDE)

Sweet crude oil is a type of petroleum. Petroleum is considered "sweet" if it contains less than 0.5% sulfur, compared to a higher level of sulfur in sour crude oil. Sweet crude oil contains small amounts of hydrogen sulfide and carbon dioxide. High quality, low sulfur crude oil is commonly used for processing into gasoline and is in high demand, particularly in the industrialized nations. "Light sweet crude oil" is the most sought-after version of crude oil as it contains a disproportionately large amount of these fractions that are used to process gasoline, kerosene, and high-quality diesel. The term "sweet" originated because the low level of sulfur provides the oil with a mildly sweet taste and pleasant smell. Nineteenth century prospectors would taste and smell small quantities of the oil to determine its quality.

This type of oil is considered a benchmark for oil and is traded at the Chicago Mercantile Exchange. The oil is considered a natural hedge against inflation as in the last few years was highly correlated with the world's growth.

Trading Hours : Mon – Fri 2:00 – 20:30
Reuters Code : CLV1
Expiry Rule : (Bid + Ask) / 2

GOLD

Historically gold coinage was widely used as currency. When paper money was introduced, it typically was a receipt redeemable for gold coin or bullion. In an economic system known as the gold standard, a certain weight of gold was given the name of a unit of currency. For a long period, the United States government set the value of the US dollar so that one troy ounce was equal to $20.67 ($664.56/kg), but in 1934 the dollar was devalued to $35.00 per troy ounce ($1125.27/kg). By 1961 it was becoming hard to maintain this price, and a pool of US and European banks agreed to manipulate the market to prevent further currency devaluation against increased gold demand.

On March 17, 1968, economic circumstances caused the collapse of the gold pool, and a two-tiered pricing scheme was established whereby gold was still used to settle international accounts at the old $35.00 per troy ounce ($1.13/g) but the price of gold on the private market was allowed to fluctuate; this two-tiered pricing system was abandoned in 1975 when the price of gold was left to find its free-market level

Today Gold is considered to be a natural hedge against world inflation and in the last few years together with crude prices and other metals, was highly correlated with world global growth, especially in emerging markets

Trading Hours : Mon – Thu 2:00-20:30 GMT
Reuters Code : XAU=
Expiry Rule :  (Bid + Ask) / 2

COFFEE

One of the world's most popular drinks, it is assumed that 80% of adults drink some sort of coffee or a derivative of coffee at list once a day. Like many other soft commodities Brazil is the largest producer of coffee.

The future contracts are dollar dominated and represent the price of sugar for 37,500 pounds. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July September and December).

Platform trading hours 13:00-18:00GMT
CME symbol  KT.

TOPIX

Tokyo stock Price Index, commonly known as TOPIX, along with Nikkei 225, is an important stock market index for the Tokyo Stock Exchange in Japan, tracking all domestic companies of the exchange's First Section. It is calculated and published by the TSE. As of February 1, 2011, there are 1,669 companies listed on the First Section of the TSE. The market value for the index on the same date is 197.461 Billion Yen.

Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT

TEL AVIV 25

The TA-25 Index is the TASE's flagship index. It was first published in 1992 under the name "MA'OF Index". The TA-25 index tracks the prices of the shares of the 25 companies with the highest market capitalization on the exchange. It serves as an underlying asset for options and futures. Index-Linked Certificates and Reverse Certificates traded on the exchange and worldwide. The index also began on 1 January 1992 with a base level of 100.

Trading Hours : Sun – Thu  07:00-13:30 GMT

TADAWUL (SAUDI STOCK EXCHANGE)

Saudi Stock Exchange or Tadawul is the only stock exchange in Saudi Arabia. The Capital Market Authority supervises the exchange. The Tadawul All-Share Index (TASI) reached its highest point at 20,634.86 on 25 February 2006 . It falls 115 publicly traded companies (as of April 30th 2006).

Trading Hours : Sun – Wed 5:10 – 12:20
Reuters Code : .TASI
Expiry Rule : Reuters Last Rate

SSE180 (SHANGHAI STOCK EXCHANGE)

Traded in the Shanghai stock exchange,the SSE Composite Index (also known as Shanghai Composite) is the most commonly used indicator to reflect SSE's market performance. Constituents for the SSE Composite Index are all listed stocks (A shares and B shares) at the Shanghai Stock Exchange.  The SSE100 reflects the largest 180 stocks in the SSE general index and it includes stocks such as BANK OF CHINA and AIR CHINA.

Trading Hours : Mon – Fri  7:00 – 8:00.
Reuters Code : .SSE180
Expiry Rule : Reuters Last Rate

S&P 500 (US)

Traded on the CME (Chicago Mercantile Exchange), Standard & Poors is a value-weighted index of 500 large-cap common stocks actively traded in the United States. The stocks included in the S&P are those of large publicly held companies that trade  on either of the two largest American stock market companies: the NYSE Euronext and the NASDAQ OMX.

Trading Hours : Mon – Fri 13:40-20:00
Reuters Code : .SPX
Expiry Rule : (Bid + Ask) / 2

RTS RUSSIAN TRADING SYSTEM)

The Russian Trading System is a stock market established in 1995 in Moscow, consolidating various regional trading floors into one exchange.

The RTS Index (RTSI) is an index of 50 Russian stocks (as of March 15th, 2007) that trade on the RTS Stock Exchange in Moscow.

The Index includes GAZPROM and SBERBANK, VOLGA TELECOM and NOVATEK.

Trading Hours : Mon – Fri 9:30 – 14:30
Reuters Code : .IRTS
Expiry Rule : Reuters Last Rate

NIKKEI225 (JPN)

Nikkei 225, more commonly called the Nikkei, the Nikkei index, or the Nikkei Stock Average, is a stock market index for the Tokyo Stock Exchange (TSE). It has been calculated

daily by the Nihon Keizai Shimbun (Nikkei) newspaper since 1950. It is a price-weighted average (the unit is yen), and the components are reviewed once a year. Currently, the Nikkei is the most widely quoted average of Japanese equities, similar to the Dow Jones Industrial Average. In fact, it was known as the "Nikkei Dow Jones Stock Average" from 1975 to 1985.

Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT
NASDAQ (US)

The Nasdaq Composite is a stock market index of all of the common stocks and similar securities listed on the NASDAQ stock market, meaning that it has over 3,000 components. It is highly regarded in the U.S. as an indicator of the performance of stocks of technology companies and growth companies. Since American and non-American companies are listed on the NASDAQ stock market, the index is not exclusively a U.S. index.

Trading Hours : Mon – Fri 15:00 – 19:00
Reuters Code : .IXIC
Expiry Rule : Reuters Last Rate
MSM 30 (OMAN)

The Muscat Securities Market (MSM) is the principal stock exchange of Oman. It is located in Muscat and it was founded in 1988. The principal stock index at the MSM is the MSM-30. The MSM-30 (also known as the Muscat Securities Market Index) was established in 1992. The composition of the index by sector is as follows.

Banks & Investment Sector: 69 companies
Industry Sector: 59 companies
Service : 61 companies

The Index includes stocks such as DHOFAR BANK and NATIONAL BANK OF OMAN

Trading Hours : Sun – Thu 6:30 – 8:30
Reuters Code : .MSI
Expiry Rule : Reuters Last Rate
MICEX 10 (MOSCOW INTERBANK EXCHANGE)

The MICEX 10 Index is a price non-weighted index, calculated as the arithmetic mean of the change of prices of 10 most liquid stocks admitted to circulation in the Stock Market Section of the Moscow Interbank Currency Exchange in Moscow. The Index includes Russian Top firms in a variety of sectors such as GAZProm and SBERBANK.

Trading Hours : Mon – Fri 8:30 – 14:30
Reuters Code : .MICX10
KUWAIT (KUWAIT GENERAL INDEX)

The Kuwait Stock Exchange (KSE) is the national stock market of The State of Kuwait. Although several share holding companies (such as NBK in 1952) existed in Kuwait prior to the creation of the KSE, it was not until October 1962 that a law was passed to organize the country's stock market.

The Kuwait Stock Exchange is also among the first and largest stock exchanges in the Persian Gulf region, and is now gaining prominence as one of the most potentially important in the world.

Trading Hours : Sun – Thu 6:20 – 9:20
Reuters Code : .KWSE
Expiry Rule : Reuters Last Rate
KL FUTURE

The Kuala Lumpur Composite Index is a capitalization-weighted stock market index introduced in 1986.

The FTSE Bursa Malaysia comprises the largest 30 companies listed on the Malaysian Main Market by full market capitalization that meet the eligibility requirements of the FTSE Bursa Malaysia Index Ground Rules.

Trading Hours : Mon – Fri 01:00-04:30,07:00-09:00
Reuters Code : KLkt1
Trading Hours Mon – Fri 01:00-04:30 & 07:00-09:00
Reuters Code : KLkt1
Expiry Rule (Bid + Ask) / 2

ISE 30 (ISTANBUL STOCK EXCHANGE)

The Istanbul Stock Exchange (ISE) is the only corporation in Turkey for securities exchange established to provide trading in equities, bonds and bills, revenue-sharing certificates, private sector bonds, foreign securities and real estate certificates as well as international securities.

ISE is home to 329 national companies. Local trading hours are 09:30-12:00 for the first session and 14:00-17:00 for the second session, on workdays. All ISE members are incorporated banks and brokerage houses.

Trading Hours Mon – Fri 7:00 – 9:00 and 11:10 – 13:50
Reuters Code : .XU030
Expiry Rule : Reuters Last Rate
HANG SENG (HONG KONG)

HSI was started on November 24, 1969, and is currently compiled and maintained by HSI Services Limited. It is a subsidiary of Hang Seng Bank, the largest bank registered and listed in Hong Kong in terms of market capitalisation. It is responsible for compiling, publishing and managing the Hang Seng Index.

Trading Hours Mon – Fri 01:30-04:00,05:10-08:00
Reuters Code : .HSI
Expiry Rule : Reuters Last Rate
FTSE 100 (UK)

The FTSE 100 Index — also called FTSE, 100, FTSE, or, informally, the "footsie" is a share index of the 100 most highly capitalized UK companies listed on the London Stock Exchange. Because the FTSE includes large international companies such as HSBC, BP, Vodafone and Unilever it is considered to be a Global Index and as such is followed by investors worldwide

Trading Hours : Mon – Fri  6:30 – 14:30
Reuters Code : .FTSE
Expiry Rule : Reuters Last Rate
DUBAI (DUBAI FINANCIAL MARKET GENERAL INDEX)

The Dubai Financial Market is a stock exchange located in Dubai, United Arab Emirates. It was founded on March 26, 2000.

There are about 57 companies listed (as of August 2007) on DFM, most of them are UAE-based companies and a few dual listings for companies based in other MENA region countries.

During 2004 and 2005, there were significant increases in the volume of shares traded and the share prices of many companies. However, towards the end of 2005 and through the first few months of 2006 the bubble burst and share values dropped by around 60% on DFM, along with similar decreases in most other Persian Gulf stock markets. The DFM index includes stocks such as DUBAI ISLAMIC BANK and the EMIRATES TELECOMMUNICATION COMPANY.

Trading Hours: Sun – Thu 6:30 – 9:50
Reuters Code : .DFMGI
Expiry Rule : Reuters Last Rate
DOW (US)

Traded on the NYSE (New York Stock Exchange) the Dow Jones Industrial Average (i.e. Industrial Average, Dow Jones, Dow 30, or Dow) compiles the index to gauge the performance of the industrial sector within the American economy.

Trading Hours : Mon – Fri 13:40 – 20:00
Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : .DJI
Expiry Rule : Reuters Last Rate
DAX (GERMANY)

The DAX (Deutscher Aktien IndeX, formerly Deutscher Aktien-Index (German stock index)) is a blue chip stock market index consisting of the 30 major German companies trading on the Frankfurt Stock Exchange. The DAX index includes stocks such as Adidas, Deutsche Bank and Bayer.

Trading Hours : Mon – Fri 7:15 – 15:30
Reuters Code : .GDAXI
Expiration Rule : Reuters Last Rate
CAC (FRANCE)

The CAC 40 (Cotation Assistée en Continu – Continuous Assisted Quotation) is a benchmark French stock market index. The index represents a capitalization-weighted measure of the 40 most significant values among the 100 highest market caps on the Paris Bourse (now Euronext Paris).

The CAC 40 Includes companies such as BNP Paribas, Renault, L'Oreal and France Telecom.

The CAC 40 Includes companies such as BNP Paribas, Renault, L'Oreal and France Telecom.

Trading Hours : Mon – Fri 7:15 – 15:30
Reuters Code : .FCHI
Expiry Rule : Reuters Last Rate
BOMBAY SE

Representing a fast growing economy of India, the BSE Sensex or Bombay Stock Exchange Sensitive Index is a value-weighted index composed of 30 stocks of the largest and most actively traded stocks, representative of various sectors, on the Bombay Stock Exchange. These companies account for around one-fifth of the market capitalization of the BSE.

The index has increased by over ten times from June 1990 to the present. The long-run rate of return on the BSE Sensex works out to be 18.6% per annum, which translates to roughly 9% per annum after compensating for inflation. The index includes stocks such as TATA MOTORS and HDFC BANK.

Trading Hours Mon – Fri 4:15 – 10:30
Reuters Code : .BSESN
Expiry Rule : Reuters Last Rate

CONTACT US



HOME   TRADING ACADEMY ▾   FAQS ▾   ABOUT US ▾   PROMOTIONS ▾


CALL ME

## Stocks Asset Index

OneTwoTrade / Asset Index / Stocks:

- Stocks:
- Currencies
- Commodities
- Indices

### Stocks You Can Trade

| | | |
|---|---|---|
| GAZPROM | APPLE | GOOGLE |
| COCA COLA | SBERBANK | BP |
| HSBC HOLDINGS | TATA MOTORS | S BANK INDIA |
| EXXON MOBIL | BAIDU | TEVA PHARMA |
| BARCLAYS | BNP PARIBAS | TOTAL |
| AMAZON | DELL | DISNEY |
| FIAT | FRANCE TELECOM | GOLDMAN SACHS |
| IBM | INTEL | JP MORGAN CHASE |
| PETROBRAS | PFIZER | RIO TINTO |
| TESCO | VODAFONE | DEUTSCHE TELEKOM |
| POALIM | LEUMI | ICL TA |
| RTAZIO | SAB MILLER | UNILEVER |
| BRITISH AMERICAN T | TOYOTA MOTORS | NISSAN MOTOR |
| LOUIS VUITTON | VIVENDI SA | DANONE SA |
| PUBLICIS GROUPE | LUKOIL | BHP BILLITON |
| CATERPILLAR | BANCO SANTANDER | TELEFONICA |
| BANK OF AMERICA | CITIGROUP | AIG |
| YAHOO | NETFLIX | McDonald's |
| LINKEDIN | ANZ BANK | BHP-AU |
| RIO-AU | Westpac Banking | LAS VEGAS SANDS |
| Wynn Resorts | EBAY | SONY |
| Bezeq | BOEING | WAL-MART |
| Saudi Arabian Refineries | Arabian Pipes Company | SAP |
| VOLVO | MICROSOFT | GENERAL MOTORS |
| GROUPON | F5 NETWORKS | MASTERCARD |
| SEARS HOLDINGS | FREEPORT McMORAN | SALESFORCE.COM |
| ALPHA NATURAL RL | STARBUCKS | AXIS BANK |
| NIPPON STEEL | TATA STEEL | AL RAJHI BANK |
| ROSNEFT | FACEBOOK | ALLIANZ SE |
| BAYER AG | DAIMLER AG | DEUTSCHE BANK |
| E.ON AG | METRO AG | SIEMENS AG |
| VOLKSWAGEN | BASF AG | MOBILE TELESYSTEMS |
| VIMPELCOM | RUSSIA MARKET | YANDEX N.V |
| NEWCREST MINING | ORIGIN ENERGY | WOODSIDE PETROLEUM |
| WOOLWORTHS | SAUDI INTG TELECOM | CHEUNG KONG |
| BANK OF CHINA | CHINA TELECOM | CNOOC |
| ICBC BANK | AGRI BANK OF CHINA | CHINA LIFE INSURANCE |
| SAMSUNG-KR | PETRO-BR | VALE-BR |
| NORDEA BANK | NOVO NORDISK | CARLSBERG B |
| DANSKE BANK | COLOPLAST | MOLLER MAERSK B |
| ING GROEP | RENAULT | BMW |
| CHINA MOBILE | HSBC-HK | AMANA (SE) |
| KEC (SE) | Alsmak (SE) | SHADCO (SE) |
| PETROCHINA-SHG | NIKE | COMMONWEALTH BANK |
| BLACKBERRY | 3M | NATIONAL AUSTRALIA BANK |
| FORTESCUE METALS | TENCENT HOLDINGS | Aljazira Takaful Taawuni |

### OneTwoTrade
Why OneTwoTrade
Asset Index
The Market Leader
Client Protection
VIP Trading & Service
MGA License
Responsibility
Contact Us

### Resources
OneTwoTrade Binary Options FAQ
OneTwoTrade Trading Academy
Binary Options Free-ebook
Binary Options Market News

### Monthly Newsletter
Subscribe to our newsletter and stay up to date with the latest news and deals!
Email Address   Subscribe

2013 © OneTwoTrade. ALL Rights Reserved.   Privacy Policy   Terms of Service   Verification Guide

This website is marketed in the EU by Up & Down Marketing Limited of Cobalt House, Level 2, Mriehel, Birkirkara BKR 3000 Malta, licensed and regulated by the Malta Gaming Authority in Malta, license number MGA/CL2/744/2011 in effect from the 13th October 2011.





OPTION
FINANCIAL
MARKETS

Trading Platform     About     Accounts     Secure Banking     Binary Options     Contact Us     Open Account     Log in


HELP

# Available Assets



| Commodities | Currencies | Indices | Stocks |

⊕ COFFEE

⊕ CORN

⊕ GOLD

⊕ OIL (BRENT CRUDE)

⊕ PLATINUM

⊕ SILVER

⊕ SUGAR

⊕ WHEAT

SECURE 🔒 SSL











 Open Account     Log in     

Terms & Conditions     Anti-Money Laundering     Privacy Policy     Withdrawals Policy     Risk Disclaimer     Contact Us

WHAT ARE BINARY OPTIONS? Binary options - also known as Fixed Return Options (FROs) - differ from traditional investments in that investors are only required to correctly predict the direction of an asset movement to complete a successful trade (the magnitude of a price movement is completely irrelevant). With binary options there are only two possible outcomes: "Up" or "Down". Why OPTION.FM? With an average return on investments of over 80%, trading binary options with Option.fm is by far the easiest way to turn an understanding of events that influence global markets into highly profitable investments. Option.fm's innovative, user-friendly trading platforms offer a wide range of unique, proprietary features that make it simple for experienced and novice investors alike to make manage risk and make informed and timely trades. With over 90 tradable assets, including currency pairs, stocks, indices and commodities, 24/7 uptime, and the ability to fine-tune every detail of every trade, binary options are taking the financial world by storm and are rapidly replacing traditional methods of investing.

HIGH RISK INVESTMENT WARNING: Trading Binary Options is highly speculative, carries a level of risk and may not be suitable for all investors. You may lose some or all of your invested capital, therefore you should not speculate with capital that you cannot afford to lose. Please click here to read a full risk warning. Option.fm is a trading name of Option.fm, a Financial Services Company.

USA REGULATION NOTICE: Binary options are not regulated within the United States. OptionFM is not supervised or regulated by any US agencies. Any unregulated trading activity by U.S. residents is considered unlawful. OptionFM does not accept customers located within the United States or holding an American citizenship.

SITE RISK DISCLOSURE: Option fm does not accept any liability for loss or damage as a result of reliance on the information contained within this website; this includes education material, price quotes and charts, and analysis. Please be aware of the risks associated with trading the financial markets; never invest more money than you can risk losing. The risks involved in trading binary options may not be suitable for all investors. Option.fm doesn't retain responsibility for any trading losses you might face as a result of using the data hosted on this site. The data and quotes contained in this website are not provided by exchanges but rather by THOMPSON REUTERS. Prices may be different from exchange prices and may not be accurate to real time exchange trading prices.

Clearing & Billing Services: Artemisia Services, Capital Municipality, Traditsa, Region, Prestige center, 49 Patriarh Evtimy Blvd, Bulgaria.


OFFICIALLY
LICENSED BY
IFSC BELIZE
SINCE 2015





Services Limited, 5 Secretary's Lane, Gibraltar. Operation © 2012

Open Account   |   Trade   |   Help   |   Affiliates   |   Legal   |

46 captures

Email [_____] Login

OPEN ACCOUNT Forgot password?

- Home
- Open Account
  - Open Account
  - Account types
  - Terms and conditions
  - Privacy
  - Documentation
- Banking
  - Deposit methods
  - Withdrawal methods
  - Wire transfer
  - Islamic Account
- Academy
  - Video tutorials
  - Trading »
    - Commodities trading
    - Index trading
    - Forex trading
    - Stocks trading
    - Trading Strategies
  - Binary Options »
    - Trading Platform
    - Strategy
    - Trading
  - Trading terminology
  - Glossary
  - Webinars
- Market
  - Economic Calendar
  - Daily Market reviews
  - Weekly Market reviews
- Support
  - Contact us
  - Remote assistance
- About us
  - About us
  - Safety of funds
  - Our Company »
    - Company profile
    - Policy and values
    - Optionally Advantages
    - Terms and conditions
    - Ideology and Mission
  - Solutions »
    - Individual Traders
    - Fund managers
  - Partners »
    - Affiliates
    - White labels
    - Introducing brokers
  - Refer a friend
- FAQ
  - FAQ
  - Banking FAQ
  - Binary Options FAQ
  - How to trade
- English
  - Español
  - Deutsch
  - Türkçe
  - العربية
  - 日本語
  - Türkçe
  - Русский

# Asset Index

Home>Asset Index

- Stocks
- Currencies
- Commodities
- Indices

- GOOGLE (US)
- COCA COLA (US)
- Barclays (London)
- BP (BRITISH PETROLEUM)
- CITI (US)
- MICROSOFT (US)
- APPLE (US)
- GAZPROM (RUSSIA)
- HSBC HOLDINGS (LONDON)
- LUKOIL (RUSSIA)
- SBERBANK (RUSSIA)
- BAE SYSTEMS (LONDON)
- Exxon mobile (US)
- BIDU (US/China)
- BNP PARIBAS (Europe/France)
- STATE BANK OF INDIA (India)
- TOTAL (Europe)

12:12:57
Friday
20.06.14
or call us: +41-43-5084204

My name [____] My email [____] My phone [____]
Submit

**Your Account is secured**

**Live Financial news**

71

OptionRally
Information
Analyst review
Partners
Privacy and policy

- Binary Options
- Mobile Trading Platform
- Binary Options Trading
- Trading Platforms list

- FAQ
- Glossary
- How to trade
- Asset Index
- Binary Options Trading Platform

- Daily Market reviews
- Weekly Market reviews
- Binary Options Strategy
- Expiry Rates

- Affiliates
- White labels
- Introducing brokers

- Privacy
- Terms and conditions
- Disclaimer

**Risk policy:** The service offers financial activities that may result in the loss of part or all of the invested funds while trading. You should carefully consider whether this activity suits your needs, your financial resources and your personal circumstances. Results depend on realtime asset prices, option expiration time (60 seconds to 6 months) and your initial investment which may be forfeit if the trade expires out-of-the-money.

OptionRally delivers an unmatched binary options trading platform. Our binary options trading expertise makes financial trading in shares, commodities, indices and Forex easy to learn, practice and trade. Our online binary options trading platform lets you trade financial markets from anywhere in the world 24 hours a day. Our financial trading forums and financial trading blogs offer you all the insight you need to succeed in trading binary options. We deliver exceptional personal service and support to help all our traders understand financial trading, review their binary options investment strategies and decide how to seize the opportunity of binary options trading in shares, equities and Forex.

Servicing company: Intercapital SM Ltd. Address: 145-157 St. John Street, London England

International support: +41-43-5084204

SSL Certificat

72



ABOUT BINARY OPTIONS · TRADING STRATEGIES · STRATEGIX · E-BOOKS · ASSET INDEX · EXPIRY RATES

## How to start trading?

**1 STEP**
Select an Asset

**2 STEP**
Choose a Direction

**3 STEP**
Enter the Amount

## Try Demo

## What is Binary Options?

Binary Options are a popular investment instrument for trading stocks, commodities and currencies. Trading Binaries is very simple and straightforward, all you need to do is decide which of the two directions the asset will move, up or down. And binaries has quite a high profit potential. Binary options allow even beginners the opportunity to succeed with financial trading. Actually people that have minimum financial track record can easily make money by learning how to trade options online.

| HOME | TRADING ROOM | EDUCATION CENTER | MOBILE TRADING | BANKING | SUPPORT |
|---|---|---|---|---|---|
| | | About Binary Options | App Store Download | Safety of Funds | About Us |
| | | Trading Strategies | Google Play Download | Fund your Account | Contact Us |
| | | StrategiX | | Deposit methods | Live Chat |
| | | E-Book | | Withdrawals | FAQ |
| | | Asset Index | | Account Types | |
| | | Expiry Rates | | | |

Trading in binary options carries a high level of risk that can result in the lost of partial or all of your investment. This type of investment may not be suitable for all investors. You should not invest in binary options money that you can't afford to lose. You should ask for advice from an independent consultant and learn of all the risks that are associated with the investment in binary options. OptionRidge should not be held responsible for any lost of investment in binary option either partially of in full and under no circumstances shall have any liability to any person or entity for any lost or damage that is caused by any transaction related to the trade with binary options directly or indirectly, consequently or incidentally, or in any other conceivable way to any damage whatsoever. For more information please read our Terms and Conditions

Please be aware that laws regarding financial contracts may vary throughout the world, and it is your entire responsibility to ensure that you fully comply with any law, regulation or directive, relevant to your country of residency to the use of this website.

© 2016 OptionRidge. All rights reserved. OptionRidge is Owned and Operated by MOUNTAIN RIDER LTD of Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands. Billing and Clearing services are provided by RUSTY FLOWER LTD of Broad Quay House, Prince St., Bristol, BS1 4DJ, UK

73



74





10 captures

**Login**

Email

Password

Forgot Password?

00 : 17 : 00 GMT
Tuesday 29.07.14
English ▼

Open Account
Trade Now
Banking
Asset Index
Daily Market Review
Expired Rates
Contact Us

NZD/JPY 87.05700 (00:00 29.07)

🇺🇸 US    44-2030518395

## ASSET INDEX

We give our clients the platforms to trade digital options on a variety of assets. Listed below are trading hours, expiry rates rules, and general information about assets that we offer on our platform. Trading hours are shown in GMT 0 time.

- Stocks
- Currencies
- Commodities
- Indices

- **CITI (US)**
  Open
  Citigroup Inc. (branded Citi), is a major American financial services company based in New York. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.

  It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

  **Trading Hours : Mon - Fri 15:00 - 19:00**
  **Reuters Code : C**
  **Expiry Rule : (Bid + Ask) / 2**
- **MICROSOFT (US)**
  Open
  Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.

  The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. Its products have all achieved near-ubiquity in the desktop computer market.

  When the company debuted its IPO in March 13, 1986, the stock price was US $21. By the end of the first trading day, the stock had closed at $28.The stock price peaked in 1999 at around US $119.

  In the last few years, the price of Microsoft's stock really remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008.

  **Trading Hours : Mon - Fri 15:00 - 19:00**
  **Reuters Code : MSFT.O**
  **Expiry Rule : (Bid + Ask) / 2**
- **APPLE (US)**
  Open

  Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.

  **Trading Hours Mon - Fri 15:00 - 19:00**

  **Reuters Code : AAPL.O**

  **Expiry Rule : (Bid + Ask) / 2**

- **NIKE (US)**
  Open
  Nike, Inc. is a major publicly traded sportswear and equipment supplier based in the United States. It is the world's leading supplier of athletic shoes and apparel and a major manufacturer of sports equipment with revenue in excess of $18.6 billion USD in its fiscal year 2008 . As of 2008, it employed more than 30,000 people worldwide.
  The company was founded on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Philip Knight, and officially became Nike, Inc. in 1978. The company takes its name from Nike (Greek Νίκη pronounced [niːkɛ́]), the Greek goddess of victory; it is also based on Egyptian usage of "strength", "victory", naːkht. Nike markets its products under its own brand as well as Nike Golf, Nike Pro, Nike+, Air Jordan, Nike Skateboarding and subsidiaries including Cole Haan, Hurley International, Umbro and Converse. In addition to manufacturing sportswear and equipment, the company operates retail stores under the Niketown name.

  **Trading Hours Mon - Fri  15:00 - 19:00**

  **Reuters Code : NKE**

  **Expiry Rule : (Bid + Ask) / 2**
- **GAZPROM (RUSSIA)**
  Open
  Gazprom (English: Open Joint Stock Company "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company.
  Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake.
  In 2008, the company produced 549.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

  **Trading hours Mon - Fri 7:30 - 14:00**
  **Reuters Code : GAZP.MM**
  **Expiry Rule : (Bid + Ask) / 2**
- **BP (BRITISH PETROLEUM)**
  Open
  BP plc is the third largest global energy company, the 5th largest company in the world and UK's largest company, with headquarters at St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world, and one of the six "supermajors" (vertically integrated private sector oil exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100

  **Trading hours Mon - Fri 7:30 - 15:30**
  **Reuters Code : BP.L**
  **Expiry Rule : (Bid + Ask) / 2**
- **LUKOIL (RUSSIA)**
  Open
  Lukoil (RTS:LKOH LSE: LKOD NASDAQ: LUKOY) is Russia's largest oil company and its largest producer of oil. In 2007, the company produced 96.645 million tons of oil; 1.953 million barrels per day.

  Its international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to ExxonMobil) in terms of proven oil and gas reserves. In 2008, the company had 19.3 billion barrels of oil equivalent per SPE standards. This accounts to some 1.3% of global oil reserves. The company has operations in more than 40 countries around the world.

  **Trading hours Mon - Fri 7:30 - 14:00**
  **Reuters Code : LKOH.MM**
  **Expiry Rule : (Bid + Ask) / 2**
- **SBERBANK (RUSSIA)**
  Open

  Sberbank Rossii (MICEX:SBER RTS:SBER) ( "Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and its history goes back to the financial reform of 1841. In many regions, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs.

  **Trading hours Mon - Fri 8:00 - 14:00**
  **Reuters Code : SBER03.MM**
  **Expiry Rule : (Bid + Ask) / 2**
- **COCA COLA (US)**
  Open
  Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, often simply referred to as Coke or Coca Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout

76

the 20th century. Coca Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

**Trading Hours : Mon - Fri 15:00 - 19:00**
**Reuters Code : KO**
**Expiry Rule : (Bid + Ask) / 2**
- HSBC HOLDINGS (LONDON)
  Open

  HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. As of 2009, it is both the world's largest banking group and the world's 6th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots. HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals.

  HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

**Trading hours Mon - Fri 7:30 - 15:30**
**Reuters Code : HSBAL**
**Expiry Rule : (Bid + Ask) / 2**
- TOYOTA MOTOR (JPN)
  Open

  Toyota is publicly traded on the Tokyo, Osaka, Nagoya, Fukuoka, and Sapporo exchanges under company code TYO: 7203. In addition, Toyota is foreign-listed on the New York Stock Exchange under NYSE: TM and on the London Stock Exchange under LSE: TYT. Toyota has been publicly traded in Japan since 1949 and internationally since 1999.

  As reported on its consolidated financial statements, Toyota has 540 consolidated subsidiaries and 226 affiliates.

**Trading Hours: Mon - Fri 13:30 - 20:00 GMT**
**Reuters code:**
**Formula: (Bid + Ask) / 2**
- TATA MOTORS (INDIA)
  Open

  TATA MOTORS (INDIA)Tata Motors Limited (NSE: TATAMOTORS, BSE: 500570, NYSE: TTM), is a multinational corporation headquartered in Mumbai, India. Part of the Tata Group, it was formerly known as TELCO (TATA Engineering and Locomotive Company). Tata Motors has a consolidated revenue of USD 16 billion after the acquisition of British automotive brands Jaguar and Landrover in 2008. It is India's largest company in the automobile and commercial vehicle sector with upwards of 70% cumulative Market share in the Domestic Commercial vehicle segment, and a midsized player on the world market with 0.81% market share in 2007 according to OICA data. The OICA ranked it as the 19th largest automaker, based on figures for 2007. Tata Motors is a dual-listed company traded on both the Bombay Stock Exchange, as well as on the New York Stock Exchange. Tata Motors in 2005, was ranked among the top 10 corporations in India with an annual revenue exceeding INR 320 billion.
- TURKCELL (TURKEY)
  Open

  TURKCELL (TURKEY)Turkcell (NYSE: TKC) is the leading mobile phone operator of Turkey, based in Istanbul. The company has 36.3 million subscribers by the end of September 2008, making it the third biggest in Europe. Turkcell is traded both at the Turkish Stock Exchange and the NYSE.TraderXp enables trading on the Turkcell stock both in the Turkish Exchange and in the NYSE.
- TESCO
  Open

  TESCO Tesco plc (LSE: TSCO) is a global grocery and general merchandising retailer headquartered in Cheshunt, United Kingdom. It is the third-largest retailer in the world measured by revenues (after Wal-Mart and Carrefour) and the second-largest measured by profits (after Wal-Mart). It has stores in 14 countries across Asia, Europe and North America and is the grocery market leader in the UK (where it has a market share of around 30%), Malaysia, the Republic of Ireland and Thailand.
- TEVA PHARMA
  Open

  TEVA PHARMA Teva Pharmaceutical Industries Ltd. NASDAQ: TEVA is an international
  pharmaceutical company headquartered in Petah Tikva, Israel. It
  specializes in generic and proprietary pharmaceuticals and active
  pharmaceutical ingredients. It is the largest generic drug manufacturer
  in the world  and one of the 15 largest pharmaceutical companies
  worldwide.
- S.BANK INDIA
  Open

  S.BANK INDIA State Bank of India  is the largest state-owned banking and financial services company with its headquartered in Mumbai, India. The bank traces its ancestry to British India, through the Imperial Bank of India, to the founding in 1806 of the Bank of Calcutta, making it the oldest commercial bank in the Indian Subcontinent. Bank of Madras merged into the other two presidency banks, Bank of Calcutta and Bank of Bombay to form Imperial Bank of India, which in turn became State Bank of India. The government of India nationalized the Imperial Bank of India in 1955, with the Reserve Bank of India taking a 60% stake, and renamed it the State Bank of India. In 2008, the government took over the stake held by the Reserve Bank of India.
- PETROBRAS
  Open

  PETROBRAS Petrobras is the largest company in Latin America by market capitalization and revenue, and the largest company headquartered in the Southern Hemisphere by market value. The company was founded in 1953, mainly due to the efforts of then Brazilian President Getúlio Vargas. While the company ceased to be Brazil's legal monopolist in the oil industry in 1997, it remains a significant oil producer, with output of more than 2 million barrels of oil equivalent per day, as well as a major distributor of oil products.
- NISSAN MOTOR
  Open

  NISSAN MOTOR Nissan Motor Company Ltd usually shortened to Nissan (play /ˈniːsɑːn/ or UK /ˈnɪsæn/, Japanese: [nisːaɴ]), is a multinational automaker headquartered in Japan. It was formerly a core member of the Nissan Group, but has become more independent after its restructuring under Carlos Ghosn (CEO). It formerly marketed vehicles under the "Datsun" brand name and is one of the largest car manufacturers in the world. As of 2011, the company's global headquarters is located in Nishi-ku, Yokohama. In 1999, Nissan entered a two way alliance with Renault S.A of France, which owns 43.4% of Nissan while Nissan holds 15% of Renault shares, as of 2008. The current market share of Nissan, along with Honda and Toyota, in American auto sales represent the largest of the automotive firms based in Asia that have been increasingly encroaching on the historically dominant US-based "Big Three" consisting of GM, Ford and Chrysler. In its home market, Nissan is the third largest car manufacturer, with Honda being second by a small margin of 2,000 units and Toyota in a very dominant first. Along with its normal range of models, Nissan also produces a range of luxury models branded as Infiniti.
- IBM
  Open

  IBM International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells computer hardware and software, and it offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.
- SAB MILLER
  Open

  SAB MILLER SAB Miller plc is one of the world's largest brewers, with brewing interests and distribution agreements across six continents. The group's wide portfolio of brands includes premium international beers such as Pilsner Urquell, Peroni Nastro Azzurro, Miller Genuine Draft and Grolsch, as well as leading local brands such as Aguila, Castle, Miller Lite, Snow and Tyskie. SAB Miller is also one of the world's largest bottlers of Coca-Cola products. Since listing on the London Stock Exchange over 10 years ago they have grown into a global operation, developing a balanced and attractive portfolio of businesses.

Start Trading Now
First Name
Last Name
Country ▾
Email
t
My Phone
☑
I'd like to speak with a trading coach
Open Account
Live Support 24 Hours

How to Trade

- Binary
  Options
- Options
  Builder
- One
  Touch
- 60 sec
  Second

- 1
  Select the asset and the expire time you wish to trade for
- 2
  Click on "CALL" if you think the price will rise above the current rate at the time of expiry, or click "PUT" if you think the price will fall below the current rate at the time of expiry
- 3
  Enter the amount you would like to invest and "Apply"
- 4
  Get up to 88% profit.

- 1
  Select the asset, Active expiration time and risk management.
- 2
  Enter the amount you want to invest.
- 3
  Click "CALL" if you think the price will rise above the current rate. Click "PUT" if you think the price will fall below the current.

77

- 4

Click on **"Apply"**

- 1

Choose the option you believe will rise or fall to the target price value

- 2

Select the amount that you would like to invest in units

- 3

Click on **"Apply"**

- 1

Select the asset that you would like to trade

- 2

Select the amount you would like to invest

- 3

Click on **"CALL"** if you think the price will increase above the current rate during the 60 seconds, or **"PUT"** if you think the price will fall below the current rate at the time of expiry

- 4

Click on "START"

Breaking News

Microsoft targeted in apparent Chinese antitrust probe

Microsoft Corp appears to be the latest U.S. company targeted by China for antitrust...

Last time this happened, stocks sold off hard

Low grade, high-yield corporate bonds—affectionately called "junk bonds"—are on...

Retirement regrets: Costly mistakes to avoid

Even if you put enough money aside, pursuing the right retirement plan is just as...

Darden CEO to step down amid Olive Garden troubles

Darden Restaurants says CEO and chairman Clarence Otis is stepping down as the company...

Judge allows $2 billion sale of NBA's Los Angeles...

Los Angeles Superior Court judge Michael Levinas said he will rule Monday afternoon on...

enterSubcategoryName [ ]

selectCategory [Stocks ▼]

Chat 24/7
Phone
skype
Email Us
Contact Us

**Options VIP**

- About Us
- Binary Option
- One Touch Option
- Option Builder

**Information**

- FAQ
- Glossary
- Asset Index
- Banking

**Analyst Review**

- Daily Market Review
- Trading Signals
- Weekly Market Review
- Expired Rates
- How to trade

**Partners**

- Refer A Friend
- Introducing Brokers
- Affiliates

**Privacy Policy**

- Disclaimer
- Expiry Rates Rules
- Terms Conditions
- Privacy Policy

Trading digital options has some risks of partial or full funds loss. This fact should be taken into consideration by any trader who is planning to make profits by option trading. OPTIONS VIP advises its clients to read our terms and conditions carefully before opening positions on our platform. Digital options quotes displayed on the OPTIONSVIP platform are indicative rates that the company is prepared to sell options at and may not correspond to either live market quotations or quoted rates at the point of sale.

Login or Open trading account
Email [ ]
Password [ ] [ ]
[Login]

78







## Asset Index

PVftrade \ Asset Index

- Currencies
- Stocks
- Commodities
- Indices

### USD/ZARUSD/ZAR

The exchange rate of the United States Dollar and the South African Rand.

Trading Hours : Mon – Fri 07:00 – 14:00
Reuters code : ZAR=
Expiry Rule : (Bid + Ask) / 2

### USD/TRYUSD/TRY

The exchange rate of the United States Dollar currency and the Turkish New Lira currency.

Trading Hours : Mon – Fri 7:30 – 14:30
Reuters code : TRY=
Expiry Rule : (Bid + Ask) / 2

### USD/SGDUSD/SGD

The exchange rate of the United States Dollar and the Singapore Dollar.

Trading Hours : Mon – Fri 1:00 – 9:00
Reuters code : SGD=
Expiry Rule : (Bid + Ask) / 2

### USD/RUBUSD/RUB

The exchange rate of the United States Dollar and the Russian Ruble.

Trading Hours: Mon – Fri 6:00 – 13:00
Reuters code RUB =
Expiry Rule: (Bid + Ask) / 2

### USD/JPYUSD/JPY

The exchange rate of the United States Dollar currency and the Japanese yen currency.

Trading Hours : Mon – Fri 7:00 – 9:00
Reuters code : JPY=
Expiry Rule : (Bid + Ask) / 2

### USD/CHFUSD/CHF

The exchange level of United States Dollar and the Swiss Franc.

Trading Time : Mon – Fri 02:00 – 20:00
Reuters code : CHF=
Expiry Rule : (Bid + Ask) / 2

### USD/CADUSD/CAD

The exchange rate of the United States Dollar currency and the Canadian Dollar currency.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : CAD=
Expiry Rule : (Bid + Ask) / 2

### NZD/USDNZD/USD

The exchange level of the the New Zealand Dollar and the United States Dollar

Trading Time : Mon – Thu 00:00 – 23:59
Reuters code : NZD=
Expiry Rule : (Bid + Ask) / 2

### GBP/USDGBP/USD

The exchange rate of the British Pound currency and the United States Dollar currency.

Trading Hours : Mon – Fri 02:00 – 20:00
Reuters code : GBP=
Expiry Rule : (Bid + Ask) / 2

### EUR/USDEUR/USD

The exchange rate of the Euro and the United States Dollar.

Trading Hours : Mon – Fri 00:00 – 23:59
Reuters code: EUR=
Expiry Rule: (Bid + Ask) / 2

### EUR/GBPEUR/GBP

81

The exchange rate of the Euro and the British Pound

Trading Hours : Mon – Fri 01:00 – 19:00
Reuters code : EURGBP=
Expiry Rule : (Bid + Ask) / 2

## EUR/JPYEUR/JPY

The exchange rate of the Euro and the Japanese Yen.

Trading Hours : Mon – Fri 00:00 – 23:59
Reuters code : EURJPY=
Expiry Rule : (Bid + Ask) / 2

## TURKCELL (TURKEY)TURKCELL (TURKEY)

Turkcell (NYSE: TKC) is the leading mobile phone operator of Turkey, based in Istanbul. The company has 36.3 million subscribers by the end of September 2008, making it the third biggest in Europe. Turkcell is traded both at the Turkish Stock Exchange and the NYSE. yourdomain enables trading on the Turkcell stock both in the Turkish Exchange and in the NYSE.

Trading Hours : Mon – Fri from 12:00 – 13:50
Reuters Code : TKC
Expiry Rule : (Bid + Ask) / 2

## TEVA .TATEVA .TA

Teva Pharmaceutical Industries Ltd. NASDAQ. TEVA is an international pharmaceutical company headquartered in Petah Tikva, Israel. It specializes in generic and proprietary pharmaceuticals and active pharmaceutical ingredients. It is the largest generic drug manufacturer in the world and one of the 15 largest pharmaceutical companies worldwide.

Trading Hours : Sun – Thu from 07:00 – 13:30
Reuters Code : TEVA.TA
Expiry Rule : (Bid + Ask) / 2

## TESCOTESCO

Tesco plc (LSE: TSCO) is a global grocery and general merchandising retailer headquartered in Cheshunt, United Kingdom It is the third-largest retailer in the world measured by revenues (after Wal-Mart and Carrefour) and the second-largest measured by profits (after Wal-Mart). It has stores in 14 countries across Asia, Europe and North America and is the grocery market leader in the UK (where it has a market share of around 30%), Malaysia, the Republic of Ireland and Thailand.

Trading Hours – Mon – Fri from 07:15-15:30

## TATA MOTORS (INDIA)TATA MOTORS (INDIA)

Tata Motors Limited (NSE: TATAMOTORS, BSE: 500570, NYSE: TTM), is a multinational corporation headquartered in Mumbai, India. Part of the Tata Group, it was formerly known as TELCO (TATA Engineering and Locomotive Company). Tata Motors has a consolidated revenue of USD 16 billion after the acquisition of British automotive brands Jaguar and Land rover in 2008.

It is India's largest company in the automobile and commercial vehicle sector with upwards of 70% cumulative Market share in the Domestic Commercial vehicle segment, and a midsized player on the world market with 0.81% market share in 2007 according to OICA data. The OICA ranked it as the 19th largest automaker, based on figures for 2007.

Tata Motors is a dual-listed company traded on both the Bombay Stock Exchange, as well as on the New York Stock Exchange. Tata Motors in 2005, was ranked among the top 10 corporations in India with an annual revenue exceeding INR 320 billion.

Trading Hours Mon – Fri 4:30 – 10:00
Reuters Code : TAMO.BO
Expiry Rule : (Bid + Ask) / 2

## SBERBANK (RUSSIA)SBERBANK (RUSSIA)

Sberbank Rossii (MICEX:SBER RTS:SBER) i ' Savings Bank of the Russian Federation') is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and its history goes back to the financial reform of 1841. In many regions, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs.

Trading hours Mon – Fri 8:00 – 14:00
Reuters Code : SBER03.MM
Expiry Rule : (Bid + Ask) / 2

## ROLLS ROYCE (LONDON)ROLLS ROYCE (LONDON)

Rolls-Royce plc (LSE: RR.) is a British aircraft engine maker, and the second-largest in the world, behind GE Aviation. The company has related businesses in the defense aerospace, marine and energy markets Rolls-Royce was nationalized in 1971, by which time aircraft engines had long been the most significant part of the business. The automobile company was separated in 1973 and the present Rolls-Royce plc was re-privatized in 1987. Rolls-Royce is, through its defense aerospace division, the world's 16th largest defense contractor. Defense aerospace sales accounted for 21% of group sales in 2005, civil aerospace 53%, marine 17% and energy 8%. It is listed on the London Stock Exchange and is a constituent of the FTSE 100 Index.

Trading hours Mon – Fri 8:30 – 16:00
Reuters Code : RR.L
Expiry Rule : (Bid + Ask) / 2

## REUTERS (US THOMSON REUTERS)REUTERS (US THOMSON REUTERS)

Reuters Group Limited is a UK-based, Canadian company. This news company provides information about financial markets from around the world to newspapers and broadcasters. Its main focus is on supplying the financial markets with information and trading products. This includes market data, such as share prices and currency rates, research and analysis, as well as trading systems that allow dealers to buy and sell such assets as currencies and shares on a computer screen instead of by telephone or on a trading floor like that of the New York Stock Exchange. Competitors include Bloomberg L.P. and Dow Jones Newswires. It is now a part of Thomson Reuters.

Trading Hours – Mon – Fri from 14:00-20:00GMT
Reuters Code: TRI.N
Expiry Rule: (Bid + Ask) / 2

## NISSAN MOTORNISSAN MOTOR

Nissan Motor Company Ltd usually shortened to Nissan (play / ˈniː s ɑː n/ or UK / ˈnɪsæn/. Japanese: [nis aɴ], is a multinational automaker headquartered in Japan. It was formerly a core member of the Nissan Group, but has become more independent after its restructuring under Carlos Ghosn (CEO). It formerly marketed vehicles under the "Datsun" brand name and is one of the largest car manufacturers in the world. As of 2011 the company's global headquarters is located in Nishi-ku, Yokohama. In 1999, Nissan entered a two-way alliance with Renault S.A. of France, which owns 43.4% of Nissan while Nissan holds 15% of Renault shares, as of 2008. The current market share of Nissan, along with Honda and Toyota, in American auto sales represent the largest of the automotive firms based in Asia that have been increasingly encroaching on the historically dominant US-based "Big Three" consisting of GM, Ford and Chrysler. In its home market, Nissan is the third largest car manufacturer, with Honda being second by a small margin of 2,000 units and Toyota in a very dominant first. Along with its normal range of models, Nissan also produces a range of luxury models branded as Infinity.

Trading Hours : Mon – Fri 00:15-02:00 & 03:30-06:00 GMT
Reuters Code : NISSAN
Expiry Rule : (Bid + Ask) / 2

## NIKE (US)NIKE (US)

Nike, Inc. is a major publicly traded sportswear and equipment supplier based in the United States. It is the world's leading supplier of athletic shoes and apparel and a major manufacturer of sports equipment with revenue in excess of $18.6 billion USD in its fiscal year 2008. As of 2008, it employed more than 30,000 people worldwide. The company was founded on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Philip Knight, and officially became Nike, Inc. in 1978. The company takes its name from Nike (Greek Níkη) pronounced [ni ˈke̞]; the Greek goddess of victory. It is also based on Egyptian usage of 'strength', 'victory'. naikē. Nike markets its products under its own brand as well as Nike Golf, Nike Pro, Nike+, Air Jordan, Nike Skateboarding and subsidiaries including Cole Haan, Hurley International, Umbro and Converse. In addition to manufacturing sportswear and equipment, the company operates retail stores under the Niketown name.

Trading Hours Mon – Fri 15:00 – 19:00
Reuters Code : NKE
Expiry Rule : (Bid + Ask) / 2

## LUKOIL (RUSSIA)LUKOIL (RUSSIA)

Lukoil (RTS LKOH LSE: LKOD NASDAQ: LUKOY) is Russia's largest oil company and its largest producer of oil. In 2007, the company produced 96.645 million tons of oil: 1.953 million barrels per day.

Its international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to Exxon Mobil) in terms of proven oil and gas reserves. In 2008, the company had 19.3 billion barrels of oil equivalent per SPE standards. This accounts to some 1.3% of global oil reserves. The company has operations in more than 40 countries around the world.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : LKOH.MM
Expiry Rule : (Bid + Ask) / 2

## HSBC HOLDINGS (LONDON)HSBC HOLDINGS (LONDON)

82

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. As of 2018, it is both the world's largest banking group and the world's 6th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be the largest source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals.

HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

Trading hours Mon – Fri 7:30 – 15:30
Reuters Code : HSBA.L
Expiry Rule : (Bid + Ask) / 2

## GAZPROM (RUSSIA)GAZPROM (RUSSIA)

Gazprom (English: Open Joint Stock Company "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company.
Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake.
In 2008, the company produced 549.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : GAZP.MM
Expiry Rule : (Bid + Ask) / 2

## COCA COLA (US)COCA COLA (US)

Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : COKE
Expiry Rule : (Bid + Ask) / 2

## CITI (US)CITI (US)

Citigroup Inc. (branded Citi) is a major American financial services company based in New York. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.

It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : NOEC
Expiry Rule : (Bid + Ask) / 2

## BP (BRITISH PETROLEUM)BP (BRITISH PETROLEUM)

BP plc is the third largest global energy company, the 5th largest company in the world and UK's largest company; with headquarters in St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world and one of the six "supermajors" (vertically integrated private sector oil exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100

Trading hours Mon – Fri 7:15 – 15:30
Reuters Code : BP.L
Expiry Rule : (Bid + Ask) / 2

## BAE SYSTEMS (LONDON)BAE SYSTEMS (LONDON)

BAE Systems plc is a British defense, security and aerospace company headquartered in Farnborough, Hampshire, England, that has global interests, particularly in North America through its subsidiary BAE Systems Inc. BAE is the world's second-largest defense contractor and the largest in Europe. It was formed on 30 November 1999 by the £7.7 billion merger of two British companies, Marconi Electronic Systems (MES), the defence electronics and naval shipbuilding subsidiary of the General Electric Company plc (GEC), and the aircraft, munitions and naval systems manufacturer British Aerospace (BAe).

Trading Hours Mon – Fri 8:30 – 16:00
Reuters Code : BAES.L
Expiry Rule : (Bid + Ask) / 2

## APPLE (US)APPLE (US)

Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.

Trading Hours Mon – Fri 13:40 – 20:00
Reuters Code : AAPL.O
Expiry Rule : (Bid + Ask) / 2

## IBMIBM

International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells computer hardware and software, and it offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.

Trading Hours : Mon – Fri  from 13:40 – 20:00

## MICROSOFT (US)MICROSOFT (US)

Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.
The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. Its products have all achieved near-ubiquity in the desktop computer market.
When the company debuted its IPO in March 13, 1986, the stock price was US \$21. By the end of the first trading day, the stock had closed at \$28 The stock price peaked in 1999 at around US \$119
In the last few years, the price of Microsoft's stock largely remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008.

Trading Hours : Mon – Fri 15:00 – 19:00
Reuters Code : MSFT.O
Expiry Rule : (Bid + Ask) / 2

## WHEATWHEAT

Wheat is a grass, originally from the Fertile Crescent region of the Near East, but now cultivated worldwide. In 2007 world production of wheat was 607 million tons, making it the third most-produced cereal after maize (784 million tons) and rice (651 million tons) Globally, wheat is the leading source of vegetable protein in human food, having higher protein content than either maize (corn) or rice, the other major cereals. In terms of total production tonnages used for food, it is currently second to rice as the main human food crop, and ahead of maize, after allowing for maize's more extensive use in animal feeds.

Trading Hours : Mon – Fri 12:00-18:00 GMT

## SugarSugar

The sugar is one of the world's leading sweeteners, mainly produced in Brazil
There are many types of sugars which all are rated by the ICUMSA (International commission uniform methods of sugar analysis).
At spotoption we show spot price of Sugar base of spotoption market making trading volume The sugar is one of the world's leading sweeteners, mainly produced in Brazil

Platform trading hours 10:00 – 18:00
OTC symbol YO.
Expiry rule (Bid + Ask)/2

## SILVERSILVER

Silver, in the form of electrum (a gold-silver alloy), was coined to produce money in around 700 BCE by the Lydians. Later, silver was refined and coined in its pure form. Many nations used silver as the basic unit of monetary value. In the modern world, silver bullion has the ISO currency code XAG. The name of the United Kingdom monetary unit "pound" reflects the fact that it originally represented the value of one troy pound of sterling silver. In the 1600s, many nations, such as the United States and Great Britain, switched from a gold standard of monetary value, then in the 20th century to fiat currency. Much like gold, it is considered to be a natural hedge against inflation and in the last few years was highly correlated with world growth.

Trading Hours : Mon – Thu 04:00 – 20:30
Reuters Code : XAG=
Expiry Rule : (Bid + Ask) / 2

83

## PLATINUMPLATINUM

Platinum is a chemical element with the chemical symbol Pt and an atomic number of 78.

Platinum is used in jewelry, laboratory equipment, electrical contacts and electrodes, platinum resistance thermometers, dentistry equipment, and catalytic converters. Platinum bullion has the ISO currency code of XPT. Platinum is a commodity with a value that fluctuates according to market forces. On June 5, 2009, Platinum was worth $1263.00 per troy ounce (approximately $40.09 per gram).

Trading Hours : Mon – Fri 10:00 – 20:00
Reuters Code : XPT=
Expiry Rule : (Bid + Ask) / 2

## OIL (LIGHT SWEET CRUDE)OIL (LIGHT SWEET CRUDE)

Oil is a type of petroleum. Petroleum is considered "sweet" if it contains less than 0.5% sulfur, compared to a higher level of sulfur in sour crude oil. Sweet crude oil contains small amounts of hydrogen sulfide and carbon dioxide. High quality, low sulfur crude oil is commonly used for processing into gasoline and is in high demand, particularly in the industrialized nations. "Light sweet crude oil" is the most sought-after version of crude oil as it contains a disproportionately large amount of these fractions that are used to process gasoline, kerosene, and high-quality diesel. The term "sweet" originated because the low level of sulfur in the oil with a mildly sweet taste and pleasant smell. Nineteenth century prospectors would taste and smell small quantities of the oil to determine its quality.

At SpotOption ve show spot price of oil base of SpotOption market making volume.

Trading Hours : Mon – Fri 7:00 – 19:00

Expiry Rule : (Bid + Ask) / 2

## GOLDGOLD

Historically gold coinage was widely used as currency. When paper money was introduced, it typically was a receipt redeemable for gold coin or bullion. In an economic system known as the gold standard, a certain weight of gold was given the name of a unit of currency. For a long period, the United States government set the value of the US dollar so that one troy ounce was equal to $20.67 ($664.56/kg), but in 1934 the dollar was devalued to $35.00 per troy ounce ($1125.27/kg). By 1961 it was becoming hard to maintain this price, and a pool of US and European banks agreed to manipulate the market to prevent further currency devaluation against increased gold demand. On March 17, 1968, economic circumstances caused the collapse of the gold pool, and a two-tiered pricing scheme was established whereby gold was still used to settle international accounts at the old $35.00 per troy ounce ($1.13/g) but the price of gold on the private market was allowed to fluctuate; this two-tiered pricing system was abandoned in 1975 when the price of gold was left to find its free-market level. Today: Gold is considered to be a natural hedge against world inflation and in the last few years together with crude prices and other metals, was highly correlated with world global growth, especially in emerging markets.

Trading Hours: Mon – Thu 2:00-20:30 GMT
Reuters Code : XAU=
Expiry Rule : (Bid + Ask) / 2

## CoffeeCoffee

One of the world's most popular drinks, it is assumed that 80% of adults drink some sort of coffee or a derivative of coffee at last once a day. Like many other soft commodities Brazil is the largest producer of coffee.
The future contracts are dollar dominated and represent the price of sugar for 37,500 pounds. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July September and December).

Platform trading hours 13:00-18:00GMT
OTC symbol KT.

## TOPIXTOPIX

Tokyo stock Price Index, commonly known as TOPIX, along with Nikkei 225, is an important stock market index for the Tokyo Stock Exchange in Japan, tracking all domestic companies of the exchange's First Section. It is calculated and published by the TSE. As of February 1, 2011, there are 1,669 companies listed on the First Section of the TSE. The market value for the index on the same date is 197.461 Billion Yen.

Trading Hours : Mon – Fri 00:15-02;30,03;40-06:00 GMT

## TEL AVIV 25TEL AVIV 25

The TA-25 index is the TASE's flagship index. It was first published in 1992 under the name "MA'OF index". The TA-25 index tracks the prices of the shares of the 25 companies with the highest market capitalization on the exchange. It serves as an underlying asset for options and futures. Index-Linked Certificates and Reverse Certificates traded on the exchange and worldwide. The index also began on 1 January 1992 with a base level of 100.

Trading Hours : Sun – Thu  07:00-13:30 GMT

## TADAWUL (SAUDI STOCK EXCHANGE)TADAWUL (SAUDI STOCK EXCHANGE)

Saudi Stock Exchange or Tadawul is the only stock exchange in Saudi Arabia. The Capital Market Authority supervises the exchange. The Tadawul All-Share Index (TASI) reached its highest point at 20,634.86 on 25 February 2006. It lists 115 publicly traded companies (as of April 30th 2008).

Trading Hours : Sun – Wed 9:10 – 12:20
Reuters Code : .TASI
Expiry Rule : Reuters Last Rate

## SSE180 (SHANGHAI STOCK EXCHANGE)SSE180 (SHANGHAI STOCK EXCHANGE)

Traded in the Shanghai stock exchange,the SSE Composite Index (also known as Shanghai Composite) is the most commonly used indicator to reflect SSE's market performance. Constituents for the SSE Composite Index are all listed stocks (A shares and B shares) at the Shanghai Stock Exchange. The SSE180 reflects the largest 100 stocks in the SSE general index and it includes stocks such as BANK OF CHINA and AIR CHINA.

Trading Hours : Mon – Fri   7:00 – 8:00.
Reuters Code : .SSE180
Expiry Rule : Reuters Last Rate

## S&P 500 (US)S&P 500 (US)

Traded on the OTC (OTC and at SpotOption Market making activity). Standard & Poors is a value-weighted index of 500 large-cap common stocks actively traded in the United States. The stocks included in the S&P are those of large publicly held companies that trade  on either of the two largest American stock market companies: the NYSE Euronext and the NASDAQ OMX.

Trading Hours : Mon – Fri 13:40-20:00
Reuters Code : .SPX
Expiry Rule : (Bid + Ask) / 2

## RTS (RUSSIAN TRADING SYSTEM)RTS (RUSSIAN TRADING SYSTEM)

The Russian Trading System is a stock market established in 1995 in Moscow, consolidating various regional trading floors into one exchange.
The RTS Index (RTSI) is an index of 50 Russian stocks (as of March 15th, 2007) that trade on the RTS Stock Exchange in Moscow.
The Index includes GAZPROM and SBERBANK, VOLGA TELECOM and NOVATEK.

Trading Hours : Mon – Fri 8:30 – 14:30
Reuters Code : .IRTS
Expiry Rule : Reuters Last Rate

## NIKKEI225 (JPN)NIKKEI225 (JPN)

Nikkei 225 , more commonly called the Nikkei, the Nikkei index, or the Nikkei Stock Average, is a stock market index for the Tokyo Stock Exchange (TSE). It has been calculated daily by the Nihon Keizai Shimbun (Nikkei) newspaper since 1950. It is a price-weighted average (the unit is yen), and the components are reviewed once a year. Currently, the Nikkei is the most widely quoted average of Japanese equities, similar to the Dow Jones Industrial Average. In fact, it was known as the "Nikkei Dow Jones Stock Average" from 1975 to 1985.

Trading Hours : Mon – Fri 00:15-02;30,03:40-06:00 GMT

## NASDAQ (US)NASDAQ (US)

The Nasdaq Composite is a stock market index of all of the common stocks and similar securities listed on the NASDAQ stock market, meaning that it has over 3,000 components. It is highly regarded in the U.S. as an indicator of the performance of stocks of technology and growth companies. Since American and non-American companies are listed on the NASDAQ stock market, the index is not exclusively a U.S. index.

Trading Hours : Mon – Fri 13:40 – 19:00
Reuters Code : .IXIC
Expiry Rule : Reuters Last Rate

## MSM 30 (OMAN)MSM 30 (OMAN)

84

The Muscat Securities Market (MSM) is the principal stock exchange of Oman. It is located in Muscat and it was founded in 1988. The principal stock index at the MSM is the MSM-30. The MSM-30 (also known as the Muscat Securities Market Index) was established in 1992. The composition of the index by sector is as follows:
Banks & Investment Sector: 69 companies
Industry Sector: 59 companies
Service : 61 companies
The Index includes stocks such as DHOFAR BANK and NATIONAL BANK OF OMAN

Trading Hours : Sun – Thu 6:30 – 8:30
Reuters Code : MSI
Expiry Rule : Reuters Last Rate

## MICEX 10 (MOSCOW INTERBANK EXCHANGE)MICEX 10 (MOSCOW INTERBANK EXCHANGE)

The MICEX 10 Index is a price non-weighted index, calculated as the arithmetic mean of the change of prices of 10 most liquid stocks admitted to circulation in the Stock Market Section of the Moscow Interbank Currency Exchange in Moscow. The Index includes Russian Top firms in a variety of sectors such as GAZProm and SBERBANK.

Trading Hours : Mon – Fri 8:30 – 14:30
Reuters Code : MCX10
Expiry Rule : Reuters Last Rate

## KUWAIT (KUWAIT GENERAL INDEX)KUWAIT (KUWAIT GENERAL INDEX)

The Kuwait Stock Exchange (KSE) is the national stock market of The State of Kuwait. Although several share holding companies (such as NBK in 1952) existed in Kuwait prior to the creation of the KSE, it was not until October 1962 that a law was passed to organize the country's stock market. The Kuwait Stock Exchange is also among the first and largest stock exchanges in the Persian Gulf region, and is now gaining prominence as one of the most potentially important in the world.

Trading Hours : Sun – Thu 6:20 – 9:20
Reuters Code : KWSE
Expiry Rule : Reuters Last Rate

## KL FUTUREKL FUTURE

The Kuala Lumpur Composite Index is a capitalization-weighted stock market index introduced in 1986.
The FTSE Bursa Malaysia comprises the largest 30 companies listed on the Malaysian Main Market by full market capitalization that meet the eligibility requirements of the FTSE Bursa Malaysia Index Ground Rules.

Trading Hours : Mon – Fri 01:00-04:30,07:00-09:00
Reuters Code : KLIc1
Expiry Rule (Bid + Ask) / 2

## ISE 30 (ISTANBUL STOCK EXCHANGE)ISE 30 (ISTANBUL STOCK EXCHANGE)

The Istanbul Stock Exchange (ISE) is the only corporation in Turkey for securities exchange established to provide trading in equities, bonds and bills, revenue-sharing certificates, private sector bonds, foreign securities and real estate certificates as well as international securities. ISE is home to 320 national companies. Local trading hours are 09:30-12:00 for the first session and 14:00-17:00 for the second session, on workdays. All ISE members are incorporated banks and brokerage houses.

Trading Hours Mon – Fri  7:00 – 9:00 and 11:10 – 13:50
Reuters Code : XU030
Expiry Rule : Reuters Last Rate

## HANG SENG (HONG KONG)HANG SENG (HONG KONG)

HSI was started on November 24, 1969, and is currently compiled and maintained by HSI Services Limited. It is a subsidiary of Hang Seng Bank, the largest bank registered and listed in Hong Kong in terms of market capitalisation. It is responsible for compiling, publishing and managing the Hang Seng Index.

Trading Hours Mon – Fri  01:30-04:00,05:10-08:00
Reuters Code : .HSI
Expiry Rule : Reuters Last Rate

## FTSE 100 (UK)FTSE 100 (UK)

The FTSE 100 Index — also called FTSE 100, FTSE, or, informally, the "footsie" is a share index of the 100 most highly capitalized UK companies listed on the London Stock Exchange. Because the FTSE includes large international companies such as HSBC, BP, Vodafone and Unilever it is considered to be a Global Index and as such is followed by investors worldwide.

Trading Hours : Mon – Fri  6:30 – 14:30
Reuters Code : .FTSE
Expiry Rule : Reuters Last Rate

## DUBAI (DUBAI FINANCIAL MARKET GENERAL INDEX)DUBAI (DUBAI FINANCIAL MARKET GENERAL INDEX)

The Dubai Financial Market is a stock exchange located in Dubai, United Arab Emirates. It was founded on March 26, 2000.
There are about 57 companies listed (as of August 2007) on DFM, most of them are UAE-based companies and a few dual listings for companies based in other MENA region countries.
During 2004 and 2005, there were significant increases in the volume of shares traded and the share prices of many companies. However, towards the end of 2005 and through the first few months of 2006 the bubble burst and share values dropped by around 60% on DFM, along with similar decreases in most other Persian Gulf stock markets.
The DFM index includes stocks such as DUBAI ISLAMIC BANK and the EMIRATES TELECOMUNICATION COMPANY.

Trading Hours: Sun – Thu 6:30 – 9:50
Reuters Code : DFMGI
Expiry Rule : Reuters Last Rate

## DOW (US)DOW (US)

Traded on the NYSE (New York Stock Exchange) the Dow Jones Industrial Average (i.e. Industrial Average, Dow Jones, Dow 30, or  Dow) compiles the index to gauge the  performance of the industrial sector within the American economy.

Trading Hours :  Mon – Fri 13:40 – 20:00
Reuters Code : DJI
Expiry Rule : Reuters Last Rate

## DAX (GERMANY)DAX (GERMANY)

The DAX (Deutscher Aktien IndeX, formerly Deutscher Aktien-Index (German stock index)) is a blue chip stock market index consisting of the 30 major German companies trading on the Frankfurt Stock Exchange. The DAX index includes stocks such as Adidas, Deutsche Bank and Bayer.

Trading Hours : Mon – Fri  7:15 – 15:30
Reuters Code : .GDAXI
Expiration Rule : Reuters Last Rate

## BOMBAY SE

Representing a fast growing economy of India, the BSE Sensex or Bombay Stock Exchange Sensitive Index is a value-weighted index composed of 30 stocks of the largest and most actively traded stocks, representative of various sectors, on the Bombay Stock Exchange. These companies account for around one-fifth of the market capitalization of the BSE.
The index has increased by over ten times from June 1990 to the present. The long-run rate of return on the BSE Sensex works out to be 18.6% per annum, which translates to roughly 9% per annum after compensating for inflation. The index includes stocks such as TATA MOTORS and HDFC BANK.

Trading Hours Mon – Fri 4:15 – 10:30
Reuters Code : .BSESN
Expiry Rule : Reuters Last Rate



- PWBtrade
    - About Us
        - Service Guarantee
        - Company Statement
        - Contact Us
- Trading Account
    - Open Account
    - Account Types
    - Promotions
    - Refer a Friend
    - Mobile Trading
- Trading Features
    - Binary Option
    - Pairs
    - Long Term

- Speed (15s)
  - One Touch
  - Ladder
  - Forex
- Banking
  - Deposit Methods
  - Withdrawal Policy
  - AML Policy
  - Safety of Funds
- Legal
  - Disclaimer
  - Privacy Policy
  - Terms & Conditions
  - Compliance
- Partners
  - Affiliate Program

The website is owned and operated by GN Capital Ltd, No. 75518, Trust Company Complex, Mauro, Marshall Islands, processing services provided by GNUK Capital Ltd, 20-22, Wenlock Road, London, England, N1TO

Risk Disclosure: Binary options trading involves significant risk. We strongly advise that you read our Terms & Conditions. Although the risk when trading binary options is fixed for each individual trade, the trades are live and it is possible to lose an initial investment, particularly if a trader chooses to place his entire investment to a single live trade. It is highly recommended that traders choose a proper money management strategy which limits the total consecutive trades or total outstanding investment.

**Wait!**

OK

86