http://web.archive.org/web/xxxxxx.php

18 captures



Email

Password

Open Account

New User? · Forgot password

Language

ACCOUNTS

BANKING

EDUCATION

MARKET

CONTACT



CALL US +1-647-846-8231

CHAT WITH A LIVE BROKER

Stay Updated

Assets Index
< Back to Market

Stocks
Currencies
Commodities
Indices

CITIGROUP (USA)
MICROSOFT (USA)
APPLE (US)
GAZPROM (RUSSIE)
BP (BRITISH PETROLEUM)
GOOGLE (USA)
LUKOIL (RUSSIA)
SBERBANK (RUSSIE)
COCA COLA (USA)
HSBC HOLDINGS (LONDRES)
ROLLS ROYCE (UK)
TATA MOTORS (INDE)
TEVA PHARMA
BNP PARIBAS
TESCO
SAB MILLER
S BANK INDIA
PETROBRAS
IBM
GOLDMAN SACHS
FRANCE TELECOM
FIAT
BRITISH AMERICAN TOBACCO
BAIDU
BARCLAYS
AMAZON
NISSAN MOTORS
JM
AIG
ALIBABA
BANCO SANTANDER
BLACKBERRY
BANK OF AMERICA
CATERPILLAR
DEUTSCHE TELECOM
DISNEY
STARBUCKS
TWITTER
EBAY INC

87

RIO TINTO




 Trading Platform

Account

 Open Account  Account Comparison  Terms & Conditions  Privacy Policy

Banking

 Deposit Methods  Same Day Withdrawal  Compliance Policy  Security

Education

 How to Trade Binary Options  How to Trade Short Term Options  How to Trade One Touch Options  Videos  Ebook & Advanced Articles

Market

 Daily Market Reviews  Asset Index  Economic Calendar  Fibonacci Calculator

Contact

 Contact Us  Trading Team  In the News  Why RBoptions  Affiliates  IBs & Partners

HIGH RISK INVESTMENT WARNING: Trading Binary Options is highly speculative, carries a level of risk and may not be suitable for all investors. You may earn up to a maximum of 88% per trade but also at risk to lose some or all of your invested capital, therefore you should not speculate with capital that you cannot afford to lose. You should be aware of all of the risks associated with trading Binary Options and should read the site and user                      prior to trading with RBoptions. RBoptions will never reveal your personal information to any third party other than in circumstances required by governing law. The site is owned by Zulutovs Limited in Marshall Islands. Clearning Services for Middle East: Zulutovs LTD. Address: 159 Kenmore Avenue, Harrow, UK, HA3 8PB. Clearing services Rest of The World: Genditto LTD UK



SpotFN.de \ Asset Index

# ASSET INDEX

**ROHSTOFFE · INDIZES · AKTIEN · WÄHRUNGEN**

### WEIZEN

Wheat is a grass, originally from the Fertile Crescent region of the Near East, but now cultivated worldwide. In 2007 world production of wheat was 607 million tons, making it the third most-produced cereal after maize (784 million tons) and rice (651 million tons).Globally, wheat is the leading source of vegetable protein in human food, having higher protein content than either maize (corn) or rice, the other major cereals. In terms of total production tonnages used for food, it is currently second to rice as the main human food crop, and ahead of maize, after allowing for maize's more extensive use in animal feeds.

Trading Hours : Mon – Fri 12:00-18:00 GMT

### ZUCKER

The sugar is one of the world's leading sweeteners, mainly produced in Brazil.
There are many types of sugars which all are rated by the ICUMSA (international commission uniform methods of sugar analysis), at our platform the sugar is traded as quoted and cleared by the CME group.
The future contracts are dollar dominated and represent the price of sugar for 112,000 units. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July and October).

Platform trading hours 10:00 – 15:00
CME symbol YO.
Expiry rule (Bid + Ask)/2

### SILBER

Silver, in the form of electrum (a gold-silver alloy), was coined to produce money in around 700 BCE by the Lydians. Later, silver was refined and coined in its pure form. Many nations used silver as the basic unit of monetary value. In the modern world, silver bullion has the ISO currency code XAG. The name of the United Kingdom monetary unit "pound" reflects the fact that it originally represented the value of one troy pound of sterling silver. In the 1900's, many nations, such as the United States and Great Britain, switched from silver to a gold standard of monetary value, then in the 20th century to fiat currency.
Much like gold, it is considered to be a natural hedge against inflation and in the last few years was highly correlated with world growth.

Trading Hours : Mon – Thu 04:00 – 20:30
Reuters Code : XAG=
Expiry Rule : (Bid + Ask) / 2

### PLATIN

Platinum is a chemical element with the chemical symbol Pt and an atomic number of 78.
Platinum is used in jewelry, automobile equipment, electrical contacts and electrodes, platinum resistance thermometers, dentistry equipment, and catalytic converters. Platinum bullion has the ISO currency code of XPT. Platinum is a commodity with a value that fluctuates according to market forces. On June 5, 2009, Platinum was worth \$1263.00 per troy ounce (approximately \$40.69 per gram).

Trading Hours : Mon – Fri 10:00 – 20:00
Reuters Code : XPT=
Expiry Rule : (Bid + Ask) / 2

### ÖL (LIGHT SWEET CRUDE)

Sweet crude oil is a type of petroleum. Petroleum is considered "sweet" if it contains less than 0.5% sulfur, compared to a higher level of sulfur in sour crude oil. Sweet crude oil contains small amounts of hydrogen sulfide and carbon dioxide. High quality, low sulfur crude oil is commonly used for processing into gasoline and is in high demand, particularly in the industrialized nations. "Light sweet crude oil" is the most sought-after version of crude oil as it contains a disproportionately large amount of these fractions that are used to process gasoline, kerosene, and high-quality diesel. The term "sweet" originated because the low level of sulfur provides the oil with a mildly sweet taste and pleasant smell. Nineteenth century prospectors would taste and smell small quantities of the oil to determine its quality.
This type of oil is considered a benchmark for oil and is traded at the Chicago Mercantile Exchange. The oil is considered a natural hedge against inflation as in the last few years was highly correlated with the world's growth.

Trading Hours : Mon – Fri 2:00 – 20:30
Expiry Rule : (Bid + Ask) / 2

### GOLD

Historically gold coinage was widely used as currency. When paper money was introduced, it typically was a receipt redeemable for gold coin or bullion. In an economic system known as the gold standard, a certain weight of gold was given the name of a unit of currency. For a long period, the United States government set the value of the US dollar so that one troy ounce was equal to \$20.67 (\$664.56/kg), but in 1934 the dollar was devalued to \$35.00 per troy ounce (\$1125.27/kg). By 1961 it was becoming hard to maintain this price, and a pool of US and European banks agreed to manipulate the market to prevent further currency devaluation against increased gold demand.
On March 17, 1968, economic circumstances caused the collapse of the gold pool, and a two-tiered pricing scheme was established whereby gold was still used to settle international accounts at the old \$35.00 per troy ounce (\$1.13/g) but the price of gold on the private market was allowed to fluctuate. This two-tiered pricing system was abandoned in 1975 when the price of gold was left to find its free-market level.
Today Gold is considered to be a natural hedge against world inflation and in the last few years together with crude prices and other metals, was highly correlated with world global growth, especially in emerging markets.

Trading Hours:  Mon – Thu 2:00-20:30 GMT
Reuters Code : XAU=
Expiry Rule : (Bid + Ask) / 2

### KAFFEE

One of the world's most popular drinks, it is assumed that 80% of adults drink some sort of coffee or a derivative of coffee at list once a day. Like many other soft commodities Brazil is the largest producer of coffee.
The future contracts are dollar dominated and represent the price of sugar for 37,500 pounds. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July September and December).

Platform trading hours 12:00-18:00GMT
CME symbol  KT.

### TOPIX

Tokyo stock Price Index, commonly known as TOPIX, along with Nikkei 225, is an important stock market index for the Tokyo Stock Exchange in Japan, tracking all domestic companies of the exchange's First Section. It is calculated and published by the TSE. As of February 1, 2011, there are 1,669 companies listed on the First Section of the TSE. The market value for the index on the same date is 197.401 Billion Yen.

Trading Hours : Mon – Fri 00:16-02:30,03:43-06:00 GMT

### TEL AVIV 25

The TA-25 Index is the TASE's flagship index. It was first published in 1992 under the name "MA'OF Index". The TA-25 index tracks the prices of the shares of the 25 companies with the highest market capitalization on the exchange. It serves as an underlying asset for options and futures, Index-Linked Certificates and Reverse Certificates traded on the exchange and worldwide. The index also began on 1 January 1992 with a base level of 100.

Trading Hours : Sun – Thu  07:00-13:30 GMT
TADAWUL (SAUDI STOCK EXCHANGE)
Saudi Stock Exchange or Tadawul is the only stock exchange in Saudi Arabia. The Capital Market Authority supervises the exchange. The Tadawul All-Share Index (TASI) reached its highest point at 20,634.86 on 25 February 2006 . It hits 115 publicly traded companies (as of April 30th 2006).

Trading Hours : Sun – Wed 6:10 – 12:20
Reuters Code : TASI
Expiry Rule : Reuters Last Rate
SSE180 (SHANGHAI STOCK EXCHANGE)
SHANGHAI
Listed in the Shanghai stock exchange the SSE Composite Index (also known as Shanghai Composite) is the most commonly used indicator to reflect SSE's market performance. Constituents for the SSE Composite Index are all listed stocks (A shares and B shares) at the Shanghai Stock Exchange.  The SSE180 reflects the largest 180 stocks in the SSE general index and it includes stocks such as BANK OF CHINA and AIR CHINA.

Trading Hours : Mon – Fri  7:00 – 8:00.
Reuters Code : SSE180
Expiry Rule : Reuters Last Rate
S&P 500 (US)
Traded on the CME (Chicago Mercantile Exchange), Standard & Poors is a value-weighted index of 500 large-cap common stocks actively

89

traded in the United States. The stocks included in the S&P are those of large publicly traded companies that trade  on  either of the two largest American stock market companies: the NYSE Euronext and the NASDAQ OMX.

Trading Hours : Mon – Fri 13:40-20:00
Reuters Code : .SPX
Expiry Rule : (Bid + Ask) / 2

RTS (RUSSIAN TRADING SYSTEM)
(RUSSIAN)

The Russian Trading System is a stock market established in 1995 in Moscow, consolidating various regional trading floors into one exchange.
The RTS Index (RTSI) is an index of 50 Russian stocks (as of March 15th, 2007) that trade on the RTS Stock Exchange in Moscow.
The Index includes GAZPROM and SBERBANK, VOLGA TELECOM and NOVATEK.

Trading Hours : Mon – Fri 8:30 – 14:30
Reuters Code : .IRTS
Expiry Rule : Reuters Last Rate

NIKKEI225 (JPN)

Nikkei 225 , more commonly called the Nikkei, the Nikkei index, or the Nikkei Stock Average. is a stock market index for the Tokyo Stock Exchange (TSE). It has been calculated daily by the Nihon Keizai Shimbun (Nikkei) newspaper since 1950. It is a price-weighted average (the unit is yen), and the components are reviewed once a year. Currently, the Nikkei is the most widely quoted average of Japanese equities, similar to the Dow Jones Industrial Average. In fact, it was known as the "Nikkei Dow Jones Stock Average" from 1975 to 1985.

Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT
NASDAQ (US)

The Nasdaq Composite is a stock market index of all of the common stocks and similar securities listed on the NASDAQ stock market, meaning that it has over 3,000 components. It is highly regarded in the U.S. as an indicator of the performance of stocks of technology companies and growth companies. Since American and non-American companies are listed on the NASDAQ stock market, the index is not exclusively a U.S. index.

Trading Hours : Mon – Fri 15:00 – 19:00
Reuters Code : .IXIC
Expiry Rule : Reuters Last Rate

MSM 30    MSM 30 (OMAN)
(OMAN)

The Muscat Securities Market (MSM) is the principal stock exchange of Oman. It is located in Muscat and it was founded in 1988.The principal stock index at the MSM is the MSM-30. The MSM-30 (also known as the Muscat Securities Market Index) was established in 1992. The composition of the index by sector is as follows:
Banks & Investment Sector: 69 companies
Industry Sector: 89 companies
Service  : 61 companies
The Index includes stocks such as DHOFAR BANK and NATIONAL BANK OF OMAN

Trading Hours : Sun – Thu 6:30 – 8:30
Reuters Code : .MSI
Expiry Rule : Reuters Last Rate

MICEX 10    MICEX 10 (MOSCOW INTERBANK EXCHANGE)
(MOSCOW)

The MICEX 10 Index is a price non-weighted index, calculated as the arithmetic mean of the change of prices of 10 most liquid stocks admitted to circulation in the Stock Market Section of the Moscow Interbank Currency Exchange in Moscow. The Index includes Russian Top firms in a variety of sectors such as GAZPROM and SBERBANK.

Trading Hours : Mon – Fri 8:30 – 14:30
Reuters Code : .MCX10
Expiry Rule : Reuters Last Rate

KUWAIT (KUWAIT GENERAL INDEX)

The Kuwait Stock Exchange (KSE) is the national stock market of The State of Kuwait. Although several share holding companies (such as NBK in 1952) existed in Kuwait prior to the creation of the KSE, it was not until October 1962 that a law was passed to organize the country's stock market.
The Kuwait Stock Exchange is also among the first and largest stock exchanges in the Persian Gulf region, and is now gaining prominence as one of the most potentially important in the world.

Trading Hours : Sun – Thu 6:20 – 9:20
Reuters Code : .KWSE
Expiry Rule : Reuters Last Rate

KL    KL FUTURE
FUTURE

The Kuala Lumpur Composite Index is a capitalization-weighted stock market index introduced in 1986.
The FTSE Bursa Malaysia comprises the largest 30 companies listed on the Malaysian Main Market by full market capitalization that meet the eligibility requirements of the FTSE Bursa Malaysia Index Ground Rules.

Trading Hours : Mon – Fri 01:00-04:30,07:00-09:00
Reuters Code : KLIcf1
Expiry Rule : (Bid + Ask) / 2

ISE 30 (ISTANBUL STOCK EXCHANGE)

The Istanbul Stock Exchange (ISE) is the only corporation in Turkey for securities exchange established to provide trading in equities, bonds and bills, revenue-sharing certificates, private sector bonds, foreign securities and real estate certificates as well as international securities. ISE is home to 320 national companies. Local trading hours are 09:30-12:00 for the first session and 14:00-17:00 for the second session, on workdays. All ISE members are incorporated banks and brokerage houses.

Trading Hours Mon – Fri  7:00 – 9:00 and 11:10 – 13:50
Reuters Code : .XU030
Expiry Rule : Reuters Last Rate

HANG SENG (HONG KONG)

HSI was started on November 24, 1969, and is currently compiled and maintained by HSI Services Limited  It is a subsidiary of Hang Seng Bank, the largest bank registered and listed in Hong Kong in terms of market capitalisation. It is responsible for compiling, publishing and managing the Hang Seng Index.

Trading Hours Mon – Fri  01:30-04:00,05:10-08:00
Reuters Code : .HSI
Expiry Rule : Reuters Last Rate

FTSE 100 (UK)

The FTSE 100 Index — also called FTSE 100, FTSE, or, informally, the "footsie" is a share index of the 100 most highly capitalized UK companies listed on the London Stock Exchange. Because the FTSE includes large international companies such as HSBC, BP, Vodafone and Unilever it is considered to be a Global Index and as such is followed by investors worldwide.

Trading Hours : Mon – Fri  6:30 – 14:30
Reuters Code : .FTSE
Expiry Rule : Reuters Last Rate

DUBAI (DUBAI FINANCIAL MARKET GENERAL INDEX)

The Dubai Financial Market is a stock exchange located in Dubai, United Arab Emirates. It was founded on March 26, 2000.
There are about 57 companies listed (as of August 2007) on DFM, most of them are UAE-based companies and a few dual listings for companies based in other MENA region countries.
During 2004 and 2005, there were significant increases in the volume of shares traded and the share prices of many companies. However, towards the end of 2005 and through the first few months of 2006 the bubble burst and share values dropped by around 60% on DFM, along with similar decreases to most other Persian Gulf stock markets.
The DFM index includes stocks such as DUBAI ISLAMIC BANK and the EMIRATES TELECOMUNICATION COMPANY.

Trading Hours: Sun – Thu 6:30 – 9:50
Reuters Code : .DFMGI
Expiry Rule : Reuters Last Rate

DOW (US)

Traded on the NYSE (New York Stock Exchange) the Dow Jones Industrial Average (i.e. Industrial Average, Dow Jones, Dow 30, or  Dow) complies the index to gauge the  performance of the industrial sector within the American economy.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : .DJI
Expiry Rule : Reuters Last Rate

DAX (GERMANY)

The DAX (Deutscher Aktien IndeX, formerly Deutscher Aktien-Index (German stock index)) is a blue chip stock market index consisting of the 30 major German companies trading on the Frankfurt Stock Exchange. The DAX index includes stocks such as Adidas, Deutsche Bank and Bayer.

Trading Hours : Mon – Fri 7:15 – 15:30
Reuters Code : .GDAXI
Expiration Rule : Reuters Last Rate

CAC (FRANCE)

The CAC 40 (Cotation Assistée en Continu – Continuous Assisted Quotation) is a benchmark French stock market index. The index represents a capitalization-weighted measure of the 40 most significant values among the 100 highest market caps on the Paris Bourse (now Euronext Paris).
The CAC 40 includes companies such as BNP Paribas, Renault, L'Oreal and France Telecom.

Trading Hours : Mon – Fri 7:15 – 15:30
Reuters Code : .FCHI

90

BOMBAY SE

Representing a fast growing economy of India, the BSE Sensex or Bombay Stock Exchange Sensitive Index is a value-weighted index composed of 30 stocks of the largest and most actively traded stocks, representative of various sectors, on the Bombay Stock Exchange. These companies account for around one-fifth of the market capitalization of the BSE.

The index has increased by over ten times from June 1990 to the present. The long-run rate of return on the BSE Sensex works out to be 18.6% per annum, which translates to roughly 9% per annum after compensating for inflation. The index includes stocks such as TATA MOTORS and HDFC BANK.

Trading Hours Mon – Fri 9:15 – 10:30
Reuters Code : .BSESN
Expiry Rule : Reuters Last Rate

TURKCELL (TURKEY)

Turkcell (NYSE: TKC) is the leading mobile phone operator of Turkey, based in Istanbul. The company has 36.3 million subscribers by the end of September 2006, making it the third biggest in Europe. Turkcell is traded both at the Turkish Stock Exchange and the NYSE. yourdomain enables trading on the Turkcell stock both in the Turkish Exchange and in the NYSE.

Trading Hours : Mon – Fri from 12:00 – 13:00
Reuters Code : TKC
Expiry Rule : (Bid + Ask) / 2

TEVA.TA   TEVA TA

Teva Pharmaceutical Industries Ltd. NASDAQ: TEVA is an international pharmaceutical company headquartered in Petah Tikva, Israel. It specializes in generic and proprietary pharmaceuticals and active pharmaceutical ingredients. It is the largest generic drug manufacturer in the world and one of the 15 largest pharmaceutical companies worldwide.

Trading Hours : Sun – Thu from 07:00 – 13:30
Reuters Code : TEVA.TA
Expiry Rule : (Bid + Ask) / 2

TESCO

Tesco plc (LSE: TSCO) is a global grocery and general merchandising retailer headquartered in Cheshunt, United Kingdom.It is the third-largest retailer in the world measured by revenues (after Wal-Mart and Carrefour) and the second-largest measured by profits (after Wal-Mart). It has stores in 14 countries across Asia, Europe and North America and is the grocery market leader in the UK (where it has a market share of around 30%), Malaysia, the Republic of Ireland and Thailand.

Trading Hours : Mon – Fri from 07:15-15:30

TATA   TATA MOTORS (INDIA)
MOTORS

Tata Motors Limited (NSE: TATAMOTORS, BSE: 500570, NYSE: TTM), is a multinational corporation headquartered in Mumbai, India. Part of the Tata Group, it was formerly known as TELCO (TATA Engineering and Locomotive Company). Tata Motors has a consolidated revenue of USD 16 billion after the acquisition of British automotive brands Jaguar and Land rover in 2008.

It is India's largest company in the automobile and commercial vehicle sector with upwards of 70% cumulative Market share in the Domestic Commercial vehicle segment, and a midsized player on the world market with 0.81% market share in 2007 according to OICA data. The OICA ranked it as the 19th largest automaker, based on figures for 2007.

Tata Motors is a dual-listed company traded on both the Bombay Stock Exchange, as well as on the New York Stock Exchange. Tata Motors in 2005, was ranked among the top 10 corporations in India with an annual revenue exceeding INR 320 billion.

Trading Hours Mon – Fri 4:30 – 10:00
Reuters Code : TAMO.BO
Expiry Rule : (Bid + Ask) / 2

SBERBANK (RUSSIA)

Sberbank Rossii (MICEX: SBER RTS SBER) ( "Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and its history goes back to the financial reform of 1841. In many regions, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs.

Trading hours Mon – Fri 8:00 – 14:00
Reuters Code : SBER03.MM
Expiry Rule : (Bid + Ask) / 2

ROLLS ROYCE (LONDON)

Rolls-Royce plc (LSE: RR.) is a British aircraft engine maker, and the second-largest in the world, behind GE Aviation. The company has rotated businesses in the defence aerospace, marine and energy markets.

Rolls-Royce was nationalized in 1971, by which time aircraft engines had long been the most significant part of the business. The automobile company was separated in 1973 and the present Rolls-Royce plc was re-privatized in 1987. Rolls-Royce is, through its defense aerospace division, the world's 16th largest defense contractor. Defense aerospace sales accounted for 21% of group sales in 2005, civil aerospace 53%, marine 17% and energy 8%. It is listed on the London Stock Exchange and is a constituent of the FTSE 100 Index.

Trading hours Mon – Fri 8:30 – 16:00
Reuters Code : RR.L
Expiry Rule : (Bid + Ask) / 2

REUTERS (US THOMSON REUTERS)

Thomson Group Limited is a UK-based, Canadian company. This news company provides information about financial markets from around the world to newspapers and broadcasters. Its main focus is on supplying the financial markets with information and trading products. This includes market data, such as share prices and currency rates, research and analysis, as well as trading systems that allow dealers to buy and sell such assets as currencies and shares on a computer screen instead of by telephone or on a trading floor like that of the New York Stock Exchange. Competitors include Bloomberg L.P. and Dow Jones Newswires. It is now a part of Thomson Reuters.

Trading hours: Mon – Fri from 14:00-20:00GMT
Reuters Code: TRI.N

NISSAN MOTOR

Nissan Motor Company Ltd usually shortened to Nissan (play / ˈniːsɑːn/ or UK/ ˈnɪsæn/, Japanese: [nisːaɴ], is a multinational automaker headquartered in Japan. It was formerly a core member of the Nissan Group, but has become more independent after its restructuring under Carlos Ghosn (CEO).I formerly marketed vehicles under the "Datsun" brand name and is one of the largest car manufacturers in the world. As of 2011, the company a global headquarters is located in Nishi-ku, Yokohama. In 1999, Nissan entered a two-way alliance with Renault S.A. of France, which owns 43.4% of Nissan while Nissan holds 15% of Renault shares. as of 2008. The current market share of Nissan, along with Honda and Toyota, in American auto sales represent the largest of the automotive firms based in Asia that have been increasingly encroaching on the historically dominant US-based "Big Three" consisting of GM, Ford and Chrysler. In its home market, Nissan is the third largest car manufacturer, with Honda being second by a small margin of 2,000 units and Toyota is a very dominant first. Along with its normal range of models, Nissan also produces a range of luxury models branded as Infinity.

Trading Hours : Mon – Fri 00:15-02:00 & 03:30-09:00 GMT
Reuters Code : NISSAN
Expiry Rule : (Bid + Ask) / 2

NIKE (US)   NIKE (US)

Nike, Inc. is a major publicly traded sportswear and equipment supplier based in the United States. It is the world's leading supplier of athletic shoes and apparel and a major manufacturer of sports equipment with revenue in excess of $18.6 billion USD in its fiscal year 2008 . As of 2008, it employed more than 30,000 people worldwide.

The company was founded on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Philip Knight, and officially became Nike, Inc. in 1978. The company takes its name from Nike (Greek Νίκη pronounced /ˈnaɪkiː/), the Greek goddess of victory. It is also based on Egyptian usage of "strength", "victory". naht. Nike markets its products under its own brand as well as Nike Golf, Nike Pro, Nike+, Air Jordan, Nike Skateboarding and subsidiaries including Cole Haan, Hurley International, Umbro and Converse. In addition to manufacturing sportswear and equipment, the company operates retail stores under the Niketown name.

Trading Hours Mon – Fri 15:00 – 19:00
Reuters Code : NKE
Expiry Rule : (Bid + Ask) / 2

LUKOIL (RUSSIA)

Lukoil (RTS LKOH LSE: LKOD NASDAQ: LUKOY) is Russia's largest oil company and its largest producer of oil. In 2007, the company produced 96.645 million tons of oil, 1.953 million barrels per day.

Its international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to Exxon Mobil) in terms of proven oil and gas reserves. In 2008, the company had 19.3 billion barrels of oil equivalent per SPE standards. This accounts to some 1.3% of global oil reserves. The company has operations in more than 40 countries around the world.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : LKOH.MM
Expiry Rule : (Bid + Ask) / 2

HSBC   HSBC HOLDINGS (LONDON)

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. As of 2009, it is both the world's largest banking group and the world's 6th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots.HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals.

HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

Trading hours Mon – Fri 7:30 – 15:30
Reuters Code : HSBA.L
Expiry Rule : (Bid + Ask) / 2

GAZPROM   GAZPROM (RUSSIA)

91

Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake.

In 2008, the company produced 549.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : GAZP.MM
Expiry Rule : (Bid + Ask) / 2

**Coca Cola**   COCA COLA (US)

Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : COKE:

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : COKE:
Expiry Rule : (Bid + Ask) / 2

**citi**   CITI (US)

Citigroup Inc. (branded Citi), is a major American financial services company based in New York. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.

It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : NOEC
Expiry Rule : (Bid + Ask) / 2

BP (BRITISH PETROLEUM)

BP plc is the third largest global energy company, the 5th largest company in the world and UK's largest company,  with headquarters in St James's, City of Westminster, London. The company is among the largest private sector corporation in the world, and one of the six "supermajors" (vertically integrated private sector oil exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100

Trading hours Mon – Fri 7:15 – 15:30
Reuters Code : BP.L
Expiry Rule : (Bid + Ask) / 2

BAE SYSTEMS (LONDON)

BAE Systems plc is a British defence, security and aerospace company headquartered in Farnborough, Hampshire, England, that has global interests, particularly in North America through its subsidiary BAE Systems Inc. BAE is the world's second-largest defense contractor and the largest in Europe. It was formed on 30 November 1999 by the £7.7 billion merger of two British companies, Marconi Electronic Systems (MES), the defence electronics and naval shipbuilding subsidiary of the General Electric Company plc (GEC), and the aircraft, munitions and naval systems manufacturer British Aerospace (BAE).

Trading Hours Mon – Fri 8:30 – 16:00
Reuters Code : BAE.S.L
Expiry Rule : (Bid + Ask) / 2

APPLE (US)

Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.

Trading Hours Mon – Fri 13:40 – 20:00
Reuters Code : AAPL.O
Expiry Rule : (Bid + Ask) / 2

**IBM**   IBM

International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells computer hardware and software, and it offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.

Trading Hours : Mon – Fri  from 13:40 – 20:00
Reuters Code :

**Microsoft**   MICROSOFT (US)

Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.

The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. Its products have all achieved near-ubiquity in the desktop computer market.

When the company did its IPO on March 13, 1986, the stock price was US $21. By the end of the first trading day, the stock had closed at $28.The stock price peaked in 1999 at around US $119.

In the last few years, the price of Microsoft's stock largely remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008.

Trading Hours : Mon – Fri 15:00 – 19:00
Reuters Code : MSFT.O
Expiry Rule : (Bid + Ask) / 2

USD/ZAR       USD/ZAR
The exchange rate of the United States Dollar and the South African Rand.

Trading Hours : Mon – Fri 07:00 – 14:00
Reuters code : ZAR=
Expiry Rule : (Bid + Ask) / 2

USD/TRY       USD/TRY
The exchange rate of the United States Dollar currency and the Turkish New Lira currency.

Trading Hours : Mon – Fri 7:30 – 14:30
Reuters code : TRY=
Expiry Rule : (Bid + Ask) / 2 )
Expiry Rule : (Bid + Ask) / 2

USD/SGD
The exchange rate of the United States Dollar and the Singapore Dollar.

Trading Hours : Mon – Fri 1:00 – 9:00
Reuters code : SGD=
Expiry Rule : (Bid + Ask) / 2

USD/RUB
The exchange rate of the United States Dollar and the Russian Ruble.

Trading Hours: Mon – Fri 8:00 – 13:00
Reuters code RUB =
Expiry Rule: (Bid + Ask) / 2

USD/JPY
The exchange rate of the United States Dollar currency and the Japanese yen currency.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : JPY=
Expiry Rule : (Bid + Ask) / 2

USD/CHF
The exchange level of United States Dollar and the Swiss Franc.

Trading Time : Mon – Fri 02:00 – 20:00
Reuters code : CHF =
Expiry Rule : (Bid + Ask) / 2

USD/CAD
The exchange rate of the United States Dollar currency and the Canadian Dollar currency.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : CAD=
Expiry Rule : (Bid + Ask) / 2

NZDUSD

The exchange level of the the New Zealand Dollar and the United States Dollar.

Trading Time : Mon – Thu 00:00 – 23:59
Reuters code : NZD=
Expiry Rule : (Bid + Ask) / 2

GBPUSD

The exchange rate of the British Pound currency and the United States Dollar currency.
The exchange rate of the British Pound currency and the United States Dollar currency.

Trading Hours : Mon – Fri 02:00 – 20:00
Reuters code : GBP=
Expiry Rule : (Bid + Ask) / 2



EURUSD

Trading Hours: Mon – Fri 00:00 – 23:59
Reuters code: EUR=
Expiry Rule: (Bid + Ask) / 2

EURGBP

The exchange rate of the Euro and the British Pound.

Trading Hours : Mon – Fri 01:00 – 19:00
Reuters code : EURGBP=
Expiry Rule : (Bid + Ask) / 2

EURJPY

The exchange rate of the Euro and the Japanese Yen.

Trading Hours : Mon – Fri 00:00 – 23:59
Reuters code : EURJPY=
Expiry Rule : (Bid + Ask) / 2

JETZT AUF DEM HANDY
VERFÜGBAR

| SPOTFN | KONTO | MARKET DATA | AUSBILDUNGSZENTRUM | BINÄRE OPTIONEN |
|---|---|---|---|---|
| ÜBER SPOTFN | BANKWESEN | ASSET INDEX | AUSBILDUNG | 30-60-120 SEKUNDEN |
| WAS WIR TUN | REGISTRIERUNG | ASSET SIGNALS | BINÄRE OPTIONEN BASICS | LANGFRISTIG |
| WER WIR SIND | EINZAHLUNG | | ANALYSETECHNIKEN | ONE TOUCH |
| TERMS & CONDITIONS | GETRENNTES KONTO & AML | | GLOSSAR | LADDER |
| BRIEF | POLITIK | | FAQ | PAARE |
| | INTRODUCING BROKER | | | |

93













10 captures
21 Sep 2014 - 26 Sep 2016

2013   26   2015
2014

## United**O**ptions

- Email
- Password
- Login

- Open an Account
- Forgot Password
-

- Trade Now
- About Us
- Banking
- Asset Index
- FAQ
- Past Expiries
- Contact Us
- English ▾

- **SSE180 VS SHENZHEN 300 2.1781** (03:30 2(
- **NYD-IDX 86.132** (02:30 26:00)

- 03
  :
- 33
  :
- 46
- Friday 26.09.14

### ASSET INDEX

We give our clients the platform to trade digital options on a variety of assets. Listed below are trading hours, _expiry rates rules_,  and general information about assets that we offer on our platform. Trading hours are shown in GMT time.

- Stocks
- Currencies
- Commodities
- Indices

Selection of stocks across a wide range of industry categories and global markets – including technology companies like Apple and Microsoft as well as financial services firms such as HSBC and Citigroup.

- **DOW (US)**
  ☐ Open

  Traded on the NYSE (New York Stock Exchange) the Dow Jones Industrial Average (i.e. Industrial Average, Dow Jones, Dow 30, or Dow) compiles the index to gauge the  performance of the industrial sector within the American economy.

  **Trading Hours : Mon - Fri 15:00 - 19:00**

  **Reuters Code : .DJI**

  **Expiry Rule : Reuters Last Rate**

- **CITI (US)**
  ☐ Open

  Citigroup Inc. (branded Citi), is a major American financial services company based in New York, NY. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world,

  It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

  **Trading Hours : Mon - Fri 15:00 - 19:00**
  **Reuters Code : C**
  **Expiry Rule : (Bid + Ask) / 2**

- **MICROSOFT (US)**
  ☐ Open

  Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.

  The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. Its products have all achieved near-ubiquity in the desktop computer market.

  When the company debuted its IPO on March 13, 1986, the stock price was US $21. By the end of the first trading day, the stock had closed at $28.The stock price peaked in 1999 at around US $119.

  In the last few years, the price of Microsoft's stock largely remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008.

  **Trading Hours : Mon - Fri 15:00 - 19:00**

  **Reuters Code : MSFT.O**

  **Expiry Rule : (Bid + Ask) / 2**

- **APPLE (US)**
  ☐ Open

  Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software are sold.

  **Trading Hours Mon - Fri 15:00 - 19:00**

  **Reuters Code : AAPL.O**

  **Expiry Rule : (Bid + Ask) / 2**

- **NIKE (US)**
  ☐ Open

  Nike, Inc. is a major publicly traded sportswear and equipment supplier based in the United States. It is the world's leading supplier of athletic shoes and apparel and a major manufacturer of sports equipment with revenue in excess of $18.6 billion USD in its fiscal year 2008 . As of 2008, it employed more than 30,000 people worldwide. The company was founded on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Philip Knight, and officially became Nike, Inc. in 1978. The company takes its name from Nike (Greek Nίκη pronounced [ni:kɛ:]), the Greek goddess of victory; it is also based on Egyptian usage of "strength", "victory", naîkt. Nike markets its products under its own brand as well as Nike Golf, Nike Pro, Nike+, Air Jordan, Nike Skateboarding and subsidiaries including Cole Haan, Hurley International, Umbro and Converse. In addition to manufacturing sportswear and equipment, the company operates retail stores under the Niketown name.

  **Trading Hours Mon - Fri 15:00 - 19:00**

  **Reuters Code : NKE**

  **Expiry Rule : (Bid + Ask) / 2**

- **GAZPROM (RUSSIA)**
  ☐ Open

  Gazprom (English: Open Joint Stock Company "Gazprom", Russian: Открытое акционерное общество "Газпром" Otkrytoye aktsionernoye obshchestvo "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company. Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake. In 2008, the company produced 549.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

  **Trading hours Mon - Fri 7:30 - 14:00**
  **Reuters Code : GAZP.MM**
  **Expiry Rule : (Bid + Ask) / 2**

- **BP (BRITISH PETROLEUM)**
  ☐ Open

  BP plc is the third largest global energy company, the 5th largest company in the world and UK's largest company,  with headquarters in St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world, and one of the six "supermajors" (vertically integrated private sector oil exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100

  **Trading hours Mon - Fri 7:30 - 15:30**
  **Reuters Code : BP.L**
  **Expiry Rule : (Bid + Ask) / 2**

- **GOOGLE (US)**
  ☐ Open

  Google Inc. is an American public corporation, earning revenue from advertising related to its Internet search, e-mail, online mapping, office productivity, social networking, etc. Google has also developed an open source web browser and a mobile operating system. As of March 31, 2009 Google had 19,786 full-time employees. The company is running millions of servers worldwide, which process hundreds of millions of search requests each day.

  **Trading hours: Mon - Fri from 15:00 - 19:00**

**99**

Reuters Code : LKOH.LM
**Expiry Rule : (Bid + Ask) / 2**
- LUKOIL (RUSSIA)
  ☐ Open

Lukoil (RTS:LKOH LSE: LKOD NASDAQ: LUKOY) (Russian: Лукойл; pronounced -lukoil-) is Russia's largest oil company and its largest producer of oil. In 2007, the company produced 96.641 million tons of oil; 1.953 million barrels per day.

Its international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to ExxonMobil) in terms of proven oil and gas reserves. In 2008, the company had 19.3 billion barrels of oil equivalent per SPE standards. This accounts to some 1.3% of global oil reserves. The company has operations in more than 40 countries around the world.

**Trading hours : Mon - Fri 7:30 - 14:00**
Reuters Code : LKOH.MM
**Expiry Rule : (Bid + Ask) / 2**
- SBERBANK (RUSSIA)
  ☐ Open

Sberbank Rossii (MICEX:SBER RTS:SBER) (Russian: Сбербанк России, a contraction of "сберегательный банк", English: "Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and its history goes back to the financial reform of 1841. In many regions, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs.

**Trading hours : Mon - Fri 8:00 - 14:00**
Reuters Code : SBER03.MM
**Expiry Rule : (Bid + Ask) / 2**
- COCA-COLA (US)
  ☐ Open

Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca-Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

**Trading Hours : Mon - Fri 15:00 - 19:00**
Reuters Code : KO
**Expiry Rule : (Bid + Ask) / 2**
- HSBC HOLDINGS (LONDON)
  ☐ Open

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. As of 2009, it is both the world's largest banking group and the world's 6th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots. HSBC has an enormous presence in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals unrivalled by few other banking or financial multinationals.

HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

**Trading hours Mon - Fri 7:30 - 15:30**
Reuters Code : HSBA.L
**Expiry Rule : (Bid + Ask) / 2**
- ROLLS-ROYCE (LONDON)
  ☐ Open

Rolls-Royce plc (LSE: RR.) is a British aircraft engine maker, and the second-largest in the world, behind GE Aviation. The company has related businesses in the defense aerospace, marine and energy markets.
Rolls-Royce was nationalized in 1971, by which time aircraft engines had long been the most significant part of the business. The automobile company was separated in 1973 and the present Rolls-Royce plc was re-privatized in 1987. Rolls-Royce is, through its defense aerospace division, the world's 16th largest defense contractor. Defense aerospace sales accounted for 21% of group sales in 2005, civil aerospace 53%, marine 17% and energy 8%. It is listed on the London Stock Exchange and is a constituent of the FTSE 100 Index

**Trading hours : Mon - Fri 7:30 - 15:30**
**Reuters Code : RR.L**
**Expiry Rule : (Bid + Ask) / 2**
- BAE SYSTEMS (LONDON)
  ☐ Open

BAE Systems plc is a British defense, security and aerospace company headquartered in Farnborough, Hampshire, England, that has global interests, particularly in North America through its subsidiary BAE Systems Inc. BAE is the world's second-largest defense contractor and the largest in Europe. It was formed on 30 November 1999 by the £7.7 billion merger of two British companies, Marconi Electronic Systems (MES), the defence electronics and naval shipbuilding subsidiary of the General Electric Company plc (GEC), and the aircraft, munitions and naval systems manufacturer British Aerospace (BAE).

**Trading hours : Mon - Fri 7:30 - 15:30**
Reuters Code : BAES.L
**Expiry Rule : (Bid + Ask) / 2**
- TURKCELL (US)
  ☐ Open

Turkcell (NYSE: TKC) is the leading mobile phone operator of Turkey, based in Istanbul. The company has 36.3 million subscribers by the end of September 2008, making it the third biggest in Europe. Turkcell is traded both at the Turkish Stock Exchange and the NYSE.

TraderXp enables trading on the Turkcell stock both in the Turkish Exchange and in the NYSE.

Trading Hours : Mon - Fri from 14:00 - 20:00

Reuters Code : TKC

Expiry Rule : (Bid + Ask) / 2
- REUTERS (US)
  ☐ Open

Reuters Group Limited is a UK-based, Canadian company. This news company provides information about financial markets from around the world to newspapers and broadcasters. Its main focus is on supplying the financial markets with information and trading products. This includes market data, such as share prices and currency rates, research and analysis, as well as trading systems that allow dealers to buy and sell such assets as currencies and shares on a computer screen instead of by telephone or on a trading floor like that of the New York Stock Exchange. Competitors include Bloomberg L.P. and Dow Jones Newswires. It is now a part of Thomson Reuters.

**Trading hours: Mon - Fri from 15:00 - 19:00**
Reuters Code: TRI.N
**Expiry Rule: (Bid + Ask) / 2**
- TURKCELL (TURKEY)
  ☐ Open

Turkcell (NYSE: TKC) is the leading mobile phone operator of Turkey, based in Istanbul. The company has 36.3 million subscribers by the end of September 2008, making it the third biggest in Europe. Turkcell is traded both at the Turkish Stock Exchange and the NYSE.
TradeQuiker enables trading on the Turkcell stock both in the Turkish Exchange and in the NYSE.

**Trading Hours : Mon - Fri from 12:00 - 13:50**
Reuters Code : TKC
**Expiry Rule : (Bid + Ask) / 2**
- Exxon mobile (US)
  ☐ Open

The Exxon Mobil Corporation, or ExxonMobil, is an American multinational oil and gas corporation and was formed on November 30, 1999, by the merger of Exxon and Mobil. Its headquarters are located in Irving, Texas.
ExxonMobil is one of the largest publicly traded companies in the world, having been ranked either #1 or #2 for the past 5 years. Exxon Mobil's reserves were 72 billion oil-equivalent barrels at the end of 2007 and, at then (2007) rates of production are expected to last over 14 years. The company has 38 oil refineries in 21 countries constituting a combined daily refining capacity of 6.3 million barrels.

Trading hours on the platform from 14:00 to 20:00 GMT
Reuters code : EXOM
Expiry Rule : (Bid + Ask) / 2
- Barclays (London)
  ☐ Open

Barclays plc is a British financial services firm operating worldwide. It is a holding company that is listed on the London and New York stock exchanges, and was listed on the Tokyo Stock Exchange until 2008. It is also a constituent of the FTSE 100 Index.
Barclays PLC is named as the 25th largest company in the world by Forbes Global 2000 (2008 list). According to Datamonitor, by market share, Barclays is the largest financial services provider globally with 53.7 billion of assets. It is the second largest bank in the world based on asset size. Its share price fell by 90% in the year to 23 January 2009, but has recovered substantially, leaving it higher as of 3 September 2009 than it had been a year before.
The bank's headquarters are at One Churchill Place in Canary Wharf, in London's Docklands, having moved there in May 2005 from Lombard Street in the City of London.

**Trading Hours F:50 – 0:00**
Reuters code : BARL
**Expiry Rule : (Bid + Ask) / 2**
- BIDU (US/China)
  ☐ Open

Baidu, Inc. (Chinese: 百度; pinyin: Bǎidù, NASDAQ: BIDU), simply known as Baidu and incorporated on January 18, 2000, is a Chinese search engine for websites, audio files, and images. Baidu offers 57 search and community services including Baidu Baike, an online collaboratively-built encyclopedia, and a searchable keyword-based discussion forum. Baidu was established in 2000 by co-founders Robin Li and Eric Xu. Both of the co-founders are Chinese nationals who have studied and worked overseas before returning to China. Baidu.com Inc. is registered in the Cayman Islands. In April 2010, Baidu ranked 7th overall in Alexa's internet rankings. In December 2007, Baidu became the first Chinese company to be included in the NASDAQ-100 index.

Trading hours 14:00 – 20:00
Reuters code : BAIDU
Expiry Rule : (Bid + Ask) / 2
- BNP PARIBAS (Europe/France)
  ☐ Open

BNP Paribas is traded on the Euronext stock exchange BNPis one of the largest global banking groups in the world, headquartered in Paris with its second global headquarters in London. It was created through the merger of Banque Nationale de Paris (BNP) and Paribas in 2000. In 2010 it was ranked as the 15th largest company in the world by Forbes and the largest in France. In April 2009, BNP Paribas acquired a 75 percent stake in Fortis Bank, the Belgian banking business making BNP the eurozone's largest bank by deposits held.
BNP Paribas escaped the 2007-09 credit crisis relatively unscathed reporting a €3bn net profit for the year of 2008, and €5.0 for 2009, both years boosted by profits from fixed income trading in its BNPFICIB (Corporate and Investment Banking) division. BNP Paribas has one of the highest credit ratings in its peer group with the long term debt of the group currently ranked AA by S&P, Aa3 by Moody's and AA- by Fitch.

Trading hours 7:30 – 15:00
Reuters code : BNPEU
Expiry Rule : (Bid + Ask) / 2
- STATE BANK OF INDIA (India)
  ☐ Open

Representing the Indian market, State Bank of India (SBI) (BSE: 500112, LSE: SBID) is the largest state-owned banking and financial services company in India, by almost every parameter - revenues, profits, assets, market capitalization, etc. The bank traces its ancestry to British India, through the Imperial Bank of India, to the founding in 1806 of the Bank of Calcutta, making it the oldest commercial bank in the Indian Subcontinent. The Government of India nationalized the Imperial Bank of India in 1955, with the Reserve Bank of India taking a 60% stake, and renamed it the State Bank of India. In 2008, the Government took over the stake held by the Reserve Bank of India.

Trading hours 5:00 – 15:00

**100**

Reuters code : 500.400
- TOTAL (Europe)
  - ☐ Open

  Total South Africa, headquartered in Rosebank, South Africa, is an energy company that manufactures and sells a full range of petroleum products for the retail, commercial and industrial markets in South Africa. It is part of the multinational French-based energy company, Total S.A. (Euronext: FP, NYSE: TOT) one of the six "Supermajor" oil companies in the world. Total South Africa has a network of 530 service stations throughout South Africa, and is a key player in the petrochemicals market with products ranging from jet fuel and liquid petroleum gas to lubricants, greases and kerosene.

  Trading hours 7:30 – 16:00
  Reuters code : TOTAL
  Equity Rate : (Bid + Ask) / 2

- Toyota (US)
  - ☐ Open

  Toyota Motor Corporation commonly known simply as Toyota and abbreviated as TMC, is a multinational corporation headquartered in Japan. In 2009, Toyota Motor Corporation employed 71,116 people worldwide (total Toyota 320,000). TMC is the world's largest automobile maker by sales and production.
  The company was founded by Kiichiro Toyoda in 1937 as a spinoff from his father's company Toyota Industries to create automobiles. Three years earlier, in 1934, while still a department of Toyota Industries, it created its first product, the Type A engine, and, in 1936, its first passenger car, the Toyota AA. Toyota Motor Corporation group companies are Toyota (including the Scion brand), Lexus, Daihatsu and Hino Motors, along with several "non-automotive" companies. TMC is part of the Toyota Group, one of the largest conglomerates in the world.
  Toyota Motor Corporation is headquartered in Toyota City, Aichi and in Tokyo. In addition to manufacturing automobiles, Toyota provides financial services through its Toyota Financial Services division and also builds robots.

  Trading hours on the platform from 14:00 to 20:00 GMT
  Reuters code : TOYOTA
  Equity Rate : (Bid + Ask) / 2

enter Subcategory Name [            ]

select Category [ Stocks ▼ ]



How To Trade?

- Binary Options

- Option Builder
- One Touch

- 1.
  Select the asset and the expire time you wish to trade for
- 2.
  Click "CALL" if you think the price will rise above the current rate at the expiry, or click "PUT" if you think the price will fall below the current rate at the expiry
- 3.
  Enter the amount you want to invest & click "Apply"

- 1.
  Select the fields regarding Asset, Expiry Hour and Minute, Risk Profit percentage
- 2.
  Enter Investment Amount
- 3.
  Click "CALL" if you think the price will rise above the current rate at the expiry, or click "PUT" if you think the price will fall below the current rate at the expiry & click "Apply"

- 1.
  Select the option you believe will rise or fall to the target price value
- 2.
  Enter investment amount in units
- 3.
  Click "Apply"

Video Tour
Live Chat

News by **REUTERS** 

Unitedoptions

- Video Tour
- How to trade

Information

- About us
- FAQ
- Asset Index
- Glossary

Analyst Review

- Daily Market Review
- Trading Signals
- Weekly Market Review
- Expiry Rates

Partners

- Introducing Brokers
- Refer a Friend
- Affiliate

Privacy & Policy

- Terms & Conditions
- Privacy Policy
- Disclaimer
- Expiry Rates Rules
- KYC Policy






that offers a wide range of unique features to make it easier for traders to manage their risk and set the terms of the trade. Traders can trade binary options on stocks, commodities, currency pairs and indices 24 hours a day, 6 days a week. unitedoptions provides returns with high returns up to 71 - 87% if the option is in-the-money. The option prices that are listed on the unitedoptions website are the prices in which unitedoptions is a trading platform. unitedoptions is willing to offer the options. The prices displayed are not necessarily real time prices for the underlying assets.

EUR INVESTMENT – 1 Woodberry Grove Finchley, London, N12 0DR, UK

unitedoptions is not a financial advisor and cannot be held liable for any loss or damage resulting from reliance on the information provided. is sufficient of the advice and no trading you might feel before making any investment. The prices are correct as on the one day. Terms & Conditions. Investment is at your own risk. Please ensure you have read and understood. We provide advice at your own risk.

12 captures

Platform Time: 22 : 49 : 11

Ру ▼

To come in

Пароль

Email

☐ Remember

Forget your password?

Trade

Analytics

- Analytical Reviews
- Trading Tactics
- Expiration Courses

Training

- Assets
- Question answer
- Glossary of Terms
- Articles

Platform

- Trading platforms
- How to trade?
- Purse
- Trading hours
- About company
- news

Promotions and offers

- Account Types
- Deposit insurance
- Actual offers
- Stock results

Online chat

Quick registration

Имя

Фамилия

Email

Submit

SSE180 VS SH

‖

Protrader

**ProTrader** is a new advanced platform designed to expand the familiar boundaries of binary options trading!



This platform provides an opportunity for traders to close positions before the expiration of the option, as well as use the familiar Double Up tool, which allows you to double the investment if the current position, according to the trader, is most likely to be profitable.

The platform is equipped with a unique set of tools for analyzing the chart, which allows you to track the dynamics of an asset since the start of trading.

To view the history of an asset, a trader just needs to click the back or forward buttons and specify an interval of 15 or 30 minutes, 1 hour 3 or another.



102



In addition to this, the trader can track open options directly on the chart.
All this allows the trader to professionally analyze open positions and make more informed decisions in real time.

**Buy Me Out**

The **Buy Me Out** tool is only available on the ProTrader platforms.

It allows traders to "sell" open options without waiting for their expiration.
This function not only makes your trading more dynamic, but also makes it possible to minimize losses and allows you to lock in profits ahead of time.
You can use the Buy Me Out function when the background of the chart turns blue (this zone is called the "Buy Me Out Zone").

If you want to exit the option before its expiration, simply click on the Sell button, and the system will offer you a closing price. A trader can exit an option that is in both a profitable and non-profitable position.



103



Assets available for use Buy Me Out:

EUR / USD
AUD / USD
GBP / USD
USD / CHF
OIL
GOLD
APPLE
EUR / JPY
FACEBOOK
S & P500
GOOGLE
NASDAQ
DOW
DAX FUTURE
CAC FUTURE
GOLD / EUR
SILVER
USD / CAD
MECDONALDS
IBEX FUTURE
TADAWUL
CITIGROUP

AUD / USD
Gold
SILVER
USD / CAD
EUR / JPY
TADAWUL
Dubai
NASDAQ
S&P 500
EUR / USD
GBP / USD
Dow
APPLE
GOOGLE
Oil-jan13
NASDAQ
FUTURE
USD / CHF
ibm
JP MORGAN
CHASE
CITIGROUP
CAC FUTURE
DAX FUTURE
S&P FUTURE
Mcdonald's
AUD / CHF
AUD / JPY
CAD / JPY
RTS FUTURE
AUD / NZD
FTSE FUTURE
GOLD / EUR
EUR / AUD
CAD / CHF
IBEX FUTURE

utrader.com
+7 (499) 703-3699
support@utrader.com
Online chat
+7 (495) 585-1438 (брокерский отдел)
Trade

**Analytics**

- Analytical Reviews
- Expiration Courses

**Training**

- Assets
- Question answer
- Glossary of Terms
- Articles

**Platform**

- Trading platforms
- How to trade?
- Purse
- Trading hours
- About company
- For partners
- Confidentiality
- Terms of agreement

We are in social networks:
Facebook
Vkontakte

104

We accept:

Trading binary options carries a significant risk of capital loss. Please carefully read the general terms of trade presented on our website before making any investments. For more information, contact customer support.

"Co-operated by Hortense Holdings Limited"

© 2013, Utrader a brand of Binarium Ltd, Riga, Aristida Briana Street 9A-2, LV-1001, Latvia.

Login or Open trading account

Email

Пароль

To come in

105



\* Important risk note: option trading involves significant risk. You can earn 65-89% maximum per in-the-money option or lose up to 95% per out-of-the-money trade.

Vault Options provides access to an international trading platform for trading binary options.

Trading binary options has some risks of partial or full initial investment loss.

This fact should be taken into consideration by any trader who is planning to make profits by trading binary options.

Vault Options advises its clients to read our terms and conditions carefully before opening position on our platform.

Trading rates displayed on the Vault Options platform are indicative rates that the company is prepared to sell options at and may not correspond to either live market quotations or quoted rates at the point of sale.

Transactions at Vault Options can take as little as 60 seconds. Results of trades depends on the asset expiration rate and the asset chosen rate at purchase of an option.

Vault Options is currently offering the 60 seconds tool,  which is the shortest binary option in the world.
Vault Options offers up to %75 profit in traditional options and up to %400 on the OneTouch options.

The site is owned and managed by Dolce Formula Ltd ,Trident Chambers PO BOX 1388, Victoria, Mahé, Seychelles.



108







110

Trading Hours Mon – Fri 4:30 – 10:00
Reuters Code : TAMO.BO
Expiry Rule : (Bid + Ask) / 2

SBERBANK (RUSSIA)

Sberbank Rossii (MICEX:SBER RTS:SBER) ("Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and its history goes back to the financial reform of 1841. In many regions, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs.

Trading hours Mon – Fri 8:00 – 14:00.
Reuters Code : SBER03.MM
Expiry Rule : (Bid + Ask) / 2

ROLLS ROYCE LONDON

Rolls-Royce plc (LSE: RR.) is a British aircraft engine maker, and the second-largest in the world, behind GE Aviation. The company has related businesses in the defense aerospace, marine and energy markets.

Rolls-Royce was nationalized in 1971, by which time aircraft engines had long been the most significant part of the business. The automobile company was separated in 1973 and the present Rolls-Royce plc was re-privatized in 1987. Rolls-Royce is, through its defense aerospace division, the world's 16th largest defense contractor. Defense aerospace sales accounted for 21% of group sales in 2005, civil aerospace 53%, marine 17% and energy 8%. It is listed on the London Stock Exchange and is a constituent of the FTSE 100 Index.

Trading hours Mon – Fri 8:30 – 16:00
Reuters Code : RR.L
Expiry Rule : (Bid + Ask) / 2

REUTERS (UK THOMSON REUTERS)

Reuters Group Limited is a UK-based, Canadian company. This news company provides information about financial markets from around the world to newspapers and broadcasters. Its main focus is on supplying the financial markets with information and trading products. This includes market data, such as share prices and currency rates, research and analysis, as well as trading systems that allow dealers to buy and sell such assets as currencies and shares on a computer screen instead of by telephone or on a trading floor like that of the New York Stock Exchange. Competitors include Bloomberg L.P. and Dow Jones Newswires. It is now a part of Thomson Reuters.
Trading hours: Mon – Fri from 14:00 20:00GMT
Reuters Rule: (Bid + Ask) / 2

NISSAN (NISSAN MOTOR)

Nissan Motor Company Ltd usually shortened to Nissan (play / ni so n/ or UK / nɪsæn/. Japanese: [nis an]), is a multinational automaker headquartered in Japan. It was formerly a core member of the Nissan Group, but has become more independent after its restructuring under Carlos Ghosn (CEO.) formerly marketed vehicles under the "Datsun" brand name and as one of the largest car manufacturers in the world. As of 2011, the company's global headquarters is located in Nishi-ku, Yokohama. In 1999, Nissan entered a two-way alliance with Renault S.A. of France, which owns 43.4% of Nissan while Nissan holds 15% of Renault shares, as of 2008. The current market share of Nissan, along with Honda and Toyota, in American auto sales represent the largest of the automotive firms based in Asia that have been increasingly encroaching on the historically dominant US-based 'Big Three" consisting of GM, Ford and Chrysler. In its home market, Nissan is the third largest car manufacturer, with Honda being second by a small margin of 2,000 units and Toyota in a very dominant first. Along with its normal range of models, Nissan also produces a range of luxury models branded as Infinity.

Trading hours : Mon – Fri 00:15-02:00 & 03:30-06:00 GMT
Reuters Code : NISSAN
Expiry Rule : (Bid + Ask) / 2

NIKE (US)

Nike, Inc. is a major publicly traded sportswear and equipment supplier based in the United States. It is the world's leading supplier of athletic shoes and apparel and a major manufacturer of sports equipment with revenue in excess of $18.6 billion USD in its fiscal year 2008. As of 2008, it employed more than 30,000 people worldwide. The company was founded on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Philip Knight, and officially became Nike, Inc. in 1978. The company takes its name from Nike (Greek Nike) pronounced [ni ke:]), the Greek goddess of victory. It is also based on Egyptian usage of "strength", "victory", nakht. Nike markets its products under its own brand as well as Nike Golf, Nike Pro, Nike+, Air Jordan, Nike Skateboarding and subsidiaries including Cole Haan, Hurley International, Umbro and Converse. In addition to manufacturing sportswear and equipment, the company operates retail stores under the Niketown name.

Trading hours Mon – Fri 15:00 – 19:00
Reuters Code : NKE
Expiry Rule : (Bid + Ask) / 2

LUKOIL (RUSSIA)

Lukoil (RTS:LKOH LSE: LKOD NASDAQ: LUKOY) is Russia's largest oil company and its largest producer of oil. In 2007, the company produced 96.645 million tons of oil: 1.953 million barrels per day.

Its international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to Exxon Mobil) in terms of proven oil and gas reserves. In 2008, the company had 19.3 billion barrels of oil equivalent per SPE standards. This accounts to some 1.3% of global oil reserves. The company has operations in more than 40 countries around the world.

Trading hours Mon – Fri 8:30 – 14:30
Reuters Code : LKOH.MM
Expiry Rule : (Bid + Ask) / 2

HSBC HOLDINGS LONDON

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. As of 2009, it is both the world's largest banking group and the world's 6th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals.

HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

Trading hours Mon – Fri 7:30 – 15:30
Reuters Code : HSBA.L
Expiry Rule : (Bid + Ask) / 2

GAZPROM (RUSSIA)

Gazprom (English: Open Joint Stock Company "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company.
Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake.

In 2008, the company produced 549.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

Trading hours Mon – Fri 8:30 – 14:30
Reuters Code : GAZP.MM
Expiry Rule : (Bid + Ask) / 2

COCA-COLA (US)

Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : COKE
Expiry Rule : (Bid + Ask) / 2

CITI (US)

Citigroup Inc. (branded Citi), is a major American financial services company based in New York. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 327,000 staff around the world.

It is the world's largest bank by total customers is worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

Trading hours Mon – Fri 13:48 – 20:00
Reuters Code : NOEC
Expiry Rule : (Bid + Ask) / 2

BP (BRITISH PETROLEUM)

BP plc is the third largest global energy company, the 5th largest company in the world and UK's largest company, with headquarters in St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world, and one of the six "supermajors" (vertically integrated private sector of exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100

Trading hours Mon – Fri 7:15 – 15:30
Reuters Code : BP.L
Expiry Rule : (Bid + Ask) / 2

BAE SYSTEMS (DEFENSE LONDON)

BAE Systems plc is a British defense, security and aerospace company headquartered in Farnborough, Hampshire, England, that has global interests, particularly in North America through its subsidiary BAE Systems Inc. BAE is the world's second-largest defense contractor and the largest in Europe. It was formed on 30 November 1999 by the £7.7 billion merger of two British companies: Marconi Electronic Systems (MES), the defense electronics and naval shipbuilding subsidiary of The General Electric Company plc (GEC), and the aircraft, munitions and naval systems manufacturer British Aerospace (BAE).

Trading Hours Mon – Fri 8:30 – 16:00
Reuters Code : BAES.L
Expiry Rule : (Bid + Ask) / 2

APPLE (US)

Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.

Reuters Code : AAPL.O
Expiry Rule : (Bid + Ask) / 2

**IBM** IBM

International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells computer hardware and software, and it offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.

Trading Hours : Mon – Fri  from 13:40 – 20:00

**Microsoft** (MSOFT.00)

Microsoft Corporation is a multinational computer technology Corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.

The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. Its products have all achieved near-ubiquity in the desktop computer market.

When the company debuted its IPO in March 13, 1986, the stock price was US $21. By the end of the first trading day, the stock had closed at $28. The stock price peaked in 1999 at around US $119.

In the last few years, the price of Microsoft's stock largely remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008.

Trading Hours : Mon – Fri 15:00 – 19:00
Reuters Code : MSFT.O
Expiry Rule : (Bid + Ask) / 2

WHEAT

Wheat is a grass, originally from the Fertile Crescent region of the Near East, but now cultivated worldwide. In 2007 world production of wheat was 607 million tons, making it the third most-produced cereal after maize (784 million tons) and rice (651 million tons).Globally, wheat is the leading source of vegetable protein in human food, having higher protein content than either maize (corn) or rice, the other major cereals. In terms of total production tonnages used for food, it is currently second to rice as the main human food crop, and ahead of maize, after allowing for maize's more extensive use in animal feeds.

Trading Hours : Mon – Fri 12:00-18:00 GMT

SUGAR

The sugar is one of the world's leading sweeteners, mainly produced in Brazil.

There are many types of sugars which all are rated by the ICUMSA (international commission uniform methods of sugar analysis), at our platform the sugar is traded as quoted and cleared by the CME group.

The future contracts are dollar dominated and represent the price of sugar for 112,000 units. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July and October).

Platform trading hours 10:00 – 18:00
CME symbol  YO.
Expiry rule (Bid + Ask)/2

SILVER

Silver, in the form of electrum (a gold-silver alloy), was coined to produce money in around 700 BCE by the Lydians. Later, silver was refined and coined in its pure form. Many nations used silver as the base unit of monetary value. In the modern world, silver bullion has the ISO currency code XAG. The name of the United Kingdom monetary unit "pound" reflects the fact that it originally represented the value of one troy pound of sterling silver. In the 1800s, many nations, such as the United States and Great Britain, switched from silver to a gold standard of monetary value, then in the 20th century to fiat currency.

Much like gold, it is considered to be a natural hedge against inflation and in the last few years was highly correlated with world growth.

Trading Hours : Mon – Thu 04:00 – 20:30
Reuters Code : XAG=
Expiry Rule : (Bid + Ask) / 2

PLATINUM

Platinum is a chemical element with the chemical symbol Pt and an atomic number of 78.

Platinum is used in jewelry, laboratory equipment, electrical contacts and electrodes, platinum resistance thermometers, dentistry equipment, and catalytic converters. Platinum bullion has the ISO currency code of XPT. Platinum is a commodity with a value that fluctuates according to market forces. On June 5, 2008, Platinum was worth $1283.00 per troy ounce (approximately $40.09 per gram).

Trading Hours : Mon – Fri 10:00 – 20:00
Reuters Code : XPT=
Expiry Rule : (Bid + Ask) / 2

OIL-LIGHT SWEET CRUDE)

Sweet crude oil is a type of petroleum. Petroleum is considered "sweet" if it contains less than 0.5% sulfur, compared to a higher level of sulfur in sour crude oil. Sweet crude oil contains small amounts of hydrogen sulfide and carbon dioxide. High quality, low sulfur crude oil is commonly used for processing into gasoline and is in high demand, particularly in the industrialized nations. "Light sweet crude oil" is the most sought-after version of crude oil as it contains a disproportionately large amount of these fractions that are used to process gasoline, kerosene, and high-quality diesel. The term "sweet" originated because the low level of sulfur provides the oil with a mildly sweet taste and pleasant smell. Nineteenth century prospectors would taste and smell small quantities of the oil to determine its quality.

This type of oil is considered a benchmark for oil and is traded at the Chicago Mercantile Exchange. The oil is considered a natural hedge against inflation as in the last few years was highly correlated with the world's growth.

Trading Hours : Mon – Fri 2:00 – 20:30
Reuters Code : CLV1
Expiry Rule : (Bid + Ask) / 2

GOLD

Historically gold coinage was widely used as currency. When paper money was introduced, it typically was a receipt redeemable for gold coin or bullion. In an economic system known as the gold standard, a certain weight of gold was given the name of a unit of currency. For a long period, the United States government set the value of the US dollar so that one troy ounce was equal to $20.67 ($664.56/kg), but in 1934 the dollar was devalued to $35.00 per troy ounce ($1125.27/kg). By 1961 it was becoming hard to maintain this price, and a pool of US and European banks agreed to manipulate the market to prevent further currency devaluation against increased gold demand.

On March 17, 1968, economic circumstances caused the collapse of the gold pool, and a two-tiered pricing scheme was established whereby gold was still used to settle international accounts at the old $35.00 per troy ounce ($1.13/g) but the price of gold on the private market was allowed to fluctuate; this two-tiered pricing system was abandoned in 1975 when the price of gold was left to find its free-market level.

Today Gold is considered to be a natural hedge against world inflation and in the last few years together with crude prices and other metals, was highly correlated with world global growth, especially in emerging markets.

Trading Hours : Mon – Thu 2:00-20:30 GMT
Reuters Code : XAU=
Expiry Rule : (Bid + Ask) / 2

COFFEE

One of the world's most popular drinks, it is assumed that 80% of adults drink some sort of coffee or a derivative of coffee at list once a day. Like many other soft commodities Brazil is the largest producer of coffee.

The future contracts are dollar dominated and represent the price of sugar for 37,500 pounds. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July September and December).

Platform trading hours 13:00-18:00GMT
CME symbol  KT.

TOPIX

Tokyo stock Price Index, commonly known as TOPIX, along with Nikkei 225, is an important stock market index for the Tokyo Stock Exchange in Japan, tracking all domestic companies of the exchange's First Section. It is calculated and published by the TSE. As of February 1, 2011, there are 1,669 companies listed on the First Section of the TSE. The market value for the index on the same date is 197.401 Billion Yen.

Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT

TA-25

The TA-25 Index is the TASE's flagship index. It was first published in 1992 under the name "MA'OF index". The TA-25 Index tracks the prices of the shares of the 25 companies with the highest market capitalization on the exchange. It serves as an underlying asset for options and futures. Index-Linked Certificates and Reverse Certificates traded on the exchange and worldwide. The index also began on 1 January 1992 with a base level of 100.

Trading Hours : Sun – Thu  07:00-13:30 GMT

TADAWUL (SAUDI STOCK EXCHANGE)

Saudi Stock Exchange or Tadawul is the only stock exchange in Saudi Arabia. The Capital Market Authority supervises the exchange. The Tadawul All-Share Index (TASI) reached its highest point at 20,634.86 on 25 February 2006 . It lists 115 publicly traded companies (as of April 30th 2008).

Trading Hours : Sun – Wed 8:10 – 12:20
Reuters Code : TASI
Expiry Rule : Reuters Last Rate

SSE180 (SHANGHAI STOCK EXCHANGE)

Traded in the Shanghai stock exchange,the SSE Composite Index (also known as Shanghai Composite) is the most commonly used indicator to reflect SSE's market performance. Constituents for the SSE Composite Index are all listed stocks (A shares and B shares) at the Shanghai Stock Exchange. The SSE180 reflects the largest 180 stocks in the SSE general index and it includes stocks such as BANK OF CHINA and AIR CHINA.

Trading Hours : Mon – Fri  7:00 – 8:00.
Reuters Code : SSE180
Expiry Rule : Reuters Last Rate

S&P500 (S&P 500 INDEX)

Traded on the CME (Chicago Mercantile Exchange), Standard & Poors is a value-weighted index of 500 large-cap common stocks actively traded in the United States. The stocks included in the S&P are those of large publicly held companies that trade on either of the two largest American stock market companies: the NYSE Euronext and the NASDAQ OMX.

Trading Hours : Mon – Fri 13:40-20:00
Reuters Code : .SPX

112

RTS RUSSIAN TRADING SYSTEM

The Russian Trading System is a stock market established in 1995 in Moscow, consolidating various regional trading floors into one exchange.
The RTS Index (RTSI) is an index of 50 Russian stocks (as of March 15th, 2007) that trade on the RTS Stock Exchange in Moscow.
The Index includes GAZPROM and SBERBANK, VOLGA TELECOM and NOVATEK.

**Trading Hours : Mon – Fri 8:30 – 14:30**
Reuters Code : .IRTS
Expiry Rule : Reuters Last Rate

NIKKEI225 (JPN)

Nikkei 225 , more commonly called the Nikkei, the Nikkei index, or the Nikkei Stock Average, is a stock market index for the Tokyo Stock Exchange (TSE). It has been calculated daily by the Nihon Keizai Shimbun (Nikkei) newspaper since 1950. It is a price-weighted average (the unit is yen), and the components are reviewed once a year. Currently, the Nikkei is the most widely quoted average of Japanese equities, similar to the Dow Jones Industrial Average. In fact, it was known as the "Nikkei Dow Jones Stock Average" from 1975 to 1985.

**Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT**
NASDAQ NASDAQ100
The Nasdaq Composite is a stock market index of all of the common stocks and similar securities listed on the NASDAQ stock market, meaning that it has over 3,000 components. It is highly regarded in the U.S. as an indicator of the performance of stocks of technology companies and growth companies. Since American and non-American companies are listed on the NASDAQ stock market, the index is not exclusively a U.S. index.

**Trading Hours : Mon – Fri 15:00 – 19:00**
Reuters Code : .IXIC
Expiry Rule : Reuters Last Rate

MSM 30 (OMAN)

The Muscat Securities Market (MSM) is the principal stock exchange of Oman. It is located in Muscat and it was founded in 1988.The principal stock index at the MSM is the MSM-30. The MSM-30 (also known as the Muscat Securities Market Index) was established in 1992. The composition of the index by sector is as follows:
Banks & Investment Sector: 59 companies
Industry Sector: 89 companies
Service : 61 companies
The index includes stocks such as DHOFAR BANK and NATIONAL BANK OF OMAN

**Trading Hours : Sun – Thu 6:30 – 8:30**
Reuters Code : .MSI
Expiry Rule : Reuters Last Rate

MICEX 10 (MOSCOW INTERBANK EXCHANGE)

The MICEX 10 Index is a price non-weighted index, calculated as the arithmetic mean of the change of prices of 10 most liquid stocks admitted to circulation in the Stock Market Section of the Moscow Interbank Currency Exchange in Moscow. The Index includes Russian Top firms in a variety of sectors such as GAZProm and SBERBANK.

**Trading Hours : Mon – Fri 8:30 – 14:30**
Reuters Code : .MCX10
Expiry Rule : Reuters Last Rate

KUWAIT (KUWAIT GENERAL INDEX)

The Kuwait Stock Exchange (KSE) is the national stock market of The State of Kuwait. Although several share holding companies (such as NBK in 1952) existed in Kuwait prior to the creation of the KSE, it was not until October 1962 that a law was passed to organize the country's stock market.
The Kuwait Stock Exchange is also among the first and largest stock exchanges in the Persian Gulf region, and is now gaining prominence as one of the most potentially important in the world.

**Trading Hours : Sun – Thu 6:20 – 9:20**
Reuters Code : .KWSE
Expiry Rule : Reuters Last Rate

KL FUTURE

The Kuala Lumpur Composite Index is a capitalization-weighted stock market index introduced in 1986.
The FTSE Bursa Malaysia comprises the largest 30 companies listed on the Malaysian Main Market by full market capitalization that meet the eligibility requirements of the FTSE Bursa Malaysia Index Ground Rules.

**Trading Hours : Mon – Fri 01:00-04:30,07:00-09:00**
Reuters Code : KLivt
Expiry Rule (Bid + Ask) / 2

ISE 30 (ISTANBUL STOCK EXCHANGE)

The Istanbul Stock Exchange (ISE) is the only corporation in Turkey for securities exchange established to provide trading in equities, bonds and bills, revenue-sharing certificates, private sector bonds, foreign securities and real estate certificates as well as international securities.
ISE is home to 326 national companies. Local trading hours are 09:30-12:00 for the first session, and 14:00-17:00 for the second session, on workdays. All ISE members are incorporated banks and brokerage houses.

**Trading Hours Mon – Fri 7:00 – 9:00 and 11:10 – 13:00**
Reuters Code : .XU030
Expiry Rule : Reuters Last Rate

 HANG SENG (HONG KONG)

HSI was started on November 24, 1969, and is currently compiled and maintained by HSI Services Limited. It is a subsidiary of Hang Seng Bank, the largest bank registered and listed in Hong Kong in terms of market capitalisation. It is responsible for compiling, publishing and managing the Hang Seng Index.

**Trading Hours Mon – Fri 01:30-04:00,05:10-08:00**
Reuters Code : .HSI
Expiry Rule : Reuters Last Rate

FTSE 100 (UK)

The FTSE 100 Index — also called FTSE 100, FTSE, or, informally, the "footsie" is a share index of the 100 most highly capitalized UK companies listed on the London Stock Exchange. Because the FTSE includes large international companies such as HSBC, BP, Vodafone and Unilever it is considered to be a Global index and as such is followed by investors worldwide.

**Trading Hours : Mon – Fri 8:30 – 14:30**
Reuters Code : .FTSE
Expiry Rule : Reuters Last Rate

DUBAI (DUBAI FINANCIAL MARKET GENERAL INDEX)

The Dubai Financial Market is a stock exchange located in Dubai, United Arab Emirates. It was founded on March 26, 2000.
There are about 57 companies listed (as of August 2007) on DFM, most of them are UAE-based companies and a few dual listings for companies based in other MENA region countries.
During 2004 and 2005, there were significant increases in the volume of shares traded and the share prices of many companies. However, towards the end of 2005 and through the first few months of 2006 the bubble burst and share values dropped by around 60% on DFM, along with similar decreases in most other Persian Gulf stock markets.
The DFM index includes stocks such as DUBAI ISLAMIC BANK and the EMIRATES TELECOMUNICATION COMPANY.

**Trading Hours: Sun – Thu 6:30 – 9:50**
Reuters Code : .DFMGI
Expiry Rule : Reuters Last Rate

DOW (US)

Traded on the NYSE (New York Stock Exchange) the Dow Jones Industrial Average (i.e. Industrial Average, Dow Jones, Dow 30, or Dow) compiles the index to gauge the performance of the industrial sector within the American economy.

**Trading Hours : Mon – Fri 13:40 – 20:00**
Reuters Code : .DJI
Expiry Rule : Reuters Last Rate

DAX (DAX GERMANY)
The DAX (Deutscher Aktien Index), formerly Deutscher Aktien-Index (German stock index)) is a blue chip stock market index consisting of the 30 major German companies trading on the Frankfurt Stock Exchange. The DAX index includes stocks such as Adidas, Deutsche Bank and Bayer.

**Trading Hours : Mon – Fri 7:15 – 16:30**
Reuters Code : .GDAXI
Expiration Rule : Reuters Last Rate

BSE BOMBAY 30

Representing a fast growing economy of India, the BSE Sensex or Bombay Stock Exchange Sensitive Index is a value-weighted index composed of 30 stocks of the largest and most actively traded stocks, representative of various sectors, on the Bombay Stock Exchange. These companies account for around one-fifth of the market capitalization of the BSE.
The index has increased by over ten times from June 1990 to the present. The long-run rate of return on the BSE Sensex works out to be 18.6% per annum, which translates to roughly 9% per annum after compensating for inflation. The index includes stocks such as TATA MOTORS and HDFC BANK.

**Trading Hours Mon – Fri 4:15 – 10:30**
Reuters Code : .BSESN
Expiry Rule : Reuters Last Rate

NOW AVAILABLE ON MOBILE    PROMOTION           INFORMATION    ANALYST REVIEW    PARTNERS                OTHER INFORMATION
       WHY 100OPTIONS?     FAQ            MARKET REVIEW     REFER & FRIEND          DISCLAIMER
Available on the iPhone    BINARY OPTIONS      GLOSSARY       EXPIRY RATES      BINARY OPTIONS AFFILIATES  EXPIRY RATE EXCLUDE
APP STORE                  LOW RISK            ASSET INDEX                      PROGRAM                 TERMS & CONDITIONS

113

