

## Asset Index

**Stocks** | Currencies | Commodities | Indices

- CITIGROUP (USA)
- Microsoft (usa)
- Apple (US)
- Gazprom (RUSSIE)
- BP (BRITISH PETROLEUM)
- Google (USA)
- Lukoil (RUSSIA)
- Sberbank (RUSSIE)
- CocaCola (USA)
- Hsbc holdings (LONDRES)
- ROLLS ROYCE (UK)
- Tata motors (INDE)
- TEVA PHARMA
- BNP PARIBAS
- TESCO
- SAB MILLER
- S.BANK INDIA
- Petrobras
- IBM
- Goldman Sachs
- France telecom
- Fiat
- British american tobacco
- Bidu
- Barclays
- Amazon
- Nissan motors

**Open A Free Live Account**

**FREE VIDEO TUTORIALS**

PLAY NOW

---

**Trading**
Trading
Open Live Account
How to trade
Withdrawal Methods
Getting Started
Terms & Conditions

**Trading Products**
Short Term
Long Term
One Touch
Option Builder
Pairs
Double Up | Rollover | Sell

**Privacy Policy**
Safety Of Funds
Trading Bonus
Privacy Policy
Terms And Conditions

**Trader Tools**
Economic calendar
Fibonacci calculator

**Partners**
Affiliate Program
Introducing Brokers
Refer A friend

**Broker Support**
Chat With a Broker
FAQ
Software Walk Through

1



## Stocks

"My father dealt in stocks and shares and my mother also had a lot of time on her hands." **Hermione Gingold**

A stock is a share in the ownership of a company, representing a claim on the company's assets and earnings. Traditionally, shareholders may make handsome profits if a company is successful, but they also risk losing the whole investment if the company performs poorly, because gains and losses are proportionate to the value of the stock. Furthermore, contracts are typically held for a long time, even though it can be hard to predict the long-term health of a business. These are key factors behind the growth of binary option stock trading, with its predefined profits and loses, and short-term contracts.

Interested in the major banks such as Goldman Sachs and Barclays? Want to trade the stocks of the world's most recognizable companies such as Coca-Cola, Disney and Apple? Public companies are required to report their earnings once a quarter, making it easy to follow the news on various stocks and profit along with the brands that interest you.

**Profit Strategies**

Risk Management

Trading Techniques

Trading Fundamental Events

**Gold & Oil**

Commodities

Currencies

Indices

Stocks

Daily Market Review

**Trading Platforms**

Types of Platforms

Wise Binary Trading

Best Brokers

**Binary Options School**

Intro to Binary Options

Start Trading

Fundamental Analysis

Technical Analysis

Test Yourself

HIGH RISK INVESTMENT WARNING: Trading Binary Options is highly speculative, carries a level of risk and may not be suitable for all investors. You may lose some or all of your invested capital, therefore you should not speculate with capital that you cannot afford to lose. You should be aware of all of the risks associated with trading Binary Options. Please click here to read a full risk warning. Banc De Binary is a trading name of Banc De Binary Limited, a Financial Services Company authorized and regulated by the Cyprus Securities Exchange Commission (CySEC) under license no. 188/13 and is registered with regulatory authorities in Austria, Belgium, Bulgaria, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Iceland, Ireland, Italy, Latvia, Lichtenstein, Lithuania, Luxembourg, Malta, Norway, Poland, Portugal, Romania, Slovak Republic, Solvenia, Spain, Sweden, Netherlands and United Kingdom. Banc De Binary is located at 12 Arch. Makariou III, Kristalina Tower, 3rd Floor, Mesa Yeitonia, Limassol, Cyprus, 4000.

(c) 2012 Banc de Binary

2



# Asset Index

- **Currencies**
- **Stocks**
- **Commodities**
- **Indices**

### USD/ZARUSD/ZAR

The exchange rate of the United States Dollar and the South African Rand.

Trading Hours : Mon – Fri 07:00 – 14:00
Reuters code : ZAR=
Expiry Rule : (Bid + Ask) / 2

### USD/TRYUSD/TRY

The exchange rate of the United States Dollar currency and the Turkish New Lira currency.

Trading Hours : Mon – Fri 7:30 – 14:30
Reuters code : TRY=
Trading Hours : Mon – Fri 7:30 – 14:30
Reuters code : TRY=
Expiry Rule : (Bid + Ask) / 2

### USD/SGDUSD/SGD

The exchange rate of the United States Dollar and the Singapore Dollar.

Trading Hours : Mon – Fri 1:00 – 9:00
Reuters code : SGD=
Expiry Rule : (Bid + Ask) / 2

### USD/RUBUSD/RUB

The exchange rate of the United States Dollar and the Russian Ruble.

Trading Hours: Mon – Fri 9:00 – 13:00
Reuters code RUB =
Expiry Rule: (Bid + Ask) / 2

### USD/JPYUSD/JPY

The exchange rate of the United States Dollar currency and the Japanese yen currency.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : JPY=
Expiry Rule : (Bid + Ask) / 2

### USD/CHFUSD/CHF

The exchange level of United States Dollar and the Swiss Franc.

Trading Time : Mon – Fri 02:00 – 20:00
Reuters code : CHF=
Expiry Rule : (Bid + Ask) / 2

### USD/CADUSD/CAD

The exchange rate of the United States Dollar currency and the Canadian Dollar currency.

Trading Hours : Mon – Fri 7:00 – 19:00
Reuters code : CAD=
Expiry Rule : (Bid + Ask) / 2

### NZD/USDNZD/USD

The exchange level of the the New Zealand Dollar and the United States Dollar.

Trading Time : Mon – Thu 00:00 – 23:00
Reuters code : NZD=
Expiry Rule : (Bid + Ask) / 2

### GBP/USDGBP/USD

The exchange rate of the British Pound currency and the United States Dollar currency.

Trading Hours : Mon – Fri 02:00 – 20:00
Reuters code : GBP=
Expiry Rule : (Bid + Ask) / 2

### EUR/USDEUR/USD

The exchange rate of the Euro and the United States Dollar.

3

Trading Hours: Mon – Fri 00:00 – 23:59
Reuters code: EUR/-
Expiry Rule: (Bid + Ask) / 2

## EUR/GBPEUR/GBP

The exchange rate of the Euro and the British Pound

Trading Hours : Mon – Fri 01:00 – 19:00
Reuters code : EURGBP=
Expiry Rule : (Bid + Ask) / 2

## EUR/JPYEUR/JPY

The exchange rate of the Euro and the Japanese Yen.

Trading Hours : Mon – Fri 00:00 – 23:59
Reuters code : EURJPY=
Expiry Rule : (Bid + Ask) / 2

## TURKCELL (TURKEY)TURKCELL (TURKEY)

Turkcell (NYSE: TKC) is the leading mobile phone operator of Turkey, based in Istanbul. The company has 36.3 million subscribers by the end of September 2009, making it the third biggest in Europe. Turkcell is traded both at the Turkish Stock Exchange and the NYSE; yourdomain enables trading on the Turkcell stock both in the Turkish Exchange and in the NYSE.

Trading Hours : Mon – Fri from 12:00 – 13:00
Reuters Code : TKC
Expiry Rule : (Bid + Ask) / 2

## TEVA .TATEVA .TA

Teva Pharmaceutical Industries Ltd. NASDAQ: TEVA is an international pharmaceutical company headquartered in Petah Tikva, Israel. It specializes in generic and proprietary pharmaceuticals and active pharmaceutical ingredients. It is the largest generic drug manufacturer in the world and one of the 15 largest pharmaceutical companies worldwide.

Trading Hours : Sun – Thu from 07:00 – 15:30
Reuters Code : TEVA.TA
Expiry Rule : (Bid + Ask) / 2

## TESCOTESCO

Tesco plc (LSE: TSCO) is a global grocery and general merchandising retailer headquartered in Cheshunt, United Kingdom It is the third-largest retailer in the world measured by revenues (after Wal-Mart and Carrefour) and the second-largest measured by profits (after Wal-Mart). It has stores in 14 countries across Asia, Europe and North America and is the grocery market leader in the UK (where it has a market share of around 30%), Malaysia, the Republic of Ireland and Thailand.

Trading Hours : Mon – Fri from 07:15-15:30

## TATA MOTORS (INDIA)TATA MOTORS (INDIA)

Tata Motors Limited (NSE: TATAMOTORS, BSE: 500570, NYSE: TTM), is a multinational corporation headquartered in Mumbai, India. Part of the Tata Group, it was formerly known as TELCO (TATA Engineering and Locomotive Company). Tata Motors has a consolidated revenue of USD 16 billion after the acquisition of British automotive brands Jaguar and Land rover in 2008.

It is India's largest company in the automobile and commercial vehicle sector with upwards of 70% cumulative Market share in the Domestic Commercial vehicle segment, and a maturized player in the world market with 8.81% market share in 2007 according to OICA data. The OICA ranked it as the 19th largest automaker, based on figures for 2007.

Tata Motors is a dual-listed company traded on both the Bombay Stock Exchange, as well as on the New York Stock Exchange. Tata Motors in 2005, was ranked among the top 10 corporations in India with an annual revenue exceeding INR 320 billion.

Trading Hours Mon – Fri 4:30 – 10:00
Reuters Code : TAMO.BO
Expiry Rule : (Bid + Ask) / 2

## SBERBANK (RUSSIA)SBERBANK (RUSSIA)

Sberbank Rossii (MICEX:SBER RTS:SBER) ( "Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and its history goes back to the financial reform of 1841. In many regions, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs.

Trading Hours Mon – Fri 8:00 – 14:00
Reuters Code : SBER03.MM
Expiry Rule : (Bid + Ask) / 2

## ROLLS ROYCE (LONDON)ROLLS ROYCE (LONDON)

Rolls-Royce plc (LSE: RR ) is a British aircraft engine maker, and the second largest in the world, behind GE Aviation. The company has related businesses in the defense aerospace, marine and energy markets. Rolls-Royce was incorporated in 1971, by which time aircraft engines had long been the most significant part of the business. The automobile company was separated in 1973 and the present Rolls-Royce plc was re-privatized in 1987. Rolls-Royce is, through its defense aerospace division, the world's 16th largest defense contractor. Defense aerospace sales accounted for 21% of group sales in 2005, civil aerospace 52%, marine 17% and energy 6%. It is listed on the London Stock Exchange and is a constituent of the FTSE 100 Index.

Trading Hours Mon – Fri 8:30 – 16:00
Reuters Code : RR.L
Expiry Rule : (Bid + Ask) / 2

## REUTERS (US THOMSON REUTERS)REUTERS (US THOMSON REUTERS)

Reuters Group Limited is a UK-based, Canadian company. This news company provides information about financial markets  from around the world to newspapers and broadcasters. Its main focus is on supplying the financial markets with information and trading products. This includes market data, such as share prices and currency rates, research and analysis, as well as trading systems that allow dealers to buy and sell such assets as currencies and shares on a computer screen instead of by telephone or on a trading floor like that of the New York Stock Exchange. Competitors include Bloomberg L.P. and Dow Jones Newswires. It is now a part of Thomson Reuters.

Trading Hours : Mon – Fri from 14:00-20:00GMT
Reuters Code: TRI.N
Expiry Rule : (Bid + Ask) / 2

## NISSAN MOTORNISSAN MOTOR

Nissan Motor Company Ltd usually shortened to Nissan (play /ˈniːsɑːn/ or UK /ˈnɪsæn/; Japanese: [nisːan]), is a multinational automaker headquartered in Japan. It was formerly a core member of the Nissan Group, but has become more independent after its restructuring under Carlos Ghosn (CEO).It formerly marketed vehicles under the "Datsun" brand name and is one of the largest car manufacturers in the world. As of 2011, the company's partner in the alliance is located in Nishi-ku, Yokohama. In 1999, Nissan entered a two way alliance with Renault S.A. of France, which owns 43.4% of Nissan while Nissan holds 15% of Renault shares, as of 2008. The current market share of Nissan along with Honda and Toyota, in American auto sales represent the largest of the automotive firms based in Asia that have been increasingly encroaching on the historically dominant US-based "Big Three" consisting of GM, Ford and Chrysler. In its home market, Nissan is the third largest car manufacturer, with Honda being second by a small margin of 2,989 units and Toyota in a very dominant first. Along with its normal range of models, Nissan also produces a range of luxury models branded as Infiniti.

Trading Hours : Mon – Fri 01:02:00 & 03:30-06:00 GMT
Reuters Code : NISSAN
Expiry Rule : (Bid + Ask) / 2

## NIKE (US)NIKE (US)

Nike, Inc. is a major publicly traded sportswear and equipment supplier based in the United States. It is the world's leading supplier of athletic shoes and apparel and a major manufacturer of sports equipment with revenue in excess of $18.6 billion USD in its fiscal year 2008 . As of 2008, it employed more than 30,000 people worldwide. The company was founded on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Philip Knight, and officially became Nike, Inc. in 1978. The company takes its name from Nike (Greek Nίkη; pronounced [niːkɛ]), the Greek goddess of victory. It is also based on Egyptian usage of "strength", "victory", naklti. Nike markets its products under its own brand as well as Nike Golf, Nike Pro, Nike+, Air Jordan, Nike Skateboarding and subsidiaries including Cole Haan, Hurley International, Umbro and Converse. In addition to manufacturing sportswear and equipment, the company operates retail stores under the Niketown name.

Trading Hours Mon – Fri 15:00 – 19:00
Reuters Code : NKE
Expiry Rule : (Bid + Ask) / 2

## LUKOIL (RUSSIA)LUKOIL (RUSSIA)

Lukoil (RTS:LKOH LSE: LKOD NASDAQ: LUKOY) is Russia's largest oil company and the largest producer of oil. In 2007, the company produced 95.645 million tons of oil, 1.953 million barrels per day.

**4**

Its international operations is more than 40 countries around the world.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : LKOH.MM
Expiry Rate : (Bid + Ask) / 2

## HSBC HOLDINGS (LONDON)HSBC HOLDINGS (LONDON)

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. It is both the world's largest banking group and the world's 8th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings, Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals.

HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

Trading hours Mon – Fri 7:30 – 15:30
Reuters Code : HSBA.L
Expiry Rate : (Bid + Ask) / 2

## GAZPROM (RUSSIA)GAZPROM (RUSSIA)

Gazprom (English: Open Joint Stock Company "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company.
Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake.
In 2005, the company produced 548.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 16% of Russia's gross domestic product in 2005.

Trading hours Mon – Fri 6:30 – 14:30
Reuters Code : GAZP.MM
Expiry Rate : (Bid + Ask) / 2

## COCA COLA (US)COCA COLA (US)

Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

Trading hours : Mon – Fri 13:40 – 20:00
Reuters Code : COKE
Expiry Rate : (Bid + Ask) / 2

## CITI (US)CITI (US)

Citigroup Inc. (branded Citi) is a major American financial services company based in New York. Citigroup was formed from one of the world's largest mergers in history by combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.

It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : NOEC
Expiry Rate : (Bid + Ask) / 2

## BP (BRITISH PETROLEUM)

BP plc is the third largest global energy company, the 5th largest company in the world and UK's largest company, with headquarters in St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world, and one of the six "supermajors" (vertically integrated private sector oil exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100.

Trading hours Mon – Fri 7:15 – 15:30
Reuters Code : BP.L
Expiry Rate : (Bid + Ask) / 2

## BAE SYSTEMS (LONDON)BAE SYSTEMS (LONDON)

BAE Systems plc is a British defense, security and aerospace company headquartered in Farnborough, Hampshire, England, that has global interests, particularly in North America through its subsidiary BAE Systems Inc. BAE is the world's second-largest defense contractor and the largest in Europe. It was formed on 30 November 1999 by the £7.7 billion merger of two British companies, Marconi Electronic Systems (MES), the defence electronics and naval shipbuilding subsidiary of the General Electric Company plc (GEC), and the aircraft, munitions and naval systems manufacturer British Aerospace (BAE).

Trading hours Mon – Fri 8:30 – 16:00
Reuters Code : BAE.S.L
Expiry Rate : (Bid + Ask) / 2

## APPLE (US)APPLE (US)

Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.

Trading hours Mon – Fri 13:40 – 20:00
Reuters Code : AAPL.O
Expiry Rate : (Bid + Ask) / 2

## IBM

International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells computer hardware and software, and it offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.

Trading Hours : Mon – Fri  from 13:40 – 20:00

## MICROSOFT (US)

Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.
The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. Its products have all achieved near-ubiquity in the desktop computer market.
When the company debuted its IPO in March 13, 1986, the stock price was US $21. By the end of the first trading day, the stock had closed at $28. The stock price peaked in 1999 at around US $119.
In the last few years, the price of Microsoft's stock largely remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008.

Trading hours Mon – Fri 15:00 – 19:00
Reuters Code : MSFT.O
Expiry Rate : (Bid + Ask) / 2

## WHEATWHEAT

Wheat is a grass, originally from the Fertile Crescent region of the Near East, but now cultivated worldwide. In 2007 world production of wheat was 607 million tons, making it the third most produced cereal after maize (784 million tons) and rice (651 million tons) Globally, wheat is the leading source of vegetable protein in human food, having higher protein content than either maize (corn) or rice, the other major cereals. In terms of total production tonnages used for food, it is currently second to rice as the main human food crop, and ahead of maize, after allowing for maize's more extensive use in animal feeds.

Trading Hours : Mon – Fri 12:00-18:00 GMT

## Sugar

The sugar is one of the world's leading sweeteners, mainly produced in Brazil.
There are many types of sugars which all are rated by the ICUMSA (international commission uniform methods of sugar analysis), at our platform the sugar is traded as quoted and cleared by the CME group.
The future contracts are index standardized and represent the price of sugar for 112,000 units. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July and October).

Platform trading hours 10:00 – 18:00
CME symbol: YO.
Expiry rate (Bid + Ask)/2

## SILVER

Silver, in the form of electrum (a gold-silver alloy), was coined to produce money in around 700 BCE by the Lydians. Later, silver was refined and coined in its pure form. Many nations used silver as the basic unit of monetary value. In the modern world, silver bullion has the ISO currency code XAG. The name of the United Kingdom monetary unit "pound" reflects the fact that it originally represented the value of one troy pound of sterling silver. In the 1900s, many nations, such as the United States and Great Britain, switched from silver to a gold standard value, then in the 20th century to fiat currency. Much like gold, it is considered to be a natural hedge against inflation and in the last few years was highly correlated with world growth.

Trading Hours : Mon – Thu 04:00 – 20:30
Reuters Code : XAG=
Expiry Rate : (Bid + Ask) / 2

## PLATINUM

Platinum is a chemical element with the chemical symbol Pt and an atomic number of 78. Platinum is used in jewelry, laboratory equipment, electrical contacts and electrodes, platinum resistance thermometers, dentistry equipment, and catalytic converters. Platinum bullion has the ISO currency code of XPT. Platinum is a commodity with a value that fluctuates according to market forces. On June 5, 2009, Platinum was worth $1263.00 per troy ounce (approximately $40.99 per gram).

Trading Hours : Mon – Fri 10:00 – 20:00
Reuters Code : XPT=
Expiry Rate : (Bid + Ask) / 2

## OIL (LIGHT SWEET CRUDE)

Sweet crude oil is a type of petroleum. Petroleum is considered "sweet" if it contains less than 0.5% sulfur, compared to a higher level of sulfur in sour crude oil. Sweet crude oil contains small amounts of hydrogen sulfide and carbon dioxide. High quality, low sulfur crude oil is commonly used for processing into gasoline and is in high demand, particularly in the industrialized nations. "Light sweet crude oil" is the most sought-after version of crude oil as it contains a disproportionately large amount of these fractions that are used to process gasoline, kerosene, and high-quality diesel. The term "sweet" originated because the low level of sulfur provides the oil with a mildly sweet taste and pleasant smell. Nineteenth century prospectors would taste and smell small quantities of the oil to determine its quality.
This type of oil is considered a benchmark for oil and is traded at the Chicago Mercantile Exchange. The oil is considered a natural hedge against inflation as in the last few years was highly correlated with the world's growth.

Trading Hours : Mon – Fri 2:00 – 20:30
Reuters Code : CLV1
Expiry Rate : (Bid + Ask) / 2

## GOLD

Historically gold coinage was widely used as currency. When paper money was introduced, it typically was a receipt redeemable for gold coin or bullion. In an economic system known as the gold standard, a certain weight of gold was given the name of a unit of currency. For a long period, the United States government set the value of the US dollar so that one troy ounce was equal to $20.67 (0.04836 oz/kg), but in 1934 the dollar was devalued to $35.00 per troy ounce (0.725 27 kg). By 1961 it was becoming hard to maintain this price, and a pool of US and European banks agreed to manipulate the market to prevent further currency devaluation against increased gold demand. On March 17, 1968, economic circumstances caused the collapse of the gold pool, and a two-tiered pricing scheme was established whereby gold was still used to settle international accounts at the old $35.00 per troy ounce ($1.13/g) but the price of gold on the private market was allowed to fluctuate; this two-tiered pricing system was abandoned in 1975 when the price of gold was left to find its free-market level.
Today Gold is considered to be a natural hedge against world inflation and in the last few years together with crude prices and other metals, was highly correlated with world global growth, especially in emerging markets.

Trading Hours : Mon – Thu 2:00-20:30 GMT
Reuters Code : XAU=
Expiry Rate : (Bid + Ask) / 2

## Coffee

One of the world's most popular drinks, it is assumed that 80% of adults drink some sort of coffee or a derivative of coffee at list once a day. Like many other soft commodities Brazil is the largest producer of coffee.
The future contracts are dollar dominated and represent the price of sugar for 37,500 pounds. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July September and December).

Platform trading hours 13:00-18:00GMT
CME symbol KC.

## TOPIX

Tokyo Stock Price Index, commonly known as TOPIX, along with Nikkei 225, is an important stock market index for the Tokyo Stock Exchange in Japan, tracking all domestic companies of the exchange's First Section. It is calculated and published by the TSE. As of February 1, 2011, there are 1,669 companies listed on the First Section of the TSE. The market value for the index on the same date is 197,497 Billion Yen.

Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT

## TEL AVIV 25

The TA-25 Index is the TASE's flagship index. It was first published in 1992 under the name "MA'OF Index". The TA-25 index tracks the prices of the shares of the 25 companies with the highest market capitalization on the exchange. It serves as an underlying asset for options and futures, index-Linked Certificates and Reverse Certificates traded on the exchange and worldwide. The index also began on 1 January 1992 with a base level of 100.

Trading Hours : Sun – Thu  07:00-13:30 GMT

## TADAWUL (SAUDI STOCK EXCHANGE)

Saudi Stock Exchange or Tadawul is the only stock exchange in Saudi Arabia. The Capital Market Authority supervises the exchange. The Tadawul All-Share Index (TASI) reached its highest point at 20,634.86 on 25 February 2006. It lists 115 publicly traded companies (as of April 30th 2008).

Trading Hours : Sun – Wed 9:10 – 12:20
Reuters code : .TASI
Expiry Rate : Reuters Last Rate

## SSE180 (SHANGHAI STOCK EXCHANGE)

Traded in the Shanghai stock exchange, the SSE Composite Index (also known as Shanghai Composite) is the most commonly used indicator to reflect SSE's market performance. Constituents for the SSE Composite Index are all listed stocks (A shares and B shares) at the Shanghai Stock Exchange.  The SSE180 reflects the largest 180 stocks in the SSE general index and it includes stocks such as BANK OF CHINA and AIR CHINA.

Trading Hours : Mon – Fri  7:00 – 8:00.
Reuters Code : .SSE180
Expiry Rate : Reuters Last Rate

## S&P

Traded on the CME (Chicago Mercantile Exchange), Standard & Poors is a value-weighted index of 500 large-cap common stocks actively traded in the United States. The stocks included in the S&P are those of large publicly held companies that trade  on either of the two largest American stock market companies: the NYSE Euronext and the NASDAQ OMX.

Trading Hours : Mon – Fri 15:40-20:00
Reuters Code : .SPX
Expiry Rate : (Bid + Ask) / 2

## RTS (RUSSIAN TRADING SYSTEM)

The Russian Trading System is a stock market established in 1995 in Moscow, consolidating various regional trading floors into one exchange.
The RTS Index (RTSI) is an index of 50 Russian stocks (as of March 15th, 2007) that trade on the RTS Stock Exchange in Moscow.
The index includes GAZPROM and SBERBANK, VOLGA TELECOM and NOVATEK.

Trading Hours : Mon – Fri 8:30 – 14:30
Reuters Code : .IRTS
Expiry Rate : Reuters Last Rate

## NIKKEI225 (JPN)

Nikkei 225, more commonly called the Nikkei, the Nikkei index, or the Nikkei Stock Average, is a stock market index for the Tokyo Stock Exchange (TSE). It has been calculated daily by the Nihon Keizai Shimbun (Nikkei) newspaper since 1950. It is a price-weighted average (the unit is yen), and the components are reviewed once a year. Currently, the Nikkei is the most widely quoted average of Japanese equities, similar to the Dow Jones Industrial Average. In fact, it was known as the "Nikkei Dow Jones Stock Average" from 1975 to 1985.

Trading Hours : Mon – Fri 00:15-02:30,03:40-06:00 GMT

## NASDAQ (US)

The Nasdaq Composite is a stock market index of all of the common stocks and similar securities listed on the NASDAQ stock market, meaning that it has over 3,000 components. It is highly regarded in the U.S. as an indicator of the performance of stocks of technology companies and growth companies. Since American and non-American companies are listed on the NASDAQ stock market, the index is not exclusively a U.S. index.

Trading Hours : Mon – Fri  15:00 – 15:00
Reuters Code : .IXIC
Expiry Rule : Reuters Last Rate

## MSM 30 (OMAN)MSM 30 (OMAN)

The Muscat Securities Market (MSM) is the principal stock exchange of Oman. It is located in Muscat and it was founded in 1988. The principal stock index at the MSM is the MSM-30. The MSM-30 (also known as the Muscat Securities Market Index) was established in 1992. The composition of the index by sector is as follows:
Banks & Investment Sector: 69 companies
Industry Sector: 20 companies
Service : 61 companies.
The Index includes stocks such as DHOFAR BANK and NATIONAL BANK OF OMAN

Trading Hours : Sun – Thu 9:30 – 9:30
Reuters Code : .MSI
Expiry Rule : Reuters Last Rate

## MICEX 10 (MOSCOW INTERBANK EXCHANGE)

The MICEX 10 Index is a price non-weighted index, calculated as the arithmetic mean of the change of prices of 10 most liquid stocks admitted to circulation in the Stock Market Section of the Moscow Interbank Currency Exchange in Moscow. The index includes Russian Top firms in a variety of sectors such as GAZProm and SBERBANK.

Trading Hours : Mon – Fri 8:30 – 14:30
Reuters Code : .MICX10
Expiry Rule : Reuters Last Rate

## KUWAIT (KUWAIT GENERAL INDEX)

The Kuwait Stock Exchange (KSE) is the national stock market of The State of Kuwait. Although several share holding companies (such as NBK in 1952) existed in Kuwait prior to the creation of the KSE, it was not until October 1962 that a law was passed to organize the country's stock market. The Kuwait Stock Exchange is also among the first and largest stock exchanges in the Persian Gulf region, and is now gaining prominence as one of the most potentially important in the world.

Trading Hours : Sun – Thu 9:20 – 9:20
Reuters Code : .KWSE
Expiry Rule : Reuters Last Rate

## KL FUTURE

The Kuala Lumpur Composite Index is a capitalization-weighted stock market index, introduced in 1995.

Trading Hours : Mon – Fri 01:00-04:30,07:00-09:00
Reuters Code : .KLI-cY
Expiry Rule (Bid + Ask) / 2

## ISE 30 (ISTANBUL STOCK EXCHANGE)ISE 30 (ISTANBUL STOCK EXCHANGE)

The Istanbul Stock Exchange (ISE) is the only corporation in Turkey for securities exchange established to provide trading in equities, bonds and bills, revenue-sharing certificates, private sector bonds, foreign securities and real estate certificates as well as international securities.
ISE is home to 328 national companies. Local trading hours are 09:30-12:00 for the first session and 14:00-17:00 for the second session, on workdays. All ISE members are incorporated banks and brokerage houses.

Trading Hours Mon – Fri  7:00 – 9:00 and 11:10 – 13:00
Reuters Code : .XU030
Expiry Rule : Reuters Last Rate

## HANG SENG (HONG KONG)

HSI was started on November 24, 1969, and is currently compiled and maintained by HSI Services Limited. It is a subsidiary of Hang Seng Bank, the largest bank registered and listed in Hong Kong in terms of market capitalization. It is responsible for compiling, publishing and managing the Hang Seng Index.

Trading Hours Mon – Fri 01:30-04:00,05:10-08:00
Reuters Code : .HSI
Expiry Rule : Reuters Last Rate

## FTSE 100 (UK)

The FTSE 100 Index — also called FTSE 100, FTSE, or, informally, the "footsie" is a share index of the 100 most highly capitalized UK companies listed on the London Stock Exchange. Because the FTSE includes large international companies such as HSBC, BP, Vodafone and Unilever it is considered to be a Global index and as such is followed by investors worldwide.

Trading Hours : Mon – Fri  9:30 – 14:30
Reuters Code : .FTSE
Expiry Rule : Reuters Last Rate

## DUBAI (DUBAI FINANCIAL MARKET GENERAL INDEX)

The Dubai Financial Market is a stock exchange located in Dubai, United Arab Emirates. It was founded on March 26, 2000.
There are about 57 companies listed (as of August 2007) on DFM, most of them are UAE-based companies and a few dual listings for companies turned in other MENA region countries.
During 2004 and 2005, there were significant increases in the volume of shares traded and the share prices of many companies. However, towards the end of 2005 and through the first few months of 2006 the bubble burst and share values dropped by around 60% on DFM, along with similar decreases in most other Persian Gulf stock markets.
The DFM index includes stocks such as DUBAI ISLAMIC BANK and the EMIRATES TELECOMMUNICATION COMPANY.

Trading Hours: Sun – Thu 6:30 – 9:50
Reuters Code : .DFMGI
Expiry Rule : Reuters Last Rate

## DOW (US)

Traded on the NYSE (New York Stock Exchange) the Dow Jones Industrial Average (i.e. Industrial Average, Dow Jones, Dow 30, or  Dow) complies the index to gauge the  performance of the industrial sector within the American economy.

Trading Hours : Mon – Fri 13:40 – 20:00
Reuters Code : .DJI
Expiry Rule : Reuters Last Rate

## DAX (GERMANY)

The DAX (Deutscher Aktien IndeX, formerly Deutscher Aktien-Index (German stock index)) is a blue chip stock market index consisting of the 30 major German companies trading on the Frankfurt Stock Exchange. The DAX index includes stocks such as Adidas, Deutsche Bank and Bayer.

Trading Hours : Mon – Fri 7:15 – 15:30
Reuters Code : .GDAXI
Expiration Rule : Reuters Last Rate

## CAC (FRANCE)

The CAC 40 (Cotation Assistée en Continu – Continuous Assisted Quotation) is a benchmark French stock market index. The index represents a capitalization-weighted measure of the 40 most significant values among the 100 highest market caps on the Paris Bourse (now Euronext Paris).
The CAC 40 includes companies such as BNP Paribas, Renault, L'Oreal and France Telecom.

Trading Hours : Mon – Fri 7:45 – 15:30
Expiry Rule : Reuters Last Rate

7



24/7 Support center
now available on mobile



- [My account](#)
- [Live chat](#)
- [Contact us](#)

🇷🇺 Russian ⌄

- 🇬🇧 [English](#)
- 🇷🇺 [Russian](#)
- 🇫🇷 [Français](#)
- 🇮🇹 [Italiano](#)
- 🇩🇪 [Deutsch](#)
- 🇪🇸 [Español](#)
- 🇵🇹 [Português](#)

Login ⌄

E-mail:

Password:

[Forgot Password?]                                                                                 [Login]

- [Trade](#)
- |
- [score](#)
  - [Open an account](#)
  - [GTO Classic Score](#)
  - [GTO Mini Account](#)
  - [GTO Gold Account](#)
  - [Answers on questions](#)
- |
- [Why GTOptions?](#)
  - [Why GTOptions?](#)
  - [Preservation of funds](#)
  - [Privacy Policy](#)
  - [About risk](#)
- |
- [Partners](#)
  - [Partners](#)
  - [Affiliate program](#)
  - [BI](#)
  - [Partners - White Labels](#)
  - [Friends recommendation](#)
- |
- [banking](#)
  - [Output Methods](#)
  - [Bonus](#)
  - [Answers on questions](#)
  - [Asset Index](#)
- |
- [education](#)
  - [Video lessons](#)
  - [EBook](#)
  - [Getting Started](#)
  - [Your broker](#)
  - [Briefing](#)
  - [GTO Chat](#)
- |
- [About Us](#)
  - [About Us](#)
  - [GTO Chat](#)
  - [Conditions](#)
  - [KYC Policy](#)
  - [Contacts](#)

.IBABA 113.050 (17:00 27.11)                   ALIBABA 113.050 (17:00 27.11)

D VS OIL 17.1840 (17:00 27.11)                 GOLD VS OIL 17.1840 (17:00 27.11)              [Home Page] Asset Index

|                                                              |

9

# Asset index

AMAZON VS NETFLIX 0.94834 (17:00 27.11)

LINKEDIN VS TWITTER 5.4956 (17:00 a.m. 11/27)

FACEBOOK VS TWITTER 1.88234 (17:00 27.11)

GOOGLE VS BAIDU 2.19752 (17:00 27.11)

AMAZON VS EBAY 6.1140 (17:00 27.11)

TWITTER 41.2200 (17:00 27.11)

LINKEDIN VS FACEBOOK 2.9196 (17:00 27.11)

S&P; 500 F VS NASDAQ F 0.4788 (17:00 27.11)

USD / MXN 13.7670 (17:00 27.11)

VIX 12.0700 (17:00 27.11)

DOLLAR INDEX F. 87.972 (17:00 27.11)

TSX 60 872.780 (5:00 p.m. 27.11)

3M 157.750 (17:00 27.11)

BLACKBERRY 10.4600 (17:00 27.11)

NASDAQ VS APPLE 40.18737 (17:00 27.11)

APPLE VS AMAZON 0.35714 (17:00 27.11)

CITIGROUP VS AIG 0.99021 (17:00 27.11)

FACEBOOK 77.5900 (17:00 27.11)

CITIGROUP VS JP MORGAN CHASE 0.89559 (17:00 27.11)

GOLD VS SILVER 73.3123 (17:00 27.11)

APPLE VS GOOGLE 0.22059 (17:00 27.11)

STARBUCKS 79.6550 (17:00 27.11)

TZA-SHORT X3 13.3400 (17:00 27.11)

expiry rule: (bid + ask) / 2

USD / TRY

the exchange rate of the us dollar and the new turkish lira.

trading hours: Monday - Friday 7:30 - 13:30

reuters code: try =
expiry rule: (bid + ask) / 2

EUR / GBP

the exchange rate of the euro and the British pound.

trading hours: Monday - Friday 7:00 - 19:00
reuters code: eurgbp =
expiry rule: (bid + ask) / 2

EUR / JPY

exchange rate of euro and japanese yen.

trading hours: Monday - Friday 0:00 - 23:59
reuters code: eurjpy =
expiry rule: (bid + ask) / 2

USD / CAD

US dollar and Canadian dollar exchange rate.

trading hours: Monday - Friday 7:00 - 19:00
reuters code: cad =
expiry rule: (bid + ask) / 2

USD / JPY

US dollar and Japanese yen exchange rate.

trading hours: Monday - Friday 0:00 - 23:59
reuters code: jpy =
expiry rule: (bid + ask) / 2

---

Currencies Goods Indices

NZD / USD

USD / CHF

USD / ZAR

us dollar and rand africa exchange rate.

trading hours: Monday - Friday 9:00 - 16:00
reuters code: zar =
expiry rule: (bid + ask) / 2

USD / SGD

exchange rate of us dollar and singapore dollar.

trading hours: Monday - Friday 2:00 - 9:00
reuters code: sgd =
expiry rule: (bid + ask) / 2

AUD / USD

US dollar and Canadian dollar exchange rate.

trading hours: Monday - Friday 0:00 - 23:59
reuters code: cad =
expiry rule: (bid + ask) / 2

USD / RUB

The exchange rate of the US dollar and the Russian ruble.

trading hours: Monday - Friday 8:00 - 13:00
reuters code rub =

GBP / USD

the exchange rate of the British pound and the US dollar.

trading hours: Monday - Friday 7:00 - 19:00
reuters cod: gbp =
expiry rule: (bid + ask) / 2

EUR / USD

exchange rate of euro and us dollar.

trading hours: Monday - Friday 0:00 - 23:59
reuters code: eur =
expiry rule: (bid + ask) / 2

Bitcoin

Bitcoin is a peer-to-peer payment system and a digital currency that was introduced as open source software in 2009 by pseudonymous developer Satoshi Nakamoto. It is a crypto currency, so called because it uses cryptography to control the creation and transfer of money.

Trading Hours: Mon - Fri 09:00 - 18:00 GMT
Reuters Code: TUCND.PK
Expiry Rule: (Bid + Ask) / 2











Trade
Trade Opening an Account Withdrawal Methods Getting Started
Trading Tools
Currency Stocks Commodities Indices Trade
GTO Bank
GTO Mini GTO Account Classic GTO Account Gold Account Funds Preservation Bonus
Tools
Economy Fibonacci Calendar
Partners
BI Partners - White Labels Recommendation for Friends
Support
GTO Chat Briefing GTO Chat Your Broker KYC Policy AML PROCEDURES TERMS AND CONDITIONS

     

Important Risk Note: Trading binary options can generate significant benefits but also involves a risk of partial or full funds loss and should be considered by initial investors. we strongly advise that you read our terms & conditions and disclaimer page before making any investment. customers must be aware of their individual capital gain tax liability in their country of residence.

It is against the law to solicit US persons to buy and sell commodity options, even if they are called 'prediction' contracts, unless they are listed for trading and traded on a CFTC-registered exchange or unless legally exempt.

Secured By:

Eufal LTD, 788 - 790 Finchley Road, London, United Kingdom, NW11 7TJ

Request Callback

Full Name:

Department:
Customer care

E-mail:

Phone number:

Subject:

Message:

SEND



Gold

Platinum

| Micro | Silver | Gold | Expert | Platinum |
|---|---|---|---|---|

You can scale anywhere. At any given time, at any place. You can build your list or your phone as well. You can build your list or your phone as well.

CLICK HERE to DOWNLOAD FOR IPHONE

CLICK HERE to DOWNLOAD FOR ANDROID

English

How to make a deposit | Deposit

**TRADERSKING** | Home Page | Trading | Market Review | Contact Us | Email | Password | Login

Forgot Password?

Home | Education | Live chat | REUTERS  DRT INDEX 91.608   SO U.S BEAR INDEX 49.859   SO TECHNOLOGY INDEX 114.196   SO U.S FINANC

## ASSET INDEX

**CURRENCIES** · **STOCKS** · **COMMODITIES** · **INDICES**

USD/ZAR
The exchange rate of the United States Dollar and the South African Rand.

**Trading Hours : Mon – Fri 07:00 – 14:00**
**Reuters code : ZAR=**
**Expiry Rule : (Bid + Ask) / 2**
USD/TRY
The exchange rate of the United States Dollar currency and the Turkish New Lira currency.

**Trading Hours : Mon – Fri 7:30 – 14:30**
**Reuters code : TRY=**
**Expiry Rule : (Bid + Ask) / 2**
USD/SGD
The exchange rate of the United States Dollar and the Singapore Dollar.

**Trading Hours : Mon – Fri 1:00 – 9:00**
**Reuters code : SGD=**
**Expiry Rule : (Bid + Ask) / 2**
USD/RUB
The exchange rate of the United States Dollar and the Russian Ruble.

**Trading Hours: Mon – Fri 8:00 – 13:00**
**Reuters code RUB =**
**Expiry Rule: (Bid + Ask) / 2**
USD/JPY
The exchange rate of the United States Dollar currency and the Japanese yen currency.

**Trading Hours : Mon – Fri 7:00 – 19:00**
**Reuters code : JPY=**
**Expiry Rule : (Bid + Ask) / 2**
USD/CHF
The exchange level of United States Dollar and the Swiss Franc.

**Trading Time : Mon – Fri 02:00 – 20:00**
**Reuters code : CHF=**
**Expiry Rule : (Bid + Ask) / 2**
USD/CAD
The exchange rate of the United States Dollar currency and the Canadian Dollar currency.

**Trading Hours : Mon – Fri 7:00 – 19:00**
**Reuters code : CAD=**
**Expiry Rule : (Bid + Ask) / 2**
NZD/USD
The exchange level of the the New Zealand Dollar and the United States Dollar.

**Trading Time : Mon – Thu 00:00 – 23:59**
**Reuters code : NZD=**
**Expiry Rule : (Bid + Ask) / 2**
GBP/USD
The exchange rate of the British Pound currency and the United States Dollar currency.

**Trading Hours : Mon – Fri 02:00 – 20:00**
**Reuters code : GBP=**
**Expiry Rule : (Bid + Ask) / 2**
EUR/USD
The exchange rate of the Euro and the United States Dollar.

**Trading Hours: Mon – Fri 00:00 – 23:59**
**Reuters code: EUR=**
**Expiry Rule: (Bid + Ask) / 2**
EUR/GBP
The exchange rate of the Euro and the British Pound.

**Trading Hours : Mon – Fri 01:00 – 19:00**
**Reuters code : EURGBP=**
**Expiry Rule : (Bid + Ask) / 2**
EUR/JPY
The exchange rate of the Euro and the Japanese Yen.

**Trading Hours : Mon – Fri 00:00 – 23:59**
**Reuters code : EURJPY=**
**Expiry Rule : (Bid + Ask) / 2**
TURKCELL (TURKEY)
**TURKCELL**
Turkcell (NYSE: TKC) is the leading mobile phone operator of Turkey, based in Istanbul. The company has 36.3 million subscribers by the end of September 2008, making it the third biggest in Europe. Turkcell is traded both at the Turkish Stock Exchange and the NYSE.
yourdomain enables trading on the Turkcell stock both in the Turkish Exchange and in the NYSE.

**Trading Hours : Mon – Fri from 12:00 – 13:50**
**Reuters Code : TKC**
**Expiry Rule : (Bid + Ask) / 2**
TEVA. TA
Teva Pharmaceutical Industries Ltd. NASDAQ: TEVA is an international pharmaceutical company headquartered in Petah Tikva, Israel. It specializes in generic and proprietary pharmaceuticals and active pharmaceutical ingredients. It is the largest generic drug manufacturer in the world and one of the 15 largest pharmaceutical companies worldwide.

**Trading Hours : Sun – Thu from 07:00 – 13:30**
Reuters Code : TEVA.TA
Expiry Rule : (Bid + Ask) / 2
TESCO
Tesco plc (LSE. TSCO) is a global grocery and general merchandising retailer headquartered in Cheshunt, United Kingdom It is the third-largest retailer in the world measured

by revenues (after Wal-Mart and Carrefour) and the second-largest measured by profits (after Wal-Mart).

It has stores in 14 countries across Asia, Europe and North America and is the grocery market leader in the UK (where it has a market share of around 30%), Malaysia, the Republic of Ireland and Thailand.

**Trading Hours : Mon – Fri from 07:15-15:30**

**TATA MOTORS (INDIA)**

Tata Motors Limited (NSE: TATAMOTORS, BSE: 500570, NYSE: TTM), is a multinational corporation headquartered in Mumbai, India. Part of the Tata Group, it was formerly known as TELCO (TATA Engineering and Locomotive Company). Tata Motors has a consolidated revenue of USD 16 billion after the acquisition of British automotive brands Jaguar and Land rover in 2008.

It is India's largest company in the automobile and commercial vehicle sector with upwards of 70% cumulative Market share in the Domestic Commercial vehicle segment, and a midsized player on the world market with 0.81% market share in 2007 according to OICA data. The OICA ranked it as the 19th largest automaker, based on figures for 2007 Tata Motors is a dual-listed company traded on both the Bombay Stock Exchange, as well as on the New York Stock Exchange. Tata Motors in 2005, was ranked among the top 10 corporations in India with an annual revenue exceeding INR 320 billion.

**Trading Hours Mon – Fri 4:30 – 10:00**
**Reuters Code : TAMO.BO**
**Expiry Rule : (Bid + Ask) / 2**

**SBERBANK (RUSSIA)**

Sberbank Rossii (MICEX:SBER RTS:SBER) ( "Savings Bank of the Russian Federation") is the largest bank in Russia and Eastern Europe. The company's headquarters are in Moscow and its history goes back to the financial reform of 1841. In many regions, Sberbank is practically the only bank capable of providing local administrations with complex banking services and rendering significant financial support in implementing investment and social programs.

**Trading hours Mon – Fri 8:00 – 14:00**
**Reuters Code : SBER03.MM**
**Expiry Rule : (Bid + Ask) / 2**

**ROLLS ROYCE (LONDON)**

Rolls-Royce plc (LSE: RR.) is a British aircraft engine maker, and the second-largest in the world, behind GE Aviation. The company has related businesses in the defense aerospace, marine and energy markets.

Rolls-Royce was nationalized in 1971, by which time aircraft engines had long been the most significant part of the business. The automobile company was separated in 1973 and the present Rolls-Royce plc was re-privatized in 1987. Rolls-Royce is, through its defense aerospace division, the world's 16th largest defence contractor. Defense aerospace sales accounted for 21% of group sales in 2005, civil aerospace 53%, marine 17% and energy 8%. It is listed on the London Stock Exchange and is a constituent of the FTSE 100 Index.

**Trading hours Mon – Fri 8:30 – 16:00**
**Reuters Code : RR.L**
**Expiry Rule: (Bid + Ask) / 2**

**REUTERS (US THOMSON REUTERS)**

Reuters Group Limited  is a UK-based, Canadian company. This news company provides information about financial markets  from around the world to newspapers and broadcasters. Its main focus is in supplying the financial markets with information and trading products. This includes market data, such as share prices and currency rates, research and analysis, as well as trading systems that allow dealers to buy and sell such assets as currencies and shares on a computer screen instead of by telephone or on a trading floor like that of the New York Stock Exchange. Competitors include Bloomberg L.P. and Dow Jones Newswires. It is now a part of Thomson Reuters.

**Trading hours: Mon – Fri from 14:00-20:00GMT**
**Reuters Code: TRI.N**
**Expiry Rule: (Bid + Ask) / 2**

**NISSAN MOTOR**

Nissan Motor Company Ltd usually shortened to Nissan (play / ni so n/ or UK / ni sæn/, Japanese: [ni su]), is a multinational automaker headquartered in Japan. It was formerly a core member of the Nissan Group, but has become more independent after its restructuring under Carlos Ghosn (CEO).t formerly marketed vehicles under the "Datsun" brand name and is one of the largest car manufacturers in the world. As of 2011, the company's global headquarters is located in Nishi-ku, Yokohama. In 1999, Nissan entered a two way alliance with Renault S.A. of France, which owns 43.4% of Nissan while Nissan holds 15% of Renault shares, as of 2008. The current market share of Nissan, along with Honda and Toyota, In American auto sales represent the largest of the automotive firms based in Asia that have been increasingly encroaching on the historically dominant US-based "Big Three" consisting of GM, Ford and Chrysler. In its home market, Nissan is the third largest car manufacturer, with Honda being second by a small margin of 2,000 units and Toyota in a very dominant first. Along with its normal range of models, Nissan also produces a range of luxury models branded as Infinity.

**Trading Hours : Mon – Fri 00:15-02:00 & 03:30-06:00 GMT**
**Reuters Code : NISSAN**
**Expiry Rule : (Bid + Ask) / 2**

**NIKE (US)**

Nike, Inc. is a major publicly traded sportswear and equipment supplier based in the United States. It is the world's leading supplier of athletic shoes and apparel and a major manufacturer of sports equipment with revenue in excess of $18.6 billion USD in its fiscal year 2008 . As of 2008, it employed more than 30,000 people worldwide.

The company was founded on January 25, 1964 as Blue Ribbon Sports by Bill Bowerman and Phillip Knight, and officially became Nike, Inc. in 1978. The company takes its name from Nike (Greek Nikn, pronounced [ni:ke:]), the Greek goddess of victory; it is also based on Egyptian usage of "strength", "victory", nakht. Nike markets its products under its own brand as well as Nike Golf, Nike Pro, Nike+, Air Jordan, Nike Skateboarding and subsidiaries including Cole Haan, Hurley International, Umbro and Converse. In addition to manufacturing sportswear and equipment, the company operates retail stores under the Niketown name.

**Trading hours Mon – Fri 15:00 – 19:00**
**Reuters Code : NKE**
**Expiry Rule : (Bid + Ask) / 2**

**LUKOIL (RUSSIA)**

Lukoil (RTS:LKOH LSE: LKOD NASDAQ: LUKOY) is Russia's largest oil company and its largest producer of oil. In 2007, the company produced 96.645 million tons of oil; 1.953 million barrels per day.

Its international upstream subsidiary is called Lukoil Overseas Holding. Headquartered in Moscow, Lukoil is the second largest public company (next to Exxon Mobil) in terms of proven oil and gas reserves. In 2008, the company had 19.3 billion barrels of oil equivalent per SPE standards. This accounts to some 1.3% of global oil reserves. The company has operations in more than 40 countries around the world.

**Trading hours Mon – Fri 6:30 – 14:30**
**Reuters Code : LKOH.MM**
**Expiry Rule : (Bid + Ask) / 2**

**HSBC HOLDINGS (LONDON)**

HSBC Holdings plc is a public limited company incorporated in England and Wales in 1990, and headquartered in London since 1993. As of 2009, it is both the world's largest banking group and the world's 6th largest company according to a composite measure by Forbes magazine. The group was founded from The Hongkong and Shanghai Banking Corporation based in Hong Kong, the acronym of which led to the current name. Today, whilst no single geographical area dominates the group's earnings. Hong Kong still continues to be a significant source of its income. Recent acquisitions and expansion in China are returning HSBC to part of its roots.HSBC has an enormous operational base in Asia and significant lending, investment, and insurance activities around the world. The company has a global reach and financial fundamentals matched by few other banking or financial multinationals.

HSBC is listed on the London, New York, Hong Kong, Paris and Bermuda Stock Exchanges, and is a constituent of the FTSE 100 Index and the Hang Seng Index.

**Trading hours Mon – Fri 7:30 – 15:30**
**Reuters Code : HSBA.L**
**Expiry Rule : (Bid + Ask) / 2**

**GAZPROM (RUSSIA)**

Gazprom (English: Open Joint Stock Company "Gazprom") is the largest extractor of natural gas in the world and the largest Russian company.

Gazprom was created in 1989 when the Ministry of Gas Industry of the Soviet Union transformed itself into a corporation, keeping all its assets intact. The company was later privatized in part, but currently the Russian government holds a controlling stake.

In 2008, the company produced 549.7 billion cubic meters of natural gas, amounting to 17% of the worldwide gas production. In addition, the company produced 32 million tons of oil and 10.9 million tons of gas. Gazprom's activities accounted for 10% of Russia's gross domestic product in 2008.

**Trading hours Mon – Fri 6:30 – 14:30**
**Reuters Code : GAZP.MM**
**Expiry Rule : (Bid + Ask) / 2**

**COCA COLA (US)**

Coca-Cola is a carbonated soft drink sold in stores, restaurants and vending machines internationally. The Coca-Cola Company claims that the beverage is sold in more than 200 countries. It is produced by The Coca-Cola Company in Atlanta, Georgia, and is often simply referred to as Coke or Cola. Originally intended as a patent medicine when it was invented in the late 19th century by John Pemberton, Coca-Cola was bought out by businessman Asa Griggs Candler, whose marketing tactics led Coke to its dominance of the world soft-drink market throughout the 20th century. Coca Cola like the famous brand McDonald is considered a symbol of US capitalism and culture.

**Trading Hours : Mon – Fri 13:40 – 20:00**
**Reuters Code : COKE**
**Expiry Rule : (Bid + Ask) / 2**

**CITI (US)**

Citigroup Inc. (branded Citi) is a major American financial services company based in New York. Citigroup was formed from one of the world's largest mergers in history by

combining the banking giant Citicorp and financial conglomerate Travelers Group on April 7, 1998. Citigroup Inc. has the world's largest financial services network, spanning 140 countries with approximately 16,000 offices worldwide and employs approximately 322,000 staff around the world.

It is the world's largest bank by total customers & worldwide branch network as of 2009. It is a primary dealer in US Treasury securities. Citigroup suffered huge losses during the global financial crisis of 2008 and was rescued in November 2008 in a massive bailout by the U.S. government.

**Trading Hours : Mon – Fri 13:40 – 20:00**
**Reuters Code : NOEC**
**Expiry Rule : (Bid + Ask) / 2**

BP (BRITISH PETROLEUM)

BP plc is the third largest global energy company, the 5th largest company in the world and UK's largest company, with headquarters in St James's, City of Westminster, London. The company is among the largest private sector energy corporation in the world, and one of the six "supermajors" (vertically integrated private sector oil exploration, natural gas, and petroleum product marketing companies). The Company is listed on the London Stock Exchange and is a constituent of the FTSE 100

**Trading hours Mon – Fri 7:15 – 15:30**
**Reuters Code : BPL**
**Expiry Rule : (Bid + Ask) / 2**

BAE SYSTEMS (LONDON)

BAE Systems plc is a British defense, security and aerospace company headquartered in Farnborough, Hampshire, England, that has global interests, particularly in North America through its subsidiary BAE Systems Inc. BAE is the world's second-largest defense contractor and the largest in Europe. It was formed on 30 November 1999 by the £7.7 billion merger of two British companies, Marconi Electronic Systems (MES), the defence electronics and naval shipbuilding subsidiary of the General Electric Company plc (GEC), and the aircraft, munitions and naval systems manufacturer British Aerospace (BAE)

**Trading Hours Mon – Fri 8:30 – 16:00**
**Reuters Code : BAES.L**
**Expiry Rule : (Bid + Ask) / 2**

APPLE (US)

Apple Inc. is an American multinational corporation that designs and manufactures consumer electronics and computer software products. The company's best-known hardware products include Macintosh computers, the iPod and the iPhone. Apple software includes the Mac OS X operating system, the iTunes media browser, the iLife suite of multimedia and creativity software, the iWork suite of productivity software, Final Cut Studio, a suite of professional audio and film-industry software products, and Logic Studio, a suite of audio tools. The company operates more than 250 retail stores in nine countries and an online store where hardware and software products are sold.

**Trading Hours Mon – Fri 13:40 – 20:00**
**Reuters Code : AAPL.O**
**Expiry Rule : (Bid + Ask) / 2**

IBM (IBM)

International Business Machines (IBM) (NYSE: IBM) is an American multinational technology and consulting firm headquartered in Armonk, New York. IBM manufactures and sells computer hardware and software, and it offers infrastructure, hosting and consulting services in areas ranging from mainframe computers to nanotechnology.

**Trading Hours : Mon – Fri  from 13:40 – 20:00**
Microsoft  MICROSOFT (US)

Microsoft Corporation is a multinational computer technology corporation that develops, manufactures, licenses, and supports a wide range of software products for computing devices. Its most profitable products are the Microsoft Windows operating system and the Microsoft Office suite of productivity software.

The company was founded to develop and sell BASIC interpreters for the Altair 8800. Microsoft rose to dominate the home computer operating system market with MS-DOS in the mid-1980s, followed by the Windows line of operating systems. Its products have all achieved near-ubiquity in the desktop computer market.

When the company debuted its IPO in March 13, 1986, the stock price was US $21. By the end of the first trading day, the stock had closed at $28.The stock price peaked in 1999 at around US $119.

In the last few years, the price of Microsoft's stock largely remained steady, with a rise in stock price around the release of Windows Vista and a fall during the economic crisis of 2008.

**Trading Hours : Mon – Fri 15:00 – 19:00**
**Reuters Code : MSFT.O**
**Expiry Rule : (Bid + Ask) / 2**

WHEAT

Wheat is a grass, originally from the Fertile Crescent region of the Near East, but now cultivated worldwide. In 2007 world production of wheat was 607 million tons, making it the third most-produced cereal after maize (784 million tons) and rice (651 million tons).Globally, wheat is the leading source of vegetable protein in human food, having higher protein content than either maize (corn) or rice, the other major cereals. In terms of total production tonnages used for food, it is currently second to rice as the main human food crop, and ahead of maize, after allowing for maize's more extensive use in animal feeds.

Trading Hours : Mon – Fri 12:00-18:00 GMT
SUGAR

The sugar is one of the world's leading sweeteners, mainly produced in Brazil.

There are many types of sugars which all are rated by the ICUMSA (international commission uniform methods of sugar analysis), at our platform the sugar is traded as quoted and cleared by the CME group.

The future contracts are dollar dominated and represent the price of sugar for 112,000 units. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July and October).

**Platform trading hours 10:00 – 18:00**
CME symbol YO.
Expiry rule (Bid + Ask)/2

SILVER

Silver, in the form of electrum (a gold-silver alloy), was coined to produce money in around 700 BCE by the Lydians. Later, silver was refined and coined in its pure form. Many nations used silver as the basic unit of monetary value. In the modern world, silver bullion has the ISO currency code XAG. The name of the United Kingdom monetary unit "pound" reflects the fact that it originally represented the value of one troy pound of sterling silver. In the 1800s, many nations, such as the United States and Great Britain, switched from silver to a gold standard of monetary value, then in the 20th century to fiat currency.

Much like gold, it is considered to be a natural hedge against inflation and in the last few years was highly correlated with world growth.

**Trading Hours : Mon – Thu 04:00 – 20:30**
**Reuters Code : XAG=**
**Expiry Rule : (Bid + Ask) / 2**

PLATINUM

Platinum is a chemical element with the chemical symbol Pt and an atomic number of 78.

Platinum is used in jewelry, laboratory equipment, electrical contacts and electrodes, platinum resistance thermometers, dentistry equipment, and catalytic converters. Platinum bullion has the ISO currency code of XPT. Platinum is a commodity with a value that fluctuates according to market forces. On June 5, 2009, Platinum was worth $1263.00 per troy ounce (approximately $40.09 per gram).

**Trading Hours : Mon – Fri 10:00 – 20:00**
**Reuters Code : XPT=**
**Expiry Rule :  (Bid + Ask) / 2**

OIL (LIGHT SWEET CRUDE)

Sweet crude oil is a type of petroleum. Petroleum is considered "sweet" if it contains less than 0.5% sulfur, compared to a higher level of sulfur in sour crude oil. Sweet crude oil contains small amounts of hydrogen sulfide and carbon dioxide. High quality, low sulfur crude oil is commonly used for processing into gasoline and is in high demand, particularly in the industrialized nations. "Light sweet crude oil" is the most sought-after version of crude oil as it contains a disproportionately large amount of these fractions that are used to process gasoline, kerosene, and high-quality diesel. The term "sweet" originated because the low level of sulfur provides the oil with a mildly sweet taste and pleasant smell. Nineteenth century prospectors would taste and smell small quantities of the oil to determine its quality.

This type of oil is considered a benchmark for oil and is traded at the Chicago Mercantile Exchange. The oil is considered a natural hedge against inflation as in the last few years was highly correlated with the world's growth.

**Trading Hours : Mon – Fri 2:00 – 20:30**
**Reuters Code : CLV1**
**Expiry Rule : (Bid + Ask) / 2**

GOLD

Historically gold coinage was widely used as currency; When paper money was introduced, it typically was a receipt redeemable for gold coin or bullion. In an economic system known as the gold standard, a certain weight of gold was given the name of a unit of currency. For a long period, the United States government set the value of the US dollar so that one troy ounce was equal to $20.67 ($664.56/kg), but in 1934 the dollar was devalued to $35.00 per troy ounce ($1125.27/kg). By 1961 it was becoming hard to maintain this price, and a pool of US and European banks agreed to manipulate the market to prevent further currency devaluation against increased gold demand.

On March 17, 1968, economic circumstances caused the collapse of the gold pool, and a two-tiered pricing scheme was established whereby gold was still used to settle international accounts at the old $35.00 per troy ounce ($1.13/g) but the price of gold on the private market was allowed to fluctuate; this two-tiered pricing system was abandoned in 1975 when the price of gold was left to find its free-market level

many dealers considered to be a natural hedge against these inflationary trends over the years together with other precious and base metals, was highly correlated with world global growth, especially in emerging markets.

**Trading Hours: Mon – Thu 2:00-20:30 GMT**
**Reuters Code : XAU=**
**Expiry Rule : (Bid + Ask) / 2**

COFFEE

One of the world's most popular drinks, it is assumed that 80% of adults drink some sort of coffee or a derivative of coffee at list once a day. Like many other soft commodities Brazil is the largest producer of coffee.
The future contracts are dollar dominated and represent the price of sugar for 37,500 pounds. In our platform the nearest future is traded out of the possible tradable contracts (which are March, May, July September and December).

**Platform trading hours 13:00-18:00GMT**
**CME symbol KT.**

TOPIX   TOPIX

Tokyo stock Price Index, commonly known as TOPIX, along with Nikkei 225, is an important stock market index for the Tokyo Stock Exchange in Japan, tracking all domestic companies of the exchange's First Section. It is calculated and published by the TSE. As of February 1, 2011, there are 1,669 companies listed on the First Section of the TSE. The market value for the index on the same date is 197.401 Billion Yen.

**Trading Hours : Mon – Fri 00:15-02;30,03:40-06:00 GMT**

TA-25   TEL AVIV 25

The TA-25 Index is the TASE's flagship index. It was first published in 1992 under the name "MA'OF Index". The TA-25 Index tracks the prices of the shares of the 25 companies with the highest market capitalization on the exchange. It serves as an underlying asset for options and futures. Index-Linked Certificates and Reverse Certificates traded on the exchange and worldwide. The index also began on 1 January 1992 with a base level of 100.

**Trading Hours : Sun – Thu  07:00-13:30 GMT**

TADAWUL   TADAWUL (SAUDI STOCK EXCHANGE)

Saudi Stock Exchange or Tadawul is the only stock exchange in Saudi Arabia. The Capital Market Authority supervises the exchange. The Tadawul All-Share Index (TASI) reached its highest point at 20,634.86 on 25 February 2006 . It lists 115 publicly traded companies (as of April 30th 2008).

**Trading Hours : Sun – Wed 8:10 – 12:20**
**Reuters Code : .TASI**
**Expiry Rule : Reuters Last Rate**

SSE180   SSE180 (SHANGHAI STOCK EXCHANGE)

Traded in the Shanghai stock exchange,the SSE Composite Index (also known as Shanghai Composite) is the most commonly used indicator to reflect SSE's market performance. Constituents for the SSE Composite Index are all listed stocks (A shares and B shares) at the Shanghai Stock Exchange. The SSE180 reflects the largest 180 stocks in the SSE general index and it includes stocks such as BANK OF CHINA and AIR CHINA.

**Trading Hours : Mon – Fri  7:00 – 8:00.**
**Reuters Code : .SSE180**
**Expiry Rule : Reuters Last Rate**

STANDARD
&POOR'S   S&P 500 (US)

Traded on the CME (Chicago Mercantile Exchange). Standard & Poors is a value-weighted index of 500 large-cap common stocks actively traded in the United States. The stocks included in the S&P are those of large publicly held companies that trade  on  either of the two largest American stock market companies: the NYSE Euronext and the NASDAQ OMX.

**Trading Hours : Mon – Fri 13:40-20:00**
**Reuters Code : .SPX**
**Expiry Rule : (Bid + Ask) / 2**

RTS   RTS (RUSSIAN TRADING SYSTEM)

The Russian Trading System is a stock market established in 1995 in Moscow, consolidating various regional trading floors into one exchange.
The RTS Index (RTSI) is an index of 50 Russian stocks (as of March 15th. 2007) that trade on the RTS Stock Exchange in Moscow.
The Index includes GAZPROM and SBERBANK, VOLGA TELECOM and NOVATEK.

**Trading Hours : Mon – Fri 8:30 – 14:30**
**Reuters Code : .IRTS**
**Expiry Rule : Reuters Last Rate**

NIKKEI   NIKKEI225 (JPN)

Nikkei 225 , more commonly called the Nikkei, the Nikkei index, or the Nikkei Stock Average  is a stock market index for the Tokyo Stock Exchange (TSE). It has been calculated daily by the Nihon Keizai Shimbun (Nikkei) newspaper since 1950. It is a price-weighted average (the unit is yen), and the components are reviewed once a year Currently, the Nikkei is the most widely quoted average of Japanese equities, similar to the Dow Jones Industrial Average. In fact, it was known as the "Nikkei Dow Jones Stock Average" from 1975 to 1985.

**Trading Hours : Mon – Fri 00:15-02;30,03:40-06:00 GMT**

NASDAQ   NASDAQ (US)

The Nasdaq Composite is a stock market index of all of the common stocks and similar securities listed on the NASDAQ stock market, meaning that it has over 3,000 components. It is highly regarded in the U.S. as an indicator of the performance of stocks of technology companies and growth companies. Since American and non-American companies are listed on the NASDAQ stock market, the index is not exclusively a U.S. index.

**Trading Hours : Mon – Fri  15:00 – 19:00**
**Reuters Code : .JXIC**
**Expiry Rule : Reuters Last Rate**

MSM-30   MSM 30 (OMAN)

The Muscat Securities Market (MSM) is the principal stock exchange of Oman. It is located in Muscat and it was founded in 1988.The principal stock index at the MSM is the MSM-30. The MSM-30 (also known as the Muscat Securities Market Index) was established in 1992. The composition of the index by sector is as follows:
Banks & Investment Sector: 69 companies
Industry Sector: 89 companies
Service : 61 companies.
The Index includes stocks such as DHOFAR BANK and NATIONAL BANK OF OMAN.

**Trading Hours :  Sun – Thu 6:30 – 8:30**
**Reuters Code : .MSI**
**Expiry Rule : Reuters Last Rate**

MICEX10   MICEX 10 (MOSCOW INTERBANK EXCHANGE)

The MICEX 10 Index is a price non-weighted index, calculated as the arithmetic mean of the change of prices of 10 most liquid stocks admitted to circulation in the Stock Market Section of the Moscow Interbank Currency Exchange in Moscow. The Index includes Russian Top firms in a variety of sectors such as GAZProm and SBERBANK.

**Trading Hours : Mon – Fri 8:30 – 14:30**
**Reuters Code : .MCX10**
**Expiry Rule : Reuters Last Rate**

KUWAIT   KUWAIT (KUWAIT GENERAL INDEX)

The Kuwait Stock Exchange (KSE) is the national stock market of The State of Kuwait. Although several share holding companies (such as NBK in 1952) existed in Kuwait prior to the creation of the KSE, it was not until October 1962 that a law was passed to organize the country's stock market.
The Kuwait Stock Exchange is also among the first and largest stock exchanges in the Persian Gulf region, and is now gaining prominence as one of the most potentially important in the world.

**Trading Hours : Sun – Thu 6:20 – 9:20**
**Reuters Code : .KWSE**
**Expiry Rule : Reuters Last Rate**

KL FUTURE   KL FUTURE

The Kuala Lumpur Composite Index is a capitalization-weighted stock market index introduced in 1986
The FTSE Bursa Malaysia comprises the largest 30 companies listed on the Malaysian Main Market by full market capitalization that meet the eligibility requirements of the FTSE Bursa Malaysia Index Ground Rules.

**Trading Hours : Mon – Fri 01:00-04:30,07:00-09:00**
**Reuters Code : KLIc1**
**Expiry Rule (Bid + Ask) / 2**

ISE-30   ISE 30 (ISTANBUL STOCK EXCHANGE)

The Istanbul Stock Exchange (ISE) is the only corporation in Turkey for securities exchange established to provide trading in equities, bonds and bills, revenue-sharing

certificates, private sector bonds, foreign securities and real estate certificates as well as international securities.

ISE is home to 320 national companies. Local trading hours are 09:30-12:00 for the first session and 14:00-17:00 for the second session, on workdays. All ISE members are incorporated banks and brokerage houses.

**Trading Hours Mon – Fri  7:00 – 9:00 and 11:10 – 13:50**
**Reuters Code : .XU030**
**Expiry Rule : Reuters Last Rate**

HANG SENG (HONG KONG)

HSI was started on November 24, 1969, and is currently compiled and maintained by HSI Services Limited. It is a subsidiary of Hang Seng Bank, the largest bank registered and listed in Hong Kong in terms of market capitalisation. It is responsible for compiling, publishing and managing the Hang Seng Index.

**Trading Hours Mon – Fri  01:30-04:00,05:10-08:00**
**Reuters Code : .HSI**
**Expiry Rule : Reuters Last Rate**

FTSE    FTSE 100 (UK)

The FTSE 100 Index — also called FTSE 100, FTSE, or, informally, the "footsie" is a share index of the 100 most highly capitalized UK companies listed on the London Stock Exchange. Because the FTSE includes large International companies such as HSBC, BP, Vodafone and Unilever it is considered to be a Global Index and as such is followed by investors worldwide.

**Trading Hours : Mon – Fri  6:30 – 14:30**
**Reuters Code : .FTSE**
**Expiry Rule : Reuters Last Rate**

DUBAI    DUBAI (DUBAI FINANCIAL MARKET GENERAL INDEX)

The Dubai Financial Market is a stock exchange located in Dubai, United Arab Emirates. It was founded on March 26, 2000.

There are about 57 companies listed (as of August 2007) on DFM, most of them are UAE-based companies and a few dual listings for companies based in other MENA region countries.

During 2004 and 2005, there were significant increases in the volume of shares traded and the share prices of many companies. However, towards the end of 2005 and through the first few months of 2006 the bubble burst and share values dropped by around 60% on DFM, along with similar decreases in most other Persian Gulf stock markets.

The DFM Index includes stocks such as DUBAI ISLAMIC BANK and the EMIRATES TELECOMUNICATION COMPANY.

**Trading Hours: Sun – Thu 6:30 – 9:50**
**Reuters Code : .DFMGI**
**Expiry Rule : Reuters Last Rate**

DOWJONES    DOW (US)

Traded on the NYSE (New York Stock Exchange) the Dow Jones Industrial Average (i.e. Industrial Average, Dow Jones, Dow 30, or  Dow) compiles the index to gauge the performance of the industrial sector within the American economy.

**Trading Hours : Mon – Fri 13:40 – 20:00**
**Reuters Code : .DJI**
**Expiry Rule : Reuters Last Rate**

DAX    DAX (GERMANY)

The DAX (Deutscher Aktien IndeX, formerly Deutscher Aktien-Index (German stock index)) is a blue chip stock market index consisting of the 30 major German companies trading on the Frankfurt Stock Exchange. The DAX index includes stocks such as Adidas, Deutsche Bank and Bayer.

**Trading Hours : Mon – Fri 7:15 – 15:30**
**Reuters Code : .GDAXI**
**Expiration Rule : Reuters Last Rate**

BSE    BOMBAY SE

Representing a fast growing economy of India, the BSE Sensex or Bombay Stock Exchange Sensitive Index is a value-weighted index composed of 30 stocks of the largest and most actively traded stocks, representative of various sectors, on the Bombay Stock Exchange. These companies account for around one-fifth of the market capitalization of the BSE.

The index has increased by over ten times from June 1990 to the present. The long-run rate of return on the BSE Sensex works out to be 18.6% per annum, which translates to roughly 9% per annum after compensating for inflation. The index includes stocks such as TATA MOTORS and HDFC BANK.

**Trading Hours Mon – Fri 4:15 – 10:30**
**Reuters Code : .BSESN**
**Expiry Rule : Reuters Last Rate**



**Trading**
Binary Options
Long Term
Pairs
60 Seconds
One Touch
Ladder
Forex

**Company**
About Us
Terms & Conditions
Refund Policy
Privacy Policy
Islamic Account Policy

**Market Data**
Market Review
FAQ
Asset Index
Glossary
Expiry Rates

**Support & Partners**
Contact Us
Banking
Account Types
Wire Transfer Info
Introducing Broker

Risk disclosure: Binary options trading involves significant risk. We strongly advise that you read our Terms & Conditions. Although the risk when trading binary options is fixed for each individual trade, the trades are live and it is possible to lose an initial investment, particularly if a trader chooses to place his entire investment to a single live trade. It is highly recommended that traders choose a proper money management strategy which limits the total consecutive trades or total outstanding investment.