# Self Billed Payment Receipt



**AFFILIATE Details:**

Payee: ███████████
Name:
Address:
City:
State:
Zip/Postcode:
Country:

**Receipt From:**

Company: **ClickSure Limited**
Address: Labourdonnais Village
City: Mapou
Zip/Postcode: Mapou
Country: Mauritius

| Receipt Number: | ███████████████████ |
|---|---|
| Receipt Date: | **24-December-2015** |

| Payment Sent | Description | Quantity | Amount $USD | TAX $USD |
|---|---|---|---|---|
| 24-December-2015 | Affiliate CPA Sales Commission | - | $28,765.00 | N/A |

| | |
|---|---|
| Subtotal | $28,765.00 |
| TAX | N/A |
| **Total** | **$28,765.00** |

Page 1 of 1

Registered Office: ClickSure Limited, Labourdonnais Village, Mapou, Mauritius.
Company Registration Number: C114013304 - Mauritius.