# Swedbank

**Account statement**
01.06.2013 - 31.12.2014

Page number 1/3
01.06.2019 02:19:41

MIOLAM OÜ

| Date / Archiving ID | Doc. No. / Code | Name / Reg.no./ID / Details | Account No. / Reference No. | Debit | Credit |
|---|---|---|---|---|---|



EXHIBIT
montan
7-23-79

Account No.: EE362200221050695095     Statement: 01.06.2013 - 31.12.2014     Page number 2/3



| 51. | 01.12.2014 | 75 | Island Resort Investment Partners, LLC | 4274897269 | |
| | 2014120100501032 | MV | VMK -> 141201013846 cmpmt | | 27 000.00 |

| 8. | 16.07.2013 | | AFFILIATEMARKTER MARTIN SCHRANZ INHABER MARTIN SCHRANZ | | |
| | 2013071600111731 | MV | 130716L01875 COMMISSION PAYMENT | | 263 015.00 |

| 10. | 02.08.2013 | * | OTT INNOVEST & MANAGEMENT FZE PO BOX 14712 AL JAZEERA AL RAS AL KHAIMA | AE510260001024693878702 | |
| | 2013080200294763 | MV | VMK ->130802008685 INVESTMENT | | 100 000.00 |

| 13. | 14.03.2014 | 64 | ISLAND RESORT INVESTMENT PARTNERS, LLC P.O BOX 456 WILLIAMSTOWN, NEW J | 4274897269 | |
| | 2014031400050624 | MV | VMK -> 140314001123 crrt pmt | | 27 000.00 |



| 19. | 17.11.2014 | 73 | Elma Montano 4920 Oakway Dr, Saint Cloud, FL 34771 | 2097983742 | |
| | 2014111700644086 | MV | VMK -> 141117012940 Marketing, Leads | | 50 000.00 |
| 20. | 17.11.2014 | 74 | Mila Sy 124 Kodiak Dr, Round Rock, TX 78664 | 5352941651 | |
| | 2014111700648531 | MV | VMK -> 141117012961 Marketing, Leads | | 20 000.00 |