# Gold Business Services Package



Account number: ■■■■■■ ◻ June 7, 2013 - June 30, 2013 ◻ Page 1 of 3

REM FLORIDA PROPERTIES LLC
NO 420
12472 LAKE UNDERHILL RD
ORLANDO FL 32828-7144

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account.  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/7 | $0.00 |
| Deposits/Credits | 504,965.00 |
| Withdrawals/Debits | - 60.58 |
| **Ending balance on 6/30** | **$504,904.42** |
| Average ledger balance this period | $325,778.76 |

Account number: ■■■■■■

**REM FLORIDA PROPERTIES LLC**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  063107513

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
◻ Savings - ■■■■■■
◻ Credit Card - ■■■■■■

**REM-MONTANO001210**

Account number: ████████  ⁿ  June 7, 2013 - June 30, 2013  ⁿ  Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/7 | | Checking Opening Deposit | 5,000.00 | | 5,000.00 |
| 6/10 | | WT Fed#05684 Thurgauer Kantonal /Org=Affiliatemarkter Martin Schranz Srf# S0631610709E01 Trn#130610004167 Rfb# | 299,982.50 | | |
| 6/10 | | Wire Trans Svc Charge - Sequence: 130610004167 Srf# S0631610709E01 Trn#130610004167 Rfb# | | 16.00 | 304,966.50 |
| 6/18 | | Harland Clarke Check/Acc. 061713 00667047575495 Rem Florida Properties | | 28.58 | 304,937.92 |
| 6/24 | | WT Fed#05907 Thurgauer Kantonal /Org=Affiliatemarkter Martin Schranz Srf# S063175067F201 Trn#130624004053 Rfb# | 199,982.50 | | |
| 6/24 | | Wire Trans Svc Charge - Sequence: 130624004053 Srf# S063175067F201 Trn#130624004053 Rfb# | | 16.00 | 504,904.42 |
| **Ending balance on 6/30** | | | | | **504,904.42** |
| **Totals** | | | **$504,965.00** | **$60.58** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 1 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Thank you for opening your Wells Fargo Business Services Package account. We hope that this product offers you additional convenience to manage your finances more easily, greater value that will save you money and time, and the flexibility to choose the products and services you need, when you need them.

In order to ensure you are satisfied with your account, Wells Fargo will be waiving the Monthly Service Fee for the first 90 days to allow you to meet your package requirements. To learn how you can continue to waive the Monthly Service Fee following the 90 day grace period, consult your Fee and Information Schedule, contact your banker or call the National Business Banking Center at the number located on the top of your statement.

Account number: ███████   n   June 7, 2013 - June 30, 2013   n   Page 3 of 3



## General statement policies for Wells Fargo Bank

n  **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |      |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

**REM-MONTANO001212**

# Gold Business Services Package



Account number: ███████  n  December 1, 2013 - December 31, 2013  n  Page 1 of 4

REM FLORIDA PROPERTIES LLC
NO 420
12472 LAKE UNDERHILL RD
ORLANDO FL 32828-7144

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Getting ready for tax season can be a challenge! Creating a checklist, and preparing in advance will set you up for a successful meeting with your tax preparer. Remember to bring your deposit routing and account number when preparing your taxes and you may be able to take advantage of using direct deposit for your tax refund into one of your Wells Fargo checking or savings accounts.

### Account options

*A check mark in the box indicates you have these convenient services with your account.  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking  ☑
Online Statements  ☑
Business Bill Pay  ☑
Business Spending Report  ☑
Overdraft Protection  ☑

Your statement includes a "Monthly service fee summary" section that gives you the ability to proactively manage the monthly service fee on your account. This section provides you with the view of your checking or savings account monthly service fee, the requirements to waive the monthly service fee, if applicable, and the current status for each requirement. You may view this information on your statement or in your secure online banking session by clicking "View Monthly Service Fee" on the left-hand navigation bar. If you'd like to schedule an account review or to learn about other accounts or services we offer, please contact Wells Fargo at 1-800-225-5935 or visit your local Wells Fargo store.

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $220,661.73 |
| Deposits/Credits | 203,000.00 |
| Withdrawals/Debits | - 13,427.20 |
| **Ending balance on 12/31** | **$410,234.53** |
| Average ledger balance this period | $265,190.97 |

Account number: ███████

**REM FLORIDA PROPERTIES LLC**
*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN):  121000248

(287)
Sheet Seq = 0367729
Sheet 00001 of  00002

**REM-MONTANO001232**

Account number: ███████   ⁿ   December 1, 2013 - December 31, 2013   ⁿ   Page 2 of 4



**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

ⁿ   Savings - ███████

ⁿ   Credit Card - ███████

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/2 | | Recurring Transfer to Rem Florida Propertie Business Market Rate Savings Ref #Opeg677W7H xxxxxx3233 | | 150.00 | |
| 12/2 | 1199 | Check | | 1,537.16 | |
| 12/2 | 1197 | Check | | 41.10 | 218,933.47 |
| 12/4 | 1198 | Check | | 1,724.96 | |
| 12/4 | 1200 | Check | | 1,724.96 | 215,483.55 |
| 12/12 | | IRS Usataxpymt 121213 225374620101164 Rem Florida Properties | | 2,584.98 | |
| 12/12 | 1202 | Check | | 80.00 | 212,818.57 |
| 12/16 | 1201 | Check | | 138.15 | 212,680.42 |
| 12/17 | 1204 | Check | | 1,537.18 | 211,143.24 |
| 12/20 | | Online Transfer Ref #Ibemyhvwt5 to Business Card ███████ on 12/20/13 | | 76.71 | 211,066.53 |
| 12/23 | | Deposit | 3,000.00 | | 214,066.53 |
| 12/24 | | WT Fed#00758 Thurgauer Kantonal /Org=Gsd Master AG Srf# S0633581364801 Trn#131224016660 Rfb# | 200,000.00 | | |
| 12/24 | | Wire Trans Svc Charge - Sequence: 131224016660 Srf# S0633581364801 Trn#131224016660 Rfb# | | 16.00 | 414,050.53 |
| 12/26 | 1206 | Check | | 175.00 | 413,875.53 |
| 12/27 | 1205 | Check | | 1,724.95 | |
| 12/27 | 1203 | Check | | 1,724.95 | 410,425.63 |
| 12/30 | 1207 | Check | | 41.10 | 410,384.53 |
| 12/31 | | Recurring Transfer to Rem Florida Propertie Business Market Rate Savings Ref #Opec9Flnny xxxxxx3233 | | 150.00 | 410,234.53 |
| **Ending balance on 12/31** | | | | | **410,234.53** |
| **Totals** | | | **$203,000.00** | **$13,427.20** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1197 | 12/2 | 41.10 | 1201 | 12/16 | 138.15 | 1205 | 12/27 | 1,724.95 |
| 1198 | 12/4 | 1,724.96 | 1202 | 12/12 | 80.00 | 1206 | 12/26 | 175.00 |
| 1199 | 12/2 | 1,537.16 | 1203 | 12/27 | 1,724.95 | 1207 | 12/30 | 41.10 |
| 1200 | 12/4 | 1,724.96 | 1204 | 12/17 | 1,537.18 | | | |

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/01/2013 - 12/31/2013 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee**  *(complete 1 AND 2)* | Minimum required | This fee period |
| 1) Have any ONE of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $265,191.00 ☑ |

Account number: ▮▮▮▮▮   ▫   December 1, 2013 - December 31, 2013   ▫   Page 3 of 4



### Monthly service fee summary (continued)

| How to avoid the monthly service fee  *(complete 1 AND 2)* | Minimum required | This fee period |
|---|---|---|
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Merchant Services account | 1 | 0 ☐ |
| · Automatic transfer to an eligible Wells Fargo business savings account | $150.00 | $300.00 ⊞ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ⊞ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balances of: business credit card, Wells Fargo Express Equity® and BusinessLine® lines of credit, Wells Fargo BusinessLoan® term loan | | |
| - Average daily balances from previous month in business PrimeLine℠ line of credit and Business PrimeLoan℠ account, Wells Fargo Express Equity®, SBA, and Equipment Express® loans | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ⊞ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 14 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

☐   Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

Account number: ███████   ◻ December 1, 2013 - December 31, 2013   ◻ Page 4 of 4



---

## General statement policies for Wells Fargo Bank

◻ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.       + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

**REM-MONTANO001235**

# Gold Business Services Package

Account number: ▮▮▮▮▮   n   August 1, 2014 - August 31, 2014   n   Page 1 of 5



REM FLORIDA PROPERTIES LLC
NO 420
12472 LAKE UNDERHILL RD
ORLANDO FL 32828-7144

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**
The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

 IMPORTANT ACCOUNT INFORMATION

_____

**Enhancements coming to your transaction descriptions including cash back detail**
Over the next few months, you will notice changes to the descriptions for debit, ATM or prepaid card transactions. These enhancements provide more detail about your transactions, and include new descriptions for purchases with cash back. For debit, ATM, or prepaid card merchant purchases with a request for cash back, the transaction description will include the words "cash" or "cash back," and may include the dollar amount of cash requested.

## Activity summary

| | |
|---|---:|
| Beginning balance on 8/1 | $258,740.11 |
| Deposits/Credits | 516,582.50 |
| Withdrawals/Debits | - 300,189.91 |
| **Ending balance on 8/31** | **$475,132.70** |
| Average ledger balance this period | $420,392.89 |

Account number: ▮▮▮▮▮

**REM FLORIDA PROPERTIES LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  063107513

For Wire Transfers use
Routing Number (RTN):  121000248

**REM-MONTANO001264**

Account number:  ⬛⬛⬛⬛⬛  ◻ August 1, 2014 - August 31, 2014  ◻ Page 2 of 5



**WELLS FARGO**

---

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

◻ Savings - ⬛⬛⬛⬛⬛

◻ Credit Card - ⬛⬛⬛⬛⬛

---

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/4 | | Wire Trans Svc Charge - Sequence: 140804036910 Srf# 0066704214908937 Trn#140804036910 Rfb# | | 30.00 | |
| 8/4 | | WT Fed#07741 Jpmorgan Chase Ban /Ftr/Bnf=Absolute Title of Central Florida Srf# 0066704214908937 Trn#140804036910 Rfb# | | 232,922.95 | |
| 8/4 | 1261 | Check | | 2,210.14 | |
| 8/4 | 1262 | Check | | 2,210.14 | 21,366.88 |
| 8/6 | | Deposit | 1,600.00 | | 22,966.88 |
| 8/8 | | WT Fed#03205 Thurgauer Kantonal /Org=Gsd Master AG Srf# S0642200012201 Trn#140808003354 Rfb# | 514,982.50 | | |
| 8/8 | | Wire Trans Svc Charge - Sequence: 140808003354 Srf# S0642200012201 Trn#140808003354 Rfb# | | 16.00 | 537,933.38 |
| 8/12 | | POS Purchase - 08/12 Mach ID 000000 Apple Store R143 800 Orlando FL 0012 0000000141628364 ?McC=5732 | | 1,915.94 | 536,017.44 |
| 8/13 | | IRS Usataxpymt 081314 225462520608683 Rem Florida Properties | | 2,821.48 | 533,195.96 |
| 8/20 | | Wire Trans Svc Charge - Sequence: 140820103829 Srf# 0066599232749439 Trn#140820103829 Rfb# | | 30.00 | |
| 8/20 | | WT Fed#02036 Bankunited, N.A. /Ftr/Bnf=Real Title Insurance Agency, LLC Srf# 0066599232749439 Trn#140820103829 Rfb# | | 50,000.00 | 483,165.96 |
| 8/21 | | Online Sched Payment Ref #Opecck9S35 to Business Card | | 1,029.98 | 482,135.98 |
| 8/25 | 1265 | Check | | 473.00 | 481,662.98 |
| 8/26 | | Check Crd Purchase 08/25 AT&T*Bill Payment 800-288-2020 TX 474165xxxxxx0012 464237589007353 ?McC=4814 | | 110.00 | |
| 8/26 | 1263 | Check | | 2,210.14 | |
| 8/26 | 1264 | Check | | 2,210.14 | 477,132.70 |
| 8/27 | 1013 | Check | | 1,000.00 | 476,132.70 |
| 8/28 | 1266 | Check | | 1,000.00 | 475,132.70 |
| **Ending balance on 8/31** | | | | | **475,132.70** |
| **Totals** | | | **$516,582.50** | **$300,189.91** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1013 | 8/27 | 1,000.00 | 1263 | 8/26 | 2,210.14 | 1265 | 8/25 | 473.00 |
| 1261 * | 8/4 | 2,210.14 | 1264 | 8/26 | 2,210.14 | 1266 | 8/28 | 1,000.00 |
| 1262 | 8/4 | 2,210.14 | | | | | | |

* Gap in check sequence.

---

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

**REM-MONTANO001265**

Account number: ▮▮▮▮▮   ▢   August 1, 2014 - August 31, 2014   ▢   Page 3 of 5



---

*Monthly service fee summary (continued)*

| Fee period 08/01/2014 - 08/31/2014 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

The fee is waived (or discounted) by the bank for this fee period. For the next fee period you must meet an account requirement to avoid the fee, or receive the discount when applicable.

| How to avoid the monthly service fee  *(complete 1 AND 2)* | Minimum required | This fee period |
|---|---|---|
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $420,393.00 ☒ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Automatic transfer to an eligible Wells Fargo business savings account | $150.00 | $0.00 ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☒ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
|   - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Even t loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☒ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 10 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

☐    Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

**REM-MONTANO001266**

Account number: ▬▬▬▬▬   ▫   August 1, 2014 - August 31, 2014   ▫   Page 4 of 5



---

 IMPORTANT ACCOUNT INFORMATION

---

Effective September 15, 2014, the bonus interest rate applied to Business Market Rate Savings accounts linked to an eligible Wells Fargo Business Services® Package will be discontinued. The interest rate on your Business Market Rate Savings account will revert to the Bank's current standard interest rate and is subject to change at any time.

If you have questions about this change contact your local banker or call the number listed at the top of your statement. Please note, the Business Account Fee and Information Schedule and the Business Account Agreement, as amended, continue to apply.

**REM-MONTANO001267**

Account number: ▇▇▇▇▇▇   ◻ August 1, 2014 - August 31, 2014   ◻ Page 5 of 5



---

**General statement policies for Wells Fargo Bank**

◻ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                              $ _____
register or transfers into                                     $ _____
your account which are not
shown on your statement.                                    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

**REM-MONTANO001268**

# Gold Business Services Package



Account number:  ███████   ◼   September 1, 2014 - September 30, 2014   ◼   Page 1 of 5

REM FLORIDA PROPERTIES LLC
NO 420
12472 LAKE UNDERHILL RD
ORLANDO FL 32828-7144

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**
The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

 IMPORTANT ACCOUNT INFORMATION

---

**Enhancements coming to your transaction descriptions including cash back detail**
Over the next few months, you will notice changes to the descriptions for debit, ATM or prepaid card transactions. These enhancements provide more detail about your transactions, and include new descriptions for purchases with cash back. For debit, ATM, or prepaid card merchant purchases with a request for cash back, the transaction description will include the words "cash" or "cash back," and may include the dollar amount of cash requested.

## Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $475,132.70 |
| Deposits/Credits | 210,957.50 |
| Withdrawals/Debits | - 356,384.19 |
| **Ending balance on 9/30** | **$329,706.01** |
| Average ledger balance this period | $320,375.25 |

Account number: ███████

**REM FLORIDA PROPERTIES LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  063107513

For Wire Transfers use
Routing Number (RTN):  121000248

REM-MONTANO001269

Account number: ███████████     ᴨ   September 1, 2014 - September 30, 2014     ᴨ   Page 2 of 5



---

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

- ᴨ   Savings - ███████████
- ᴨ   Credit Card - ███████████

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/2 | | Recurring Transfer to Rem Florida Propertie Business Market Rate Savings Ref #Ope2NH7Ymm xxxxxx3233 | | 150.00 | 474,982.70 |
| 9/3 | | WT Fed#06569 Thurgauer Kantonal /Org=Gsd Master AG Srf# S0642460139C01 Trn#140903008070 Rfb# | 184,982.50 | | |
| 9/3 | | Wire Trans Svc Charge - Sequence: 140903008070 Srf# S0642460139C01 Trn#140903008070 Rfb# | | 16.00 | |
| 9/3 | | Wire Trans Svc Charge - Sequence: 140903056206 Srf# 0066599245547570 Trn#140903056206 Rfb# | | 30.00 | |
| 9/3 | | WT Fed#04956 Bankunited, N.A. /Ftr/Bnf=Real Title Insurance Agency, LLC Srf# 0066599245547570 Trn#140903056206 Rfb# | | 344,132.93 | 315,786.27 |
| 9/4 | 1267 | Check | | 2,210.15 | |
| 9/4 | 1268 | Check | | 2,210.15 | 311,365.97 |
| 9/10 | | IRS Usataxpymt 091014 225465320172937 Rem Florida Properties | | 2,821.48 | 308,544.49 |
| 9/15 | | POS Purchase - 09/15 Mach ID 000000 Costco Whse #01 Orlando FL 0012 0000000054112819 ?McC=5411 | | 212.42 | 308,332.07 |
| 9/23 | | Online Sched Payment Ref #Opexr5Rwdg to Business Card | | 835.07 | 307,497.00 |
| 9/26 | 1269 | Check | | 3,600.99 | 303,896.01 |
| 9/30 | | WT Fed#03466 Bank of America, N /Org=Ronnie Montano Srf# 2014093000307676 Trn#140930104610 Rfb# 130647664 | 25,975.00 | | |
| 9/30 | | Wire Trans Svc Charge - Sequence: 140930104610 Srf# 2014093000307676 Trn#140930104610 Rfb# 130647664 | | 15.00 | |
| 9/30 | | Recurring Transfer to Rem Florida Propertie Business Market Rate Savings Ref #Opek5Zdmgf xxxxxx3233 | | 150.00 | 329,706.01 |
| **Ending balance on 9/30** | | | | | **329,706.01** |
| **Totals** | | | **$210,957.50** | **$356,384.19** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1267 | 9/4 | 2,210.15 | 1268 | 9/4 | 2,210.15 | 1269 | 9/26 | 3,600.99 |

---

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 09/01/2014 - 09/30/2014 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee**  *(complete 1 AND 2)* | Minimum required | This fee period |
| 1) Have any **ONE** of the following account requirements | | |
| ·    Average ledger balance | $7,500.00 | $320,375.00 ☑ |
| ·    Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| ·    Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |

**REM-MONTANO001270**

Account number: ██████████   ▫   September 1, 2014 - September 30, 2014   ▫   Page 3 of 5



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee *(complete 1 AND 2)* | Minimum required | This fee period |
|---|---|---|
| · Automatic transfer to an eligible Wells Fargo business savings account | $150.00 | $300.00 ☑ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
|   - Combined average daily balances from the previous month for Business PrimeLoan℠ line of credit, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Event loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 4 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

 # IMPORTANT ACCOUNT INFORMATION

---

The following provisions are being added to the Business Account Agreement and the Selected Terms and Conditions for Wells Fargo Business Debit Cards, Business ATM Cards and Business Deposit Cards (each, an "Agreement") to clarify the use of a Business Debit Card through a mobile device.

**Using your Business Debit Card through a Mobile Device**

If you make Card transactions through a Mobile Device using a Business Debit Card, the terms of the Agreement apply with the same effect and coverage, including (i) any limitations the Bank places on the frequency or dollar amount of your Card transactions; and (ii) your rights and responsibilities for unauthorized transactions.

As used in this Agreement, "Mobile Device" means a smartphone, tablet, or any other hand held or wearable communication device that allows you to electronically store or electronically present your Card or Card number ("Electronic Card Information") and use that Electronic Card Information to make Card transactions.

If you use your Card through a Mobile Device, you should secure the Mobile Device the same as you would your cash, checks, credit cards, and other valuable information. The Bank encourages you to password protect or lock your Mobile Device to help prevent an unauthorized person from using it. Please notify the Bank promptly if your Mobile Device containing Electronic Card Information is lost or stolen. You may contact the Bank's National Business Banking Center at the number listed on the statement for reporting a lost or stolen Card (1-800-225-5935). Please note that your mobile carrier may charge you message and data rates, or other fees, when you use your Card through a Mobile Device.

**REM-MONTANO001271**

Account number: ■■■■■■■   ▫   September 1, 2014 - September 30, 2014   ▫   Page 4 of 5



Card transactions made through a Mobile Device may involve the electronic transmission of your Card information across wireless and computer networks. Third parties, such as merchants, card association networks, mobile carriers, mobile wallet operators, mobile device manufacturers, and software application providers may use and receive Electronic Card Information in connection with your Card transaction. Third parties may also receive information about your Mobile Device when you use it to make a Card transaction. When you use your Card through a Mobile Device, information about your Mobile Device may be transmitted to the Bank.

The Bank may, at any time, partially or fully restrict your ability to make Card transactions through a Mobile Device. If you want to remove Electronic Card Information from your Mobile Device, please contact the Bank at 1-800-225-5935.

If you have enrolled in an overdraft protection plan, the terms of that plan will apply to Card transactions made through a Mobile Device. If there are insufficient available funds under the plan to cover the amount of the overdraft, or if you do not have an overdraft protection plan, a Card transaction made through a Mobile Device will be considered to be a one-time debit card transaction. Overdraft fees will apply as provided for in the Agreement and the Business Account Fee and Information Schedule.

———————

We want to let you know that effective November 10, 2014, we are changing the time when we charge your account for Coin Orders and Currency Orders. The fees for Coin Orders and Currency Orders will not change. The period used to calculate and charge these fees will now match the fee period dates listed in the "Monthly service fee summary" section of your statement. As a result of this change, your account could be charged on November 10th for activity in October and again later in the month for activity in November.

As a reminder, there is no fee for the first 15 rolls of coin ordered per month, with a fee of $0.15 for each additional roll. There is no fee for the first $1,000 of currency ordered per month, with a fee of $0.13 for each additional $100 ordered.

Fee changes effective January 1, 2015:
- Deposit correction/adjustment - $7.50 per correction
- Coin deposited per bag - $4 per bag
- Infofax previous day monthly base - $37 per account
- Foreign exchange online wire out - $25 each

The following Treasury Management service fees will appear with updated descriptions on your account statement on or after February 1, 2015 if you use the service:
- Information reporting Infofax monthly base will change to Infofax previous day monthly base
- Wire notification Infofax and email will change to Infofax wire item

If you have any questions about these changes, please contact your local banker or call the phone number listed at the top of your statement .

———————

The Wells Fargo Business Account Agreement will be updated effective October 29, 2014, and the Terms & Conditions for Wells Fargo Business Debit Cards will be updated effective November 15, 2014, to clarify that if you attempt to make a debit card purchase that causes you to exceed your daily purchase limit, we may, in certain circumstances, authorize that debit card transaction provided you have a sufficient balance to cover the purchase. Your daily limits are subject to periodic review and are subject to change based on account history, activity, and other factors. (Not available for certain accounts such as savings accounts.)

For more details, refer to the Business Account Agreement Addenda at wellsfargo.com/biz/products/accounts/fee_information or contact your local banker.

**REM-MONTANO001272**

Account number: ██████████   ◻   September 1, 2014 - September 30, 2014   ◻   Page 5 of 5



---

## General statement policies for Wells Fargo Bank

◻  **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                     $ _____
register or transfers into                          $ _____
your account which are not
shown on your statement.                       + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

**REM-MONTANO001273**