UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>RONALD C. MONTANO, TRAVIS STEPHENSON, ANTONIO GIACCA and MICHAEL WRIGHT,<br><br>  Defendants; and<br><br>DENISE MONTANO, ROMEO MONTANO, ELMA MONTANO, AND REM FLORIDA PROPERTIES, LLC,<br><br>  Relief Defendants. | Case No. 6:18-cv-01606-GAP-GJK |

**PLAINTIFF'S NOTICE
THAT EXHIBIT D IN SUPPORT OF ITS PARTIAL MOTION FOR SUMMARY JUDGMENT HAS BEEN PROVIDED TO THE CLERK'S OFFICE AND COUNSEL OF RECORD**

The Securities and Exchange Commission ("SEC") hereby provides notice that Exhibit D to the SEC's Partial Motion for Summary Judgment is a disc which has been submitted to the Clerk of the Court, with a copies provided to all counsel of record.

Dated:  November 21, 2019 	Respectfully submitted,


	/s/ Kenneth W. Donnelly
	Kenneth W. Donnelly (trial counsel)
	DC Bar No. 462996
	Securities and Exchange Commission
	100 F Street, N.E.
	Washington, DC 20549-5949
	Tel. (202) 551-4946
	Fax (202) 772-9282
	Email: donnellyk@sec.gov


	/s/ Samantha M. Williams
	MD Bar No. 12190024
	Securities and Exchange Commission
	100 F Street, N.E.
	Washington, DC 20549-5949
	Tel: (202) 551-4061
	Fax: (202) 772-9292
	Email: williamssam@sec.gov

	Attorneys for Plaintiff
	*Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I certify that, on November 21, 2019, I served the foregoing paper on all parties via ECF

/s/ Samantha M. Williams
Attorney for Plaintiff
