# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No: 6:18-cv-1606-Orl-31GJK**

**RONALD C. MONTANO, TRAVIS STEPHENSON, ANTONIO GIACCA, MICHAEL WRIGHT, ROMEO A. MONTANO, ELMA C. MONTANO, DENISE MONTANO and REM FLORIDA PROPERTIES, LLC,**

      **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion for Partial Summary Judgment Against Defendant Ronald C. Montano on the Issue of Liability (Doc. 99) and Defendant Robert Montano's Motion for Summary Judgment (Doc. 111), both filed November 21, 2019. The parties will be allowed until **December 23, 2019,** to file responsive memoranda and any materials in opposition to the motions, including affidavits or other documents within the purview of Rule 56, showing that there are genuine issues of material fact in dispute; otherwise the Court may enter Summary Judgment, if appropriate, against the adverse party. *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir. 1984); *see Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e). Reply briefs may be filed, not exceeding ten (10) pages, within

14 days after each response is served.   **The parties shall electronically file all exhibits in support of their papers.   The parties will be advised if paper copies of any or all exhibits will be required.   The Court prefers transcripts in full-page format.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 22, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party