# EXHIBIT A

## Page 1

```
 1           INVESTIGATIVE PANEL TESTIMONY
                        OF
 2              RONNIE C. MONTANO
                   Volume I
 3
 4
 5
 6
                  March 7, 2018
 7          10:06 a.m. to 7:11 p.m.
 8
 9
              Federal Courthouse
10         400 West Washington Street
             Orlando, Florida 32801
11
12
13
14
15
      Stenographically Reported By:  Melissa Ostolaza
16        Florida Professional Court Reporter
17
18
19
20
21
22
23
24
25
```

## Page 2

```
 1  APPEARANCES:
 2
 3  ATTORNEYS FOR U.S. SECURITIES AND EXCHANGE COMMISSION
    DIVISION OF ENFORCEMENT
 4
    MICHAEL S. FUCHS, ESQUIRE and
 5  KENNETH DONNELLY, ESQUIRE
    100 F. Street, NE
 6  Mail Stop 5553-A
    Washington, DC 20549
 7
 8
    ATTORNEYS FOR COMMODITY FUTURES TRADING COMMISSION
 9
    BARRY R. BLANKFIELD, ESQUIRE and
10  ALLISON PASSMAN, ESQUIRE
    525 West Monroe Street
11  Suite 1100
    Chicago, Illinois 60661
12
13
    ATTORNEY FOR MR. MONTANO
14
    RACHEL HIRSCH, ESQUIRE
15  Ifrah Law, PLLC
    1717 Pennsylvania Avenue, NW
16  Suite 650
    Washington, DC 20006
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1                     INDEX
 2  WITNESS                                       PAGE
 3
    RONNIE MONTANO
 4
    Direct Examination by Investigative Panel       4
 5
 6
 7                     EXHIBITS
 8  NUMBER          DESCRIPTION                   PAGE
 9  Exhibit 80      Form                             7
    Exhibit 81      Subpoena                         9
10  Exhibit 82      Subpoena                         9
    Exhibit 83      Letter                          20
11  Exhibit 84      Preservation Request            78
    Exhibit 85      Preservation Request            80
12  Exhibit 86      Letter                          84
    Exhibit 87      Spreadsheet                    150
13  Exhibit 88      E-mail                         268
    Exhibit 89      E-mail                         292
14  Exhibit 90      E-mail                         328
    Exhibit 91      E-mail                         374
15  EXHIBIT 92      E-mail                         380
    EXHIBIT 93      ClickSure                      414
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1  Thereupon:
 2          RONNIE MONTANO
 3  was called as a witness and, having been first duly
 4  sworn and responding "Yes," was examined and
 5  testified as follows
 6          EXAMINATION
 7      MR. BLANKFIELD:  We're on the record as of
 8  10:06 a.m., on March 7th, 2018.
 9      Mr. Montano, please state and spell your
10  name for the record.
11      MR. MONTANO:  Ronnie Montano, R-O-N-N-I-E,
12  M-O-N-T-A-N-O.
13      MR. BLANKFIELD:  And Ronnie is your proper
14  first name?
15      MR. MONTANO:  Yes, sir.
16      MR. BLANKFIELD:  And the state and city
17  where you currently live in?
18      MR. MONTANO:  St. Cloud, Florida.
19      MR. BLANKFIELD:  Okay.  My name is Barry
20  Blankfield.  I'm a trial attorney with the
21  Commodity Futures Trading Commission, Division of
22  Enforcement based in Chicago.
23      With me today is Allison Passman, who's an
24  attorney with the CFTC Division of Enforcement,
25  as well as Michael Fuchs and Ken Donnelly, who
```



RONNIE  MONTANO VOLUME I
INVESTIGATIVE PANEL TESTIMONY

March 07, 2018
21–24

Page 21

1    MR. MONTANO:  Yes, sir.
2    MR. MR. BLANKFIELD:  Kronenberger.
3    MR. MONTANO:  Kronenberger Rosenfeld.
4    MR. MR. BLANKFIELD:  Kronenberger, okay.
5    In response to that subpoena, have you
6 produced all documents that you have --
7    MR. MONTANO:  Yes, sir.
8    MR. MR. BLANKFIELD:  -- related to binary
9 options?  All communications?
10    MR. MONTANO:  Yes, sir.
11    MR. MR. BLANKFIELD:  Anything missing?
12    MR. MONTANO:  No, sir.
13    MR. MR. BLANKFIELD:  You'll see on page 2 --
14 actually the first page, the subpoena included a
15 preservation request, right, otherwise known as a
16 do not destroy letter.
17    MR. MONTANO:  Yes, sir.
18    MR. MR. BLANKFIELD:  What did you do to
19 preserve potentially responsive documents?
20    MR. MONTANO:  I don't understand the
21 question.
22    MR. MR. BLANKFIELD:  Well, what did you do
23 to preserve all the documents that you had in
24 your possession at the time?
25    MR. MONTANO:  Well, I gave whatever

Page 22

1 documents I had to Mr. Kronenberger.
2    MR. MR. BLANKFIELD:  Okay.  Did you -- upon
3 the receipt of this subpoena and the do not
4 destroy letter, did you destroy any documents?
5    MR. MONTANO:  No, sir.
6    MR. MR. BLANKFIELD:  Did you delete any
7 communications?
8    MR. MONTANO:  No, sir.
9    MR. MR. BLANKFIELD:  Do you have a practice
10 of deleting -- a business practice of deleting
11 Skype communications?
12    MR. MONTANO:  No, sir, not manually.
13    MS. PASSMAN:  Have you ever done so?
14    MR. MONTANO:  No, sir -- no, ma'am.
15    MS. PASSMAN:  You've never deleted Skype
16 messages before?
17    MR. MONTANO:  No, not manually.
18    MS. PASSMAN:  What do you mean by manually?
19    MR. MONTANO:  Typically I think Skype keeps
20 the conversations for about 30 days.
21    MS. PASSMAN:  And other than Skype, you
22 know, deleting messages after 30 days or whatever
23 time period, you have never gone in and deleted
24 individual messages?
25    MR. MONTANO:  No -- I don't recall.

Page 23

1    MS. PASSMAN:  What do you mean you don't
2 recall?
3    MR. MONTANO:  I don't remember if I did or
4 not.
5    MS. HIRSCH:  You mean in general, not --
6    MR. MONTANO:  Oh, no.  No.  Not in general,
7 no.
8    MS. PASSMAN:  Have you ever deleted
9 individual messages in your communications with
10 anyone related to affiliate marketing and binary
11 options?
12    MR. MONTANO:  Not generally.
13    MS. PASSMAN:  What does that mean, not
14 generally?
15    MR. MONTANO:  Not that I can recall.  I
16 mean, I'm sure that I've deleted messages in
17 terms of if I'm discussing things that I don't
18 want my wife to see, you know, things like that
19 but...
20    MS. PASSMAN:  Other than talking about
21 things that you don't want you wife to see, have
22 you ever deleted Skype communications related to
23 affiliated marketing in connection with binary
24 options?
25    MR. MONTANO:  Not that I can recall.

Page 24

1    MS. PASSMAN:  And what kind of things -- the
2 things that you don't want your wife to see, are
3 they at all related to affiliate marketing or
4 binary options?
5    MR. MONTANO:  Private -- just private stuff.
6    MS. PASSMAN:  So the private stuff doesn't
7 involve binary options or affiliate marketing?
8    MR. MONTANO:  Not that I can -- no.  Not
9 that I can recall.
10    MR. MR. BLANKFIELD:  Do you have a business
11 practice of deleting e-mails?
12    MR. MONTANO:  No, sir.
13    MR. MR. BLANKFIELD:  Have you ever deleted
14 any of those video sales letters?
15    MR. MONTANO:  Well, I actually -- yes, so
16 the answer to that -- the previous question is
17 yes.
18    MR. BLANKFIELD:  E-mails?
19    MR. MONTANO:  Yes.
20    MR. BLANKFIELD:  What is your regular
21 business practice of e-mails?
22    MR. MONTANO:  Typically when I leave a
23 certain business practice or I leave a certain
24 industry vertical, or I just get rid of -- I just
25 do a clean up.



Page 25

1    MR. BLANKFIELD:  What's a vertical?

2    MR. MONTANO:  You know, an industry, if you
3  will.

4    MS. HIRSCH:  So an affiliate marketing,
5  verticals, like business opportunities, binary as
6  its own vertical.

7    MR. MONTANO:  Yes.

8    MR. HIRSCH:  And it is not promoting a
9  certain offer anymore.

10    MS. PASSMAN:  Well, that's different.  I
11  just want to make sure we get this from
12  Mr. Montano.

13    So, Mr. Montano, when you say you have a
14  business practice of deleting when you move on
15  verticals --

16    MR. MONTANO:  Yes, ma'am.

17    MS. PASSMAN:  What does that mean?

18    MR. MONTANO:  So when I leave -- when I
19  leave a certain industry, I do a -- I typically
20  do a clean up, especially when -- you know,
21  especially when, you know, my space is low.

22    And so I normally just delete stuff that I
23  don't need or I'm not going to use or I just --
24  you know, I just -- I know that I'm not going to
25  be a part of in the future.

Page 26

1    MS. PASSMAN:  So let's just put some
2  specifics on this.  We know that you were
3  involved in the affiliated market and the binary
4  options niche or segment.

5    When did you leave that?

6    MR. MONTANO:  I left that, I don't recall
7  the exact date, but somewhere in the beginning to
8  middle of 2016, if I can recall.

9    MS. PASSMAN:  And so beginning to middle of
10  2016.  Are we talking like January?  Are we
11  talking July?

12    MR. MONTANO:  I don't remember off the top
13  of my head.  It's been a while.

14    MS. PASSMAN:  So at that time, what do you
15  do with respect to your e-mail communications
16  related to binary options?

17    MR. MONTANO:  So normally I just delete
18  everything that's just dealing with, you know,
19  binary options.

20    MS. PASSMAN:  Do you recall actually doing
21  that sometime in the beginning or middle of 2016,
22  you deleted everything related to binary options?

23    MR. MONTANO:  Yes, ma'am?

24    MS. PASSMAN:  And what does that mean?  What
25  did you delete?

Page 27

1    MR. MONTANO:  Just deleted anything dealing
2  with binary options.

3    MS. PASSMAN:  How do you do so?

4    MR. MONTANO:  I just did a search for binary
5  options, and then just delete, just to make some
6  room.

7    MS. PASSMAN:  You did that in what?  Where
8  do you do the search for binary options?

9    MR. MONTANO:  On my e-mail.  On my e-mail
10  account, and on just my hard drive, everything.

11    MS. PASSMAN:  Okay.  Your e-mail account,
12  what e-mail account are you talking about?

13    MR. MONTANO:  Gmail, example.

14    MS. PASSMAN:  Any other e-mails you use in
15  connection with binary options?

16    MR. MONTANO:  No.

17    MS. PASSMAN:  Okay.  So you went in your
18  Gmail, and you just searched for binary options
19  and deleted everything that came up?

20    MR. MONTANO:  Yes, ma'am.

21    MS. PASSMAN:  At the time that you deleted
22  your e-mail communications, had you received the
23  SEC subpoena for the requesting documents?

24    MR. MONTANO:  No, ma'am.

25    MS. PASSMAN:  At the time that you deleted

Page 28

1  your e-mail communications, had you received the
2  FTC's request for documents?

3    MR. MONTANO:  For the FTC?

4    MS. PASSMAN:  Yeah.

5    MR. MONTANO:  Yes.

6    MS. PASSMAN:  Okay.  Did you produce
7  everything to the FTC before you deleted your
8  e-mails?

9    MR. MONTANO:  I did.

10    MS. HIRSCH:  Just for the record, the FTC
11  case has nothing to do with binary options.

12    MS. PASSMAN:  I know what the FTC case has
13  to do with, but that objection isn't proper.

14    MS. HIRSCH:  I'm not objecting.  I'm just
15  clarifying for the record.

16    MS. PASSMAN:  Yeah.  We know very well.
17  We've seen all the documents related to the FTC,
18  and I'm interested in knowing whether, for the
19  FTC, you produced all of the documents you had
20  available to them?

21    MR. MONTANO:  Yes, ma'am.

22    MS. PASSMAN:  The documents you produced to
23  the FTC, do you still have those documents?

24    MR. MONTANO:  I believe so.

25    MS. PASSMAN:  Okay.  And in connection with



RONNIE  MONTANO VOLUME I
INVESTIGATIVE PANEL TESTIMONY

March 07, 2018
33–36

Page 33

1  deleted what came up or --
2      MR. MONTANO:  No, sir.
3      MR. DONNELLY:  No?  Okay.
4      MS. PASSMAN:  All right.  So you wouldn't
5  done -- you wouldn't have deleted any records
6  related to binary options before you were out of
7  the industry, correct?
8      MR. MONTANO:  I'm sorry?
9      MS. PASSMAN:  Did you -- you didn't delete
10  any documents or files related to binary options
11  until after you left the industry?
12      MR. MONTANO:  I'm pretty sure, yes.
13      MS. PASSMAN:  Okay.  Because you would only
14  delete things, you said, when you left a
15  vertical, right?
16      MR. MONTANO:  Right, that's --
17      MS. PASSMAN:  And you left the binary
18  options vertical in early 2016?
19      MR. MONTANO:  That's correct.
20      MS. PASSMAN:  And when you say you left the
21  vertical, what does that mean?  Does that mean
22  that -- tell me what that means.
23      MR. MONTANO:  Well, like I just -- I just --
24  I don't want to -- so I just left.  I moved on.
25      MS. PASSMAN:  Okay.  So that means that you

Page 34

1  weren't associated in any way with binary option
2  offers that were being launched; is that right?
3      MR. MONTANO:  Correct.
4      MS. PASSMAN:  And you weren't getting any
5  affiliate commissions related to binary options?
6      MR. MONTANO:  Correct.
7      MS. PASSMAN:  And you weren't promoting any
8  binary options offers; is that right?
9      MR. MONTANO:  Yes, ma'am.
10      MS. PASSMAN:  And you weren't recruiting
11  anyone to mail out binary option offers; is that
12  right?
13      MR. MONTANO:  I believe so.
14      MS. PASSMAN:  Okay.  Because if you were
15  still doing those things, you would not be
16  deleting your files and communications related to
17  binary options since you were still in the
18  vertical, right?
19      MR. MONTANO:  I'd -- I'd say so, yes.
20      MS. PASSMAN:  Well, I thought that's what
21  you were saying.  I want to make sure I
22  understand your testimony.
23      The only reason why you deleted materials
24  related to binary options is after you left the
25  vertical, right?

Page 35

1      MR. MONTANO:  For the -- yes.  For the most
2  part, correct, yes.
3      MS. PASSMAN:  What do you mean "for the most
4  part"?  Are there other instances where you
5  deleted materials related to binary options?
6      MR. MONTANO:  I don't know but I just -- I
7  don't want to perjurer -- that's why I'm saying
8  like -- I'm just trying to give you what I can
9  recall.  I mean, I'm sorry.  My memory is just
10  not --
11      MS. PASSMAN:  I'm not trying to trick you.
12  I just want to make sure I understand.
13      MR. MONTANO:  I know.  I understand but I
14  also don't want to perjurer myself and tell you
15  something that -- from just my recollection.
16  Like, I'm being honest with everything that I
17  tell you, but at the same time I don't want to,
18  like, you know -- I don't want to make it, like,
19  you know -- like lie or anything like that.
20      MS. HIRSCH:  He's not making conclusive
21  statements because he's not sure if his memory
22  serves him correctly.
23      MS. PASSMAN:  You know what, Rachel?  Sorry,
24  I appreciate that, but this needs to be his
25  testimony.  If you have an objection, you can

Page 36

1  state it.  It's investigative testimony.  We
2  don't need your clarifications and, you can make
3  arguments if and when we get to that point down
4  the road.
5      I appreciate you don't want to perjurer
6  yourself, and I'm not trying to trick you.  I'm
7  really just trying to understand to make sure I
8  understand your testimony, and it's clear.
9      So my understanding from your testimony was
10  that you had a business practice, when you are
11  all done with a particular vertical, like binary
12  options, to get rid of your documents related to
13  that vertical; is that right?
14      MR. MONTANO:  Typically that is -- that is
15  correct.
16      MS. PASSMAN:  And you have a recollection of
17  getting rid of all your documents related to
18  binary options when you exited the binary option
19  vertical, right?
20      MR. MONTANO:  Correct.
21      MS. PASSMAN:  And you do not have any
22  recollection of deleting documents related to
23  binary options before you left that vertical; is
24  that right?
25      MR. MONTANO:  That is correct.



Page 65

1  I didn't have anything --
2      MR. BLANKFIELD:  So you've never been
3  involved in crypto or virtual currencies --
4      MR. MONTANO:  No.
5      MR. BLANKFIELD:  -- as an affiliate
6  marketer?
7      MR. MONTANO:  No, sir.
8      MR. BLANKFIELD:  Or did you ever -- have you
9  ever launched a product?
10      MR. MONTANO:  No, sir.
11      MS. PASSMAN:  So you said recently you've
12  been involved with crypto, virtual currencies,
13  Bitcoin.  Tell us about that.
14      MR. MONTANO:  So just -- just right now,
15  just looking into it.  I -- we're in the
16  beginning stages of possibly doing an incubator
17  that, you know, deals with cryptocurrency.
18      MS. PASSMAN:  I know you were --
19      MR. MONTANO:  Just like -- that's just a
20  possibility right now.
21      MS. PASSMAN:  Okay.
22      MR. MONTANO:  It's just -- everything is
23  just, you know, thoughts and nothing, you know --
24  nothing concrete yet.
25      MR. BLANKFIELD:  What's an incubator?

Page 66

1      MR. MONTANO:  Just, you know, a place that
2  provides the development, the legal
3  representation, and funding for cryptocurrencies.
4      Again, the -- I want to just be 100 percent
5  clear about this.  That is just, you know, just
6  a -- just a thought.  Nothing has gone and become any
7  type of fruition.
8      MR. BLANKFIELD:  So it's just a concept at
9  this point?
10      MR. MONTANO:  It's just a -- it's a total
11  and complete concept at this point, like,
12  complete, total concept.  I just know that I --
13  I'd like to be a part of that because it's, you
14  know -- it's an ongoing industry.
15      MS. PASSMAN:  So other than the concepts
16  involving future business related to crypto, have
17  you, up until this point, had any other
18  involvement business-wise related to crypto?
19      MR. MONTANO:  No, ma'am.
20      MS. PASSMAN:  Never been involved with
21  creating any video sales letters related to
22  crypto?
23      MR. MONTANO:  Not that I can recall.
24      MS. PASSMAN:  Okay.  Okay.
25      MR. BLANKFIELD:  At some point a while back,

Page 67

1  we were talking about what you were doing in
2  response to the subpoena in terms of your
3  document production, and we got off track.  I
4  just want to come back to that aspect of your --
5  what you did in response to the subpoena and the
6  documents that you produced to us.
7  Have you ever deleted any video sales letters?
8      MR. MONTANO:  Probably.
9      MR. BLANKFIELD:  For which verticals?
10      MR. MONTANO:  For the binary industry.
11      MR. BLANKFIELD:  But not for -- no other
12  vertical?
13      MR. MONTANO:  No.
14      MR. BLANKFIELD:  Are you still in biz op in
15  IM?
16      MR. MONTANO:  No, I'm not.
17      MR. BLANKFIELD:  But you didn't delete any
18  video sales letters for them?
19      MR. MONTANO:  No, sir.
20      MR. BLANKFIELD:  No communications for them.
21      MR. MONTANO:  No, sir.
22      MR. BLANKFIELD:  No e-mails from them?
23      MR. MONTANO:  No, sir.
24      MR. BLANKFIELD:  No Skype chats?
25      MR. MONTANO:  No, sir.

Page 68

1      MR. BLANKFIELD:  So you are no longer in
2  that industry?
3      MR. MONTANO:  That's correct, sir.
4      MR. BLANKFIELD:  That vertical.
5      Did -- have you ever asked anybody to delete
6  documents on your behalf?
7      MR. MONTANO:  No, sir.
8      MR. BLANKFIELD:  Communications?
9      MR. MONTANO:  No, sir.
10      MR. BLANKFIELD:  Videos?
11      MR. MONTANO:  No, sir.
12      MR. BLANKFIELD:  You ever ask Bill Berry to
13  delete anything on your behalf?
14      MR. MONTANO:  No, sir.
15      MR. BLANKFIELD:  Mike Wright?
16      MR. MONTANO:  No, sir.
17      MR. BLANKFIELD:  In response to the -- the
18  subpoena, are there any documents that you
19  were -- are there any documents that you were
20  otherwise unable to produce?
21      MR. MONTANO:  No, sir.
22      MS. PASSMAN:  Why is it that you deleted
23  e-mails and everything from your hard drive
24  related to binary options but not related to the
25  other verticals in affiliate marketing?



RONNIE  MONTANO VOLUME I
INVESTIGATIVE PANEL TESTIMONY

March 07, 2018
69–72

Page 69

1     MR. MONTANO:  Because I'm under -- because
2  of the issue with the FTC, I'm under a situation
3  where I can't delete any of that stuff.  The
4  letter, preservation, whatever that is.
5     MS. PASSMAN:  And the -- the preservation
6  letter didn't, to your understanding, apply to
7  any work that you did related to binary options?
8     MR. MONTANO:  No.
9     MS. PRESSMAN:  Okay.
10     MR. MR. BLANKFIELD:  So just the FTC's
11  preservation letter -- you received the FTC's
12  preservation letter before you exited that
13  particular vertical, right?
14     MR. MONTANO:  Yes, sir.  Before I -- which
15  vertical?
16     MR. BLANKFIELD:  Biz op and IM.
17     MR. MONTANO:  Yes, sir.
18     MR. BLANKFIELD:  And -- and the campaigns in
19  Biz op and IM are the subject of the FTC
20  investigation?
21     MR. MONTANO:  Yes, sir.
22     MR. BLANKFIELD:  Okay.  But in our case, you
23  deleted binary options' documents and
24  communications before you received our --
25     MR. MONTANO:  Yes, sir.

Page 70

1     MR. BLANKFIELD:  -- preservation request?
2     MR. MONTANO:  That's correct.
3     MR. BLANKFIELD:  But after you left the
4  vertical?
5     MR. MONTANO:  Yeah.  Yes, sir.
6     MR. BLANKFIELD:  Okay.
7     MR. DONNELLY:  Are there other verticals
8  that you've left that you similarly deleted
9  files?
10     MR. MONTANO:  Not that I can recall.
11     MR. DONNELLY:  Okay.  So earlier on, you
12  talked about cleanup.
13     MR. MONTANO:  Yes, sir.
14     MR. DONNELLY:  And I thought you were
15  saying -- maybe I'm wrong -- that it was your
16  pattern, your -- your sort of tendency when you
17  left a vertical to clean up for that vertical and
18  so -- to save space on your computer for whatever
19  reason.
20     MR. MONTANO:  Yes, sir.
21     MR. DONNELLY:  But if I'm hearing you now,
22  you're saying that you really haven't ever done a
23  cleanup for any vertical other than binary; is
24  that right?
25     MR. MONTANO:  That -- that is not correct,

Page 71

1  sir.  So being part of the MLM industry in the
2  past and the marketing industry.  So when I left
3  that, I just deleted everything that I had in
4  that industry as well.
5     MR. DONNELLY:  Okay.  And was that
6  considered a vertical?
7     MR. MONTANO:  Yes.
8     MR. DONNELLY:  Okay.
9     MR. MONTANO:  Yes.
10     MR. BLANKFIELD:  I'm sorry.  Did you say
11  MLM?
12     MR. MONTANO:  In multilevel marketing.
13     MR. BLANKFIELD:  And what is that?
14     MR. MONTANO:  In network marketing, like
15  Amway, if you will.
16     MS. PASSMAN:  When did you leave MLM?
17     And I keep throwing dates at you.
18  Approximate is fine.  I'm not holding you to a
19  specific time.
20     MR. MONTANO:  Years, years and years ago.
21     MS. PASSMAN:  Before you got into biz op?
22     MR. MONTANO:  If I'm going to give you an
23  approximation, yeah.  I don't recall.  But before
24  I got into biz op, you know, I don't recall.
25     MR. DONNELLY:  But you "cleaned up," to use

Page 72

1  your language, after you left MLM and deleted the
2  MLM files on your computer?
3     MR. MONTANO:  Yes, sir.
4     MR. DONNELLY:  Okay.  And so are there other
5  verticals that you can recall having similarly
6  cleaned up when you've left them other than
7  binary options?
8     MR. MONTANO:  I think some of the other
9  verticals that I was involved in were in like --
10  weren't big enough that I needed to clean them
11  off of my hard drive to create more rooms.
12     MR. DONNELLY:  So there's no other?
13     MR. MONTANO:  Not that I can recall.
14     MS. PASSMAN:  When you were cleaning up for
15  MLM, did you also clean up your e-mail messages?
16     MR. MONTANO:  For the most part, yes, ma'am.
17  I believe so.
18     MS. PASSMAN:  Okay.
19     MR. MONTANO:  I would say so for this,
20  usually.
21     MS. PASSMAN:  Did you do anything different
22  for the cleanup for binary options than the MLM
23  cleanup?
24     MR. MONTANO:  No.
25     MR. BLANKFIELD:  You had mentioned earlier



RONNIE  MONTANO VOLUME I
INVESTIGATIVE PANEL TESTIMONY

March 07, 2018
101—104

1     MS. PASSMAN:  Just so we have a name for
2   that category.
3     MR. MONTANO:  Okay.  Aggregators.
4     MS. PASSMAN:  Okay.  Aggregators.  Let's
5   call them aggregators for the rest of the day.
6       Any other ways that binary option products
7   are, you know -- come to be used by affiliate
8   advertisers other than from the aggregators?
9     MR. MONTANO:  So the aggregators would have
10  the actual product, and sometimes they have the
11  landing pages and the videos.  Other times, the
12  advertiser would have the landing pages and
13  videos themselves.  And then, you know -- and
14  then -- but -- but at the end, it -- what I
15  considered the product is the actual, like, the
16  funnel itself, right?
17      You've got the landing page and then you've
18  got the -- the product, which is the landing --
19  which is the funnel that -- that disburses, you
20  know, that disburses out, you know, all of the
21  customers that -- that -- that are interested --
22    MS. PASSMAN:  Right.
23    MR. MONTANO:  -- to, you know, the binary
24  options.
25    MS. PASSMAN:  And so when you were acting as

1   an affiliate advertiser, did you use videos and
2   landing pages from the aggregators?
3     MR. MONTANO:  Yes, ma'am.
4     MS. PASSMAN:  Any other ways -- any other
5   instances where you didn't use aggregators when
6   you served as an affiliate advertiser?
7     MR. MONTANO:  Aggregators were always used
8   so that -- as an advertiser, you would either use
9   their landing page and video or you would use
10  your own landing page and video.
11    MS. PASSMAN:  Any instances where you used
12  your own landing page and video?
13    MR. MONTANO:  Yes, ma'am.
14    MS. PASSMAN:  Okay.  What are those?
15    MR. MONTANO:  I don't recall.
16    MS. PASSMAN:  How many times did you use
17  your own landing page and video?
18    MR. MONTANO:  At least once.  I think -- I
19  believe maybe twice.
20    MS. PASSMAN:  So what does that mean that
21  you used your own landing page and video?
22    MR. MONTANO:  So I -- I -- I would have the
23  video created and, you know, copy written, you
24  know, for that video.  And yeah -- and then use
25  that as the, you know, as the landing page.

1     MS. PASSMAN:  Okay.  So, like, you say you'd
2   have the video written, copyrighted, and then
3   used as the landing page.  Explain to me exactly
4   what you did.  Did -- like, did you write this
5   yourself?  Where did you get the information?
6   How did you put the video together?  You know,
7   sort of walk us through how that happened.
8     MR. MONTANO:  So typically, you know, you
9   have a copywriter that -- that writes the copy.
10  And then, you know, you send it off to a video
11  creator.  The video creator would create it; send
12  you back the final video.
13      And then, you know, you have it on a landing
14  page.  And then that landing page, you know,
15  would then send, you know, the -- the visitors
16  that come in and that are interested to -- to BOA
17  or to Boost through -- through their -- their
18  funnels.
19    MR. BLANKFIELD:  What gets the prospective
20  customer to that landing page?
21    MR. MONTANO:  So e-mail marketing.  From --
22  from my knowledge, e-mail marketing.  The e-mail
23  marketing or -- yeah.
24    MR. BLANKFIELD:  So the e-mail marketing
25  will -- if it's -- if it's for a particular

1   product, what would be in that e-mail?
2     MR. MONTANO:  What do you mean?
3     MR. BLANKFIELD:  What would be -- what would
4   be -- what would be the contents of the e-mail
5   that ultimately would get you to a landing page?
6   How would they get from that initial e-mail to
7   the landing page?
8     MR. MONTANO:  There would be a link on the
9   e-mail that takes them to the landing page.
10    MR. BLANKFIELD:  Okay.  So first, an e-mail
11  solicitation.
12    MR. MONTANO:  Yes, sir.
13    MR. BLANKFIELD:  And then they click on a
14  link?
15    MR. MONTANO:  Yes, sir.
16    MR. BLANKFIELD:  The customer would and it
17  gets them to this landing page?
18    MR. MONTANO:  Yes, sir.
19    MR. BLANKFIELD:  And on the landing page --
20  and on the landing page, what's there?
21    MR. MONTANO:  On the landing pages, you have
22  a -- you have a video for the most part.  A video
23  and then a -- an opt-in box where somebody can
24  opt-in with their e-mail address.  And then after
25  that, they go to Boost or BOA.



RONNIE  MONTANO VOLUME I
INVESTIGATIVE PANEL TESTIMONY

March 07, 2018
105—108

1     MR. BLANKFIELD:  And the video that would be
2  on that landing page would correlate to what?
3     MR. MONTANO:  What do you mean?
4     MR. BLANKFIELD:  Well --
5     MR. MONTANO:  Like, the content?
6     MR. BLANKFIELD:  They get an -- yeah.
7     They get an e-mail with a link to a landing
8  page.  On the landing page is a video.
9     A video of what?
10     MR. MONTANO:  A video talking about binary
11  options and, you know, making money in binary
12  options.  And then, yeah.  And then asking them
13  to, you know, to -- to -- to, you know, verify
14  their e-mail.  Then it goes to BOA and Boost.
15     MR. BLANKFIELD:  Okay.  And that -- and
16  that -- and that video would correspond to the
17  particular product that's being marketed, right?
18     MR. MONTANO:  Not necessarily.  No, sir.
19     MR. BLANKFIELD:  Oh.  What would it -- what
20  would it -- what could it contain?
21     MR. MONTANO:  It's typically a generic --
22  it's typically a generic video that, you know,
23  that talks about binary options and making money
24  on binary options.
25     MR. BLANKFIELD:  Okay.

1     MR. MONTANO:  So the -- the product on --
2  the product on BOA and Boost sides --
3     MR. BLANKFIELD:  Uh-huh.
4     MR. MONTANO:  -- are typically the same
5  product, just a different design, if you will,
6  but they're typically the same exact product,
7  which is -- and I don't even know if they would
8  call it product because I've never, you know,
9  kind of dived into that side of -- of things.  So
10  I'm not very familiar with that side, you know,
11  but from my understanding is they just -- they --
12  they take the, you know -- they take the -- the
13  subscribers and -- and disburses them.
14     MR. BLANKFIELD:  Disburses them to who?
15     MR. MONTANO:  To -- from my understanding,
16  to binary options brands.
17     MR. BLANKFIELD:  What -- what do you mean by
18  brands?
19     MR. MONTANO:  I don't know.  Like, binary
20  options companies.
21     MR. DONNELLY:  Give us an example of the
22  brands.
23     MR. MONTANO:  I don't know.  I've never
24  dived into that part.
25     MR. DONNELLY:  Do you know if they're

1  referred to as brokers?
2     MR. MONTANO:  I don't know.  Are they --
3     MS. PASSMAN:  What are the products that
4  you're talking about?
5     MR. MONTANO:  They're -- it -- that's what
6  I'm saying.  I don't know you -- you call them
7  products.  That's why I'm just riding on that.
8  But I don't know if you would call them product
9  because there's not really a physical product
10  that the customer receives.
11     MS. PASSMAN:  So what is it?
12     MR. MONTANO:  It's really just a funnel,
13  right?  So it's just a -- it's literally just a
14  funnel.
15     MS. PASSMAN:  So when you're making these --
16  you know, for instance, where you've made the --
17  the videos -- the advertising, what were you
18  promoting?
19     MR. MONTANO:  Binary options.
20     MS. PASSMAN:  Binary options what?
21     MR. MONTANO:  Binary options in general and
22  how to make money in binary options.
23     MS. PASSMAN:  Okay.  And --
24     MR. MONTANO:  Using, you know, this -- this
25  specific brand of whatever it is that they, you

1  know -- that they, Boost and BOA has.
2     MS. PASSMAN:  Okay.  And did you know what
3  it was that you were advertising that -- the
4  brand that Boost and BOA had, the -- whatever the
5  customers were going to get as a result of
6  signing up?
7     MR. MONTANO:  No.  Not that I know of, no.
8     MS. PASSMAN:  Did you ever have any role in
9  writing the -- the script for the -- the videos
10  that were promoting these binary options
11  products?
12     MR. MONTANO:  In the -- in the copy writing?
13     MS. PASSMAN:  Yeah?
14     MR. MONTANO:  I can't recall, but, I mean,
15  you know, I had copywriters actually write the
16  copies for the most part.
17     MS. PASSMAN:  How did they know what to
18  write?
19     MR. MONTANO:  I don't know.  I -- what do
20  you mean by that?  What do you mean, how do they
21  know what they write?
22     MS. PASSMAN:  Well, who are your
23  copywriters?
24     MR. MONTANO:  So I -- I think one of them
25  was -- Mike was one of the copywriters on one of



RONNIE  MONTANO VOLUME I
INVESTIGATIVE PANEL TESTIMONY

March 07, 2018
129–132

Page 129

1 of it?
2    MR. MONTANO:  I don't.
3    MS. PASSMAN:  Before you used the video that
4 you paid for, did you review it to make sure it's
5 what you wanted?
6    MR. MONTANO:  I got to.
7    MS. PASSMAN:  And was it your practice to
8 let Mr. Berry know if you had any changes that
9 you wanted made?
10    MR. MONTANO:  I believe so but I don't
11 recall.
12    MS. PASSMAN:  How many times did you use
13 Mr. Berry to make these videos for you, about?
14    MR. MONTANO:  I don't remember.
15    MS. PASSMAN:  Did you ever ask Mr. Berry to
16 make a video for you that you did not then e-mail
17 out as an affiliate advertiser?
18    MR. MONTANO:  I believe so.
19    MS. PASSMAN:  Okay.  What were those
20 circumstances?
21    MR. MONTANO:  I don't recall.
22    MS. PASSMAN:  What are the circumstances?
23 Tell me why you wouldn't use a video that you
24 paid for to make.
25    MR. MONTANO:  I can't recall but I'm

Page 130

1 assuming it just -- never got a chance to do it.
2    MS. PASSMAN:  Do you know that this actually
3 happened or is this assuming?
4    MR. MONTANO:  I believe it's happened once.
5    MS. PASSMAN:  Okay.  What is that time
6 you're thinking of?
7    MR. MONTANO:  Oh, shoot.  This is -- don't
8 quote me on this because I'm not 100 percent
9 sure.  I think this was about maybe 2000 and -- I
10 want to say the beginning of 2015 for a -- for a
11 business opportunity product, I believe.  I'm not
12 100 percent sure.
13    MR. BLANKFIELD:  The video's contents or
14 based on the script that's provided to Mr. Berry?
15    MR. MONTANO:  Yes, sir.
16    MR. BLANKFIELD:  So Mr. Berry -- you don't
17 just give him guidance in terms of, this is what
18 I want you to do.  The video is based on a
19 script --
20    MR. MONTANO:  Yes, sir.
21    MR. BLANKFIELD:  -- that you give to the
22 video producer?
23    MR. MONTANO:  Yes, sir.
24    MR. BLANKFIELD:  That you've written?
25    MR. MONTANO:  Not that I've written, that a

Page 131

1 copywriter would write.
2    MR. BLANKFIELD:  Okay.  That you hired.  The
3 copywriter would write the script --
4    MR. MONTANO:  Yes, sir.
5    MR. BLANKFIELD:  -- that you directed him to
6 do?
7    MR. MONTANO:  Yes, sir.
8    MR. BLANKFIELD:  -- or her?  And you paid
9 this person to write that script?
10    MR. MONTANO:  Yes, sir.
11    MR. BLANKFIELD:  And the content -- well,
12 what direction do you give to the scriptwriter?
13    MR. MONTANO:  I say, this is the brand, you
14 know, write something creative and, you know --
15 and then from there brainstorm.
16    MR. BLANKFIELD:  How do you know what the
17 brand is?
18    MR. MONTANO:  From BOA or Boost.
19    MR. BLANKFIELD:  And the direction they give
20 you is what?
21    MR. MONTANO:  This is the brand, this is,
22 you know -- and sort of like put together a
23 video.
24    And this is -- again, that was rare.  Most
25 of time, like 99, 98 percent, I don't know

Page 132

1 exactly, but let's just say for the most part,
2 they already have the video and the landing page
3 already created.
4    And then they would just, for example, give
5 it to me to then act as the advertiser, and then,
6 you know, usually when that happens, they pay me
7 a little less, you know.
8    MS. PASSMAN:  So in those instances, do you
9 review the videos before you send them out as an
10 affiliate advertiser?
11    MR. MONTANO:  In all honesty, I can't
12 recall.  I don't remember if I reviewed them.  I
13 mean, I'm sure I watched them.
14    MS PASSMAN:  That's what I meant.
15    MR. MONTANO:  Oh, yeah.
16    MS. PASSMAN:  And you watched them before
17 you would sent it out to other people, right?
18    MR. MONTANO:  Yes, ma'am.
19    MS. PASSMAN:  And did you have input into
20 making tweaks to the videos, the landing pages
21 when you got it from the aggregator?
22    MR. MONTANO:  Not that I can recall.
23    MS. PASSMAN:  What was that?
24    MR. MONTANO:  Not that I can recall.
25    MS. PASSMAN:  And the videos that you got



Page 133
1  from the aggregator like BOA or Boost, you
2  understood that they were also portrayed by
3  actors, right?
4      MR. MONTANO:  Yes, ma'am.
5      MS. PASSMAN:  And you understood that the
6  stories were fictional based on characters that
7  the actors were prostrating, right?
8      MR. MONTANO:  Yes, ma'am.
9      MS. PASSMAN:  And you understood that the
10  trading results that were being depicted did not
11  relate to any real people's trading results,
12  right?
13      MR. MONTANO:  I don't know.
14      MR. BLANKFIELD:  Well, the testimonials in
15  the videos are from actors as well, correct?
16      MR. MONTANO:  Yes.
17      MR. BLANKFIELD:  And those actors are
18  reading from a script?
19      MR. MONTANO:  Yes.
20      MS. PASSMAN:  And just sticking with the
21  videos you got from BOA, you knew that the
22  testimonials in those videos were also portrayed
23  by actors, right?
24      MR. MONTANO:  Yes.
25      MS. PASSMAN:  And that the scripts that they

Page 134
1  were reading were created; they were fictional
2  accounts of trading results, right?
3      MR. MONTANO:  Fictional, like not real, not
4  like -- didn't happen because --
5      MS. PASSMAN:  Yeah.  Like the character
6  didn't represent a real person who had traded on
7  that day?
8      MR. MONTANO:  Oh, I don't know.
9      MS. PASSMAN:  Well, what did you understand?
10      MR. MONTANO:  Well, anything -- anything
11  could have been -- like they could have portrayed
12  the real results of somebody else but then just
13  as an actor.
14      MS. PASSMAN:  So that gets me to when you're
15  hiring someone to write the script, and then
16  you're hiring Bill Berry to make the videos.
17      The testimonials that are depicted in the
18  videos that Bill Berry made for you, were those
19  based on actual -- people's actual trading
20  results?
21      MR. MONTANO:  I'm not sure but it could
22  have.
23      MS. PASSMAN:  Well, you're the one that
24  would have provided that information to be
25  included in the script, to the scriptwriter,

Page 135
1  right?
2      MR. MONTANO:  Right.  Typically --
3      MS. PASSMAN:  Is that right?
4      MR. MONTANO:  Okay.  Okay.  Yes.
5      MS. PASSMAN:  So where did you get that
6  information from?
7      MR. MONTANO:  What do you mean where did I
8  get that information from?
9      MS. PASSMAN:  Like when you have these
10  testimonials as part of the videos that you're
11  paying to produce, you know --
12      MR. MONTANO:  The copywriter would write
13  them.
14      MS. PASSMAN:  So the copywriter made it up?
15      MR. MONTANO:  Right.  The copywriter would
16  write the scripts.
17      MS. PASSMAN:  And that includes, the
18  copywriter would write the testimonials?
19      MR. MONTANO:  Correct.
20      MS. PASSMAN:  And the testimonials would
21  say, you know, X person made however much money
22  using the product or service in a certain period
23  of time, right?
24      MR. MONTANO:  From my understanding.
25      MS. PASSMAN:  And the copywriter was not

Page 136
1  basing the testimonials on information you
2  provided in terms of what connected to a real
3  person's trade results, right?
4      MR. MONTANO:  I can't recall that.
5      MS. PASSMAN:  Are you aware of any real
6  people's actual trading results or profits and
7  losses from products that you promoted as an
8  affiliate advertiser?
9      MR. BLANKFIELD:  And binary options.
10      MR. MONTANO:  One more time, please?
11      MS. PASSMAN:  Sure.  Are you aware of any
12  real traders who actually used the services that
13  you were promoting as an affiliate advertiser in
14  connection with binary options?
15      MR. MONTANO:  No, not personally.
16      MS. PASSMAN:  Are you aware of any trading
17  results in connection with services, products
18  that you were promoting as an affiliate
19  advertiser in connection with binary options?
20      MR. MONTANO:  No, not personally.
21      MR. BLANKFIELD:  When you say not
22  personally, what do you mean?
23      MR. MONTANO:  I've heard other people, you
24  know, making money or whatnot, but not
25  personally.  Like, I don't know them personally.



RONNIE  MONTANO VOLUME I
INVESTIGATIVE PANEL TESTIMONY

March 07, 2018
181—184

1   MR. MONTANO:  Did -- have I ever worked with
2   him?  I can't recall if I did or not.  I -- I
3   believe towards the middle of 2016, I may have
4   worked with him.
5   MR. DONNELLY:  In what capacity?
6   MR. MONTANO:  On a -- on another -- on
7   another binary offer.
8   MR. DONNELLY:  What was it called?
9   MR. MONTANO:  I don't remember.
10   MR. DONNELLY:  What led to you working with
11   him at that point?
12   MR. MONTANO:  What do you mean?
13   MR. DONNELLY:  What led to -- is that the
14   first time you ever worked with him?
15   MR. MONTANO:  I worked with -- when -- so I
16   basically -- I got in contact with him, find out
17   what he was doing, and, you know -- and that's
18   when, you know, he had a -- he had -- I'm trying
19   to remember the conversation.  He had an offer --
20   an offer that was converting well.
21   MR. BLANKFIELD:  And when you say
22   "converting well," what does that mean?
23   MR. MONTANO:  It was just -- it was doing
24   well.
25   MR. BLANKFIELD:  And what does that mean?

1   MR. MONTANO:  It was doing well and it --
2   I -- it was doing well.  It was -- it was -- it
3   was making --
4   MS. HIRSCH:  It's an industry term.
5   MR. MONTANO:  Yeah.  It was just -- it's
6   making -- it's -- I guess it's making money.
7   It's doing well.
8   MS. PASSMAN:  Is that because people are
9   opening and funding accounts?
10   MR. MONTANO:  I -- I -- yeah, I guess.
11   MS. PASSMAN:  That's how you do well in your
12   affiliate marketing world, right?
13   MR. MONTANO:  Yeah.  But --
14   MR. BLANKFIELD:  It --
15   MR. MONTANO:  We never, like, discuss,
16   like -- okay.  This is the details of what
17   happened.  It's, like, it's -- it's -- okay.
18   It's doing well or it's not doing well.
19   MR. BLANKFIELD:  Right.
20   MR. MONTANO:  And if it's doing well, okay.
21   That's --
22   MR. DONNELLY:  But you know what has to
23   happen to make money, right?
24   MR. MONTANO:  Yes, sir.
25   MR. DONNELLY:  Right.  And that's the

1   funding of an account?
2   MR. MONTANO:  I'm just talking to you -- I'm
3   sorry.  Maybe I'm confusing myself because you're
4   asking me about the conversation, and the
5   conversation was just about -- wasn't --
6   non-detailed.  It was more of, like, okay.  It
7   was doing well.  Here's an offer that's doing
8   well, you know.  Here you go.  And that was the
9   conversation.  I'm just answering your question
10   based on what you asked me.  Sorry if --
11   MR. BLANKFIELD:  But then we followed-up
12   with --
13   MR. MONTANO:  Right.
14   MR. BLANKFIELD:  -- when you mean doing
15   well, do you mean lots of FTDs?
16   MR. MONTANO:  The -- typically.  And then --
17   and this is aside from that conversation.
18   Typically, when a -- when a -- when a -- an offer
19   is doing well, it means it's converting well,
20   meaning it's --
21   MS. HIRSCH:  Don't define a term with a
22   term.
23   MR. BLANKFIELD:  Right.  And so -- but are
24   FTDs --
25   MR. MONTANO:  Sorry.

1   MR. BLANKFIELD:  Are FTDs --
2   MR. MONTANO:  So people that are -- I guess,
3   yes.  People are -- are -- are actually, you
4   know, are doing -- are making deposits.
5   MR. BLANKFIELD:  Right.  Because once the --
6   MR. MONTANO:  And he was -- he was making
7   money from it.
8   MR. BLANKFIELD:  Right.  Because once the
9   deposits are made, that counts as an FTD?
10   MR. MONTANO:  Okay.
11   MR. BLANKFIELD:  Yes?
12   MR. MONTANO:  Yes.
13   MR. BLANKFIELD:  Or it also counts as a CPA
14   as well?
15   MS. PASSMAN:  It triggers a CPA.
16   MR. BLANKFIELD:  It --
17   MR. MONTANO:  It triggers a CPA.
18   MR. BLANKFIELD:  It triggers a CPA.  Okay.
19   So --
20   MR. MONTANO:  I'm --
21   MS. HIRSCH:  Did you ask him what an FTD is?
22   I just want to make sure your record is clear
23   because I don't know if you said the product yet
24   for what -- does -- does he know what an --
25   MR. BLANKFIELD:  Yeah.  What is an FTD?



RONNIE  MONTANO VOLUME I
INVESTIGATIVE PANEL TESTIMONY

March 07, 2018
209—212

Page 209

1    MR. MONTANO:  Yes, sir.
2    MR. BLANKFIELD:  What's that?
3    MR. MONTANO:  Websites that you can see on
4    your mobile phone.
5    MR. BLANKFIELD:  Could I also see the
6    website on my computer?
7    MR. MONTANO:  Yes, sir.
8    MR. BLANKFIELD:  So why the -- the
9    distinction?
10    MR. MONTANO:  Some desktop websites, you --
11    you -- they don't format so that you can see it
12    on a smaller screen.
13    MR. BLANKFIELD:  But there -- and there was
14    no binary component to this project?
15    MR. MONTANO:  No.  None whatsoever.
16    MR. BLANKFIELD:  Okay.  Let's turn to the
17    next page for October 8th, 2014.
18    And whose name appears there?
19    MR. MONTANO:  Ronnie Montano.
20    MR. BLANKFIELD:  For what project?
21    MR. MONTANO:  Binary Bra -- Binary Brian?
22    MR. BLANKFIELD:  That could be a -- that
23    could be a spelling mistake or it means Binary
24    Brain, if that rings a bell?
25    And the amount?

Page 210

1    MR. MONTANO:  10,000.
2    MR. BLANKFIELD:  Okay.  And what was --
3    whether it's Binary Brian or Binary Brain, what
4    was that project?
5    MR. MONTANO:  I can't recall.
6    MS. PASSMAN:  Did you launch a Binary Brian
7    offer in your name?
8    MS. HIRSCH:  What was your question?
9    MR. MONTANO:  No.  Binary Brian, I --
10    MS. PASSMAN:  You programmed Binary Brain?
11    MR. BLANKFIELD:  We're using those terms
12    interchangeably.
13    MR. MONTANO:  I honestly can't recall.
14    Goodness, gracious.
15    MR. BLANKFIELD:  All right.  Let's go three
16    entries down for October 29th, 2014.
17    Whose name appears there?
18    MR. MONTANO:  Ronnie Montano.
19    MR. BLANKFIELD:  And what was the project?
20    MR. MONTANO:  Doran Videos.
21    MR. BLANKFIELD:  And the amount?
22    MR. MONTANO:  18,000.
23    MR. BLANKFIELD:  All right.  What's the
24    Doran Videos?
25    MR. MONTANO:  Don't know what that one is

Page 211

1    either.
2    MR. BLANKFIELD:  So you don't know if that
3    was biz op, IM?
4    MR. MONTANO:  I don't.
5    MR. BLANKFIELD:  What vertical was that in?
6    MR. MONTANO:  Yeah.  I don't know that one.
7    I don't know if that was IM business opportunity
8    or binary.  I don't know.
9    MR. BLANKFIELD:  All right.
10    MS. PASSMAN:  Do you remember any video
11    involving some -- a character named Doran?
12    MR. MONTANO:  I don't.  This is so
13    frustrating.
14    I have a question?
15    MS. PASSMAN:  Sure.
16    MR. BLANKFIELD:  Sure.
17    MR. MONTANO:  Do you guys have the -- the --
18    the videos for these?
19    MS. PASSMAN:  Well, that's --
20    MR. MONTANO:  Could that maybe --
21    MS. PASSMAN:  We'll show you the videos we
22    want you to see.
23    MR. BLANKFIELD:  Yeah.
24    MR. MONTANO:  Yeah.  Because that maybe,
25    like, spark something.

Page 212

1    MS. HIRSCH:  They're going to show you just
2    whatever --
3    MR. MONTANO:  Okay.
4    MR. BLANKFIELD:  Let's go down to the entry
5    under December 15th, 2014?
6    MR. MONTANO:  Okay.  Yes, sir.
7    MR. BLANKFIELD:  Whose name appears there?
8    MR. MONTANO:  Travis Stephenson.
9    MR. BLANKFIELD:  What was the project?
10    MR. MONTANO:  Larry's Cash Machine.
11    MR. BLANKFIELD:  And the amount?
12    MR. MONTANO:  8,000.
13    MR. BLANKFIELD:  Right.  But that was your
14    project, wasn't it?
15    MR. MONTANO:  Not my protect, but I -- my
16    name was used for that one.
17    MR. BLANKFIELD:  And when you say your name
18    was used, what does that mean?
19    MR. MONTANO:  What I shared earlier,
20    whereby, you know, someone creates the, you
21    know -- the videos and the landing pages and then
22    uses my name to launch them.
23    MS. PASSMAN:  This was a binary project,
24    right?
25    MR. MONTANO:  I -- yes.  Yes, ma'am.  That



Page 221

1   MR. DONNELLY: On Larry's Cash Machine, why
2   did you allow Travis Stephenson to use your name
3   to market that video without you having looked at
4   it or any of the swipes or anything of that
5   nature?  Like, what convinced you to allow him to
6   use your name without this extra context?
7       MR. MONTANO:  I -- I -- I trusted --
8   trusted him that it, you know -- that it was --
9   it was a good project, that it converted well.
10  He offered me a copy of the list that was, you
11  know, that -- that -- people that opted-in on the
12  landing page and half of the, you know, profits,
13  if you will, and so I said yes.
14      MR. BLANKFIELD:  Well, do you know what the
15  profits were for Larry's Cash Machine?
16      MR. MONTANO:  I do not.
17      MR. BLANKFIELD:  But you got half of them?
18      MR. MONTANO:  Yes.  Yes, sir.
19      MR. BLANKFIELD:  And is that half of the
20  gross or is that --
21      MR. MONTANO:  After affiliates were paid.
22      MR. BLANKFIELD:  Did you also send that
23  project out to your affiliate list?
24      I'm sorry.  To your -- did you also -- did
25  you act as an affiliate marketer --

Page 222

1       MR. MONTANO:  I don't remember.
2       MR. BLANKFIELD:  -- for Larry's Cash Machine
3   as well?
4       MR. MONTANO:  Excuse me.  I don't remember.
5       MR. BLANKFIELD:  So you don't -- you can't
6   remember if you sent that project out to your
7   e-mail lists?
8       MR. MONTANO:  I don't remember.  Because I
9   don't -- I don't remember if I had a -- a binary
10  options list already by that time or not.  I
11  don't -- I don't -- I don't recall.
12      MR. BLANKFIELD:  Yeah, but even if you don't
13  have a binary options list, you've got other
14  lists, right?
15      MR. MONTANO:  Completely different vertical.
16      MR. BLANKFIELD:  Right.  But an e-mail list
17  is an e-mail list, right?  Do you -- do you
18  discriminate between the lists?
19      MR. MONTANO:  Yes, sir.
20      MR. BLANKFIELD:  How?
21      MR. MONTANO:  In -- in that marketing, the
22  lists don't typically work on binary options
23  lists --
24      MR. BLANKFIELD:  Why is that?
25      MR. MONTANO:  -- or binary options offers.

Page 223

1       I don't know.  It's just the nature of it.
2   I couldn't explain to you why.  It just doesn't.
3   Like, for example, a health list, you send it out
4   to a, you know -- a binary options list.  You
5   know, you're not going -- it's not going to be a
6   good conversion either.  There's just different
7   interests.
8       MS. PASSMAN:  What, if any, role did you
9   have in terms of selecting what format the video
10  sales letter for Larry's Cash Machine would take?
11      MR. MONTANO:  I wasn't part of that.
12      MS. PASSMAN:  Okay.  You testified earlier
13  there were different types of videos.  It could
14  either be, like, a presentation with words, like
15  slides or it could be actors, right?
16      MR. MONTANO:  Yes, ma'am.
17      MS. PASSMAN:  And you wanted a video with
18  actors to be used for Larry's Cash Machine,
19  right?
20      MR. MONTANO:  No.  I don't know what you
21  mean.  No.  I -- what do you mean?  I --
22      MS. PASSMAN:  Is that true, you wanted to
23  have a bigger production, a video that included
24  actors and a storyline for Larry's Cash Machine?
25      MR. MONTANO:  No, ma'am.  I don't -- I never

Page 224

1   had that conversation.
2       MS. PASSMAN:  You never had that
3   conversation with who?
4       MR. MONTANO:  With Travis.
5       MS. PASSMAN:  So if Travis Stephenson
6   testified that he -- he had discussed with you
7   about Larry's Cash Machine, and he had suggested
8   using a -- a copywriter and a voiceover, but you
9   wanted to do something more for Larry's Cash
10  Machine, would he be lying?
11      MR. MONTANO:  That's incorrect.  I never --
12  I was never in that part of the decision because
13  everything was already done by the time he
14  contacted me about it.
15      MS. PASSMAN:  And how do you remember this?
16  You've been having a lot of trouble remembering
17  your involvement with binary options projects.
18      Why is it that you remember this specific
19  one?
20      MR. MONTANO:  I had a -- because I had a
21  conversation with him about it.  This is --
22  because I remember, like, I -- long story short,
23  you know, he was the first person that came to me
24  after I was having issues with -- with one of my
25  other business partners.  And then during that



RONNIE  MONTANO VOLUME I
INVESTIGATIVE PANEL TESTIMONY

March 07, 2018
293–296

Page 293

1  e-mail that I sent out to some of my affiliates.
2      MR. BLANKFIELD:  How many affiliates would
3  receive this e-mail?
4      MR. MONTANO:  I don't know.  Maybe if I
5  would guess, about 20 or so.
6      MR. BLANKFIELD:  The date of this e-mail?
7      MR. MONTANO:  July 21st, 2015.
8      MR. BLANKFIELD:  And whose e-mail address is
9  it sent from?
10      MR. MONTANO:  Myself,
11  ronniemontano@gmail.com.
12      MR. BLANKFIELD:  I'm sorry, you said what?
13      MR. MONTANO:  Ronniemontano@gmail.com,
14  myself.
15      MR. BLANKFIELD:  How come it goes from you
16  to you?
17      MR. MONTANO:  It probably was a blind copy.
18      MR. BLANKFIELD:  I see.  Okay.  And in the
19  second paragraph starting with "instead of
20  launching," it says, "you're going to raise the
21  CPA to two of your best converting binary offers
22  of this year."
23      What does CPA mean?
24      MR. MONTANO:  Cost per action.
25      MR. BLANKFIELD:  When does that occur?

Page 294

1      MR. MONTANO:  When somebody makes a deposit.
2      MR. BLANKFIELD:  So CPA and FTD are
3  interchangeable?
4      MR. MONTANO:  CPA is what you make when they
5  deposit -- when they make an FTD.
6      MR. BLANKFIELD:  Okay.  I got it.
7      So this is to two of your best converting
8  binary offers this year.  And what are those two
9  offers?
10      MR. MONTANO:  Copy Trade Profit and Larry's
11  Cash Machine.
12      MR. BLANKFIELD:  And what's the CPA for both
13  of those?
14      MR. MONTANO:  300 CPA.
15      MR. BLANKFIELD:  What were they before?
16      MR. MONTANO:  I don't recall.
17      MR. BLANKFIELD:  So these are the same two
18  offers that you launched earlier in the year?
19      MR. MONTANO:  Yes, sir, my recollection.
20      MR. BLANKFIELD:  And you're relaunching the
21  same two offers?
22      MR. MONTANO:  Not relaunching, just
23  increasing the CPA already sent.
24      MR. BLANKFIELD:  When was Larry's Cash
25  Machine launched?

Page 295

1      MR. MONTANO:  I don't remember.  Probably
2  sometime in like the middle of 2015 or so.
3      MR. BLANKFIELD:  Okay.
4      MR. MONTANO:  Give or take.
5      MR. BLANKFIELD:  And Copy Trade Profit, was
6  that a deal where you were the advertiser?
7      MR. MONTANO:  Yes, sir.
8      MR. BLANKFIELD:  And was this your launch?
9      MR. MONTANO:  Yes, sir.
10      MR. BLANKFIELD:  So it wasn't one where
11  someone asked you to do the launch in your name?
12      MR. MONTANO:  That's correct, yes, sir.
13      MR. BLANKFIELD:  What type of binary product
14  was this?
15      MR. MONTANO:  What do you mean?  It was the
16  same -- same -- same thing, where it was a
17  landing page with a video that was sent over to
18  the customers who then were sent over to BOA or
19  Boost to utilize their product.
20      MR. BLANKFIELD:  And was the binary product
21  and Copy Trade Profit and Larry's Cash Machine
22  the same?
23      MR. MONTANO:  I'm not sure.  I'm not 100
24  percent sure because for Copy Trade Profit, I'm
25  the one who was talking to BOA or Boost, right?

Page 296

1  And then with Larry's Cash Machine, I wasn't the
2  one that did it.  It was Travis.
3      MR. BLANKFIELD:  So Copy Trade Profit had --
4  it had a landing page?
5      MR. MONTANO:  Yes, sir.
6      MR. BLANKFIELD:  And where did that take
7  you?
8      MR. MONTANO:  Once you opted in, it takes
9  you to Boost or BOA.
10      MR. BLANKFIELD:  Was there a video sales
11  letter associated with Copy Trade Profit?
12      MR. MONTANO:  Yes, sir.
13      MR. BLANKFIELD:  And was this a turnkey
14  product or did you create the video sales letter?
15      MR. MONTANO:  That one I believe I'm the one
16  who facilitated that.
17      MR. BLANKFIELD:  So you would have -- when
18  you say you facilitated, what does that mean?
19      MR. MONTANO:  I'm the one who got the
20  copy -- the copy created, and then sent it over
21  to Bill for Bill to create the video.
22      MR. BLANKFIELD:  Okay.  So when you said you
23  got the copy created, that means either you --
24  did you write the copy, meaning the script?
25      MR. MONTANO:  I don't believe so.  I really



Page 285

1   MR. MONTANO: I don't know. It's just an
2 assumption that they would be trading, but, you
3 know, it's -- why would anybody -- you know, why
4 would anyone form an account without trading? I
5 don't know.
6   MR. FUCHS: No. The funding is the key
7 part, right? The funding of the account is the
8 FTD, right?
9   MR. MONTANO: I believe so.
10   MR. FUCHS: Okay.
11   MR. MONTANO: I don't know how the mechanism
12 works behind the scenes there.
13   MR. FUCHS: But If I hear you right, you
14 were assuming that when the account was funded,
15 the person who funded the account traded as well?
16   MR. MONTANO: That's just -- that's an
17 assumption. I'm not 100 percent sure if that's
18 the case.
19   MR. FUCHS: Right. And I guess I'm asking
20 you what is that based on other than just -- why
21 else would a person fund the account, which I
22 think is what you said, what is your basis for
23 believing that?
24   MR. MONTANO: I guess it's an assumption
25 that I shouldn't have assumed. I'm sorry.

Page 286

1   MR. DONNELLY: But you did assume that,
2 right?
3   MR. MONTANO: You're right. That's just a
4 thought. I guess --
5   MR. FUCHS: But at the time of your
6 involvement in binary options, was it your
7 understanding -- regardless of the basis of it,
8 was it your expectation in understanding that
9 when people funded the accounts, they traded as
10 well?
11   MR. MONTANO: No. I don't -- I don't know.
12 I don't know. I'm just saying this right now,
13 just thinking, you know, why wouldn't you -- if
14 you're not going to -- I don't know if that's the
15 case, if that's what happened or if it didn't
16 happen.
17   MR. FUCHS: Was that your expectation at the
18 time?
19   MR. MONTANO: Was it my expectation? I'm
20 sorry?
21   MR. FUCHS: Was it your expectation that the
22 persons who funded the accounts also traded from
23 the accounts?
24   MR. MONTANO: I would think so but I --
25   MS. PASSMAN: That's what you believed?

Page 287

1   MR. MONTANO: That's what I would think so.
2   MS. PASSMAN: And then you also knew that,
3 at least for some of the offers, they would be
4 automatically traded? The trading would occur
5 automatically, right? The customer wouldn't have
6 to make decisions themselves, right?
7   MR. MONTANO: No. What do you mean?
8   MS. PASSMAN: Well, in the offers that you
9 were creating the advertisements for, did you
10 ever have information that the trading would
11 occur automatically when they fund the account;
12 they wouldn't have to worry about it; it would do
13 its trick?
14   MR. MONTANO: No.
15   MS. PASSMAN: Really?
16   MR. MONTANO: No.
17   MS. PASSMAN: What was your understanding
18 about what kind of trading would occur in binary
19 options for the binary offers you launched?
20   MR. MONTANO: What do you mean?
21   MS. PASSMAN: Like did you -- what did you
22 understand about the trading that was going to be
23 occurring once they made it all the way through
24 your funnel?
25   MR. MONTANO: Honestly, I don't -- I've

Page 288

1 never made a deposit. I've never traded. I've
2 never actually done it myself, so I don't know
3 what to expect.
4   MR. FUCHS: But you sent people links to
5 videos, and on the videos were persons who
6 claimed that they had traded?
7   MR. MONTANO: Yes, sir. These are the
8 instructions that were -- or descriptions that I
9 would receive from BOA or Boost, that this is
10 what happens, you know, so and so forth. This is
11 how I would, you know -- I would do the videos
12 and so on and so forth, and from there, you know,
13 I guess I understood the gist and moved forward.
14   I'm just -- I'm -- I shouldn't be assuming.
15 I'm trying my hardest to remember, and when I
16 don't remember, I don't want to be like -- so I'm
17 just trying to assume things, and I shouldn't.
18 Sorry.
19   MR. FUCHS: What happened in Larry's Cash
20 Machine? What was purported to occur in that
21 video?
22   MR. MONTANO: I'm sorry?
23   MR. FUCHS: What was the crux of that video?
24 How were investors supposed to invest and make
25 money?



Page 433

```
 1
 2
 3
 4
 5              VOLUME II
            (Pages 433 - 732)
 6
 7
 8         INVESTIGATIVE PANEL
 9      TESTIMONY OF RONNIE C. MONTANO
10
11
12
13
14            March 8, 2018
           9:23 a.m. - 5:50 p.m.
15
16
17         Federal Courthouse
        400 West Washington Street
18       Orlando, Florida  32801
19
20
21  Stenographically Reported By:  Soon Britt
        Florida Professional Court Reporter
22
23
24
25
```

Page 435

```
 1              INDEX OF PROCEEDINGS
 2  TESTIMONY OF RONNIE C. MONTANO:
 3      Examination by Investigative Panel     4
 4  REPORTER'S CERTIFICATE                    732
 5
 6            -   -   -   -   -
 7
 8              E X H I B I T S
 9  NUMBER         DESCRIPTION           PAGE
10  Montano 94    Questionnaire           436
11  Montano 95    Articles of Incorporation  472
12  Montano 96    Articles of Organization   474
13  Montano 97    Articles of Organization   476
14  Montano 98    Martin/Ronnie Agreement    519
15  Montano 99    Skype Chats             526
16  Montano 100   E-mail                  562
17  Montano 101   Skype Chats             623
18  Montano 102   JV Connect E-mail       667
19  Montano 103   2/2/2014 E-mail         672
20  Montano 104   2/4/2016 E-mail         682
21  Montano 105   Centument Project Video    692
22  Montano 106   Mobile Binary Code Video   693
23  Montano 107   E-mails                 700
24
25
```

Page 434

```
 1  APPEARANCES:
 2
    ATTORNEYS FOR U.S. SECURITIES AND EXCHANGE COMMISSION
 3  DIVISION OF ENFORCEMENT:
 4      MICHAEL S. FUCHS, ESQUIRE and
        KENNETH DONNELLY, ESQUIRE
 5      100 F. Street, NE
        Mail Stop 5553-A
 6      Washington, DC  20549
 7
 8  ATTORNEYS FOR COMMODITY FUTURES TRADING COMMISSION:
 9      BARRY R. BLANKFIELD, ESQUIRE and
        ALLISON PASSMAN, ESQUIRE
10      525 West Monroe Street
        Suite 1100
11      Chicago, Illinois  60661
12
13  ATTORNEY FOR MR. MONTANO:
14      RACHEL HIRSCH, ESQUIRE
        Ifrah Law, PLLC
15      1717 Pennsylvania Avenue, NW
        Suite 650
16      Washington, DC  20006
17
18
19
20
21
22
23
24
25
```

Page 436

1      Deposition taken before Soon Britt, Court Reporter
2  and Notary Public in and for the State of Florida at
3  Large, in the above cause.
4              -  -  -
5  (Proceedings continued from 3/7/2018.)
6      THE COURT REPORTER:  Do you swear or affirm
7    the testimony you're about to give is the truth,
8    the whole truth and nothing but the truth?
9      MR. MONTANO:  I do.
10  Thereupon,
11      RONNIE C. MONTANO,
12  Having been first duly sworn or affirmed, was examined
13  and testified as follows.
14      EXAMINATION BY PANEL
15      MR. BLANKFIELD:  We are back on record at 9:23
16    a.m. on Thursday, March the 8th.
17      Mr. Montano, I'm going to hand you what has
18    been marked as Exhibit 94.
19      (Montano Exhibit Number 94 was marked for
20    identification.)
21      MR. BLANKFIELD:  Mr. Montano, do you recognize
22    Exhibit 94?
23      MR. MONTANO:  Yes, sir.
24      MR. BLANKFIELD:  What is it?
25      MR. MONTANO:  It is the back of a



RONNIE MONTANO VOLUME II
INVESTIGATIVE PANEL

March 08, 2018
605–608

Page 605

1    MR. MONTANO:  It's common.  For myself, I had
2  multiple different lists.
3    MR. BLANKFIELD:  Right.  And so you -- and
4  your lists were used for each different vertical?
5    MR. MONTANO:  Yes, sir.
6    MR. BLANKFIELD:  But would an affiliate
7  marketer ever have multiple lists within a
8  vertical?
9    MR. MONTANO:  Yes.  Yes, sir.
10    MR. BLANKFIELD:  Have you?
11    MR. MONTANO:  Yes, sir.
12    MR. BLANKFIELD:  Okay.  So how do you
13  differentiate between the two lists when you send
14  traffic?
15    MR. MONTANO:  Each -- sorry.  I forgot to
16  wait.
17    Each list would be from a different brand,
18  like a different campaign.  For example, you know,
19  you've got one list for Centument and another list
20  for binary interceptor, for example.  That's how I
21  would have different lists.
22    MR. BLANKFIELD:  Okay.  So you don't -- so
23  this concept of premium lists, you don't understand
24  what that means?
25    MR. MONTANO:  No, sir.

Page 606

1    MR. BLANKFIELD:  What did you do in response
2  to their request?
3    MR. MONTANO:  It says here that Ronnie Montano
4  says try this.  I get high EPC with this kind of
5  copy...
6    MR. BLANKFIELD:  And so what did you send him?
7    MR. MONTANO:  An e-mail copy.
8    MR. BLANKFIELD:  Okay.  And then read down,
9  because it looks like there's two e-mails.
10    MR. MONTANO:  Okay.
11    MR. BLANKFIELD:  So just kind of go through
12  it.  I think on page 1472 it looks like it might
13  be that -- where those four horizontal lines, it
14  looks like that might be the end of one e-mail and
15  then a second one.
16    MR. MONTANO:  Yes, sir.
17    MR. BLANKFIELD:  So in response to their
18  request for super-targeted swipes, you sent two
19  e-mails?
20    MR. MONTANO:  Yes, sir.  It was possibly
21  copied and pasted from the -- from the JV page.
22    MS. PASSMAN:  So these are swipes you had used
23  previously in connection with your binary options
24  launches?
25    MR. MONTANO:  You know, I don't recall.  I

Page 607

1  don't remember if I used this.
2    MS. PASSMAN:  So when you say you copied from
3  a JV page, what does that mean?  Where would you go
4  to get this and copy it to provide with
5  Mr. Brookshire -- Mr. Grayson with examples of
6  copies that worked well for you?
7    MR. MONTANO:  Usually on the -- on the page
8  for the launch.
9    MS. PASSMAN:  And if -- now that you've had a
10  chance to review these swipes, you see it
11  references the Centument, which was one of your
12  launches, right?
13    MR. MONTANO:  Let me -- let me read them
14  because I didn't get a chance to read the swipes.
15  I thought you were pointing something out.
16    (Reviewing document.)  Okay.  I have read it.
17    MS. PASSMAN:  After reviewing the two swipes
18  that you copied from a JV page for Mr. Brookshire,
19  does that refresh your recollection that these were
20  swipes from the Centument campaign?
21    MR. MONTANO:  I'm assuming this is from the
22  Centument campaigns.
23    MS. PASSMAN:  Why do you say that?
24    MR. MONTANO:  Because it says Centument, LTD
25  on it.

Page 608

1    MS. PASSMAN:  Okay.  And so you were going to
2  the JV page that you had provided to sub-affiliates
3  for your Centument launch, right?
4    MR. MONTANO:  These were the JV pages that
5  Boost created.
6    MS. PASSMAN:  So Boost created the swipes that
7  we see here on page 1471 through 1473?
8    MR. MONTANO:  Yes, ma'am.
9    MS. PASSMAN:  How do you know?
10    MR. MONTANO:  Because Centument was a
11  ready-made website and JV page -- every -- it's all
12  inclusive.  It was already created when they
13  approached me and said, you know, do you want to
14  launch this?
15    MS. PASSMAN:  You remember that?
16    MR. MONTANO:  I'm sorry?
17    MS. PASSMAN:  You remember that?
18    MR. MONTANO:  I remember Centument.
19    MS. PASSMAN:  Okay.  And so the swipes that we
20  see on page 1471 through 1473, are those similar to
21  the ones that you used in your other binary options
22  launches?
23    MR. MONTANO:  I'm not sure.
24    MS. PASSMAN:  Did any swipes that you used or
25  offered to your sub-affiliates to use for your



Page 685

1    MR. BLANKFIELD:  Do you remember how many FTDs
2  you had?
3    MR. MONTANO:  No, sir.
4    MR. BLANKFIELD:  Mr. Montano, we previously
5  sent you, via an FTP site, several video sales
6  letters for you and your attorney to review in
7  advance of today's testimony.
8    MR. MONTANO:  Yes, sir.
9    MR. BLANKFIELD:  Did you get a chance to
10  review those?
11    MR. MONTANO:  Yes, sir, briefly.
12    MR. BLANKFIELD:  And for what four campaigns
13  were those videos for?
14    MR. MONTANO:  There was five --
15    MR. BLANKFIELD:  Yeah, there were five,
16  correct.  And what five campaigns were there?
17    MR. MONTANO:  I don't remember.
18    MR. BLANKFIELD:  Well, there was Larry's Cash
19  Machine?
20    MR. MONTANO:  Yes, sir.
21    MR. BLANKFIELD:  Push Money App?
22    MR. MONTANO:  Yes, sir.
23    MR. BLANKFIELD:  Binary Hijack?
24    MR. MONTANO:  Yes, sir.
25    MR. BLANKFIELD:  Centument II?

Page 686

1    MR. MONTANO:  Yes, sir.
2    MR. BLANKFIELD:  And Mobile Binary Code,
3  correct?
4    MR. MONTANO:  Yes, sir.
5    MR. BLANKFIELD:  And with the exception of the
6  Push Money App, those four remaining projects,
7  Larry's Cash Machine, Binary Hijack, Centument II
8  and Mobile Binary Code were your launches, correct?
9    MR. MONTANO:  Yes, sir.
10    MR. BLANKFIELD:  And had you a chance to
11  review all five videos?
12    MR. MONTANO:  Briefly, sir.
13    MR. BLANKFIELD:  And let's start with Larry's
14  Cash Machine.
15    The video that you saw for Larry's Cash
16  Machine, that was the video, indeed, that was used
17  for that campaign, correct?
18    MR. MONTANO:  I don't recall because I'm not
19  the one who was associated with creating the video.
20    MR. BLANKFIELD:  But did you review the video
21  before it was attached to the landing page?
22    MR. MONTANO:  Briefly.
23    MR. BLANKFIELD:  Okay.  So --
24    MR. MONTANO:  Briefly.
25    MR. BLANKFIELD:  -- the video that you watched

Page 687

1  with your attorney, wasn't that the same as the
2  video you watched when you were reviewing --
3    MR. MONTANO:  I can't recall.
4    MR. DONNELLY:  Did you see anything --
5    MR. MONTANO:  The last two -- sorry.
6    MR. DONNELLY:  Go ahead.  You need to speak.
7    Go ahead.
8    MR. MONTANO:  The last two, I do recall.
9    MR. BLANKFIELD:  Which ones?
10    MR. MONTANO:  Which is Centument II and
11  Mobile --
12    MR. BLANKFIELD:  Binary Code?
13    MR. MONTANO:  -- Binary Code, yes, sir.  Those
14  I recall and those were -- from my recollection,
15  those were on -- on the landing pages.
16    MR. BLANKFIELD:  Okay.  What about the Binary
17  Hijack video?
18    MR. MONTANO:  I don't recall that either
19  because I wasn't a part of the design or the
20  creation --
21    MR. BLANKFIELD:  But had you seen that video
22  previous to your review with your lawyer?
23    MR. MONTANO:  Briefly.
24    MR. BLANKFIELD:  And your review with your
25  attorney didn't refresh your recollection as to

Page 688

1  that was -- whether or not that was the video that
2  was attached to the landing page?
3    MR. MONTANO:  It wasn't -- it wasn't the
4  review with the attorney.  It's -- I don't review
5  fully the videos when it's -- when it's somebody
6  else's video and they're just using my name.
7    MR. FUCHS:  Is that also the case when you are
8  the advertiser but someone else has made the video?
9    MR. MONTANO:  Right, that's the case.  With
10  Binary Hijack and Larry's --
11    MR. FUCHS:  Right.
12    MR. MONTANO:  -- I wasn't -- I was -- I was
13  the affiliate, but someone else used my name.
14    MR. FUCHS:  Right.
15    Sorry, someone else used your name or you used
16  someone else's -- someone else used --
17    MR. MONTANO:  Used my name to do the launch.
18    MR. FUCHS:  You did not do the launch
19  yourself?
20    MR. MONTANO:  Right, used my name to do the
21  launch.
22    MR. FUCHS:  But you recruited other
23  sub-marketers yourself, right?
24    MR. MONTANO:  Yes, sir.  So it was my name
25  when ClickSure would send out E-mails to all the



RONNIE MONTANO VOLUME II                        March 08, 2018
INVESTIGATIVE PANEL                                    697–700

Page 697

1  Do you have any more questions?
2     MR. BLANKFIELD:  There are two other files
3  associated on this -- on this screen.  One is
4  called Binary Hijack Main One Camera, in brackets
5  360P, closed bracket; all one long title, Binary
6  Hijack Main One Camera, 360P.
7     And you reviewed this video prior to your
8  testimony today?
9     MR. MONTANO:  Yes.
10    MR. BLANKFIELD:  And you did not recognize
11 this particular video as being one that was on the
12 landing page?
13    MR. MONTANO:  No, sir, it's not familiar to
14 me.
15    MR. BLANKFIELD:  Excuse me?
16    MR. MONTANO:  It's not familiar to me,
17 compared to, for example, Mobile Binary Code.
18    MR. BLANKFIELD:  Do you have any reason to
19 believe that that wouldn't have been the video on
20 the landing page?
21    MR. MONTANO:  I don't know if he had multiple
22 versions of the video.
23    MR. BLANKFIELD:  The remaining file --
24    MS. HIRSCH:  I'm sorry.  Are you going to mark
25 that as an exhibit too, the Binary Hijack, or no?

Page 698

1     MR. BLANKFIELD:  The remaining file name is
2  called Larry's Cash Machine $38 Million in Profits.
3     Do you see that on the screen?
4     MR. MONTANO:  Yes, sir.
5     MR. BLANKFIELD:  And you reviewed that video
6  prior to your testimony today?
7     MR. MONTANO:  Before, yes, sir.
8     MR. BLANKFIELD:  And what can you tell me
9  about that video?
10    MR. MONTANO:  It's not familiar to me either.
11    MR. BLANKFIELD:  So your review did not
12 refresh your recollection as to whether or not that
13 was on the video sales page?
14    MR. MONTANO:  No, sir.
15    MR. BLANKFIELD:  Is there any reason to
16 believe that that was not the video that was
17 attached to the --
18    MR. MONTANO:  He could have the -- I'm sorry.
19 He could have had multiple different versions also
20 or -- or whatnot.  Not familiar to me.
21    MR. BLANKFIELD:  And this was the project you
22 partnered with Travis Stephenson, correct?
23    MR. MONTANO:  Yes, sir.  This is the one that
24 that we used my name to launch.
25    MR. BLANKFIELD:  And the video was used,

Page 699

1  right?
2     MR. MONTANO:  A video was used, yes, sir.
3     MR. DONNELLY:  And just for the record, to be
4  clear, you have no -- having looked at this --
5  Larry's Cash Machine video last night, you have no
6  recollection of it?
7     MR. MONTANO:  No, sir.  That doesn't -- it's
8  not familiar to me.
9     MR. DONNELLY:  So you can't tell us one way or
10 the other whether this was on the landing page that
11 you promoted?
12    MR. MONTANO:  No, sir.
13    MR. BLANKFIELD:  And you said that there might
14 have been multiple versions of the video?
15    MR. MONTANO:  No.  I'm just saying
16 hypothetically you -- because you asked could there
17 be any reason --
18    MR. BLANKFIELD:  Okay.
19    MS. PASSMAN:  Did you ever ask Mr. Barry to
20 delete your projects?
21    MR. MONTANO:  No, ma'am.
22    MS. PASSMAN:  Did you ever ask Mr. Barry to
23 delete your communications with him?
24    MR. MONTANO:  No, ma'am.
25    MS. PASSMAN:  Any reason to dispute if

Page 700

1  Mr. Barry testified that he recalled that you asked
2  him to delete projects related to binary options?
3     MR. MONTANO:  What?
4     MS. PASSMAN:  Do you have any reason why
5  Mr. Barry might have a recollection that you asked
6  him to delete certain documents in files?
7     MR. MONTANO:  Do I have any recollection that
8  I asked him to -- no.
9     MR. BLANKFIELD:  Is there any reason why you
10 think he might have a recollection that you had
11 asked him to do so?
12    MR. MONTANO:  I have no idea.
13    MS. PASSMAN:  Any reason why Mr. Wright might
14 have a recollection that you asked him to delete
15 certain files related to you?
16    MR. MONTANO:  No, ma'am.
17    (Exhibit Number 107 was marked for
18 identification.)
19    MR. BLANKFIELD:  I am handing the witness what
20 has been marked as Exhibit 107.
21    MR. FUCHS:  Mr. Montano, the court reporter
22 has handed you what's been marked as Exhibit 107.
23 Let me explain for the record what this is.  It is
24 comprised of various e-mails that I compiled.
25 They're -- they are listed in chronological order,



RONNIE MONTANO VOLUME II
INVESTIGATIVE PANEL

March 08, 2018
701–704

Page 701

1  and I compiled them because they all looked similar
2  in format and in message and all contained the Lake
3  Underhill Road, Orlando, Florida address at the
4  end.  And that's true for each -- each e-mail.
5      And so I have questions about only a couple of
6  them, but I'm wondering if you could look at the
7  first page and maybe just flip through some of the
8  others.  And I have just a generic question at
9  first.
10     What type of document -- I understand it's an
11 e-mail.  What type of document is it?  How does it
12 fit into a binary launch?
13     MR. MONTANO:  The contents, you mean --
14     MR. BLANKFIELD:  Yes.
15     MR. MONTANO:  -- on here?
16     MR. FUCHS:  Yes.  Not a specific launch, just
17 generally.  What's the function of this type of
18 e-mail being launched?
19     MR. MONTANO:  To get them to come back to the
20 website.
21     MR. FUCHS:  Is this called -- is this referred
22 to as a swipe?
23     And feel free to look at some of the other
24 ones too.  It's a question about the entire exhibit
25 and not so much the front page.

Page 702

1      MR. MONTANO:  I don't know if it's a swipe or
2  if it's a follow-up e-mail.
3      MR. FUCHS:  Okay.  So could you distinguish
4  between the two?  What's a swipe and what's a
5  follow-up?
6      MR. MONTANO:  So typically a swipe is
7  something that you would -- that I, as a
8  sub-affiliate, swipe -- I, as a sub-affiliate,
9  would send out to my list to invite them to your
10 website.
11     MR. FUCHS:  And you would get it from the
12 affiliate?
13     MR. MONTANO:  The swipe?  Yes, sir.
14     MR. FUCHS:  And are there typically multiple
15 different types for each campaign?
16     MR. MONTANO:  Yes, sir.
17     MR. FUCHS:  Who typically generates the
18 swipes?
19     MR. MONTANO:  Typically, it's either the
20 copywriter or there are instances where everything
21 is ready made, either by the aggregator or someone
22 else that's using my name.  They would be creating
23 them.
24     MR. FUCHS:  And who typically created them in
25 instances where you were a marketer and you were

Page 703

1  doing the project yourself as opposed to getting it
2  pre-made from Boost, for example?
3      MR. MONTANO:  I don't remember.
4      MR. FUCHS:  You don't remember who typically
5  did these -- did a swipe letter in projects in
6  which you were the advertiser?
7      MR. MONTANO:  Yes, sir.
8      Whoever -- whoever -- typically, whoever would
9  write the copy would also typically write the swipe
10 so that it also is -- is -- it matches, if you
11 will, the copy for the --
12     MR. MONTANO:  When you say copy, you mean the
13 script for the video?
14     MR. MONTANO:  Yes, sir.
15     MR. FUCHS:  And so I'm not talking about
16 particular campaigns, but just generally, is it
17 fair to say that in instances in which you hired a
18 copywriter to draft the script, you also hired the
19 copywriter to generate the swipe?
20     MR. MONTANO:  Typically, yes, sir.
21     MR. FUCHS:  Can you compare that, please, with
22 a follow-up?
23     MR. MONTANO:  So the follow-up e-mails
24 normally would be sent out to the customers that
25 already visited the website and opted in through

Page 704

1  the opt-in form on the landing page.
2      MR. FUCHS:  But they haven't funded the
3  account?
4      MR. MONTANO:  I don't think so.
5      MR. FUCHS:  When you say follow-up, why is
6  there a follow-up?  Does everyone get a follow-up?
7      MR. MONTANO:  Whoever -- typically, whoever
8  ops in --
9      MR. FUCHS:  Right.
10     MR. MONTANO:  -- gets a follow-up e-mail.
11     MR. FUCHS:  And when you say "opts in," what
12 do you mean?
13     MR. MONTANO:  Writes their e-mail address --
14 the landing page puts out a video page and then an
15 opt-in form underneath for their e-mail address,
16 and then they type their e-mail address, click
17 submit.  Their e-mail address will then go to the
18 auto responder.  The auto responder will then send
19 them a follow-up e-mail.
20     MR. FUCHS:  Would those persons typically also
21 have clicked, as we've talked about it, the video?
22     MR. MONTANO:  Clicked -- clicked the e-mail,
23 the link in the e-mail?
24     MR. FUCHS:  Yes.
25     MR. MONTANO:  To go to the video?

