# EXHIBIT B

1

1     UNITED STATES OF AMERICA
              BEFORE THE
2     SECURITIES AND EXCHANGE COMMISSION

3

4     IN THE MATTER OF:         )
                                )
5     SPOT OPTION               )
                                )
6     HO-13010                  )

7

8

9

10        The examination under oath

11    of MICHAEL WRIGHT, taken pursuant to subpoena

12    and the rules of the United States Securities and

13    Exchange Commission, reported by Mary Maslowski,

14    a Certified Shorthand Reporter and Notary Public

15    within and for the County of Cook and State of

16    Illinois, at 525 West Monroe Street, Suite 900,

17    Chicago, Illinois, commencing at the hour of

18    9:02 o'clock on May 23, 2018.

19

20

21

22

23

24

MARY MASLOWSKI, CSR, RPR   (312) 726-7600

2

1    A P P E A R A N C E S:

2
     MS. DEBORAH R. MAISEL, Senior Counsel
3     MR. MICHAEL S. FUCHS, Senior Counsel
     U.S. SECURITIES AND EXCHANGE COMMISSION
4     DIVISION OF ENFORCEMENT
     100 F Street, NE
5     Washington, DC 20549
     (202) 551-4973
6     (202) 551-4758
     maiseld@sec.gov
7     fuchsm@sec.gov

8
       On behalf of the U.S. Securities and
9       Exchange Commission;

10
     MS. ALLISON V. PASSMAN, Senior Trial Attorney
11     U.S. COMMODITY FUTURES TRADING COMMISSION
     DIVISION OF ENFORCEMENT
12     525 West Monroe Street, Suite 1100
     Chicago, Illinois 60661
13     (312) 596-0700
     apassman@cftc.gov

14

15       On behalf of the U.S. Commodity Futures
     Trading Commission.

16

17

18

19

20

21

22

23    CSR License No. 084-003278.

22  with Mr. Montano about that?

23  A  No.

24  Q  What about Mr. Stephenson?

MARY MASLOWSKI, CSR, RPR   (312) 726-7600

116

1   A  Travis?

2   Q  Yeah.

3   A  I never discussed binary with Travis that

4   I recall.

5   Q  What about any of the Tals that were your

6   clients?

7   A  No.

8   Q  What about with Meni Israel?

9   A  No.

10  Q  So you said in the latter part of your

11  relationship with Mr. Montano you wrote some binary

12  options scripts for him?

13  A  Yeah.

14  Q  Can you identify the project names for

15  those?

16  A  Not off the top of my head, no.

17  Q  And when you say the latter part of

18  the relationship, could you put a year on that or

19  years?

20  A  2017.

21      Q    2017?

22      A    2016-2017.

23           MS. MAISEL:  I'm handing to the

24      court reporter to mark as Exhibit No. 212

MARY MASLOWSKI, CSR, RPR   (312) 726-7600

117

1       a spreadsheet that Mr. -- a template

2       of which the SEC staff sent to Mr. Wright and

3       Mr. Wright provided some information and put

4       some information on that spreadsheet, and it's

5       titled at the top Michael Wright Video Campaign.

6            (Whereupon Exhibit No. 212 was

7             marked for identification.)

8            MS. MAISEL:  And the court reporter has

9       handed Exhibit 212 to the witness to look at.

10      Q    Have you had an opportunity to look at

11   Exhibit 212?

12      A    Um-hmm.

13      Q    Okay.  I'm going to have a couple of

14   questions about this exhibit for you, but before

15   I do, I have some followup questions on the topic

16   we had been discussing.  Did it ever come to your

17   attention whether any of the actors that appeared

18   in binary options videos that were commissioned by a

19   client of yours had received complaints from people

20   that had traded binary options?