# EXHIBIT D

DECLARATION OF WILLIAM BERRY PURSUANT TO 28 U.S.C. § 1746

I, William Berry, declare pursuant to 28 U.S.C. § 1746 based upon my personal knowledge as follows:

1. This statement is being made voluntarily and I authorize its use by the Commodity Futures Trading Commission.

2. I have personal knowledge of the matters asserted in the following paragraphs and, if called as a witness before any court, could and would testify to the same.

3. My name is William ("Bill") Berry and I reside in Wilsonville, Oregon. I am 60 years old.

4. I was the video Producer of Berry Media Works, a video production company, between 2008 and 2018. I founded Berry Media Works in 2008 and held the position of Video Producer through 2018. During this time period, I filmed all videos produced by Berry Media Works for clients of the business. Accordingly, I was responsible for the production of all videos that Berry Media Works provided to clients of the business.

5. I received a subpoena directed to me and my company, Berry Media Works, from the CFTC seeking documents and information related to affiliate marketing and binary options on or about October 2017.

6. I produced documents and files to the CFTC in response to the subpoena through my attorneys, including video files and Skype chats that I participated in related to affiliate marketing in binary options.

7. Through my company, I created sales videos referred to in the affiliate marketing industry as video sales letter ("VSLs") related to binary options. I created binary options VSLs for various clients, including Ronnie Montano, Michael Shah, MJ Belda, Travis Stephenson, and Meni Israel.

8. My company filmed and edited the VSLs identified below. The chart below identifies the name of the client that hired my company and the name of the VSL. I have also included an approximate date, which reflects approximately when I delivered the completed VSL to the client.

| Date | Campaign Name | Client |
|---|---|---|
| 9/7/14 | Auto Mobile Code | Ronnie Montano |
| 6/14/13 | Auto Binary Code/Binary Cash Code | Ronnie Montano |
| 5/15/16 | Azure Method | Michael Shah |
| 10/8/14 | Binary Brian | Ronnie Montano |
| 4/29/14 | Stock Matrix Pro (Binary Script) | Ronnie Montano |
| 5/28/14 | Stock Matrix Pro II (More Binary) | Ronnie Montano |

1

CFTC-18-cv-01607-GAP-GJK-000004595

| Date | Campaign Name | Client |
|---|---|---|
| 5/11/15 | Binary Hijack | Travis Stephenson |
| 3/25/16 | Binary Interceptor | MJ Belda |
| 4/15/16 | Binary Interceptor 2 | Ronnie Montano |
| 9/1/14 | Stock Matrix Pro (Binary Price Changes) | Ronnie Montano |
| 1/5/16 | Centument | Meni Israel |
| 8/31/16 | Centument 2/Redux | Ronnie Montano |
| 4/12/15 | Copy Trade Profit | Ronnie Montano |
| 10/13/13 | Free Cash App | Michael Shah |
| 2/19/15 | Live Profits | Michael Shah |
| 4/12/13 | Mobile Binary Code | Ronnie Montano |
| 6/15/16 | Mobile Binary Code | Ronnie Montano |
| 12/15/14 | Larry's Cash Machine | Travis Stephenson |
| 10/29/14 | Stock Matrix Pro (Doren Videos) | Ronnie Montano |
| 12/15/15 | Stock Matrix Pro (DOREN) | Ronnie Montano |
| 2/28/16 | Trianasoft | Meni Israel |

9.      For each of those VSLs, the people portrayed in the videos are fictitious characters played by actors that I hired. I paid all of the actors directly and got reimbursed by my clients for those charges, along with any other charges incurred in creating the videos, including rental fees for properties or expenses for other props. In addition, the actors in the above VSLs read from scripts that the clients identified above provided to me.

10.     For example, in the Free Cash App video that I made for Shah, the character Nathan Grant says that he is "not a paid actor, voiceover artist or anything like that". In fact, I hired the actor narrating the video to portray Nathan Grant and paid for his services to do so. I also paid the actors who provided the testimonials in that video. Shah reimbursed me for their fees as part of the final payment for the Free Cash App project. I provided the final version of this video to Shah and thereafter, in response to the subpoena, produced the video to the CFTC; its filename is FreeCashAppFIX.mp4.

11.     Likewise, for the Larry's Cash Machine Video that I made for Travis Stephenson, I hired Paul Bright to play the main character, Larry, and I hired Jamie Rea to play the part of a user of the marketed trading system. Mr. Stephenson reimbursed me for their fees as part of the final payment for the Larry's Cash Machine project. The video with the filename -Larry's Cash Machine -- $38,000,000 In Profits is the final version of the Larry's Cash Machine video that I created and then provided to Mr. Stephenson. I did not retain a copy of that video in my files to produce to the CFTC.

12.     The two final VSLs I worked on for Montano were the Centument 2.0 and Mobile Binary Code, both in 2016. Montano hired me directly to create those VSLs. For Centument 2.0, I hired an actor to play the fictitious main character, Gerald Reed, and another one to play the nerdy assistant. I included screen shots of trading accounts provided to me by Montano for that VSL, including those that showed account balances and assets available to trade that included currencies and commodities. The video with the filename Exhibit 105-Centument

2

Project 2.0 is a true and accurate copy of the final video that I provided to Montano. I did not retain a copy of that video in my files to produce to the CFTC.

13. I recall the Mobile Binary Code project because Montano asked me to make various versions reflecting various dates. He told me that he intended to distribute the different renders on different days. I hired the actors portrayed in this VSL and used bank and trading screenshots provided to me by Montano. The video with the filename Exhibit 106-Mobile Binary Code is one of the final versions of Mobile Binary Code that I provided to Montano. I hired the I did not retain a copy of that video in my files to produce to the CFTC.

14. I have also reviewed two clips of videos sent to me by the CFTC that I made for Shah, identified as video.mp4 and video(2).mp4. I recognized both clips as included in the final VSLs for each project I did for Shah. The video.mp4 clip is a scene from the Azure Method VSL. I cannot recall the name of the project for the video(2).mp4 clip at this time. I did not retain copies of the final videos for these two projects, or these clips in my files to produce to the CFTC.

15. In the Azure Method video clip (video.mp4), the people portrayed as users of the trading system were actors I hired for the video and not real users of the marketed system. The profits and results that are depicted in the video were made up.

16. In the video(2).mp4 clip, the people portrayed as users of the trading system were actors I hired for the video and not real users of the marketed system. The profits and results that are depicted in the video were made up, including the main character who says he makes about $10 million a year using the automatic trading system. The other three individuals portrayed as new users were also actors. The three images shown that were portrayed as each of their accounts with foreign currency binary options trades and resulting profits did not in fact represent actual trading accounts with real trading results.

**Ronnie Montano**

17. Ronnie Montano was very involved in the video production process in all the videos I made for him. For example, Montano chose the type of setting or location that he wanted for the video.

18. I provided Montano with video clips of possible actors to use for his videos, and Montano selected from them who to use in his videos. Also, Montano suggested the type of persons I should hire for testimonials and the tone they were to use.

19. Montano generally provided me with images to include as "proof" of the wealth supposedly enjoyed by persons appearing in the videos I created for Montano. In one instance, Montano provided me with a screenshot of Montano's own bank account to use in a video; it was portrayed in the video my company created as the account of a successful binary trader using the marketed trading system.

3

CFTC-18-cv-01607-GAP-GJK-000004597

20. I provided Montano with the finished VSL when I was done for his review. Montano reviewed the videos, controlled their content, directed revisions, and approved the final versions for all projects that Berry Media Works created for him.

21. To my knowledge, the stories and characters depicted in the VSLs my company created for Montano were fictitious. The VSLs' hosts and the investors depicted in the testimonials were actors.

22. Montano told me that his partner was Martin Schranz. I received payments for Montano's VSL projects from both Montano and a company associated with Schranz (GSD Master AG) via wire transfer and PayPal. For example, I invoiced Montano on August 31, 2016 for the Centument 2.0 project and received a wire from GSD Master AG on September 6, 2016; the September 6 payment included an extra $2,000–Montano often included extra funds when he paid me as a bonus. The invoice is included here as Attachment 1.

23. I primarily communicated with Montano through Skype. Montano's Skype handle when communicating with me was either "Ronnie Montano" or "Yes It Is Me". My Skype handle was "Bill Berry Music".

**Michael Wright**

24. I have known Michael Wright for over twenty years.

25. Wright drafted the script, keynote video, and/or sub-titles for certain video projects that my company worked on, including binary options projects for Montano and Shah. Based on my work with Montano and my communications with Wright, I know that Wright initially created sub-titles for the VSLs that I created for Montano. Montano later had Wright create PowerPoint videos (also known as Keynote videos) from the VSLs that I created. At some point Wright also wrote scripts for Montano.

26. I often communicated with Wright using Skype. Wright used the Skype handle "Micahelwright.97068" and I used the Skype handle "Bill Berry Music".

27. I provided the Skype messages that I had remaining in my files to the CFTC in response to the subpoena I received. The filename for those chats is CONFIDENTIAL-BMW000725.csv. Those communications are a true and accurate depiction of the Skype chats I participated in and that still remained in my files at the time I responded to the CFTC's subpoena.

28. I have also reviewed certain excerpts of Skype chats that I participated in with Wright (and on one occasion, with Wright and Montano) that did not come from my files, but which are attached here as Group Attachment 2. These excerpts are all true and accurate depictions of conversations that I had via Skype.

29. As early as 2013, Wright and I understood that the binary options videos we participated in creating were wild and crazy and we were incredulous that our clients continued

4

to ask us to make videos that were so unbelievable. Wright and I understood that clients like Montano and Shah were scammers and we commiserated in dealing with them.

30. For example, I had a conversation via Skype with Wright on August 13, 2013 between 4:07:16 pm and 5:09:01 pm. During that Skype chat, Wright and I discussed Montano's Wall Street Exposed project that Wright worked on and whether or not Montano wanted Wright to do closed captioning on a VSL that I had created for Montano. The following excerpt reflects one of the things I said to Wright and his response to me:

> Me: I think he is just really pulled in a lot of directions right now. I think he is trying to make hay while the scammer sun is shining.
> Wright: He does seem to have a lot of irons in the fire.

Group Att. 2, at 10-12.

31. On September 19, 2013 Wright and I participated in a Skype chat where he said "Snake oilers are paying my bills right now." I understood him to be referring to the affiliate marketers we were working for at the time like Montano. *Id.* at 13.

32. In a chat with Wright from August 25, 2014, the following exchange occurred:

| time | Name | Message |
| --- | --- | --- |
| 8/25/2014 3:03:25 PM | Mike Wright | Mike was telling me the other day as we were arguing about a script that I'm giving the audience too much credit for having any brains. I think he's right |
| 8/25/2014 3:03:54 PM | Me | I think that's why Ronnies scripts irritate me so much. They are written for complete idiots... |
| 8/25/2014 3:04:22 PM | Mike Wright | They're not going to change until the shit quits selling |
| 8/25/2014 3:05:01 PM | Me | Yeah. And, unfortunately I hope it never does. I'm kinda getting used to traveling alot for fun... |
| 8/25/2014 3:05:14 PM | Me | (Melinda sure is) |
| 8/25/2014 3:05:49 PM | Mike Wright | I know. Liking the money lately here. I wake up in a cold sweat fearful that the FTC or some other agency is going to pull the plug one day |
| 8/25/2014 3:06:53 PM | Mike Wright | It's not money like you're making, but heck, I've been averaging like 5-10K a friggin week the last few months! |
| 8/25/2014 3:08:27 | Me | hey – you're right there in my league now. good for you! |

5

| | | |
|---|---|---|
| PM | | |
| 8/25/2014 3:08:37 PM | Me | pretty fun, eh? |
| 8/25/2014 3:08:56 PM | Mike Wright | Crazy! Like it a lot. |

*Id.* at 16.

33. On April 19, 2015 around 8 am, Wright and I were also discussing working with Montano and other affiliate marketers in the binary options space via Skype. At 8:08:54 pm, I described Montano as a "giant scam artist"; Wright responded that he knew "exactly how you feel" and was dealing with similar frustrations with other clients too and it "really, REALLY gets old … just here so I can get their money." Around 8:14 am, Wright acknowledged thinking and wanting to say to the affiliate marketers he worked for: "You spoiled fucking piece of scam shit". During that same chat, Wright said: "But I'm a willing participant and I like their money." *Id.* at 17-27.

34. On April 20, 2015, I participated in a chat with Montano and Wright where Montano provided us direction for a project that we were both working on. At 8:06:55 pm, Montano clarified: on the first script … the intro ends after the subliminal messages. YOURTURNTO MAKE5,000TODAYAND EVERY DAY" [sic]. At 8:07:38 PM, Montano said he would be "working on the screenshots tonight and tomorrow morning my time". Between 8:10:58 and 8:12:21 pm, however, he instructed me to use bank screenshots that I already had for the "subliminal part" … "but please use the ones that have big numbers … like 350K and above." *Id.* at 28-30.

35. On March 1, 2016 between 10:21:04 am and 3:13:09 pm, we discussed Wright's binary options script and my corresponding VSL for a client named Meni Israel; we both knew that Montano was going to launch that binary options campaign even though Israel was the one procuring the video. The following exchange occurred between us between 5:05:10 pm to 5:13:09 pm and involved the project called Trianasoft:

> Me: Yeah. I was able to mock up a demo from scratch for this last one (MAJORLY DIFFICULT)…But that was just moving around a fictitious broker account and doing the deposit, making trades, etc. I didn't actually BUILD a webpage…
>
> Wright: You'd think that'd be one of the first things they'd work on for these scams.

6

CFTC-18-cv-01607-GAP-GJK-000004600

> Me: These guys have always done things ass-backwards. I finally got used to trying to schedule locations, find actors and plan shoots WITHOUT SEEING THE #%*% SCRIPT!!!"
>
> Wright: There was a guy going on over the weekend about how he writes the headline/hook first, then the script, then he gives it to someone to CREATE THE PRODUCT he just wrote about. I'm thinking "what a mess"
>
> Wright: And this was a group of the "legit" guys from Clickbank, not even our sleazy Clicksure clowns.

*Id.* at 31-35. The Clicksure clowns Wright referred to included all the binary options clients we worked with that featured their products on an affiliate network called Clicksure, which included Montano and Shah.

36. I exited the binary options affiliate marketing niche in approximately June 2017 and have not thereafter participated in affiliate marketing related to binary options.

37. I entered into a formal cooperation agreement with the Division in August 2018. As part of that cooperation agreement, I am required to tell the truth.

38. I entered into a settlement agreement with the CFTC in September 2018.

Executed _____

_____
William Berry

7

THE #%*% SCRIPT!!!"

> Wright: There was a guy going on over the weekend about how he writes the headline/hook first, then the script, then he gives it to someone to CREATE THE PRODUCT he just wrote about. I'm thinking "what a mess"
>
> Wright: And this was a group of the "legit" guys from Clickbank, not even our sleazy Clicksure clowns.

*Id.* at 31-35. The Clicksure clowns Wright referred to included all the binary options clients we worked with that featured their products on an affiliate network called Clicksure, which included Montano and Shah.

36. I exited the binary options affiliate marketing niche in approximately June 2017 and have not thereafter participated in affiliate marketing related to binary options.

37. I entered into a formal cooperation agreement with the Division in August 2018. As part of that cooperation agreement, I am required to tell the truth.

38. I entered into a settlement agreement with the CFTC in September 2018.

Executed 3/14/19

William Berry