# EXHIBIT E

UNITED STATES of AMERICA
Before the
SECURITIES and EXCHANGE COMMISSION

In the Matter of Spot Option

HO - 13010

### DECLARATION OF BILL BERRY CERTIFYING VIDEO TAPES

I, Bill Berry, pursuant to 28 U.S.C. § 1746, declare that:

A. I am the Video Producer of Berry Media Works, a video production company. I founded Berry Media Works in 2008 and have held the position of Video Producer since the company was founded. I film all videos produced by Berry Media Works for clients of the business. Accordingly, I am responsible for the production of all videos that Berry Media Works provides to clients of the business. Based on my position and role at Berry Media Works, I am qualified to make this declaration.

B. On Wednesday, September 27, 2017, my attorney, Thomas R. Johnson, and I received, from the Securities and Exchange Commission, eight mp4 video files by secure email (encrypted) file transfer. The names of the files that I received from the Securities and Exchange Commission are:

   (1) Larry's Cash Machine -- $38,000,000 in Profits.mp4;

   (2) Binary Options – How To Make Money With Binary Options With My Tested and Proven Methods!.mp4;

   (3) PUSH MONEY APP II.2.6.17.mp4;

   (4) PUSH MONEY APP.2.6.17.mp4;

   (5) Push Money App – Making Money With Binary Options Never Been Easier.mp4;

EXHIBIT
10
DEPONENT NAME: W. Berry   DATE: 11/01/17

      (6)    Push Money App – PushMoneyApp.mp4;

      (7)    PushMoney Homepage.mp4; and

      (8)    Video Quantum Code 5.22.17.mp4.

C.    On September 27, 2017, I reviewed each of the eight mp4 video files identified in Item B, above, which I received from the Securities and Exchange Commission on September 27, 2017, by secure email (encrypted) file transfer.

D.    Based on my review of these videos, I confirm that my company filmed and edited six of the eight mp4 video files, identified above, which I received from the Securities and Exchange Commission on September 27, 2017, by secure email (encrypted) file transfer. My company filmed and edited:

      (1)    Larry's Cash Machine -- $38,000,000 in Profits.mp4;

      (2)    PUSH MONEY APP II.2.6.17.mp4;

      (3)    PUSH MONEY APP.2.6.17.mp4;

      (4)    Push Money App – PushMoneyApp.mp4;

      (5)    PushMoney Homepage.mp4; and

      (6)    Video Quantum Code 5.22.17.mp4.

E.    My company was hired by Travis Stephenson to produce Larry's Cash Machine -- $38,000,000 in Profits.mp4. At all times, Travis Stephenson had complete control over the final content of this video.

F.    The mp4 video file that I received from the Securities and Exchange Commission on September 27, 2017, by secure email (encrypted) file transfer, titled Larry's Cash Machine -- $38,000,000 in Profits.mp4, is a fair and accurate representation of scenes that my company filmed.

G.    My company was hired by Tim Atkinson to produce:

      (1)    PUSH MONEY APP II.2.6.17.mp4;

      (2)    PUSH MONEY APP.2.6.17.mp4;

      (3)    Push Money App – PushMoneyApp.mp4; and

   (4) PushMoney Homepage.mp4.

   At all times, Tim Atkinson had complete control over the final content of these four videos.

H. The mp4 video file that I received from the Securities and Exchange Commission on September 27, 2017, by secure email (encrypted) file transfer, titled PUSH MONEY APP II.2.6.17.mp4, is a fair and accurate representation of scenes that my company filmed. According to my recollection, however, the final mp4 video that my company delivered to Tim Atkinson contained additional footage at the beginning of the video that is missing from the mp4 file that I received from the Securities and Exchange Commission.

I. The mp4 video file that I received from the Securities and Exchange Commission on September 27, 2017, by secure email (encrypted) file transfer, titled PUSH MONEY APP.2.6.17.mp4, is a fair and accurate representation of scenes that my company filmed.

J. The mp4 video file that I received from the Securities and Exchange Commission on September 27, 2017, by secure email (encrypted) file transfer, titled Push Money App – PushMoneyApp.mp4, is a fair and accurate representation of scenes that my company filmed.

K. The mp4 video file that I received from the Securities and Exchange Commission on September 27, 2017, by secure email (encrypted) file transfer, titled PushMoney Homepage.mp4 , is a fair and accurate representation of scenes that my company filmed.

L. My company was hired by Antonio Giacca to produce Video Quantum Code 5.22.17.mp4. At all times, Antonia Giacca had complete control over the final content of this video.

//
//
//
//
//

K.  The mp4 video file that I received from the Securities and Exchange Commission on September 27, 2017, by secure email (encrypted) file transfer, titled Video Quantum Code 5.22.17.mp4, is a fair and accurate representation of scenes that my company filmed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2017,

*Bill Berry*
Bill Berry
Berry Media Works