# EXHIBIT F

1              UNITED STATES DISTRICT COURT

2           FOR THE MIDDLE DISTRICT OF FLORIDA

3

4   SECURITIES AND EXCHANGE COMMISSION,)
                                       )
5                   Plaintiff,         )
                                       )Case No.
6   v.                                 )6:18-cv-01606-GAP-GJK
                                       )
7                                      )
    RONALD C. MONTANO,                 )
8                                      )
                    Defendant.         )
9                                      )
    ROMEO A. MONTANO, ELMA C. MONTANO, )
10  REM FLORIDA PROPERTIES,            )
    LLC, AND DENISE MONTANO            )
11                                     )
                    Relief Defendants. )
12  _____)

13

14

15      VIDEOTAPED DEPOSITION OF MR. MARTIN SCHRANZ

16           Thursday, September 26 2019

17                at 1.05 pm

18

19                  Taken at:

20              Arnold & Porter

                   Tower 42

21            25 Old Broad Street

               London, EC2N 1HQ

22              United Kingdom

23

24  Reported by:

    Nia Davidson (MBVIR)

25  JOB No. 190926MWC

                                             1

```
1                    A P P E A R A N C E S
2
3    On behalf of Plaintiff:
4        US SECURITIES AND EXCHANGE COMMISSION
             100 F Street NE
5            Washington, DC 20549-5977
6             Telephone: (202) 551 4946
             Facsimile: (202) 772 9245
7
         BY: JASON ANTHONY
8            SAMANTHA WILLIAMS (via conference call)
             anthonyj@sec.gov
9
10   On behalf of Defendant:
11       WAUGH LAW, PA
             321 N Crystal Lake Drive, Suite 207
12           Orlando, FL 32803
13           Telephone: 321-800-6008
14       BY: CHRISTIAN W. WAUGH
             cwaugh@waughpa.com
15
16   On behalf of Witness:
17       ARNOLD & PORTER KAYE SCHOLER LLP
             70 West Madison Street, Suite 4200
18           Chicago, IL 60602-4231
19           Telephone: +1 312.583.2450
             Facsimile: +1 312.583.2360
20
         BY: ALAN N.SALPETER
21           alan.salpeter@arnoldporter.com
22
23
24
25
                                                         2
```

1    ALSO PRESENT:

2    Brigitte C. Weyls, from the CFTC, (via conference
     call)

3

     Keith Rooney (notary public)

4

     Joe Viner (videographer)

5

     Anna Maria Koch (contract interpreter)

6

     Nia Davidson (court reporter)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                          3

```
 1   INDEX
 2   Witness: MARTIN SCHRANZ                      PAGE
 3    Examined by    JASON ANTHONY                 7
 4
                         EXHIBITS
 5              (Exhibits Bound Separately)
      EXHIBIT              DESCRIPTION          PAGE
 6
      Schranz SEC          Internet chat.        77
 7    Exhibit 1            GB-0007879- 883
 8    Schranz SEC          Email                 83
      Exhibit 2            SEC-MANSOURP-LW-E-
 9                         0001015 - 1017
      Schranz SEC          Internet chat         87
10    Exhibit 3            GB BB-CFTC0008650
11    Schranz SEC          Email                 87
      Exhibit 4            SEC-MANSOURP-LWE-
12                         0000772 - 774
13    Schranz SEC          Email                 89
      Exhibit 5            SECHOVICZ-00000912
14
      Schranz SEC          Email                 92
15    Exhibit 6            SECHOVICZ_00000455
16    Schranz SEC          ** NUMBERING ERROR
      Exhibit 7            NO DOCUMENT WAS
17                         MARKED EXHIBIT 7 **
18    Schranz SEC          A document headed     95
      Exhibit 8            "Agreement"
19                         SEC-Schranz-M-E00000
                           2
20    Schranz SEC          Amendment to         108
      Exhibit 9            operating agreement.
21                         SEC-SchranzM-E-
                           000003 through 6
22    Schranz SEC          SEC-SchranzM-E-      116
      Exhibit 10           0000008 -
23                         SEC-SchranzM-E00000
                           72. Bank statement.
24
25
```

4

**GRADILLAS COURT REPORTERS**
(424) 239-2800

INDEX (CONTINUED)

| | | | |
|---|---|---|---|
| Schranz SEC Exhibit 11 | Payments to Berry from Schranz. SEC-SchranzM-E-0000444.Bank statement | 122 |
| Schranz SEC Exhibit 12 | SEC-SchranzM-E-0000456 – 480.Bank statement | 147 |
| Schranz SEC Exhibit 13 | SEC-SchranzM-E-0000481 – 533.Bank statement | 149 |
| Schranz SEC Exhibit 14 | SEC-SchranzM-E-0000534 – 603.  Bank statement. | 155 |
| Schranz SEC Exhibit 15 | SEC SchranzM-E-0000604 – 725.Bank statement | 169 |
| Schranz SEC Exhibit 16 | SEC SchranzM-E-0000726 – 728. Bank statement | 175 |
| Schranz SEC Exhibit 17 | SEC SchranzM-E-0000729 -31. Bank statement | 179 |
| Schranz SEC Exhibit 18 | SEC SchranzM-E-0000734 – 35. Bank statement | 181 |
| Schranz SEC Exhibit 19 | SEC SchranzM-E-0000749 -778. Bank statement summary. Bank statement summary. | 183 |
| Schranz SEC Exhibit 20 | SECSchranzM-E-0000779 – 857.Bank statement summary. | 184 |
| Schranz SEC Exhibit 21 | SECSchranzM-E-0000074. Bank statement. | 197 |
| Schranz SEC Exhibit 22 | SECSchranzM-E-0000077.  Bank statement. | 198 |
| Schranz SEC Exhibit 23 | SECSchranzM-E-0000078 – 79.Bank statement. | 200 |
| Schranz SEC Exhibit 24 | SECSchranzM-E-0000080.Bank statement. | 202 |

5

```
 1                   INDEX (CONTINUED)
 2    Schranz SEC         SECSchranzM-E-        203
      Exhibit 25          0000087 - 91.Bank
 3                        statement.
      Schranz SEC         SECSchranzM-E-        205
 4    Exhibit 26          0000098 - 108. Bank
                          statement
 5    Schranz SEC         SECSchranzM-E-000015  207
      Exhibit 27          - 1. Bank statement
 6
      Schranz SEC         SECSchranzM-E-        208
 7    Exhibit 28          0000128 0- 132. Bank
                          statement.
 8    Schranz SEC         SECSchranzM-E-        210
      Exhibit 29          0000150 - 171. Bank
 9                        statement.
      Schranz SEC         SECSchranzM-E-        211
10    Exhibit 30          0000176 - 186. Bank
                          statement.
11    Schranz SEC         SECSchranzM-E-        213
      Exhibit 31          0000187 - 212. Bank
12                        statement.
      Schranz SEC         un-Bates-numbered     214
13    Exhibit 32          bank statement.
14    Schranz SEC         SECSchranzM-E-        215
      Exhibit 33          0000248 - 260. Bank
15                        statement.
      Schranz SEC         SECSchranzM-E-        216
16    Exhibit 34          0000266 - 275. Bank
                          statement.
17    Schranz SEC         un-Bates-numbered     216
      Exhibit 35          bank statement.
18    Schranz SEC         un-Bates-numbered     217
      Exhibit 36          bank statement.
19
      Schranz SEC         un-Bates-numbered     218
20    Exhibit 37          bank statement.
21    Schranz SEC         un-Bates-numbered     223
      Exhibit 38          bank statement.
22
      Schranz SEC         un-Bates-numbered     223
23    Exhibit 39          bank statement.
24    Schranz SEC         SECSchranzM-E-        225
      Exhibit 40          0000398 - 416.  Bank
25                        statement.
```

6

1    a mistake in copying a text into a chat.  I didn't

2    see that something was wrong with doing this.

3              Q.      How about the payments to Mr. Barry

4    that you mentioned?  Why were you asked to do

5    that?

6              A.      It is very simple.  Ronnie had from

7    the business with the AM codes, with his previous

8    business we closed or settled with the FTC, from

9    this business, this was still going on and

10   running, there was still money coming in all the

11   time, yes.  He had a lot -- yes, a lot -- of money

12   on my bank account sitting there.  He didn't

13   request it always right away and for me it didn't

14   make a difference: he requested to do this payment

15   and he gave me the number, the bank account, and

16   said wire Billy this amount and that is what

17   I did.

18             Q.      The money that was coming in --

19   correct me if this isn't right -- was it for the

20   three projects that you settled with the FTC?

21             A.      Yes.

22             Q.      So there was still money coming

23   into --

24             A.      Yes.

25             Q.      -- your accounts.  Was it coming

                                                    68

1    in directly or through some third party?

2         A.    No, it was most -- the biggest

3    amounts came from three companies: it was

4    Clicksure, I think was the network, and the others

5    were Motek and Lift, I think.  They bought the

6    leads, so these were three, and then there were

7    small companies, but not that big.  We can go

8    through the transactions but this was all from

9    this business.  He told me how it works and even

10   from before when he started binary option, nothing

11   changed; it was always from this business.

12        Q.    Okay.  I was going to ask you about

13   those entities.  So, Clicksure payments coming in,

14   do you remember which of the three projects they

15   might be related to?

16        A.    They ran all in the same time.

17   I always got three payments because when I

18   received the payment in the subject, it always

19   mentioned which product this money was for, yes.

20        Q.    And then I think you also

21   mentioned, is it called, Lift Interactive?

22        A.    I have to check on the name, but,

23   yes, I think Lift and Motek, they bought leads,

24   which means they -- That is what Ronnie told me

25   and I trusted him blindly on this, yes.  I'm

                                                    69

1    pretty sure it was everything like he said, but

2    the concept was that the leads that he collected

3    with the telephone numbers, these were more

4    advanced leads.  He gave to these companies and

5    they paid, I think, between $30 and $40 per lead

6    and they made calls to these people and sold them

7    other products.

8         Q.    Okay.  Do you have any reason to

9    believe that the money coming in from Clicksure,

10   Motek and Lift was only related to the three

11   projects that were the FTC projects?

12        A.    No, I don't have doubts because

13   Clicksure is a big company.  It is not a garage

14   company that would manipulate this.  The numbers

15   didn't change at all before Ronnie was binary and

16   after.  It was always the same process over and

17   over again with the same number; there is no doubt

18   that this was not binary money.  And it was all on

19   the same bank account always.  Nothing changed in

20   this process over this long distance of time.  It

21   was always exactly the same, so.

22        Q.    Okay.  So the three FTC projects --

23   I'm just going to refer to the ones that were

24   settled with the FTC as the three FTC projects,

25   and if you don't understand --

70

1     A.     Okay, it's wonderful.

2     Q.     The three FTC projects -- during

3     what period in time were those projects actively

4     being marketed?

5     A.     I would say between -- it started

6     2010/11/12, something like this, or very early,

7     and we can see it on the account statements that

8     money came in till 2016, I think.  It is really

9     long, yes.

10    Q.     I guess my question is, you know,

11    on the actively being marketed part: were you

12    involved personally in publicising, for lack of

13    a better word, those three projects?

14    A.     Nothing.

15    Q.     Nothing.

16    A.     The only thing I did was I received

17    the money and forwarded it.  That is why I felt

18    guilty and I felt "I don't want to fight at court

19    for two years"; I had to settle it, no matter what

20    it cost.

21    Q.     Are you aware whether Mr. Montano,

22    during the entire period that money was coming in

23    for the three FTC projects, was actually actively

24    marketing those projects?

25    A.     I'm sorry I don't get the question.

71

1    you if we can flip a tab here, and I'm going to

2    mark what is behind tab 3, tab E3, as exhibit 14.

3            (Schranz SEC Exhibit 14 was marked)

4                    Do you recognise this?  Again,

5    this first sheet, because of the redactions, we

6    printed the file name.  Do you recognise this

7    account number?

8            A.    It is 2003, a US dollar account

9    that I had at the Thurgauer Kantonalbank bank,

10   yes.

11           Q.    Then I'm going to ask you to flip

12   to the next page and kind of flip through the rest

13   of the document and see if you recognise this.

14   I recognise that the account number at the top has

15   been redacted.

16           A.    Yes.

17           Q.    Do you recognise this statement

18   here, or this, I guess it is a much longer

19   statement?

20           A.    Yes.

21           Q.    What is it?

22           A.    This 003 is also from this

23   affiliate business, which started very early, way

24   before the binary options, and from the payments

25   I see JK Marketing and these companies.  There are

155

1          Q.      There is a note that is "COMMPMT".

2     Do you understand what that is?

3          A.      I used this COMMPMT when -- In the

4     online banking we have to put something in, and

5     I used it for two reasons: when I didn't know what

6     to put in, or for commission payments.  So, it was

7     just a note for me, nothing with a meaning.

8          Q.      Okay.  I think you said that you

9     made one investment with Island?

10         A.      Yes, in the very beginning, it was

11    -- in 2009 or so already -- about 60,000 and from

12    then on he just requested money from his money.

13         Q.      So every other payment that we see

14    from Island Resort Investment partners from one of

15    your accounts, those were all Ronnie directed?

16         A.      This was all Ronnie's money that he

17    requested to pay -- he said for lawyers and this

18    and that.  I called it by the time the

19    Bahamian-Nigeria connection, but it was just my

20    opinion.

21         Q.      I'm going to ask you to turn to the

22    next tab, which starts at SEC SchranzM-E-0000604

23    and it is behind tab E4.  I'm going to mark this

24    as exhibit 15.

25         (Schranz SEC Exhibit 15 was marked)

                                                       169

1          Mr. Schranz, take a look at this

2     and when you have had a minute to look at it and

3     you understand it, let me know?

4          A.     Yes, it is the 07 account and most

5     of it or a big chunk of it was Ronnie's business.

6          Q.     Okay.  So, starting with the first

7     few pages, the ones going from 604 through --

8          A.     But it was again, just to make

9     sure, from the accountant again.  You see it on

10     the top right; it is not from the bank.  It is

11     from the accountant, the list -- the total list.

12          Q.     That is what I wanted to get at.

13     From 604 through 612, is this a summary that your

14     accountant put together?

15          A.     Yes.  It looks -- yes.

16          Q.     Do you recognise it as such?

17          A.     Yes.  I mean, I saw this for sure

18     once, yes.

19          Q.     And again, how did your accountant

20     put this together?

21          A.     With bank account statements that

22     he pulled out from the online banking.

23          Q.     And he had direct access to your

24     account?

25          A.     He had the read-only access, yes.

170

```
 1              Q.     Why was he doing this?
 2              A.     If I would do it, it would be
 3      a mess.
 4              Q.     I guess, though, was it for your
 5      taxes?
 6              A.     Yes, for annual reports, for taxes.
 7              Q.     If you can just take a second and
 8      look through this and tell me whether you believe
 9      this represents an accurate recollection or an
10      accurate statement of the transactions in your
11      account.
12              A.     Yes.  Even if I don't recognise of
13      course all the payments, but, yes -- yes, he put
14      it together.  I trust him, I know he is doing
15      a really good job, of course.
16              Q.     You sent this to counsel in
17      connection with the SEC's request for documents;
18      is that right?
19              A.     Counsel?  [Interpreter translated
20      'counsel'] -- I'm sorry, yes.
21              Q.     I can say Alan from now on.
22              A.     No -- lawyer. I didn't understand
23      the word.  It's fine, thank you.
24              Q.     Did you have a chance to look at
25      the unredacted version, the version of this prior
```

                                                    171

1   to it going to counsel?

2           A.      Yes -- of course, yes.

3           Q.      Do you recognise the later parts of

4   this document, the parts that start at, I think it

5   is, 613?

6           A.      No, it doesn't show any -- they are

7   all -- but I can go through it here; these are all

8   bank account statements.

9           Q.      Yes, and I guess my question is do

10  you recognise this as the underlying statement

11  from which this document was created?

12          A.      The underlying statement?

13  [Interpreter translated]  Yes.

14          Q.      I just want to ask you about

15  a couple of payments on here.  There is an REM --

16  if you go to page 605?

17          A.      Yes.

18          Q.      There are two payments to REM

19  Properties.  There is one on August 8 of 2014 and

20  one on September 3 of 2014.  Do you see those?

21          A.      Mm-mh, yes.

22          Q.      Are these your investments or are

23  these additional payments going to REM Properties?

24          A.      I have to go with the paper in the

25  contract.  I mean, the contract has this 500,000

172

1    payment, I think, and the other one was?  I don't

2    remember all the single payments.  I just can say

3    we have to stay with the paper; it is in the

4    contract, it is there and if it is other payment,

5    there were additional payments to him or his

6    companies.

7            Q.    Okay.

8            A.    Because there was a lot of money,

9    of course.

10           Q.    Just to be clear, your recollection

11   is that the dates that are reflected in the

12   contract are the correct dates of your

13   investments?

14           A.    [Interpreter translated] Yes.  The

15   dates are correct, yes.  They should fit together

16   with the payments, yes.

17           Q.    Turning to page 606 -- and

18   I apologise that the 6 was cut off, but it will be

19   just the next page -- there is a payment to Denise

20   Lutz near the bottom, it think it is ten up from

21   the bottom.  Do you see that?

22           A.    Denise Lutz payment 70,000, yes.

23           Q.    Do you know what that is?

24           A.    It is Ronnie's money.  I mean, he

25   requested it and I paid it -- sent it to him.

                                                    173

1          Q.      Turning to 611, three down there is

2     a payment to Travizia.  Do you have any

3     recollection of that one?

4          A.      We had this a couple of times.

5     I think this looks like an affiliate, you know,

6     that has to do with these ClickSure businesses

7     here because it is -- We had it a couple of times,

8     and they provided probably traffic to these three

9     projects we settled with the FTC.

10         Q.      Can I ask you to turn to 688?  It

11    is a way in there.  It means we're getting through

12    this.

13         A.      Yes.

14         Q.      All right.  I will just note the

15    REM Properties investment.  You wrote "investment"

16    next to this.  Does that suggest that it was --

17         A.      It says investment "laut Vertrag",

18    "like the contract", yes -- "Vertrag" is contract.

19         Q.      Then I have a question about the

20    next two entries.  There is an entry for United

21    Diamonds, Hungerford Drive, Rockville, Maryland,

22    and JK Marketing.  What do you remember about

23    those?

24         A.      These are -- I paid here 27,000 to

25    United Diamonds Incorporated.  "Mitteilung: JK

                                                      174

REDACTED Konto 1021 TKB USD 2902.6658.2003
(redacted).pdf



EXHIBIT
SEC 14
Schwarz
20/9/19

| Date | Entity | Code | Amount 1 | Amount 2 | Balance |
|---|---|---|---|---|---|
| 02.08.2013 | JK Marketing LLC | 4000F | | | 410066.93 |
| 13.08.2013 | Dba Thrive Interactive | 3401F | | | |
| 22.08.2013 | Dba Thrive Interactive | 3401F | | | 528673.93 |
| 22.08.2013 | Dba Thrive Interactive | 3401F | | | |
| 22.08.2013 | JK Marketing LLC | 3401F | 72845.00 | | 475378.93 |
| 24.09.2013 | Dba Thrive Interactive | 3401F | 47730.00 | 59239.75 | |
| 20.09.2013 | JK Marketing LLC | | | 27688.31 | 568590.57 |
| 17.09.2013 | Dba Thrive Interactive | 4000F | 40080.00 | | |
| 01.10.2013 | Dba Thrive Interactive | 3401F | 42345.00 | | |
| 08.10.2013 | Dba Thrive Interactive | 3401F | 62045.00 | | 513833.88 |
| 08.10.2013 | Dba Thrive Interactive | 3401F | 57195.00 | | 553913.88 |
| 24.09.2013 | Dba Thrive Interactive | 4000F | 5495.00 | | 526245.57 |
| 09.10.2013 | Dba Thrive Interactive | 3401F | 8365.35 | | 568590.57 |
| 14.10.2013 | Ninety Nine Holdings | 3401F | 5959.00 | | 701673.22 |
| 15.10.2013 | Dba Thrive Interactive | 4000F | 1647.50 | | 693307.87 |
| 15.10.2013 | JK Marketing Llc | 4000F | 29945.00 | | 687812.87 |
| 18.10.2013 | Dba Thrive Interactive | 3401F | 34346.00 | | 630617.87 |
| 22.10.2013 | Lift International | 3401F | 49146.00 | | |
| 28.10.2013 | Lift International | 3401F | 34096.00 | | |
| 29.10.2013 | Lift International | 3401F | 25346.00 | | |
| 18.10.2013 | Lift International | 4000F | | | |
| 05.11.2013 | Island Resort, Commpnt | 3401F | 48596.00 | 491456.18 | 885432.69 |
| 08.11.2013 | Island Resort, Commpnt | 3401F | 505.00 | | 865937.69 |
| 13.11.2013 | Lift International | 3401F | 17395.00 | | 883932.69 |
| 19.11.2013 | Lift International | 3401F | | | |
| 19.11.2013 | JK Marketing Llc | 4000F | | | |
| 19.11.2013 | Lift International | 4000F | | | |
| 26.11.2013 | Lift International | 3401F | 33095.00 | 80000.00 | 783276.82 |
| 02.12.2013 | Lift International | 3401F | | | 843671.82 |
| 03.12.2013 | Lift International | 3401F | 444569.35 | | 914016.82 |
| 05.12.2013 | Clicksure Payments Ltd | 4000F | | | 892003.75 |
| 10.12.2013 | Clicksure Payments Ltd | 3401F | | | 924448.75 |
| 17.12.2013 | Lift International | 3401F | | | 924478.75 |
| 18.12.2013 | Lift International | 3401F | | | |
| 24.12.2013 | Lift International | 3401F | | 150000.00 | |
| 30.12.2013 | Clicksure Payments Ltd | 4000F | 324445.00 | 22013.07 | |
| 31.12.2013 | Lift International | 3401F | 382845.00 | 30000.00 | 959937.62 |
| 08.01.2014 | Lift International | 3401F | 54495.00 | | 1008405.66 |
| 10.01.2014 | Lift International | 3401F | 771196.00 | | 1085600.66 |
| 20.01.2014 | Lift International | 3401F | 3235.00 | | 1088935.66 |
| 20.01.2014 | Lift International | 4000F | | 365000.00 | 1052835.66 |
| 22.01.2014 | JK Marketing Llc | 4000F | 947745.00 | | |
| 24.01.2014 | Island Resort | 3401F | 822295.00 | | 1172957.77 |
| 31.01.2014 | Lift International | 3401F | 2780.00 | | 1249282.77 |
| 31.01.2014 | Lift International | 3401F | 11135.00 | 25000.00 | 1246062.77 |
| 31.01.2014 | Tradexpo Ltd | 3401F | | | 1259185.77 |
| 03.02.2014 | Island Resort | 4000F | 55280.00 | | 1234185.77 |
| 07.02.2014 | Lift International | 4000F | | | 1289465.77 |

SEC-Schram2M-E-0000534



| Date | Description | Code | Amount | Amount | Balance |
|---|---|---|---|---|---|
| 10.02.2014 | Traderxp Ltd | 3401F | 4'780.00 | | 1'282'245.77 |
| 11.02.2014 | Clicksure Payments | 4000F | | 88'000.00 | 1'194'245.77 |
| 17.02.2014 | Lift International | 3401F | 46'295.00 | | 1'240'540.77 |
| 20.02.2014 | Lift International | 3401F | 66'830.00 | | 1'190'314.55 |
| 24.02.2014 | Lift International | 3401F | 541.25 | | 1'189'723.20 |
| 26.02.2014 | Clicksure Payments | 4000F | | 33'704.15 | 1'156'019.05 |
| 27.02.2014 | Melinda Berry | 4000F | | 40'000.00 | 1'116'019.05 |
| 28.02.2014 | Lift International | 3401F | 69'145.00 | | 1'185'164.05 |
| 04.03.2014 | Clicksure Payments | 4000F | | 25'000.00 | 1'160'164.05 |
| 10.03.2014 | Lift International | 3401F | 77'045.00 | | 1'237'209.05 |
| 13.03.2014 | Clicksure Payments | 4000F | | 53'442.80 | 1'190'209.65 |
| 20.03.2014 | Lift International | 3401F | 92'595.00 | | 1'282'804.65 |
| 20.03.2014 | Clicksure Payments | 4000F | | 83'300.00 | 1'212'804.65 |
| 25.03.2014 | Clicksure Payments | 4000F | | 65'000.00 | 1'147'804.65 |
| 26.03.2014 | Melinda Berry | 4000F | | 28'846.00 | 1'118'958.65 |
| 31.03.2014 | Lift International | 3401F | 84'125.45 | | 1'203'084.10 |
| 04.04.2014 | Lift International Enterprises LLC | 3401F | 86'245.00 | | 1'259'811.89 |
| 14.04.2014 | Lift International Enterprises LLC | 3401F | 57'980.00 | | 1'326'766.89 |
| 15.04.2014 | Clicksure Payments LTD | 4000F | | 110'000.00 | 1'216'766.89 |
| 21.04.2014 | Lift International Enterprises LLC | 3401F | 1'465.00 | | 1'218'231.89 |
| 22.04.2014 | Lift International Enterprises LLC | 3401F | 82'445.00 | | 1'300'676.89 |
| 25.04.2014 | Lift International Enterprises LLC | 3401F | 4'975.00 | | 1'285'666.89 |
| 28.04.2014 | Lift International Enterprises LLC | 3401F | 83'845.00 | | 1'369'511.89 |
| 30.04.2014 | Clicksure Payments LTD | 4000F | | 160'354.00 | 1'209'157.89 |
| 30.04.2014 | Melinda Berry | 4400F | | 7'500.00 | 1'201'657.89 |
| 05.05.2014 | Lift International Enterprises LLC | 3401F | 873.10 | | 1'202'530.99 |
| 05.05.2014 | Lift International Enterprises LLC | 3401F | 87'745.00 | | 1'290'275.99 |
| 09.05.2014 | Lift International Enterprises LLC | 3401F | 817.50 | | 1'195'834.16 |
| 12.05.2014 | Lift International Enterprises LLC | 3401F | 72'895.00 | | 1'269'729.18 |
| 16.05.2014 | Clicksure Payments LTD | 4000F | | 81'768.25 | 1'051'994.31 |
| 19.05.2014 | Lift International Enterprises LLC | 3401F | 54'480.00 | | 1'106'474.31 |
| 19.05.2014 | Lift International Enterprises LLC | 3401F | 3'010.00 | | 1'109'484.31 |
| 26.05.2014 | Lift International Enterprises LLC | 3401F | 46'930.00 | | 1'156'414.31 |
| 26.05.2014 | Clicksure Payments | 4000F | | 66'275.70 | 1'090'138.61 |

SEC-SchranzM-E-0000535



| Date | Description | Code | | Amount | | Balance |
|---|---|---|---|---|---|---|
| 02.06.2014 | Lift International Enterprises LLC | 3401 F | | 17'680.00 | | 1'117'925.96 |
| 02.06.2014 | Lift International Enterprises LLC | 3401 F | | 1'330.00 | | 1'119'255.96 |
| 04.06.2014 | Clicksure Payments | 4000 F | | | 27'269.20 | 1'091'986.76 |
| 10.06.2014 | Lift International Enterprises LLC | 3401 F | | 31'295.00 | | 1'123'281.76 |
| 11.06.2014 | Clicksure Payments | 4000 F | | | 40'867.70 | 1'082'414.06 |
| 16.06.2014 | Lift International Enterprises LLC | 3401 F | | 73.30 | | 1'082'487.36 |
| 16.06.2014 | Lift International Enterprises LLC | 3401 F | | 59'930.00 | | 1'142'417.36 |
| 20.06.2014 | Lift International Enterprises LLC | 3401 F | | 1'992.50 | | 1'144'409.86 |
| 20.06.2014 | Lift International Enterprises LLC | 3401 F | | 28'295.00 | | 1'172'704.86 |
| 23.06.2014 | Clicksure Payments | 4000 F | | | 83'618.70 | 1'189'086.16 |
| 26.06.2014 | Clicksure Payments | 4000 F | | | 35'472.00 | 1'153'614.16 |
| 27.06.2014 | Joint Venture Technlogies LLC | 3401 F | | 535.00 | | 1'154'149.16 |
| 30.06.2014 | Lift International Enterprises LLC | 3401 F | | 20'395.00 | | 1'174'544.16 |
| 30.06.2014 | Lift International Enterprises LLC | 3401 F | | 4'995.00 | | 1'179'539.16 |
| 03.07.2014 | Lift International Enterprises LLC | 3401 F | | 39'895.00 | | 1'213'214.99 |
| 09.07.2014 | Realzone Trading Limited | 3401 F | | 5'715.00 | | 1'218'929.99 |
| 09.07.2014 | Clickbetter LTD | 3401 F | | 21'262.07 | | 1'240'192.06 |
| 10.07.2014 | Clicksure Payments LTD | 4000 F | | | 24'337.20 | 1'215'854.86 |
| 11.07.2014 | Clicksure Payments LTD | 4000 F | | | 41'975.80 | 1'173'879.06 |
| 11.07.2014 | Lift International Enterprises LLC | 3401 F | | 31'375.00 | | 1'205'254.06 |
| 15.07.2014 | Clicksure Payments LTD | 4000 F | | | 33'359.40 | 1'171'894.66 |
| 16.07.2014 | Clickbetter LTD | 3401 F | | 21'654.26 | | 1'193'548.92 |
| 18.07.2014 | Lift International Enterprises LLC | 3401 F | | 40'495.00 | | 1'234'043.92 |
| 24.07.2014 | Clickbetter LTD | 3401 F | | 46'546.06 | | 1'270'589.98 |
| 29.07.2014 | Melinda Berry | 4400 F | | | 7'830.00 | 1'250'059.98 |
| 29.07.2014 | Clicksure Payments LTD | 4000 F | | | 130'903.10 | 1'119'156.88 |
| 31.07.2014 | Clickbetter LTD | 3401 F | | 34'210.83 | | 1'153'367.71 |
| 06.08.2014 | Clickbetter LTD | 3401 F | | 20'419.27 | | 1'176'145.28 |
| 13.08.2014 | William Berry | 4400 F | | | 20'000.00 | 1'156'145.28 |
| 15.08.2014 | Motek Enterprises Inc. | 3401 F | | 46'430.00 | | 1'202'575.28 |
| 15.08.2014 | Clickbetter LTD | 3401 F | | 27'779.59 | | 1'230'354.87 |
| 18.08.2014 | Motek Enterprises Inc. | 3401 F | | 45'745.00 | | 1'266'099.87 |
| 25.08.2014 | Motek Enterprises | 3401 F | | 32'695.00 | | 1'154'882.17 |
| 29.08.2014 | Clicksure Payments LTD | 4000 F | | | 82'303.30 | 1'080'828.87 |
| 29.08.2014 | Motek Enterprises Inc. | 3401 F | | 34'095.00 | | 1'114'923.87 |
| 04.09.2014 | Clickbetter LTD | 3401 F | | 745.54 | | 1'115'669.41 |
| 08.09.2014 | Motek Enterprises Inc. | 3401 F | | 24'545.00 | | 1'140'214.41 |
| 09.09.2014 | Motek Enterprises Inc. | 3401 F | | 289.00 | | 1'140'503.41 |
| 11.09.2014 | Realzone Trading Limited | 3401 F | | 4'975.00 | | 1'145'478.41 |
| 12.09.2014 | Motek Enterprises Inc. | 3401 F | | 16'845.00 | | 1'162'323.41 |

| Date | Entity | Code | Amount | Amount | Balance |
|---|---|---|---|---|---|
| 19.09.2014 | Motek Enterprises Inc. | 3401F | 9'895.00 | | 1'172'202.41 |
| 26.09.2014 | Motek Enterprises Inc. | 3401F | 7'895.00 | | 1'177'497.41 |
| 06.10.2014 | Motek Enterprises Inc. | 3401F | 2'595.00 | | 1'180'965.16 |
| 10.10.2014 | Motek Enterprises Inc. | 3401F | 7'895.00 | | 1'188'861.16 |
| 14.10.2014 | William Berry | 4400F | 381'40.00 | 5000.00 | 1'178'886.16 |
| 14.10.2014 | CHEXX | 4400F | | | 1'217'026.16 |
| 20.10.2014 | Motek Enterprises Inc. | 3401F | 16'695.00 | 37'140.00 | 1'221'196.16 |
| 20.10.2014 | Earthport PLC | 4000F | | | 1'184'056.16 |
| 21.10.2014 | CHEXX | 3401F | 57140.00 | | 1'189'196.16 |
| 24.10.2014 | Motek Enterprises Inc. | 3401F | 11'045.00 | | 1'200'241.16 |
| 28.10.2014 | CHEXX | 3401F | 3320.00 | | 1'203'561.16 |
| 30.10.2014 | Earthport PLC | 4000F | | 5140.00 | 1'199'421.16 |
| 04.11.2014 | CHEXX | 3401F | 720.00 | | 1'170'821.16 |
| 05.11.2014 | CHEXX | 3401F | 17'299.57 | | 1'188'120.73 |
| 11.11.2014 | CHEXX | 3401F | 1240.00 | | 1'189'360.73 |
| 18.11.2014 | CHEXX | 3401F | 2540.00 | | 1'189'940.73 |
| 25.11.2014 | CHEXX | 3401F | 1500.00 | | 1'188'900.73 |
| 02.12.2014 | CHEXX | 3401F | 1500.00 | | 1'190'400.73 |
| 08.12.2014 | Earthport PLC | 4000F | | 3000.00 | 1'187'400.73 |
| 09.12.2014 | CHEXX | 3401F | 980.00 | | 1'188'380.73 |
| 16.12.2014 | CHEXX | 3401F | 460.00 | | 1'188'040.73 |
| 18.12.2014 | Clicksure Payments LTD | 4000F | | 349'901.30 | 1'153'939.43 |
| 30.12.2014 | CHEXX | 3401F | 200.00 | | 1'117'798.13 |
| 05.01.2015 | Clicksure Payments LTD | 4000F | 200.00 | | 1'167'560.46 |
| 13.01.2015 | Chexx (Americas) | 4000F | | 30000.00 | 1'167'780.46 |
| 20.01.2015 | Chexx (Americas) | 3401F | 210.00 | | 1'182'930.46 |
| 09.02.2015 | Chexx (Americas) | 3401F | 210.00 | | 1'115'258.44 |
| 18.02.2015 | Clickbetter LTD | 3401F | 11'512.70 | 10'637'24.54 | |
| 24.02.2015 | Denise a Lutz USD 450000 | 1402F | 15'912.26 | 30000.00 | 589'116.11 |
| 24.02.2015 | Clickbetter LTD | 3401F | 10'686.17 | 460000.00 | 605'028.37 |
| 03.03.2015 | Earthport PLC | 4000F | | 30000.00 | 576'028.37 |
| 04.03.2015 | Clickbetter LTD | 3401F | 10'686.17 | | 585'714.54 |
| 16.03.2015 | Chexx (Americas) | 3401F | 210.00 | | 58'827.86 |
| 26.03.2015 | Clickbetter LTD | 3401F | 12'029.20 | | 594'099.52 |



[redacted]

| | | | | |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 04.05.2015 Earthport PLC | 4000 F | | 6'511.00 | 583'509.68 |
| [redacted] | [redacted] | | [redacted] | [redacted] |
| 18.05.2015 William Berry | 4400 F | | 10'500.00 | 569'509.68 |
| [redacted] | [redacted] | | [redacted] | [redacted] |
| 29.05.2015 Earthport PLC | 4000 F | | 5'700.00 | 553'809.68 |
| [redacted] | [redacted] | [redacted] | | [redacted] |
| 29.06.2015 Earthport PLC | 4000 F | | 7'600.00 | 546'333.18 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 02.09.2015 Earthport PLC | 4000 F | | 4'520.00 | 545'572.24 |
| 15.09.2015 Chexx Americas inc. | 3401 F | 12'468.68 | | 558'040.92 |
| [redacted] | [redacted] | | [redacted] | [redacted] |
| 05.10.2015 Earthport PLC | 4000 F | | 3'300.00 | 554'736.82 |
| 04.11.2015 Earthport PLC | 4000 F | | 3'440.00 | 551'296.82 |
| 26.11.2015 MTS Advertise (USD 515'000) | 2400 F | | 515'000.00 | 36'296.82 |
| 30.11.2015 Earthport PLC | 4000 F | | 3'450.00 | 32'846.82 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 04.01.2016 Earthport PLC | 4000 F | | 3'215.00 | 80'787.38 |
| 07.01.2016 William Berry | 4400 F | | 10'000.00 | 70'787.38 |
| [redacted] | [redacted] | [redacted] | | [redacted] |
| 20.01.2016 Clickbetter LTD | 3401 F | 49'725.28 | | 140'989.85 |
| 21.01.2016 Clickbetter LTD | 4000 F | | 49'725.28 | 91'264.57 |
| 21.01.2016 Clickbetter LTD | 3401 F | 11'045.60 | | 102'310.17 |
| [redacted] | [redacted] | [redacted] | | [redacted] |
| 27.01.2016 Clickbetter LTD | 3401 F | 22'760.72 | | 146'370.89 |
| 27.01.2016 LendArena GmbH | 2162 F | | 40'000.00 | 106'370.89 |
| [redacted] | [redacted] | [redacted] | | [redacted] |
| 03.02.2016 Clickbetter LTD | 3401 F | 12'319.62 | | 140'650.51 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 17.02.2016 Clickbetter LTD | 3401 F | 13'753.11 | | 145'043.62 |
| [redacted] | [redacted] | [redacted] | | [redacted] |
| 26.02.2016 Travizia inc. | 4400 F | | 7'000.00 | 157'543.62 |
| [redacted] | [redacted] | | [redacted] | [redacted] |
| 29.02.2016 Clickbetter LTD | 3401 F | 11'159.03 | | 140'978.65 |
| 29.02.2016 Clickbetter LTD | 3401 F | 17'647.14 | | 158'625.79 |
| [redacted] | [redacted] | [redacted] | | [redacted] |
| 03.03.2016 Clickbetter LTD | 3401 F | 12'651.41 | | 193'357.20 |
| [redacted] | [redacted] | | [redacted] | [redacted] |
| 15.03.2016 Clicksure Payments LTD | 4000 F | | 3'000.00 | 180'357.20 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 31.03.2016 Digital W Investment AG | 2163 F | | 150'000.00 | 33'192.20 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]



| Date | Description | | | | |
|---|---|---|---|---|---|
| 19.04.2016 | William Berry | 4400 F | | 12'500.00 | 16'212.16 |
| 16.08.2016 | Clickbetter LTD | 3401 F | 10'814.75 | | 12'022.57 |
| 05.09.2016 | William Berry | 4400 F | | 12'000.00 | 22.57 |
| 07.09.2016 | Clickbetter LTD | 3401 F | 15'389.54 | | 15'412.11 |

SEC-SchranzM-E-0000539



SEC-SchranzM-E-0000540



SEC-SchranzM-E-0000541



SEC-SchranzM-E-0000542



| 07.09.2016 | 07.09.2016 | Gutschrift / Ref.-Nr. 1437351042 CUCKBETTER LTD | | 15'389.54 | 15'412.11 |
| 05.09.2016 | 05.09.2016 | Belastung e-banking / Ref.-Nr. 1435994075 WILLIAMBERRY LLC | 12'000.00 | | 22.57 |
| 16.08.2016 | 16.08.2016 | Gutschrift / Ref.-Nr. 1433442525 CUCKBETTER LTD | | 10'814.75 | 12'022.57 |
| 25.05.2016 | 25.05.2016 | Übertrag auf 2902.6658.2006 GSD Master AG / Ref.-Nr. 1419539058 KORREKTUR | | 10.00 | 16'241.92 |
| 19.04.2016 | 19.04.2016 | Belastung e-banking / Ref.-Nr. 1412932880 WILLIAMBERRY | 12'500.00 | | 16'212.16 |
| 04.04.2016 | 04.04.2016 | Übertrag auf 2902.6658.2006 GSD Master AG / Ref.-Nr. 1410541018 | | 2'455.00 | 28'712.16 |
| 31.03.2016 | 31.03.2016 | Belastung e-banking / Ref.-Nr. 1409506169 DIGITAL W INVESMTEN AG | 150'000.00 | | 33'192.20 |
| 30.03.2016 | 30.03.2016 | Übertrag auf 2902.6658.2007 GSD Master AG / Ref.-Nr. 1408436763 | 27'000.00 | | 183'192.20 |
| 28.03.2016 | 28.03.2016 | Gutschrift / Ref.-Nr. 1408414023 MOTEK ENTERPRISES, INC. | | 29'835.00 | 210'192.20 |

| | | | | |
|---|---|---|---|---|
| 21.03.2016 | 15.03.2016 | Belastung abbuchung / Ref.-Nr. 1400256839 CLICKBETTER LTD | 1'000.00 | 180'335.29 |
| 03.03.2016 | 03.03.2016 | Gutschrift / Ref.-Nr. 1403316179 CLICKBETTER LTD | | 159'335.79 |
| 01.03.2016 | 29.02.2016 | Gutschrift / Ref.-Nr. 1403542143 MOTEK ENTERPRISES, INC. | 22'080.00 | 180'705.79 |
| 29.02.2016 | 29.02.2016 | Gutschrift / Ref.-Nr. 1403310067 CLICKBETTER LTD | | 158'625.79 |
| 29.02.2016 | 29.02.2016 | Gutschrift / Ref.-Nr. 1403310247 CLICKBETTER LTD | 1'159.03 | 130'978.55 |
| 29.02.2016 | 29.02.2016 | Übertrag auf 2902.6658.2005 GSD Master AG / Ref.-Nr. 1401607700 | 25'000.00 | 129'819.66 |
| 26.02.2016 | 26.02.2016 | Übertrag auf 2902.6658.2007 GSD Master AG / Ref.-Nr. 1402650129 | 25'000.00 | 132'543.62 |
| 26.02.2016 | 26.02.2016 | Belastung abbuchung / Ref.-Nr. 1402482844 TRAVELPLAN | 1'000.00 | 157'543.62 |
| 23.02.2016 | 22.02.2016 | Gutschrift / Ref.-Nr. 1401406485 MOTEK ENTERPRISES, INC. | 19'500.00 | 164'543.62 |
| 17.02.2016 | 17.02.2016 | Gutschrift / Ref.-Nr. 1400743816 CLICKBETTER LTD | 13'753.11 | 145'043.62 |
| 16.02.2016 | 16.02.2016 | Gutschrift / Ref.-Nr. 1400590788 MOTEK ENTERPRISES, INC. | 20'160.00 | 131'290.51 |
| 16.02.2016 | 16.02.2016 | Übertrag auf 2902.6658.2007 GSD Master AG / Ref.-Nr. 1400575046 | 25'000.00 | 111'130.51 |
| 09.02.2016 | 09.02.2016 | Übertrag auf 2902.6658.2007 GSD Master AG / Ref.-Nr. 1399434407 | 20'000.00 | 136'130.51 |
| 09.02.2016 | 08.02.2016 | Gutschrift / Ref.-Nr. 1399347413 MOTEK ENTERPRISES, INC. | 15'480.00 | 156'130.51 |
| 03.02.2016 | 03.02.2016 | Gutschrift / Ref.-Nr. 1398570962 CLICKBETTER LTD | 12'319.62 | 140'650.51 |
| 02.02.2016 | 01.02.2016 | Gutschrift / Ref.-Nr. 1398195880 MOTEK ENTERPRISES, INC. | 21'960.00 | 128'330.89 |
| 27.01.2016 | 27.01.2016 | Übertrag auf 2927.4239.2004 LandArena GmbH / Ref.-Nr. 1396610853 | 40'000.00 | 106'370.89 |
| 27.01.2016 | 27.01.2016 | Gutschrift / Ref.-Nr. 1396522358 CLICKBETTER LTD | 22'760.72 | 146'370.89 |
| 26.01.2016 | 26.01.2016 | Gutschrift / Ref.-Nr. 1396316746 MOTEK ENTERPRISES, INC. | 21'300.00 | 123'610.17 |
| 21.01.2016 | 21.01.2016 | Gutschrift / Ref.-Nr. 1395021742 CLICKBETTER LTD | 11'045.60 | 102'310.17 |



| 21.01.2016 | 21.01.2016 | Belastung ebanking / Ref.-Nr. 1394993780 CUCKBETTER LTD | 49'725.28 | 91'264.57 |
| 20.01.2016 | 20.01.2016 | Gutschrift / Ref.-Nr. 1394009710 CUCKBETTER LTD | | 140'989.85 |
| 20.01.2016 | 19.01.2016 | Gutschrift / Ref.-Nr. 1394729626 MOTEK ENTERPRISES, INC. | 15'040.00 | 91'264.57 |
| 15.01.2016 | 15.01.2016 | Überweisung 4222.3456 7000 GSD MOTEK AG / Ref.-Nr 1392414272 | 897.10 | 76'924.57 |
| 12.01.2016 | 11.01.2016 | Gutschrift / Ref.-Nr. 1393423510 MOTEK ENTERPRISES, INC. | 520.00 | 76'307.38 |
| 07.01.2016 | 07.01.2016 | Belastung ebanking / Ref.-Nr. 1392270417 WILLIAM BERRY | 10'000.00 | 76'787.38 |
| 04.01.2016 | 04.01.2016 | Belastung ebanking / Ref.-Nr. 1392065302 EARTHPORT PLC | 8'215.00 | 86'787.38 |



SEC-SchranzM-E-0000546



| 30.11.2015 | Belastung e-banking / Ref.-Nr. 1383741674 | | 3'450.00 | 30.11.2015 | 32'846.82 |

EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 4TP
ACCOUNT 46534766
Mitteilung: VIRTUAL ACCOUNT NO: 3442390714
48

| 25.11.2015 | Belastung e-banking / Ref.-Nr. 1382630579 | | 515'000.00 | 26.11.2015 | 36'296.82 |

MIS ADVERTISE QUE
FUNANE 10-18
13611 TALINN
13611 TALLINN ESTONIA
Mitteilung: 2ND PART OF INVOICE 1.23 MM

2. Text of...
1.23 MM Receipt NTS

| 04.11.2015 | Belastung e-banking / Ref.-Nr. 1378419724 | | 3'440.00 | 04.11.2015 | 551'296 |

EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 4TP
ACCOUNT 46534766
Mitteilung: VIRTUAL ACCOUNT NO: 3442390714
48

| 05.10.2015 | Belastung e-banking / Ref.-Nr. 1372453338 | | 3'300.00 | 05.10.2015 | 554'736.82 |

EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 4TP
ACCOUNT 46534766
Mitteilung: VIRTUAL ACCOUNT NO: 3442390714
48

| 15.09.2015 | Gutschrift / Ref.-Nr. 1367926316 | | 12'468.68 | 17.09.2015 | 558'040.92 |

1/CLICKBETTEK AS INC.
2/4TH FLOOR, 595 HOWE STREET
3/CA7CDN VANCOUVER BC V6C 2T5
Mitteilung: 2003537962
WWW.CLICKBETTEK.COM

SEC-SchranzM-E-000054



| 02.09.2015 | Belastung e-banking / Ref.-Nr. 1365842005 | | 4'520.00 | 02.09.2015 | 545'573.24 |

EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 4TP
ACCOUNT: 46534766
Mitteilung: VIRTUAL ACCOUNT NO: 3442390714&
4B

SEC-SchranzM-E-0000548



SEC-SchranzM-E-00005



| Date | | | | | Date | |
|---|---|---|---|---|---|---|
| 30.11.2015 | Belastung ebanking / Ref.-Nr. 1383741674 | | | 3'450.00 | 30.11.2015 | 32'846.82 |

EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 4TP
ACCOUNT: 46534766
Mitteilung: VIRTUAL ACCOUNT NO: 34423907146
48

| 24.11.2015 | Belastung ebanking / Ref.-Nr. 1382630072 | | | 15'000.00 | 26.11.2015 | 36'296.82 |

M/S ADVERTISE IQUE
PUNANE 1916
13611 TALLINN
13611 TALLINN ESTONIA
Mitteilung: 2ND PART OF INVOICE133MM

| 04.11.2015 | Belastung ebanking / Ref.-Nr. 1378419724 | | | 3'460.00 | 04.11.2015 | 551'296.82 |

EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 4TP
ACCOUNT: 46534766
Mitteilung: VIRTUAL ACCOUNT NO: 34423907146
48

| 05.10.2015 | Belastung ebanking / Ref.-Nr. 1372736336 | | | 3'300.00 | 05.10.2015 | 554'736.82 |

EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 4TP
ACCOUNT: 46534766
Mitteilung: VIRTUAL ACCOUNT NO: 34423907146
48



15.09.2015.   Gutschrift / Ref.-Nr. 1367926316

1/CHXX AMERICAS INC
2/4TH FLOOR 595 HOWE STREET
3/CA/CDN VANCOUVER BC V6C 2T5
Mitteilung: 2003327962
WWW.CLICKBETTER.COM

12'468.68*17.09.2015        550'

02.09.2015.   Belastung / Booking / Trsl.-Nr. 1368R4200S

EARTHPORT PLC
2/ NEW STREET LONDON, EC2M 4TP
ACCOUNT: 46534766
Mitteilung: VIRTUAL ACCOUNT NO 344239071 46

2420.00*        02.09.2015        545'573.57

SEC-SchranzM-E-00005



SEC-SchranzM-E-00005



29.06.2015   Belastung e-banking / Ref.-Nr. 1352299984          7'600.00      29.06.2015      546'333

EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 4TP                    Psyoweu
ACCOUNT: 26532766
Mitteilung: VIRTUAL ACCOUNT NO. 3442390714G
48

29.05.2015   Belastung e-banking / Ref.-Nr. 1346116136          9'700.00      29.05.2015      553'809.68

EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 4TP
ACCOUNT: 26532766
Mitteilung: VIRTUAL ACCOUNT NO. 3442390714G

SEC-SchranzM-E-000055



| 18.05.2015 | Belastung e-banking / Ref.Nr. 1343373320 | | 10'500.00 | 18.05.2015 | 569'509.68 |

WILLIAM BERRY
27426 SW COPPER CREEK LOOP
WILSONVILLE, OR 97070, USA
Mitteilung: CAPMT

4400

| 04.05.2015 | Belastung e-banking / Ref.Nr. 1340963991 | | 6'531.00 | 04.05.2015 | 583'109.68 |

EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 4TP
ACCOUNT: 46534766
Mitteilung: VIRTUAL ACCOUNT NO: 344239071 46
48

4000

| 26.03.2015 | Gutschrift / Ref.Nr. 13328+0578 | | 12'029.20 | 26.03.2015 | 594'139.52 |

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR AAM3006

2400

SEC-SchranzM-E-0000554



16.03.2015    Gutschrift / Ref.-Nr. 1330908789                                    210.00  18.03.2015           587'827.86
                                                                                   8401
1/CHEXX AMERICAS INC.
2/4TH.FLOOR 595 HOWE STREET
3/CA/CDN VANCOUVER BC V6C 2T5
Mitteilung: 191A180037S
WWW.CLICKBETTER.COM

04.03.2015    Gutschrift / Ref.-Nr. 1328699476                                  10'486.17  04.03.2015           585714.54
                                                                                   8401
CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR MANCODE
TEL-004176 4267588

03.03.2015    Belastung e-banking / Ref.-Nr. 1328610200                          30'000.00  03.03.2015           575'028.37
                                                                                   4000
EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 2TP
ACCOUNT: 46533766
Mitteilung: VIRTUAL ACCOUNT NO: 3242390027146
48

24.02.2015    Gutschrift / Ref.-Nr. 1326711357                                   1'912.26  24.02.2015           605'028.37

SEC-SchranzM-E-0000555



CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR MMCODE
TEL 0041 76 4267588

24.02.2015   Belastung Buchung / Ref.-Nr. 1326603200

450'000.00   24.02.2015   569'116.11

DENISE ATUTZ
3251 CARSON STREET SAINT CLOUD
FLORIDA, USA
Mitteilung: ORDER FROM MTS ADVERTISE OU EVENT
IN NASSAU

Per P MTS-Advertise OU
Estonia

18.02.2015   Gutschrift / Ref.-Nr. 1326600910   11'512.70   18.02.2015   1'063'724.54

3401

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR MMCODE
TEL 0041 76 4267588

SEC-SchranzM-E-0000556



09.02.2015   Gutschrift / Ref.-Nr. 1324261223                                    210.00  11.02.2015         1'115'259.44
                                                                                 3901
             1/CHEXX AMERICAS INC.
             2/4TH FLOOR 595 HOWE STREET
             3/CA/CDN VANCOUVER BC V6C 2T5
             Mitteilung: 1891568551
             WWW.CLICKBETTER.COM

23.01.2015   Zahlungsauftrag ebanking (Anzahl Buchungen: 2 / Ref.-Nr. 1320B26484)      62'000.00         23.01.2015         1'120'930.46
             Belastung ebanking / Ref.-Nr. 1320B26485          51'200.00
             CLICKSURE PAYMENTS LTD                            4000
             SUITE 3, GRAND BAIE BUSINESS PARK
             MAURITIUS
             Mitteilung: EMCODE
             Belastung ebanking / Ref.-Nr. 1320B26488          10'800.00
             CLICKSURE PAYMENTS LTD                            4000
             SUITE 3, GRAND BAIE BUSINESS PARK
             MAURITIUS
             Mitteilung: AMCODE

20.01.2015   Gutschrift / Ref.-Nr. 1320188890                                    210.00  22.01.2015         1'182'930.46
                                                                                 3901
             1/CHEXX AMERICAS INC.
             2/4TH FLOOR 595 HOWE STREET
             3/CA/CDN VANCOUVER BC V6C 2T5

SEC-SchranzM-E-000055

Mitteilung: 182565050542
WWW.CLICKBETTER.COM

| Datum | | Betrag | Valuta | Saldo |
|---|---|---|---|---|
| 13.01.2015 | Gutschrift / Ref.-Nr. 1318772873 | 200.00 15.01.2015 | 1'157'760.46 |

CHEXX (AMERICAS) INC
SUITE 405-595, HOWE ST
VANCOUVER, BC, V6C 2T5
Mitteilung: /RFB/360-0013BB855344//WWW.CLICKBET
TER.COM

| 05.01.2015 | Belastung eBanking / Ref.-Nr. 1317137763 | 50'000.00 | 05.01.2015 | 1'157'560.46 |

CLICKSURE PAYMENTS LTD
SUITE 5, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

| 05.01.2015 | Überweisung 2902.6654.2007 OSD Master AG / Ref.-Nr. 1317086925 | 89'802.60 05.01.2015 | 1'187'560.46 |

WEITERLEITUNG PROVISION AN MTS ADVE
RTISE OU



| 30.12.2014 | Gutschrift / Ref.-Nr. 1315267605 | | | $MOA | 200.00 | 02.01.2015 | 1'117'798.13 |

CHEXX (AMERICAS) INC.
SUITE 405-595, HOWE ST
VANCOUVER, BC, V6C 2T5
Mitteilung: /RFB/353-43644990458//WWW.CLICKBET
TER.COM

| 18.12.2014 | Belastung e-banking / Ref.-Nr. 1312767357 | | | 1'000 | 34'901.30 | | 16.12.2014 | 1'153'839.43 |

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE-CPA

| 16.12.2014 | Gutschrift / Ref.-Nr. 1312356852 | | | 34OA | 460.00 | 18.12.2014 | 1'188'640.78 |

CHEXX (AMERICAS) INC.
SUITE 405-595, HOWE ST
VANCOUVER, BC, V6C 2T5
Mitteilung: /RFB/353-43504492976//WWW.CLICKBET
TER.COM

GEBUCHT

SEC-SchranzM-E-0000559



09.12.2014   Gutschrift / Ref.-Nr. 1310408147                                        3401   980.00  11.12.2014   1'187'380.73
             CHEXX (AMERICAS) INC
             SUITE 405-595, HOWE ST
             VANCOUVER, BC, V6C 2T5
             Mitteilung: /RFB/35J-43427129120//WWW.CLICKBET
             TER.COM

08.12.2014   Belastung e-banking / Ref.-Nr. 1310465943            1'000   3'000.00   28.12.2014   1'187'400.73
             EARTHPORT PLC
             24 NEW STREET, LONDON, EC2M 4TP
             ACCOUNT: 46534766
             Mitteilung: VIRTUAL ACCOUNT NO: 334239071 46-
             46

02.12.2014   Gutschrift / Ref.-Nr. 1306487037                                        3401   1'500.00  04.12.2014   1'189'900.73
             CHEXX (AMERICAS) INC
             SUITE 405-595, HOWE ST
             VANCOUVER, BC, V6C 2T5
             Mitteilung: /RFB/35J-42864033154//WWW.CLICKBET
             TER.COM

25.11.2014   Gutschrift / Ref.-Nr. 1307621290                                        3401   1'500.00  28.11.2014   1'188'900.73
             CHEXX (AMERICAS) INC
             SUITE 405-595, HOWE ST
             VANCOUVER, BC, V6C 2T5
             Mitteilung: /RFB/35J-43293737438//WWW.CLICKBET
             TER.COM

18.11.2014   Gutschrift / Ref.-Nr. 1306432268                                        3401   2'540.00  20.11.2014   1'189'940.73
             CHEXX (AMERICAS) INC
             SUITE 405-595, HOWE ST
             VANCOUVER, BC, V6C 2T5
             Mitteilung: /RFB/35J-43223450934//WWW.CLICKBET
             TER.COM



| 11.11.2014 | Gutschrift / Ref.-Nr. 1305406804 | | 3UOA | 1'240.00 | 14.11.2014 | 1'189'369.73 |

CHEX (AMERCAS) INC
SUITE 405-595, HOWE ST
VANCOUVER, BC V6C 2T5
Mitteilung: /RFB/35II431532225780//WWW.CLICKBET

| 05.11.2014 | Gutschrift / Ref.-Nr. 1304473448 | | 3UOA | 17'297.57 | 07.11.2014 | 1'188'170.73 |

CHEX (AMERCAS) INC
SUITE 405-595, HOWE ST
VANCOUVER, BC, V6C 2T5
Mitteilung: /RFB/35II430930525420//WWW.CLICKBET
TER.COM

| 04.11.2014 | Gutschrift / Ref.-Nr. 1304258447 | | 3UOA | 720.00 | 06.11.2014 | 1'170'821.16 |

CHEX (AMERCAS) INC
SUITE 405-595, HOWE ST
VANCOUVER, BC, V6C 2T5
Mitteilung: /RFB/35II430830010114//WWW.CLICKBET
TER.COM

| 03.11.2014 | Zahlungsauftrag abzüglich Buchungen 2 / Ref.-Nr. 1303943964 | | 2B3O0.00 | 03.11.2014 | 1'170'101.16 |

Belastung ebanking / Ref.-Nr. 1303943965
WILLIAM BERRY
27426 SW COPPER CREEK LOOP
WILSONVILLE, OR 97070, USA
Mitteilung: /ROC/ 20'000.00

Belastung ebanking / Ref.-Nr. 1303943976
EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 4TP
ACCOUNT: 46534766
Mitteilung: VIRTUAL ACCOUNT NUMBER: 3442390714S
48 /ROC/ 8'320.00

| 30.10.2014 | Belastung ebanking / Ref.-Nr. 1303063578 | | /ROC/ 5'140.00 | 30.10.2014 | 1'198'421.16 |

EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 4TP
ACCOUNT: 46534766
Mitteilung: VIRTUAL ACCOUNT NUMBER: 3442390714S

SEC-SchranzM-E-0000561

| 28.10.2014 | Gutschrift / Ref.-Nr. 13026 1576 | 3404 | 1'320.00 | 28.10.2014 | 1'203'561.16 |
|---|---|---|---|---|---|
| | CHEX (AMERICAS) INC. SUITE #105-595 HOWE ST. VANCOUVER, BC, V6C 2T5 Mitteilung: /RFB/33//42012178051//WWW.CHIXBET TER.COM | | | | |
| 24.10.2014 | Gutschrift / Ref.-Nr. 13019 40794 | 3404 | 11'645.00 | 24.10.2014 | 1'200'241.16 |
| | MOTEX ENTERPRISES, INC. 20304 STRATHERN ST WINNETKA, CA 913062228 Mitteilung: ISN 062849 OSN 054879 SSN 0384041 /RFB/IBI OF 14/10/24 | | | | |
| 21.10.2014 | Gutschrift / Ref.-Nr. 1301 1674990 | 3404 | 7'140.00 | 21.10.2014 | 1'189'196.16 |
| | CHEX (AMERICAS) INC. SUITE 405-595 HOWE ST. VANCOUVER, BC, V6C 2T5 Mitteilung: /RFB/33//42242446680//WWW.CHIXBET TER.COM | | | | |
| 20.10.2014 | Belastung ebanking / Ref.-Nr. 1300895158 | 4000 | 37'140.00 | | 20.10.2014 | 1'184'056.16 |
| | EARTHPORT PLC 21 NEW STREET, LONDON, EC2M 4TP ACCOUNT: 46534766 Mitteilung: VIRTUAL ACCOUNT NUMBER: 344239071 46 | | | | |
| 20.10.2014 | Gutschrift / Ref.-Nr. 1300512489 | 3404 | 16'895.00 | 17.10.2014 | 1'221'196.16 |
| | MOTEX ENTERPRISES, INC. 20304 STRATHERN ST WINNETKA, CA 913062228 Mitteilung: ISN 075332 OSN 080543 SSN 0422834 /RFB/IBI OF 14/10/17 | | | | |
| 16.10.2014 | Zahlungsauftrag ebanking (Anzahl Buchungen: 2 / Ref.-Nr. 1300212633) | | 12'525.00 | | 16.10.2014 | 1'204'301.16 |



Belastung e-banking / Ref.-Nr. 1300212634                    4000    1'000.00
EARTHPORT PLC
21 NEW STREET, LONDON, EC2M 4TP
ACCOUNT: 46534768
Mitteilung: VIRTUAL ACCOUNT NUMBER: 34423907146
48

Belastung e-banking / Ref.-Nr. 1300212635              4400    11'525.00
WILLIAM BERRY
27426 SW COPPER CREEK LOOP
WILSONVILLE, OR 97070, USA

14.10.2014   Gutschrift / Ref.-Nr. 1269928339                 340 A   588'140.00  16.10.2014     4'217'026.16
CTECH [AMERICAS] INC.
SUITE 403-595 HOWE ST
VANCOUVER, BC V6C 2T5
Mitteilung: (718) 351-4267228736 / WWW.CLICKEE
TER.COM

14.10.2014   Belastung e-banking / Ref.-Nr. 1299642028             4400    3'000.00         14.10.2014     3'178'886.16
WILLIAM BERRY
27426 SW COPPER CREEK LOOP
WILSONVILLE, OR 97070, USA

10.10.2014   Gutschrift / Ref.-Nr. 1297877844                 340 A   7'895.00  10.10.2014     1'188'861.16
MOTER ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306 2228
Mitteilung: ISN 037834 OSN 032506 SSN 0233401
/STS/ISL OF 14/10/10

06.10.2014   Gutschrift / Ref.-Nr. 1296852335                 340 A   7'895.00  03.10.2014     1'180'966.16
MOTER ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306 2228
Mitteilung: ISN 037401 OSN 050324 SSN 0349760
/REG/ISL OF 14/10/03

SEC-SchranzM-E-0000563



| 08.10.2014 | Belastung e-booking / Ref.-Nr. 129670317B | | 4020 | 2'600.00 | 03.10.2014 | 1'172'822.16 |

WCS RE P FUND USD
Mitteilung: GSD MASTER AG, IV ELITE CLUB, MARTI
N SCHRANZ

| 22.09.2014 | Gutschrift / Ref.-Nr. 129360767B | | 3402 | 5'295.00 | 22.09.2014 | 1'172'897.41 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 070693 OSN 062160 SSN 0431924
/REF/IBLQF 14/09/26

| 19.09.2014 | Gutschrift / Ref.-Nr. 129367654A | | 3402 | 9'895.00 | 19.09.2014 | 1'172'202.41 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 057392 OSN 031053 SSN 0354145
/REF/IBLQF 14/09/19

| 16.09.2014 | Belastung e-booking / Ref.-Nr. 129305581J | | 4000 | 8'800.00 | 16.09.2014 | 1'153'523.41 |

WCS RE P FUND USD
Mitteilung: GSD MASTER AG, IV ELITE CLUB, MARTI
N SCHRANZ

13.09.2014   Gutschrift / Ref.-Nr. 1292242846                          3VO/   14985.00 12.09.2014         H162.323.41

    3MOTEK ENTERPRISES INC
    20304 STRATHERN ST
    WINNETKA, CA 91306228
    Mitteilung: ISN 036383 OSN 034.4976 SSN 3388830
    /REF/BL-OT 14/09/12

11.09.2014   Gutschrift / Ref.-Nr. 1292271067                          3VO/   4975.00 11.09.2014         H145.478.41

    REALZONE TRADING LIMITED
    TRIDENT CHAMBERS,
    TORTOLA, ROAD TOWN,
    VIRGIN ISLANDS, BRITISH
    Mitteilung: /VEC
    BINARYLIMITED
    AUG 1, 2014 - AUG 31, 2014
    AD 106628

09.09.2014   Gutschrift / Ref.-Nr. 1291801047                          3MO/   789.80 08.09.2014          H140.503.41

    3MOTEK ENTERPRISES, INC.
    20304 STRATHERN ST
    WINNETKA, CA 91306228
    Mitteilung: ISN 066494 OSN 057202 SSN 0464129
    /REF/BL-OT 14/09/08

08.09.2014   Gutschrift / Ref.-Nr. 1291752049                          3VO/   24545.00 08.09.2014         H140.214.41

    3MOTEK ENTERPRISES, INC.
    20304 STRATHERN ST
    WINNETKA, CA 91306228
    Mitteilung: ISN 015388 OSN 014148 SSN 0106414
    /REF/DO 14/09/08

04.09.2014   Gutschrift / Ref.-Nr. 1291234514                          3VO/   749.64 04.09.2014          H115669.41

    CLICBETTER LTD.
    13 VERNLEY WAY ONTARIO KANATA CAN
    Mitteilung: PAYMENT FOR AMCODE
    TEL 0041 76 4267588

29.08.2014   Gutschrift / Ref.-Nr. 1290293848                          3VO/   34095.00 29.08.2014         H114923.87

SEC-SchranzM-E-0000565



MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306-2228
Mitteilung: ISN 075632 OSN 066525 SSN 0451050
/REF/IB/ OF 14/08/29

29.08.2014  Belastung sobanking / Ref.Nr. 1290165452

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: MACCODE

25.08.2014  Gutschrift / Ref.Nr. 1288632977

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306-2228
Mitteilung: ISN 066490 OSN 058484 SSN 0409749
/REF/IB/ OF 14/08/22

19.08.2014  Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.Nr. 1287993540

Belastung e-banking / Ref.Nr. 1287993541
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: MACCODE

SEC-SchranzM-E-0000



16.08.2014   Gutschrift / Ref.-Nr. 1287453544                    3401   45'745.00  15.08.2014     1'266'099.87

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST.
WINNETKA, CA 913052228
Mitteilung: ISN 064584 DSN 056288 SSN 0385343
/RFB/IBL OF 14/08/15

15.08.2014   Gutschrift / Ref.-Nr. 1287433889                    3401   27'779.59  15.08.2014     1'230'35...

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR VM CODE
TEL 0041 76 4267588

15.08.2014   Gutschrift / Ref.-Nr. 1287265945                    3401   44'430.00  11.08.2014     1'202'575.20

MOTEK ENTERPRISES INC.
20304 STRATHERN ST.
WINNETKA, CA 913052228
Mitteilung: ISN 059961 DSN 050949 SSN 0429284
/RFB/IBL OF 14/08/11

13.08.2014   Belastung e-booking / Ref.-Nr. 1287068191          1401   20'000.00            13.08.2014     1'156'145.28



WILLIAM BERRY
27425 SW COPPER CREEK LOOP
WILSONVILLE, OR 97070, USA

| 06.08.2014 | Gutschrift / Ref.-Nr. 1284696925 | | 340.01 | -29'113.77 | 02.08.2014 | 1'134'145.88 |

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung PAYMENT FOR MMCODE
TEL 0041 76 4287588

| 06.08.2014 | Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1285999390) | | 77'641.70 | | 06.08.2014 | 1'156'728.01 |

Belastung e-banking / Ref.-Nr. 1285999391       55'641.70
CLICKSURE PAYMENTS LTD
SUITE 5, GRAND BAIE BUSINESS PARK       4000
MAURITIUS
Mitteilung MMCODE

Belastung e-banking / Ref.-Nr. 1285999394       22'000.00
UNITED DIAMONDS INC       4400
451 HUNGERFORD DRIVE 107,
ROCKVILLE, MD 20850
USA
Mitteilung ANIK SIGAL       Provision 2

| 31.07.2014 | Gutschrift / Ref.-Nr. 1284962460 | | 340.01 | 34'210.83 | 30.07.2014 | 1'153'367.71 |

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung PAYMENT FOR MMCODE
TEL 0041 76 4287588

| 29.07.2014 | Belastung e-banking / Ref.-Nr. 1284471947 | | 130'703.10 | | 29.07.2014 | 1'119'156.88 |

CLICKSURE PAYMENTS LTD
SUITE 5, GRAND BAIE BUSINESS PARK       4000
MAURITIUS
Mitteilung MMCODE

| 29.07.2014 | Belastung e-banking / Ref.-Nr. 1284476129 | | 7'630.00 | 4400 | 29.07.2014 | 1'250'039.98 |



MELINDA BERRY
411 MADISON ST.
USA
OREGON CITY, OR 97045
Mitteilung: VIDEO

24.07.2014   Gutschrift / Ref.Nr. 1283344697                    3404   46'544.06  23.07.2014        1'270'583.98
            CLICKBETTER LTD
            12 VERMEER WAY ONTARIO KANATA CAN
            Mitteilung: PAYMENT FOR MMCODE
            TEL 0041 74 4267598

15.07.2014   Gutschrift / Ref.Nr. 1282750912                    3404   40'493.00  18.07.2014        1'723'6043.82
            LIFT INTERNATIONAL ENTERPRISES LLC
            DBA THRIVE INTERACTIVE OR GOGO
            312 W 800 N
            OREM UT 84057-3746
            Mitteilung: ISN 0620114.06 N 053160 SSN 0371253
            PRBK/MS OF 16/07/18

16.07.2014   Gutschrift / Ref.Nr. 1282397943                    3404   21'684.26  16.07.2014        1'793'548.92
            CLICKBETTER LTD
            12 VERMEER WAY ONTARIO KANATA CAN
            Mitteilung: PAYMENT FOR MMCODE
            TEL 0041 74 4267598

15.07.2014   Belastung / Buchung / Ref.Nr. 1282165367           4100   33'555.60            15.07.2014   1'717'894.66

SEC-SchranzM-E-0000569



| | | | | | |
|---|---|---|---|---|---|
| | CLICKSURE PAYMENTS LTD<br>SUITE 3, GRAND BAIE BUSINESS PARK<br>MAURITIUS<br>Mitteilung: MMCODE | | | | |
| 11.07.2014 | Gutschrift / Ref.-Nr. 1281487260 | | 3404 | 31373.09  11.07.2014 | 1’205’254.05 |
| | UFT INTERNATIONAL ENTERPRISES LLC<br>DBA THRIVE INTERACTIVE OR GOGO<br>512 W 800 N.<br>OREM UT 84057-3746<br>Mitteilung: ISN 051341 OSN 045030 SSN 0320075<br>/RFB/ATS OF 14/07/11. | | | | |
| 11.07.2014 | Belastung e-banking / Ref.-Nr. 1281428092 | 4000 | | 40’075.80  11.07.2014 | 1’173’878.96 |
| | CLICKSURE PAYMENTS LTD<br>SUITE 3, GRAND BAIE BUSINESS PARK<br>MAURITIUS<br>Mitteilung: MMCODE | | | | |
| 10.07.2014 | Belastung e-banking / Ref.-Nr. 1281167583 | 4000 | | 24’537.20  10.07.2014 | 1’215’854.86 |
| | CLICKSURE PAYMENTS LTD<br>SUITE 3, GRAND BAIE BUSINESS PARK<br>MAURITIUS<br>Mitteilung: MMCODE | | | | |
| 09.07.2014 | Gutschrift / Ref.-Nr. 1281114195 | | 3404 | 21262.07  09.07.2014 | 1’240’192.06 |
| | CLICKBETTER LTD<br>12 VERMEER WAY ONTARIO KANATA CAN<br>Mitteilung: PAYMENT FOR MMCODE<br>TEL 00411764267588 | | | | |
| 09.07.2014 | Gutschrift / Ref.-Nr. 1281023600 | | 3404 | 5715.00  09.07.2014 | 1’218’929.99 |
| | REALZONE TRADING LIMITED<br>TRIDENT CHAMBERS<br>TORTOLA, ROAD TOWN<br>VIRGIN ISLANDS, BRITISH<br>Mitteilung: JVFC | | | | |



SEC-SchranzM-E-000057



30.06.2014   Gutschrift / Ref.-Nr. 1278267076                                    4'995.00  27.06.2014        1'179'539.16    78
                                                                                  3404
        UFI INTERNATIONAL ENTERPRISES LLC
        DBA THRIVE INTERACTIVE OR GOGO
        512 W 800 N
        OREM UT 84057.3746
        Mitteilung: ISN 08 4420 OSN 066253 SSN 0468413
        /RFB/ATS OF 14/06/27

30.06.2014   Gutschrift / Ref.-Nr. 1278267076                                    20'995.00  27.06.2014       1'174'544.16
                                                                                  3404
        UFI INTERNATIONAL ENTERPRISES LLC
        DBA THRIVE INTERACTIVE OR GOGO
        512 W 800 N
        OREM UT 84057.3746
        Mitteilung: ISN 08 4254 OSN 066076 SSN 0468219
        /RFB/ATS OF 14/06/27

SEC-SchranzM-E-0000572



26.06.2014   Belastung e-banking / Ref.-Nr. 1277757024          55'572.00          26.06.2014          1'193'419.16
U0001

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: MMCODE

23.06.2014   Belastung e-booking / Ref.-Nr. 1276961351          83'618.70          23.06.2014          1'189'086.16

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: MMCODE                                              U0001

20.06.2014   Gutschrift / Ref.-Nr. 1276795013                  28'295.00          20.06.2014          1'172'704.86

LIFT INTERNATIONAL ENTERPRISES LLC                             3401
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 068766 OSN 060496 SSN 040395D
/REF/AIS OF 14/06/20

20.06.2014   Gutschrift / Ref.-Nr. 1276794974                  1'992.50          20.06.2014          1'144'409.86

LIFT INTERNATIONAL ENTERPRISES LLC                             3401
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 068726 OSN 060442 SSN 040364R
/REF/AIS OF 14/06/20

13.06.2014   Gutschrift / Ref.-Nr. 1275601740                  59'930.00          13.06.2014          1'142'417.36

LIFT INTERNATIONAL ENTERPRISES LLC                             3401
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: WAID 20140613B1OGC06C000962

SEC-SchranzM-E-0000573

/RFB/AIS OF 14/06/13

16.05.2014 | Gutschrift / Ref.-Nr. 1275501251 | | 73.30 13.06.2014 | 1'083'387.34

IFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
312 W 800 N
OREM UT 84057 3746
Mitteilung IMAD 20140618B1OGG080118701
/RFB/AIS OF 14/05/13

11.06.2014 | Belastung e-banking / Ref.-Nr. 1275110874 | | 40'067.70 | 11.06.2014 | 1'082'414.06

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung MMC CPA

09.06.2014 | Gutschrift / Ref.-Nr. 1274468049 | | 31'293.00 06.06.2014 | 1'123'081.76

IFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
312 W 800 N
OREM UT 84057 3746
Mitteilung KN 070501 OSN 658670 SSN 0404398
/RFB/AIS OF 14/06/06

04.06.2014 | Belastung e-banking / Ref.-Nr. 1274109920 | | 27'249.20 | 04.06.2014 | 1'091'986.76

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung MMC CPA

02.06.2014 | Gutschrift / Ref.-Nr. 1273480159 | | 1'330.00 30.05.2014 | 1'119'235.96

SEC-SchranzM-E-000057



UFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
CREM UT 84057-3746
Mitteilung: IMAD 20140530B1GGC08C016228
/REB/ATS OF 14/05/30

02.06.2014   Gutschrift / Ref.-Nr. 1273460158        17'680.00  30.05.2014   1'117'923.96
                                                      340A+

UFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
CREM UT 84057-3746
Mitteilung: IMAD 20140530B1GGC08C013910
/REB/ATS OF 14/05/30

30.05.2014   Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1273191793)   63'180.40   30.05.2014   1'099'170.96
             Belastung e-banking / Ref.-Nr. 1273191793        48'180.40
             CLICKSURE PAYMENTS LTD                           4000
             SUITE 3, GRAND BAIE BUSINESS PARK
             MAURITIUS
             Mitteilung: MMC CPA
             Belastung e-banking / Ref.-Nr. 1273191808        15'000.00
             MELINDA BERRY                                    4000
             411 MADISON ST.
             USA
             OREGON CITY, OR 97045
             Mitteilung: CMT PMT

26.05.2014   Belastung e-banking / Ref.-Nr. 1272118235        66'275.70   26.05.2014   1'090'136.61
             CLICKSURE PAYMENTS LTD                           4000

SEC-SchranzM-E-0000575



SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: MMC CPA
26.05.2014    Gutschrift / Ref.Nr. 1271028026                                              48.930,00  28.05.2014          1 .501 .414,51

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: IMAD 20140528B1GGC06C012426
/RFB/ATS OF 14/02/23
19.05.2014    Gutschrift / Ref.Nr. 1270803326                                              3.070,00  16.05.2014          1 '109'484.31

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: IMAD 20140516B1GGC02C013086
/RFB/ATS OF 14/05/16
19.05.2014    Gutschrift / Ref.Nr. 1270803224                                              54.900,00  16.05.2014          1 '106'474.31

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: IMAD 20140516B1GGC05C003456
/RFB/ATS OF 14/05/16

SEC-SchranzM-E-000



CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: MARC CPA

26.05.2014    Gutschrift / Ref-Nr. 1271894328    SOA    16'800.00 23.05.2014    1'156'414.31

UFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: IMAD 2014052381GGC06C012426
/RFB/AIS-OF-09/05/14

19.05.2014    Gutschrift / Ref-Nr. 1270803326    SOA    3'010.00 16.05.2014    1'109'484.31

UFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: IMAD 2014051451GGC02C013066
/RFB/AIS-OF-14/05/14

19.05.2014    Gutschrift / Ref-Nr. 1270803324    SOA    59'460.00 16.05.2014    1'106'474.31

UFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: IMAD 2014051451GGC03C004566
/RFB/AIS-OF-14/05/14

16.05.2014    Belastung e-banking / Ref-Nr. 1270874940    4006    81'768.25    16.05.2014    1'051'994.31

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: MARC CPA

SEC-SchranzM-E-0000577



| 12.05.2014 | Gutschrift / Ref.-Nr. 1270045206 | | 3404 | 7'869'500 | 12.05.2014 | 1'269'229.16 |
|---|---|---|---|---|---|---|
| | LIFT INTERNATIONAL ENTERPRISES LLC | | | | | |
| | DBA THRIVE INTERACTIVE OR GOGO | | | | | |
| | 512 W 800 N | | | | | |
| | OREM UT 84057-3746 | | | | | |
| | Mitteilung: ISN 061037 QSN 050698 SSN 0367869 | | | | | |
| | /REF/ATS OF 14/05/12 | | | | | |
| 09.05.2014 | Gutschrift / Ref.-Nr. 1269542855 | | 3404 | 817.50 | 09.05.2014 | 1'196'834.16 |
| | LIFT INTERNATIONAL ENTERPRISES LLC | | | | | |
| | DBA THRIVE INTERACTIVE OR GOGO | | | | | |
| | 512 W 800 N | | | | | |
| | OREM UT 84057-3746 | | | | | |
| | Mitteilung: ISN 065542 QSN 053887 SSN 0389606 | | | | | |
| | /REF/ATS OF 14/05/09 | | | | | |
| 09.05.2014 | Zahlungsentrag e-banking (Auszahl Belhungen: 2 / Ref.-Nr. 1269409918) | | 84'258.23 | | 09.05.2014 | 1'196'016.66 |
| | Belastung e-banking / Ref.-Nr. 1269409918 | | | | | |
| | CLICKSURE PAYMENTS LTD | | 87'239.33 | 0000 | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | | | | |

SEC-SchranzM-E-0000



[redacted]

| | | | | | |
|---|---|---|---|---|---|
| | MAURITIUS<br>Mitteilung: MMG CPA | | | | |
| | Belastung e-banking / Ref.-Nr. 1267409924<br>MELINDA BERRY<br>411 MADISON ST<br>USA<br>OREGON CITY, OR 97045<br>Mitteilung: CMT PMT | 2000.00<br>4400 | | | |
| 05.05.2014 | Gutschrift / Ref.-Nr. 1268430427<br><br>LIFT INTERNATIONAL ENTERPRISES LLC<br>DBA THRIVE INTERACTIVE OR GOGO<br>512 W 800 N<br>OREM UT 84057-3746<br>Mitteilung: ISN 067108 OSN 054715 SSN 0387541<br>/RFB/ATS OF 14/05/02 | | 87'745.00<br>3401 | 02.05.2014 | 1'290'275.99 |
| 05.05.2014 | Gutschrift / Ref.-Nr. 1268428083<br><br>LIFT INTERNATIONAL ENTERPRISES LLC<br>DBA THRIVE INTERACTIVE OR GOGO<br>512 W 800 N<br>OREM UT 84057-3746<br>Mitteilung: ISN 067019 OSN 054658 SSN 0387214<br>/RFB/ATS OF 14/05/02 | | 873.10<br>3401 | 02.05.2014 | 1'202'530.99 |
| 30.04.2014 | Belastung e-banking / Ref.-Nr. 1267912017<br><br>MELINDA BERRY<br>411 MADISON ST<br>USA<br>OREGON CITY, OR 97045<br>Mitteilung: CMT PMT | 7'500.00<br>4400 | | 30.04.2014 | 1'201'657.89 |
| 30.04.2014 | Belastung e-banking / Ref.-Nr. 1267837834<br><br>CLICKSURE PAYMENTS LTD<br>SUITE 3, GRAND BAIE BUSINESS PARK<br>MAURITIUS<br>Mitteilung: MMG CPA | 160'354.00<br>4000 | | 30.04.2014 | 1'209'157.89 |
| 28.04.2014 | Gutschrift / Ref.-Nr. 1266785944 | | 83'845.00 | 25.04.2014 | 1'369'511.89 |

[redacted]



LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 078268 OSN 066165 SSN 0463548
/RF3/AS OF 14/04/25

25.04.2014   Gutschrift / Rel.-Nr. 1265726883                         3/404    4975.00  25.04.2014   1285488.89

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 063522 OSN 054029 SSN 0383551
/RF3/AS OF 14/04/25

22.04.2014   Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Rel.-Nr. 1265833884)   200000.00   22.04.2014   1280'676.89
             Belastung e-banking / Rel.-Nr. 1265833886                    VALOO    41'000.00
             MELINDA BERRY
             411 MADISON ST.
             USA
             OREGON CITY, OR 97045
             Mitteilung: QMT PMT

22.04.2014   Gutschrift / Rel.-Nr. 1265736803                           3/404    82'445.00  21.04.2014   1'300'676.89

SEC-SchranzM-E-00(



LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 039701 OSN 030630 SSN 0235606
/EFB/ATS OF 14/04/21

21.04.2014   Gutschrift / Bel.-Nr. 1265609416          3404   1'465.00 18.04.2014   1'218'231.89

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 028418 OSN 021394 SSN 0155132
/EFB/ATS OF 14/04/18

15.04.2014   Belastung / Bel.-Nr. 1265027975          GOGO   -10'000.00   15.04.2014   1'211'766.89

QUICKSURE PAYMENTS LTD
SUITE 1, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: NMIC-EPA

14.04.2014   Gutschrift / Bel.-Nr. 1264506847          3404   57'980.00 11.04.2014   1'326'766.89

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: IMAD 2014041 1B1QGCQ8C006687
/EFB/ATS OF 14/04/11



SEC-SchranzM-E-0000582



| 31.03.2014 | Gutschrift / Ref.-Nr. 1261554027 | | 84'125.45 | 28.03.2014 | 1'203'084.10 |

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 840573746
Mitteilung: ISN 084389 OSN 084684 SSN 0457160
/PFB/ATS OF 14/03/28

| 26.03.2014 | Belastung e-banking / Ref.-Nr. 1260740826 | | 28'846.03 | | 26.03.2014 | 1'118'958.65 |

MELINDA BERRY
411 MADISON ST
USA
OREGON CITY, OR 27045

| 25.03.2014 | Belastung e-banking / Ref.-Nr. 1260473543 | | 65'000.00 | | 25.03.2014 | 1'147'804.65 |

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: MMC CPA

| 20.03.2014 | Belastung e-banking / Ref.-Nr. 1259685049 | | 331'300.00 | | 20.03.2014 | 1'212'804.65 |

SEC-SchranzM-E-0000583



CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: MMC AND TCC CFA

20.03.2014    Gutschrift / Ref.-Nr. 1259582022                    27'295.00  20.03.2014    1'282'804.65
LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN O7 4045 O5N 062187 SSN 0425704
7REX AUS O5 142037/18

13.03.2014    Belastung e-banking / Ref.-Nr. 1258725123            53'442.80  13.03.2014    1'190'209.65
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: MMC CFA TCC CFA

10.03.2014    Gutschrift / Ref.-Nr. 1258286421                    77'045.00  10.03.2014    1'237'209.05
LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746

SEC-SchranzM-E-0000584

Mitteilung: ISN 063971 OSN 030475 SSN 036?852
/RFB/AIS OF 14/03/10

| 04.03.2014 | Belastung ebanking / Ref.-Nr. 257384965 | | 89'000.00 | 04.03.2014 | 1'130'164.05 |

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMC CPA

| 28.02.2014 | Gutschrift / Ref.-Nr. 1256791799 | | 69'145.00 | 28.02.2014 | 1'185'164.05 |

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 081008 OSN 065176 SSN 0453868
/RFB/AIS OF 14/02728

| 27.02.2014 | Belastung e-banking / Ref.-Nr. 1256186565 | | 40'000.00 | 27.02.2014 | 1'116'019.05 |

MELINDA BERRY
411 MADISON ST
USA
OREGON CITY OR 97045
Mitteilung: CMT PMT

| 26.02.2014 | Belastung e-banking / Ref.-Nr. 1255856627 | | 33704.15 | 26.02.2014 | 1'156'019.05 |

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMC CPA

| 24.02.2014 | Gutschrift / Ref.-Nr. 1255044906 | | 3425 | 24.02.2014 | 1'189'723.20 |

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 069215 OSN 057579 SSN 0399423
/RFB/AIS OF 14/02/21



| 20.02.2014 | Gutschrift / Ref.-Nr. L254680539 | | 66'830.00 19.02.2014 | 1'190'314.55 |

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: IMAD 20140219B1QGC01C011623
/BFB/ATS OF 14/02/19

| 19.02.2014 | Zahlungsauftrag e-banking (Anzahl Buchungen: 2) / Ref.-Nr. L254600569 | | 121'632.22 | 19.02.2014 | 1'123'484.55 |

Belastung e-banking / Ref.-Nr. 1254600570
CLOSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK                    55'000.00
MAURITIUS
Mitteilung: MMC CPA

Belastung e-banking / Ref.-Nr. 1254600572
JK MARKETING LLC
7657 WINDMILL PARKWAY 293                             66'632.22
HENDERSON, NV 89074
Mitteilung: CMT PMT

SEC-SchranzM-E-0000586



| 17.02.2014 | Quellnfr. / Ref.Nr. 1253889218 | | 48'525.00 | 14.02.2014 | 1'240'740.72 |
| | LIFT INTERNATIONAL ENTERPRISE LLC | | | | |
| | DBA THRIVE INTERACTIVE OR COCO | | | | |
| | 517 W 800 N | | | | |
| | OREM UT 84057-3746 | | | | |
| | Mitteilung: ISN 073330 CSN 060293 SSN 0422173 | | | | |
| | /RFB/ATS OF 14/02/14 | | | | |
| 11.02.2014 | Belastung e-banking / Ref.Nr. 1253249483 | | 88'000.00 | 11.02.2014 | 1'192'215.72 |
| | CLICKSURE PAYMENTS LTD | | | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | | | |
| | MAURITIUS | | | | |
| | Mitteilung: MMC CPA | | | | |
| 10.02.2014 | Gutschrift / Ref.Nr. 1253127173 | | 4'785.00 | 11.02.2014 | 1'280'215.72 |
| | TRADEX LTD | | | | |
| | TRIDENT CHAMBERS PO BOX 146 | | | | |
| | Mitteilung: /RFB/H01402106199881/ INVOICE 201402 | | | | |
| | 102 | | | | |



| 07.01.2014 | Gutschrift / Ref.-Nr. 1252733951 | | | 30'280.00 06.02.2014 | 1'259'185.77 |
|---|---|---|---|---|---|
| | LIFT INTERNATIONAL ENTERPRISES LLC | | | | |
| | DBA THRIVE INTERACTIVE OR GOGO | | | | |
| | 512 W 800 N | | | | |
| | OREM UT 84057-3246 | | | | |
| | Mitteilung: IMAD:2014020681GGC0980099370 | | | | |
| | TRN/AIS CP 14/02/06 | | | | |
| 03.02.2014 | Belastung e-banking / Ref.-Nr. 1252028127 | | | 25'000.00 | 03.02.2014 | 1'234'185.77 |
| | ISLAND RESORT INVESTMENT PARTNERS | 4000 | | | |
| | PO BOX 456 | | | | |
| | WILLIAMSTOWN, NEW JERSEY 08094 | | | | |
| 31.01.2014 | Gutschrift / Ref.-Nr. 1251906104 | | | 3'135.00 31.01.2014 | 1'259'185.77 |
| | LIFT INTERNATIONAL ENTERPRISES LLC | | | | |
| | DBA THRIVE INTERACTIVE OR GOGO | 3460 | | | |
| | 512 W 800 N | | | | |
| | OREM UT 84057-3246 | | | | |
| | Mitteilung:SSN.052266 OAN:0AB836.SSN.0325228 | | | | |
| | TRN/AIS CP 14/01/31 | | | | |



| 31.01.2014 | Gutschrift / Ref.-Nr. 25X2600A2 | | | 780.00 31.01.2014 | 1'248'082.77 |
|---|---|---|---|---|---|
| | TRADERXP LTD. | 3461 | | | |
| | TRIDENT CHAMBERS PO BOX 146 | | | | |
| | Mitteilung:78SB/H01/4013 16191 8977/SERVICE FEE D | | | | |
| | ECEMBER 2013 | | | | |
| 31.01.2014 | Gutschrift / Ref.-Nr. 1251349783 | | | 32'295.00 30.01.2014 | 1'243'282.77 |
| | LIFT INTERNATIONAL ENTERPRISES LLC | 3460 | | | |
| | DBA THRIVE INTERACTIVE OR GOGO | | | | |

SEC-SchranzM-E-0000



312 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 074732 OSN 059755 SSN 0412549
/RFB/ATS OF 14/01/30

| 24.01.2014 | Gutschrift / Ref.-Nr. 1249696547 | | 94'745.00 | 23.01.2014 | 1'172'987.77 |

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
312 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 074797 OSN 061306 SSN 0432950
/RFB/ATS OF 14/01/23

| 22.01.2014 | Belastung e-banking / Ref.-Nr. 1249379509 | | 36'000.00 | 22.01.2014 | 1'052'835.66 |

ISLAND RESORT INVESTMENT PARTNERS
PO BOX 456
WILLIAMSTOWN, NEW JERSEY 08094

| 20.01.2014 | Gutschrift / Ref.-Nr. 1248631562 | | 233.00 | 17.01.2014 | 1'088'835.66 |

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
312 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 076337 OSN 061055 SSN 0431095
/RFB/ATS OF 14/01/17

| 20.01.2014 | Gutschrift / Ref.-Nr. 1248631549 | | 77'195.00 | 17.01.2014 | 1'085'600.66 |



LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
312 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 076282 OSN 061010 SSN 0430840
/RFB/ATS OF 14/01/17

08.01.2014   Gutschrift / Rel.-Nr. 12470478953                                                                                          34,495.00 07.01.2014        11009,405.66

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
312 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 093283 OSN 049228 SSN 0351293
/RFB/ATS OF 14/01/07

SEC-SchranzM-E-0000



| | | | | |
|---|---|---|---|---|
| 31.12.2013 | Abbuchungsmoeldt 1244536596 st 31.12.13 Gebühren gemäss separater Anzeige | 35.00 | 26.95 | 31.12.2013 | 953'910.867 |
| 31.12.2013 | Gutschrift / Ref.-Nr. 1244706547 | | 38'845.00 | 30.12.2013 | 953'937.62 |

UFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 080742 DSN D65288 SSN 0462488
/RFB/AIS OF 13/12/30

| | | | | |
|---|---|---|---|---|
| 30.12.2013 | Belastung e-banking / Ref.-Nr. 1244532124 | 30'000.00 | 30.12.2013 | 902'476.75 |

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: MMC CPA

| | | | | |
|---|---|---|---|---|
| 24.12.2013 | Gutschrift / Ref.-Nr. 1243357391 | | 32'445.00 | 23.12.2013 | 924'448.75 |

SEC-SchranzM-E-0000591



LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 083517 OSN 070526 SSN 0503348
/RFB/ATS OF 13/12/23

| 16.12.2013 | Belastung e-banking / Ref.-Nr. 124275898 | 420.00 | 220'130.07 | 13.12.2013 | 892'003.74 |

K MARKETING LLC
2625 WINDMILL PARKWAY 201
HENDERSON NV 89074
Mitteilung: COMMISSION PAYMENT

| 17.12.2013 | Gutschrift / Ref.-Nr. 124214.0547 | | 70'345.00 | 17.12.2013 | 914'016.82 |

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 060479 OSN 049391 SSN 0354063
/RFB/ATS OF 13/12/17

| 16.12.2013 | Gutschrift / Ref.-Nr. 124046671 | | 60'395.00 | 09.12.2013 | 843'671.82 |

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 073125 OSN 058171 SSN 0422246
/RFB/ATS OF 13/12/09

| 05.12.2013 | Belastung e-banking / Ref.-Nr. 123981.4848 | 60'000.00 | | 05.12.2013 | 783'276.82 |

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
GRAND BAIE, MAURITIUS
Mitteilung: AIMCODE C7A

SEC-SchranzM-E-0000592

| 03.12.2013 | Gutschrift / Ref.-Nr. 1239320293 | | 17'995.00 | 02.12.2013 | 888'932.69 |
|---|---|---|---|---|---|

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3748
Mitteilung: ISN 078878 OSN 064158 SSN 0465993
/REB/AIS OF 13/12/02

| 02.12.2013 | Gutschrift / Ref.-Nr. 1239297603 | | 305.00 | 02.12.2013 | 865'937.69 |
|---|---|---|---|---|---|

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3748
Mitteilung: ISN 059563 OSN 048931 SSN 0368020
/REB/AIS OF 13/12/02

| 28.11.2013 | Gutschrift / Ref.-Nr. 1237619359 | | 48'595.00 | 25.11.2013 | 865'432.69 |
|---|---|---|---|---|---|

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 081449 OSN 055643 SSN 0475216
/REB/AIS OF 13/11/25

| 19.11.2013 | Belastung e-banking / Ref.-Nr. 1036550056 | | 48'454.18 | 19.11.2013 | 816'837.69 |
|---|---|---|---|---|---|

JIK MARKETING LLC
2635 WINDMILL PARKWAY 283
HENDERSON, NV 89074
Mitteilung: COMMISSION PAYMENT

| 19.11.2013 | Gutschrift / Ref.-Nr. 1236456236 | | 25'345.00 | 18.11.2013 | 865'293.87 |
|---|---|---|---|---|---|

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N

SEC-SchranzM-E-0000593

OREM UT 84057-3746
Mitteilung: ISN 073081 OSN 058615 SSN 0424802
/RFB/ATS OF 13/11/18

| 13.11.2013 | Gutschrift / Ref.Nr. 1235215044 | | 34.345.00 | 12.11.2013 | 839.748.82 |

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 11116 OSN 090768 SSN 0949548
/RFB/ATS OF 13/11/12

| 08.11.2013 | Belasung e-banking / Ref.Nr. 1234881162 | 150.000.00 | | 08.11.2013 | 805.853.87 |

ISLAND RESORT INVESTMENT PARTNERS
PO BOX 456
WILLIAMSTOWN, NEW JERSEY 08094
Mitteilung: COMMPMT

| 05.11.2013 | Gutschrift / Ref.Nr. 1234356827 | | 34.145.00 | 05.11.2013 | 820.853.87 |

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 028126 OSN 020615 SSN 0131110
/RFB/ATS OF 13/11/04

| 29.10.2013 | Gutschrift / Ref.Nr. 1232679563 | | 34.345.00 | 28.10.2013 | 771.708.87 |

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 072693 OSN 060046 SSN 0438582
/RFB/ATS OF 13/10/28

| 28.10.2013 | Gutschrift / Ref.Nr. 1232245305 | | 1737.30 | 23.10.2013 | 737.363.87 |

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N



OREM UT 84057-3746
Mitteilung: ISN 075305 OSN 050026 SSN 0421584
/FEB/ALKC = 13/10/22

| 22.10.2013 | Gutschrift / Ref.Nr. 1231252029 | | 29'845.00 | 21.10.2013 | 735'626.37 |

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 078014 OSN 062520 SSN D446682
/FEB/ATS OF 13/10/21

| 15.10.2013 | Gutschrift / Ref.Nr. 1231005087 | | 11'647.50 | 18.10.2013 | 705'781.37 |

DBA THRIVE INTERACTIVE
WIRE INITIATION ACCOUNT
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 061603 OSN 049021 SSN 0344976
/FEB/ATS OF 13/10/14

| 15.10.2013 | Belastung e-banking / Ref.Nr. 1230360481 | | 44'459.35 | 15.10.2013 | 704'133.87 |

JK MARKETING LLC
2657 WINDMILL PARKWAY 233
HENDERSON, NV 89074
Mitteilung: COMMISSION PAYMENT

| 15.10.2013 | Gutschrift / Ref.Nr. 1231241714 | | 37'095.00 | 15.10.2013 | 748'593.22 |

DBA THRIVE INTERACTIVE
WIRE INITIATION ACCOUNT
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 034688 OSN 026312 SSN 018643
/FEB/ATS OF 13/10/15



| 19.11.2013 | Belastung e-banking / Ref.-Nr. 1236350054 | | 48'438.18 | 19.11.2013 | 816'837.69 |
| | UK MARKETING LLC | 2.000 | | | |
| | 2692 WINDMILL PARKWAY 233 | | | | |
| | HENDERSON, NV 87074 | | | | |
| | Mitteilung: COMMISSION PAYMENT | | | | |
| 19.11.2013 | Gutschrift / Ref.-Nr. 1236456236 | | | 25'545.00  18.11.2013 | 865'293.87 |
| | LIFT INTERNATIONAL ENTERPRISES LLC | | | | |
| | DBA THRIVE INTERACTIVE OR GOGO | 3.604 | | | |
| | 512 W 600 N | | | | |
| | OREM UT 84057-3746 | | | | |
| | Mitteilung: ISN 073061 OSN 058615 SSN 0424302 | | | | |
| | /REB/ATS OF 13/11/18 | | | | |
| 13.11.2013 | Gutschrift / Ref.-Nr. 1235415244 | | | 34'095.00  12.11.2013 | 839'348.87 |
| | LIFT INTERNATIONAL ENTERPRISES LLC | | | | |
| | DBA THRIVE INTERACTIVE OR GOGO | 3.4.34 | | | |
| | 512 W 600 N | | | | |
| | OREM UT 84057-3746 | | | | |
| | Mitteilung: ISN 111418 OSN 090969 SSN 0667548 | | | | |
| | /REB/ATS OF 13/11/12 | | | | |
| 08.11.2013 | Belastung e-banking / Ref.-Nr. 1234881182 | | 15'000.00 | 08.11.2013 | 805'253.87 |



ISLAND RESORT INVESTMENT PARTNERS
PO BOX 456
WILLIAMSTOWN, NEW JERSEY 08094
Mitteilung: COMMPMT

05.11.2013   Gutschrift / Ref.-Nr. 1234356922                          49'145,00   05.11.2013      820'853,87

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 028126 OSN 020615 SSN 015110
/RFB/ATS OF 13/11/01
29.10.2013   Gutschrift / Ref.-Nr. 1232679563                         34'845,00   28.10.2013      771'708,87

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 072693 OSN 060046 SSN 0438582
/RFB/ATS OF 13/10/28
28.10.2013   Gutschrift / Ref.-Nr. 1239244303                          1'735,50   25.10.2013      737'263,87

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 075048 OSN 060268 SSN 0423584
/RFB/ATS OF 13/10/25
22.10.2013   Gutschrift / Ref.-Nr. 1231252029                         29'845,00   21.10.2013      735'696,37

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 078014 OSN 062520 SSN 0446684
/RFB/ATS OF 13/10/21
18.10.2013   Gutschrift / Ref.-Nr. 1231005087                          1'647,50   18.10.2013      705'781,37

SEC-SchranzM-E-0000597



DBA THRIVE INTERACTIVE
-WIRE INITIATION ACCOUNT
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 061603 OSN 049021 SSN 0344576
78F5/A15 OF 13/10/13;
15.10.2013   Belastung e-banking / Ref.-Nr. 1230360481                    44'459.35           15.10.2013        -704'133.87

JK MARKETING LLC
2657 WINDMILL PARKWAY 233
HENDERSON, NV 89074
Mitteilung: COMMISSION PAYMENT
15.10.2013   Gutschrift / Ref.-Nr. 1230413714                             33'095.00  15.10.2013        -748'593.22

-DBA THRIVE INTERACTIVE
-WIRE INITIATION ACCOUNT
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 034588 OSN 026312 SSN 0194515
78F6/A15 OF 13/10/13;
14.10.2013   Gutschrift / Ref.-Nr. 1230274084                             5'959.00   10.10.2013        -721'457.22

NINETY NINE HOLDINGS LTD
-ROCK FARM PO BOX 633
BRITISH WEST INDIES AI
Mitteilung: INSERTION ORDER 02102013
09.10.2013   Gutschrift / Ref.-Nr. 1229266980                             8'365.35   08.10.2013        -701'673.22



DBA THRIVE INTERACTIVE
WIRE INITIATION ACCOUNT
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 066325 OSN 031091 SSN 0372818
/ZRB/ATS OF 13/10/08

08.10.2013    Gutschrift / Ref.-Nr. 1229255680                                      5'495.00 08.10.2013    693'307.87

DBA THRIVE INTERACTIVE
WIRE INITIATION ACCOUNT
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 053789 OSN 042458 SSN 0310062
/ZRB/ATS OF 13/10/08

08.10.2013    Gutschrift / Ref.-Nr. 1229080601                                     62'195.00 07.10.2013    687'812.87

DBA THRIVE INTERACTIVE
WIRE INITIATION ACCOUNT
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 066355 OSN 051871 SSN 0374072
/ZRB/ATS OF 13/10/07

01.10.2013    Gutschrift / Ref.-Nr. 1227545609                                     62'045.00 30.09.2013    630'617.87

DBA THRIVE INTERACTIVE
WIRE INITIATION ACCOUNT
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 112878 OSN 081502 SSN 0583342
/ZRB/ATS OF 13/09/30

24.09.2013    Gutschrift / Ref.-Nr. 1225758560                                     42'345.00 23.09.2013    568'590.57

DBA THRIVE INTERACTIVE
WIRE INITIATION ACCOUNT
512 W 800 N
OREM UT 84057-3746

SEC-SchranzM-E-0000599



Mitteilung: ISN 069483 OSN 056666 SSN 041407/6
/RFB/AIS OF 13/09/23

| 20.09.2013 | Belastung e-banking / Ref.-Nr. 1225407844 | 27'668.31 | 20.09.2013 | 526'245.57 |

JK MARKETING LLC
2657 WINDMILL PARKWAY 233
HENDERSON, NV 89074
Mitteilung: COMMISSION PAYMENT
Betrag: CHF 24'501.51;-
Wechselkurs: 1.1098 (CHF/USD)

| 17.09.2013 | Gutschrift / Ref.-Nr. 1224760726 | 40'080.00 | 18.09.2013 | 553'913.88 |

DBA THRIVE INTERACTIVE
WIRE INITIATION ACCOUNT
512 W 800 N
OREM UT 84057-3746
Mitteilung: IMAD 201309168TGGC06C008651
/RFB/AIS OF 13/09/16.

| 22.08.2013 | Belastung e-banking / Ref.-Nr. 1220182305 | 39'239.75 | 22.08.2013 | 513'833.88 |

JK MARKETING LLC
2657 WINDMILL PARKWAY NO 233
HENDERSON, NV 89074
Mitteilung: COMMISSION PAYMENT

| 22.08.2013 | Gutschrift / Ref.-Nr. 1220085754 | 72'845.00 | 21.08.2013 | 528'573.93 |

DBA THRIVE INTERACTIVE
WIRE INITIATION ACCOUNT
512 W 800 N
OREM UT 84057-3746
Mitteilung: ISN 050701 OSN 047565 SSN 0337634
/RFB/IBG OF 13/08/21.

SEC-SchranzM-E-0000600



SEC-SchranzM-E-0000601



22.08.2013   Belastung Buchung / Ref.Nr. 1220362205                                         69,239.75        22.08.2013        213,033.88
IE MARKETING LLC
2657 WINDMILL PARKWAY NO 253
HENDERSON NV 89074
Mitteilung: COMMISSION PAYMENT

22.08.2013   Gutschrift / Ref.Nr. 1220095754                                                72,845.00   21.08.2013       328,673.93
DBA THRIVE INTERACTIVE
WIRE INITIATION ACCOUNT
512 W 800 N
OREM UT 64057 0746
Mitteilung: ISN 060701 OSN 047503 SSN 0332454
/RFB/IBG OTB 3/08/21

SEC-SchranzM-E-0000



| 13.08.2013 | Goudmill 7 Ref. № 421B606330 | | | 429730.00 | 12.08.2013 | | 475'878.93 |
| | DBA THRIVE INTERACTIVE | | | | | | |
| | WIRE INITIATION ACCOUNT | | 716.07 | | | | |
| | 512 W 800 N | | | | | | |
| | OREM ID 84057-5244 | | | | | | |
| | Mitteilung: WAD-20130812BICOEC04C003856 | | | | | | |
| | /8/91/90-OF-13708712- | | | | | | |

| 02.08.2013 | Sending eBanking 7 Ref. № 12/713253 | | | 88'862.04 | 02.08.2013 | | 410'066.93 |
| | JK MARKETING LLC | | 42.00 | | | | |
| | 2657 WINDMILL PARKWAY NO 233 | | | | | | |
| | HENDERSON, NV 89074 | | | | | | |
| | /xhe-lwar.COM.PMT | | | | | | |

SEC-SchranzM-E-0000603

AEGERTER+BRAENDLE AG                                                    5572 - GSD Master AG

## Konto 1027 TKB USD 2902.6658.2007

Geschäftsjahr: 2013          Detail nach Belegdatum (01.01.2013 - 31.12.2018)

| Beleg Datum Text | GegenkontoⅤ⅄ GKSK⅄ | Bel Nr. USD Soll K⅄Kur | USD Haben | USD Saldo |
|---|---|---|---|---|
| 19.05.2014 Lift International Enterprisses LLC | 3401 F | 16'010.00 | | 16'010.00 |
| 23.05.2014 Motek Enterprises Inc. | 3401 F | 285'210.00 | | 344'370.00 |
| 26.05.2014 Lift International Enterprisses LLC | 3401 F | 9'520.00 | | 353'890.00 |
| 30.05.2014 Clicksure Payments Ltd | 3401 F | 23'990.00 | | 417'250.00 |
| 02.06.2014 Lift International Enterprisses LLC | 3401 F | 1'486.25 | | 418'736.25 |
| 02.06.2014 Motek Enterprises Inc. | 3401 F | 224'520.00 | | 643'256.25 |
| 06.06.2014 Clicksure Payments LTD | 3401 F | 15'585.00 | | 659'223.76 |
| 09.06.2014 Lift International Enterprises LLC | 3401 F | 2'485.00 | | 662'041.54 |
| 10.06.2014 Motek Enterprises INC. | 3401 F | 158'090.00 | | 819'416.25 |
| 11.06.2014 JK Marketing LLC | 4000 F | | 100'000.00 | 719'416.25 |
| 13.06.2014 Clicksure Payments LTD | 3401 F | 16'025.00 | | 735'683.59 |
| 16.06.2014 Lift International Enterprises LLC | 3401 F | 2'080.00 | | 737'763.59 |
| 16.06.2014 Motek Enterprises INC. | 3401 F | 135'480.00 | | 873'001.25 |
| 19.06.2014 CHEXX INC. | 3401 F | 3'353.06 | | 924'346.01 |
| 19.06.2014 Clicksure Payments LTD | 3401 F | 9'075.00 | | 933'421.01 |
| 20.06.2014 Lift International Enterprises LLC | 3401 F | 2'440.80 | | 935'861.81 |
| 23.06.2014 Clicksure Payments LTD | 4000 F | | 127'192.08 | 708'669.73 |
| 24.06.2014 Motek Enterprises Inc. | 3401 F | 130'895.00 | | 839'564.73 |
| 26.06.2014 Clicksure Payments LTD | 4000 F | | 178'570.74 | 660'993.99 |
| 26.06.2014 CHEXX INC. | 3401 F | 3'347.15 | | 664'341.14 |
| 27.06.2014 Clicksure Payments LTD | 3401 F | 11'210.00 | | 686'142.56 |
| 01.07.2014 Motek Enterprises Inc. | 3401 F | 127'155.00 | | 813'281.39 |
| 03.07.2014 CHEXX | 3401 F | 699.19 | | 813'980.58 |
| 07.07.2014 Clicksure Payments LTD | 3401 F | 32'575.00 | | 846'555.58 |
| 07.07.2014 Motek Enterprises Inc. | 3401 F | 121'075.00 | | 967'630.58 |
| 09.07.2014 Clickbetter LTD | 3401 F | 56'172.05 | | 1'023'802.63 |
| 10.07.2014 Clicksure Payments LTD | 4000 F | | 194'293.60 | 829'509.03 |
| 10.07.2014 CHEXX | 3401 F | 221.31 | | 829'730.34 |
| 11.07.2014 Clicksure Payments LTD | 4000 F | | 191'286.80 | 638'978.54 |
| 11.07.2014 Clicksure Payments LTD | 3401 F | 19'285.00 | | 658'263.54 |
| 11.07.2014 Motek Enterprises Inc. | 3401 F | 1'645.00 | | 659'908.54 |
| 14.07.2014 Motek Enterprises Inc. | 3401 F | 121'315.00 | | 781'223.54 |
| 15.07.2014 Clicksure Payments LTD | 4000 F | | 187'010.00 | 594'213.54 |
| 16.07.2014 Clickbetter LTD | 3401 F | 160'850.51 | | 755'064.05 |
| 18.07.2014 Clicksure Payments LTD | 3401 F | 18'975.00 | | 774'039.05 |
| 18.07.2014 Motek Enterprises Inc. | 3401 F | 766.25 | | 774'805.30 |
| 22.07.2014 Motek Enterprises Inc. | 3401 F | 109'395.00 | | 884'200.30 |
| 24.07.2014 Clickbetter LTD | 3401 F | 119'659.56 | | 1'003'859.86 |

EXHIBIT 15



| Date | Payee | Code | | | |
|---|---|---|---|---|---|
| 25.07.2014 | Clicksure Payments LTD | 3401F | 8'675.00 | | 1'012'664.86 |
| 28.07.2014 | Motek Enterprises Inc. | 3401F | 1'357.50 | | 1'014'022.36 |
| 28.07.2014 | Motek Enterprises Inc. | 3401F | 102'075.00 | | 1'116'097.36 |
| 29.07.2014 | Clicksure Payments LTD | 4000F | | 320'814.50 | 795'282.86 |
| 31.07.2014 | Clickbetter LTD | 3401F | 82'990.87 | | 878'681.51 |
| 31.07.2014 | CHEXX | 3401F | 459.35 | | 879'140.86 |
| 01.08.2014 | Clicksure Payments LTD | 3401F | 16'905.00 | | 896'045.86 |
| 04.08.2014 | Motek Enterprises Inc. | 3401F | 99'755.00 | | 995'800.86 |
| 06.08.2014 | Clicksure Payments LTD | 4000F | | 142'346.30 | 773'454.56 |
| 06.08.2014 | Clickbetter LTD | 3401F | 74'223.53 | | 847'678.09 |
| 08.08.2014 | REM Florida Properties | 1401F | | 515'000.00 | 297'678.09 |
| 08.08.2014 | Clicksure Payments LTD | 3401F | 34'320.00 | | 331'998.09 |
| 11.08.2014 | Motek Enterprises Inc. | 3401F | 77'795.00 | | 410'093.09 |
| 15.08.2014 | Clickbetter LTD | 3401F | 37'295.92 | | 397'089.01 |
| 15.08.2014 | Clicksure Payments LTD | 3401F | 26'465.00 | | 423'554.01 |
| 19.08.2014 | Motek Enterprises Inc. | 3401F | 66'315.00 | | 489'869.01 |
| 19.08.2014 | Clicksure Payments LTD | 4000F | | 226'752.94 | 263'116.07 |
| 21.08.2014 | Clickbetter LTD | 3401F | 18'074.48 | | 281'190.55 |
| 26.08.2014 | Motek Enterprises Inc. | 3401F | 64'235.00 | | 345'425.55 |
| 26.08.2014 | Clicksure Payments LTD | 3401F | 18'750.00 | | 364'175.55 |
| 28.08.2014 | Clickbetter LTD | 3401F | 16'269.66 | | 380'445.21 |
| 29.08.2014 | Clicksure Payments LTD | 4000F | | 185'164.50 | 195'280.71 |
| 29.08.2014 | Clicksure Payments LTD | 3401F | 14'055.00 | | 209'335.71 |
| 02.09.2014 | Motek Enterprises Inc. | 3401F | 62'075.00 | | 271'410.71 |
| 03.09.2014 | REM Florida Properties | 1401F | | 185'000.00 | 86'410.71 |
| 04.09.2014 | Clickbetter LTD | 3401F | 41'030.47 | | 127'441.18 |
| 05.09.2014 | Clicksure Payments LTD | 3401F | 20'710.00 | | 148'151.18 |
| 08.09.2014 | Motek Enterprises Inc. | 3401F | 60'475.00 | | 208'626.18 |
| 11.09.2014 | Clickbetter LTD | 3401F | 53'207.04 | | 261'833.22 |
| 11.09.2014 | William Berry | 4000F | | 45'000.00 | 216'833.22 |
| 11.09.2014 | Clicksure Payments LTD | 3401F | 4'585.00 | | 221'418.22 |
| 15.09.2014 | William Berry | 4000F | | 3'000.00 | 218'418.22 |
| 16.09.2014 | Motek Enterprises Inc. | 3401F | 59'435.00 | | 277'983.22 |
| 16.09.2014 | Clicksure Payments LTD | 4000F | | 169'589.30 | 108'393.92 |
| 18.09.2014 | Clickbetter LTD | 3401F | 47'798.88 | | 156'192.80 |
| 19.09.2014 | Clicksure Payments LTD | 3401F | 3'825.00 | | 160'017.80 |
| 24.09.2014 | Motek Enterprises Inc. | 3401F | 57'315.00 | | 217'332.80 |
| 25.09.2014 | Clicksure Payments LTD | 4000F | | 140'284.10 | 77'048.70 |
| 25.09.2014 | Clickbetter LTD | 3401F | 57'909.51 | | 134'958.21 |
| 25.09.2014 | Clicksure Payments LTD | 3401F | 19'665.00 | | 154'623.21 |
| 29.09.2014 | Motek Enterprises Inc. | 3401F | 1'105.00 | | 155'728.21 |
| 29.09.2014 | Motek Enterprises Inc. | 3401F | 39'035.00 | | 194'763.21 |
| 02.10.2014 | Clickbetter LTD | 3401F | 20'442.28 | | 215'273.54 |
| 03.10.2014 | Clicksure Payments LTD | 3401F | 14'380.00 | | 229'653.54 |

SEC-SchranzM-E-0000605

| Date | Payee | Account | Amount | | Balance |
|---|---|---|---|---|---|
| 06.10.2014 | Motek Enterprises Inc. | 3401 F | 37'995.00 | | 267'648.54 |
| 09.10.2014 | Clickbetter LTD | 3401 F | 22'105.04 | | 289'753.58 |
| 09.10.2014 | Clicksure Payments LTD | 3401 F | 6'200.00 | | 295'953.58 |
| 14.10.2014 | Motek Enterprises Inc. | 3401 F | 32'515.00 | | 328'468.58 |
| 16.10.2014 | Clickbetter LTD | 3401 F | 13'048.49 | | 341'517.07 |
| 16.10.2014 | Clicksure Payments LTD | 3401 F | 4'020.00 | | 346'004.56 |
| 20.10.2014 | Motek Enterprises Inc. | 3401 F | 68'665.00 | | 414'203.56 |
| 20.10.2014 | Motek Enterprises Inc. | 3401 F | 30'235.00 | | 444'438.56 |
| 22.10.2014 | Clicksure Payments LTD | 4000 F | | 103'095.21 | 341'343.35 |
| 23.10.2014 | Clickbetter LTD | 3401 F | 199'112.80 | | 540'456.15 |
| 23.10.2014 | Clicksure Payments LTD | 3401 F | 9'240.00 | | 549'696.15 |
| 24.10.2014 | Motek Enterprises Inc. | 3401 F | 188'890.00 | | 738'586.15 |
| 27.10.2014 | Clicksure Payments LTD | 4000 F | | 126'656.40 | 611'929.75 |
| 27.10.2014 | Motek Enterprises Inc. | 3401 F | 17'115.00 | | 629'044.75 |
| 30.10.2014 | Clickbetter LTD | 3401 F | 143'664.88 | | 334'565.43 |
| 30.10.2014 | Clicksure Payments LTD | 3401 F | 23'415.00 | | 358'245.43 |
| 31.10.2014 | Motek Enterprises Inc. | 3401 F | 109'160.00 | | 467'405.43 |
| 04.11.2014 | Motek Enterprises Inc. | 3401 F | 19'755.00 | | 487'160.43 |
| 05.11.2014 | Clicksure Payments LTD | 4000 F | | 199'229.80 | 289'980.64 |
| 06.11.2014 | Motek Enterprises Inc. | 3401 F | 18'995.00 | | 308'975.64 |
| 07.11.2014 | Clickbetter LTD | 3401 F | 44'564.00 | | 353'539.64 |
| 10.11.2014 | Motek Enterprises Inc. | 3401 F | 67'580.00 | | 421'119.64 |
| 10.11.2014 | Motek Enterprises Inc. | 3401 F | 1'960.60 | | 423'080.24 |
| 10.11.2014 | Motek Enterprises Inc. | 3401 F | 11'675.00 | | 434'755.24 |
| 13.11.2014 | Clicksure Payments LTD | 3401 F | 18'425.00 | | 453'180.24 |
| 14.11.2014 | Clicksure Payments LTD | 4000 F | | 174'453.18 | 278'727.06 |
| 17.11.2014 | Motek Enterprises Inc. | 3401 F | 37'970.00 | | 316'697.06 |
| 18.11.2014 | Motek Enterprises Inc. | 3401 F | 19'045.00 | | 338'738.13 |
| 20.11.2014 | Clicksure Payments LTD | 4000 F | | 82'000.00 | 257'014.27 |
| 21.11.2014 | Clicksure Payments LTD | 3401 F | 5'900.00 | | 262'914.27 |
| 24.11.2014 | Motek Enterprises Inc. | 3401 F | 37'830.00 | | 300'744.27 |
| 24.11.2014 | New Age Technology Inc. | 3401 F | 1'915.79 | | 302'660.06 |
| 24.11.2014 | Motek Enterprises Inc. | 3401 F | 23'845.00 | | 326'505.06 |
| 25.11.2014 | Clicksure Payments LTD | 4000 F | | 63'617.40 | 262'887.66 |
| 26.11.2014 | JK Marketing LLC | 4000 F | | 128'800.00 | 134'087.66 |
| 28.11.2014 | Clicksure Payments LTD | 3401 F | 4'060.00 | | 138'255.44 |
| 28.11.2014 | Motek Enterprises Inc. | 3401 F | 38'495.00 | | 176'750.44 |
| 01.12.2014 | Denise A. Lutz | 4000 F | | 71'200.00 | 107'737.00 |
| 02.12.2014 | Motek Enterprises Inc. | 3401 F | 24'530.00 | | 132'267.00 |
| 04.12.2014 | Clicksure Payments LTD | 3401 F | 1'355.00 | | 133'622.00 |
| 05.12.2014 | Clicksure Payments LTD | 4000 F | | 68'500.00 | 65'122.00 |
| 08.12.2014 | Motek Enterprises Inc. | 3401 F | 40'140.00 | | 107'041.29 |
| 09.12.2014 | Motek Enterprises Inc. | 3401 F | 25'045.00 | | 132'086.29 |
| 11.12.2014 | Clicksure Payments LTD | 4000 F | | 64'622.60 | 67'463.69 |
| 12.12.2014 | Clicksure Payments LTD | 3401 F | 7'180.00 | | 74'643.69 |
| 15.12.2014 | Motek Enterprises Inc. | 3401 F | 25'055.00 | | 99'698.69 |
| 16.12.2014 | Motek Enterprises Inc. | 3401 F | 19'845.00 | | 120'910.59 |

SEC-SchranzM-E-000060

| Date | Description | Code | Amount | Credit | Balance |
|---|---|---|---|---|---|
| 18.12.2014 | Clicksure Payments LTD | 4000 F | | 50'000.00 | 70'910.59 |
| 18.12.2014 | Clicksure Payments LTD | 3401 F | 3'510.00 | | 74'420.59 |
| 22.12.2014 | Motek Enterprises Inc. | 3401 F | 19'315.00 | | 93'735.59 |
| 22.12.2014 | Motek Enterprises Inc. | 3401 F | 12'845.00 | | 107'126.45 |
| 23.12.2014 | Clicksure Payments LTD | 4000 F | | 27'000.00 | 115'027.75 |
| 26.12.2014 | Motek Enterprises Inc. | 3401 F | 13'515.00 | | 128'542.75 |
| 29.12.2014 | Clicksure Payments LTD | 3401 F | 3'890.00 | | 134'752.51 |
| 30.12.2014 | Motek Enterprises Inc. | 3401 F | 7'295.00 | | 142'047.51 |
| 30.12.2014 | Clickbetter LTD | 3401 F | 16'486.66 | | 158'534.17 |
| 02.01.2015 | Clicksure Payments LTD | 3401 F | 3'360.00 | | 111'833.77 |
| 02.01.2015 | Motek Enterprises, inc. | 3401 F | 8'915.00 | | 120'748.77 |
| 05.01.2015 | Clicksure Payments LTD | 4000 F | | 20'000.00 | 31'629.52 |
| 05.01.2015 | Motek Enterprises, inc. | 3401 F | 6'495.00 | | 38'124.52 |
| 08.01.2015 | Clicksure Payments LTD | 3401 F | 2'415.00 | | 3'220.56 |
| 09.01.2015 | Motek Enterprises, inc. | 3401 F | 6'955.00 | | 10'175.56 |
| 13.01.2015 | Motek Enterprises, inc. | 3401 F | 6'895.00 | | 17'613.14 |
| 15.01.2015 | Clicksure Payments LTD | 3401 F | 1'210.00 | | 18'823.14 |
| 19.01.2015 | Motek Enterprises, inc. | 3401 F | 8'755.00 | | 27'578.14 |
| 21.01.2015 | Motek Enterprises, inc. | 3401 F | 7'495.00 | | 36'311.97 |
| 23.01.2015 | Clicksure Payments LTD | 3401 F | 940.00 | | 37'251.97 |
| 23.01.2015 | Motek Enterprises, inc. | 3401 F | 9'235.00 | | 46'486.97 |
| 27.01.2015 | Motek Enterprises, inc. | 3401 F | 7'880.00 | | 55'320.87 |
| 27.01.2015 | Clickbetter LTD | 3401 F | 45'860.51 | | 101'181.38 |
| 29.01.2015 | Clicksure Payments LTD | 3401 F | 450.00 | | 101'631.38 |
| 30.01.2015 | Motek Enterprises, inc. | 3401 F | 9'630.00 | | 70'811.38 |
| 03.02.2015 | Motek Enterprises, inc. | 3401 F | 4'600.00 | | 76'227.68 |
| 04.02.2015 | Clickbetter LTD | 3401 F | 42'084.66 | | 118'312.34 |
| 05.02.2015 | Clicksure Payments LTD | 3401 F | 935.00 | | 45'247.34 |
| 06.02.2015 | Motek Enterprises, inc. | 3401 F | 17'500.00 | | 62'747.34 |
| 09.02.2015 | Motek Enterprises, inc. | 3401 F | 9'150.00 | | 72'844.61 |
| 11.02.2015 | Clickbetter LTD | 3401 F | 33'797.80 | | 106'642.41 |
| 16.02.2015 | Motek Enterprises, inc. | 3401 F | 12'500.00 | | 119'142.41 |
| 18.02.2015 | Motek Enterprises, inc. | 3401 F | 7'650.00 | | 127'738.24 |
| 18.02.2015 | Clickbetter LTD | 3400 F | 36'703.58 | | 114'441.82 |
| 19.02.2015 | Clicksure Payments LTD | 3401 F | 1'210.00 | | 115'651.82 |
| 20.02.2015 | Motek Enterprises, inc. | 3401 F | 20'550.00 | | 136'201.82 |
| 24.02.2015 | Motek Enterprises, inc. | 3401 F | 11'350.00 | | 148'907.81 |
| 24.02.2015 | Clickbetter LTD | 3401 F | 22'017.72 | | 170'925.53 |
| 26.02.2015 | Clicksure Payments LTD | 4000 F | | 30'000.00 | 140'925.53 |
| 26.02.2015 | Clicksure Payments LTD | 3401 F | 780.00 | | 141'705.53 |

SEC-SchranzM-E-0000607

| Date | Description | Account | Amount | Balance |
|---|---|---|---|---|
| 27.02.2015 | Motek Enterprises, inc. | 3401 F | 24'350.00 | 166'055.53 |
| 03.03.2015 | Motek Enterprises, inc. | 3401 F | 13'900.00 | 181'997.22 |
| 04.03.2015 | Clickbetter LTD | 3401 F | 28'578.28 | 179'463.60 |
| 06.03.2015 | Clicksure Payments LTD | 3401 F | 915.00 | 180'378.60 |
| 06.03.2015 | Motek Enterprises, inc. | 3401 F | 16'900.00 | 197'278.60 |
| 10.03.2015 | Motek Enterprises, inc. | 3401 F | 15'200.00 | 212'478.60 |
| 10.03.2015 | Clickbetter LTD | 3401 F | 15'617.72 | 228'096.32 |
| 12.03.2015 | Clicksure Payments LTD | 3401 F | 485.00 | 228'581.32 |
| 13.03.2015 | Motek Enterprises, inc. | 3401 F | 8'800.00 | 237'381.32 |
| 16.03.2015 | Clickbetter LTD | 3401 F | 13'724.37 | 252'599.94 |
| 17.03.2015 | Motek Enterprises, inc. | 3401 F | 11'850.00 | 264'449.94 |
| 20.03.2015 | Clicksure Payments LTD | 3401 F | 320.00 | 265'317.03 |
| 20.03.2015 | Motek Enterprises, inc. | 3401 F | 6'300.00 | 271'617.03 |
| 24.03.2015 | Motek Enterprises, inc. | 3401 F | 30'900.00 | 245'517.03 |
| 26.03.2015 | Clickbetter LTD | 3401 F | 24'526.21 | 270'043.24 |
| 27.03.2015 | Motek Enterprises, inc. | 3401 F | 7'300.00 | 277'343.24 |
| 31.03.2015 | Motek Enterprises, inc. | 3401 F | 25'700.00 | 303'722.97 |
| 01.04.2015 | Clickbetter LTD | 3401 F | 19'037.98 | 322'699.16 |
| 03.04.2015 | Clicksure Payments LTD | 3401 F | 550.00 | 323'249.16 |
| 06.04.2015 | Motek Enterprises, inc. | 3401 F | 3'300.00 | 326'549.16 |
| 07.04.2015 | Motek Enterprises, inc. | 3401 F | 24'000.00 | 350'549.16 |
| 10.04.2015 | Motek Enterprises, inc. | 3401 F | 13'150.00 | 293'107.77 |
| 10.04.2015 | Clicksure Payments LTD | 3401 F | 385.00 | 293'492.77 |
| 14.04.2015 | Motek Enterprises, inc. | 3401 F | 17'650.00 | 312'633.71 |
| 16.04.2015 | Clickbetter LTD | 3401 F | 16'081.26 | 268'714.97 |
| 17.04.2015 | Motek Enterprises, inc. | 3401 F | 7'550.00 | 276'264.97 |
| 20.04.2015 | Earthport PLC | 3401 F | 405.00 | 277'482.14 |
| 20.04.2015 | Motek Enterprises, inc. | 3401 F | 16'850.00 | 294'332.14 |
| 27.04.2015 | Motek Enterprises, inc. | 3401 F | 8'950.00 | 303'823.88 |
| 27.04.2015 | Motek Enterprises, inc. | 3401 F | 14'600.00 | 318'423.88 |
| 01.05.2015 | Earthport PLC | 3401 F | 500.00 | 318'923.88 |
| 04.05.2015 | Motek Enterprises, inc. | 3401 F | 3'450.00 | 322'780.55 |
| 05.05.2015 | Motek Enterprises, inc. | 3401 F | 14'850.00 | 337'630.55 |
| 08.05.2015 | Motek Enterprises, inc. | 3401 F | 2'200.00 | 278'830.55 |
| 11.05.2015 | Earthport PLC | 3401 F | 325.00 | 279'155.55 |
| 12.05.2015 | Motek Enterprises, inc. | 3401 F | 8'400.00 | 287'555.55 |
| 14.05.2015 | Clickbetter LTD | 3401 F | 79'014.26 | 366'569.81 |
| 18.05.2015 | Motek Enterprises, inc. | 3401 F | 3'400.00 | 370'241.21 |
| 18.05.2015 | Earthport PLC | 3401 F | 315.00 | 370'556.21 |
| 19.05.2015 | Motek Enterprises, inc. | 3401 F | 11'550.00 | 382'106.21 |
| 21.05.2015 | Clickbetter LTD | 3400 F | 49'725.28 | 431'831.49 |
| 22.05.2015 | Earthport PLC | 3401 F | 205.00 | 432'036.49 |
| 25.05.2015 | Motek Enterprises, inc. | 3401 F | 2'200.00 | 434'236.49 |

SEC-SchranzM-E-0000608



| Date | Description | | Amount | | Balance |
|------|-------------|---|--------|---|---------|
| 26.05.2015 | Motek Enterprises, inc. | 3401 F | 10'550.00 | | 445'463.84 |
| 28.05.2015 | Clickbetter LTD | 3400 F | 21'027.28 | | 466'491.12 |
| 29.05.2015 | Motek Enterprises, inc. | 3401 F | 1'800.00 | | 419'291.12 |
| 01.06.2015 | Motek Enterprises, inc. | 3401 F | 9'750.00 | | 429'447.44 |
| 02.06.2015 | Chexx Americas inc. | 3401 F | 16'406.12 | | 445'853.56 |
| 04.06.2015 | Clickbetter LTD | 3400 F | 16'431.12 | | 462'284.68 |
| 05.06.2015 | MTS Advertise Oue (USD 415'000) | 2400 F | | 415'000.00 | 47'284.68 |
| 08.06.2015 | Motek Enterprises, inc. | 3401 F | 1'650.00 | | 48'934.68 |
| 08.06.2015 | Motek Enterprises, inc. | 3401 F | 3'900.00 | | 52'834.68 |
| 09.08.2015 | Clickbetter LTD | 3401 F | 20'586.70 | | 73'421.38 |
| 12.06.2015 | Motek Enterprises, inc. | 3401 F | 2'800.00 | | 56'321.38 |
| 16.06.2015 | Motek Enterprises, inc. | 3401 F | 9'800.00 | | 56'074.46 |
| 16.06.2015 | Clickbetter LTD | 3401 F | 22'284.08 | | 78'358.54 |
| 16.06.2015 | Clickbetter LTD | 3401 F | 13'408.10 | | 91'766.64 |
| 18.06.2015 | Earthport PLC | 3401 F | 710.00 | | 52'076.64 |
| 22.06.2015 | Motek Enterprises, inc. | 3401 F | 3'250.00 | | 59'121.73 |
| 23.06.2015 | Motek Enterprises, inc. | 3401 F | 74'650.00 | | 133'771.73 |
| 24.06.2015 | Clickbetter LTD | 3401 F | 18'809.90 | | 152'581.63 |
| 26.06.2015 | Motek Enterprises inc. | 3401 F | 2'250.00 | | 66'531.63 |
| 30.06.2015 | Motek Enterprises inc. | 3401 F | 101'600.00 | | 188'131.63 |
| 02.07.2015 | Clickbetter ltd | 3401 F | 11'891.62 | | 39'137.71 |
| 03.07.2015 | Earthport plc | 3401 F | 500.00 | | 39'637.71 |
| 03.07.2015 | Motek Enterprises inc. | 3401 F | 2'800.00 | | 42'437.71 |
| 07.07.2015 | Motek Enterprises inc. | 3401 F | 28'750.00 | | 71'187.71 |
| 08.07.2015 | Clickbetter ltd | 3401 F | 37'043.24 | | 108'230.95 |
| 13.07.2015 | Motek Enterprises inc. | 3401 F | 10'700.00 | | 97'930.95 |
| 15.07.2015 | Clickbetter ltd | 3401 F | 11'071.10 | | 109'002.05 |
| 15.07.2015 | Clickbetter ltd | 3401 F | 13'266.38 | | 122'268.43 |
| 21.07.2015 | Motek Enterprises inc. | 3401 F | 20'340.00 | | 117'923.97 |
| 23.07.2015 | Clicksure Payments ltd | 3401 F | 385.00 | | 118'308.97 |
| 28.07.2015 | Motek Enterprises inc. | 3401 F | 19'680.00 | | 115'088.97 |
| 04.08.2015 | Motek Enterprises inc. | 3401 F | 9'540.00 | | 96'473.97 |
| 06.08.2015 | Clickbetter ltd | 3401 F | 12'017.30 | | 100'291.27 |
| 06.08.2015 | Clickbetter ltd | 3401 F | 18'435.22 | | 118'726.49 |
| 11.08.2015 | Motek Enterprises inc. | 3401 F | 6'900.00 | | 124'601.49 |
| 18.08.2015 | Motek Enterprises inc. | 3401 F | 4'320.00 | | 124'155.28 |



| Date | Description | Code | Amount | Balance |
|---|---|---|---|---|
| 21.08.2015 | Earthport plc | 3401F | 340.00 | 101'060.28 |
| 24.08.2015 | Motek Enterprises inc. | 3401F | 6'720.00 | 107'780.28 |
| 26.08.2015 | Clickbetter ltd | 3401F | 15'070.96 | 112'551.24 |
| 01.09.2015 | Motek Enterprises inc. | 3401F | 4'200.00 | 116'751.24 |
| 09.09.2015 | Motek Enterprises inc. | 3401F | 4'080.00 | 120'831.24 |
| 09.09.2015 | Clickbetter ltd | 3401F | 14'372.08 | 135'203.32 |
| 15.09.2015 | Motek Enterprises inc. | 3401F | 3'300.00 | 130'103.32 |
| 16.09.2015 | Clickbetter ltd | 3401F | 12'493.68 | 143'268.51 |
| 22.09.2015 | Motek Enterprises inc. | 3401F | 4'020.00 | 159'869.25 |
| 24.09.2015 | Clickbetter ltd | 3401F | 12'448.51 | 164'917.76 |
| 29.09.2015 | Motek Enterprises inc. | 3401F | 5'160.00 | 170'621.16 |
| 06.10.2015 | Motek Enterprises inc. | 3401F | 4'200.00 | 171'006.42 |
| 08.10.2015 | Clickbetter ltd | 3401F | 14'146.65 | 185'153.07 |
| 08.10.2015 | Clickbetter ltd | 3401F | 11'366.84 | 196'519.91 |
| 13.10.2015 | Motek Enterprises inc. | 3401F | 3'360.00 | 201'097.88 |
| 20.10.2015 | Motek Enterprises inc. | 3401F | 4'020.00 | 188'600.22 |
| 22.10.2015 | Clickbetter ltd | 3401F | 15'890.82 | 204'491.04 |
| 26.10.2015 | Motek Enterprises inc. | 3401F | 2'580.00 | 207'361.22 |
| 29.10.2015 | Clickbetter ltd | 3401F | 11'246.60 | 218'607.82 |
| 02.11.2015 | Motek Enterprises inc. | 3401F | 1'560.00 | 220'438.77 |
| 04.11.2015 | Clickbetter ltd | 3401F | 13'233.12 | 233'671.89 |
| 10.11.2015 | Motek Enterprises inc. | 3401F | 660.00 | 226'073.53 |
| 17.11.2015 | Motek Enterprises inc. | 3401F | 1'740.00 | 277'993.07 |
| 24.11.2015 | Motek Enterprises inc. | 3401F | 3'000.00 | 281'398.71 |
| 25.11.2015 | Clickbetter ltd | 3401F | 10'081.34 | 291'480.05 |
| 25.11.2015 | Clickbetter ltd | 3401F | 10'943.78 | 302'423.83 |
| 01.12.2015 | Motek Enterprises inc. | 3401F | 3'660.00 | 306'083.83 |
| 09.12.2015 | Clickbetter ltd | 3401F | 11'005.39 | 20'789.22 |
| 14.12.2015 | Motek Enterprises inc. | 3401F | 2'940.00 | 24'405.92 |
| 22.12.2015 | Motek Enterprises inc. | 3401F | 3'240.00 | 28'018.10 |

SEC-SchranzM-E-0000610



| Date | Description | Ref | | | |
|---|---|---|---|---|---|
| 28.12.2015 | Motek Enterprises inc. | 3401 F | 3'000.00 | | 22'789.22 |
| 05.01.2016 | Clicksure | 4000 F | | 5'800.00 | 62'529.30 |
| 06.01.2016 | Travizia inc. | 4000 F | | 9'180.00 | 53'349.30 |
| 07.01.2016 | Clickbetter LTD | 3401 F | 12'294.75 | | 65'644.05 |
| 11.01.2016 | Earthport PLC | 3401 F | 285.00 | | 66'336.06 |
| 13.01.2016 | Clickbetter LTD | 3401 F | 17'806.03 | | 84'142.09 |
| 15.01.2016 | Clicksure | 4000 F | | 13'850.00 | 70'292.09 |
| 20.01.2016 | Clicksure | 4000 F | | 18'220.00 | 54'433.99 |
| 26.01.2016 | Clicksure | 4000 F | | 23'700.00 | 33'407.75 |
| 03.02.2016 | Clicksure | 4000 F | | 16'200.00 | 18'564.52 |
| 09.02.2016 | Clicksure | 4000 F | | 33'400.00 | 6'248.54 |
| 17.02.2016 | Clicksure | 4000 F | | 32'550.00 | 866.32 |
| 29.02.2016 | Clicksure | 4000 F | | 22'500.00 | 6'078.99 |
| 03.03.2016 | Clicksure Payments LTD | 4000 F | | 4'300.00 | 1'526.94 |
| 30.03.2016 | Clicksure Payments LTD | 4000 F | | 45'000.00 | 1'519.63 |
| 05.04.2016 | Clicksure Payments LTD | 4000 F | | 8'500.00 | 12'391.93 |
| 12.04.2016 | Clicksure Payments LTD | 4000 F | | 12'020.00 | 10'626.55 |
| 18.04.2016 | Clicksure Payments LTD | 4000 F | | 275.00 | 10'455.45 |
| 27.04.2016 | Clicksure Payments LTD | 4000 F | | 15'600.00 | 33'572.20 |
| 04.05.2016 | Clicksure Payments LTD | 4000 F | | 11'520.00 | 33'887.20 |
| 10.05.2016 | Clicksure Payments LTD | 4000 F | | 12'500.00 | 28'272.20 |

SEC-SchranzM-E-0000611



| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 19.05.2016 | Clicksure Payments LTD | 4000 F | 13'800.00 | 35'829.88 |
| 30.05.2016 | Clicksure Payments LTD | 4000 F | 12'300.00 | 24'299.88 |
| 09.06.2016 | Clicksure Payments LTD | 4000 F | 14'525.00 | 15'521.11 |
| 28.06.2016 | Clicksure Payments LTD | 4000 F | 8'500.00 | 15'853.29 |
| 11.07.2016 | William Berry | 4400 F | 35'499.00 | 398.37 |

SEC-SchranzM-E-0000612



SEC-SchranzM-E-0000613



SEC-SchranzM-E-0000614



SEC-SchranzM-E-0000615



Belastung e-banking / Ref.-Nr. 1428019830
WILLIAM BERRY 27426 SW COPPER CREEK
LOOP WILSONVILLE, OR 97070, USA
Mitteilung: CMPMT

11.07.2016    11.07.2016    -35'499.00    398.37

Belastung e-banking / Ref.-Nr. 3425259237
CLICKSURE PAYMENTS LTD SUITE 3,
GRAND BAIE BUSINESS PARK MAURITIUS
Mitteilung: CODES

28.06.2016    28.06.2016    -8'500.00    15'853.29

SEC-SchranzM-E-0000616



| | | | | |
|---|---|---|---|---|
| 09.06.2016 | 09.06.2016 | Belastung e-banking / Ref.-Nr. 1422440284<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS.<br>Mitteilung: CODES | 14'525.00 | 15'521.11 |
| 31.05.2016 | 31.05.2016 | Gutschrift / Ref.-Nr. 1421216244 MOTEK<br>ENTERPRISES, INC. 20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | 2'115.00 | 26'414.88 |
| 30.05.2016 | 30.05.2016 | Belastung e-banking / Ref.-Nr. 1420456402<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS.<br>Mitteilung: CODES | 12'300.00 | 24'299.88 |
| 30.05.2016 | 30.05.2016 | Übertrag auf 2902.6658/2002 GSD Master<br>AG / Ref.-Nr. 1420382058 | 3'685.00 | 36'599.88 |
| 24.05.2016 | 23.05.2016 | Gutschrift / Ref.-Nr. 1419768199 MOTEK<br>ENTERPRISES, INC. 20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | 4'455.00 | 40'284.88 |
| 19.05.2016 | 19.05.2016 | Belastung e-banking / Ref.-Nr. 1418714157<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS.<br>Mitteilung: CODES | 11'900.00 | 35'829.88 |
| 17.05.2016 | 16.05.2016 | Gutschrift / Ref.-Nr. 1418363947 MOTEK<br>ENTERPRISES, INC. 20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | 13'005.00 | 49'525.62 |
| 10.05.2016 | 10.05.2016 | Belastung e-banking / Ref.-Nr. 1417663719<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS.<br>Mitteilung: CODES | 12'500.00 | 28'272.20 |
| 10.05.2016 | 09.05.2016 | Gutschrift / Ref.-Nr. 1417651850 MOTEK<br>ENTERPRISES, INC. 20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | 8'885.00 | 40'772.20 |

SEC-SchranzM-E-0000617



| | | | | |
|---|---|---|---|---|
| 04.05.2016 | 04.05.2016 | Belastung e-banking / Ref.-Nr. 1417097652<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: CODES | 11'520.00 | 33'887.20 |
| 02.05.2016 | 02.05.2016 | Gutschrift / Ref.-Nr. 1416267610 MOTEK<br>ENTERPRISES, INC. 20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | | 11'835.00 | 45'407.20 |
| 27.04.2016 | 27.04.2016 | Belastung e-banking / Ref.-Nr. 1415526157<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: CODES | 15'600.00 | 33'572.20 |
| 26.04.2016 | 26.04.2016 | Übertrag auf 2907.6656.2002 GSD Master<br>AG / Ref.-Nr. 1415436009 | 4'245.00 | 31'101.91 |
| 25.04.2016 | 25.04.2016 | Gutschrift / Ref.-Nr. 1415198186 MOTEK<br>ENTERPRISES, INC. 20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | | 9'225.00 | 35'046.91 |
| 18.04.2016 | 18.04.2016 | Gutschrift / Ref.-Nr. 1412828557 MOTEK<br>ENTERPRISES, INC. 20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | | 5'400.00 | 15'855.45 |
| 18.04.2016 | 18.04.2016 | Belastung e-banking / Ref.-Nr. 1412686875<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: SOCIALCC | 275.00 | 10'455.45 |
| 12.04.2016 | 12.04.2016 | Belastung e-banking / Ref.-Nr. 1411820089<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: CODES | 12'020.00 | 10'626.55 |
| 12.04.2016 | 11.04.2016 | Gutschrift / Ref.-Nr. 1411749552 MOTEK<br>ENTERPRISES, INC. 20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | | 10'575.00 | 22'646.55 |
| 05.04.2016 | 05.04.2016 | Belastung e-banking / Ref.-Nr. 1410584993<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: CODES | 8'500.00 | 12'391.93 |
| 05.04.2016 | 04.04.2016 | Gutschrift / Ref.-Nr. 1410565426 MOTEK<br>ENTERPRISES, INC. 20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | | 19'485.00 | 20'891.93 |

SEC-SchranzM-E-0000618



| | | | | |
|---|---|---|---|---|
| | | Belastung e-banking / Ref.-Nr. 1408973789 | | |
| 30.03.2016 | 30.03.2016 | CLICKSURE PAYMENTS LTD SUITE 3, | 45'000,00 | 1'519.63 |
| | | GRAND BAIE BUSINESS PARK MAURITIUS | | |
| | | Mitteilung: CODES | | |
| 30.03.2016 | 30.03.2016 | Übertrag von 2902.6658.2003 GSD Master | 27'500,00 | 46'519,63 |
| | | AG / Ref.Nr. 1408924763 INTERN | | |

| | | Gutschrift / Ref.-Nr. 1407234629 MOTEK | | |
| 21.03.2016 | 21.03.2016 | ENTERPRISES, INC. 20304 STRATHERN ST | 148'265,00 | 127'426,63 |
| | | WINNETKA CA 91306-2926 | | |

| | | Belastung e-banking / Ref.-Nr. 1404218289 | | |
| 03.03.2016 | 03.03.2016 | CLICKSURE PAYMENTS LTD SUITE 3, | 4'300,00 | 1'526.94 |
| | | GRAND BAIE BUSINESS PARK MAURITIUS | | |
| | | Mitteilung: EMCODE | | |

| | | Belastung e-banking / Ref.-Nr. 1403357074 | | |
| 29.02.2016 | 29.02.2016 | CLICKSURE PAYMENTS LTD SUITE 3, | 500,00 | 6'078.99 |
| | | GRAND BAIE BUSINESS PARK MAURITIUS | | |
| | | Mitteilung: CODES | | |
| | | Belastung e-banking / Ref.-Nr. 1403352972 | | |
| 29.02.2016 | 29.02.2016 | CLICKSURE PAYMENTS LTD SUITE 3, | 2'000,00 | 6'078.99 |
| | | GRAND BAIE BUSINESS PARK MAURITIUS | | |
| | | Mitteilung: AMCODE | | |
| | | Belastung e-banking / Ref.-Nr. 1403352971 | | |
| 29.02.2016 | 29.02.2016 | CLICKSURE PAYMENTS LTD SUITE 3, | 20'000,00 | 6'078.99 |
| | | GRAND BAIE BUSINESS PARK MAURITIUS | | |
| | | Mitteilung: EMCODE | | |

| | | Übertrag von 2902.6658.2003 GSD Master | | |
| 26.02.2016 | 26.02.2016 | AG / Ref.Nr. 1402650129 | 25'000,00 | 27'222,21 |

SEC-SchranzM-E-000061



| | | | | |
|---|---|---|---|---|
| 17.02.2016 | 17.02.2016 | Belastung e-banking / Ref.-Nr. 1400654157<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: EMCODE | 21'200.00 | 866.32 |
| 17.02.2016 | 17.02.2016 | Belastung e-banking / Ref.-Nr. 1400656151<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: AMCODE | 9'500.00 | 866.32 |
| 17.02.2016 | 17.02.2016 | Belastung e-banking / Ref.-Nr. 1400656140<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: CODE3 | 1'800.00 | 866.32 |
| 16.02.2016 | 16.02.2016 | Überting von 2902.6658.2003 GSD Master<br>AG / Ref.-Nr. 1400573066 | 25'000.00 | 33'416.32 |
| 09.02.2016 | 09.02.2016 | Belastung e-banking / Ref.-Nr. 1399449165<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: EMCODE | 15'300.00 | 6'248.54 |
| 09.02.2016 | 09.02.2016 | Belastung e-banking / Ref.-Nr. 1399449163<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: AMCODE | 17'000.00 | 6'248.54 |
| 09.02.2016 | 09.02.2016 | Belastung e-banking / Ref.-Nr. 1399449159<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: CODES | 1'100.00 | 6'248.54 |
| 03.02.2016 | 03.02.2016 | Belastung e-banking / Ref.-Nr. 1398508619<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: EMCODE | 14'500.00 | 18'564.52 |
| 03.02.2016 | 03.02.2016 | Belastung e-banking / Ref.-Nr. 1398508617<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: AMCODE | 1'000.00 | 18'564.52 |

SEC-SchranzM-E-0000620



| | | | | |
|---|---|---|---|---|
| 03.02.2016 | 03.02.2016 | Belastung e-banking / Ref.-Nr. 1396508515<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: CODES | 700.00 | 18'564.32 |
| 26.01.2016 | 26.01.2016 | Belastung e-banking / Ref.-Nr. 1396181745<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: EMCODE | 18'000.00 | 33'407.75 |
| 26.01.2016 | 26.01.2016 | Belastung e-banking / Ref.-Nr. 1396181746<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: AMCODE | 2'000.00 | 33'407.75 |
| 26.01.2016 | 26.01.2016 | Belastung e-banking / Ref.-Nr. 1396181731<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: CODES | 3'200.00 | 33'407.75 |
| 26.01.2016 | 25.01.2016 | Gutschrift / Ref.-Nr. 1396081761 MOTEK<br>ENTERPRISES, INC. 20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | 1'995.00 | 57'107.75 |
| 20.01.2016 | 20.01.2016 | Belastung e-banking / Ref.-Nr. 1394841349<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: CODES | 3'000.00 | 54'433.99 |
| 20.01.2016 | 20.01.2016 | Belastung e-banking / Ref.-Nr. 1394841346<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: AMCODE | 220.00 | 54'433.99 |
| 20.01.2016 | 20.01.2016 | Belastung e-banking / Ref.-Nr. 1394841340<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: EMCODE | 15'000.00 | 54'433.99 |
| 20.01.2016 | 19.01.2016 | Gutschrift / Ref.-Nr. 1394729040 MOTEK<br>ENTERPRISES, INC. 20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | 1'820.00 | 72'653.99 |
| 15.01.2016 | 15.01.2016 | Belastung e-banking / Ref.-Nr. 1394151282<br>CLICKSURE PAYMENTS LTD SUITE 3,<br>GRAND BAIE BUSINESS PARK MAURITIUS<br>Mitteilung: EMCODE | 10'000.00 | 70'292.09 |

SEC-SchranzM-E-0000621



| | | | | |
|---|---|---|---|---|
| | | Belastung e-banking / Ref.-Nr. 1394151262 CLICKSURE PAYMENTS LTD SUITE 3, GRAND BAIE BUSINESS PARK MAURITIUS Mitteilung: AMCODE | 250.00 | 20'292.00 |
| 15.01.2016 | 15.01.2016 | | | |
| 15.01.2016 | 15.01.2016 | Belastung e-banking / Ref.-Nr. 1394151272 CLICKSURE PAYMENTS LTD SUITE 3, GRAND BAIE BUSINESS PARK MAURITIUS Mitteilung: CODES | 1'200.00 | 20'222.00 |
| 13.01.2016 | 13.01.2016 | Gutschrift / Ref.-Nr. 1393736926 CLICKBETTER LTD 12 VERMEER WAY ONTARIO KANATA CAN Mitteilung: PAYMENT FOR EMCODE-TEL 0041 76 4267588 | 17'806.03 | 84'142.09 |
| 11.01.2016 | 11.01.2016 | Gutschrift / Ref.-Nr. 1393401349 EARTHPORT PLC USD1 24 NEW STREET LONDON EC2M 4TP Mitteilung: CLICKSURE PAYMENTS LTD PAYMEN | 328.00 | 66'336.06 |
| 07.01.2016 | 06.01.2016 | Gutschrift / Ref.-Nr. 1392721309 CLICKBETTER LTD 12 VERMEER WAY ONTARIO KANATA CAN Mitteilung: PAYMENT FOR EMCODE-TEL 0041 74 4267588 | 12'714.75 | 66'008.06 |
| 06.01.2016 | 06.01.2016 | Belastung e-banking / Ref.-Nr. 1392533831 TRAVIZIA INC 40 VIA POINCIANA LANE BOCA RATON, FL 33467 Mitteilung: CWPMT | 9'180.00 | 53'349.30 |
| 05.01.2016 | 05.01.2016 | Belastung e-banking / Ref.-Nr. 1392308016 CLICKSURE PAYMENTS LTD SUITE 3, GRAND BAIE BUSINESS PARK MAURITIUS Mitteilung: CODES | 1'200.00 | 62'529.30 |
| 05.01.2016 | 05.01.2016 | Belastung e-banking / Ref.-Nr. 1392308012 CLICKSURE PAYMENTS LTD SUITE 3, GRAND BAIE BUSINESS PARK MAURITIUS Mitteilung: AMCODE | 100.00 | 62'529.30 |
| 05.01.2016 | 05.01.2016 | Belastung e-banking / Ref.-Nr. 1392308006 CLICKSURE PAYMENTS LTD SUITE 3, GRAND BAIE BUSINESS PARK MAURITIUS Mitteilung: EMCODE | 5'500.00 | 62'529.30 |
| 05.01.2016 | 04.01.2016 | Gutschrift / Ref.-Nr. 1392225582 MOTEK ENTERPRISES, INC. 20304 STRATHERN ST WINNETKA CA 91306-2228 | 5'220.00 | 68'329.30 |



| 30.12.2015 | Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1390194590) | | 5'600.00 | 30.12.2015 | 17'189.22 |
| | Belastung e-banking / Ref.-Nr. 1390194592 | 5'200.00 | | | |
| | CLICKSURE PAYMENTS LTD | | | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | | | |
| | MAURITIUS | | | | |
| | Mitteilung: EMCODE | | | | |
| | Belastung e-banking / Ref.-Nr. 1390194598 | 400.00 | | | |
| | CLICKSURE PAYMENTS LTD | | | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | | | |
| | MAURITIUS | | | | |
| | Mitteilung: AMCODE | | | | |
| 28.12.2015 | Gutschrift / Ref.-Nr. 1389970491 | | 5'000.00 | 28.12.2015 | 22'789.22 |
| | MOTEK ENTERPRISES, INC | | | | |
| | 20304 STRATHERN ST | | | | |
| | WINNETKA CA 91306-2228 | | | | |

SEC-SchranzM-E-0000623



23.12.2015   Zahlungsauftrag e-banking (Anzahl Buchungen: 3 / Ref.-Nr. 13884)9864)                        8'500.00        23.12.2015        19'518.10
             Belastung e-banking / Ref.-Nr. 1388418865
             CLICKSURE PAYMENTS LTD
             SUITE 3, GRAND BAIE BUSINESS PARK
             MAURITIUS                                                       6'200.00 X
             Mitteilung: EMCODE
             Belastung e-banking / Ref.-Nr. 1388418866
             CLICKSURE PAYMENTS LTD
             SUITE 3, GRAND BAIE BUSINESS PARK
             MAURITIUS                                                         800.00 X
             Mitteilung: AMCODE
             Belastung e-banking / Ref.-Nr. 1388418867
             CLICKSURE PAYMENTS LTD.
             SUITE 3, GRAND BAIE BUSINESS PARK
             MAURITIUS                                                       1'500.00 X
             Mitteilung: CODE5

23.12.2015   Gutschrift / Ref.-Nr. 1387961522                                                   8'240.00  21.12.2015        28'018.10

             MOTEK ENTERPRISES, INC.
             20304 STEATHERN ST
             WINNETKA CA 91306-2228



14.12.2015 Gutschrift / Ref.-Nr. 1386427424     2'940.00   14.12.2015     24'405.92

3401/-

IMOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

09.12.2015 Gutschrift / Ref.-Nr. 1385597265     11'005.39   09.12.2015     20'789.22

3401/-

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

01.12.2015 Zahlungsauftrag e-banking (Anzahl Buchungen: 3 / Ref.-Nr. 1384023378)     21'800.00   01.12.2015     9'783.83

Belastung e-banking / Ref.-Nr. 1384023379     6'700.00 x
4001/-
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

Belastung e-banking / Ref.-Nr. 1384023385     800.00 x
4059/-
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE

Belastung e-banking / Ref.-Nr. 1384023390     14'300.00 x
4001/-
TRAVIZIA INC
4D VIA POINCIANA LANE
BOCA RATON, FL 33487
Mitteilung: CAPMT

01.12.2015 Übertrag auf 2902.6658.2003 GSD Motor AG / Ref.-Nr. 1383924637     2303/- 378'000.00 x     01.12.2015     31'083.83
01.12.2015 Gutschrift / Ref.-Nr. 1383792107     3'660.00   01.12.2015     -306'083.83
3401/-



MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

25.11.2015   Gutschrift / Ref.Nr. 1382379520                    10'924'37 & 25.11.2015         302'423.53

CLICKBETTER LTD
1 2 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMQODE
TEL 0041 76 4267588

25.11.2015   Gutschrift / Ref.Nr. 1382379519                    10'081.5cy25.11.2015         -291'280.05

CLICKBETTER LTD
1 2 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR AMQODES
TEL 0041 76 4267588

24.11.2015   Gutschrift / Ref.Nr. 1381839389                    3'000.00 25.11.2015         281'398.71

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

17.11.2015   Gutschrift / Ref.Nr. 1380515214                    1'740.00 16.11.2015         277'993.07

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

SEC-SchranzM-E-0000626



10.11.2015    Gutschrift / Ref.-Nr. 1379399854                                    660.00 09.11.2015        226 073.53

MOTEK ENTERPRISES, INC.                                                          340A/-
20304 STRATHERN ST
WINNETKA CA 91306-2228

09.11.2015    Zahlungsaufrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1379216123)    8'800.00        09.11.2015        225 213.53
Belastung e-banking / Ref.-Nr. 1379216124
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK                7'000.00                         4000/-
MAURITIUS
Mitteilung: EXJCODE
Belastung e-banking / Ref.-Nr. 1379216129
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK                1'800.00                         4000/-
MAURITIUS
Mitteilung: AMCODE

04.11.2015    Gutschrift / Ref.-Nr. 1378486719                                    13'233.32 04.11.2015        233 671.89

CLICKBETTER LTD                                                                   340A/-

SEC-SchranzM-E-0000627



12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

02.11.2015   Gutschrift / Ref.-Nr. 1378099464          1'560.00  02.11.2015   220'453.77

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2226

29.10.2015   Gutschrift / Ref.-Nr. 1377083725          11'246.60  29.10.2015   218'607.82

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR AMCODES
TEL 0041 76 4267588

28.10.2015   Gutschrift / Ref.-Nr. 1376300817          2'580.00  28.10.2015   207'361.22

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2226

22.10.2015   Gutschrift / Ref.-Nr. 1375462515          15'890.82  22.10.2015   204'791.04

SEC-SchranzM-E-0000



CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

20.10.2015    Gutschrift / Ref.-Nr. 1374956972                                    4'020.00 19.10.2015          189'600.22

MOTER ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

15.10.2015    Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1374169851)
              Belastung e-banking / Ref.-Nr. 1374169853                           6'000.00          15.10.2015          195'097.88
              CLICKSURE PAYMENTS LTD
              SUITE 3, GRAND BAIE BUSINESS PARK
              MAURITIUS
              Mitteilung: EMCODE
              Belastung e-banking / Ref.-Nr. 1374169862                           2'000.00



CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE

13.10.2015    Gutschrift / Ref.-Nr. 1373871324    31'360.00×13.10.2015    201'097.86

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

08.10.2015    Gutschrift / Ref.-Nr. 1373139597    11'366.94×08.10.2015    198'519.91

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR AMCODES
TEL 0041 76 4267588

08.10.2015    Gutschrift / Ref.-Nr. 1373134392    19'146.65×08.10.2015    185'153.07

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

08.10.2015    Gutschrift / Ref.-Nr. 1372564860    4'200.00×05.10.2015    171'006.42

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

05.10.2015    Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1372443086)    3'700    05.10.2015    166'806.42
              Belastung e-banking / Ref.-Nr. 1372443089    2'800.00
              CLICKSURE PAYMENTS LTD

SEC-SchranzM-E-0000630



SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE
Belastung e-banking / Ref.-Nr. 1372443102:                              800,00X
CLICKSURE PAYMENTS LTD                                                   400GH
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE

| 29.09.2015 | Gutschrift / Ref.-Nr. 1370625534 | 5'160.00 | 28.09.2015 | 170'621.16 |

JAOHEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

| 24.09.2015 | Gutschrift / Ref.-Nr. 1369687045 | 12'449.51 | 24.09.2015 | 164'917.76 |

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

| 24.09.2015 | Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1369590918) | 7'400.00 | 24.09.2015 | 152'468.25 |

Belastung e-banking / Ref.-Nr. 1369590820                              5'900.00X
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE
Belastung e-banking / Ref.-Nr. 1369590821                              1'500.00Y
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS



Mitteilung: AMCODE

22.09.2015    Gutschrift / Ref.-Nr. 1369108455                                                    4'020.00 21.09.2015    159'869.25

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

16.09.2015    Gutschrift / Ref.-Nr. 1368127255                                                    12'493.68 16.09.2015    143'268.51

CECKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR AMCODE
TEL 0041 76 4267588

15.09.2015    Gutschrift / Ref.-Nr. 1367763840                                                    31'300.00 14.09.2015    130'105.32

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

10.09.2015    Zahlungsauftrag e-banking (Anzahl Buchungen 2 / Ref.-Nr. 1367257829)    8'400.00    10.09.2015    126'805.32

| | | | | |
|---|---|---|---|---|
| | Belastung e-banking / Ref.Nr. 1367257830 | 6'100,00x | | |
| | CLICKSURE PAYMENTS LTD | | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | | |
| | MAURITIUS | | | |
| | Mitteilung: EMCODE | | | |
| | Belastung e-banking / Ref.Nr. 1367257836 | 2'300,00x | | |
| | CLICKSURE PAYMENTS LTD | | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | | |
| | MAURITIUS | | | |
| | Mitteilung: AMCODE | | | |
| 09.09.2015 | Gutschrift / Ref.Nr. 1367037452 | | 14'372,08x 09.09.2015 | 135'203,32 |
| | CLICKBETTER LTD | | | |
| | 12 VERMEER WAY ONTARIO KANATA CAN | | | |
| | Mitteilung: PAYMENT FOR AMCODES | | | |
| | TEL 0041 76 4267588 | | | |
| 09.09.2015 | Gutschrift / Ref.Nr. 1366904629 | | 4'080,00x08 09.2015 | 120'831,24 |
| | MOTEK ENTERPRISES, INC. | | | |
| | 20304 STRATHERN ST | | | |
| | WINNETKA CA 91306-2228 | | | |
| 01.09.2015 | Gutschrift / Ref.Nr. 1365265768 | | 4'200,00x01.09.2015 | 116'751,24 |
| | MOTEK ENTERPRISES, INC. | | | |
| | 20304 STRATHERN ST | | | |
| | WINNETKA CA 91306-2228 | | | |
| 26.08.2015 | Gutschrift / Ref.Nr. 1363970315 | | 15'070,96x26.08.2015 | 112'551,24 |
| | CLICKBETTER LTD | | | |
| | 12 VERMEER WAY ONTARIO KANATA CAN | | | |
| | Mitteilung: PAYMENT FOR AMCODES | | | |
| | TEL 0041 76 4267588 | | | |
| 26.08.2015 | Zahlungsauftrag e-banking (Anzahl Buchungen 2 / Ref.Nr. 1363921775) | 10'300,00 | 26.08.2015 | 97'450,28 |
| | Belastung e-banking / Ref.Nr. 1363921775 | 8'000,00x | | |
| | CLICKSURE PAYMENTS LTD | | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | | |
| | MAURITIUS | | | |

SEC-SchranzM-E-0000633



| | | | | | | |
|---|---|---|---|---|---|---|
| | Mitteilung: EMCODE | | | | | |
| | Belastung e-banking / Ref.-Nr. 1363921789 | | | | | |
| | CLICKSURE PAYMENTS LTD | | | | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | 3'400.00 × | | | |
| | MAURITIUS | | | | | |
| | Mitteilung: AMCODE | | MOOOI | | | |
| 24.08.2015 | Gutschrift / Ref.-Nr. 1363375022 | | | 6'720.00 24.08.2015 | | 107'780.28 |
| | | | | 840A/ | | |
| | MOTEK ENTERPRISES, INC. | | | | | |
| | 20304 STRATHERN ST | | | | | |
| | WINNETKA CA 91306-2228 | | | | | |
| 21.08.2015 | Gutschrift / Ref.-Nr. 1363063272 | | | 340.00 21.08.2015 | | 101'060.28 |
| | | | | 840A/ | | |
| | EARTHPORT PLC (USD) | | | | | |
| | 21 NEW STREETLONDONEC2M 4TP | | | | | |
| | Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT | | | | | |
| 19.08.2015 | Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1362615554) | | 23'435.00 | 19.08.2015 | | 100'720.28 |
| | Belastung e-banking / Ref.-Nr. 1362615555 | | 22'410.00 × | | | |
| | WILLIAM BERRY | | | | | |
| | 27426 SW COPPER CREEK LOOP | | 440A/ | | | |
| | WILSONVILLE, OR 97070, USA | | | | | |
| | Belastung e-banking / Ref.-Nr. 1362615559 | | 1'025.00 × | | | |
| | TRUE MARKETING PARTNERS, LLC | | | | | |
| | 12157 W. LINEBAUGH AVE. 107 | | 440A/ | | | |
| | TAMPA, FLORIDA 33626 | | | | | |
| | Mitteilung: SERVER | | | | | |
| 18.08.2015 | Gutschrift / Ref.-Nr. 1362360120 | | | 2'320.00 17.08.2015 | | 124'155.28 |
| | | | | 840A/ | | |
| | MOTEK ENTERPRISES, INC. | | | | | |
| | 20304 STRATHERN ST | | | | | |
| | WINNETKA CA 91306-2228 | | | | | |

SEC-SchranzM-E-0000634

Wechselkurs: 1.0901 (EUR/USD)

| | | | | | |
|---|---|---|---|---|---|
| 14.08.2015 | Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1361678833) | | 3'000.00 | 14.08.2015 | 117'601.49 |
| | Belastung e-banking / Ref.-Nr. 1361678834 | | | | |
| | CLICKSURE PAYMENTS LTD | | | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | 3'700.00x | | |
| | MAURITIUS | | 4000/~ | | |
| | Mitteilung: EMCODE | | | | |
| | Belastung e-banking / Ref.-Nr. 1361678842 | | | | |
| | CLICKSURE PAYMENTS LTD | | | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | 3'300.00x | | |
| | MAURITIUS | | 11000/~ | | |
| | Mitteilung: AMCODE | | | | |
| 11.08.2015 | Gutschrift / Ref.-Nr. 1361015804 | | | 6'900.00 10.08.2015 | 124'601.49 |
| | MOTEK ENTERPRISES, INC. | | 340 A/~ | | |
| | 20304 STRATHERN ST | | | | |
| | WINNETKA CA 91306-2228 | | | | |
| 06.08.2015 | Gutschrift / Ref.-Nr. 1360450862 | | | 18'435.22 06.08.2015 | 116'726.49 |
| | CLICKBETTER LTD | | 340/~ | | |
| | 12 VERMEER WAY ONTARIO KANATA CAN | | | | |
| | Mitteilung: PAYMENT FOR EMCODE | | | | |
| | TEL 0041 76 4267588 | | | | |
| 06.08.2015 | Gutschrift / Ref.-Nr. 1360450883 | | | 12'017.30 06.08.2015 | 100'291.27 |
| | CLICKBETTER LTD | | 340A/~ | | |
| | 12 VERMEER WAY ONTARIO KANATA CAN | | | | |
| | Mitteilung: PAYMENT FOR AMCODES | | | | |
| | TEL 0041 76 4267588 | | | | |
| 05.08.2015 | Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1360188-91) | | 8'200.00 | 05.08.2015 | 88'273.97 |
| | Belastung e-banking / Ref.-Nr. 1360188892 | | 2'800.00 | | |

CLICKSURE PAYMENTS LTD
SUITE 9, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

Belastung e-banking / Ref.-Nr. 1360198895          3'400.00×
CLICKSURE PAYMENTS LTD                              4000/-
SUITE 9, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE

04.08.2015   Gutschrift / Ref.-Nr. 1359988437      9'540.00×03.08.2015   96'473.97
                                                   2400/-
MOTEKENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

03.08.2015   Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1359775459)   16'135.00        03.08.2015   86'933.97
Belastung e-banking / Ref.-Nr. 1359775460          10'000.00×
CLICKBETTER LTD                                    4000/-
Mitteilung: CMPMT

Belastung e-banking / Ref.-Nr. 1359775462          6'135.00×
EARTHPORT PLC                                       4000/- Payoneer
21 NEW STREET, LONDON, EC2M 4TP
ACCOUNT: 46534766
Mitteilung: VIRTUAL ACCOUNT NO: 34423707146
48

30.07.2015   Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1358986269)   12'000.00        30.07.2015   103'068.97
Belastung e-banking / Ref.-Nr. 1358986270          8'000.00×
CLICKSURE PAYMENTS LTD                             4000/-
SUITE 9, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

Belastung e-banking / Ref.-Nr. 1358986273          4'000.00×
CLICKSURE PAYMENTS LTD                             4000/-
SUITE 9, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE

28.07.2015   Gutschrift / Ref.-Nr. 1358277044       19'680.00×27.07.2015   115'068.97
                                                   300/-
MOTEK ENTERPRISES, INC.

20304 STRATHERN ST
WINNETKA CA 91306-2228

24.07.2015  Zahlungsauftrag e-banking [Arnold Buchinger] 2 / Ref.-Nr. 1357728118)  22'900.00  24.07.2015  95'408.97
Belastung e-banking / Ref.-Nr. 1357728119
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Abrechnung: EMCODE  18'800.00

Belastung e-banking / Ref.-Nr. 1357728123
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Abrechnung: AMCODE  6'100.00

23.07.2015  Gutschrift / Ref.-Nr. 1357461914  585.00  23.07.2015  118'308.97
CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: SERVICE FUNDS TRANSFER ISN 009934 0
St.-Nr. 047305 BSN 0333815
/RFB/FBT709101204

21.07.2015  Gutschrift / Ref.-Nr. 1356994263  20'340.00  20.07.2015  117'923.97
MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

20.07.2015  Gutschrift / Ref.-Nr. 1356816294  815.84  20.07.2015  97'583.97
NEW AGE TECHNOLOGY, INC.
4470 TUJUNGA AVE STE 320
STUDIO CITY CA 91604-2753
Mitteilung: /RFB/150681784
Betrag: CHF 797.92
Umrechnungskurs: 0.9784 (USD/CHF)

16.07.2015  Zahlungsauftrag e-banking [Arnold Buchinger] 3 / Ref.-Nr. 1356300319)  25'590.00  16.07.2015  96'768.43
Belastung e-banking / Ref.-Nr. 1356300320
WILLIAM BERRY  10'000.00

27426 SW COPPER CREEK LOOP
WILSONVILLE, OR 97070, USA
Belastung e-banking / Ref.-Nr. 1356300323
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK                    12'800.00K
MAURITIUS                                              4000H
Mitteilung: EMCODE

Belastung e-banking / Ref.-Nr. 1356300326
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK                     2'700.00×
MAURITIUS                                              4000H
Mitteilung: AMCODE

15.07.2015   Gutschrift / Ref.-Nr. 1356167214              13'286.38×15.07.2015        122'269.43
CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN                      340H
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

15.07.2015   Gutschrift / Ref.-Nr. 1356167111            11'071.10×15.07.2015         109'002.05
CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN                     340H
Mitteilung: PAYMENT FOR AMCODES
TEL 0041 76 4267588

13.07.2015   Gutschrift / Ref.-Nr. 1355829182           10'700.00×13.07.2015          97'930.95
MOTEK ENTERPRISES, INC.                                340H
20304 STRATHERN ST
WINNETKA CA 91306-2228

09.07.2015   Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1354893746)   21'000.00      09.07.2015      87'230.95
Belastung e-banking / Ref.-Nr. 1354893746
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK                     17'000.00×
MAURITIUS                                              4000H
Mitteilung: EMCODE
Belastung e-banking / Ref.-Nr. 1354893761
CLICKSURE PAYMENTS LTD                                4'000.00×
SUITE 3, GRAND BAIE BUSINESS PARK

SEC-SchranzM-E-0000638

MAURITIUS
Mitteilung: AMCODE

| 08.07.2015 | Gutschrift / Ref.-Nr. 1354726029 | | 37'043.24 | 08.07.2015 | 108'230.95 |

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

| 07.07.2015 | Gutschrift / Ref.-Nr. 1354355792 | | 26'750.00 | 08.07.2015 | 71'187.71 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

| 03.07.2015 | Gutschrift / Ref.-Nr. 1354011141 | | 2'800.00 | 03.07.2015 | |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

| 03.07.2015 | Gutschrift / Ref.-Nr. 1353997325 | | 600.00 | 03.07.2015 | |

EARTHPORT PLC (USD)
21 NEW STREETLONDONEC2M 4TP
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT

| 02.07.2015 | Gutschrift / Ref.-Nr. 1353676886 | | 11'891.62 | 02.07.2015 | 39'157.71 |

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR AMCODE
TEL 0041 76 4267588

| 02.07.2015 | Zahlungsauftrag ebanking (Anzahl Buchungen 3 / Ref.-Nr. 1353638131) | 140'800.00 | | 02.07.2015 | 27'246.09 |

Belastung ebanking / Ref.-Nr. 1353638132
CLICKSURE PAYMENTS LTD
SUITE 3: GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

32'200.00

Belastung ebanking / Ref.-Nr. 1353638133
CLICKSURE PAYMENTS LTD

3'100.00

SEC-SchranzM-E-000



SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Anforderung: ANICODE
Belasting a besting / Ref.-Nr.: 105363b1134
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIOS
Verwendungs: ICODES

185'500.00 €
AOCO1

SEC-SchranzM-E-0000640



| | | | | |
|---|---|---|---|---|
| 30.06.2015 | Gutschrift / Ref.-Nr. 1352360187 | | 101'600.00 29.06.2015 | 168'131.63 |
| | MOTEK ENTERPRISES, INC.<br>20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | | 6401 | |
| 26.06.2015 | Gutschrift / Ref.-Nr. 1351869084 | | 2'250.00 26.06.2015 | 66'531.63 |
| | MOTEK ENTERPRISES, INC.<br>20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | | 6401 | |
| 26.06.2015 | Zahlungsauftrag eBanking (Anzahl Buchungen: 3 / Ref.-Nr. 1351693416) | 88'300.00 | 26.06.2015 | 64'281.63 |
| | Belastung eBanking / Ref.-Nr. 1351693421<br>CLICKSURE PAYMENTS LTD<br>SUITE 3, GRAND BAIE BUSINESS PARK<br>MAURITIUS<br>Mitteilung: EMCODE | 13'000.00 | | |
| | Belastung eBanking / Ref.-Nr. 1351693427<br>CLICKSURE PAYMENTS LTD<br>SUITE 3, GRAND BAIE BUSINESS PARK<br>MAURITIUS<br>Mitteilung: AMCODE | 300.00 | | |
| | Belastung eBanking / Ref.-Nr. 1351693434 | 75'000.00 | | |

SEC-SchranzM-E-0000641



CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: CODES
24.06.2015    Gutschrift / Ref.-Nr. 1351025050                    16'809'506  24.06.2015          131'981.44
                                                                  3400

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR AMCODES
TEL 0041 76 4267588
23.06.2015    Gutschrift / Ref.-Nr. 1350062181                    74'650.00  22.06.2015          133'771.73
                                                                  3401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228
22.06.2015    Gutschrift / Ref.-Nr. 1350036540                    9'250.00  19.06.2015           259'121.73
                                                                  3400

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

18.06.2015    Gutschrift / Ref.-Nr. 1350111293                    71'00.00  18.06.2015           43'076.64
                                                                  3401

EARTHPORT PLC [US6]
21 NEW STREETLONDONEC2M 4TP
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT
19.06.2015    Zahlungsauftrag e-banking (Anzahl Buchungen: 3 / Ref.-Nr. 1349995866)   5'900.00    40'650.00    18.06.2015    51'366.64
              Belastung e-banking / Ref.-Nr. 1349995866                               5'900.00
              CLICKSURE PAYMENTS LTD                                                  4000
              SUITE 3, GRAND BAIE BUSINESS PARK

SEC-SchranzM-E-0000642



MAURITIUS
Mitteilung: EMCODE
Belastung e-banking / Ref.-Nr. 1349995870      3'100.00
CLICKSURE PAYMENTS LTD                          4000
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE
Belastung e-banking / Ref.-Nr. 1349995873      -32'000.00
CLICKSURE PAYMENTS LTD                          4000
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: CODES

16.06.2015   Gutschrift / Ref.-Nr. 1349685410   13'408.70  16.06.2015   401'766.36
                                                3400

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588
16.06.2015   Gutschrift / Ref.-Nr. 1349685409   22'784.09  16.06.2015   79'358.54
                                                3400

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR AMCODES
TEL 0041 76 4267588
16.06.2015   Gutschrift / Ref.-Nr. 1349549695    9'800.00  15.06.2015   56'574.45
                                                3400

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

15.06.2015   Zahlungsauftrag e-banking (Anzahl Buchungen: 3 / Ref.-Nr. 1349...6964)   14'000.00   15.06.2015   42'730.31



Belastung e-banking / Ref.-Nr. 1349408968
TRAVIZIA INC
40 VIA POINCIANA LANE
BOCA RATON, FL 33487
Mitteilung: CMPMT                                                    10'000.00
                                                                     4000

Belastung e-banking / Ref.-Nr. 1349408073
TRUE MARKETING PARTNERS, LLC
12157 W. LINEBAUGH AVE. 107
TAMPA, FLORIDA 33626                                                 3'450.00
Mitteilung: SERVER SETUP SSD MASTER AG                               4000

Belastung e-banking / Ref.-Nr. 1349408979
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK                                    550.00
MAURITIUS                                                            4000
Mitteilung: SOCIALCC CPA

                                                           408.93  15.06.2015          55'730.31
                                                           3401

12.06.2015   Gutschrift / Ref.-Nr. 1346916448                        27'800.00  12.06.2015          56'321
                                                                     3401

10.06.2015   Zahlungsauftrag e-banking (mehrere Begünstigte) / Ref.-Nr. 1345364638   10'900.00  10.06.2015   57'523
MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

Belastung e-banking / Ref.-Nr. 1345364382
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK                                    15'900.00
MAURITIUS                                                            4000
Mitteilung: BMCCOE

Belastung e-banking / Ref.-Nr. 1345366362
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK                                    4'000.00
MAURITIUS                                                            4000

SEC-SchranzM-E-0000



| | | | | |
|---|---|---|---|---|
| ✓ Mitteilung: AMCODE | | | | |
| 09.06.2015 | Gutschrift / Ref.-Nr. 1348264619 | | 20'586.70 09.06.2015 | 73'421.38 |
| | CLICKBETTER LTD<br>12 VERMEER WAY ONTARIO KANATA CAN<br>Mitteilung: PAYMENT FOR AMCODES<br>TEL 0041 76 4267588 | | 3400 | |
| 08.06.2015 | Gutschrift / Ref.-Nr. 1348090064 | | 3'900.00 08.06.2015 | 52'834.68 |
| | MOTEK ENTERPRISES, INC.<br>20204 STRATHERN ST<br>WINNETKA CA 91306-2228 | | 3401 | |
| 08.06.2015 | Gutschrift / Ref.-Nr. 1347772157 | | 1'650.00 05.06.2015 | 48'934.68 |
| | MOTEK ENTERPRISES, INC.<br>20204 STRATHERN ST<br>WINNETKA CA 91306-2228 | | 3401 | |
| 05.06.2015 | Belastung e-banking / Ref.-Nr. 1347629993 | 215'000.00 | 05.06.2015 | 27'284.— |
| | MTS ADVERTISE OUE<br>PUNANE 19 1B<br>13611 TALLINN<br>13611 TALLINN ESTONIA<br>Mitteilung: 1ST PART OF INVOICE 1.23MM | _Part 1_<br>_Invoice_ of 1,230,000,— | 4000 | |
| 02.06.2015 | Gutschrift / Ref.-Nr. 1347617756 | | 16'431.12 02.06.2015 | 462'284.38 |
| | CLICKBETTER LTD<br>12 VERMEER WAY ONTARIO KANATA CAN<br>Mitteilung: PAYMENT FOR AMCODES<br>TEL 0541 76 4267588 | | 3400 | |
| 02.06.2015 | Gutschrift / Ref.-Nr. 1347027523 | | 16'406.12 02.06.2015 | 445'853.26 |
| | I/C HEXX AMERICAS INC.<br>2/4TH FLOOR 595 HOWE STREET<br>3/CA/CDN VANCOUVER BC V6C 2T5<br>Mitteilung: 1954063457<br>WWW.CLICKBETTER.COM | | 3401 | |



01.05.2015   Gutschrift / Ref.-Nr. 1366790743                                                      9750.00  01.06.2015        429'447.44
                                                                                                      2401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

29.05.2015   Gutschrift / Ref.-Nr. 1346297741                                                      1'800.00  29.05.2015        419'291.12
                                                                                                      2401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

29.05.2015   Zahlungsauftrag e-banking (Anzahl Belingen: 2 / Ref.-Nr. 1346095073)        49'000.00            29.05.2015        417'491.12

Belastung e-banking / Ref.-Nr. 1346095274          39'000.00
CLICKSURE PAYMENTS LTD                            4000
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

Belastung e-banking / Ref.-Nr. 1346095281          10'000.00
CLICKSURE PAYMENTS LTD                            4000
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCCDE

28.05.2015   Gutschrift / Ref.-Nr. 1345759222                                                      21'027.28  28.05.2015        466'491.12
                                                                                                      3400

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR AMCODES
Tel 001 76 2267598

29.05.2015   Gutschrift / Ref.-Nr. 1345195010                                                      10'550.00  28.05.2015        445'463.84
                                                                                                      2401

SEC-SchranzM-E-0000646



MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

25.05.2015    Gutschrift / Ref.-Nr. 1822237060         2'200.00  22.05.2015      434'236.49
                                                        3401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

22.05.2015    Gutschrift / Ref.-Nr. 1244413123          205.00  22.05.2015       432'03
                                                        3401

EARTHPORT PLC (USD)
21 NEW STREETLONDONEC2M 4TP
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT
21.05.2015    Gutschrift / Ref.-Nr. 1264083129        49'723.28  21.05.2015      431'831.49
                                                        3400

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR AMCODES
TEL 0041 76 8767588
19.05.2015    Gutschrift / Ref.-Nr. 1543490171        11'356.00  18.05.2015      382'108.21
                                                        3401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

18.05.2015    Gutschrift / Ref.-Nr. 1543472242          513.00  18.05.2015       370'536.21
                                                        3401

EARTHPORT PLC (USD)
21 NEW STREETLONDONEC2M 4TP
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT

SEC-SchranzM-E-000064

| 18.05.2015 | Gutschrift / Ref.-Nr. 1343011593 | | 3'400.00 15.05.2015 | 370'241.21 |

3'400

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

| 14.05.2015 | Gutschrift / Ref.-Nr. 1342688859 | | 79'014.26  14.05.2015 | 366'569.81 |

3'400

CLICKBETTER LTD
12 VERMEER WAY ONTARIO-KANATA CAN
Mitteilung: PAYMENT FOR AMCODES
TEL-0041 76 4267588

| 12.05.2015 | Gutschrift / Ref.-Nr. 1342201966 | | 8'400.00  11.05.2015 | 287'555.55 |

3'401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

| 11.05.2015 | Gutschrift / Ref.-Nr. 1342178841 | | 325.00  11.05.2015 | 279'155.55 |

3'401

EARTHPORT PLC (USD)
21 NEW STREET LONDON EC2M 4TP
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT

| 08.05.2015 | Gutschrift / Ref.-Nr. 1341897980 | | 2'200.00  08.05.2015 | -276'830.55 |

3'401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

| 06.05.2015 | Zahlungsauftrag e-banking (Auftr. Sammelpos: 2 / Ref.-Nr. 1341510029) | 81'000.00 | | 06.05.2015 | 279'630.55 |

Belastung e-banking / Ref.-Nr. 1241810051
CLICKSURE PAYMENTS LTD         42'000.00



SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE
Belastung ebenung / Ref.-Nr. 1341310064
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS                                        19'000.00
Mitteilung: AMCODE                                3401

05.05.2015    Gutschrift / Ref.-Nr. 1340985762              14'650.00  04.05.2015        337'630.55
                                                              3401
            MOTEK ENTERPRISES, INC.
            20304 STRATHERN ST
            WINNETKA CA 91306-2226
04.05.2015    Gutschrift / Ref.-Nr. 1340562696              3'450.00  01.05.2015         322'780.55
                                                              3401
            MOTEK ENTERPRISES, INC.
            20304 STRATHERN ST
            WINNETKA CA 91306-2226

01.05.2015    Gutschrift / Ref.-Nr. 1340551609               500.00  01.05.2015         319'323.88
                                                              3401
            EASTPORT PLC (USD)
            21 NEW STREETLONDONEC2M 4TP
            Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT
27.04.2015    Gutschrift / Ref.-Nr. 1339281562              14'900.00  7.04.2015         318'823.88
                                                              1042
            MOTEK ENTERPRISES, INC.
            20304 STRATHERN ST
            WINNETKA CA 91306-2226
27.04.2015    Gutschrift / Ref.-Nr. 1338642296               9'950.00  4.04.2015         303'923.88

SEC-SchranzM-E-0000649



MOTEK ENTERPRISES, INC.
20302 STRATHERN ST
WINNETKA CA 91306-2228

3401

20.04.2015   Gutschrift / Ref.-Nr. 1337687956          16'850.00  20.04.2015          284'332.14

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST          3401
WINNETKA CA 91306-2228

20.04.2015   Gutschrift / Ref.-Nr. 1337817345           405.00  20.04.2015          277'482.14

EARTHPORT PLC (USD)
21 NEW STREETLONDONEC2M 4TP          3401
Mitteilung: CLICKSURE PAYMENTS (TO PAYMENT

17.04.2015   Gutschrift / Ref.-Nr. 1337348231          7'550.00  17.04.2015          275'264.97

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST          3401
WINNETKA CA 91306-2228

16.04.2015   Gutschrift / Ref.-Nr. 1337086276          16'081.26  16.04.2015          268'714.97
                                                                          3400



CLICKSURE LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

15.04.2015   Zahlungsauftrag e-banking (Anzahl Buchungen 2 / Ref.Nr. 1336837930)   80'000.00   15.04.2015   252'533.71
Belastung e-banking / Ref.Nr. 1336837931   37'000.00
CLICKSURE PAYMENTS LTD   MOTO
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

Belastung e-banking / Ref.Nr. 1336837935   23'000.00
CLICKSURE PAYMENTS LTD   MOTO
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

14.04.2015   Gutschrift / Ref.Nr. 1336561658   17'450.00   13.04.2015   312'633.71
MOTEX ENTERPRISES, INC.   3401
20304 STRATHERN ST
WINNETKA CA 913062226

10.04.2015   Gutschrift / Ref.Nr. 1336269906   385.03   10.04.2015   293'293.77
CLICKSURE PAYMENTS LTD   3401
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MAU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
010261 CSN 054356 SSN 0283344
/RFB/PET820027100

10.04.2015   Gutschrift / Ref.Nr. 1336269730   13'156.00   10.04.2015   293'107.77
3401

SEC-SchranzM-E-0000651

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

06.04.2015   Zahlungsauftrag ebanking [Anzahl Buchungen: 2 / Ref.-Nr. 1335682937]   21'500.00   08.04.2015   2704'57 77
Belastung ebanking / Ref.-Nr. 1335682939
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE                                                58'000.00

Belastung ebanking / Ref.-Nr. 1335682942
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE                                                13'000.00

07.04.2015   Gutschrift / Ref. Nr. 1335343871                     24'030.00   06.04.2015   358'54  16

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228
06.04.2015   Gutschrift / Ref.-Nr. 1335309240                     3'300.00   03.04.2015   326'54  16

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228
03.04.2015   Gutschrift / Ref.-Nr. 1335206311                      550.00   03.04.2015   323'24  16

CLICKSURE PAYMENTS LTD
3, GRAND BAIE BUSINESS PARK



GRAND SALE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISM
00268B GSN D17931 SSN 0130940
/REB/PGT515730093
01.04.2015    Gutschrift / Ref.-Nr. 1334738468                        19'037.98  01.04.2015      322'699.16
                                                                      3400

CLICKBETTER LTD
92 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588
31.03.2015    Auftragsnummer 1334480610, 31.03.15 Gebühren gemäss separater Anzeige    6'840    61.79    31.03.2015      303'661.15
31.03.2015    Gutschrift / Ref.-Nr. 1333803519                        25'700.00  30.03.2015      303'722.97
                                                                      3401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

27.03.201     Gutschrift / Ref.-Nr. 1333349821                        7'300.00  27.03.2015      277'343.24
                                                                      3400

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228
26.03.201     Gutschrift / Ref.-Nr. 1332820672                        24'526.21  26.03.2015      270'043.24
                                                                      3400

CLICKBETTER LTD
92 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588
24.03.201     Gutschrift / Ref.-Nr. 1331960745                        30'700.00  23.03.2015      245'517.03
                                                                      3401

SEC-SchranzM-E-0000653



MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

| 23.03.2015 | Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1331861733) | 37'000.00 | 23.03.2015 | 214'617.03 |

Belastung e-banking / Ref.-Nr. 1331861736
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK        34'000.00
MAURITIUS
Mitteilung: AMCODE

Belastung e-banking / Ref.-Nr. 1331861743
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK        23'000.00
MAURITIUS
Mitteilung: AMCODE

| 20.03.2015 | Gutschrift / Ref.-Nr. 1331684326 | 6'300.00 | 20.03.2015 | 271'617.03 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

| 20.03.2015 | Gutschrift / Ref.-Nr. 1331683010 | 320.00 | 20.03.2015 | 265'317.03 |

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
011554 OSN 061964 SSN 0420693
/RFB/PETA26574079

| 17.03.2015 | Gutschrift / Ref.-Nr. 1350929820 | 11'850.00 | 16.03.2015 | 264'229.82 |



MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228
16.03.2015    Gutschrift / Ref.-Nr. 1330928272          1272837 16.03.2015          252'599.94

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

13.03.2015    Gutschrift / Ref.-Nr. 1330465299          8'800.00 13.03.2015          237'381.32

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228
12.03.2015    Gutschrift / Ref.-Nr. 1330265538          485.00 12.03.2015          228'581.32

CUCKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CUCKSURE PAYMENTS LTD PAYMENT FEN
010617 OSN 054429 SSN 03903594
7RFB/PET0991 (0071

10.03.2015    Gutschrift / Ref.-Nr. 1329846307          15'617.72 10.03.2015          228'096.32

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

| 10.03.2015 | Gutschrift / Ref.-Nr. 1329069873B | | 15'200.00 09.03.2015 | 212'478.60 |
| | MOTEK ENTERPRISES, INC.<br>20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | | 3401 | |
| 06.03.2015 | Gutschrift / Ref.-Nr. 1329412856 | | 16'500.00 06.03.2015 | 197'278.60 |
| | MOTEK ENTERPRISES, INC.<br>20304 STRATHERN ST<br>WINNETKA CA 91306-2228 | | 3401 | |
| 06.03.2015 | Gutschrift / Ref.-Nr. 1329409282 | | 915.00 06.03.2015 | 180'778.60 |
| | CLICKSURE PAYMENTS LTD<br>4, GRAND BAIE BUSINESS PARK<br>GRAND BAIE<br>MU<br>Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN<br>009974 GSN 050189 SSN 0351469<br>/REB/PET814777065 | | 3401 | |
| 04.03.2015 | Gutschrift / Ref.-Nr. 1328869550 | | 28'578.28 04.03.2015 | 179'863.60 |
| | CLICKBETTER LTD<br>12 VERMEER WAY ONTARIO CANADA CAN<br>Mitteilung: PAYMENT FOR EM_ DOE<br>TEL 0041 76 4267588 | | 3400 | |
| 04.03.2015 | Zahlungsauftrag e-banking (Avrahi Buchungen: 2) / Ref.-Nr. 1328842682/1 | 31'111.90 | | 04.03.2015 | 150'885.32 |
| | Belastung e-banking / Ref.-Nr. 328842684<br>CLICKSURE PAYMENTS LTD<br>SUITE 3, GRAND BAIE BUSINESS PARK<br>MAURITIUS<br>Mitteilung: AMCODE | 21'859.84 | 4000 | | |
| | Belastung e-banking / Ref.-Nr. 328842694v2<br>CLICKSURE PAYMENTS LTD<br>SUITE 3, GRAND BAIE BUSINESS PARK<br>MAURITIUS<br>Mitteilung: EMCODE | 9'252.06 | 4000 | | |
| 03.03.2015 | Gutschrift / Ref.-Nr. 1328513_0 | | 13'905.00 02.03.2015 | 181'997.22 |
| | | | 3401 | |

SEC-SchranzM-E-0000656



MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

27.02.2015   Gutschrift / Ref.-Nr. 1327987946                                24,350.00   27.02.2015        166,055.53
                                                                                 3401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

26.02.2015   Gutschrift / Ref.-Nr. 1327461900                                   760.00   26.02.2015        141,705.53
                                                                                 3401

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT IBN
011 048 OSN 059939 SSV 0418574
/RFB/PBT835900057

26.02.2015   Belastung inbounding / Ref.-Nr. 1327265311                       30,000.00   26.02.2015        140,925.53
                                                                                 3000

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE

24.02.2015   Gutschrift / Ref.-Nr. 1326712776                                22,017.72   24.02.2015        170,925.53
                                                                                 3000

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267598



24.02.2015   Gutschrift / Ref.-Nr. 1326404003                    11'350,00  23.02.2015      149'907,81

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

20.02.2015   Gutschrift / Ref.-Nr. 1326019487                    20'550,00  20.02.2015      138'201,82

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

19.02.2015   Gutschrift / Ref.-Nr. 1325816611                     1'210,00  19.02.2015      115'651,82

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
007443 OSN 036734 SSN 0248372
/RFB/PEI677538050

18.02.2015   Gutschrift / Ref.-Nr. 1325601646                    36'703,53  18.02.2015      114'441,82

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

16.02.2015   Zahlungsauftrag e-banking (Anzahl Buchungen: 7 / Ref.-Nr. 1325574205)    50'000,00          16.02.2015      77'738,24

Zahlung e-banking / Ref.-Nr. 1325574205
CLICKSURE PAYMENTS LTD                                            29'087,00
SUITE 3, GRAND BAIE BUSINESS PARK

SEC-SchranzM-E-0000656



MAURITIUS
Mitteilung: EMCODE
Belasting e-banking / Ref.Nr. 1325574207
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE

18.02.2015   Gutschrift / Ref. Nr. 1325479327

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

16.02.2015   Gutschrift / Ref. Nr. 1325035960

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

11.02.2015   Gutschrift / Ref. Nr. 1324631423

CLICKBETTER LTD
12 VERNIER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267508

09.02.2015   Gutschrift / Ref. Nr. 1324269282

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

21'000.00
4000

7'450.00  17.02.2015        127'738.24
3401

12'500.00  15.02.2015        119'142.41
3401

33'797.80  11.02.2015        106'642.41
3400

9'150.00  09.02.2015        72'844.61
3401

05.02.2015   Gutschrift / Ref.-Nr. 1323979778                                                    17'300.00 06.02.2015              62 747.34
                                                                                                  3401
       MOTEK ENTERPRISES, INC.
       20304 STRATHERN ST
       WINNETKA CA 91306-2228
05.02.2015   Gutschrift / Ref.-Nr. 1323755542                                                     933.00 06.02.2015               46 747.34
                                                                                                  3401
       CLICKSURE PAYMENTS LTD
       4, GRAND BAIE BUSINESS PARK
       GRAND BAIE
       MU
       Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT SSN
       010150 DSN 054601 SSN 0804291
       /RFB/PEI697467036
05.02.2015   Zahlungsausftragsbuchung (Anzahl Buchungen 2 / Ref.-Nr. 1323727785)
       Belastung e-banking / Ref.-Nr. 1323727774                        43'200.00        74'000.00                 05.02.2015              44 12 34
       CLICKSURE PAYMENTS LTD                                            4000
       SUITE 3, GRAND BAIE BUSINESS PARK
       MAURITIUS
       Mitteilung: EMCODE
       Belastung e-banking / Ref.-Nr. 1323727787                        30'800.00
       CLICKSURE PAYMENTS LTD                                            4000
       SUITE 3, GRAND BAIE BUSINESS PARK
       MAURITIUS
       Mitteilung: AMCODE
06.02.2015   Gutschrift / Ref.-Nr. 1323424407                                                     42'054.86 06.02.2015             158 112 34
                                                                                                  3400
       CLICKBETTER LTD
       12 VERMEER WAY ONTARIO CANADA CAN
       Mitteilung: PAYMENT FOR EMCODE
       TEL 0041 76 4267898



03.02.2015    Gutschrift / Ref.-Nr. 1323113852                                        4'600.00  02.02.2015              76'227.68
                                                                                        3401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

30.01.2015    Gutschrift / Ref.-Nr. 1322673197                                        9'650.00  30.01.2015              70'611.33
                                                                                        3401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA CA 91306-2228

30.01.2015    Zahlungsauftrag e-banking (Anzahl Buchungen: 3 / Ref.-Nr. 1325580995)   40'450.00              30.01.2015  61'461.38
Belastung e-banking / Ref.-Nr. 1322580996                                            17'200.00
CUCKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK                                                      4000
MAURITIUS
Mitteilung: AMCODE
Belastung e-banking / Ref.-Nr. 1322581000                                            10'250.00
CUCKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK                                                      4000
MAURITIUS
Mitteilung: AMCODE
Belastung e-banking / Ref.-Nr. 1322581004                                            13'000.00
CUCKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK                                                      4000
MAURITIUS
Mitteilung: SECRETMGUN

27.01.2015    Gutschrift / Ref.-Nr. 1322272303                                        4'650.00  27.01.2015             101'931.38
                                                                                        2401

CUCKSURE PAYMENTS LTD

SEC-SchranzM-E-000066



4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CUCKSURE PAYMENTS LTD PAYMENT ISN
011654 OSN 057760 BSN D410192
/RFB/FET038P56029

27.01.2015   Gutschrift / Ref.-Nr. 1321706071                              45'360.51  27.01.2015              101'181.38

CUCKGETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

27.01.2015   Gutschrift / Ref.-Nr. 1321471880                               7'390.00  26.01.2015               55'320.87

MOTEX ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: IHAD 2015012651GGSC02C0090a1
/RFB/ABG OF 15/01/26

23.01.2015   Gutschrift / Ref.-Nr. 1321011891                               9'235.00  23.01.2015               25'486.97

MOTEX ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 085273 OSN 058235 BSN D406325
/RFB/REL OF 15/01/23

23.01.2015   Gutschrift / Ref.-Nr. 1321041251                                 820.00  23.01.2015               37'251.97

CUCKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK

SEC-SchranzM-E-00006



GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
011120 OSN 057848 SSN 0403755
/RFB/FET818622023
21.01.2015   Gutschrift / Ref.-Nr. 120228030                                    7495.00 20.01.2015            34511.97
                                                                                3401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 114959 OSN 105575 SSN 0742749
/RFB/IBL OF 15/01/20

19.01.2015   Gutschrift / Ref.-Nr. 1319500275                                  8755.00 16.01.2015            27578.14
                                                                                3401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 077611 OSN 068849 SSN 0455925
/RFB/IBL OF 15/01/16
15.01.2015   Gutschrift / Ref.-Nr. 1319187815                                  1210.00 15.01.2015            18823.14
                                                                                3401

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
012988 OSN 059896 SSN 0415633
/RFB/FET707937015
13.01.2015   Gutschrift / Ref.-Nr. 1310619911                                  6895.00 12.01.2015            17613.14
                                                                                3401



MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306-2228
Mitteilung: ISN 072366 OSN 062380 SSN 0469862
/RFB/BL OF 15/01/12

09.01.2015   Gutschrift / Ref.-Nr. 131829560          6'955.00  09.01.2015   10'175.56
                                                     2'401

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306-2228
Mitteilung: ISN 055579 OSN 046125 SSN 0336982
/RFB/BL OF 15/01/09

08.01.2015   Gutschrift / Ref.-Nr. 151803S524         2'215.00  06.01.2015   3'220.56
                                                     3401

CLICKSURE PAYMENTS LTD
3, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
0097 29 OSN 047127 SSN 093-309
/RFB/9ET68794S008

09.01.2015   Zahlungsauftrag ebanking (Anza   Sammlung nr. 2 / Ref.-Nr. 131784114 1)      37'318.96      09.01.2015   905.86
Belastung ebanking / Ref.-Nr. 13 7841143      25'041.26
CLICKSURE PAYMENTS LTD                         4000
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: ANACODE
Belastung ebanking / Ref.-Nr. 13 7841129      12'277.70
CLICKSURE PAYMENTS LTD                         4000
SUITE 3, GRAND BAIE BUSINESS PARK

SEC-SchranzM-E-0000664



MAURITIUS
Mitteilung: EMCODE

05.01.2015   Gutschrift / Ref.-Nr. 1517291631                    6'495.00  05.01.2015        38'124.52
                                                                  3401
        MOTEK ENTERPRISES, INC.
        20304 STRATHERN ST
        WINNETKA, CA 913062228
        Mitteilung: ISN 056806 OSN 050112 SSN 0565870
        /SFB/IBL OF 15/01/05

05.01.2015   Belastung e-banking / Ref.-Nr. 1317158226           20'000.00  05.01.2015        31'629.52
                                                                  4000
        CLICKSURE PAYMENTS LTD
        SUITE 3, GRAND BAIE BUSINESS PARK
        MAURITIUS
        Mitteilung: AMCCDE

02.01.2015   Gutschrift / Ref.-Nr. 1316069487                    8'915.00   2.01.2015        120'749.77
                                                                  3401
        MOTEK ENTERPRISES, INC.
        20304 STRATHERN ST
        WINNETKA, CA 913062228
        Mitteilung: ISN 051966 OSN 039296 SSN 0279237
        /SFB/IBL OF 15/01/02

02.01.2015   Gutschrift / Ref.-Nr. 1316868346                    3'360.00   2.01.2015        111'833.77
                                                                  3401
        CLICKSURE PAYMENTS LTD
        4, GRAND BAIE BUSINESS PARK
        MU
        Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN

SEC-SchranzM-E-000068



SEC-SchranzM-E-0000666



CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TR: 0041726 4287588
30.12.2014    Gutschrift / Ref.Nr. 1314950682                                                  7'295.00  29.12.2014              142'047.51

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 078299 OSN 069109 SSN 0492131
#ra7tR. OF 14/12/29

29.12.2014    Gutschrift / Ref.Nr. 1312026679                                                  4'880.00  29.12.2014              134'752.51

CLICKSURE PAYMENTS LTD
4 GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
010331 OSN 056563 SSN 0456403
#ra7tR1709997849

SEC-SchranzM-E-0000667



22.12.2014   Gutschrift / Ref.-Nr. 1313245251                                          13'615.00 23.12.2014        108'542.75

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306-2228
Mitteilung: ISN 058411 OSN 033396 SSN 0250320
/PFR/IBI OF 14/12/26

23.12.2014   Belastung e-banking / Ref.-Nr. 1313760532                                 27'000.00        23.12.2014        115'027.75

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE

22.12.2014   Gutschrift / Ref.-Nr. 1313598635                                          12'845.00 22.12.2014        107'726.45

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306-2228
Mitteilung: ISN 080325 OSN 073586 SSN 0519289
/PFR/IBI OF 14/12/22

22.12.2014   Gutschrift / Ref.-Nr. 1313196304                                          19'315.00 19.12.2014        93'735.69

SEC-SchranzM-E-0000668

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913042228
Mitteilung: ISN 077942 OSN 070484 SSN 0480277
/RFB/BL OF 14/12/19

18.12.2014   Gutschrift / Ref.Nr. 1312904633          3510.00  18.12.2014          711480.59

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
011.532 OSN 058353 SSN 061 2561
/RF92FB1929021352/

18.12.2014   Belastung abunking / Ref.Nr. 1312778932     -50 000.00  18.12.2014   709910.59

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMODDE

16.12.2014   Gutschrift / Ref.Nr. 1312091587          19 845.00  16.12.2014   709910.59

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913042228
Mitteilung: ISN 089018 OSN 079023 SSN 0552974
/RFB/BL OF 14/12/15

15.12.2014   Gutschrift / Ref.Nr. 1312082597          1'366.90  16.12.2014   101'065.59

NEW AGE TECHNOLOGY, INC.
4370 TUJUNGA AVE STE 320
STUDIO CITY CA 91604-2753
Mitteilung: /RFB/135631504
Betrag: CHF 1'335.46
Wechselkurs: 0.9770 /USD/CHF/

15.12.2014   Gutschrift / Ref.Nr. 1311359179         25055.00  12.12.2014   99'698.69

SEC-SchranzM-E-0000669



MOTEK ENTERPRISES INC.
20304 STRATHERN ST
WINNETKA, CA 91306228
Mitteilung: ISN 071358 OSN 061003 SSN 0420699
/RFB/BL OF 14/18/08

12.12.2014   Gutschrift / Ref.-Nr. 1311351883                    7'180.00  12.12.2014          74'663.69

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
010883 OSN 052239 SSN 0370396
/RFB/FET885373346

31.12.2014   Belastung ur.Ref.-Nr. 1311073525                   4/622.60    11.12.2014          67'463.69

CLICKSURE PAYMENTS LTD
SUITE 9, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE CFA

09.12.2014   Gutschrift / Ref.-Nr. 1310521531                  25'045.00  08.12.2014         132'086.29

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306228
Mitteilung: ISN 069934 OSN 060715 SSN 0433850
/RFB/BL OF 14/12/08

08.12.2014   Gutschrift / Ref.-Nr. 1310626131                 40'140.00  08.12.2014         107'091.29

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306228
Mitteilung: ISN 022048 OSN 020831 SSN 0157768
/RFB/BL OF 14/12/08



05.12.2014   Gutschrift / Ref.-Nr. 1310087576                               69'500.00   05.12.2014   133'127.00
CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: ANECODE-STA

04.12.2014   Gutschrift / Ref.-Nr. 1309945613                                1'385.00   04.12.2014   133'622.00
CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009539 OSN 050683 SSN 0361345
/RFB/FET8607033 3B

03.12.2014   Gutschrift / Ref.-Nr. 1309322601                               22'550.00   03.12.2014   132'287.00
MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306-2226
Mitteilung: MAIN2014120181GGSC00E008472
/REF/INVOE-4/12/01

04.12.2014   Belastung e-banking / Ref.-Nr. 1309146885                      -71'200.00   01.12.2014   107'737.00
DENISE A LUTZ
6251 CARSON STREET SAINT CLOUD
FLORIDA, USA
Mitteilung: CMPMT

| 28.11.2014 | Gutschrift / Ref.-Nr. 1308764260 | | 38'495.00 | 28.11.2014 | 176'750.44 |

MOTEX ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 119290 OSN 1 | 0977 SSN 0785097
/PFB/BL OF 14/11/28

| 28.11.2014 | Gutschrift / Ref.-Nr. 1308762651 | | 400.00 | 28.11.2014 | 138'255.44 |

CLICKSURE PAYMENTS LTD
/C GRAND BAIE BUSINESS PARK
GRAND BAIE
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
004892 OSN 036824 SSN 0892 1801 |
/PFB/PE/8520 36531P...

| 24.11.2014 | Belastung eBanking 7 Ref.-Nr. 1307796069 | | 128'800.00 | 26.11.2014 | 134'087.44 |

JC MARKETING LLC
2657 WINDMILL PKWY 233
HENDERSON, NV 89074
Mitteilung: CMPAY

| 25.11.2014 | Belastung eBanking / Ref.-Nr. 1307493935 | | 63'617.40 | | 25.11.2014 | 262'887.66 |

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE CPA

| 24.11.2014 | Gutschrift 7 Ref.-Nr. 1307827692 | | 23'845.00 | 24.11.2014 | 326'505.06 |

SEC-SchranzM-E-0000672



MOTEK ENTERPRISES INC
20304 STRATHERN ST
WINNETKA, CA 91306-2226
Mitteilung: ISN 056955 OSN 056971 SSN 0410409
/RFB/BLOP 14/13/26

24.11.2014   Gutschrift / Ref.Nr. 1306992095              37'830.00  21.11.2014         260'744.27

MOTEK ENTERPRISES INC
20304 STRATHERN ST
WINNETKA, CA 91306-2226
Mitteilung: ISN 056951 OSN 059360 SSN 0213006
/RFB/BLOP 14/1/1221

21.11.2014   Gutschrift / Ref.Nr. 1306988193             5'900.00  21.11.2014          262'914.27

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
010149 OSN 053420 SSN 0373129

20.11.2014   Belastung e-banking / Ref.Nr. 1306739214      82'000.00          20.11.2014       257'014.27

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMIT0006 CPK



SEC-SchranzM-E-0000674



CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MRU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT LSN
002465 OSN 051771 SSN 0372211
/RFB/RETBA88793 67

10.11.2014    Gutschrift / Ref.-Nr. 1305233931                                    11'675.00 10.11.2014           434'755.24

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 073453 OSN 063332 SSN 0456323
/RFB/BL OF 14/11/10

10.11.2014    Gutschrift / Ref.-Nr. 1305228128                                    1'960.40 07.11.2014           423'080.

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: IMAD 2014110878TGGC005C0067251
/RFB/BL OF 14/11/07

10.11.2014    Gutschrift / Ref.-Nr. 1304917975                                   67'580.00 07.11.2014           421'119.64

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 070003 OSN 059480 SSN 0416245
/RFB/BL OF 14/11/07

07.11.2014    Gutschrift / Ref.-Nr. 1304931420                                   48'564.00 07.11.2014           353'539.64

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR AMCODES
TEL 0041 70 4267588

06.11.2014    Gutschrift / Ref.-Nr. 1304696358                                   18'995.00 06.11.2014           304'975.64

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK

SEC-SchranzM-E-0000675



GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009362 OSN 046734 SSN 0344978
/KFB/FCI846272010

05.11.2014   Gutschrift / Ref.-Nr. 1501362653                                    199'229.80         05.11.2014   286'083.84

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
MITTEILUNG AMG07E 004

04.11.2014   Gutschrift / Ref.-Nr. 1204065096                                    18'755.00 03.11.2014   487'106.43

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306222B
Mitteilung: ISN 073244 OSN 063262 SSN 0250261
/FFB/BLOF 14/11/03

31.10.2014   Gutschrift / Ref.-Nr. 1303597214                                    109'160.00 31.10.2014   467'405.43

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 086008 OSN 071280 SSN 0490856
/FFB/BL OF 14/10/31

30.10.2014   Gutschrift / Ref.-Nr. 1303387904                                    23'415.00 30.10.2014   358'245.43

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE

SEC-SchranzM-E-000067



MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
019076 ISN 057 974 ISN 040877C
REF/PREF/20/24503

30.10.2014   Gutschrift / Ref.-Nr. 1303092470                                        143'666.88   30.10.2014   431'365.43
CLICKBETTER LTD
12 VERMEER WAY ONTARIO CANADA CAN
Mitteilung: PAYMENT FOR AMCODES
TEL 004 1476 4267588

30.10.2014   Zahlungsauftrag e-banking (Anzahl Buchungen: 2 / Ref.-Nr. 1303066121)   438'124.20   30.10.2014   190'900.55
Belastung e-banking / Ref.-Nr. 1303068123        41'886.60
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE CPA 96203
Belastung e-banking / Ref.-Nr. 1303066126        28'257.40
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE CPA 9S103

27.10.2014   Gutschrift / Ref.-Nr. 1302335016                                        12'415.00   27.10.2014   629'904.74
MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91006-2228
Mitteilung: ISN 066227 OSN 157 970 3SN 041 9317
REF/IBI/OF14/10/27

27.10.2014   Belastung e-banking / Ref.-Nr. 1302306897                              126'656.40   27.10.2014   611'929.75

SEC-SchranzM-E-0000677



CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMC

24.10.2014   Gutschrift / Ref.-Nr. 1301257012                          183'890.00  24.10.2014           739'936.15

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST.
WINNETKA, CA 91306/2228
Mitteilung: ISN 062285 OSN 052881 SSN 0383728
/RFB/REF 1837 19/74

23.10.2014   Gutschrift / Ref.-Nr. 1301537982                             240.00  23.10.2014           549'696.15

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
- MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
007778 OSN 052153 SSN 0383728
/RFB/REF1837946296

23.10.2014   Gutschrift / Ref.-Nr. 1301273241                          199'123.80  23.10.2014           529'456.15

CLICKBETTER LTD
12 VERMESS WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR AMCODES
TEL 0041 76-4267588

22.10.2014   Belastung e-banking / Ref.-Nr. 1301253979   103'095.21                22.10.2014           341'343.35

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE CPA ACC 20141021

20.10.2014   Gutschrift / Ref.-Nr. 1301021818                           30'155.00  20.10.2014           444'438.56

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST.
WINNETKA, CA 91306/2228
Mitteilung: ISN 061883 OSN 052443 SSN 0383737



/RFB/IBL OF 14/10/20
20.10.2014   Gutschrift / Ref.-Nr. 1381000534                    68'665.00 20.10.2014    414'203.56

NOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306-2228
Mitteilung: ISN 060640 OSN 052564 SSN 0376702
/RFB/IBL OF 14/10/20

16.10.2014   Gutschrift / Ref.-Nr. 1300314497                     4'020.00 16.10.2014    346'004.56

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
,MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009386 OSN 056025 SSN 0396494
/RFB/PET943593289

SEC-SchranzM-E-0000679

| 14.10.2014 | Gutschrift / Ref.-Nr. 1300743710 | -32'048.09 | 16.10.2014 | -343'517.67 |

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

| 14.10.2014 | Gutschrift / Ref.-Nr. 1299923648 | -32'515.00 | 14.10.2014 | -328'468.58 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 068647 DSN 059372 SSN 0240592
/EFB/BLOR 14/10/14

| 09.10.2014 | Gutschrift / Ref.-Nr. 1297713076 | -32'200.00 | 09.10.2014 | -299'953.58 |

CLICKSURE PAYMENTS LTD
6 GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009521 DSN 054889 SSN 0378933
/PFB/PETBA69531282

| 09.10.2014 | Gutschrift / Ref.-Nr. 1297656771 | -32'105.04 | 09.10.2014 | -289'753.58 |

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

| 06.10.2014 | Gutschrift / Ref.-Nr. 1292715024 | -37'995.00 | 06.10.2014 | -257'648.54 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 069056 DSN 042387 SSN 0206334
/EFB/BLOR 14/10/06

| 03.10.2014 | Gutschrift / Ref.-Nr. 1296637624 | -14'380.00 | 02.10.2014 | -229'653.54 |



CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
010674 OSN 054061 SSN 0377165
/RFB/PES856232275

02.10.2014    Gutschrift / Ref.-Nr. 1295466543                          30'442.28  02.10.2014       215'228.05

CLICKBETTER LTD
312 VORDERN WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 001 236 4262588

29.09.2014    Gutschrift / Ref.-Nr. 1295418224                          39'035.00  29.09.2014       194'763.21

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 077884 OSN 065418 SSN 0470142
/RFB/IBL OF 14/09/29

29.09.2014    Gutschrift / Ref.-Nr. 1295013659                           1'105.00  26.09.2014       155'728.21

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 076087 OSN 065169 SSN 0859315
/RFB/IBL OF 14/09/26

25.09.2014    Gutschrift / Ref.-Nr. 1294638074                          19'665.00  25.09.2014       154'623.21

CLICKSURE PAYMENTS LTD

SEC-SchranzM-E-0000681

4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
010430 OSN 058560 SSN 0406148
/RFB/PET861684268

| 25.09.2014 | Gutschrift / Ref.Nr. 1294585305 | | 57'009.21 | 25.09.2014 | 71'059.21 |

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4262588

| 25.09.2014 | Belastung e-banking / Ref.Nr. 1294518664 | | 140'284.10 | 25.09.2014 | 77'028.70 |

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

| 24.09.2014 | Gutschrift / Ref.Nr. 1294099013 | | 37'315.10 | 24.09.2014 | 217'332.80 |

MOTER ENTERPRISES, INC
20304 STRATHERN ST
WINNETKA, CA 91306222R
Mitteilung: IGN D63435 OSN 058380 SSN 0386329
/RFB/IBL OF 14/09/23

| 19.09.2014 | Gutschrift / Ref.Nr. 1293674456 | | 3'825.00 | 19.09.2014 | 180'017.60 |

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009634 OSN 050935 SSN 0353432
/RFB/PET859569262

| 18.09.2014 | Gutschrift / Ref.Nr. 1293424014 | | 47'798.80 | 18.09.2014 | 156'192.80 |

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN

SEC-SchranzM-E-0000



16.09.2014   Belastung e-banking / Ref.-Nr. 1293070488                    169'589.30   16.09.2014

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

16.09.2014   Gutschrift / Ref.-Nr. 1292903655                             59'245.00   15.09.2014   271'983.02

ACTEN ENTERPRISES, INC
20104 STRATHERN ST
WINNISTKA CA 913062228

786/3LOE 14/09/15

15.09.2014   Belastung e-banking / Ref.-Nr. 1292903235                     7'000.00   15.09.2014   218'418.02

WILLIAM BERY
27426 SW COPPER CREEK LOOP

11.09.2014    WILSONVILLE, OR 97070, USA
    Gutschrift / Ref.-Nr. 1292310867                                    4'585.00  11.09.2014      221'418.22

        CLICKSURE PAYMENTS LTD
        4, GRAND BAIE BUSINESS PARK
        GRAND BAIE
        MU
        Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
        -009953 OSN 052366 SSN 0364862
        /RFB/PETB36217252

11.09.2014    Solange e-booking / Ref.-Nr. 1292289911             45'000.00         11.09.2014      216'833.22

        WILLIAM BERRY
        27426 SW COPPER CREEK LOOP
        WILSONVILLE, OR 97070, USA

11.09.2014    Gutschrift / Ref.-Nr. 1292227293B                    .53'207.04  11.09.2014      261'835.22

        CLICKBETTER LTD
        12 VERMEER WAY ONTARIO KANATA CAN
        Mitteilung: PAYMENT FOR EMCODE
        TEL 0041 76 4267588

09.09.2014    Gutschrift / Ref.-Nr. 1291750021                    60'475.00  08.09.2014      208'628.18

        MOTEK ENTERPRISES, INC.
        20304 STRATHERN ST.
        WINNETKA, CA 91306-2228
        Mitteilung: ISN 025070 OSN 012485 SSN 0124710
        /RFB/TRF OF 12/09/08

05.09.2014    Gutschrift / Ref.-Nr. 1291534455                    20'710.00  05.09.2014      148'151.18

        CLICKSURE PAYMENTS LTD
        4, GRAND BAIE BUSINESS PARK
        GRAND BAIE
        MU
        Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
        009739 OSN 051964 SSN 0370695
        /RFB/PETB60311248

04.09.2014    Gutschrift / Ref.-Nr. 1291332224                    44'030.27  04.09.2014      127'441.18

SEC-SchranzM-E-000



CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR 33% DUE
TEL 0041 76 4267388.

03.09.2014   Belastung e-banking / Ref.-Nr. 1291070712          785'000.00   03.09.2014   85'410.71

BEM FLORIDA PROPERTIES, LLC
12472 LAKE UNDERHILL RD OFFICE 426
ORLANDO, FL 32828
USA
Mitteilung: INVESTMENT 2ND PART

*Investment*

02.09.2014   Gutschrift / Ref.-Nr. 1290982746          62'078.00   02.09.2014   871'410.71

MOTEK ENTERPRISES INC
20806 SILVATHEN SUI 3
WINNETKA, CA 91306022US
Mitteilung: ISN 097350 OSN 059504 SSN 0466444
7/RfB/BLGR 24/09/02

29.08.2014   Gutschrift / Ref.-Nr. 1290296403          14'055.00   29.08.2014   209'335.71

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
011781 OSN 069518 SSN 0474306
/RfB/PET927285241-

29.08.2014   Belastung e-banking / Ref.-Nr. 1290175705          185'016.50   29.08.2014   195'280.71

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: 2ME CODE

28.08.2014   Gutschrift / Ref.-Nr. 1289829560          16'269.66   28.08.2014   380'425.21

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN

SEC-SchranzM-E-000

Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

26.08.2014   Gutschrift / Ref.-Nr. 1289343051                                          18'330.70 26.08.2014      324'175.55

CLICKSURE PAYMENTS LTD
3, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT SKO
0102AB OSN 037845 SSN 0364735
/RFB/SE1867943238

26.08.2014   Gutschrift / Ref.-Nr. 1289282836                                          64'235.00 26.08.2014      345'425.55

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 030703 OSN 027928 SSN 019810d
/RFB/IBL OF 14/08/26

21.08.2014   Gutschrift / Ref.-Nr. 1288327776                                          18'073.48 21.08.2014      281'190.55

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4267588

19.08.2014   Belastung e-banking / Ref.-Nr. 1287991159           226'752.94              19.08.2014      263'116.07

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

19.08.2014   Gutschrift / Ref.-Nr. 1287811337                                          44'315.00 19.08.2014      489'869.01

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062225
Mitteilung: ISN 08457 OSN 036611 SSN 0400920
/RFB/IBL OF 14/08/15

15.08.2014   Gutschrift / Ref.-Nr. 1287449687                                          26'465.00 15.08.2014      423'554.01

SEC-SchranzM-E-0000686



CUCKSURE PAYMENTS LTD
4 GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CUCKSURE PAYMENTS LTD PAYMENT ISN
009991 OSN 061865 SSN 0356T08
/REB/SWF OF 14/08/15

15.08.2014   Gutschrift / Ref.-Nr. 1287493874                    32'295.02  15.08.2014   397'089.01

CUCKBETTER LTD
112 VERMILYEA WAY, ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 76 4427598

11.08.2014   Gutschrift / Ref.-Nr. 1286755490               77'795.00  11.08.2014   410'093.09

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306-2228
Mitteilung: ISN 058828 OSN 052104 SSN 0374790
/REB/BLO OF 14/08/11

08.08.2014   Gutschrift / Ref.-Nr. 1286493579               34'320.00  08.08.2014   331'998.09

CUCKSURE PAYMENTS LTD

SEC-SchranzM-E-0000687



4 GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009 329 OSN 050055 SSN 03495D6
/RFB/SWF OF 14/08/08

| 05.08.2014 | Belastung e-banking / Ref.-Nr. 1286359899 | | 316'800.00 | | 05.08.2014 | 297'678.09 |

TEM FLORIDA PROPERTIES LLC
12 SZ BLAKE UNDERHILL RD OFFICE 129
COVA MX32 FL 32028
USA
Mitteilung: INVESTMENT

*Investment laut Vertrag)* (handwritten)

| 07.08.2014 | Zahlungsauftrag e-banking [Anzahl Buchungen: 2 / Ref.-Nr. 1286160402] | | 35'000.00 | | 07.08.2014 | 812'678.09 |
| | Belastung e-banking / Ref.-Nr. 1286160405 | 27'000.00 | | | | |

UNITED DIAMONDS INC
451 HUNGERFORD DRIVE 107
ROCKVILLE, MD 20850
USA
Mitteilung: JK MARKETING LLC, JIMMY KIM

Belastung e-banking / Ref.-Nr. 1286160412   8'000.00

JK MARKETING LLC
2657 WINDMILL PARKWAY 233
HENDERSON, NV 89074
Mitteilung: CHPMT

*JK Marketing Auszahlung an "United Diamonds" angefordert* (handwritten)

| 06.08.2014 | Gutschrift / Ref.-Nr. 1286097505 | | | 74'223.51 | 06.08.2014 | 847'678.09 |

CLICKBETTER UK
72 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
/RFB/0041 76 4267 588

| 06.08.2014 | Belastung e-banking / Ref.-Nr. 1285988346 | | 142'846.30 | | 06.08.2014 | 773'454.56 |

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

| 05.08.2014 | Übertrag auf 2002.6558.2003 GSol Holder AG / Ref.-Nr. 1285988542 | | 80'000.00 | | 05.08.2014 | 916'800.86 |

SEC-SchranzM-E-0000688



04.09.2014   Gutschrift / Ref.-Nr. 1285691238                                    99'755.00  04.08.2014        995'800.86

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306228
Mitteilung: ISN 055701 OSN 049361 SSN 0356441
/ZFB/DL OF 14/08/04

01.08.2014   Gutschrift / Ref.-Nr. 1288320325                                    40'905.00  01.08.2014        896'045.86

CLICKSURE PAYMENTS LTD
4 GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS TD PAYMENT FN
009541 OSN 042827 SSN 0336067
/ZFB/SWF OF 14/08/01



30.12.2014 · Gutschrift / Ref.Nr. 33161107091 19'486.65 30.12.2014 138'524.17

CLICKBETTER LTD
172 VERMEER WAY ONTARIO K2G KANATA CAN
Mitteilung: PAYMENT FOX EMD000B 3404
TEL 0041 76 4287588
30.12.2014 · Gutschrift / Ref.Nr. 1314950882 7'295.00 29.12.2014 142'047.51

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST 3404
WINNETKA, CA 9130622228
Mitteilung: ISN 078299 OSN 069109 SSN 0492131
/REF3/IBL OF 14/12/29
29.12.2014 · Gutschrift / Ref.Nr. 1314976627 3'890.00 29.12.2014 147'782.51

CLICKSURE PAYMENTS LTD 3404
4 GRAND BAY BUSINESS PARK



GRAND BAIE
MAURITIUS
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
910391 OSN 063651 SSN 0456403
/TRF/F ETF0887/353

| 22.12.2014 | Gutschrift / Ref.-Nr. 1313494511 | | 12'515.00 | 22.12.2014 | 128'542.25 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306-2228
Mitteilung: ISN 038415 OSN 033196 SSN 0250320
/TRF/IBI CO 14/12/22

| 23.12.2014 | Belastung e-banking / Ref.-Nr. 1313760532 | 27'000.00 | | 23.12.2014 | 115'027.75 |

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMICODE

| 22.12.2014 | Gutschrift / Ref.-Nr. 1313598635 | | 12'845.00 | 22.12.2014 | 107'126.45 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306-2228
Mitteilung: ISN 090325 OSN 073586 SSN 0519249
/TRF/IBI OF 14/12/22

SEC-SchranzM-E-0000691



22.12.2014    Gutschrift / Ref.-Nr. 1313196304                                19'375.00  19.12.2014         93'735.59

MOTEK ENTERPRISES, INC.                                        340 4
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 077942 OSN 070484 SSN 048277
/RFB/IRT OF 14/12/19

18.12.2014    Gutschrift / Ref.-Nr. 1312904633                               2'810.00  18.12.2014         74'420.59

CLICKSURE PAYMENTS LTD                                        340 4
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
011532 OSN 058233 SSN 021261
/RFB/RET029021352

18.12.2014    Belastung ebanking / Ref.-Nr. 1312773932            50'000.00                18.12.2014      70'910.59
                                                                 14'000

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

16.12.2014    Gutschrift / Ref.-Nr. 1312094587                   340 7     19'845.00  15.12.2014          70'910.59

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 089018 OSN 079023 SSN 053277
/RFB/IBL OF 14/12/13

SEC-SchranzM-E-0000692



SEC-SchranzM-E-0000693



| Date | Description | | | | | Date | Balance |
|---|---|---|---|---|---|---|---|
| | /RFB/BLZ 12/12/09 | | | | | | |
| 05.12.2014 | Belastung e-banking / Ref.-Nr. 1310082890 | | | | 68'500.00 | 05.12.2014 | 65'122.00 |
| | CLICKSURE PAYMENTS LTD | | | | 4000 | | |
| | SUITE 3, GRANDBAIE BUSINESS PARK | | | | | | |
| | MAURITIUS | | | | | | |
| | Mitteilung: AMGCDPGPA | | | | | | |
| 04.12.2014 | Gutschrift / Ref.-Nr. 1309943613 | | | | 1'355.00 | 04.12.2014 | 133'622.00 |
| | CLICKSURE PAYMENTS LTD | | | | 3401 | | |
| | 4, GRAND BAIE BUSINESS PARK | | | | | | |
| | GRAND BAIE | | | | | | |
| | MU | | | | | | |
| | Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT JSN | | | | | | |
| | 009539 OSN 050683 SSN 0361345 | | | | | | |
| | /RFB/PEI8607 03338 | | | | | | |
| 02.12.2014 | Gutschrift / Ref.-Nr. 1309276201 | | | | 24'530.00 | 01.12.2014 | 132'267.00 |
| | MOTEK ENTERPRISES, INC. | | | | 3401 | | |
| | 20304 STRATHERN ST | | | | | | |
| | WINNETKA, CA 91306222B | | | | | | |
| | Mitteilung: JMAB 2014120181GGC00E006272 | | | | | | |
| | /RFB/IBL OF 12/1/2201 | | | | | | |
| 01.12.2014 | Belastung e-banking / Ref.-Nr. 1309148885 | | | | 71'200.00 | 01.12.2014 | 107'737.00 |
| | DENISE A LUTZ | | | | 4000 | | |
| | 5251 CARSON STREET SAINT CLOUD , Provisionbüberzahlung | | | | | | |
| | FLORIDA, USA | | | | | | |
| | Mitteilung: CMPMT | | | | | | |
| 01.12.2014 | Gutschrift / Ref.-Nr. 1309123697 | | | | 3401 | 2'166.36 01.12.2014 | 178'937.00 |



NEW AGE TECHNOLOGY INC
4970 TUJUNGA AVE STE 205
STUDIO CITY CA 91604-2732
Mitteilung: /REB/4266002958
Belastung CHF 218350P
WechselKurs: 0.9768 /USD/ACH/P
28.11.2014   Gutschrift / Ref.-Nr. 1308764260                38'495.00 28.11.2014        170'750.44

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 119290 OSN 110977 SSN D765097
/RFB/18L OF 3471 1/28
28.11.2014   Gutschrift / Ref.-Nr. 1308702041                40'000.00 28.11.2014        130'255.42

CLICKSURE PAYMENTS LTD
41 GRAND RAIL BUSINESS PARK
GRAFID KXIE
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
004822 OSN 063242 SSN 0494180
/RFB/RE1857336351

28.11.2014   Belastung e-banking / Ref.-Nr. 1307786089       126'800.00              28.11.2014        130'087.66

JK MARKETING LLC
2657 WINDMILL PARKWAY 233
HENDERSON, NV 89074
Mitteilung: CMPMT
25.11.2014   Belastung e-banking / Ref.-Nr. 1307493935       63'617.40               25.11.2014        262'887.66

CLICKSURE PAYMENTS LTD



SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AMCODE CPA

| 24.11.2014 | Gutschrift / Ref.-Nr. 1306727469 | 23,640.00 24.11.2014 | 326.505.04 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST.
WINNETKA, CA 913042228
Mitteilung: ISN 069051 OSN 059210 SSN 0410409
/RFB/IBI OP 19/11/24

| 24.11.2014 | Gutschrift / Ref.-Nr. 1306992095 | 37,830.00 21.11.2014 | 300.744.27 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST.
WINNETKA, CA 913042228
Mitteilung: ISN 069051 OSN 059340 SSN 0413005
/RFB/IBI OP 13/11/24

| 21.11.2014 | Gutschrift / Ref.-Nr. 1306988193 | 5,900.00 21.11.2014 | 262.914.27 |

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
010149 OSN 053420 SSN 0373129
/RFB/PET865969325

| 20.11.2014 | Belastung ebanking / Ref.-Nr. 1306729214 | 82'000.00 | 20.11.2014 | 257'014.27 |

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK



MAURITIUS
Mitteilung: AMCODE CPA

18.11.2014    Gutschrift / Ref.Nr. 1306026709    19'046.00  17.11.2014    330'730.13
MOTEK ENTERPRISES, INC
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 075843 OSN 064139 SSN 0463361
/TRF/BLOF 14/11/17

17.11.2014    Gutschrift / Ref.Nr. 1302005492    37'970.00  14.11.2014    311'684.06
MOTEK ENTERPRISES, INC
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 078362 OSN 067092 SSN 0464481
/TRF/IBLOF 14/11/14

14.11.2014    Belastung e-banking / Ref.Nr. 1305873135    174'453.18    14.11.2014    278'727.06
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK

SEC-SchranzM-E-0000697

MAURITIUS
Mitteilung: AMCODE CPA

| 13.11.2014 | Gutschrift / Ref.-Nr. 1305850475 | | 18'625.00 13.11.2014 | 453'180.24 |

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMD TFSN
/009485/OSN 051771 SSN 037211
/REF5/RTIB488723/2

| 10.11.2014 | Gutschrift / Ref.-Nr. 1305230931 | | 11'675.00 10.11.2014 | 434'755.24 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 073458 OSN 063321 SSN 0456323
/REF5/IBI OF 14/11/10

| 10.11.2014 | Gutschrift / Ref.-Nr. 1303928128 | | 1'980.00 07.11.2014 | 423'080.24 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: IMAD 2014110751GGG05C0006751
/REF5/IBI OF 14/11/02

| 10.11.2014 | Gutschrift / Ref.-Nr. 1304917975 | | 67'580.00 07.11.2014 | 421'119.64 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 070033 OSN 059480 SSN 0416245
/REF5/IBI OF 14/11/07

| 07.11.2014 | Gutschrift / Ref.-Nr. 1304851150 | | 44'564.00 07.11.2014 | 353'539.64 |

CLICKBETTER LTD
12 VERMEEL WAY ONTARIO TANATA CAN
Mitteilung: PAYMENT FOR AMCODES
TEL 0041 76 4207388

SEC-SchranzM-E-0000698



06.11.2014   Gutschrift / Ref.-Nr. 1304696358                                    18'995.00  06.11.2014        308'975.64
                                                                                           340A

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009362 OSN 048734 SSN 034487B
/RFB/PET848270310

05.11.2014   Rechnung / Ref.-Nr. 1304302353                                      19'222.80  05.11.2014        289'980.64
                                                                                           400D

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: AW/CODE CFA

04.11.2014   Gutschrift / Ref.-Nr. 1304065095                                    19'755.00  03.11.2014        487'160.43
                                                                                           340A

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 073266 OSN 063462 SSN 0450451
/RFB/IBL OE 1/31/703

31.10.2014   Gutschrift / Ref.-Nr. 1302597211                                   109'160.00  31.10.2014        467'405.43
                                                                                           340A

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 085008 OSN 071280 SSN 0490856
/RFB/IBL OE 14/30/731

30.10.2014   Gutschrift / Ref.-Nr. 1303187964                                    29'415.00  30.10.2014        358'245.43
                                                                                           340A



CLICKSURE PAYMENTS LTD
3 GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
01039 OSN D57994 SSN 040387
ZREF/PET827594703

| 30.10.2014 | Gutschrift / Ref.-Nr. 1303094478 | | 141'688.89 30.10.2014 | 334'565.40 |

CLICKBETTER LTD
1 ZEVENBEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR AMCODES
TEL 0041 76 4267388

| 30.10.2014 | Zahlungsauftrag e-banking (Anzahl Buchungen 2 / Ref.-Nr. 1303066521) | | 438'144.20 | 30.10.2014 | 190'900.55 |
| | Belastung e-banking / Ref.-Nr. 1303066123 | 411'886.80 | | | |
| | CLICKSURE PAYMENTS LTD | | | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | 4000 | | | |
| | MAURITIUS | | | | |
| | Mitteilung: AMCODE CPA 96203 | | | | |
| | Belastung e-banking / Ref.-Nr. 1303066126 | 26'257.40 | | | |
| | CLICKSURE PAYMENTS LTD | | | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | 4000 | | | |
| | MAURITIUS | | | | |
| | Mitteilung: EMCODE CPA 95103 | | | | |

| 27.10.2014 | Gutschrift / Ref.-Nr. 1302339018 | | 115.00 27.10.2014 | 629'044.75 |

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST.
WINNETKA, CA 91306228

SEC-SchranzM-E-000



| | | | | | |
|---|---|---|---|---|---|
| | Mitteilung: ISN 006727 OSN 032379 SSN 0119312 | | | | |
| | /FEB/BIC OF 14/10/24 | | | | |
| 27.10.2014 | Belastung e-banking / Ref.-Nr. 1302306897 | 128'656.40 | 27.10.2014 | 611'929.75 |
| | | 4000 | | |
| | CLICKSURE PAYMENTS LTD | | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | | |
| | MAURITIUS | | | |
| | Mitteilung: AMC | | | |
| 24.10.2014 | Gutschrift / Ref.-Nr. 1301940795 | 198'890.00 | 24.10.2014 | 738'589.15 |
| | | 3401 | | |
| | MOTEK ENTERPRISES, INC | | | |
| | 20304 STRATHERN ST | | | |
| | WINNETKA, CA 91306-2228 | | | |
| | Mitteilung: ISN 052850 OSN 054831 SSN C334048 | | | |
| | /FEB/BIC OF 24/10/24 | | | |
| 23.10.2014 | Gutschrift / Ref.-Nr. 1301537982 | 9'240.00 | 23.10.2014 | 549'698.15 |
| | | 3401 | | |
| | CLICKSURE PAYMENTS LTD | | | |
| | 4, GRAND BAIE BUSINESS PARK | | | |
| | GRAND BAIE | | | |
| | MU | | | |
| | Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN | | | |
| | 007776 OSN 052153 SSN 0383728 | | | |
| | /RFB/PETB37946296 | | | |
| 23.10.2014 | Gutschrift / Ref.-Nr. 1301473224 | 199'112.80 | 23.10.2014 | 540'458.15 |
| | | 3401 | | |
| | CLICKBETTER LTD | | | |
| | 12 VERMEER WAY ONTARIO KANATA CAN | | | |
| | Mitteilung: PAYMENT FOR AMCODES | | | |
| | TEL 001 179 4228588 | | | |
| 22.10.2014 | Belastung e-banking / Ref.-Nr. 1301253979 | 103'095.21 | 22.10.2014 | 341'343.35 |
| | | 4000 | | |
| | CLICKSURE PAYMENTS LTD | | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | | |
| | MAURITIUS | | | |
| | Mitteilung: EMCODE CPA ACC 20141021 | | | |
| 20.10.2014 | Gutschrift / Ref.-Nr. 1301601515 | 3401 | 30'235.00 | 20.10.2014 | 444'438.56 |

SEC-SchranzM-E-0000701



MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 051583 OSN 055345 SSN 0383207
/RFB/IBL OF 14/10/20

20.10.2014    Gutschrift / Ref.-Nr. 1301000534                    52'865.00 20.10.2014    414'203.56
                                                                        34DA

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 060640 OSN 052564 SSN 0376702
/RFB/IBL OF 14/10/20

16.10.2014    Gutschrift / Ref.-Nr. 1300314497                    7'070.00 16.10.2014    346'004.36
                                                                        34DA

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009386 OSN 056025 SSN 0398494
/RFB/FEB43593289



| Datum | Gutschrift / Ref.-Nr. | Betrag | Datum | Saldo |
|---|---|---|---|---|
| 18.10.2014 | Gutschrift / Ref.-Nr. 13002442.10 | 13028.49 | 18.10.2014 | 341517.07 |
| | CLICKBETTER LTD<br>12 VERMEER WAY ONTARIO KANATA CAN<br>Mitteilung: PAYMENT FOR EMCODE<br>TEL 0041 76 4267588 | 340x | | |
| 14.10.2014 | Gutschrift / Ref.-Nr. 12999234.48 | 32315.00 | 14.10.2014 | 328488.58 |
| | MOTEK ENTERPRISES, INC.<br>20304 STRATHERN ST<br>WINNETKA, CA 913062228<br>Mitteilung: ISN 068647 OSN 059372 SSN 0440542<br>/RFB/IB. OF 14/10/14 | 340x | | |
| 09.10.2014 | Gutschrift / Ref.-Nr. 12997180076 | 6200.00 | 09.10.2014 | 295953.58 |
| | CLICKSURE PAYMENTS LTD<br>4, GRAND BAIE BUSINESS PARK<br>GRAND BAIE<br>MU<br>Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN<br>009521 OSN 054889 SSN 0378933<br>/RFB/PET34593.1282 | 340x | | |
| 09.10.2014 | Gutschrift / Ref.-Nr. 12976657711 | 22105.04 | 09.10.2014 | 289753.58 |
| | CLICKBETTER LTD<br>12 VERMEER WAY ONTARIO KANATA CAN<br>Mitteilung: PAYMENT FOR EMCODE<br>TEL 0041 76 4267588 | 340x | | |
| 06.10.2014 | Gutschrift / Ref.-Nr. 12971570.024 | 37995.00 | 06.10.2014 | 267648.54 |
| | MOTEK ENTERPRISES, INC.<br>20304 STRATHERN ST<br>WINNETKA, CA 913062228 | 340x | | |

SEC-SchranzM-E-0000703



Mitteilung: ISN 049054 OSN 042387 SSN 030583-
/RFB/IBL OF 14/10/06
03.10.2014   Gutschrift / Ref.-Nr. 1296637624                                     14'380.00 02.10.2014        22'653.54
340A

CLICKSURE PAYMENTS LTD
4, GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
010674 OSN 054061 SSN 0377165
/RFB/FETB56323275 :
02.10.2014   Gutschrift / Ref.-Nr. 1296546543                                     30'442.28 02.10.2014        215'274.32
340A

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 001 176 4267389

29.09.2014   Gutschrift / Ref.-Nr. 1295418224                                     39'035.00 29.09.2014        194'763.21
340A

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 077884 OSN 065418 SSN 0470142
/RFB/IBL OF 14/09/29
29.09.2014   Gutschrift / Ref.-Nr. 1293013659                                     1'10500 26.09.2014        155'728.21
340A

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST.
WINNETKA, CA 913062228
Mitteilung: ISN 076082 OSN 065169 SSN 0459315



| | | | | |
|---|---|---|---|---|
| | /RFB/IBL OF 14/09/29 | | | |
| 25.09.2014 | Gutschrift / Ref.-Nr. 1296638074 | | 19'665.00 25.09.2014 | 154'623.21 |
| | CLICKSURE PAYMENTS LTD<br>4, GRAND BAIE BUSINESS PARK<br>GRAND BAIE<br>/MU<br>Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN<br>030430 OSN 058550 SSN 0406148<br>/RFB/PET8618B426B | | 3404 | |
| 25.09.2014 | Gutschrift / Ref.-Nr. 1294588805 | | 57'909.91 25.09.2014 | 134'958.21 |
| | CLICKBETTER LTD<br>312 VERMEER WAY ONTARIO KANATA CAN<br>Mitteilung: PAYMENT FOR EMCODE<br>TEL 0041 76.4267588 | | 3404 | |
| 25.09.2014 | Belasting e-banking / Ref.-Nr. 1294518664 | | 140'284.10<br>4000 | 25.09.2014 | 77'048.70 |
| | CLICKSURE PAYMENTS LTD<br>SUITE 3, GRAND BAIE BUSINESS PARK<br>MAURITIUS<br>Mitteilung: EMCODE | | | |
| 24.09.2014 | Gutschrift / Ref.-Nr. 1294693013 | | 57'315.00 23.09.2014 | 217'332.80 |
| | MOTEK ENTERPRISES, INC.<br>20304 STRATHERN ST<br>WINNETKA, CA 91304 2228<br>Mitteilung: ISN 063435 OSN 056300 SSN 0386226<br>/RFB/IBL OF 14/09/23 | | 3404 | |
| 19.09.2014 | Gutschrift / Ref.-Nr. 1293676456 | | 3'825.00 19.09.2014 | 160'017.80 |
| | CLICKSURE PAYMENTS LTD<br>4, GRAND BAIE BUSINESS PARK<br>GRAND BAIE<br>/MU<br>Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN<br>009634 OSN 050935 SSN 0353432<br>/RFB/PET839S69262 | | 3404 | |

SEC-SchranzM-E-0000705



18.09.2014   Gutschrift / Ref.-Nr. 1293440147                                          17'798.88   18.09.2014   156'192.80
CLICKBETTER LTD
17 VERMEER WAY ONTARIO KANATA CANADA
Mitteilung: PAYMENT FOR EMCODE
TEL 004 175 4267588

16.09.2014   Belastung e-banking / Ref.-Nr. 1293070488                169'589.30            16.09.2014   108'393,92
CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

16.09.2014   Gutschrift / Ref.-Nr. 1292993659                                          59'435.00   16.09.2014   277'983.22
MOTEK ENTERPRISES, INC.
20304 STRATHERN ST.
WINNETKA CA 913062228
Mitteilung: ISN 0/5350 OSN 04654-7 SSN 04507 9
ATT/REF OF: IR/09/15

SEC-SchranzM-E-000070



| | | | | |
|---|---|---|---|---|
| 15.09.2014 | Belstung Cheque / Ref.-Nr. 1292913236 | 3'000.00 | 15.09.2014 | 219'418.22 |
| | WILLIAM BERRY | 1'000.00 | | |
| | 27426 SW COPPER CREEK LOOP | | | |
| | WILSONVILLE, OR 97070, USA | | | |
| 11.09.2014 | Gutschrift / Ref.-Nr. 1292310867 | 4'585.00 | 11.09.2014 | 221'418.22 |
| | CLICKSURE PAYMENTS LTD | 340A | | |
| | 4, GRAND BAIE BUSINESS PARK | | | |
| | GRAND BAIE | | | |
| | MU | | | |
| | Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN | | | |
| | 009959 OSN 052386 SSN 0364862 | | | |
| | YRFB/FET836217254 | | | |
| 11.09.2014 | Belstung Cheque / Ref.-Nr. 1292289911 | 45'000.00 | 11.09.2014 | 216'833.22 |
| | WILLIAM BERRY | 1'000.00 | | |
| | 27426 SW COPPER CREEK LOOP | | | |
| | WILSONVILLE, OR 97070, USA | | | |
| 11.09.2014 | Gutschrift / Ref.-Nr. 1292272938 | 53'207.04 | 11.09.2014 | 261'833.22 |
| | CLICKBETTER LTD | 340A | | |
| | 12 VERMEER WAY ONTARIO KANATA CAN | | | |
| | Mitteilung: PAYMENT FOR EMCODE | | | |
| | TEL 0341 76 4267588 | | | |
| 08.09.2014 | Gutschrift / Ref.-Nr. 1291750021 | 60'475.00 | 08.09.2014 | 208'626.18 |
| | MOUR ENTERPRISES, INC | 340A | | |
| | 20904 STRATHERN ST | | | |
| | WINNETCA, CA 91306-2228 | | | |
| | Mitteilung: ISN 025070 OSN 019485 SSN 0144710 | | | |
| | YRFB/BLOF 11/09/98 | | | |
| 05.09.2014 | Gutschrift / Ref.-Nr. 1291534455 | 20'710.00 | 05.09.2014 | 148'151.18 |
| | CLICKSURE PAYMENTS LTD | 340A | | |
| | 4, GRAND BAIE BUSINESS PARK | | | |
| | GRAND BAIE | | | |

SEC-SchranzM-E-0000707

MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009739 OSN 051964 SSN 0370875
/RFB/PET86081124B

| 04.09.2014 | Gutschrift / Ref.-Nr. 1291334222 | | | 41'030.47 04.09.2014 | 127'441.18 |
| | CLICKBETTER LTD | | 340A | | |
| | 412 BRIDGE WAY ONTARIO KANATA CAN | | | | |
| | Mitteilung: PAYMENT FOR ENCODE | | | | |
| | TEL 0041 76 4267308 | | | | |
| 03.09.2014 | Belastung e-banking / Ref.-Nr. 1291070712 | | 185'000.00 | 03.09.2014 | 86'410.71 |
| | REM FLORIDA PROPERTIES, LLC | Investment | 400A | | |
| | 12472 LAKE UNDERHILL RD OFFICE 420 | | | | |
| | ORLANDO, FL 32828 | | | | |
| | USA | | | | |
| | Mitteilung: INVESTMENT 2ND PART | | | | |
| 02.09.2014 | Gutschrift / Ref.-Nr. 1290282776 | | | 6207.00 02.09.2014 | 271'410.71 |
| | MOTEK ENTERPRISES, INC. | | 340A | | |
| | 20304 STRATHERN ST | | | | |
| | WINNETKA, CA 913082228 | | | | |
| | Mitteilung: ISN 097550 OSN 093524 SSN 0666448 | | | | |
| | /RFB/BLCF 14/09/02 | | | | |
| 29.08.2014 | Gutschrift / Ref.-Nr. 1290296403 | | | 14'055.00 29.08.2014 | 209'335.71 |
| | CLICKSURE PAYMENTS LTD | | 340A | | |
| | 4, GRAND BAIE BUSINESS PARK | | | | |
| | GRAND BAIE | | | | |
| | MU | | | | |
| | Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN | | | | |
| | 011781 OSN 069518 SSN 0474306 | | | | |
| | /RFB/PET927285243 | | | | |
| 29.08.2014 | Belastung e-banking / Ref.-Nr. 1290175705 | | 185'164.50 | 29.08.2014 | 193'290.71 |
| | CLICKSURE PAYMENTS LTD | | 400A | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | | | |
| | MAURITIUS | | | | |



Mitteilung: EMCODE

28.08.2014   Gutschrift / Ref.-Nr. 1269829540                          16'269.86  28.08.2014        380'445.21

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN          340 A
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 74 4267586

26.08.2014   Gutschrift / Ref.-Nr. 1269340051                          18'750.00  26.08.2014        364'175.35

CLICKSURE PAYMENTS LTD
3, GRAND BAIE BUSINESS PARK          340 A
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT FOR
010246 OSN 105146 SSN 0364755
/RFB/EET467948236

26.08.2014   Gutschrift / Ref.-Nr. 1269288836                          64'235.00  26.08.2014        345'425.55

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST          340 A
WINNETKA, CA 913062228
Mitteilung: ISN 030703 OSN 027928 SSN 019810d
/RFB/IBI.OF 14/08/26

21.08.2014   Gutschrift / Ref.-Nr. 1268272279                          16'074.49  21.08.2014        281'190.55

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA/CAN          340 A
Mitteilung: PAYMENT FOR EMCODE
TEL 0041 74 4267588

19.08.2014   Belastung e-banking / Ref.-Nr. 1287991159    226'752.94               19.08.2014        265'116.07
                                                           4000 |-

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

19.08.2014   Gutschrift / Ref.-Nr. 1287931132                          56'315.00  18.08.2014        489'869.01
                                                                       340 C/

SEC-SchranzM-E-0000709



MOTEK ENTERPRISES, INC
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 064579 OSN 056851 SSN 0366029
/RFB/BLOF 14/08/18.

15.08.2014   Gutschrift / Ref.-Nr. 1287449689                           264455.00  15.08.2014         423'554.01

CLICKSURE PAYMENTS LTD
4 GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009991 OSN 051865 SSN 0356108
/RFB/SWF OF 14708/15

15.08.2014   Gutschrift / Ref.-Nr. 1287443987A                           37'295.92  15.08.2014         397'089.01

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CA1
Mitteilung: PAYMENT FOR EMCOD5
TEL 0941 76 4267588

11.08.2014   Gutschrift / Ref.-Nr. 1286755490                            77'795.00  11.08.2014         410'093.09

MOTEK ENTERPRISES, INC
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 055848 OSN 052104 SSN 0374790
/RFB/IBL OF 14/08/11



06.08.2014   Gutschrift / Ref.-Nr. 1286493579                      34'320.00 06.08.2014              331'998.09

CLICKSURE PAYMENTS LTD
4 GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
:009329 OSN 050055 SSN 0349506
/RFB/SWF OF 14/08/08

08.08.2014   Belastung ebanking / Ref.-Nr. 1286160398              -316'000.00              08.08.2014              297'678.09

REM FLORIDA PROPERTIES, LLC
12422 LAKE UNDERHILL RD OFFICE 420
ORLANDO, FL 32828
USA
Mitteilung: INVESTMENT

07.08.2014   Zahlungsauftrag ebanking (Anzahl Buchungen: 2 / Ref.-Nr. 1286160402)       -35'000.00              07.08.2014              812'678.09

UNITED DIAMONDS INC
451 HUNGERFORD DRIVE 307,
ROCKVILLE, MD 20850
USA
Mitteilung: JK MARKETING LLC, JIMMY KIM                    -27'000.00

JK MARKETING LLC                                          -8'000.00
2657 WINDMILL PARKWAY 233
HENDERSON, NV 89074
Mitteilung: CMPMT

06.08.2014   Gutschrift / Ref.-Nr. 1286099505                      74'923.53 06.08.2014              847'678.09

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL:004176.4267588C

06.08.2014   Belastung ebanking / Ref.-Nr. 1285988346             -122'346.30              06.08.2014              772'454.56



CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

| | | | | |
|---|---|---|---|---|
| 04.08.2014 | Gutschrift / Ref.-Nr. 1285691238 | | 99755.00 04.08.2014 | 995'800.86 |

MOTEX ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 05570L OSN 049361 SSN 0356441
/RFB/IBL OF 14/08/04

| | | | | |
|---|---|---|---|---|
| 01.08.2014 | Gutschrift / Ref.-Nr. 1285370325 | | 16910.00 01.08.2014 | 896'045.86 |

CLICKSURE PAYMENTS LTD
4 GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009541 OSN 047877 SSN 0336867
/PEB/SME OF 14/08/01

| | | | | |
|---|---|---|---|---|
| 31.07.2014 | Gutschrift / Ref.-Nr. 1285150770 | | 459.35 31.07.2014 | 879'140.86 |

CHEXX (AMERICAS) INC. E-SUITE 405
395, HOWE ST VANCOUVER, BC, V6C 2T5
Mitteilung: WWW.CLICKBETTER.COM
Betrag: EUR 346.81
Wechselkurs: 1.3245 (EUR/USD)

| | | | | |
|---|---|---|---|---|
| 31.07.2014 | Gutschrift / Ref.-Nr. 1284087349 | | 459.35 30.07.2014 | 878'681.51 |

CLICKBETTER LTD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL:004176 4267588

SEC-SchranzM-E-00007



| | | | | |
|---|---|---|---|---|
| 29.07.2014 | Belastung ebanking / Ref.-Nr. 1284471951 | 320'814.50 | 29.07.2014 | 795'282.86 |
| | CLICKSURE PAYMENTS LTD | 11000 | | |
| | SUITE 3, GRAND BAIE BUSINESS PARK | | | |
| | MAURITIUS | | | |
| | Mitteilung: EMCODE | | | |
| 28.07.2014 | Gutschrift / Ref.-Nr. 1284329472 | 102'075.00 | 28.07.2014 | 1'116'097.36 |
| | | | 3401 | |
| | MOTEK ENTERPRISES, INC. | | | |
| | 20304 STRATHERN ST | | | |
| | WINNETKA, CA 91306-2226 | | | |
| | Mitteilung: ISN 052927 OSN 046593 SSN 00309944 | | | |
| | /RFB/IBL OF 14/07/28 | | | |
| 28.07.2014 | Gutschrift / Ref.-Nr. 1283954371 | 1'357.50 | 25.07.2014 | 1'014'022.36 |
| | | | 3401 | |
| | MOTEK ENTERPRISES, INC. | | | |
| | 20304 STRATHERN ST | | | |
| | WINNETKA, CA 91306-2226 | | | |
| | Mitteilung: ISN 075757 OSN 066189 SSN 0465445 | | | |
| | /RFB/IBL OF 14/07/28 | | | |
| 25.07.2014 | Gutschrift / Ref.-Nr. 1283936058 | 8'678.00 | 25.07.2014 | 1'012'664.86 |
| | | | 3401 | |
| | CLICKSURE PAYMENTS LTD | | | |
| | 4 GRAND BAIE BUSINESS PARK | | | |
| | GRAND BAIE | | | |
| | MU | | | |
| | Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN | | | |
| | 010183 OSN 055610 SSN 0389999 | | | |
| | /RFB/SWF OF 14/07/25 | | | |



27.07.2014   Gutschrift / Ref.-Nr. 2128334608                                                    Valuta 23.07.2014        1'003'859.86

QUICKBETDETD
12 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL.004176 4267.5697                                                                             3404

22.07.2014   Gutschrift / Ref.-Nr. 1283338784                                                    109'395.00 22.07.2014       884'200.30

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228                                                                          3404
Mitteilung: ISN 029191 OSN 025308 SSN 0184409
/RFB/IBI OF 14/07722

18.07.2014   Gutschrift / Ref.-Nr. 1282752274                                          3404     765.25 18.07.2014       774'805.30

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 055175 OSN 054712 SSN 0338073
/RFB/IBI OF 11/07/18

18.07.2014   Gutschrift / Ref.-Nr. 1282749262                             3404           18'975.00 18.07.2014       774'039.05

CLICKSURE PAYMENTS LTD
4 GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009226 OSN 051138 SSN 0356921
/RFB/SWF OF 14/07/18

16.07.2014   Gutschrift / Ref.-Nr. 1282389955                             3404           180'850.51 16.07.2014       755'064.05



CLICKSURE LTD
12 VENTURE WAY ONTARIO KANATA C8G
Mitteilung: PAYMENT TOKEN EMCODE
/REF-003176426788
15.07.2014   Belastung ebanking / Ref.Nr. 1282165580                    187'010.00        15.07.2014        594'213.54

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE
14.07.2014   Gutschrift / Ref.Nr. 1282058322                            191'315.00  14.07.2014        781'223.54

MOTEK ENTERPRISES, INC
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 060264 OSN 051340 SSN 0378323
/REF/BIL OF 14/07/14
11.07.2014   Gutschrift / Ref.Nr. 1281494826                              1'645.00  11.07.2014        639'908.54

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 057927 OSN 050844 SSN 0361398
/REF/BIL OF 14/07/11
11.07.2014   Gutschrift / Ref.Nr. 1281491433                             19'285.00  11.07.2014        638'263.54

CLICKSURE PAYMENTS LTD
3 GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009639 OSN 047646 SSN 0338253
/REF/SWF OF 14/07/11
11.07.2014   Belastung ebanking / Ref.Nr. 1281427992                    191'286.80        11.07.2014        638'978.54

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK



MAURITIUS
Mitteilung: EMCODE

10.07.2014    Gutschrift / Ref.-Nr. 1281252414                                221.31  10.07.2014              829230.34

3401

CHEKX (AMERICAS) INC, SUITE 405,
595, HOWE ST VANCOUVER, BC, V6C 2T5
Mitteilung: WWW.CLICKBETTER.COM
Betrag: EUR 164.18
Wechselkurs: 1.3480 (EUR/USD)

10.07.2014    Belastung Devisen / Ref.-Nr. 1281130141                       194263.60  10.07.2014              829030.03
                                                                              4000

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

09.07.2014    Gutschrift / Ref.-Nr. 1281114252                            56172.05  09.07.2014             1023802.63

3401

CLICKBETTER LTD
32 VERMEER WAY ONTARIO KANATA CAN
Mitteilung: PAYMENT FOR EMCODE
TEL 001 76 4267588

07.07.2014    Gutschrift / Ref.-Nr. 1280695945                           121075.00  07.07.2014              967630.58
                                                                              3401

ANOTEX ENTERPRISES, INC,
20304 STRATHERN ST
WINNETKA CA 913062228
Mitteilung: ISN 088726 GSN 080319 SSN 0580432
:/8FB/IBL OF 1470Z/07

07.07.2014    Gutschrift / Ref.-Nr. 1280625014                            32575.00  07.07.2014              846555.58
                                                                              3401



CLICKSURE PAYMENTS LTD
4 GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
001539 OSN 028031 SSN 021150S
/RFB/SWF OF 14/07/07

03.07.2014    Gutschrift / Ref.Nr.: 1270752200                    340 A    699.19  03.07.2014            813'880.58

CHEXX (AMERICAS) INC IE SUITE 205
593, HOWE ST VANCOUVER, BC, V6C 2T5
Mitteilung: WWW.CLICKBETTER.COM
Betrag: EUR 517.69
Wechselkurs: 1.3506 (EUR/USD)

01.07.2014    Gutschrift / Ref.Nr.: 1278859184                    340 A    127'155.00  30.06.2014          813'201.39

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062226
Mitteilung: ISN 119810 OSN 089008 SSN 062166D
/RFB/IBL OF 14/06/30

SEC-SchranzM-E-0000717



27.06.2014   Gutschrift / Ref.Nr. 1278250290                                          11'210.00  27.06.2014       686'142.56

CLICKSURE PAYMENTS LTD
d GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT JSN
010452 OSN 057422 SSN 0408436
/RFB/SWF OF 14/06/27

26.06.2014   Gutschrift / Ref.Nr. 1277794501                                          3'347.15  26.06.2014       664'341.14

CHEIX (AMERICAS) INC. IE-SUITE 405-
595, HOWE ST VANCOUVER, BC, V6C 2T5
Mitteilung: WWW.CLICKBETTER.COM
Betrag: EUR 2'482.31

SEC-SchranzM-E-0000718



Wechselkurs: 1.3484 (EUR/USD)

| 24.06.2014 | Belastung / Buchung / Ref.-Nr. 1277738375 | | 17'879.74 | 26.06.2014 | 430'693.00 |

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

24.06.2014   Gutschrift / Ref.-Nr. 1277047449                    130'895.00  23.06.2014   839'564.73

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306-2228
Mitteilung: ISN 073241 OSN 061997 SSN 0439504
/RFB/IBI OF 14/06/23

23.06.2014   Belastung / Buchung / Ref.-Nr. 1276913583           107'102.00   23.06.2014   709'669.73

CLICKSURE PAYMENTS LTD
SUITE 3, GRAND BAIE BUSINESS PARK
MAURITIUS
Mitteilung: EMCODE

23.06.2014   Übertrag auf 2902.6658.2003 GSD-Master AG / Ref.-Nr. 1278926453   100'000.00   23.06.2014   835'861.81
20.06.2014   Gutschrift / Ref.-Nr. 1276794975                    2440.80  20.06.2014   935'861.81

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
912 W 800 N
OREM, UT 84057-3746
Mitteilung: ISN 068725 OSN 060434 SSN 0403583
/REBFATS OF 14/06/20

19.06.2014   Gutschrift / Ref.-Nr. 1276603753                    9'075.00  19.06.2014   933'421.01

CLICKSURE PAYMENTS LTD
4 GRAND BAIE BUSINESS PARK
GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
009090 OSN 046263 SSN 0330602
/RFB/SWF OF 14/06/19



19.06.2014   Gutschrift / Ref.-Nr. 1276560481                                      8'359.06  19.06.2014          224'346.01

CHEDX (AMERICAS) INC. ESUITE 405
1305 HOWE ST VANCOUVER BC V6Z 2T5
Mitteilung: WWW.CLICKBETTER.COM
Betrag: EUR 2'240.00
Wechselkurs: 1.3464 (EUR/USD)
17.06.2014   Übertrag von 2902.6658.2002 GSD Mauer AG / Ref.-Nr. 1276226879        17'595.75  17.06.2014          920'992.95

UEBERTRAG EINGANG AUF FALSCHEM KO
NTO LAUNCH WISE LLC
Betrag: CHF 15'971.66
Wechselkurs: 1.1016 (CHF/USD)
17.06.2014   Übertrag von 2902.6658.2006 GSD Mauer AG / Ref.-Nr. 1276278702        80'395.95  17.06.2014          903'397.20

UEBERTRAG CLICKBETTER
Betrag: EUR 21'644.68
Wechselkurs: 1.3423 (EUR/USD)
16.06.2014   Gutschrift / Ref.-Nr. 1276095776                                     135'480.00  16.06.2014          873'001.25

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 913062228
Mitteilung: ISN 068292 OSN 057328 SSN 0412943
/RFB/IBL OF 14/06/16
16.06.2014   Übertrag auf 2927.4239.2004 Encrypted Solutions GmbH / Ref.-Nr. 1276074225   476.96             16.06.2014          737'521.25

16.06.2014   Gutschrift / Ref.-Nr. 1276001745                                      2'080.00  13.06.2014          737'768.59

LIFT INTERNATIONAL ENTERPRISES LLC



INTERACTIVE INTERACTIVE OR 7000
512 W 800 N
OREM UT 84057-3740
Mitteilung: MA0.201406.1391GGC08CC0187/14
7RFB/ATL OF 14/06/13

13.06.2014    Gutschrift / Ref.Nr. 1275588565                18'025.00  13.06.2014                733'683.59

CLICKSURE PAYMENTS LTD
4 GRAND-BAIE BUSINESS PARK
GRAND-BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
011505 OSN D55809 SSN 0396780
7RFB/SWF OF 14/06/13

11.06.2014    Belastung e-banking / Ref.Nr. 1275087957      100'000.00    11.06.2014               719'416.75

JK MARKETING LLC
2857 WINDMILL PARKWAY 233
HENDERSON, NV 89074

10.06.2014    Gutschrift / Ref.Nr. 1275002256              158'000.00   10.06.2014               819'416.75

MOTEK ENTERPRISES, INC
20304 STRATHERN ST
WINNETKA, CA 91306-2228
Mitteilung: ISN 039156 OSN 031960 SSN 0236174
7RFB/JBL OF 14/06/10

09.06.2014    Gutschrift / Ref.Nr. 1274566050               2'285.00   06.06.2014               662'041.54

LFT INTERNATIONAL ENTERPRISES LLC



SEC-SchranzM-E-0000722



02.06.2014    Gutschrift / Ref.-Nr. 1273831413                                        224'520.00  02.06.2014    643'256.25

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST
WINNETKA, CA 91306-2228
Mitteilung: ISN 059029 OSN 049035 SSN 0347702
/RFB/IBI OF 14/06/02

02.06.2014    Gutschrift / Ref.-Nr. 1273460137                                        1880.25   03.05.2014    418'736.25

LFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
312 W 800 N
OREM UT 84057-3746
Mitteilung: IMAD 2014053081CGC05C013912
/RFB/ATS OF 14/05/30

30.05.2014    Gutschrift / Ref.-Nr. 1273400338                                        23'990.00  30.05.2014    417'250.00

CLICKSURE PAYMENTS LTD
4 GRAND BAIE BUSINESS PARK

SEC-SchranzM-E-0000723



GRAND BAIE
MU
Mitteilung: CLICKSURE PAYMENTS LTD PAYMENT ISN
012473 OSN 064266 SSN D454145
/RFB/SWP OF 14/05/30

26.05.2014   Gutschrift / Ref.Nr. 1271868289                                    9'520.00  23.05.2014         353'890.00

LIFT INTERNATIONAL ENTERPRISES LLC
DBA THRIVE INTERACTIVE OR GOGO
512 W 800 N
OREM UT 84057-3746
Mitteilung: IMAD 20140523B1QGC06C012433
/RFB/ATS OF 14/05/23

23.05.2014   Gutschrift / Ref.Nr. 1271831609                                 285'210.00  23.05.2014         344'370.00

MOTEK ENTERPRISES, INC.
20304 STRATHERN ST.
WINNETKA, CA 91306-2228
Mitteilung: ISN 069312 OSN 060722 SSN 0427632
/RFB/DCI OF 14/05/23

SEC-SchranzM-E-0000724



URL INTERNATIONAL ENTERPRISES LLC
DBA DRIVE INTERACTIVE OR GOOG
512 W 800 N
OREM UT 84057-3746
Mitel ac IMAD 20140516B1QGC05CR04526
/RFB/ATS OF 04/05/16

SEC-SchranzM-E-0000725