UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> RONALD C. MONTANO, TRAVIS STEPHENSON, ANTONIO GIACCA and MICHAEL WRIGHT, <br><br> Defendants; and <br><br> DENISE MONTANO, ROMEO MONTANO, ELMA MONTANO, AND REM FLORIDA PROPERTIES, LLC, <br><br> Relief Defendants. | Case No. 6:18-cv-01606-GAP-GJK |

**PLAINTIFF'S EXHIBITS
IN SUPPORT OF THE SEC'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST DEFENDANT AND IN OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

On November 21, 2019, in support of its Motion for Partial Summary Judgment against Ronald C. Montano as to Liability, Plaintiff, the Securities and Exchange Commission ("SEC") submitted its Exhibits A-K and filed with the Court at Docket Nos. 99-1 through 111-2. On December 23, 2019, in support of its Opposition to Defendant Ronald C. Montano's summary judgment motion, and in further support of the SEC's own summary judgment motion, the SEC files Exhibits L-through O. Now, in further support of these filings, the SEC submits Exhibits P through V.

| EX. | DATE | DESCRIPTION | INTERNAL PAGE NO | DOCKET ENTRY. |
|---|---|---|---|---|
| A1 | Various | SEC Web Capture Affidavits | | 99-1 |
| A2 | 3/14/19 | William Berry Declaration (w/out attachments) | | 99-2 |
| A3 | 3/20/19 | Travis Stephens Declaration (w/out attachments) | | 99-3 |
| A4 | 3/21/19 | Grayson Brookshire Declaration (w/out attachments) | | 99-4 |
| A5 | 3/21/19 | Antonia Giacca Declaration | | 99-5 |
| A6 | 5/16/19 | Joseph Patrick Declaration (selected attachments only) | | 99-6 |
| A7 | 11/15/19 | SEC Record Attestations | | 99-7 |
| A8 | 11/21/19 | Catherine De Lorenzo Declaration | | 99-8 |
| A9 | 11/21/19 | Arthur Tornabene-Zalas Declaration | | 99-9 |
| B1 | 2018 | Ronald C. Montano Investigation Testimony Transcript | | 100 |
| B2 | 2018 | Michael Wright Investigation Testimony Transcript | | 100-1 |
| B3 | 2019 | Ronald C. Montano Deposition Transcript | | 100-1 |
| B4 | 2019 | Denise Montano Deposition Transcript | | 100-1 |
| B5 | 2019 | Elma Montano Deposition Transcript | | 100-1 |
| B6 | 2019 | Romeo Montano Deposition Transcript | | 100-1 |
| C | Various | Binary Options Marketing Emails, Webpages, and Scripts | | 101 |
| | | • 3 Week Millionaire | 1-26 | |
| | | • 10k in 7 Days | 27 | |
| | | • AI App | 28-29 | |
| | | • Alive in 5 | 30-33 | |
| | | • Auto Profit Signals | 34-35 | |
| | | • Azure Method | 36-39 | |
| | | • Binary Bank Breaker | 40 | |
| | | • Binary Brain Trust | 41-45 | |
| | | • Binary Hijack | 46-56 | |
| | | • Binary Interceptor | 57-63 | |
| | | • Binary Interceptor 2 | 64-68 | |
| | | • Binary Matrix Pro | 69-73 | |
| | | • Cash Code | 74-76 | |
| | | • Centument | 77-83 | |
| | | • Centument 2.0 | 84-85 | |
| | | • Cloud Trader | 86-87 | |
| | | • Coffee Cash Cheat | 88-90 | |
| | | • Copy Trade Profit | 91-93 | |

| EX. | DATE | DESCRIPTION | INTERNAL PAGE NO | DOCKET ENTRY. |
|---|---|---|---|---|
| | | • Free Cash App | 94-96 | |
| C | Various | Binary Options Marketing Emails, Webpages, and Scripts (continued from previous page) | | 101 |
| | | • Free Profits | 97-102 | |
| | | • Home Online Earners | 104 | |
| | | • Larry's Cash Machine | 105-113 | |
| | | • Live Profits | 114-117 | |
| | | • Magnetic Profits | 118-121 | |
| | | • Medallionaire App | 122 | |
| | | • Midas Touch App | 123-124 | |
| | | • Mobile Binary Code | 125-128 | |
| | | • Overnight Profits | 129-134 | |
| | | • Peak Profits Formula | 135-138 | |
| | | • Phoenix Trading Formula | 139-140 | |
| | | • Secret Wealth Club | 141-144 | |
| | | • Stark Trading System | 145 | |
| | | • Stock Matrix Pro | 146-157 | |
| | | • The Freedom Project | 158-164 | |
| | | • Trade Tracker Pro | 165 | |
| | | • Trianasoft | 166-174 | |
| | | • Virtual Income | 175-178 | |
| | | • Wealthy Wheat Trader | 179-194 | |
| | | • Zulander Hack | 195-198 | |
| D | Various | Binary Options Marketing Videos (Submitted Via Disc) | | 101-1 |
| | | • Binary Brain<br>• Binary Hijack<br>• Binary Interceptor<br>• Cash Code<br>• Centument<br>• Centument Redux/Centument 2.0<br>• Free Cash App<br>• Larry's Cash Machine<br>• Live Profits<br>• Mobile Binary Code<br>• Stark Trading System<br>• Stock Matrix Pro | | |
| E | Various | Binary Options Marketing Videos Quote Compilation & Screen Shots | | 101-2 |
| F1 | 2013-15 | BOA Elite Broker Lists | | 102 |
| F2 | 2015 | Boost Broker List | | 102-1 |
| G1 | Various | Asset Lists of Binary Options Brokers used by BOA Elite | 1-40 | 103 |

3

| EX. | DATE | DESCRIPTION | INTERNAL PAGE NO | DOCKET ENTRY. |
|---|---|---|---|---|
| G2 | Various | Asset Lists of Binary Options Brokers used by BOA Elite | 41-86 | 104 |
| G3 | Various | Asset Lists of Binary Options Brokers used by BOA Elite | 87-114 | 105 |
| H | Various | Asset Lists of Binary Options Brokers used by Boost | | 106 |
| I | 12/24/15 | Clicksure Commission Statement | | 107 |
| J | 2013-14 | Payments to Montano Family Members | | 108 |
| K | 2013-14 | Payments to REM Florida Properties, LLC | | 109 |
| L | 11/22/19 | Transcript of Larry's Cash Machine Video | | 113-2 |
| M | Various | Screenshots from Various Montano Campaign Videos | | 113-3 |
| N | Various | Chats with Grayson Brookshire | | 113-4 |
| O | 12/20/19 | Arthur Tornabene-Zalas Declaration | | 113-5 |
| P | Various | List of Evidence Against Montano on 14 Campaigns | | tbd |
| Q | Various | Invoices from Michael Wright for Centument and Azure Email Swipes | | tbd |
| R | 2018 | Additional Pages from the Investigative Testimony Transcript of Michael Wright | | tbd |
| S | 10/31/2019 | Montano's Responses to the SEC's Interrogatories | | tbd |
| T | 2018 | Additional Pages from the Investigative Testimony Transcript of Ronald Montano | | tbd |
| U | 9/26/2019 | Martin Schranz Deposition Transcript | | tbd |
| V | 2/2/14 | Free Cash App Leaderboard | | tbd |

Dated: January 6, 2020

Respectfully submitted,

/s/ Samantha M. Williams
MD Bar No. 12190024
Tel: (202) 551-4061
Fax: (202) 772-9292
Email: williamssam@sec.gov
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-5949

Attorneys for Plaintiff
*Securities and Exchange Commission*

4

5

**CERTIFICATE OF SERVICE**

I certify that, on January 6, 2020, I served the foregoing paper on all parties via ECF

/s/ Samantha M. Williams
Attorney for Plaintiff
