# EXHIBIT P - PAGE 1

| Evidentiary Description | Azure Method | Binary Brain Trust | Binary Hijack | Binary Interceptor 2 |
|---|---|---|---|---|
| *Campaign Date | 6/3/2016 * | 10/8/2014 & | 1/7/2015 ^ | 04/18/2016 @ |
| Emails from Montano announcing campaign launch, leaderboard, or statistics | | | Ex. C at 52-56 | Ex. C at 62-63 |
| Wright invoices to Montano for campaign email swipes | Ex. Q | | | |
| William Berry declaration that Montano hired him to make campaign marketing materials | | BD at ¶8 | | BD at ¶8 |
| Grayson Brookshire declaration that Montano was his Sub-Affiliate | | | | |
| Travis Stephens declaration that Montano was responsible for campaign webpage | | | | |
| Grayson Brookshire declaration that he was a Sub-Affiliate for Montano | | | | |
| Grayson Brookshire declaration that Montano won prizes as a Sub-Afilliate for Brookshire's campaigns along with Brookshire emails announcing leaderboard standings | | | | |
| Emails announcing Montano is on leaderboard for Sub-Affiliate prize contest | | | | |
| Campaign email swipes with Montano's address | | Ex. C at 41-45 | | |
| Campaign email swipes | Ex. C at 36-38 | | | |
| Chat from Montano forwarding campaign email swipes | | | | |
| Campaign videos | | Ex. D | Ex. D | Ex. D |
| Campaign webpages | | | Ex. C at 46-49 | |
| Scripts for campaign videos | | | | |
| Berry declaration that he fabricated proof of software demonstration for Montano campaign video | | | | |

*The source of the date is indicated by the following symbols:

Campaign Launch #  
Leaderboard Announcement @  
Email Swipe ^  

Web Capture !  
William Berry Declaration &  
Michael Wright Invoice *

# EXHIBIT P - PAGE 2

| Evidentiary Description | Cash Code | Centument | Centument 2.0 | Free Cash App | Larry's Cash Machine |
|---|---|---|---|---|---|
| *Campaign Date | 6/13/15 @ | 4/25/16 ^ | 9/11/16 * | 2/2/2014 @ | 10/1/2015 ! |
| Emails from Montano announcing campaign launch, leaderboard, or statistics | | Ex. C at 77-78 | | 2/2/2014 @ | Ex. C at 110-113 |
| Wright invoices to Montano for campaign email swipes | | | Ex. Q | | |
| William Berry declaration that Montano hired him to make campaign marketing materials | | | BD at ¶8 | | |
| Grayson Brookshire declaration that Montano was his Sub-Affiliate | | | | | |
| Travis Stephens declaration that Montano was responsible for campaign webpage | | | | | TS at ¶16 |
| Grayson Brookshire declaration that he was a Sub-Affiliate for Montano | | | | GB at ¶11 | |
| Grayson Brookshire declaration that Montano won prizes as a Sub-Afilliate for Brookshire's campaigns along with Brookshire emails announcing leaderboard standings | | | | | |
| Emails announcing Montano is on leaderboard for Sub-Affiliate prize contest | Ex. C at 75-76 | | | | |
| Campaign email swipes with Montano's address | | Ex. C at 77-78 | Ex. C at 64-66 | | |
| Campaign email swipes | | | | | |
| Chat from Montano forwarding campaign email swipes | | Ex. C at 79-84 | Ex. C at 79-84 | | |
| Campaign videos | Ex. D | Ex. D | Ex. D | Ex. D | Ex. D |
| Campaign webpages | | | | | Ex C at 107-09 |
| Scripts for campaign videos | Ex. C at 74 | | | | |
| Berry declaration that he fabricated proof of software demonstration for Montano campaign video | | | | | |

*The source of the date is indicated by the following symbols:

Campaign Launch #
Leaderboard Announcement @
Email Swipe ^

Web Capture !
William Berry Declaration &
Michael Wright Invoice *

# EXHIBIT P - PAGE 3

| Evidentiary Description | Live Profits | Mobile Binary Code | Stark Trading System | Stock Matrix Pro | Trianasoft |
|---|---|---|---|---|---|
| *Campaign Date | 3/12/2015 @ | 7/24/2016 * | 2/9/2016 @ | 09/1/14 & | 3/22/2016 ^ |
| Emails from Montano announcing campaign launch, leaderboard, or statistics | | | | | Ex. C at 166-173 |
| Wright invoices to Montano for campaign email swipes | | Ex. Q | | | |
| William Berry declaration that Montano hired him to make campaign marketing materials | | BD at ¶8 | | BD at ¶8 | |
| Grayson Brookshire declaration that Montano was his Sub-Affiliate | | | GB at ¶15 | | |
| Travis Stephens declaration that Montano was responsible for campaign webpage | | | | | |
| Grayson Brookshire declaration that he was a Sub-Affiliate for Montano | GB at ¶11 | | | | |
| Grayson Brookshire declaration that Montano won prizes as a Sub-Afilliate for Brookshire's campaigns along with Brookshire emails announcing leaderboard standings | | | GB at ¶18 | | |
| Emails announcing Montano is on leaderboard for Sub-Affiliate prize contest | | | Ex. C at 145 | | |
| Campaign email swipes with Montano's address | | | | | Ex. C at 166-69 |
| Campaign email swipes | | | | | |
| Chat from Montano forwarding campaign email swipes | | | | | |
| Campaign videos | Ex. D | Ex. D | Ex. D | Ex. D | |
| Campaign webpages | | | | | |
| Scripts for campaign videos | | | | Ex. C. at 146-57 | |
| Berry declaration that he fabricated proof of software demonstration for Montano campaign video | | | | | GB at ¶35 |

*The source of the date is indicated by the following symbols:

Campaign Launch #                              Web Capture !
Leaderboard Announcement @          William Berry Declaration &
Email Swipe ^                                        Michael Wright Invoice *