# Michael Wright

*Voice, Video, Copy & Content*

2233 NW 58th St. #301
Seattle, WA 98107
Phone 503.475.6313
Email mikeinwestlinn@msn.com
Skype   michaelwright.97068

**Bill To:**
Ronnie Montano
C/O  RonnieMontano@gmail.com

# INVOICE

| | |
|---|---|
| **DATE:** | 05/27/16 |
| **INVOICE #** | |
| **FOR:** | *Auto Mobile Binary* |

link

| DESCRIPTION | AMOUNT |
|---|---:|
| Auto Mobile Binary swipes<br>28 email swipes @ $25 | 700.00 |
| | |
| **TOTAL** $ | 700.00 |

Make all payments via PayPal to mikeinwestlinn@msn.com
If you have any questions concerning this invoice, please contact me by Skype, Phone, or E-mail
Due upon receipt

Worksheet: Simple Invoice

# INVOICE

## Michael Wright

*Voice, Video, Copy & Content*

2233 NW 58th St. #301  
Seattle, WA 98107  
Phone 503.475.6313  
Email mikeinwestlinn@msn.com  
Skype   michaelwright.97068

**Bill To:**  
Ronnie Montano  
C/O  RonnieMontano@gmail.com

**DATE:** 07/24/16  
**INVOICE #**  
**FOR:** *MBC Swipes*

link

| DESCRIPTION | AMOUNT |
|---|---|
| MBC swipes second batch<br>30 @ $25 | 750.00 |

| | TOTAL | $ | 750.00 |
|---|---|---|---|

Make all payments via PayPal to mikeinwestlinn@msn.com  
If you have any questions concerning this invoice, please contact me by Skype, Phone, or E-mail  
Due upon receipt

Worksheet: Simple Invoice

# Michael Wright

*Voice, Video, Copy & Content*

2233 NW 58th St. #301
Seattle, WA 98107
Phone 503.475.6313
Email mikeinwestlinn@msn.com
Skype   michaelwright.97068

**Bill To:**
Ronnie Montano
C/O  RonnieMontano@gmail.com

# INVOICE

| | |
|---:|---:|
| **DATE:** | 06/03/16 |
| **INVOICE #** | |
| **FOR:** | *Azure Swipes* |

link

| DESCRIPTION | AMOUNT |
|---|---:|
| Azure swipes<br>60 total | 1,000.00 |
| **TOTAL**  $ | 1,000.00 |

Make all payments via PayPal to mikeinwestlinn@msn.com
If you have any questions concerning this invoice, please contact me by Skype, Phone, or E-mail
Due upon receipt

Worksheet: Simple Invoice