```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF FLORIDA


SECURITIES AND EXCHANGE COMMISSION,)
                                   )
            Plaintiff,             )
                                   )Case No.
v.                                 )6:18-cv-01606-GAP-GJK
                                   )
                                   )
RONALD C. MONTANO,                 )
                                   )
            Defendant.             )
                                   )
ROMEO A. MONTANO, ELMA C. MONTANO, )
REM FLORIDA PROPERTIES,            )
LLC, AND DENISE MONTANO            )
                                   )
            Relief Defendants.     )
_____)


    VIDEOTAPED DEPOSITION OF MR. MARTIN SCHRANZ
            Thursday, September 26 2019
                   at 1.05 pm


                    Taken at:
                 Arnold & Porter
                    Tower 42
                25 Old Broad Street
                 London, EC2N 1HQ
                  United Kingdom

Reported by:
Nia Davidson (MBVIR)
JOB No. 190926MWC
```

1

```
 1                    A P P E A R A N C E S
 2
 3    On behalf of Plaintiff:
 4        US SECURITIES AND EXCHANGE COMMISSION
              100 F Street NE
 5            Washington, DC 20549-5977
 6             Telephone: (202) 551 4946
              Facsimile: (202) 772 9245
 7
          BY: JASON ANTHONY
 8            SAMANTHA WILLIAMS (via conference call)
              anthonyj@sec.gov
 9
10    On behalf of Defendant:
11        WAUGH LAW, PA
              321 N Crystal Lake Drive, Suite 207
12            Orlando, FL 32803
13            Telephone: 321-800-6008
14        BY: CHRISTIAN W. WAUGH
              cwaugh@waughpa.com
15
16    On behalf of Witness:
17        ARNOLD & PORTER KAYE SCHOLER LLP
              70 West Madison Street, Suite 4200
18            Chicago, IL 60602-4231
19            Telephone: +1 312.583.2450
              Facsimile: +1 312.583.2360
20
              BY: ALAN N.SALPETER
21            alan.salpeter@arnoldporter.com
22
23
24
25
                                                            2
```

```
 1    ALSO PRESENT:
 2    Brigitte C. Weyls, from the CFTC, (via conference
      call)
 3
      Keith Rooney (notary public)
 4
      Joe Viner (videographer)
 5
      Anna Maria Koch (contract interpreter)
 6
      Nia Davidson (court reporter)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

```
 1          A.    I never worked --
 2                ALAN SALPETER:  In the United
 3     States.
 4                JASON ANTHONY:  In the United
 5     States.
 6          A.    I never did a single move with
 7     anything in Ronnie's binary business, not in the
 8     US, not international, just in the German-speaking
 9     market.  This is my language that I understand and
10     I cannot even create content for other languages.
11          (Schranz SEC Exhibit 1 was marked)
12     JASON ANTHONY:
13          Q.    Mr. Schranz, I'm going to mark here
14     exhibit 1 and I'm going to ask that this be shown.
15                Art, if you can pull this, it is
16     tab B3, and I'm going to hand this to Mr. Schranz
17     here.  I'm sorry it's a bit heavy.  It is tab B3.
18     It looks like it is on the screen here.
19                Mr. Schranz, take a moment to look
20     at this and when you have had a chance to look at
21     it, you can let me know.
22          A.    It is --
23                ALAN SALPETER:  Make sure you read
24     it first, please, before you answer questions.
25     Just read through it, please.
```

77

```
 1              A.      (Pause) Yes.
 2      JASON ANTHONY:
 3              Q.      Let me know when you have had
 4      a chance to read through it?
 5              A.      Yes.  I know these chats, yes.
 6              Q.      So you have read it.  Do you
 7      recognise this?
 8              A.      I cannot say when exactly it was,
 9      but, yes, chats like this were all the time over
10      and over running, yes.
11              Q.      So you don't recognise this
12      specific chat?
13              A.      That is where they added me, but I
14      don't know this Grayson Brookshire.  It's the host
15      probably of this chat.  It looks like he added me
16      in this moment in this chat because somebody
17      introduced me, and that somebody was Ronnie for
18      sure, and then they started chatting just to say
19      hello to me and started chatting about -- yes,
20      that was the moment where Ronnie switched the name
21      and he wanted -- very simple:  Ronnie wanted me to
22      be the name on this, he wanted to disappear from
23      the stage, and that is when he asked me, "Can you
24      put these chats and messages for me and pretend
25      that you are me now?"
```

78

```
 1              Q.    He wanted you to pretend that you
 2    were him?
 3              A.    Yes, him or that my name gets --
 4    that I got the name in the industry.  His idea was
 5    that later on we can promote -- translate products
 6    that I had and promote it in this network.  He
 7    convinced me to jump in here and by getting a name
 8    in the industry, so the industry recognises me,
 9    and later on they would promote my products.  So
10    he said, okay, let's pretend that these are now
11    your launches, not mine anymore.
12              Q.    Okay.  So you do believe that this
13    is you in this chat.
14              A.    If you give me -- I mean, when I
15    walk through here, I think Ronnie explained that
16    one time to the whole group why it is now me and
17    him, and on the events it was like ridiculous;
18    people said, "This is ridiculous, what you do; you
19    cannot just disappear and everybody believes it",
20    but, yes.
21              Q.    Okay.  There is an email address
22    here on the second page, the one ending in 7880,
23    and just for the record this exhibit Schranz 1 has
24    a Bates number GB-7879 to GB-7883.  On the second
25    page, the one ending in 7880 --
```

79

1    A.    Yes.

2    Q.    If you see the second line down

3 --

4    A.    Ah, Martin@MartinJV.com.

5    Q.    Yes.

6    A.    I wasn't comfortable putting in my
7 first and last name and said I don't want to be
8 involved with this business, so Ronnie said, "We
9 will just take Martin; it could be any Martin in
10 the world".  So I had never access to this email
11 address, I never logged into this email address.
12 Any email address that got sent out from this was
13 created and sent by Ronnie.  I had nothing to do
14 with this email address.

15    Q.    Okay.  I think you said you didn't
16 want to be a part of this business.  What business
17 are you referring to?

18    A.    Because this was still binary
19 launches, and the promise that Ronnie made to me
20 is that pretty soon -- there was no timeframe --
21 we are going to translate, call it, serious
22 products, or this, to English that does well for
23 me in my market, we are going to translate it, and
24 can bring it into this launch business and market
25 your product here.  So I was hoping, yes, in the

80

1  future we can do some business, so I did this
2  favour for him.  I stepped in, and since I was in
3  some of these parties, events of these affiliates,
4  they recognised me, they knew me a little bit, but
5  everybody knew that I'm not involved in the
6  business.  So, the idea of Ronnie was that he
7  gives this thing away.  With the knowledge I have
8  today, I would say he knew that investigations are
9  going on and this was his try to disappear and
10 vanish from the stage and he thought he can get
11 away with this.
12         Q.    Okay.  Did you attend activities
13 with Ronnie that were binary option related?
14         A.    When you ask this, we had parties
15 in Las Vegas that we hosted and he put my name on
16 it, but I never paid for anything of these
17 parties; I never was responsible for anything.  He
18 just -- it is, yes, like he didn't feel
19 comfortable alone, so he liked to have a partner
20 next to him.  So, I had no problem doing this, and
21 it was a cool time, you know, it's, "Hey, bro, and
22 cool" and everybody loves each other, blah, blah,
23 blah.  I mean, I was in party mood in these events
24 always.  So, that was the only thing that I --
25         Q.    So there were events in Vegas,

81

1  right?
2       A.    In Vegas, Miami and New York -- all
3  these affiliate conferences -- also in Europe
4  sometimes, yes.
5       Q.    So would Ronnie throw parties at
6  all these conferences?
7       A.    Not all, but in Vegas for three
8  years he hosted parties in the area.
9       Q.    These are at the affiliate
10 conferences?
11      A.    Yes.  They were always in January
12 -- the Affiliate Summit West I think is the name
13 of this conference -- and there was always on one
14 day he hosted this party in the Marquee club.  So
15 this was for me -- I mean, for a kid from the
16 mountains, I came in into this club and I was
17 electrified.  This was, I thought, "Wow!"  You
18 could promise me everything; I would have done
19 everything just to be in.  So, yes, these were his
20 parties.
21      Q.    Mr. Schranz, I'm going to ask you
22 to turn right behind tab C.  I'm going to stick a
23 sticker on there.  I'm marking this as Schranz
24 exhibit 2.  The Bates number is
25 SEC-MANSOURP-LW-E-0001015 through 1017.

82

```
 1              (Schranz SEC Exhibit 2 was marked)
 2      JASON ANTHONY:
 3              Q.      Take a look at this, and when you
 4      have had a chance to look at it, let me know.
 5              A.      Yes, there are many names in there,
 6      but I know the names; some of these people I shook
 7      hands, I saw them on events.  Ronnie introduced me
 8      to many of these names, but --
 9              Q.      Do you recognise this document at
10      all?
11              A.      I mean, it is just email addresses.
12              Q.      Let us flip to the next page.
13      There are three pages here.  Take your time and
14      take a look at it.  When you have had a chance to
15      read over everything, let me know.
16              A.      Yes.  He called it the "GSD" party.
17      I didn't know that, but, okay.  Yes, that was the
18      way that he introduced me to this.  He put my name
19      on this and, as I said, I didn't see anything
20      wrong there because -- it was okay.  But, yes,
21      that's how he did it.
22              Q.      Okay.  Do you remember receiving
23      this, because we were talking about Vegas parties
24      and I'm just --
25              A.      I mean, emails with a header like
```

83

1    this -- I just need to read this -- I deleted
2    these without reading because, but, yes,
3    I received this for sure, yes.  I mean, there is
4    my email address on top here.  For sure I received
5    it.
6         Q.    There are a lot of folks on here,
7    Ian Ross, Mike Shah, Aaron Darko, etc.  Do you
8    recognise any of these names?
9         A.    Yes.  I mean, what I said is on
10   these parties, and only on these parties or these
11   conferences, he introduced me to here and shake
12   hands there and "buddy" here and hugs there.  This
13   was pretty much the contact -- the only contact
14   that I had to them, yes.
15        Q.    Sure, but these people, do you know
16   sort of what business they were in?
17        A.    I mean, of course they were in this
18   affiliate business, and I know some of them did
19   some launches, also they had their own affiliate
20   websites, but I was not so close that I can say
21   who did exactly what.  Some were bigger, like
22   names that have popped up often, they were bigger
23   in the business or more famous.  If their numbers
24   were bigger on it, I don't know.  But, in general,
25   they were all affiliates, yes.

84

1        Q.    Do you associate any of these
2  persons with affiliate marketing of binary
3  options?
4        A.    Good question.  When you start here
5  from -- I don't want to bring anybody in trouble;
6  I just saw these names on parties, you know, and
7  it starts from the very beginning from Mike Shah.
8  The last time I met him was in Lisbon right after
9  the CFTC thing came up and he said, "Don't talk to
10  anybody, don't trust anybody, don't even trust
11  me", he said.  That was what I remember from Mike
12  Shah.
13        I mean, this Aaron Darko, I think
14  he was not really big in this, and I saw this name
15  Kieran Gill, but these people, I didn't see them
16  at the end, in the last parties; I just recognise
17  -- I remember the names.  Or, Jamie Lewis; I don't
18  think he promoted binary big times.  He has his
19  own business with music and stuff as I know.
20        Q.    What about Desmond Ong?
21        A.    Desmond there, he is -- no, he was
22  in the BizOp business before.  There are many
23  people who got on this list because they were in
24  the BizOp business before and they didn't join
25  binary, because they didn't like the concept or

85

1  knew that it would cause trouble.
2          Q.     Okay.  In the affiliate marketing
3  world, where did Ronnie fit in, sort of relative
4  to the others?  Was he a big player or a small
5  player?
6          A.     He grew fast and got big.  The
7  history is about when he -- after I had the small
8  casino campaign with him, he met somebody who was
9  big in this world, and Ronnie is a good networker;
10 he can talk himself into any group and pretend
11 something bigger than he really is.  He really can
12 talk well.  And so he grew fast -- he got very
13 fast a name -- by throwing parties, inviting
14 people to luxury dinners and stuff.  He convinced
15 people and he did well, he did good deals with
16 affiliates, so he built up a big list fast, and
17 yes.
18         Q.     Do you have an understanding of how
19 the type of things he marketed changed over time
20 -- so, the different products that Mr. Montano
21 marketed, how that changed over time?
22         A.     Yes, it was BizOp business -- what
23 we settled with the FTC, yes.  Then I just know
24 that this binary stuff business what he did, but
25 what changed in there, no, I don't know.

86

1  Q. Okay. I'm going to ask you to pull
2  what is behind tab B2.
3  (Schranz SEC Exhibit 3 was marked)
4  For the record, I have marked as exhibit 3 --
5  Schranz 3 -- a document. It is at tab B2. It is
6  GB BB-CFTC0008650. It is just a one-page
7  document. Mr. Schranz, do you recognise this?
8  A. This is a typical text that Ronnie
9  sent me. He wrote the text and asked me to copy
10 this into the chat, into the group chat.
11 Q. So this is an example of what we
12 were talking about earlier?
13 A. Yes, that he asked me to send out
14 to the affiliates, yes. It is a typical example.
15 We just need to read this to understand that it is
16 not my language.
17 Q. Art, I'm going to turn to tab C2
18 and I'm marking for the record as Schranz exhibit
19 4 a document with the Bates number
20 SEC-MANSOURP-LWE-0000772 through 774.
21 (Schranz SEC Exhibit 4 was marked)
22 Mr. Schranz, take a look at this, and when you
23 have had a chance to go through it, let me know.
24 A. Yes. The first page is all the
25 email addresses in this list. As I said, some

87

1   names are familiar, and these are -- it is the
2   same text.  You can recognise that -- I never put
3   a minus before my name, and that was something
4   that Ronnie always did, so wherever you see this
5   you know that the text was written by Ronnie.
6        Q.    Okay.
7        A.    He wrote the whole text.  It is not
8   my language at all.  He gave me this and asked me
9   to copy this one to one into the chat.
10       Q.    Right.  This is from that "Martin
11  S" email address at the top, do you see that?
12       A.    From the email address, I didn't
13  even a access.  It was an email, not a Skype, yes.
14  Yes, I see here it's an email.  No, I never had
15  access to this so he did it by himself.
16       Q.    I note for the record that at the
17  bottom, if you look just to the left, the one
18  above email "VAN JP", your email address is there.
19       A.    Yes.  I got these emails for sure,
20  but these are, when I just read this, I clicked --
21  every morning, the first thing I did I deleted all
22  these things.
23       Q.    But you knew that he was --
24       A.    I knew, yes, but he said, look,
25  it's just Martin, it could be any Martin in the

88

1  world, and there is not a lot he needed to ask me
2  for permission to do that.
3          Q.   Okay.  I'm going to mark exhibit 5.
4          (Schranz SEC Exhibit 5 was marked)
5  It is behind C4, Art.  I'm marking as SEC Schranz
6  exhibit 5 a document with the Bates number
7  SECHOVICZ-00000912.  The same drill, Mr. Schranz:
8  if you can just take a look at this, and when you
9  have had a chance to read over it, let me know.
10         A.   Yes.  It is an email that he sent
11 out from this email address that I never had
12 access to.  He promoted here a new -- yes, he is
13 showing here, for example, a CPA.  The $250 are
14 the commission you get paid and $13,500 in cash
15 prizes for the top ten affiliates or something.
16 There was always a competition for every launch,
17 so, yes.
18         Q.   At the bottom there is a name that
19 says Monica Anderson and an address, "12472 Lake
20 Underhill Road".  Do you recognise that?
21         A.   No, but -- no, I think when you use
22 services like i-contact, you just fill in any name
23 because they request to have a name and an address
24 there, but nobody checks; they don't have a KYC
25 process.

89

```
 1          Q.    So you don't know a Monica
 2   Anderson.
 3          A.    No.
 4          Q.    Do you recognise the name on that
 5   of "instantcashapp"?
 6          A.    No.  For sure I heard this name,
 7   but I don't know which launch it is.
 8          Q.    Okay.
 9          A.    No, no. It is just one of the
10   names.
11          Q.    A while back you had mentioned the
12   idea of contests -- contests I assume associated
13   with launches; is that right?
14          A.    Mm-mh, yes.
15          Q.    Tell us how those worked?
16          A.    I don't know what timeframe or what
17   they used, but there is this launch that means
18   that at a certain point of time the gates are open
19   and then all the affiliates send traffic through
20   their channels.  For the first week or two there
21   is a competition going on for who makes the most
22   customers -- CPA -- and the winner gets between
23   $5,000 and $7,000 or sometimes $10,000 and then
24   there are, like, 10 or 20 prizes, depending on how
25   much, yes, clients you brought, who made a --
```

90