18      Q    And why would you hire freelance vendors

19   from Elance, to do what?

20      A    Almost always it was to do voiceovers

21   on Elance, and I don't recall what Elance's new

22   name is.

23      Q    What is Elance?

24      A    A website where freelance creative

MARY MASLOWSKI, CSR, RPR   (312) 726-7600

69

1    people like myself can go on and bid for jobs

2    that people put out.  In my early days I would bid

3    and get a lot of jobs on Elance.  It helps you build

4    up a portfolio and get some client relations.

5       Q    And what kinds of people would you hire

6    to do voiceovers through Elance?

7       A    I don't know.  They're generally

8    out-of-work radio people or actors supplementing

9    their income.

10      Q    And who would you hire from Fiverr?

11      A    Same, freelancers attempting to supplement

12   their income.

13      Q    And what type of freelancers would you

14   hire from Fiverr?

15      A    Fiverr, generally they were different

16   types of people than the people that I would hire

17   on Elance.  Elance was almost all voice talent.  The

18    Fiverr people would be the testimonial videos that

19    clients would often want included in their videos.

20        Q    And would individuals advertise their

21    services on Fiverr?

22        A    Correct.

23        Q    And so you hired some people to do

24    testimonial videos for clients?

          MARY MASLOWSKI, CSR, RPR   (312)  726-7600

                              70


1         A    Correct.

2         Q    And were the people you hired actors

3     who were advertising their services on Fiverr?

4         A    Yes.

5         Q    Anyone else that you hired to work for

6     you other than your daughter and individuals from

7     Elance or Fiverr?

8         A    That's probably it.

9         Q    And how do you determine how to charge your

10    clients for the work that you do for them?

11         A    It's based on usually the word count

12    for a script.  If it's a script that I'm doing

13    the video, it will be based on the final length

14    of the video, so much per minute.  The example

15    for the click broker that you have here, the video

16    was 3 minutes, 52 seconds when it was completed and

17    I charged him $75 a completed video minute for doing

18    it, and that was also the same rate the copywriting

19    was charged.

20        Q   And what's the typical practice you

21    follow when you invoice clients for the work that

22    you do for them?

23        A   I create an invoice just like this.

24    When I deliver the final video, they will get a PDF

MARY MASLOWSKI, CSR, RPR   (312) 726-7600

71

1    along with the link to the video.

2        Q   Do you require clients to give you

3    an initial deposit of any sort before you begin

4    working?

5        A   If they're new clients.  If I don't have

6    a history with them, yes.

7        Q   And do you send an invoice for that?

8        A   Not usually.  They aren't serious

9    until they send me money because I talk to a lot

10    of people that never get to that point.  Once they

11    send me a deposit, then they're a client.

12        Q   So when you're working with existing

13    clients, you don't require them to give you an

14    initial deposit?

15        A   No.

16        Q   Okay.  Do you typically send clients

17   one invoice at the end of the project or could you

18   send them invoices as the project is evolving and

19   you're working on it?  You know, how does it work?

20      A   Depending on what I'm going to be doing

21   for the client, I'm going to guess what the final

22   amount will be and ask them for half, and then

23   we'll settle up based on the final product.  In this

24   case we settled up the final billing.  Knowing what

        MARY MASLOWSKI, CSR, RPR   (312)  726-7600

72

1   the time for the video was going to be, I then know

2   what to charge them.

3      Q   So when you ask for half, at what point

4   when you're making up projects for a client do you

5   ask for that?

6      A   Before starting.

7      Q   And that's true even with existing clients?

8      A   No, no.  Existing clients, if I have

9   a history with them, I don't bill them anything

10   until the project is done.

11      Q   Has your work been profitable for you

12   over -- your copywriting and other work that you did

13   for Michael Wright Media been profitable for you

14   over the last couple of years?

15      A   In the last couple years not as profitable

3     A   Just I have a recollection of that

4  name striking me as weird, and there was a reason

5  he had that name.

6     Q   Well, you said earlier I believe that

7  first Meni Israel contacted you about Centument

8  and you said no, and then later on Mr. Montano did.

9  So do you think they were working together on that

10  video?

11    A   Yeah.

12    Q   Do you know whether Mr. Montano worked with

13  other individuals on any binary options projects he

14  asked you to do?

15    A   I don't know.

16    Q   And if you could just finish looking

17  at Exhibit 212 and see if you recognize anything

18  else that you'd like to correct.

19    A   No. 129, 130, Secret Millionaire

20  Society, Secret Millionaires Club, that may have

21  been one of Mike Shah's.  I kind of remember him

22  doing some secret thing.

23    Q   Anything else you'd like to correct now?

24    A   (Shaking head).

           MARY MASLOWSKI, CSR, RPR   (312) 726-7600

                              153


1     Q   No?

2     A   No.

3       MS. MAISEL:  I'm handing to the court

4    reporter to mark as Exhibit No. 213 a document,

5    a one-page document that says Michael Wright in

6    the left-hand corner.  It says Invoice in the

7    right-hand corner.  It has a date of 09/11/16

8    in the right-hand corner, and in the left corner

9    at the bottom of the top there in the document

10    it says Bill To:  Ronnie Montano.

11          (Whereupon Exhibit No. 213 was

12           marked for identification.)

13       MS. MAISEL:  And the court reporter

14    has handed Exhibit 213 to the witness.

15    Q   Can you take a look at this for a moment,

16  please.

17    A   Yes, okay.

18    Q   Have you had an opportunity to look at

19  Exhibit No. 213?

20    A   I have.

21    Q   Do you recognize this?

22    A   I do.

23    Q   Can you tell me what it is?

24    A   It is an invoice for writing swipes

          MARY MASLOWSKI, CSR, RPR   (312) 726-7600

154

1   for Centument.

```
2     Q    And is this the same project that
3   we've been discussing -- this is the invoice for
4   the same Centument project we've been discussing in
5   the last couple of minutes?
6     A    Yes.
7     Q    And do you see that you sent the bill to
8   Mr. Montano?
9     A    I do.
10    Q    So Mr. Montano asked you to create these
11  swipes for Centument?
12    A    Correct.
13    Q    And what does Centument -- do you see
14  where it says here Centument and under Description
15  it says 2.0 swipes?
16    A    It would have been a revised version of
17  Centument.
18    Q    So do you believe this is part of
19  the project that Mr. Israel and Mr. Montano asked
20  you to do or is this something that you think now
21  would be Mr. Montano's project?
22    A    I couldn't tell you if Meni was involved
23  in this or not.
24    Q    Okay.  But this invoice shows you that
```

MARY MASLOWSKI, CSR, RPR   (312)  726-7600

155

1   Mr. Montano was involved?

```
2     A    Yeah.
3               FURTHER EXAMINATION
4     BY MS. PASSMAN:
5     Q    Mr. Wright, after having looked at this
6     invoice from September of 2016, does this refresh
7     your recollection that the scripts that Mr. Montano
8     had hired you to write after or around the summer of
9     2016 related to Centument 2.0?
10    A    I'm sorry.  Say that again.
11    Q    You said that Mr. Montano hired you to
12    write a script after or around --
13    A    Revise a script.
14    Q    Revise a script, right?
15    A    Correct.
16    Q    And that was around the summer of 2016
17    or so?
18    A    Correct.
19    Q    And so now having looked at this
20    invoice where it shows you also wrote swipes for
21    Mr. Montano, was this related to the script or was
22    this another project?
23    A    I don't know.
24    Q    So you did more than one project
```

MARY MASLOWSKI, CSR, RPR   (312) 726-7600

156

7   Q   So each of these clips was put into

8   a larger video?

9   A   In various orders, yes.  And sometimes

10  the order was rearranged, sometimes clips were

11  omitted.

12        MS. PASSMAN:  How many different

13  videos did you make related to these scripts

14  in Exhibit 215 and 217?

15        THE WITNESS:  I don't know.  It was

16  probably -- it could have been 10 or 12 or

17  more of various options.

18  BY MS. MAISEL:

19  Q   When you load up any kind of file to

20  a hard drive for a client, is there anything on

21  that hard drive that would -- other than metadata

22  for the specific file that would indicate what date

23  the particular file was created, something that you

24  would look to for your own purposes?

MARY MASLOWSKI, CSR, RPR   (312)  726-7600

199

1   A   Yeah, the system dates everything.

2   Q   So your system dates it when you upload it?

3   A   It dates -- well, that's separate.

4   When it's uploaded to Screencast, for instance,

5   that's dated.  When I save any kind of file, that

6   last saved date is logged.

7    Q   Does that date change every time you open

8  up the video and then close it?

9    A   You know, it does and I'm not sure why.

10  On Screencast it does not.

11    Q   So outside of kind of metadata, which

12  is what you're describing, is there anything else

13  that would be in a project file for a particular

14  project that you did that might indicate the date

15  any of the files in that project were created?

16    A   Not that I can think of, no.

17    Q   Was it your typical practice to

18  store invoices connected to a project in the same

19  project file where you put copies of the videos?

20    A   If I kept them at all, yeah.

21    Q   What was your typical practice with regard

22  to invoices?

23    A   They would go -- I would make an invoice.

24  It would go on my desktop.  I would make a PDF and

MARY MASLOWSKI, CSR, RPR   (312)  726-7600

200

1  forward it to the client.

2    Q   And how would you send that to the client?

3    A   Almost always via Skype.  And when it was

4  paid, I would delete it from my desktop.

5    Q   And if you can take a look on Exhibit 217

1    Q    And does the number of swipes that

2    Mr. Montano asked you to create for this particular

3    campaign have any significance to you?

4    A    No.  That's generally a high number.

5    Q    Twenty-eight?

6    A    Twenty-eight.  But that goes along

7    with everything.  Ronnie was over the top.  Most of

8    the swipe files that I created for someone like Mike

9    Shah I would do ten swipes.

10    Q    Does the number of swipes have any

11    indication to you as to the success of that campaign

12    video or the duration that that campaign video was

13    being promoted?

14    A    No, no, just that he wanted to expose

15    someone's mailbox with this swipe 28 times.

16        MS. MAISEL:  I'm handing to the court

17    reporter to mark as Exhibit No. 219 a document

18    that states Mike Wright in the upper left-hand

19    corner.  In the upper right-hand corner it says

20    Invoice.  Below that there's a date of 6/3/16,

21    and then in the upper left-hand corner it says

22    Bill To:  Ronnie Montano.

23

24

MARY MASLOWSKI, CSR, RPR   (312) 726-7600

212

1        (Whereupon Exhibit No. 219 was

2           marked for identification.)

3     A   Correct.

4     Q   Have you had an opportunity to look at

5   Exhibit No. 219?

6     A   I have.

7     Q   Do you recognize this document?

8     A   I do.

9     Q   Can you tell me what it is?

10    A   It is a bill to Ronnie Montano for writing

11   60 email swipes for Azure.

12    Q   And is Azure one of the projects that you

13   did for Mike Shah?

14    A   I believe so, yes.

15    Q   So was it your understanding that

16   Mr. Montano sent out email swipes for Mr. Shah's

17   videos, binary options videos?

18    A   Correct.

19    Q   And do you recall the specific content

20   of these swipes that you wrote?

21    A   No.

22    Q   And do you see that he asked you to write

23   60 of them?

24    A   Correct.

           MARY MASLOWSKI, CSR, RPR   (312) 726-7600

213

file:///ad.sec.gov/...%20FILES/INVESTIGATIVE%20TESTIMONY/TRANSCRIPTS/CFTC/Wright,%20Michael%202018.05.23/Wright.txt[2/1/2019 12:23:30 PM]

1     Q    So was this a situation where you wrote

2    seven or eight variations again on the same sort of

3    email content?

4     A    I probably rewrote the same three 20 times

5    and billed him for it.

6     Q    And do you remember this particular

7    project at all?

8     A    I don't.  Not the emails, no.  I vaguely

9    remember the project, the Azure project because it

10    seems to me I had to ask Mike Shah about the name

11    Azure.  That was something he was insisting on.

12     Q    When you say "he," meaning --

13     A    Mike Shah.

14     Q    And why did you have to ask him about

15    the name?  Was that not obvious from the script that

16    that was sort of the name of the project?

17     A    Well, the name of the project --

18    the name of the product should tell you what the

19    product is about, and this was a -- I had to Google

20    it to see that it was a color of blue, I don't know,

21    azure.

22     Q    Did you write the script for that project?

23     A    I believe so, yes.

24         MS. MAISEL:  I'm handing to the

MARY MASLOWSKI, CSR, RPR   (312)  726-7600