```
 1  don't know the basis of all this.  I don't know
 2  if the basis was to generate leads to be used for
 3  further, you know, income generating later on
 4  and, you know, there's so many different
 5  scenarios that this could have happened and I
 6  don't -- I don't -- honestly I don't recall this.
 7  There could have been different scenarios, you
 8  know, to generate leads so that it can be used
 9  for, you know, for the future and just, you know,
10  basically make it like a lost lead, if you will.
11  You lose money, you know, on the front end and
12  make money with generating leads.  I couldn't
13  tell you.  I couldn't tell you why that was the
14  case but I just -- I remember this part, that,
15  you know, there was a contest that Zack was
16  supposed to get 125,000 or get a Ferrari, but he
17  opted not to, but he wanted to work with me on
18  creating another company, and so he just said,
19  you know, don't pay me.
20       MS. PASSMAN:  Okay.  Earlier today, you were
21  talking about Jack Taylor, and you said you
22  remember that you worked on at least one
23  campaign, one offer with him, binary offer, but
24  you couldn't remember which one.
25       After reviewing Exhibit 90, does it refresh
```



```
 1   your recollection that you worked with Jack
 2   Taylor in connection with FCA?
 3           MR. MONTANO:  I don't remember.  This could
 4   have been it.  This could have been the one.
 5   This could have been that.  I don't remember.  I
 6   really don't remember.  I wish I did.
 7           MS. PASSMAN:  FCA was a binary options
 8   offer, right?
 9           MR. MONTANO:  I'm guessing.  I'm guessing
10   so.
11           MS. PASSMAN:  Why are you guessing that?
12   What makes you think that?
13           MR. MONTANO:  Because you guys are saying it
14   is.
15           MS. PASSMAN:  Well, does the amount of the
16   CPA suggest anything to you as to whether or not
17   it's IM, biz op or binary?  Because it's 200 CPA
18   Evergreen.  Does that -- does that suggest to you
19   that it would be binary options in your
20   experience?
21           MR. MONTANO:  Okay.  Yes.  I see it.
22           MS. PASSMAN:  So the fact that it's
23   Evergreen at 200 CPA, based on your experience as
24   an affiliate marketer in the binary options
25   sphere, does that -- does that mean or suggest to
```



```
 1   you that it's actually a binary options offer?
 2          MR. MONTANO:   Yes, ma'am.
 3          MS. PASSMAN:   Why?
 4          MR. MONTANO:   Because normally in the
 5   business opportunity Internet marketing space,
 6   CPAs are, you know, maximum 70, $80.
 7          MS. PASSMAN:   Okay.  So FCA is a binary
 8   offer, and you signed this from Ronnie, Martin,
 9   and Jack Taylor.  Do you see that on page three?
10          MR. MONTANO:   Yes, ma'am.
11          MS. PASSMAN:   Okay.  Why is it from Ronnie
12   Martin and Jack Taylor?
13          MR. MONTANO:   I -- I can't remember.
14          MS. PASSMAN:   Did you work with someone
15   named Martin and Jack Taylor for FCA?
16          MR. MONTANO:   That's a possibility.
17          MS. PASSMAN:   Who is Martin?  You don't
18   remember who Martin is?
19          MR. MONTANO:   I'm sorry.  I'm just -- I'm
20   reading -- I'm reading this.  Martin is a friend
21   of my mine from Europe and also he was -- he's
22   part of the FTC investigation, as well.
23          MS. PASSMAN:   Okay.  And describe your
24   relationship with Martin with respect to binary
25   options.
```



```
 1         MR. MONTANO:  I didn't realize he was part
 2   of the binary options industry.
 3         MS. PASSMAN:  Sorry.  What was that?
 4         MR. MONTANO:  I didn't even realize that he
 5   was part of the binary options -- binary options
 6   industry.
 7         MS. PASSMAN:  What do you mean you didn't
 8   realize that Martin was part of binary options?
 9         MR. MONTANO:  I don't remember. I don't
10   remember him being part of this.  I -- you know,
11   I don't remember, you know, creating a website or
12   creating a video for this.  I don't.  I don't
13   remember writing this.  I don't remember.  Could
14   this have been Jack's offer and then launched
15   under my name?
16         MS. PASSMAN:  When you say this, are you
17   referring to Exhibit 90?
18         MR. MONTANO:  Yes, ma'am.
19         MS. PASSMAN:  Okay.  Put Exhibit 90 down for
20   a second, okay?  I'm just -- sitting here today,
21   tell me about -- what's Martin's last name?
22         MR. MONTANO:  Shauns (phonetic).
23         MS. PASSMAN:  Okay.  Tell me about your
24   relationship with Martin Shauns related to binary
25   options.
```



1    MR. MONTANO: There really isn't much. It
2  was more towards the business opportunity, IM
3  products.
4    MS. PASSMAN: So Martin Shauns was not
5  involved in binary options affiliate marketing to
6  your knowledge?
7    MR. MONTANO: I don't recall. I think he
8  had one, but it was in Europe.
9    MS. PASSMAN: Okay. So your involvement in
10 the binary options affiliate marketing had
11 nothing to do with Martin Shauns; Is that right?
12   MR. MONTANO: One more time, please?
13   MS. PASSMAN: Yeah. So when you were
14 launching an offer, whether you created the offer
15 or it was launched in your name, Martin Shauns
16 had nothing do with that; is that right?
17   MR. MONTANO: I don't recall that. Not that
18 I can recall.
19   MS. PASSMAN: Okay. And is there anything
20 that would refresh your recollection?
21   MR. MONTANO: I'm really stumped.
22   MS. PASSMAN: Do you have an interest in any
23 accounts that Mr. Shauns is -- you know, handles
24 or manages?
25   MR. MONTANO: No.



```
 1        MR. BLANKFIELD:  So what does that mean?
 2        MR. MONTANO:  I don't know.
 3        MR. BLANKFIELD:  Do you know -- what offer was
 4   this for?
 5        MR. MONTANO:  I don't know.
 6        MR. BLANKFIELD:  The next line down, it says
 7   what?  I think it will convert that in Centument.
 8        And Centument was one of your binary option
 9   launches, right?
10        MR. MONTANO:  Yes, it's one of the -- one of
11   the offers that I -- that I launched.
12        MR. BLANKFIELD:  Right.  So you're saying this
13   will convert better than Centument, so it's got to
14   be a binary option offer that you're talking about,
15   right?
16        MR. MONTANO:  Okay.
17        MR. BLANKFIELD:  Well, what is a Ninja trick?
18        MR. MONTANO:  I don't know.
19        MR. BLANKFIELD:  Are you -- you wrote it.  You
20   don't know what that means?
21        MR. MONTANO:  I don't remember this
22   conversation, again.
23        MS. PASSMAN:  Did any of your marketing videos
24   include demos of the software?
25        MR. MONTANO:  I don't recall.
```



```
 1  rephrase that.  My -- I don't recall if it was
 2  actually every month.
 3        MS. PASSMAN:  All right.  That's what you were
 4  telling people at the time, right --
 5        MR. MONTANO:  Yes, ma'am.
 6        MS. PASSMAN:  -- based on the Skype chat?
 7        MR. MONTANO:  Yes, ma'am.
 8        MS. PASSMAN:  And when you had a spot on the
 9  IM calendar, you would either choose to launch IM
10  or biz op, if you were in the IM biz op affiliate
11  marketing world, right?
12        MR. MONTANO:  No, ma'am.  From my
13  understanding -- or from my recollection, it is IM
14  launches.
15        MS. PASSMAN:  Didn't you launch binary options
16  launches on your dates somewhere -- that you had an
17  IM calendar?
18        MR. MONTANO:  I don't recall.  I don't
19  remember.
20        MS. PASSMAN:  You just don't remember?
21        MR. MONTANO:  I don't remember.
22        MS. PASSMAN:  Okay.  What's cash code?
23        MR. MONTANO:  Cash code?
24        MS. PASSMAN:  Yeah.  You remember that
25  campaign, cash code?
```



```
 1          MR. MONTANO:  Commission cash code?  Are you
 2   speaking of commission cash code?
 3          MS. PASSMAN:  Here, check this out
 4   (tendering).
 5          What number are we on?
 6          THE COURT REPORTER:  102.
 7          (Exhibit Number 102 was marked for
 8   identification.)
 9          MR. BLANKFIELD:  I am handing you what has
10   been marked as Exhibit 102.
11          Mr. Montano, what is this exhibit?  It's an
12   e-mail, right?
13          MR. MONTANO:  Yes, sir.
14          MR. BLANKFIELD:  Sent by who?
15          MR. MONTANO:  JV Connect.
16          MR. BLANKFIELD:  How do you know that?
17          MR. MONTANO:  It says "JV Connect" on here.
18          MR. BLANKFIELD:  Where?
19          MR. MONTANO:  The "from."
20          MR. BLANKFIELD:  Okay.  So -- and what's the
21   e-mail address it comes from?
22          MR. MONTANO:  Support@JVconnect.com.
23          MR. BLANKFIELD:  What is JV Connect?
24          MR. MONTANO:  Why does that sound familiar?
25   That's -- I think that's Tim's company.
```



```
 1        MR. BLANKFIELD:  Tim who?
 2        MR. MONTANO:  Atkinson.
 3        MR. BLANKFIELD:  And what campaign was this
 4   for?
 5        MR. MONTANO:  Cash code.
 6        MR. BLANKFIELD:  Okay.  And look under -- just
 7   under halfway down under where it says affiliate
 8   spotlight.
 9        MR. MONTANO:  Yes, sir.
10        MR. BLANKFIELD:  What does it say after that?
11        MR. MONTANO:  Ronnie Montano took the lead and
12   is looking at 5,000 bonus cash.  He has already
13   made over five figures with cash code.  All hail
14   the king.
15        MR. BLANKFIELD:  Okay.  And he says, all hail
16   the king.
17        He's referring to you, right?
18        MR. MONTANO:  Yes, sir.
19        MR. BLANKFIELD:  And the $5,000 bonus cash
20   where you took the lead, that is a -- that's
21   competition, correct?
22        MR. MONTANO:  Yes, sir.
23        MR. BLANKFIELD:  One of those leaderboard
24   competitions?
25        MR. MONTANO:  Yes, sir.
```



```
 1          MR. BLANKFIELD:  And those usually happen
 2   when, at the beginning of the launch?
 3          MR. MONTANO:  Yes, sir.
 4          MR. BLANKFIELD:  And how long do they
 5   typically go on for?
 6          MR. MONTANO:  Until the end of the launch.
 7          MR. BLANKFIELD:  Do you know how you finished
 8   in this particular launch?
 9          MR. MONTANO:  I don't, sir.
10          MS. PASSMAN:  I'm sorry, I didn't hear that.
11   What did you say?
12          MR. MONTANO:  I don't know.  I don't know --
13          MR. BLANKFIELD:  But it says you --
14          MR. MONTANO:  -- where I finished.
15          MR. BLANKFIELD:  But it says you've made
16   already five figures.
17      Do you remember how much you made?
18          MR. MONTANO:  No, sir.
19          MR. BLANKFIELD:  But at least five figures,
20   right?
21          MR. MONTANO:  That's what it says here.
22          MR. BLANKFIELD:  And what type of offer was
23   cash code?
24          MR. MONTANO:  I don't recall.  I'm assuming
25   it's binary.  It says 300 CPA.
```



```
 1        MR. MONTANO:  Yes, sir.
 2        MR. BLANKFIELD:  And Mobile Binary Code,
 3   correct?
 4        MR. MONTANO:  Yes, sir.
 5        MR. BLANKFIELD:  And with the exception of the
 6   Push Money App, those four remaining projects,
 7   Larry's Cash Machine, Binary Hijack, Centument II
 8   and Mobile Binary Code were your launches, correct?
 9        MR. MONTANO:  Yes, sir.
10        MR. BLANKFIELD:  And had you a chance to
11   review all five videos?
12        MR. MONTANO:  Briefly, sir.
13        MR. BLANKFIELD:  And let's start with Larry's
14   Cash Machine.
15        The video that you saw for Larry's Cash
16   Machine, that was the video, indeed, that was used
17   for that campaign, correct?
18        MR. MONTANO:  I don't recall because I'm not
19   the one who was associated with creating the video.
20        MR. BLANKFIELD:  But did you review the video
21   before it was attached to the landing page?
22        MR. MONTANO:  Briefly.
23        MR. BLANKFIELD:  Okay.  So --
24        MR. MONTANO:  Briefly.
25        MR. BLANKFIELD:  -- the video that you watched
```

