UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.                          Case No: 6:18-cv-1606-GAP-GJK

RONALD C. MONTANO, TRAVIS
STEPHENSON, ANTONIO GIACCA and
MICHAEL WRIGHT,

        Defendants.

ROMEO A. MONTANO, ELMA C.
MONTANO, REM FLORIDA PROPERTIES,
LLC, and DENISE MONTANO,

        Relief Defendants.

_____

**RONALD C. MONTANO'S AMENDED RESPONSES
TO PLAINTIFF SEC'S FIRST SET OF INTERROGATORIES**

Defendant, Ronald C. Montano, pursuant to this Court's Order dated October 17, 2019 [D.E. 93], provides the following responses to the First Set of Interrogatories propounded by U.S. Securities and Exchange Commission (the "SEC").

**INTERROGATORY NO. 1.** Identify all bank accounts, brokerage accounts, credit card accounts, bitcoin accounts/wallets, and other accounts you have used to transfer funds and cryptocurrency from January 2013 to the present and, for each account, all persons with authorization to use the account.

**RESPONSE:** Ronald C. Montano invokes his privilege against self-incrimination and objects to this Interrogatory on that ground.

**INTERROGATORY NO. 2.** Identify every binary options marketing campaign in which you participated from January 2013 to the present and, for each campaign, describe your role and identify the total commissions, prizes, or other income you received for your participation.

**RESPONSE:** Ronald C. Montano invokes his privilege against self-incrimination and objects to this Interrogatory on that ground.

**INTERROGATORY NO. 3.** Identify every non-binary options marketing campaign in which you participated from January 2013 to the present and, for each campaign, describe your role and identify the total commissions, prizes, or other income you received for your participation.

**RESPONSE:** Ronald C. Montano invokes his privilege against self-incrimination and objects to this Interrogatory on that ground.

**INTERROGATORY NO. 4.** Identify all of your sources of income from January 2013 to the present.

**RESPONSE:** Ronald C. Montano invokes his privilege against self-incrimination and objects to this Interrogatory on that ground.

**RULE 33 VERIFICATION PER U.S. CODE § 1746**

I verify under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2019.

_____
Ronald C. Montano

Respectfully submitted,

/s/ Christian W. Waugh
Christian W. Waugh
Florida Bar No. 71093
Morgan Fayocavitz

                                                                      Florida Bar No. 1015839
                                                                      Waugh Law, P.A.
                                                       321 N. Crystal Lake Dr., Ste. 207
                                                                        Orlando, FL 32803
                                                               Telephone:  321-800-6008
                                                                        cwaugh@waughpa.com
                                                           mfayocavitz@waughpa.com
                                                                     rwood@waughpa.com

                                        *Counsel for Ronald C. Montano*

## CERTIFICATE OF SERVICE

       I hereby certify that on November 1, 2019, I served the foregoing paper on the following persons, via the email addresses that each of the provided to me for this purpose:

Kenneth W. Donnelly
Samantha M. Williams
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-5949
Tel. (202) 551-4946 (Donnelly)
Tel. (202) 551-4061 (Williams)
Tel. (202) 551-4758 (Fuchs)
Email: donnellyk@sec.gov
         williamssam@sec.gov
         fuchsm@sec.gov

                                                       /s/ Christian W. Waugh
                                                       Christian W. Waugh
                                                       Florida Bar No. 71093