# EXHIBIT 5

Confidential Treatment Requested by Timothy Atkinson
Case 6:18-cv-01606-GAP-GJK   Document 115-3   Filed 01/06/20   Page 2 of 4 PageID 2210
Case 6:18-cv-01607-GAP-GJK   Document 96-5   Filed 11/21/19   Page 2 of 4 PageID 1798

| | |
|---|---|
| **From:** | Tim Atkinson <moneymaker0404@gmail.com> |
| **Sent:** | Tuesday, November 29, 2016 8:52 AM |
| **To:** | allinpublishing |
| **Subject:** | Fwd: FCA - Payments |

---------- Forwarded message ----------
From: **Ronnie Montano** <ronniemontano@gmail.com>
Date: Sun, Feb 2, 2014 at 1:29 PM
Subject: FCA - Payments
To: Ronnie Montano <ronniemontano@gmail.com>

Hey Guys

Just a quick reminder to please send me your wiring information so I can pay you if you won any of the prizes for FCA. I've only yet to receive wiring instructions from Zak, Kieran and Tim.

**ALL PRIZES FROM ALL CONTESTS ARE BEING PAID THIS WEEK.**

All Prizes are being paid via Bank Wire Transfer.  Please send me your w8/w9 and your wiring information including:

- How much in prizes you made.

- Beneficiary name
- Beneficiary address

- Bank name
- Bank address
- Bank account number or IBAHN
- Bank SWIFT code (NOT ROUTING NUMBER)

**Please email it to me with subject FCA Payment**

**Just in case you didn't read yesterday's email...**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1

Confidential Treatment Requested by Timothy Atkinson
Case 6:18-cv-01606-GAP-GJK   Document 115-8   Filed 01/06/20   Page 3 of 4 PageID 2211
Case 6:18-cv-01607-GAP-GJK   Document 96-5   Filed 11/21/19   Page 3 of 4 PageID 1799

**#1)**  FCA will continue to be Evergreen at $200 CPA
If anyone wants to put it in their member's area
during their launch, please contact me personally
and I'll set you up with a good deal.  For everyone
else, FCA will continue to be open and will continue
to be a Super Converting, Money Printing Machine :)
Grab your email swipes here:
http://www.fcajv.com/jv/thankyou/#swipes

**#2)**  I want to congratulate Zak Meftah for winning both
the launch competition and the Ferrari Contest. This
guy is a Mad-Man empowered by unending amounts of
Traffic.  He sent over 300,000 clicks in just a couple
Of Weeks... Look out for his launch in April that he
told me he's preping for. VERY impressive Hook & Angle!
Congratulations again Zak...  Zak opted for $125,000
in cash.  Wire going out on Monday Zak!!

**#3)**  Thank you ALL once again to all of you, my friends
and partners.  I appreciate you all more than you
know.  Thank you for all your love and support. To
Those that gave me full support (you know who you are
and so do I), expect a HUGE amount of traffic coming
your way on your next launch.  And to everyone else,
regardless, you know I'll always be there to support
everyone in the community.  Just let me know when
and you can expect my full support 100%
For now, I want to get you guys paid on all prizes
earned.  Please see payment information below

**#4)**  Special thanks to Tal V.  Tal V has been Martin, Jack
and my good friend for a very very very long time.
He has been behind some of my MOST successful
Binary launches ever since my first and 2nd
binary launch in 2012, when you all were banking
$4 to $8 EPC.  He has all the hook ups wit regards
to Binary brokers and softwares.  If anyone wants
to create a Binary based offer that is sure to convert
very very very well, please feel free to reach out to
me privately, and I'll connect you with Tal V.

**#5)**  Special thanks also to Scott and Eli.  This is the first
time I've ever worked with Scott and Eli.  And I must
say that I am VERY impressed with working with these
two professionals.  If you have A LOT of international
traffic, email me privately and they can help you
monetize your international traffic very well.

2

**Atkinson 004886**

CFTC-18-cv-01607-GAP-GJK-000319453

Confidential Treatment Requested by Timothy Atkinson
Case 6:18-cv-01606-GAP-GJK   Document 115-3   Filed 01/06/20   Page 4 of 4 PageID 2212
Case 6:18-cv-01607-GAP-GJK   Document 90-5   Filed 11/21/19   Page 4 of 4 PageID 1800

Guys, thank you all once again for all your help and support and love and partnership and friendship.  Below are the final leaderboards and prize payment information...
But for now, please don't forget to support our friends...

**LAUNCHES THIS WEEK:**

    Kieran Gill: http://avalanchex.com/jv/

    Beeson Brothers: http://profitwithmichael.com/jvinvite.php

    Chris Freville: http://affiliatefanpages2.com/JV/

    Jamie Lewis Today: Go here and prepare yourself NOW

    Travis Stephenson Monday: Go Here and Signup NOW

**YOUR FINAL LEADERBOARDS**

    Ferrari Leaderboard:
    http://wallstreetjv.info/temp-ferrari-leaderboard.cfm

    Final Launch Leaderboard ended this past Monday:
    http://fcajv.com/launch-leaderboard.cfm


Thank you all once again for your amazing support everyone.

Warmest regards,
Ronnie, Martin, and Jack Taylor

3

Atkinson 004887

CFTC-18-cv-01607-GAP-GJK-000319454