# EXHIBIT 2

| AUTHENTICATING DECLARATION | | | WEBCAPTURE AUTHENTICATED | |
|---|---|---|---|---|
| Exhibit | Date | Description | Exhibit | Description |
| 469 | 10/23/2017 | Russell Castillo WebCapture Declaration | 279 | VIDEO & WEBSITE: Starktradingsystem.com WebCapture |
| 471 | 11/13/2019 | Russell Castillo WebCapture Declaration | 14 | VIDEO: AI App Review Video WebCapture |
| 462 | 9/27/2021 | Leevented Henley WebCapture Declaration | 39 | VIDEO: Azure Video WebCapture |
| 472 | 10/7/2021 | Russell Castillo WebCapture Declaration | 40 | VIDEO: Azure Video WebCapture |
| 467 | 9/19/2016 | Russell Castillo WebCapture Declaration | 74.A | VIDEO: BinaryHijack WebCapture |
| 468 | 10/18/2017 | Russell Castillo WebCapture Declaration | 116 | VIDEO: Centument Video WebCapture |
| 473 | 5/25/2016 | Russell Castillo WebCapture Declaration | 189 | VIDEO: Larry's Cash Machine Video WebCapture |
| 468 | 10/18/2017 | Russell Castillo WebCapture Declaration | 230 | VIDEO: Mobile Binary Code Video WebCapture |
| 471 | 11/13/2019 | Russell Castillo WebCapture Declaration | 14.A | WEBSITE: AI App Review Video Landing Page WebCapture |
| 475 | 11/1/2019 | Russell Castillo WebCapture Declaration | 438 | WEBSITE: binarybook.com WebCapture |
| 468 | 10/18/2017 | Russell Castillo WebCapture Declaration | 53 | WEBSITE: BinaryBrainTrust.com WebCapture |
| 468 | 10/18/2017 | Russell Castillo WebCapture Declaration | 83.A | WEBSITE: BinaryInterceptor.com WebCapture |
| 475 | 11/1/2019 | Russell Castillo WebCapture Declaration | 439 | WEBSITE: boaelite.com WebCapture No. 1 |
| 480 | 11/12/2019 | Russell Castillo WebCapture Declaration | 440 | WEBSITE: boaelite.com WebCapture No. 2 |
| 476 | 11/7/2019 | Russell Castillo WebCapture Declaration | 441 | WEBSITE: boostaff.com WebCapture No. 1 |
| 478 | 11/12/2019 | Russell Castillo WebCapture Declaration | 442 | WEBSITE: boostaff.com WebCapture No. 2 |
| 475 | 11/1/2019 | Russell Castillo WebCapture Declaration | 443 | WEBSITE: CiTrades.com WebCapture No. 1 |
| 463 | 10/8/2021 | Leevented Henley WebCapture Declaration | 444 | WEBSITE: CiTrades.com WebCapture No. 1 |
| 464 | 10/8/2021 | Leevented Henley WebCapture Declaration | 445 | WEBSITE: CiTrades.com WebCapture No. 2 |
| 479 | 5/26/2016 | Russell Castillo WebCapture Declaration | 446 | WEBSITE: Clicksure WebCapture No. 1 |
| 477 | 5/26/2016 | Russell Castillo WebCapture Declaration | 447 | WEBSITE: Clicksure WebCapture No. 2 |
| 474 | 9/6/2017 | Russell Castillo WebCapture Declaration | 190 | WEBSITE: Larryscashmachine.com WebCapture |
| 470 | 5/23/2019 | Russell Castillo WebCapture Declaration | 448 | WEBSITE: Ronald C. Montano GoVo Account WebCapture |
| 467 | 9/19/2016 | Russell Castillo WebCapture Declaration | 74 | WEBSITE: TheBinaryHijack.com WebCapture |
| 481 | 11/12/2019 | Russell Castillo WebCapture Declaration | 449 | WEBSITE: Various Binary Options Brokers' Asset List WebCaptures No. 1 |
| 482 | 11/12/2019 | Russell Castillo WebCapture Declaration | 450 | WEBSITE: Various Binary Options Brokers' Asset List WebCaptures No. 2 |
| 456 | 11/15/2019 | Carlos Gonzalez WebCapture Declaration | 451 | WEBSITE: Various Binary Options Brokers' Asset List WebCaptures No. 3 |

Exhibit 488 was on a draft exhibit list provided to Mr. Montano's counsel for purposes of conferring about objections, but was incorrectly identified as a duplicate and removed from the exhibit list filed with the parties' joint pretrial statement. Although Mr. Montano preserves his objections to this exhibit, he does not object to the SEC's inclusion of the exhibit as Exhibit 83A. Exhibits 14 and 74 include both website and video captures. For clarity, the SEC proposes to break out the website and video portions of these two exhibits as 14 and 14A and 74 and 74A.