# EXHIBIT 3



www.archive.org
415.561.6767
415.840-0391 e-fax

Internet Archive
300 Funston Avenue
San Francisco, CA 94118

# AFFIDAVIT OF CHRISTOPHER BUTLER

1. I am the Office Manager at the Internet Archive, located in San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to surf more than 400 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a list of available dates. The visitor may select one of those dates, and then begin surfing on an archived version of the Web. The links on the archived files, when served by the Wayback Machine, point to other archived files (whether HTML pages or images). If a visitor clicks on a link on an archived page, the Wayback Machine will serve the archived file with the closest available date to the page upon which the link appeared and was clicked.

4. The archived data made viewable and browseable by the Wayback Machine is compiled using software programs known as crawlers, which surf the Web and automatically store copies of web files, preserving these files as they exist at the point of time of capture.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL]. Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). A web browser may be set such that a printout from it will display the URL of a web page in the printout's footer. The date assigned by the Internet Archive applies to the HTML file but not to image files linked therein. Thus images that appear on a page may not have been archived on the same date as the HTML file. Likewise, if a website is designed with "frames," the date assigned by the Internet Archive applies to the frameset as a whole, and not the individual pages within each frame.

6. Attached hereto as Exhibit A are true and accurate electronic copies of screenshots of the Internet Archive's records of the HTML files for the URLs and the dates specified in the table below for each file name.



| FILE NAME | EXTENDED URL |
|---|---|
| 01.png | https://web.archive.org/web/20120811172217/http://www.justtruckingjobs.com/company/595/MI/o/Marten_Transport/index.html |
| 02.png | https://web.archive.org/web/20121119015847/http://www.justtruckingjobs.com/company/595/FL/c/Marten_Transport/index.html |
| 03.png | https://web.archive.org/web/20121229032633/http://www.justtruckingjobs.com/company/595/WA/c/Marten_Transport/index.html |
| 04.png | https://web.archive.org/web/20130323114837/http://www.justtruckingjobs.com/company/595/0/Marten_Transport/index.html |
| 05.png | https://web.archive.org/web/20130618034028/http://www.justtruckingjobs.com/company/595/IL/c/Marten_Transport/index.html |
| 06.png | https://web.archive.org/web/20130708145033/http://www.justtruckingjobs.com/company/595/0/Marten_Transport/index.html |
| 07.png | https://web.archive.org/web/20130821043902/http://www.justtruckingjobs.com/company/595/IL/c/Marten_Transport/index.html |
| 08.png | https://web.archive.org/web/20120825062053/http://www.justtruckingjobs.com/ |

7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: 1/28/16

_____
Christopher Butler

CALIFORNIA JURAT

See Attached Document.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is atached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this

28th day of January, 2016, by

Christopher Butler,

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LINDA WONG
Commission # 2086421
Notary Public - California
San Francisco County
My Comm. Expires Oct 17, 2018