# EXHIBIT 4

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # HO-13010

### DECLARATION OF RUSSELL CASTILLO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties, I have been trained to preserve various forms of online content. For investigation # HO-13010. I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3. In support of investigation number HO-13010, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's:

    https://www.youtube.com/watch?v=Enut07bWddw

4. I completed the above mentioned internet preservation on October 7, 2021, using the following tools:

    Fireshot Pro
    Video Downloader Ultimate

    The above listed tools are commonly used to preserve internet content.

5. I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled HO-13010, and saved to the following location:

    K:\Other_Projects\Webcaptures\imagefiles

6. I also saved a copy of the above mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

    \\tsclient\K\Other_Projects\Webcaptures\Websites

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

*Russell Castillo* (signature)

[Russell Castillo]                                              Executed on this 7th day of October 2021